UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORASL PHENYLEPHRINE MARKETING AND SALES PRACTICES<br><br>THIS DOCUMENT APPLIES TO:<br><br>Kamonica McWhite-York, *individually and on behalf of all others similarly situated*,<br><br>      Plaintiff,<br><br>v.<br><br>Johnson & Johnson Consumer, Inc.<br><br>      Defendant. | MDL No.: 3:23-cv-20379-ZNQ-RLS<br><br>Case No.: 1:23-md-03089-BMC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that Philip Furia of The Sultzer Law Group P.C., 85 Civic Center Plaza, Suite 200, Poughkeepsie, NY 12601, hereby enters an appearance as counsel for Plaintiff Kamonica McWhite-York in the above-captioned action.

Dated: Poughkeepsie, New York
    December 12, 2023

                 **THE SULTZER LAW GROUP P.C.**

                 By: /s/ Philip Furia
                    Philip Furia
                    85 Civic Center Plaza, Suite 200
                    Poughkeepsie, NY 12601
                    Telephone: (845) 483-7100
                    Fax: (888) 749-7747
                    furiap@thesultzerlawgroup.com

               *Attorneys for Plaintiff Kamonica McWhite-York*