UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
IN RE: ORAL PHENYLEPHRINE MARKETING : 23-md-3089-BMC
AND SALES PRACTICES LITIGATION                     :
                                                                         : Brian M. Cogan District Judge
                                                                         :
----------------------------------------------------------------- :
                                                                         : MOTION FOR ADMISSION *PRO HAC*
THIS DOCUMENT RELATES TO:                          : *VICE* OF STUART A. DAVIDSON
                                                                         :
*Barton v. RB Health (US) LLC*,                          :
No. 1:23-cv-09063 (E.D.N.Y.)                            :
                                                                         :
*De Priest v. Walgreen Co.*,                              :
No. 1:23-cv-09272 (E.D.N.Y.)                            :
                                                                         :
*Benjamin v. GlaxoSmithKlein LLC*,                  :
No. 1:23-cv-09313 (E.D.N.Y.)                            :
----------------------------------------------------------------- x

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Stuart A. Davidson, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Erin Barton, Kimberly Buscaglia, Francis W. Catanese, Samuel Gallo, Hannah De Priest, Frizell Johnson, Ruben Varela, Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers in the above-captioned actions.

I am in good standing of the State Bar of Florida and State Bar of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3(c). *See* Affidavit of Stuart A. Davidson in Support of Admission *Pro Hac Vice*, filed concurrently; *see also* Exhibit A (Certificates of Good Standing from The Florida Bar and Minnesota Supreme Court).

| | |
|---|---|
| DATED: December 28, 2023 | ROBBINS GELLER RUDMAN  & DOWD LLP<br>PAUL J. GELLER<br>STUART A. DAVIDSON<br>LINDSEY H. TAYLOR |
| | *s/ Stuart A. Davidson*<br>STUART A. DAVIDSON |
| | 225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL  33432<br>Telephone:  (561) 750-3000<br>(561) 750-3364 (fax)<br>sdavidson@rgrdlaw.com |

CARELLA, BYRNE, CECCHI,
  BRODY & AGNELLO, P.C.
JAMES E. CECCH
DONALD A. ECKLUND
JORDAN M. STEELE
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
jsteele@carellabyrne.com

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
SCOTT A. GEORGE
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  (973) 639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sgeorge@seegerweiss.com

DICELLO LEVITT LLP
ADAM J. LEVITT
JOHN E. TANGREN
DANIEL R. SCHWARTZ
Ten North Dearborn Street, Sixth Floor
Chicago, IL  60602
Telephone:  (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dschwartz@dicellolevitt.com

*Attorneys for Plaintiffs*