UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x
IN RE: ORAL PHENYLEPHRINE MARKETING : 23-md-3089-BMC
AND SALES PRACTICES LITIGATION :
: Brian M. Cogan District Judge
:
: AFFIDAVIT OF STUART A.
THIS DOCUMENT RELATES TO: : DAVIDSON IN SUPPORT OF
: ADMISSION *PRO HAC VICE*
*Barton v. RB Health (US) LLC*,
No. 1:23-cv-09063 (E.D.N.Y.)

*De Priest v. Walgreen Co.*,
No. 1:23-cv-09272 (E.D.N.Y.)

*Benjamin v. GlaxoSmithKlein LLC*,
No. 1:23-cv-09313 (E.D.N.Y.)
———————————————————— x

I, Stuart A. Davidson, declare as follows:

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Stuart A. Davidson, am a member with the law firm Robbins Geller Rudman & Dowd LLP. I submit this affidavit in support of my motion for admission *Pro Hac Vice* in the above-captioned matter.

1. I have not been convicted of a felony.

2. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of December, 2023, at Boca Raton, Florida.

_____
STUART A. DAVIDSON

Subscribed and sworn to before me on this 28th day of December, 2023.

_____
Notary Public

My Commission expires 2/21/2027

Notary Public State of Florida
Janet L. Miller
My Commission HH 334911
Expires 2/21/2027

- 1 -