# EXHIBIT A



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )    In Re:  0084824
Stuart Andrew Davidson
Robbins Geller Rudman & Dowd LLP
225 NE Mizner Blvd Ste 720
Boca Raton, FL 33432

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 26, 1996**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  27th  day of **December, 2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-262566



# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

STUART ANDREW DAVIDSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

September 18, 2019

Given under my hand and seal of this court on

December 08, 2023

Emily J. Eschweiler, Director
Office of Lawyer Registration