UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------x

IN RE: ORAL PHENYLEPHRINE MARKETING : 23-md-3089-BMC
AND SALES PRACTICES LITIGATION :
: Brian M. Cogan District Judge
:
_____ :
: ORDER FOR ADMISSION *PRO HAC*
THIS DOCUMENT RELATES TO: : *VICE* OF STUART A. DAVIDSON
:
*Barton v. RB Health (US) LLC*, :
No. 1:23-cv-09063 (E.D.N.Y.) :
:
*De Priest v. Walgreen Co.*, :
No. 1:23-cv-09272 (E.D.N.Y.) :
:
*Benjamin v. GlaxoSmithKlein LLC*, :
No. 1:23-cv-09313 (E.D.N.Y.) :
----------------------------------------x

The motion of Stuart A. Davidson, for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the State Bar of Florida (Bar No. 0084824) and State Bar of Minnesota (Bar No. 0400754) and that his contact information is as follows:

> Stuart A. Davidson
> Robbins Geller Rudman & Dowd LLP
> 225 NE Mizner Boulevard, Suite 720
> Boca Raton, FL  33432
> Telephone:  561/750-3000
> 561/750-3364 (fax)
> sdavidson@rgrdlaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Erin Barton, Kimberly Buscaglia, Francis W. Catanese, Samuel Gallo, Hannah De Priest, Frizell Johnson, Ruben Varela, Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers in the above-captioned actions:

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____    _____
                                                                          THE HONORABLE BRIAN M. COGAN
                                                                          UNITED STATES DISTRICT JUDGE