## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Case No. 1:23-md-3089-BMC |
| *This document relates to:*<br><br>ROBYN CRONIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER INC. and PROCTER & GAMBLE,<br><br>Defendants. | Civil Action No. 2:23-cv-6870-BMC<br><br><br><br><br>**NOTICE OF APPEARANCE OF MELANIE H. MUHLSTOCK, ESQ.** |

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Melanie H. Muhlstock, of Parker Waichman LLP, am admitted to practice in this Court, and hereby enter my appearance in this case as counsel for Plaintiff Robyn Cronin, as well as the above-referenced MDL proceeding (MDL No. 3089) and respectfully request that copies of all papers and electronic notices in this action be served upon me.

Dated: December 28, 2023

                                                  Respectfully submitted,

                                                  /s/ *Melanie H. Muhlstock*
                                                  Melanie H. Muhlstock
                                                  **PARKER WAICHMAN LLP**
                                                  6 Harbor Park Drive
                                                  Port Washington, New York 11050
                                                  Tel.: 516.466.6500 | Fax: 516.466.6665
                                                  Email: mmuhlstock@yourlawyer.com

                                                  *Counsel for Plaintiff Robyn Cronin*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                  /s/ *Melanie H. Muhlstock*
                  Melanie H. Muhlstock