UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Master Case No. 23-md-3089-BMC |
| *This document relates to:*<br><br>Kamonica McWhite, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>Johnson & Johnson Consumer, Inc.<br><br>      Defendant. | Civil Action No. 1:23-cv-09065-BMC<br><br>**NOTICE OF APPEARANCE OF MICHAEL R. REESE** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

Please take notice that Michael R. Reese, who is duly admitted to practice in the Eastern District of New York and has no disciplinary matters pending, hereby files his notice of appearance on behalf of the plaintiff and the proposed class in the above-captioned action. This document is being filed in both 23-cv-09065-BMC and 23-md-3089-BMC so that I will receive ECF notifications in both matters.

Dated: December 30, 2023        Respectfully submitted,

                     **REESE LLP**

                     */s/ Michael R. Reese*
                     Michael R. Reese
                     100 West 93rd Street, 16th Floor
                     New York, New York 10025
                     Telephone: (212) 643-0500
                     Facsimile: (212) 253-4272
                     *mreese@reesellp.com*

                     *Counsel for Plaintiff and the Proposed Class*