Case 1:23-md-03089-BMC    Document 12    Filed 01/03/24    Page 1 of 2 PageID #: 40

A TRUE COPY ATTEST
Date: 1/3/2024
BRENNA B. MAHONEY, CLERK OF COURT
By: *Alisha Francis*, Deputy Clerk

Clerk's Office
Filed Date: 1/3/2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: ORAL PHENYLEPHRINE MARKETING AND
SALES PRACTICES LITIGATION MDL No. 3089

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –2)**

On December 6, 2023, the Panel transferred 8 civil action(s) to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2023). Since that time, 65 additional action(s) have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Brian M. Cogan.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Cogan.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of December 6, 2023, and, with the consent of that court, assigned to the Honorable Brian M. Cogan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.
Dec 28, 2023
CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

| | | | | |
|---|---|---|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | | | | MDL No. 3089 |

## SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| NEBRASKA | | | | 1:24-cv-00040 |
| NE | 8 | 23−00543 | Bryan et al v. Johnson & Johnson Consumer, Inc. et al | |
| OREGON | | | | 1:24-cv-00041 |
| OR | 6 | 23−01847 | Pena−Venegas et al v. Johnson & Johnson Consumer, Inc. et al | |
| UTAH | | | | 1:24-cv-00043 |
| UT | 4 | 23−00115 | Jergins et al v. Johnson & Johnson Consumer, Inc. et al | |
| WISCONSIN EASTERN | | | | |
| WIE | 1 | 23−01625 | Harrison v. Johnson & Johnson Consumer Inc | 1:24-cv-00044 |