UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Page v. RB Health (US) LLC*, No. 1:23-cv-09290-BMC (E.D.N.Y.)<br><br>*Reyes v. The Procter & Gamble Company et al.*, No. 1:23-cv-09308-BMC (E.D.N.Y.) | **ORDER FOR ADMISSION *PRO HAC VICE* OF CARI CAMPEN LAUFENBERG** |

The motion of Cari Campen Laufenberg for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that she is a member in good standing of the State Bar of Washington (Bar No. 34354) and that her contact information is as follows:

> Cari Campen Laufenberg
> Keller Rohrback L.L.P.
> 1201 Third Avenue, Suite 3200
> Seattle, WA 98101
> Tel: (206) 623-1900
> Fax: (206) 623-3384
> claufenberg@kellerrohrback.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs Martha A. Page and Rebecca Lynn Reyes in the above-captioned actions:

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____

                                                                      THE HONORABLE BRIAN M. COGAN
                                                                       UNITED STATES DISTRICT JUDGE