UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | MDL No. 1:23-md-03089-BMC<br><br>Case No. 1:23-cv-09275-BMC |
| This Document Relates to:<br><br>*Derosa v. Walgreen Co.*,<br>Case No. 1:23-cv-09275-BMC (E.D.N.Y.) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned counsel, Jonathan Lindenfeld of Fegan Scott LLC, 140 Broadway, 46th Floor, New York, NY 10005, am admitted to practice in this Court, and hereby enter my appearance as counsel for Plaintiff Anthony Derosa in the above-captioned matter. This document is being filed in both 1:23-md-03089-BMC and 1:23-cv-09275-BMC so that I will receive ECF notifications in both matters.

Dated: January 4, 2024

By: */s/ Jonathan D. Lindenfeld*
 Jonathan D. Lindenfeld
 FEGAN SCOTT LLC
 140 Broadway, 46th Floor
 New York, NY 10005
 Ph: 332.216.2101
 Fax: 312.264.0100
 Email: jonathan@feganscott.com

 *Counsel for Plaintiff Anthony Derosa*