# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Case No. 1:23-md-3089-BMC |
| This document relates to:<br><br>*Pack v. Johnson & Johnson, Consumer Companies, Inc. et al.,* No. 1:23-cv-09057<br><br>*Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-09277<br><br>*Kleiman v. Bayer HealthCare LLC,* No. 1:23-cv-09287<br><br>*Heaghney v. Johnson & Johnson et al.,* No. 1:23-cv-09282<br><br>*Parker v. Rite Aid et al.,* No. 1:23-cv-09311<br><br>*Means v. Johnson & Johnson Holdco et al.,* No. 1:23-cv-09276<br><br>*Kasparie and James v. Bayer Healthcare LLC*, No. 1:23-cv-09312<br><br>*Thomas & Woods v. Kenvue, Inc. et al.*, No. 1:23-cv-09303<br><br>*Murdock et al. v. RB Health (US), LLC et al.*, No. 1:23-cv-09279<br><br>*McPhee & Vorise v. Johnson & Johnson Consumer Companies, Inc.*, No. 1:23-cv-09262<br><br>*Chavez v. Johnson & Johnson et al.,* No. 1:23-cv-09304<br><br>*Adkins v. Reckitt Benckiser et al.,* No. 1:23-cv-09291 | **NOTICE OF APPEARANCE OF CARA D. EDWARDS** |

> *Sanes, et al. v. Bayer HealthCare LLC,* No. 1:23-cv-09295
>
> *Jones v. Bayer Corporation et al.,* No. 1:23-cv-09297

TO THE CLERK OF THE COURT:

    **PLEASE TAKE NOTICE** that the undersigned counsel, Cara D. Edwards, of DLA Piper LLP (US), is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters her appearance in these cases as counsel for Defendant Bayer HealthCare LLC, as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon her at the email address below.

Dated: January 4, 2024.

                               **DLA PIPER LLP (US)**

                               By: /s/ *Cara D. Edwards*
                                  Cara D. Edwards (NY – 4267449)
                                  1251 Avenue of the Americas
                                  27th Floor
                                  New York, NY 10020
                                  Tel: (212) 335-4714
                                  Fax: (212) 884-8714
                                  cara.edwards@us.dlapiper.com
                                  *Attorney for Bayer HealthCare, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/ *Cara D. Edwards*
Cara D. Edwards