UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | 23-md-3089-BMC<br><br>Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO:<br><br>*Grimsley v. Reckitt Benckiser LLC*, 1:23-cv-09265-BMC (E.D.N.Y.)<br><br>*Taylor et al v. Procter & Gamble Company*, 1:23-cv-09258-BMC (E.D.N.Y.) | MOTION FOR ADMISSION *PRO HAC VICE* OF LAURA S. DUNNING, ESQ. |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Laura S. Dunning, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Darrell Wayne Grimsley, Van Gandy and Joy Taylor in the above-captioned action.

I am in good standing of the Alabama State Bar and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3(c). *See* Affidavit of Laura S. Dunning in Support of Admission *Pro Hac Vice*, filed concurrently; *see also* Exhibit A (Certificate of Good Standing for the State of Alabama).

DATED: January 5, 2024

      */s/ Laura S. Dunning*
      LAURA S. DUNNING

      Levin, Papantonio, Rafferty, Proctor,
      Buchanan, O'Brien, Barr, and Mougey, P.A.
      316 S. Baylen St. STE 600
      Pensacola, FL 32502
      205-396-5014
      ldunning@levinlaw.com

      **LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
      Peter J. Mougey (PHV forthcoming)
      pmougey@levinlaw.com
      Jeff R. Gaddy (PHV forthcoming)
      jgaddy@levinlaw.com
      316 South Baylen Street, Suite 600
      Pensacola, Florida 32502
      Telephone: (850) 435-7068
      Facsimile: (850) 436-6068

      **BARON & BUDD, P.C.**
      Russell W. Budd (PHV forthcoming)
      rbudd@baronbudd.com
      3102 Oak Lawn Avenue, Suite 1100

Dallas, TX 75219
Telephone: (214)521-3605

Roland Tellis (PHV forthcoming)
rtellis@baronbudd.com
Mark Pifko (PHV forthcoming)
mpifko@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Blvd #1600
Los Angeles, CA 91436
Telephone: (818) 839-2333
Facsimile: (214) 520-1181

*Attorneys for Plaintiffs*