UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | 23-md-3089-BMC<br><br>Brian M. Cogan District Judge<br><br>ORDER FOR ADMISSION *PRO HAC VICE* OF LAURA S. DUNNING |
| THIS DOCUMENT RELATES TO:<br><br>*Grimsley v. Reckitt Benckiser LLC*, 1:23-cv-09265-BMC (E.D.N.Y.)<br><br>*Taylor et al v. Procter & Gamble Company*, 1:23-cv-09258-BMC (E.D.N.Y.) | |

The motion Laura S. Dunning, for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that she is a member in good standing of the State Bar of Alabama (Bar No. ASB-1540-U50S) and that her contact information is as follows:

> Laura S. Dunning
> Levin, Papantonio, Rafferty, Proctor,
> Buchanan, O'Brien, Barr, and Mougey, P.A.
> 316 S. Baylen St. STE 600
> Pensacola, FL 32502
> 205-396-5014
> ldunning@levinlaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Darrell Wayne Grimsley, Van Gandy and Joy Taylor in the above-captioned actions:

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____

THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE