**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*Page v. RB Health (US) LLC*, No. 1:23-cv-09290-BMC (E.D.N.Y.)<br><br>*Reyes v. The Procter & Gamble Company et al.*, No. 1:23-cv-09308-BMC (E.D.N.Y.) | Case No. 23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF CARI CAMPEN LAUFENBERG** |

PLEASE TAKE NOTICE that Cari Campen Laufenberg of Keller Rohrback L.L.P. hereby appears on behalf of Plaintiffs Martha A. Page and Rebecca Lynn Reyes in the above-captioned action and respectfully requests that all pleadings, motions, orders, correspondence, and other papers in connection with this action be served upon:

> Cari Campen Laufenberg
> Keller Rohrback L.L.P.
> 1201 Third Avenue, Suite 3200
> Seattle, WA 98101
> Tel: 206-623-1900
> Fax: 206-623-3384
> Email: claufenberg@kellerrohrback.com

DATED: January 8, 2024

KELLER ROHRBACK L.L.P.

By /s/ *Cari Campen Laufenberg*
Cari Campen Laufenberg
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Attorney for Plaintiffs Rebecca Lynn Reyes and Martha A. Page*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

> By: /s/ *Sarah Skaggs*
> Sarah Skaggs