UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | 23-md-3089-BMC |
|  | Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO: | NOTICE OF APPEARANCE |
| *Barton v. RB Health (US) LLC*, No. 1:23-cv-09063 (E.D.N.Y.) |  |
| *De Priest v. Walgreen Co.*, No. 1:23-cv-09272 (E.D.N.Y.) |  |
| *Benjamin v. GlaxoSmithKlein LLC*, No. 1:23-cv-09313 (E.D.N.Y.) |  |

- 1 -

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs Erin Barton, Kimberly Buscaglia, Francis W. Catanese, Samuel Gallo, Hannah De Priest, Frizell Johnson, Ruben Varela, Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers in the above matter.

I am in good standing of the State Bar of Florida and State Bar of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court.

DATED: January 9, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  (561) 750-3000
(561) 750-3364 (fax)
sdavidson@rgrdlaw.com