UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
                                                             :
IN RE: ORAL PHENYLEPHRINE MARKETING                          :   MDL No. 1:23-md-03089-BMC
AND SALES PRACTICES LITIGATION                               :
                                                             :
THIS DOCUMENT RELATES TO:                                    :
                                                             :
Case No. 1:23-cv-09259-BMC                                   :
                                                             :   NOTICE OF APPEARANCE
                                                             :
Emily Hansen, Sommer Milhous and Andrew                      :
Gutierrez, individually and on behalf of all others          :
similarly situated,                                          :
                                                             :
                         Plaintiffs,                         :
                                                             :
v.                                                           :
                                                             :
Walmart, Inc.                                                :
                                                             :
                         Defendant.                          :
------------------------------------------------------------ X
```

      PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs Emily Hansen, Sommer Milhous and Andrew Guiterrez in the above-referenced matter.

      I am a member in good standing of the bar of the State of Texas, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  January 9, 2024.

                                                       Respectfully submitted,

                                                      /s/ *Rand P. Nolen*
                                                      Rand P. Nolen
                                                      **FLEMING, NOLEN & JEZ, LLP**
                                                      2800 Post Oak Blvd., Suite 6000
                                                      Houston, TX 77056-6128
                                                      Telephone: (713) 621-7944
                                                      Facsimile: (713) 621-9638
                                                      Email: rand_nolen@fleming-law.com

                                                      ***Attorneys for Plaintiffs.***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2024, I electronically filed the above-referenced document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

                                              /s/ *Rand P. Nolen*
                                              Rand P. Nolen