UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 1:23-md-03089-BMC<br><br>Case No. 1:23-cv-09275-BMC |
| This Document Relates to:<br><br>*Derosa v. Walgreen Co.*,<br>Case No. 1:23-cv-09275-BMC (E.D.N.Y.) | |

**NOTICE OF MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Elizabeth A. Fegan, hereby move this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of Fegan Scott LLC and a member in good standing of the bar of the State of Illinois, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Anthony Derosa in the above-captioned action. This document is being filed in both 1:23-md-03089-BMC and 1:23-cv-09275-BMC so that I will receive ECF notifications in both matters.

There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: January 9, 2024

By: /s/ Elizabeth A. Fegan

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
beth@feganscott.com

*Counsel for Plaintiff Anthony Derosa*