UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 1:23-md-03089-BMC<br><br>Case No. 1:23-cv-09275-BMC |
| This Document Relates to:<br><br>*Derosa v. Walgreen Co.*,<br>Case No. 1:23-cv-09275-BMC (E.D.N.Y.) | |

### AFFIDAVIT OF ELIZABETH A. FEGAN
### IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Elizabeth A. Fegan, being duly sworn, hereby depose and say as follows:

Pursuant to Local Rule 1.3(c) and Administrative Order 97-13:

1. I am a Managing Partner with the law firm of Fegan Scott LLC.

2. As shown in the Certificate of Good Standing annexed hereto which was issued in the last thirty days, I am a member in good standing of the bar of the State of Illinois. I will notify the Court immediately of any matter affecting my standing with the Illinois bar.

3. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned proceeding.

4. I am familiar with and shall comply with the standards of professional conduct imposed upon members of the New York bar, including the rules of court governing the conduct of attorneys and the Rules of Professional Conduct.

5. I agree to be subject to the jurisdiction of the courts of this State with respect to any acts occurring during the course of my participation in the matter.

6. I agree to be subject to all disciplinary rules and regulations of the courts of the State of New York.

7. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

8. There are no pending disciplinary proceedings against me in any state or federal court.

WHEREFORE, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this matter for Plaintiff Anthony Derosa.

Dated: January 9, 2024

By: _____
Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
beth@feganscott.com

*Counsel for Plaintiff Anthony Derosa*

STATE OF ILLINOIS     )
                      )
                      )
COUNTY OF KENDALL     )

On the 9th day of January, 2024, before me, the undersigned, a Notary Public in and for said State, personally appeared ELIZABETH A. FEGAN personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to within instrument and acknowledged to me that she executed the same in her individual capacity, and that by her signature on the instrument, the individual, or the person upon behalf of whom the individual acted, executed the instrument.

Notary Public

OFFICIAL SEAL
TORY L KENNEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 02/15/2027

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Elizabeth Anne Fegan

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/1995 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 4th day of January, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois