UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | 23-md-3089-BMC |
| | Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO: | AFFIDAVIT OF PETER J. MOUGEY IN SUPPORT OF ADMISSION *PRO HAC VICE* |
| *Grimsley v. Reckitt Benckiser LLC*, 1:23-cv-09265-BMC (E.D.N.Y.) | |
| *Taylor et al v. Procter & Gamble Company*, 1:23-cv-09258-BMC (E.D.N.Y.) | |

I, Peter J. Mougey, declare as follows:

Pursuant to Rule l.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Peter J. Mougey, am a Shareholder with the law firm Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, and Mougey, P.A.  I submit this affidavit in support of my motion for admission *Pro Hac Vice* in the above-captioned matter.

1.      I have not been convicted of a felony.

2.      I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

3.      There are no disciplinary proceedings presently against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5ᵗʰ day of January, 2024 in Pensacola, Florida.

_____

PETER J. MOUGEY

Subscribed and sworn to before me on this 5ᵗʰ day of January, 2024.

_____
Notary public

My Commission expires *November 5, 2026*



JOSHUA C. GAY
Commission # HH 283807
Expires November 5, 2026

2