# EXHIBIT A



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )   In Re:  0191825
Peter James Mougey
Levin Papantonio Thomas Mitchell...
316 S Baylen St Ste 600
Pensacola, FL 32502-5996

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **January 26, 2000**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  5th  day of **January, 2024**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-263900

# Alabama State Bar

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

## CERTIFICATE OF GOOD STANDING

Occupational License

*STATE OF ALABAMA*
*COUNTY OF MONTGOMERY*

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify **Peter James Mougey** has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that **Peter James Mougey** was admitted to the Alabama State Bar on May 05, 2000. I further certify that said attorney is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September, 30, 2023. (License fees and special membership dues are payable between October 1 and October 31, 2024.)

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on January 05, 2024.



Terri B. Lovell, Secretary

