# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Case No. 1:23-md-3089-BMC |
| This document relates to:<br><br>*Pack v. Johnson & Johnson, Consumer Companies, Inc. et al.,* No. 1:23-cv-09057<br><br>*Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-09277<br><br>*Kleiman v. Bayer HealthCare LLC,* No. 1:23-cv-09287<br><br>*Heaghney v. Johnson & Johnson et al.,* No. 1:23-cv-09282<br><br>*Parker v. Rite Aid et al.,* No. 1:23-cv-09311<br><br>*Means v. Johnson & Johnson Holdco et al.,* No. 1:23-cv-09276<br><br>*Kasparie and James v. Bayer Healthcare LLC*, No. 1:23-cv-09312<br><br>*Thomas & Woods v. Kenvue, Inc. et al.*, No. 1:23-cv-09303<br><br>*Murdock et al. v. RB Health (US), LLC et al.*, No. 1:23-cv-09279<br><br>*McPhee & Vorise v. Johnson & Johnson Consumer Companies, Inc.*, No. 1:23-cv-09262<br><br>*Chavez v. Johnson & Johnson et al.,* No. 1:23-cv-09304<br><br>*Adkins v. Reckitt Benckiser et al.,* No. 1:23-cv-09291 | **MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER YOUNG** |

*Sanes, et al. v. Bayer HealthCare LLC,* No. 1:23-cv-09295

*Jones v. Bayer Corporation et al.,* No. 1:23-cv-09297

   Pursuant to Local Rule 1.3(c), I, Christopher Young, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Bayer HealthCare, LLC in the above-captioned actions. I am in good standing of the State Bar of California, and I do not have any pending disciplinary proceedings against me. In support, I have attached a Certificate of Good Standing and an Affidavit.

Dated: January 16, 2024.

                */s/ Christopher Young*
                Christopher Young