UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Case No. 1:23-md-3089-BMC |
| This document relates to:<br><br>*Pack v. Johnson & Johnson, Consumer Companies, Inc. et al.*, No. 1:23-cv-09057<br><br>*Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-09277<br><br>*Kleiman v. Bayer HealthCare LLC*, No. 1:23-cv-09287<br><br>*Heaghney v. Johnson & Johnson et al.*, No. 1:23-cv-09282<br><br>*Parker v. Rite Aid et al.*, No. 1:23-cv-09311<br><br>*Means v. Johnson & Johnson Holdco et al.*, No. 1:23-cv-09276<br><br>*Kasparie and James v. Bayer Healthcare LLC*, No. 1:23-cv-09312<br><br>*Thomas & Woods v. Kenvue, Inc. et al.*, No. 1:23-cv-09303<br><br>*Murdock et al. v. RB Health (US), LLC et al.*, No. 1:23-cv-09279<br><br>*McPhee & Vorise v. Johnson & Johnson Consumer Companies, Inc.*, No. 1:23-cv-09262<br><br>*Chavez v. Johnson & Johnson et al.*, No. 1:23-cv-09304 | **AFFIDAVIT OF CHRISTOPHER YOUNG** |

> *Adkins v. Reckitt Benckiser et al.*, No. 1:23-cv-09291
>
> *Sanes, et al. v. Bayer HealthCare LLC*, No. 1:23-cv-09295
>
> *Jones v. Bayer Corporation et al.*, No. 1:23-cv-09297

Pursuant to Local Rule 1.3(c), I submit this affidavit in support for my motion for admission *Pro Hac Vice*.

1. I have not been convicted of a felony.
2. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.
3. I have no disciplinary proceedings pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13 day of January, 2024, at San Diego, California.

_____
Christopher Young

Subscribed and sworn to me on this ____ day of January, 2024.

SEE ATTACHED
CALIFORNIA NOTARY CERTIFICATE
_____
Notary public

Jan 13, 2024
JM

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California** } s.s.

**County of** San Diego

Subscribed and sworn to (or affirmed) before me on this 13th day of January, 2024, by Christopher Young
Name of Signer (1)
AND
_____, proved to me on the basis of
Name of Signer (2)

satisfactory evidence to be the person(s) who appeared before me.

_Signature of Notary Public_
Julie A. Vera-Miller, Notary Public
Commission Expires: January 31, 2027

For other required information (Notary Name, Commission No. etc.)

— OPTIONAL INFORMATION —

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The certificate is attached to a document titled/for the purpose of

US District Court
Eastern District of NY
MDL 3089
Case No 1:23-md-3089-BMC

containing 2 pages, and dated Jan 13, 2024

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
☑ form(s) of identification   ☐ credible witness(es)
CA Driver License or _____

Notarial event is detailed in notary journal on:
Page # _____ Entry # _____

Notary contact: (760) 803 8781

Other
☐ Affiant(s) Thumbprint(s)   ☐ Describe: _____