UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>*Anderson, Rosalyn, et al. v. The Procter & Gamble Company, et al.*<br>Case No. 1:23-cv-09315-BMC<br><br>*Benjamin, Tatiana, et al. v. GlaxoSmithKline LLC, et al.*<br>Case No. 1:23-cv-09313-BMC<br><br>*Bryan, William, et al. v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:24-cv-00040-BMC<br><br>*Chavez, Richard v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:23-cv-09304-BMC<br><br>*Emmons, Kathleen, et al. v. McNeil Consumer Healthcare, et al.*<br>Case No. 1:23-cv-09314-BMC<br><br>*Fong, Heather v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:23-cv-09278-BMC<br><br>*Hansen, Emily, et al. v. Walmart, Inc.*<br>Case No. 1:23-cv-09259-BMC<br><br>*Heaghney, Daniel v. Johnson & Johnson Holdco (NA) Inc., et al.*<br>Case No. 1:23-cv-09282-BMC<br><br>*Holmes, Jamieka. v. Walmart, Inc.*<br>Case No. 1:23-cv-09255-BMC | Case No. 1:23-md-03089-BMC<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

*Isom, Andrew v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09283-BMC

*Kasparie, Michele, et al. v. Bayer Healthcare LLC, et al.*
Case No. 1:23-cv-09312-BMC

*McPhee, Christopher, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09262-BMC

*Means, Daryl v. Johnson & Johnson Holdco, Inc., et al.*
Case No. 1:23-cv-09276-BMC

*Morris, Rethea, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:24cv00269

*Nelson, Jordan, et al. v. Kenvue, Inc., et al.*
Case No. 1:23-cv-09261-BMC

*Pack, Kenneth Levi, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09057-BMC

*Pena-Venegas, Izabel, et al. v. Johnson & Johsnon Consumer, Inc., et al.*
Case No. 1:24-cv-00041-BMC

*Reyes, Rebecca Lynn v. The Procter & Gamble Company, et al.*
Case No. 1:23-cv-09308-BMC

*Walker, Michael v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09284-BMC

*Wright, Krista v. Johnson & Johnson Consumer, Inc.*
Case No. 1:23-cv-09285-BMC

Pursuant to Rule 1.3(c) of the Local Rules of the United States Court for the Eastern District of New York and Section IV of the Proposed Case Management Order No. 1 (ECF No. 5), Rose J. Jones hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for WALMART INC. and Wal-Mart Stores East, LP, incorrectly named in some cases as Walmart, Inc., Wal-Mart, Inc., and Wal-Mart Stores East 1, LP, in the above captioned action.

I am in good standing with the bar of the state of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the required affidavit and certificate of good standing pursuant to Local Rule 1.3(c).

Dated: January 17, 2024                                     Respectfully Submitted,


                                                            By: /s/ Rose J. Jones
                                                                Rose J. Jones
                                                                KING & SPALDING LLP
                                                                1180 Peachtree Street, NE
                                                                Suite 1600
                                                                Atlanta, GA 30309
                                                                Telephone: (404) 215-5828
                                                                Facsimile: (404) 572-5100
                                                                Email: rjones@kslaw.com

                                                                Attorney for Walmart Inc. and Wal-Mart Stores East, LP

3