UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>*Anderson, Rosalyn, et al. v. The Procter & Gamble Company, et al.*<br>Case No. 1:23-cv-09315-BMC<br><br>*Benjamin, Tatiana, et al. v. GlaxoSmithKline LLC, et al.*<br>Case No. 1:23-cv-09313-BMC<br><br>*Bryan, William, et al. v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:24-cv-00041-BMC<br><br>*Chavez, Richard v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:23-cv-09304-BMC<br><br>*Emmons, Kathleen, et al. v. McNeil Consumer Healthcare, et al.*<br>Case No. 1:23-cv-09314-BMC<br><br>*Fong, Heather v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:23-cv-09278-BMC<br><br>*Hansen, Emily, et al. v. Walmart, Inc.*<br>Case No. 1:23-cv-09259-BMC<br><br>*Heaghney, Daniel v. Johnson & Johnson Holdco (NA) Inc., et al.*<br>Case No. 1:23-cv-09282-BMC<br><br>*Holmes, Jamieka. v. Walmart, Inc.*<br>Case No. 1:23-cv-09255-BMC | Case No. 1:23-md-03089-BMC<br><br>**AFFIDAVIT OF ROSE J. JONES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

*Isom, Andrew v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09283-BMC

*Kasparie, Michele, et al. v. Bayer Healthcare LLC, et al.*
Case No. 1:23-cv-09312-BMC

*McPhee, Christopher, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09262-BMC

*Means, Daryl v. Johnson & Johnson Holdco, Inc., et al.*
Case No. 1:23-cv-09276-BMC

*Nelson, Jordan, et al. v. Kenvue, Inc., et al.*
Case No. 1:23-cv-09261-BMC

*Pack, Kenneth Levi, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09057-BMC

*Pena-Venegas, Izabel, et al. v. Johnson & Johsnon Consumer, Inc., et al.*
Case No. 1:24-cv-00041-BMC

*Reyes, Rebecca Lynn v. The Procter & Gamble Company, et al.*
Case No. 1:23-cv-09308-BMC

*Walker, Michael v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09284-BMC

*Wright, Krista v. Johnson & Johnson Consumer, Inc.*
Case No. 1:23-cv-09285-BMC

I, Rose J. Jones, hereby affirm that the following is true and correct:

1.      I am an attorney with the law firm King & Spalding LLP, and have personal knowledge of the facts stated herein.

2. I make this affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter as counsel for Defendants WALMART INC. and Wal-Mart Stores East, LP, incorrectly named in some cases as Walmart, Inc., Wal-Mart, Inc., and Wal-Mart Stores East 1, LP. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of Georgia.

3. A current certificate of good standing for the State of Georgia is attached as Exhibit A.

4. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission by any court. Furthermore, there are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the information I have provided is true and accurate.

Executed on this 10th day of January 2024.

                                                KING & SPALDING LLP

                                                By: _____
                                                Rose J. Jones
                                                KING & SPALDING LLP
                                                1180 Peachtree Street, NE
                                                Suite 1600
                                                Atlanta, GA 30309
                                                Telephone: (404) 215-5828
                                                Facsimile: (404) 572-5100
                                                Email: rjones@kslaw.com

                                                Attorney for Walmart Inc. and Wal-Mart Stores East, LP

STATE OF  Georgia  )
                   ) ss.:
COUNTY OF Fulton   )

Sworn to and subscribed before me this 10th day of January, 2024.

*[Notary seal: Stacey Simmons, Notary Public, Henry County, Georgia, My Commission Expires October 19, 2025]*

_____

4