

*Lawyers Serving the Public and the Justice System*

**Ms. Rose J. Hunter Jones**
**King & Spalding LLP**
**1180 Peachtree Street NE Suite 1600**
**Atlanta, GA 30309**
**UNITED STATES**

**CURRENT STATUS:**        **Active Member-Good Standing**
**DATE OF ADMISSION:**     **11/01/2002**
**BAR NUMBER:**            **379483**
**TODAY'S DATE:**          **01/05/2024**

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

**Official Representative of the State Bar of Georgia**

---

| **HEADQUARTERS** | **COASTAL GEORGIA OFFICE** | **SOUTH GEORGIA OFFICE** |
|---|---|---|
| 104 Marietta St. NW, Suite 100 | 18 E. Bay St. | 244 E. 2nd St. (31794) |
| Atlanta, GA 30303-2743 | Savannah, GA 31401-9910 | P.O. Box 1390 |
| 404-527-8700 · 800-334-6865 | 912-239-9910 · 877-239-9910 | Tifton, GA 31793-1390 |
| Fax 404-527-8717 | Fax 912-239-9970 | 229-387-0446 · 800-330-0446 |
| www.gabar.org | | Fax 229-382-7435 |