## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2024, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      By: /s/ Rose Jones
      Rose Jones