UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
| | : | |
|---|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | : : : : | MDL No. 3089<br>Civil Action No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO: | : : | **NOTICE OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |
| *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09057-BMC (E.D.N.Y.) | : : : : | |
| *McPhee, et al. v Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09262-BMC (E.D.N.Y.) | : : : : | |
| *Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.) | : : : | |
| *Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.) | : : : | |
| *Chavez v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.) | : : | |
------------------------------------------------------------------- X

PLEASE TAKE NOTICE that upon the annexed Affidavit of Robert W. Sparkes, III, in support of this motion and the Certificate of Good Standing annexed thereto, I will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of Robert W. Sparkes, III, a member of the firm of K&L Gates LLP and a member in good standing of the bar of the Commonwealth of Massachusetts, as attorney *pro hac vice* to argue or try the above-captioned cases in whole or in part as counsel for defendants Amazon.com, Inc. and Amazon.com Services LLC. There are no pending disciplinary proceedings against me in any State or Federal Court.

Dated:  January 17, 2024                           Respectfully submitted,


                                                   */s/ Robert W. Sparkes, III*
                                                   Robert W. Sparkes, III
                                                   K&L GATES LLP
                                                   1 Congress Street, Suite 2900
                                                   Boston, MA 02114
                                                   Tel:    (617) 261-3100
                                                   Fax:   (617) 261-3175
                                                   Email: robert.sparkes@klgates.com

                                                   *Attorney for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 17, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF filing system and the Notice of Electronic Filing generated thereby.

                                                    */s/ Robert W. Sparkes, III*
                                                   Robert W. Sparkes, III