UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Civil Action No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09057-BMC (E.D.N.Y.)<br><br>*McPhee, et al. v Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09262-BMC (E.D.N.Y.)<br><br>*Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.)<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.)<br><br>*Chavez v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.) | **AFFIDAVIT OF ROBERT W. SPARKES, III IN SUPPORT OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |

I, Robert W. Sparkes, III, being duly sworn, hereby depose and say as follows:

1. I am a partner at the law firm of K&L Gates LLP, located at 1 Congress Street, Suite 2900, Boston, Massachusetts 02114. K&L Gates LLP represents Defendants Amazon.com, Inc. and Amazon.com Services LLC in the above-captioned actions.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matters.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Commonwealth of Massachusetts.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-referenced cases—specifically, Lead Case No. 1:23-md-3089-BMC, and Associated Case Nos. 1:23-cv-09057-BMC, 1:23-cv-09262-BMC, 1:23-cv-09276-BMC, 1:23-cv-09282-BMC, and 1:23-cv-09304-BMC—for Defendants Amazon.com, Inc. and Amazon.com Services LLC.

Dated: January 17, 2024

Respectfully submitted,

Robert W. Sparkes, III
K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Tel:  (617) 261-3100
Fax:  (617) 261-3175
Email: robert.sparkes@klgates.com

*Attorney for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

Sworn to before me this
17th day of January, 2024

_____
Notary Public

SUSAN M. KILEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires December 23, 2027

3