UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
IN RE: ORAL PHENYLEPHRINE     : MDL No. 3089
MARKETING AND SALES PRACTICES : Civil Action No. 1:23-md-3089-BMC
LITIGATION :
:
---------------------------- :
:
THIS DOCUMENT APPLIES TO:     :
: **ORDER FOR ADMISSION OF**
*Pack, et al. v. Johnson & Johnson Consumer* : **COUNSEL PRO HAC VICE**
*Companies, Inc., et al.*, No. 1:23-cv-09057-BMC :
(E.D.N.Y.) :
:
*McPhee, et al. v Johnson & Johnson Consumer* :
*Companies, Inc., et al.*, No. 1:23-cv-09262-BMC :
(E.D.N.Y.) :
:
*Means v. Johnson & Johnson Consumer Inc., et* :
*al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.) :
:
*Heaghney v. Johnson & Johnson Consumer Inc.,* :
*et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.) :
:
*Chavez v. Johnson & Johnson Consumer Inc., et* :
*al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.) :
:
---------------------------------------------------------------- X

The motion of Robert W. Sparkes, III for admission to practice *pro hac vice* in the above-captioned actions is granted. The admitted attorney, Robert W. Sparkes, III, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendants Amazon.com, Inc. and Amazon.com Services LLC.

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case.

2

A notation of your admission *pro hac vice* in the above-listed cases will be made on the roll of attorneys.

Dated: _____, 2024

_____
United States District Judge