# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*Hernandez v. Johnson & Johnson Consumer, Inc.*,<br>No. 1:23-cv-09257-BMC (E.D.N.Y.)<br><br>*Nelson et al v. Johnson & Johnson Consumer, Inc. et al*,<br>No. 1:23-cv-09261-BMC (E.D.N.Y.)<br><br>*Flores v. Costco Wholesale Corporation*,<br>No. 1:23-cv-09263-BMC (E.D.N.Y.) | MDL No. 3089<br>23-md-3089-BMC<br><br>JUDGE Brian M. Cogan |

## NOTICE OF MOTION TO ADMIT SARAH N. WESTCOT *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Sarah N. Westcot, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of a movant, a member of the firm of Bursor & Fisher, P.A., and a member in good standing of the bars of the States of Florida and California, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiffs Natasha Hernandez, Jordan Nelson, Regina Peralta, and Eduardo Flores.  There are no pending disciplinary proceedings against me in any state or federal court.

        /s/ Sarah N. Westcot
        Sarah N. Westcot

**BURSOR & FISHER, P.A.**
Sarah N. Westcot
701 Brickell Ave., Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-mail: swestcot@bursor.com