**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*Hernandez v. Johnson & Johnson Consumer, Inc.*,<br>No. 1:23-cv-09257-BMC (E.D.N.Y.)<br><br>*Nelson et al v. Johnson & Johnson Consumer, Inc. et al*,<br>No. 1:23-cv-09261-BMC (E.D.N.Y.)<br><br>*Flores v. Costco Wholesale Corporation*,<br>No. 1:23-cv-09263-BMC (E.D.N.Y.) | MDL No. 3089<br>23-md-3089-BMC<br><br>JUDGE Brian M. Cogan |

## AFFIDAVIT OF SARAH N. WESTCOT IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Sarah N. Westcot, declare and state as follows:

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the

Southern and Eastern Districts of New York, I, Sarah N. Westcot, am a member with law firm

Bursor & Fisher, P.A.  I submit this affidavit in support of my motion for admission *Pro Hac*

*Vice* in the above-captioned matter.

1.      I have not been convicted of a felony.

2.      I have not been censured, suspended, disbarred or denied admissions or

readmission by any court.

3.      There are no disciplinary proceedings presently against me in any state or federal

court.

4.       A current certificate of good standing for the State of Florida is attached as Exhibit A.

5.       A current certificate of good standing for the State of California is attached as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___17___ day of January, 2024 at Miami, Florida.

_____
Sarah N. Westcot

Subscribed and sworn before me this __17__ day of January, 2024



_____
Notary Public

My Commission expires __03/28/2027___