**EXHIBIT B**

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

January 16, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SARAH NICOLE GIBBONS, #264916 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2009; that at their request, on April 8, 2011, their name was changed to SARAH NICOLE WESTCOT on the records of the State Bar of California; that they have been since the date of admission, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records