UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*Hernandez v. Johnson & Johnson Consumer, Inc.*,<br>No. 1:23-cv-09257-BMC (E.D.N.Y.)<br><br>*Nelson et al v. Johnson & Johnson Consumer, Inc. et al*,<br>No. 1:23-cv-09261-BMC (E.D.N.Y.)<br><br>*Flores v. Costco Wholesale Corporation*,<br>No. 1:23-cv-09263-BMC (E.D.N.Y.) | MDL No. 3089<br>23-md-3089-BMC<br><br>JUDGE Brian M. Cogan |

**PROPOSED ORDER FOR ADMISSION *PRO HAC VICE* OF SARAH N. WESTCOT**

The motion of Sarah N. Westcot for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that she is a member in good standing of the State Bars of Florida and California and that her contact information is as follows:

**BURSOR & FISHER, P.A.**
Sarah N. Westcot
701 Brickell Ave., Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-mail: swestcot@bursor.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs Natasha Hernandez, Jordan Nelson, Regina Peralta, and Eduardo Flores in the above-captioned actions:

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____                    _____
                                                                                   THE HONORABLE BRIAN M. COGAN
                                                                                   UNITED STATES DISTRICT JUDGE