UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | 23-md-3089-BMC <br><br> Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO: <br><br> *Heaghney v. Johnson & Johnson Consumer Inc., et al.*, 1:23-cv-09282-BMC (E.D.N.Y.) <br><br> *Means v. Johnson & Johnson Consumer Inc., et al.*, 1:23-cv-09276-BMC (E.D.N.Y.) | MOTION FOR ADMISSION *PRO HAC VICE* OF BENJAMIN S. MCINTOSH, ESQ. |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Benjamin S. McIntosh, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Daniel Heaghney and Daryl Means in the above-captioned action.

I am in good standing of the Missouri and Illinois State Bar and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3(c). *See* Affidavit of Benjamin S. McIntosh in Support of Admission *Pro Hac Vice*, filed concurrently; *see also* Exhibit A (Certificate of Good Standing for the State of Missouri and Illinois).

DATED: January 17, 2024

    */s/ Benjamin S. McIntosh*
    BENJAMIN S. MCINTOSH

    SWMW LAW, LLC
    701 Market Street, Suite 1000
    St. Louis, MO 63101
    314-480-5180
    ben.mcintosh@swmwlaw.com
    *Attorneys for Plaintiffs*