UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | 23-md-3089-BMC<br><br>Brian M. Cogan District Judge<br><br>AFFIDAVIT OF BENJAMIN S. MCINTOSH IN SUPPORT OF ADMISSION *PRO HAC VICE* |
| THIS DOCUMENT RELATES TO:<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*,<br>1:23-cv-09282-BMC (E.D.N.Y.)<br><br>*Means v. Johnson & Johnson Consumer Inc., et al.*,<br>1:23-cv-09276-BMC (E.D.N.Y.) | |

UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF NEW YORK

---

DARYL MEANS
DANIEL HEAGHNEY

              Plaintiff(s),

v.

Johnson & Johnson Consumer
Inc., et al.,

              Defendant(s).

23-md-3089-BMC

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

---

I, BENJAMIN S. MCINTOSH, being duly sworn, hereby depose and say as follows:

1. I am a(n) Attorney with the law firm of SWMW LAW, LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Illinois and Missouri.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I have not been convicted of a felony.
6. I Have Not been censured, suspended, disbarred, or denied admission or readmission by any court.
7. Attorney Registration Number(s) if applicable: MO – 68248 and IL – 6325759.
8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 23-md-3089-BMC for Plaintiffs.

Date: 17th day of January 2024

_____
Signature of Movant
BENJAMIN S. MCINTOSH
Firm Name: SWMW LAW, LLC
Address: 701 Market Street, Suite 1000
St. Louis, MO 63101
Email: ben.mcintosh@swmwlaw.com
Phone: 314-480-5180

State of Missouri   )
County of St. Louis   )

Subscribed and sworn to before me on this 17th day of January, in the year 2024.

_____
Notary Public Signature

KAROLINA ANNA HARRIS
Notary Public - Notary Seal
Comm. Number 21339362
STATE OF MISSOURI
St. Louis County
My Commission Expires Jan. 5, 2026