UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | 23-md-3089-BMC |
| | Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO: | ORDER FOR ADMISSION *PRO HAC VICE* OF BENJAMIN S. MCINTOSH |

*Heaghney v. Johnson & Johnson Consumer Inc., et al.,*
1:23-cv-09282-BMC (E.D.N.Y.)

*Means v. Johnson & Johnson Consumer Inc., et al.,*
1:23-cv-09276-BMC (E.D.N.Y.)

The motion Benjamin S. McIntosh, for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the State Bar of Missouri (Bar No. 68248) and the State Bar of Illinois (Bar No. 6325759) and that his contact information is as follows:

> BENJAMIN S. MCINTOSH
> SWMW LAW, LLC
> 701 Market Street, Suite 1000
> St. Louis, MO 63101
> 314-480-5180
> ben.mcintosh@swmwlaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Daniel Heaghney and Daryl Means in the above- captioned actions:

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____    _____
                                           THE HONORABLE BRIAN M. COGAN
                                           UNITED STATES DISTRICT JUDGE