## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 17, 2024, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/ Michael L. Resch
Michael L. Resch
