# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION*<br><br>This document relates to:<br><br>*Chavez v. Johnson & Johnson, et. al.,* No. 1:23-cv-09304<br><br>*McPhee & Vorise v. Johnson & Johnson Consumer Companies, Inc., et. al.,* No. 1:23-cv-09262<br><br>*Nelson v. Kenvue, Inc., et. al.*, No. 1:23-cv-09261<br><br>*Pack v. Johnson & Johnson Consumer Companies, Inc., et. al.*, No. 1:23-cv-09057 | MDL No. 3089<br>Case No. 1:23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF MARK J. LESKO** |

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Mark J. Lesko, of Greenberg Traurig, LLP, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters his appearance in these cases as counsel for Defendant Albertsons Companies, Inc., as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Dated: January 18, 2024                          **GREENBERG TRAURIG, LLP**

                                              By:  */s/ Mark J. Lesko*
                                                   Mark J. Lesko
                                                   900 Stewart Avenue, 5th Floor
                                                   Garden City, NY 11530
                                                   Tel. (631) 994-2408
                                                   Mark.Lesko@gtlaw.com
                                                   *Attorney for Albertsons Companies, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                    By: */s/ Mark J. Lesko*
                                             Mark J. Lesko