# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICE LITIGATION<br><br>This Document Relates to:<br><br>*Robert Fichera v. The Procter & Gamble Company, Associated Wholesale Grocers, Inc., and Valu Merchandisers Co.,* Case No. 1:23-cv-09061-BMC-SJB | Case No. 1:23-MD-03089-BMC<br><br>NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

TO:   All Counsel of Record

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Diana Cole Surprenant, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Adams and Reese, LLP and a member in good standing of the bar of the State of Louisiana, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants, Associated Wholesale Grocers, Inc., and Valu Merchandisers Co. This document is being filed in both Case No. 1:23-MD-03089-BMC and Case No. 1:23-cv-09061-BMC-SJB so that I will receive ECF notifications in both matters. There are no pending disciplinary proceedings against me in any state or federal court.

Date: January 22, 2024

_____
Diana Cole Surprenant
Adams and Reese, LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Email: diana.surprenant@arlaw.com
Telephone: (504) 581-3234

*Counsel for Associated Wholesale Grocers, Inc., and Valu Merchandisers Co.*