## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICE LITIGATION | Case No. 1:23-MD-03089-BMC |
| This Document Relates to: | AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| *Robert Fichera v. The Procter & Gamble Company, Associated Wholesale Grocers, Inc., and Valu Merchandisers Co.,* Case No. 1:23-cv-09061-BMC-SJB | |

I, Diana Cole Surprenant, being duly sworn, hereby depose and say as follows:

1. I am a Partner with the law firm of Adams and Reese, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Stating annexed hereto, I am a member in good standing of the bar of the state of Louisiana.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney bar registration number in Louisiana is 33399.

8. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in Case No. 1:23-MD-03089-BMC and in Case No. 1:23-cv-09061-BMC-SJB for Defendants, Associated Wholesale Grocers, Inc., and Valu Merchandisers Co.

Date: January 18, 2024

_____
DIANA COLE SURPRENANT
Adams and Reese, LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Email: diana.surprenant@arlaw.com
Telephone: (504) 581-3234
*Counsel for Defendants, Associated Wholesale Grocers, Inc., and Valu Merchandisers Co.*

STATE OF LOUISIANA    )
                      )
PARISH OF ORLEANS     )

On the __18th__ day of January, 2024, before me the undersigned, a Notary Public in and for said State, personally appeared Diana Cole Surprenant personally known to me or proved to be on the basis of satisfactory evidence to be the individual whose name is subscribed to within the instrument and acknowledged to me that she executed the same in her individual capacity, and that by her signature on the instrument, the individual, or the person upon behalf of whom the individual acted, executed the instrument.

_____
NOTARY PUBLIC

__MARTIN A. STERN__
Print Name of Notary
Notary ID. No. __17154__