UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
IN RE: ORAL PHENYLEPHRINE MARKETING  :   MDL No. 1:23-md-03089-BMC
AND SALES PRACTICES LITIGATION           :
                                                                       :
_____  :
THIS DOCUMENT APPLIES TO:                     :
Case No. 1:23-cv-09259-BMC                       :
                                                                       :
*Emily Hansen, Sommer Milhous and Andrew*  :   **AFFIDAVIT IN SUPPORT OF**
*Gutierrez, individually and on behalf of all*   :   **MOTION TO ADMIT COUNSEL**
*Others similarly situated*,                           :   ***PRO HAC VICE***
                                      Plaintiffs,    :
                         v.                              :
*Walmart, Inc.*                                         :
                                      Defendant.    :
------------------------------------------------------------X

I, William A. Kershaw, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of Kershaw Talley Barlow PC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above captioned matter for Plaintiffs Emily Hansen, Sommer Milhous and Andrew Gutierrez.

Dated: January 22, 2024                  /s/ William A. Kershaw
                                                         William A. Kershaw
                                                         KERSHAW TALLEY BARLOW PC
                                                         401 Watt Ave., Ste 1
                                                         Sacramento, CA 95864
                                                         Telephone: 916-779-7000
                                                         Email: bill@ktblegal.com

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 22, 2024, I electronically filed the above-referenced document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

                /s/ William A. Kershaw
                William A. Kershaw