UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
IN RE: ORAL PHENYLEPHRINE MARKETING : MDL No. 1:23-md-03089-BMC
AND SALES PRACTICES LITIGATION :
_____ :
THIS DOCUMENT APPLIES TO: :
Case No. 1:23-cv-09259-BMC :
 :
*Emily Hansen, Sommer Milhous and Andrew* : **ORDER FOR ADMISSION**
*Gutierrez, individually and on behalf of all* : ***PRO HAC VICE***
*others similarly situated*, :
 Plaintiffs, :
 v. :
*Walmart, Inc.* :
 Defendant. :
 :
-----------------------------------------------------------X

The motion of William A. Kershaw for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

> William A. Kershaw
> KERSHAW TALLEY BARLOW PC
> 401 Watt Ave., Ste 1
> Sacramento, CA 95864
> Telephone: 916-779-7000
> Email: bill@ktblegal.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge

2