UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
IN RE: ORAL PHENYLEPHRINE MARKETING : MDL No. 1:23-md-03089-BMC
AND SALES PRACTICES LITIGATION :
_____ :
THIS DOCUMENT APPLIES TO: :
Case No. 1:23-cv-09259-BMC :
:
*Emily Hansen, Sommer Milhous and Andrew* : **NOTICE OF MOTION TO ADMIT**
*Gutierrez, individually and on behalf of all* : **COUNSEL *PRO HAC VICE***
*others similarly situated*, :
                              Plaintiffs, :
             v. :
*Walmart, Inc.* :
                              Defendant. :
---------------------------------------------------------------X

TO:   Opposing Counsel, Michael Langer Resch King & Spalding, 50 California Street, Suite 3300, San Francisco, CA 94111

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Ian J. Barlow, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Kershaw Talley Barlow PC and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiffs.  There are no pending disciplinary proceedings against me in any state or federal court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 22, 2024                    Respectfully submitted,

                                           /s/ Ian J. Barlow
                                           Ian J. Barlow
                                           KERSHAW TALLEY BARLOW PC
                                           401 Watt Ave., Ste 1
                                           Sacramento, CA 95864
                                           Telephone: 916-779-7000
                                           Email: ian@ktblegal.com
                                           *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2024, I electronically filed the above-referenced document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

                                            /s/ Ian J. Barlow
                                            Ian J. Barlow