UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re: Oral Phenylephrine Marketing and Sales Practices Litigation**  )<br>)<br>)<br>)<br>**This Document Relates To:**  )<br>**ALL ACTIONS**  ) | Case No.: 1:23-md-03089-BMC |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that Jason P. Sultzer of The Sultzer Law Group P.C., 85 Civic Center Plaza, Suite 200, Poughkeepsie, NY 12601, hereby enters an appearance as counsel for Plaintiff Cathy Kleinman, Kamonica McWhite-York, Annette Striegel, Kristin Lawrence, Sharon Rourk, and Pamela Joyner in the above-captioned action.

Dated:  Poughkeepsie, New York
        January 23, 2024

**THE SULTZER LAW GROUP P.C.**

By:  /s/ Jason P. Sultzer
     Jason P. Sultzer
     85 Civic Center Plaza, Suite 200
     Poughkeepsie, NY 12601
     Telephone: (845) 483-7100
     Fax: (888) 749-7747
     sultzerj@thesultzerlawgroup.com

*Attorneys for Plaintiffs Cathy Kleinman, Kamonica McWhite-York, Annette Striegel, Kristin Lawrence, Sharon Rourk, and Pamela Joyner*

1