UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>*Kaycie Coppock v. The Procter & Gamble Company, et al.*<br>Case No. 1:23-cv-09062-BMC<br><br>*Stephen Audelo v. Johnson & Johnson Consumer Inc et al*<br>Case No. 1:23cv09059-BMC | Case No. 1:23-md-03089-BMC<br><br>District Judge Brian M. Cogan<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF BRYAN F. AYLSTOCK |

1

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Bryan F. Aylsock, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Kaycie Coppock and Stephen Audelo in the above-captioned action.

I am in good standing of the Alabama and Florida State Bar and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3(c). *See* Affidavit of Bryan F. Aylstock in Support of Admission *Pro Hac Vice*, filed concurrently; *see also* Exhibit A (Certificate of Good Standing for the State of Alabama and Florida).

Dated: January 23, 2024

*/s/ Bryan F. Aylstock*
BRYAN F. AYLSTOCK
Aylstock, Witkin, Kreis, & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
PH: 850-202-1010
baylstock@awkolaw.com

*Attorneys for Plaintiffs*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>*Kaycie Coppock v. The Procter & Gamble Company, et al.*<br>Case No. 1:23-cv-09062-BMC<br><br>*Stephen Audelo v. Johnson & Johnson Consumer Inc et al*<br>Case No. 1:23cv09059-BMC | Case No. 1:23-md-03089-BMC<br><br>District Judge Brian M. Cogan<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF BRYAN F. AYLSTOCK |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2024, I electronically filed the foregoing documents with the Clerk of the court using the CM/ECF system which will send notifications of such filing to all attorneys of record.

/s/ Bryan F. Aylstock
BRYAN F. AYLSTOCK
Aylstock, Witkin, Kreis, & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
PH: 850-202-1010
baylstock@awkolaw.com


*Attorneys for Plaintiffs*

3