UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>*Kaycie Coppock v. The Procter & Gamble Company, et al.*<br>Case No. 1:23-cv-09062-BMC<br><br>*Stephen Audelo v. Johnson & Johnson Consumer Inc et al*<br>Case No. 1:23cv09059-BMC | Case No. 1:23-md-03089-BMC<br><br>District Judge Brian M. Cogan<br><br>AFFIDAVIT OF BRYAN F. AYLSTOCT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF BRYAN F. AYLSTOCK |

I, Bryan F. Aylstock, being sworn, hereby depose and say as follows:

1.  I am a Partner with the law firm of Aylstock, Witkin, Kreis, & Overholtz, PLLC, and have personal knowledge of the facts stated herein.

2.  I submit this affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter as counsel for the Plaintiffs, Kaycie Coppock and Stephen Audelo in the above-captioned matter. I am a member in good standing of the bar of Alabama and Florida.

3.  A current certificate of good standing for Alabama and Florida are attached as Exhibit A.

4.  I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission by any court. Furthermore, there are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the information I have provided is true and accurate.

Date: January 22, 2024

Respectfully,

By: _____
Bryan F. Aylstock
Aylstock, Witkin, Kreis, &
Overholtz, PLLC

STATE OF Florida )
COUNTY OF Escambia )

Sworn to and subscribed before me this 22ND day of January, 2024.

*April Henderson*

APRIL HENDERSON
Commission # GG 976546
Expires April 6, 2024
Bonded Thru Budget Notary Services