# Exhibit A

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF ALABAMA



# Certificate of Good Standing

I, Christopher Ekman, Clerk of the United States District Court for the Southern District of Alabama DO HEREBY CERTIFY that

## *Bryan F. Aylstock*

was duly admitted to practice in said Court on February 20th 1997 and is in good standing as a member of the bar of said Court.

Dated at *Mobile, Alabama*

on January 19, 2024.

Christopher Ekman
**Clerk of Court**

By: *Joel Rogers*
Deputy Clerk

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Bryan Frederick Aylstock**, Florida Bar # **78263**, was duly admitted to practice in this Court on **October 16, 1998**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on January 20, 2024.



Angela E. Noble
Court Administrator • Clerk of Court