UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>*Kaycie Coppock v. The Procter & Gamble Company, et al.*<br>Case No. 1:23-cv-09062-BMC<br><br>*Stephen Audelo v. Johnson & Johnson Consumer Inc et al*<br>Case No. 1:23cv09059-BMC | Case No. 1:23-md-03089-BMC<br><br>District Judge Brian M. Cogan<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF BRYAN F. AYLSTOCK |

The motion of Bryan F. Aylstock for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Florida and Alabama; and that her contact information is as follows:

Applicant's Name: Bryan F. Aylstock

Firm Name: Aylstock, Witkin, Kreis, & Overholtz, PLLC

Address: 17 East Main Street, Suite 200

City / State / Zip: Pensacola, FL 32502

Telephone / Fax: (850) 202-1010 / (850) 916-7449

Email: baylstock@awkolaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Plaintiffs, in the above entitled action;

1

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

United States District Judge Brian M. Cogan