UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

IN RE: ORAL PHENYLEPHRINE            :    MDL No. 3089
MARKETING AND SALES PRACTICES        :    Civil Action No. 1:23-md-3089-BMC
LITIGATION                           :
                                     :
------------------------------------------------       :
                                     :
THIS DOCUMENT APPLIES TO:            :        **NOTICE OF MOTION**
                                     :        **TO ADMIT COUNSEL**
*Pack, et al. v. Johnson & Johnson Consumer*   :    <u>**PRO HAC VICE**</u>
*Companies, Inc., et al.*, No. 1:23-cv-09057-BMC   :
(E.D.N.Y.)                           :
                                     :
*McPhee, et al. v Johnson & Johnson Consumer*   :
*Companies, Inc., et al.*, No. 1:23-cv-09262-BMC   :
(E.D.N.Y.)                           :
                                     :
*Means v. Johnson & Johnson Consumer Inc., et*   :
*al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.)   :
                                     :
*Heaghney v. Johnson & Johnson Consumer Inc.,*   :
*et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.)   :
                                     :
*Chavez v. Johnson & Johnson Consumer Inc., et*   :
*al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.)   :
------------------------------------------------------------------- X

PLEASE TAKE NOTICE that upon the annexed Affidavit of Ruby A. Nagamine, in

support of this motion and the Certificate of Good Standing annexed thereto, I will move this Court

pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York for an order allowing the admission of Ruby A. Nagamine, a

member of the firm of K&L Gates LLP and a member in good standing of the bar of the State of

Washington, as attorney *pro hac vice* to argue or try the above-captioned cases in whole or in part

as counsel for defendants Amazon.com, Inc. and Amazon.com Services LLC.  There are no

pending disciplinary proceedings against me in any State or Federal Court.

Dated:  January 23, 2024                    Respectfully submitted,


                                            */s/ Ruby A. Nagamine*
                                            Ruby A. Nagamine
                                            K&L GATES LLP
                                            925 Fourth Avenue, Suite 2900
                                            Seattle, WA 98104
                                            Tel:    (206) 623-7580
                                            Fax:    (206) 623-7580
                                            Email: ruby.nagamine@klgates.com

                                            *Attorney for Defendants Amazon.com, Inc. and*
                                            *Amazon.com Services LLC*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on January 23, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF filing system and the Notice of Electronic Filing generated thereby.

*/s/ Ruby A. Nagamine*
Ruby A. Nagamine