UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Civil Action No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09057-BMC (E.D.N.Y.)<br><br>*McPhee, et al. v Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09262-BMC (E.D.N.Y.)<br><br>*Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.)<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.)<br><br>*Chavez v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.) | **AFFIDAVIT OF<br>RUBY A. NAGAMINE<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br><u>PRO HAC VICE</u>** |

---

I, Ruby A. Nagamine, being duly sworn, hereby depose and say as follows:

1. I am an associate at the law firm of K&L Gates LLP, located at 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104. K&L Gates LLP represents Defendants Amazon.com, Inc. and Amazon.com Services LLC in the above-captioned actions.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matters.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Washington.

4.      There are no pending disciplinary proceedings against me in any State or Federal Court.

5.      I have never been convicted of a felony.

6.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.      Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in the above-referenced cases—specifically, Lead Case No. 1:23-md-3089-BMC, and Associated Case Nos. 1:23-cv-09057-BMC, 1:23-cv-09262-BMC, 1:23-cv-09276-BMC, 1:23-cv-09282-BMC, and 1:23-cv-09304-BMC—for Defendants Amazon.com, Inc. and Amazon.com Services LLC.

Dated: January 23, 2024

Respectfully submitted,

*Ruby A. Nagamine*
Ruby A. Nagamine
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel:   (206) 623-7580
Fax:   (206) 623-7580
Email: ruby.nagamine@klgates.com

*Attorney for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

Sworn to before me this
23rd day of January, 2024

_____
Notary Public

[Notary Seal: SUZANNE M PETERSEN, NOTARY PUBLIC, 56177, 7-28-25, STATE OF WASHINGTON]

3