# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 55620 |
| | ) | |
| OF | ) | CERTIFICATE |
| | ) | |
| RUBY ANNE NAGAMINE | ) | OF |
| | ) | |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | GOOD STANDING |
| | ) | |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**RUBY ANNE NAGAMINE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 23, 2019, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 16th day of January, 2024.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court