UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 1:23-md-03089-BMC |
| THIS DOCUMENT APPLIES TO:<br>Case No. 1:23-cv-09259-BMC | |
| *Emily Hansen, Sommer Milhous and Andrew Gutierrez, individually and on behalf of all others similarly situated*,<br>                    Plaintiffs,<br>          v.<br>*Walmart, Inc.*<br>                    Defendant. | **NOTICE OF APPEARANCE** |

-------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs Emily Hansen, Sommer Milhous and Andrew Guiterrez in the above-referenced matter.

I am a member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 23, 2024

Respectfully submitted,

/s/ William A. Kershaw
William A. Kershaw (*Pro Hac Vice*)
KERSHAW TALLEY BARLOW PC
401 Watt Ave., Ste 1
Sacramento, CA 95864
Telephone: 916-779-7000
Email: bill@ktblegal.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2024, I electronically filed the above-referenced document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

/s/ William A. Kershaw
William A. Kershaw