UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
IN RE: ORAL PHENYLEPHRINE MARKETING     :    MDL No. 1:23-md-03089-BMC
AND SALES PRACTICES LITIGATION          :
                                        :
_____     :
THIS DOCUMENT APPLIES TO:               :
Case No. 1:23-cv-09259-BMC              :
                                        :
Emily Hansen, Sommer Milhous and Andrew :    NOTICE OF APPEARANCE
Gutierrez, individually and on behalf of all :
others similarly situated,              :
                     Plaintiffs,        :
           v.                           :
Walmart, Inc.                           :
                     Defendant.         :
-------------------------------------------------------------X
```

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs Emily Hansen, Sommer Milhous and Andrew Guiterrez in the above-referenced matter.

I am a member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 23, 2024                Respectfully submitted,

                                       /s/ Ian J. Barlow
                                       Ian J. Barlow (*Pro Hac Vice*)
                                       KERSHAW TALLEY BARLOW PC
                                       401 Watt Ave., Ste 1
                                       Sacramento, CA 95864
                                       Telephone: 916-779-7000
                                       Email: ian@ktblegal.com

                                       *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2024, I electronically filed the above-referenced document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

/s/ Ian J. Barlow
Ian J. Barlow