# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Civil Action No. 1:23-md-03089-BMC<br><br>Case No. 1:23-cv-09275-BMC |
| This Document Relates to:<br><br>*Derosa v. Walgreen Co.*,<br>Case No. 1:23-cv-09275-BMC (E.D.N.Y.) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned counsel, Elizabeth A. Fegan of Fegan Scott LLC, 150 S. Wacker Dr., 24th Floor, Chicago, IL 60606, is admitted to practice *pro hac vice* in this Court, is a member in good standing of the Supreme Court of Illinois, has no disciplinary matters pending against her, and hereby enters her appearance as counsel for Plaintiff Anthony Derosa in the above-captioned matter. This document is being filed in both 1:23-md-03089-BMC and 1:23-cv-09275-BMC so that she will receive ECF notifications in both matters.

Dated: January 24, 2024

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax: 312.264.0100
Email: beth@feganscott.com

*Counsel for Plaintiff Anthony Derosa*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024, I electronically filed the above-referenced document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
