## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICE LITIGATION<br><br>This Document Relates to:<br><br>*Robert Fichera v. The Procter & Gamble Company, Associated Wholesale Grocers, Inc., and Valu Merchandisers Co.,* Case No. 1:23-cv-09061-BMC-SJB | Case No. 1:23-MD-03089-BMC<br><br>NOTICE OF APPEARANCE OF DIANA COLE SURPRENANT |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Diana Cole Surprenant, of the law firm of Adams and Reese, LLP, enters her appearance as counsel for defendants, Associated Wholesale Grocers, Inc., and Valu Merchandisers Co., in the above-entitled actions, and requests that a copy of all future notices, motions, pleadings, orders, and other communications served or filed in this action be provided via the CM/ECF system or at the following address:

Diana Cole Surprenant
Adams and Reese, LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Email: diana.surprenant@arlaw.com

Respectfully submitted,

Date: January 24, 2024

*/s/ Diana Cole Surprenant*
Diana Cole Surprenant
Adams and Reese, LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Email: diana.surprenant@arlaw.com
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Counsel for Associated Wholesale Grocers, Inc., and Valu Merchandisers Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all attorneys of record.

*/s/ Diana Cole Surprenant*
Diana Cole Surprenant