# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION* <br><br> This document relates to: <br><br> *Flores v. Costco Wholesale Corporation,* No. 1:23-cv-09263 | MDL No. 3089 <br> Case No. 1:23-md-3089-BMC <br><br> **NOTICE OF APPEARANCE OF MARK J. LESKO** |

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Mark J. Lesko, of Greenberg Traurig, LLP, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters his appearance in these cases as counsel for Defendant Costco Wholesale Corporation, as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Dated: January 24, 2024

**GREENBERG TRAURIG, LLP**

By: */s/ Mark J. Lesko*
Mark J. Lesko
900 Stewart Avenue, 5th Floor
Garden City, NY 11530
Tel. (631) 994-2408
Mark.Lesko@gtlaw.com

*Attorney for Costco Wholesale Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      By:   */s/ Mark J. Lesko*  
              Mark J. Lesko