# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION* ) ) ) ) | |
| This document relates to: ) | MDL No. 3089 |
| ) | Case No. 1:23-md-3089-BMC |
| *De Priest v. Walgreens Co., et. al.,* No. 1:23-cv-09272 ) ) ) | |
| ) | **NOTICE OF APPEARANCE OF** |
| *Heaghney v. Johnson & Johnson Holdco (NA) Inc., et. al.,* No. 1:23-cv-09282 ) ) ) ) | **DALE R. GOLDSTEIN** |
| *Hsieh v. Reckitt Benckiser LLC, et. al.,* No. 1:23-cv-09274 ) ) ) | |
| *Kleiman v. CVS Health Corporation*, No. 1:23-cv-09318 ) ) ) | |
| *Means v. Johnson & Johnson Consumer Inc.*, No. 1:23-cv-09276 ) ) ) | |

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Dale R. Goldstein, of Greenberg Traurig, LLP, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters her appearance in these cases as counsel for Defendant CVS Pharmacy, Inc., as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon her at the email address below.

Dated: January 24, 2024　　　　　　　　　　**GREENBERG TRAURIG, LLP**

　　　　　　　　　　　　　　　　　　　　　By:  */s/ Dale Rose Goldstein*

　　　　　　　　　　　　　　　　　　　　　Dale Rose Goldstein
　　　　　　　　　　　　　　　　　　　　　One Vanderbilt Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　　Tel. (212) 801-9200
　　　　　　　　　　　　　　　　　　　　　GoldsteinD@gtlaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for CVS Pharmacy, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                        By:  */s/ Dale R. Goldstein*
                                                  Dale R. Goldstein