UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION* )<br>)<br>)<br>)<br>This document relates to: )<br>)<br>*Carrigan v. Johnson & Johnson Consumer Inc., et. al.,* No. 1:23-cv-09319 )<br>)<br>*Cohen v. Walgreens Boots Alliance, Inc.,* No. 1:23-cv-00230 )<br>)<br>*De Priest v. Walgreens Co., et. al.,* No. 1:23-cv-09272 )<br>)<br>*Emmons v. McNeil Consumer Healthcare, et. al.,* No. 1:23-cv-09314 )<br>)<br>*Enriquez v. Procter & Gamble Company, et. al.,* No. 1:23-cv-09260 )<br>)<br>*Heaghney v. Johnson & Johnson Holdco (NA) Inc., et. al.,* No. 1:23-cv-09282 )<br>)<br>*Hsieh v. Reckitt Benckiser LLC, et. al.,* No. 1:23-cv-09274 )<br>)<br>*Means v. Johnson & Johnson Consumer Inc.,* No. 1:23-cv-09276 )<br>)<br>*Parker v. Rite Aid Corporation, et. al.,* No. 1:23-cv-09311 )<br>)<br>*Rampalli v. Walgreen Co.,* No. 1:23-cv-00229 )<br>)<br>*Thorns v. Johnson & Johnson, et. al.,* No. 1:23-cv-09310 ) | MDL No. 3089<br>Case No. 1:23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF DALE R. GOLDSTEIN** |

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Dale R. Goldstein, of Greenberg Traurig, LLP, is admitted to practice in this Court and has no disciplinary matters

pending, and hereby enters her appearance in these cases as counsel for Defendant Walgreen Co., as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon her at the email address below.

Dated: January 24, 2024                                    **GREENBERG TRAURIG, LLP**

                                           By:   */s/ Dale Rose Goldstein*

                                                 Dale Rose Goldstein
                                                 One Vanderbilt Avenue
                                                 New York, NY 10017
                                                 Tel. (212) 801-9200
                                                 GoldsteinD@gtlaw.com

                                                 *Attorney for Walgreen Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

    By: */s/ Dale R. Goldstein*
           Dale R. Goldstein