# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION* ) ) ) | |
| ) | |
| This document relates to: ) | MDL No. 3089 |
| ) | Case No. 1:23-md-3089-BMC |
| *De Priest v. Walgreens Co., et. al.,* No. 1:23-cv-09272 ) ) | |
| ) | **NOTICE OF APPEARANCE OF** |
| *Heaghney v. Johnson & Johnson Holdco (NA) Inc., et. al.,* No. 1:23-cv-09282 ) ) ) | **NILDA ISIDRO** |
| *Hsieh v. Reckitt Benckiser LLC, et. al.,* No. 1:23-cv-09274 ) ) ) | |
| *Kleiman v. CVS Health Corporation*, No. 1:23-cv-09318 ) ) ) | |
| *Means v. Johnson & Johnson Consumer Inc.*, No. 1:23-cv-09276 ) ) ) | |

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Nilda Isidro, of Greenberg Traurig, LLP, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters her appearance in these cases as counsel for Defendant CVS Pharmacy, Inc., as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon her at the email address below.

Dated: January 24, 2024　　　　　　　　**GREENBERG TRAURIG, LLP**

By: */s/ Nilda Isidro*
Nilda Isidro
One Vanderbilt Avenue
New York, NY 10017
Tel. (212) 801-9200
Nilda.Isidro@gtlaw.com

*Attorney for CVS Pharmacy, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: */s/ Nilda Isidro*
     Nilda Isidro