# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION* ) ) ) | |
| This document relates to: ) | MDL No. 3089 |
| ) | Case No. 1:23-md-3089-BMC |
| *Carrigan v. Johnson & Johnson Consumer Inc., et. al.,* No. 1:23-cv-09319 ) ) ) | |
| *Cohen v. Walgreens Boots Alliance, Inc.,* No. 1:23-cv-00230 ) ) ) | **NOTICE OF APPEARANCE OF NILDA ISIDRO** |
| *De Priest v. Walgreens Co., et. al.,* No. 1:23-cv-09272 ) ) ) | |
| *Emmons v. McNeil Consumer Healthcare, et. al.,* No. 1:23-cv-09314 ) ) ) | |
| *Enriquez v. Procter & Gamble Company, et. al.,* No. 1:23-cv-09260 ) ) ) | |
| *Heaghney v. Johnson & Johnson Holdco (NA) Inc., et. al.,* No. 1:23-cv-09282 ) ) ) | |
| *Hsieh v. Reckitt Benckiser LLC, et. al.,* No. 1:23-cv-09274 ) ) ) | |
| *Means v. Johnson & Johnson Consumer Inc.,* No. 1:23-cv-09276 ) ) ) | |
| *Parker v. Rite Aid Corporation, et. al.,* No. 1:23-cv-09311 ) ) ) | |
| *Rampalli v. Walgreen Co.*, No. 1:23-cv-00229 ) ) | |
| *Thorns v. Johnson & Johnson, et. al.*, No. 1:23-cv-09310 ) ) | |

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Nilda Isidro, of Greenberg Traurig, LLP, is admitted to practice in this Court and has no disciplinary matters pending, and

hereby enters her appearance in these cases as counsel for Defendant Walgreen Co., as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon her at the email address below.

Dated: January 24, 2024                                    **GREENBERG TRAURIG, LLP**

                                                By:   */s/ Nilda Isidro*
                                                      Nilda Isidro
                                                      One Vanderbilt Avenue
                                                      New York, NY 10017
                                                      Tel. (212) 801-9200
                                                      Nilda.Isidro@gtlaw.com

                                                      *Attorney for Walgreen Co.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                          By:   */s/ Nilda Isidro*
                                      Nilda Isidro