**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Page v. RB Health (US) LLC*, No. 1:23-cv-09290-BMC (E.D.N.Y.)<br><br>*Reyes v. The Procter & Gamble Company et al.*, No. 1:23-cv-09308-BMC (E.D.N.Y.) | **NOTICE OF MOTION TO ADMIT DEREK W. LOESER *PRO HAC VICE*** |

PLEASE TAKE NOTICE that that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I, Derek W. Loeser, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Keller Rohrback L.L.P. and a member in good standing of the bar(s) of the State(s) of Washington and New York, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiffs Rebecca Lynn Reyes and Martha A. Page. There are no pending disciplinary proceedings against me in any state or federal court.

DATED:  January 24, 2024

        KELLER ROHRBACK L.L.P.


By /s/ *Derek W. Loeser*
    Derek W. Loeser
    dloeser@kellerrohrback.com
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    Telephone:  (206) 623-1900
    Facsimile:  (206) 623-3384

    *Attorney for Plaintiffs Rebecca Lynn Reyes and Martha A. Page*