
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Page v. RB Health (US) LLC*, No. 1:23-cv-09290-BMC (E.D.N.Y.)<br><br>*Reyes v. The Procter & Gamble Company et al.*, No. 1:23-cv-09308-BMC (E.D.N.Y.) | **AFFIDAVIT OF DEREK W. LOESER IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

I, Derek W. Loeser, declare and state as follows:

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Derek W. Loeser, am a member with the law firm Keller Rohrback L.L.P. I submit this affidavit in support of my motion for admission *Pro Hac Vice* in the above-captioned matter.

1. I have not been convicted of a felony.

2. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any state or federal court.

4. Current certificates of good standing for the State of Washington and the State of New York are attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of January, 2024 at Seattle, Washington

_____
Derek W. Loeser

Subscribed and sworn before me this 24th day of January, 2024.

_____
Notary Public

My Commission expires 05-27-25

2