# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC<br>Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO:<br><br>*Thomas et al. v. Kenvue, Inc. et al.*, No. 1: 23-cv-09303-BMC (E.D.N.Y.) | **MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Melissa L. Yeates, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Shawn L. Thomas and Charles Geoffrey Woods in the above-captioned action.

I am in good standing of the State Bar of Pennsylvania, State Bar of New York, and State Bar of Delaware and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3(c). *See* Affidavit of Melissa L. Yeates in Support of Admission Pro Hac Vice, filed concurrently; *see also* Exhibit A (Certificate of Good Standing from the Pennsylvania Supreme Court), Exhibit B (Certificate of Good Standing from the New York Supreme Court), and Exhibit C (Certificate of Good Standing from the Delaware Supreme Court).

Dated: January 24, 2024

Respectfully submitted

*/s/ Melissa L. Yeates*
Melissa L. Yeates
myeates@ktmc.com
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

Facsimile: (610) 667-7056

*Counsel for Plaintiffs Shawn L. Thomas and Charles Geoffrey Woods and the Proposed Classes*