UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC<br>Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO:<br><br>*Thomas et al. v. Kenvue, Inc. et al.*,<br>No. 1: 23-cv-09303-BMC (E.D.N.Y.) | **AFFIDAVIT OF MELISSA L. YEATES IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

I, Melissa L. Yeates, declare as follows:

1.      Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I submit this Affidavit in support of my Motion for Admission *Pro Hac Vice* in the above-captioned matter.

2.      I am a partner with the law firm Kessler Topaz Meltzer & Check, LLP.

3.      As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the State Bar of Pennsylvania, State Bar of New York, and State Bar of Delaware.

4.      A current certificate of good standing for the State of Pennsylvania is attached as Exhibit A.

5.      A current certificate of good standing for the State of New York is attached as Exhibit B.

6.      A current certificate of good standing for the State of Delaware is attached as Exhibit C.

7.      I have not been convicted of a felony, nor have I been censured, suspended, disbarred, or denied admission or readmission by ay court. Furthermore, there are no disciplinary proceedings presently against me in any state or federal court.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this <u>24</u> day of January, 2024, at Radnor, Pennsylvania.

_____
Melissa L. Yeates

Subscribed and sworn to me before this <u>24</u> day of January, 2024.

_____
Notary public

My commission expires _04/27/2026_

Commonwealth of Pennsylvania - Notary Seal
KATHLEEN A. MARRONE, Notary Public
Delaware County
My Commission Expires April 27, 2026
Commission Number 1102560

2