# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Melissa L. Yeates, Esq.*

### DATE OF ADMISSION

**April 27, 2006**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: January 12, 2024**

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk