# EXHIBIT C

## SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Melissa L. Yeates** was admitted to practice as an attorney in the Courts of this State on **January 26, 2005,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 10th day of January 2024.

Danielle M. Drake

Danielle M. Drake
Chief Deputy Clerk of the Supreme Court