# EXHIBIT A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Jordan Elizabeth Jacobson, Esq.*

DATE OF ADMISSION

*January 11, 2021*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 12, 2024

Elizabeth E. Zisk
Chief Clerk