# EXHIBIT C

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

### Jordan Elizabeth Jacobson

was admitted to practice as an attorney and counsellor at the bar of this Court on June 9, 2019.

I further certify that so far as the records of this office are concerned, Jordan Elizabeth Jacobson is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court
This 16th day of January
A.D. 2024

By: *[signature]*
*Deputy Clerk*