UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | 23-md-3089-BMC |
| THIS DOCUMENT RELATES TO: | NOTICE OF APPEARANCE OF BENJAMIN S. MCINTOSH |
| *Heaghney v. Johnson & Johnson Consumer Inc., et al.*, 1:23-cv-09282-BMC (E.D.N.Y.)<br><br>*Means v. Johnson & Johnson Consumer Inc., et al.*, 1:23-cv-09276-BMC (E.D.N.Y.) | |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the undersigned counsel, Benjamin S. McIntosh, of SWMW Law, LLC, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters his appearance in these cases as counsel for Plaintiffs Daryl Means and Daniel Heaghney, as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Dated: January 24, 2024

                                                      **SWMW Law, LLC**

                                                      By: **/s/ Benjamin S. McIntosh**
                                                           Benjamin S. McIntosh
                                                            701 Market Street, Suite 1000
                                                           St. Louis, MO 63101
                                                           314-480-5180
                                                           ben.mcintosh@swmwlaw.com
                                                           Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      By: ***/s/ Benjamin S. McIntosh***
           Benjamin S. McIntosh