**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*Page v. RB Health (US) LLC*, No. 1:23-cv-09290-BMC (E.D.N.Y.)<br><br>*Reyes v. The Procter & Gamble Company et al.*, No. 1:23-cv-09308-BMC (E.D.N.Y.) | Case No. 23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF DEREK W. LOESER** |

PLEASE TAKE NOTICE that Derek W. Loeser of Keller Rohrback L.L.P. hereby appears on behalf of Plaintiffs Martha A. Page and Rebecca Lynn Reyes in the above-captioned action and respectfully requests that all pleadings, motions, orders, correspondence, and other papers in connection with this action be served upon:

    Derek W. Loeser
    Keller Rohrback L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Tel: 206-623-1900
    Fax: 206-623-3384
    Email: dloeser@kellerrohrback.com

DATED:  January 25, 2024

                      KELLER ROHRBACK L.L.P.

                      By /s/ *Derek W. Loeser*
                          Derek W. Loeser
                          dloeser@kellerrohrback.com
                          1201 Third Avenue, Suite 3200
                          Seattle, WA 98101-3052
                          Telephone:  (206) 623-1900
                          Facsimile:  (206) 623-3384

                          *Attorney for Plaintiffs Rebecca Lynn Reyes and Martha A. Page*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/ *Sarah Skaggs*
Sarah Skaggs