UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | 23-md-3089-BMC <br><br> Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO: | NOTICE OF APPEARANCE |
| *Grimsley v. Reckitt Benckiser LLC*, 1:23-cv-09265-BMC (E.D.N.Y.) <br><br> *Taylor et al v. Procter & Gamble Company*, 1:23-cv-09258-BMC (E.D.N.Y.) | |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs Darrell Wayne Grimsley, Van Gandy and Joy Taylor in the above-captioned action.

I am in good standing of the State Bar of Alabama and there are no pending disciplinary proceedings against me in any state or federal court.

DATED:  January 26, 2024

        /s/ Laura S. Dunning
LAURA S. DUNNING

Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr, and Mougey, P.A.
316 S. Baylen St. STE 600
Pensacola, FL 32502
205-396-5014
ldunning@levinlaw.com

**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
Peter J. Mougey
pmougey@levinlaw.com
Jeff R. Gaddy (PHV forthcoming)
jgaddy@levinlaw.com
316 South Baylen Street, Suite 600
Pensacola, Florida 32503
Telephone: (850) 435-7068
Facsimile: (850) 436-6068

**BARON & BUDD, P.C.**
Russell W. Budd (PHV forthcoming)
rbudd@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214)521-3605

Roland Tellis (PHV forthcoming)
rtellis@baronbudd.com
Mark Pifko (PHV forthcoming)
mpifko@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Blvd #1600
Los Angeles, CA 91436
Telephone: (818) 839-2333
Facsimile: (214) 520-1181

*Attorneys for Plaintiffs*