**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 1:23-md-03089-BMC |
| THIS DOCUMENT RELATES TO: | |
| *Sanes et al. v. Bayer Healthcare LLC*, No. 1:23-cv-09295 (E.D.N.Y.) | **NOTICE OF MOTION FOR ADMISSION** *PRO HAC VICE* |
| *Lewis et al. v. Johnson & Johnson Consumer, Inc.*, No. 1:23-cv-09301 (E.D.N.Y.) | |
| *Ward et al. v. Johnson & Johnson Consumer, Inc.*, No. 1:23-cv-09302 (E.D.N.Y.) | |
| *Lee et al. v. The Proctor & Gamble Company*, No. 1:23-cv-09294 (E.D.N.Y.) | |
| *Sygal et al. v. RB Health (US) LLC*, No. 1:23-cv-09292 (E.D.N.Y.) | |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Scott G. Braden, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm Lynch Carpenter, LLP, and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case, in whole or in part, as counsel for Plaintiffs Claudette Sanes, Daniel Flick, Janis Zimmerman, Thomas Lewis, Dena Fichot, John Jeffrey Ward, Ruta Taito, Karen Schwartz, Michael Lee, Toni Heuchan, Jonathan Brandman, Michelle Garza, Cece Davenport, Randall Sygal, Regina Brookshier, Erzen Krica, Allison Sammarco, and Hollie Verdi.  There are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 29, 2024

                                    **LYNCH CARPENTER, LLP**

                                    By:  */s/ Scott G. Braden*
                                            Scott G. Braden

scott@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone:     (619) 762-1900
Facsimile:     (724) 656-1556

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I electronically filed the above-referenced document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

Dated: January 29, 2024                    **LYNCH CARPENTER, LLP**

                                    By:   */s/ Scott G. Braden*
                                          Scott G. Braden
                                          scott@lcllp.com
                                          1234 Camino del Mar
                                          Del Mar, California 92014
                                          Telephone:     (619) 762-1900
                                          Facsimile:     (724) 656-1556

                                          *Attorneys for Plaintiffs*

2