**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 1:23-md-03089-BMC |
| THIS DOCUMENT RELATES TO:<br><br>*Sanes et al. v. Bayer Healthcare LLC*, No. 1:23-cv-09295 (E.D.N.Y.)<br><br>*Lewis et al. v. Johnson & Johnson Consumer, Inc.*, No. 1:23-cv-09301 (E.D.N.Y.)<br><br>*Ward et al. v. Johnson & Johnson Consumer, Inc.*, No. 1:23-cv-09302 (E.D.N.Y.)<br><br>*Lee et al. v. The Proctor & Gamble Company*, No. 1:23-cv-09294 (E.D.N.Y.)<br><br>*Sygal et al. v. RB Health (US) LLC*, No. 1:23-cv-09292 (E.D.N.Y.) | **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Scott G. Braden, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at Lynch Carpenter, LLP, 1234 Camino del Mar, Del Mar, California 92014, which represents Plaintiffs Claudette Sanes, Daniel Flick, Janis Zimmerman, Thomas Lewis, Dena Fichot, John Jeffrey Ward, Ruta Taito, Karen Schwartz, Michael Lee, Toni Heuchan, Jonathan Brandman, Michelle Garza, Cece Davenport, Randall Sygal, Regina Brookshier, Erzen Krica, Allison Sammarco, and Hollie Verdi ("Plaintiffs") in the above-captioned matter.

2. I submit this declaration in support of my motion for admission to appear as counsel pro hac vice for Plaintiffs in the above-captioned matter.

3. As shown in the attached certificate of good standing, I am a member in good standing of the State Bar of California.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

7. I respectfully request that I be admitted to practice before this Court in the above-captioned matter.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and accurate.

Executed on January 29, 2024, in San Diego, CA.

Dated: January 29, 2024          **LYNCH CARPENTER, LLP**

By: */s/ Scott G. Braden*
Scott G. Braden
scott@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone: (619) 762-1900
Facsimile: (724) 656-1556

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I electronically filed the above-referenced document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

Dated: January 29, 2024          **LYNCH CARPENTER, LLP**

By: */s/ Scott G. Braden*
Scott G. Braden
scott@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone: (619) 762-1900
Facsimile: (724) 656-1556

*Attorneys for Plaintiffs*