**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE: ORAL PHENYLEPHRINE
MARKETING AND SALES PRACTICES
LITIGATION

THIS DOCUMENT APPLIES TO:

*Kristin Depaola v The Procter & Gamble
Company., et al*

Case No. 1:23-cv-09058

MDL No. 3089
Case No. 1:23-md-03089

Judge Brian M. Cogan

### MOTION FOR ADMISSION *PRO HAC VICE OF MARLENE J. GOLDENBERG*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Marlene J. Goldenberg, hereby move this Court for an Order for admission *Pro Hac Vice* to appear as counsel for Plaintiff Kristin DePaola in the above-captioned action.

I am in good standing of the Minnesota State Bar and the D.C. Bar. There are no pending disciplinary proceedings against me in any state or federal court. I have attached the affidavit required by Local Rule 1.3(c). *See* Affidavit of Marlene J. Goldenberg in Support of Admission *Pro Hac Vice*, filed concurrently; *see also* Exhibit A and B (Certificates of Good Standing from the Minnesota State and D.C. Bar).

Respectfully submitted,

Dated: <u>January 29. 2024</u>

<u>/s/ Marlene J. Goldenberg</u>
Marlene J. Goldenberg
Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW, Third Floor
Washington, DC 20016
202-792-7927
mgoldenberg@nighgoldenberg.com