## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*Kristin Depaola v The Procter & Gamble Company., et al*<br><br>Case No. 1:23-cv-09058 | MDL No. 3089<br>Case No. 1:23-md-03089<br><br>Judge Brian M. Cogan |

### AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT MARLENE J. GOLDENBERG *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Marlene J. Goldenberg, being duly sworn, hereby depose and say as follows:

1. I am an attorney at the law firm Nigh Goldenberg Raso & Vaughn, PLLC

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bar of the State of Minnesota and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, I respectfully submit that I be permitted to appear as counsel *pro hac vice* in case 1:23-cv-09058 1:23-md-03089 and for Plaintiff Kristin DePaola.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: <u>January 29. 2024</u> | */s/ Marlene J. Goldenberg*<br>Marlene J. Goldenberg<br>Nigh Goldenberg Raso & Vaughn, PLLC<br>14 Ridge Square NW, Third Floor<br>Washington, DC 20016<br>202-792-7927<br>mgoldenberg@nighgoldenberg.com |