UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089**<br>**MASTER DOCKET NO. 1:23-md-03089**<br><br>Brian M. Cogan District Judge |
| **THIS DOCUMENT APPLIES TO:**<br><br>*Rampalli v. Publix Super Markets, Inc.*,<br>No. 1:23-cv-09264 (E.D.N.Y.)<br><br>*De Priest v. Walgreen Co.*,<br>No. 1:23-cv-09272 (E.D.N.Y.)<br><br>*Valinsky v. Johnson & Johnson Consumer, Inc.*,<br>No. 1:24-cv-00124 (E.D.N.Y.) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL B. ROGERS

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Daniel B. Rogers, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant, Publix Super Markets, Inc., in the above-captioned actions.

I am in good standing of the State Bar of Florida (Bar No. 195634) and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3(c). See Affidavit of Daniel B. Rogers in Support of Admission *Pro Hac Vice*, filed concurrently; see also Exhibit A (Certificate of Good Standing from The Florida Bar).

DATE:  January 29, 2024.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

/s/ *Daniel B. Rogers*
DANIEL B. ROGERS
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
T: 305.358.5171
F: 305.358.7470
E: drogers@shb.com