UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION**<br><br>**THIS DOCUMENT APPLIES TO:**<br><br>*Rampalli v. Publix Super Markets*<br>No. 1:23-cv-09264 (E.D.N.Y.)<br><br>*De Priest v. Walgreen Co.*,<br>No. 1:23-cv-09272 (E.D.N.Y.)<br><br>*Valinsky v. Johnson & Johnson Consumer, Inc.*,<br>No. 1:24-cv-00124 (E.D.N.Y.) | MDL No. 3089<br>MASTER DOCKET NO. 1:23-md-03089<br><br>Brian M. Cogan District Judge |

**AFFIDAVIT OF DANIEL B. ROGERS**
**IN SUPPORT OF ADMISSION *PRO HAC VICE***

I, Daniel B. Rogers, declare as follows:

1. I am a partner in the law firm Shook, Hardy & Bacon L.L.P.

2. I submit this Affidavit in support of my motion for admission *Pro Hac Vice* in the above-captioned actions.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Florida.

4. There are no pending disciplinary proceedings presently against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned actions for Defendant, Publix Super Markets, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of January, 2024, at Miami, Florida.

*/s/ DBR*

DANIEL B. ROGERS
Shook, Hardy & Bacon L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
T: 305.358.5171
F: 305.358.7470
E: drogers@shb.com

STATE OF FLORIDA    )
                    )ss:
COUNTY OF MIAMI-DADE)

SWORN TO and SUBSCRIBED before me this 29th day of January, 2024, by Daniel B. Rogers who is personally known to me and who has produced a driver's license as identification.

Belkys Izquierdo
Notary Public, State of Florida
Commission No. HH 205406
Expiration: December 26, 2025

BELKYS IZQUIERDO
MY COMMISSION # HH 205406
EXPIRES: December 26, 2025

2



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )    In Re:  0195634
Daniel B Rogers
Shook Hardy & Bacon LLP
201 S Biscayne Blvd Ste 3200
Miami, FL 33131-4310

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 19, 2000**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  29th  day of **January, 2024**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-267220

