UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*Rampalli v. Publix Super Markets*<br>No. 1:23-cv-09264 (E.D.N.Y.)<br><br>*De Priest v. Walgreen Co.*,<br>No. 1:23-cv-09272 (E.D.N.Y.)<br><br>*Valinsky v. Johnson & Johnson Consumer, Inc.*,<br>No. 1:24-cv-00124 (E.D.N.Y.) | MDL No. 3089<br>MASTER DOCKET NO. 1:23-md-03089<br><br>Brian M. Cogan District Judge |

## ORDER FOR ADMISSION *PRO HAC VICE* OF DANIEL B. ROGERS

The motion of Daniel B. Rogers for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the State Bar of Florida (Bar No. 195634) and that his contact information is as follows:

Daniel B. Rogers
Shook, Hardy & Bacon L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
T: 305.358.5171
F: 305.358.7470
E: drogers@shb.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant, Publix Super Markets, Inc., in the above-captioned actions:

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned actions in the United States District Court for the Eastern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____

_____
THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE