UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*Kristin Depaola v The Procter & Gamble Company., et al*<br><br>Case No. 1:23-cv-09058 | MDL No. 3089<br>Case No. 1:23-md-03089<br><br>Judge Brian M. Cogan |

## NOTICE OF APPEARANCE OF MARLENE J. GOLDENBERG

PLEASE TAKE NOTICE that the undersigned counsel, Marlene J. Goldenberg, of Nigh Goldenberg Raso & Vaughn, PLLC, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters her appearance in these cases as counsel for Plaintiff Kristin DePaola, as well as the above-referenced MDL proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon her at the email address below.

Respectfully submitted,

Dated: January 30. 2024

*/s/ Marlene J. Goldenberg*
Marlene J. Goldenberg
Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW, Third Floor
Washington, DC 20016
202-792-7927
mgoldenberg@nighgoldenberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: January 30. 2024

*/s/ Marlene J. Goldenberg*
Marlene J. Goldenberg
Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW, Third Floor
Washington, DC 20016
202-792-7927
mgoldenberg@nighgoldenberg.com