**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*,<br>No. 1:23-cv-09282-BMC (E.D.N.Y) | **NOTICE OF MOTION TO ADMIT MICHAEL KLEBANOV**<br>***PRO HAC VICE*** |

  PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Michael Klebanov will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Husch Blackwell LLP and a member in good standing of the bars of the States of New York, Missouri, Illinois, District of Columbia, and Maryland as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendant Dierbergs Markets, Inc. There are no pending disciplinary proceedings against me in any state or federal court.

                   Respectfully submitted,

Dated: January 30, 2024      By:  /s/ *Michael Klebanov*
                    Michael Klebanov
                    HUSCH BLACKWELL LLP
                    1801 Pennsylvania Avenue, NW, Suite 1000
                    Washington, DC 20006-3606
                    michael.klebanov@huschblackwell.com
                    Telephone: (202) 378-2363

                    **ATTORNEY FOR DEFENDANT**
                    **DIERBERGS MARKETS, INC.**