UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*,<br>No. 1:23-cv-09282-BMC (E.D.N.Y) | AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT MICHAEL KLEBANOV *PRO HAC VICE* |

I, Michael Klebanov, being duly sworn, hereby depose and say as follows:

      1.      I am an attorney with the law firm of Husch Blackwell LLP.

      2.      I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

      3.      As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the states of New York, Missouri, Illinois, District of Columbia and Maryland.

      4.      There are no pending disciplinary proceedings against me in any state or federal court.

      5.      I have not been convicted of a felony.

      6.      I have not been censured, suspended, disbarred or denied admission or readmission by any court.

      7.      Attorney Registration Number(s) if applicable: 4958245 (NY), 66540 (MO), 6317636 (IL), 1048021 (DC), 1708080001 (MD).

8.  Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in case 1:23-md-3089 for Defendant Dierbergs Markets, Inc.

Dated: January 30, 2024

Respectfully submitted,

By: _____
Michael Klebanov
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006-3606
michael.klebanov@huschblackwell.com
Telephone: (202) 378-2363

**ATTORNEY FOR DEFENDANT
DIERBERGS MARKETS, INC.**

**NOTARIZED**

District of Columbia
Signed and sworn to (or affirmed) before me
on 1/30/24 by Michael Klebanov
   Date         Name(s) of Individual(s) making Statement

_Debra Jeanine Wiggins_
Signature of Notarial Officer

_____
Title of Office
My commission expires: 2/14/28

