UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO: *Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y) | **ORDER FOR ADMISSION** ***PRO HAC VICE*** **OF MICHAEL KLEBANOV** |

The motion of Michal Klebanov for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of New York, Missouri, Illinois, District of Columbia, and Maryland and that his contact information is as follows:

> Michael Klebanov
> HUSCH BLACKWELL LLP
> 1801 Pennsylvania Avenue, NW, Suite 1000
> Washington, DC 20006-3606
> michael.klebanov@huschblackwell.com
> Telephone: (202) 378-2363

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Dierbergs Markets, Inc. in the above-captioned actions:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____     _____
                                   THE HONORABLE BRIAN M. COGAN
                                   UNITED STATES DISTRICT JUDGE