UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*,<br>No. 1:23-cv-09282-BMC (E.D.N.Y) | NOTICE OF MOTION TO ADMIT TANNER COOK *PRO HAC VICE* |

     PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Tanner Cook will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Husch Blackwell LLP and a member in good standing of the bar of the State of Missouri, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendant Dierbergs Markets, Inc. There are no pending disciplinary proceedings against me in any state or federal court.

                                                Respectfully submitted,

Dated: January 30, 2024         By: /s/ *Tanner Cook*
                                              Tanner Cook
                                              HUSCH BLACKWELL LLP
                                              8001 Forsyth Boulevard, Suite 1500
                                              St. Louis, MO 63105
                                              Tanner.cook@huschblackwell.com
                                              Telephone: (314) 480-1500

                                              **ATTORNEY FOR DEFENDANT DIERBERGS MARKETS, INC.**