**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*,<br>No. 1:23-cv-09282-BMC (E.D.N.Y) | **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT TANNER COOK *PRO HAC VICE*** |

I, Tanner Cook, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Husch Blackwell LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Missouri.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney Registration Number(s) if applicable: 71846.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in case 1:23-md-3089 for Defendant Dierbergs Markets, Inc.

Dated: January 24, 2024

Respectfully submitted,

By: _____
Tanner Cook
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Tanner.cook@huschblackwell.com
Telephone: (314) 480-1500

**ATTORNEY FOR DEFENDANT DIERBERGS MARKETS, INC.**

**NOTARIZED**

*[Signature: Janice A. Green]*

JANICE A. GREEN
Notary Public - Notary Seal
STATE OF MISSOURI
Jefferson County
My Commission Expires: July 11, 2025
Commission # 17329068