**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*,<br>No. 1:23-cv-09282-BMC (E.D.N.Y) | **ORDER FOR ADMISSION** *PRO HAC VICE* **OF TANNER COOK** |

The motion of Tanner Cook for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Missouri and that his contact information is as follows:

>Tanner Cook
>HUSCH BLACKWELL LLP
>8001 Forsyth Boulevard, Suite 1500
>St. Louis, MO 63105
>Tanner.cook@huschblackwell.com
>Telephone: (314) 480-1500

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Dierbergs Markets, Inc. in the above-captioned actions:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____          _____
                                                                                 THE HONORABLE BRIAN M. COGAN
                                                                                 UNITED STATES DISTRICT JUDGE