UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>*Anderson, Rosalyn, et al. v. The Procter & Gamble Company, et al.*<br>Case No. 1:23-cv-09315-BMC<br><br>*Benjamin, Tatiana, et al. v. GlaxoSmithKline LLC, et al.*<br>Case No. 1:23-cv-09313-BMC<br><br>*Bryan, William, et al. v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:24-cv-00040-BMC<br><br>*Chavez, Richard v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:23-cv-09304-BMC<br><br>*Emmons, Kathleen, et al. v. McNeil Consumer Healthcare, et al.*<br>Case No. 1:23-cv-09314-BMC<br><br>*Fong, Heather v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:23-cv-09278-BMC<br><br>*Hansen, Emily, et al. v. Walmart, Inc.*<br>Case No. 1:23-cv-09259-BMC<br><br>*Heaghney, Daniel v. Johnson & Johnson Holdco (NA) Inc., et al.*<br>*Case No. 1:23-cv-09282-BMC*<br><br>*Holmes, Jamieka. v. Walmart, Inc.*<br>*Case No. 1:23-cv-09255*-BMC | Case No. 1:23-md-03089-BMC<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

*Isom, Andrew v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09283-BMC

*Kasparie, Michele, et al. v. Bayer Healthcare LLC, et al.*
Case No. 1:23-cv-09312-BMC

*McPhee, Christopher, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09262-BMC

*Means, Daryl v. Johnson & Johnson Holdco, Inc., et al.*
Case No. 1:23-cv-09276-BMC

*Nelson, Jordan, et al. v. Kenvue, Inc., et al.*
Case No. 1:23-cv-09261-BMC

*Pack, Kenneth Levi, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09057-BMC

*Pena-Venegas, Izabel, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:24-cv-00041-BMC

*Reyes, Rebecca Lynn v. The Procter & Gamble Company, et al.*
Case No. 1:23-cv-09308-BMC

*Walker, Michael v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09284-BMC

*Wright, Krista v. Johnson & Johnson Consumer, Inc.*
Case No. 1:23-cv-09285-BMC

Pursuant to Rule 1.3(c) of the Local Rules of the United States Court for the Eastern District of New York and Section IV of the Proposed Case Management Order No. 1 (ECF No. 5), Livia M. Kiser hereby moves this Court for an Order for admission to practice *Pro Hac Vice*

to appear as counsel for WALMART INC. and Wal-Mart Stores East, LP, incorrectly named in some cases as Walmart, Inc., Wal-Mart, Inc., and Wal-Mart Stores East 1, LP, in the above captioned action.

    I am in good standing with the bars of the states of California and Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the required declaration and certificate of good standing pursuant to Local Rule 1.3(c).

Dated: January 29, 2024                              Respectfully Submitted,

                                                        By: */s/ Livia M. Kiser*
                                                            Livia M. Kiser
                                                             KING & SPALDING LLP
                                                            110 N Wacker Drive
                                                           Suite 3800
                                                           Chicago, IL 60606
                                                           Telephone: (312) 764-6911
                                                           Facsimile: (312) 995-6330
                                                           Email: lkiser@kslaw.com

                                                           Attorney for Walmart Inc. and Wal-Mart Stores East, LP