**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE: ORAL PHENYLEPHRINE MARKETING
AND SALES PRACTICES LITIGATION

This Document Relates to:

*Anderson, Rosalyn, et al.  v. The Procter & Gamble
Company, et al.*
Case No. 1:23-cv-09315-BMC

*Benjamin, Tatiana, et al. v. GlaxoSmithKline LLC,
et al.*
Case No. 1:23-cv-09313-BMC

*Bryan, William, et al. v. Johnson & Johnson
Consumer, Inc., et al.*
Case No. 1:24-cv-00040-BMC

*Chavez, Richard v. Johnson & Johnson Consumer,
Inc., et al.*
Case No. 1:23-cv-09304-BMC

*Emmons, Kathleen, et al. v. McNeil Consumer
Healthcare, et al.*
Case No. 1:23-cv-09314-BMC

*Fong, Heather v. Johnson & Johnson Consumer,
Inc., et al.*
Case No. 1:23-cv-09278-BMC

*Hansen, Emily, et al. v. Walmart, Inc.*
Case No. 1:23-cv-09259-BMC

*Heaghney, Daniel v. Johnson & Johnson Holdco
(NA) Inc., et al.*
*Case No. 1:23-cv-09282-BMC*

*Holmes, Jamieka. v. Walmart, Inc.*
*Case No. 1:23-cv-09255-BMC*

Case No. 1:23-md-03089-BMC

**ORDER FOR ADMISSION *PRO HAC
VICE***

*Isom, Andrew v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09283-BMC

*Kasparie, Michele, et al. v. Bayer Healthcare LLC, et al.*
Case No. 1:23-cv-09312-BMC

*McPhee, Christopher, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09262-BMC

*Means, Daryl v. Johnson & Johnson Holdco, Inc., et al.*
Case No. 1:23-cv-09276-BMC

*Nelson, Jordan, et al. v. Kenvue, Inc., et al.*
Case No. 1:23-cv-09261-BMC

*Pack, Kenneth Levi, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09057-BMC

*Pena-Venegas, Izabel, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:24-cv-00041-BMC

*Reyes, Rebecca Lynn v. The Procter & Gamble Company, et al.*
Case No. 1:23-cv-09308-BMC

*Walker, Michael v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09284-BMC

*Wright, Krista v. Johnson & Johnson Consumer, Inc.*
Case No. 1:23-cv-09285-BMC

The motion of Livia M. Kiser for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of California and Illinois; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Livia M. Kiser |
| Firm Name: | King & Spalding, LLP |
| Address: | 110 N Wacker Drive, Suite 3800 |
| City / State / Zip: | Chicago, IL 60606 |
| Telephone / Fax: | (312) 764-6911/(312) 995-6330 |
| Email: | lkiser@kslaw.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant WALMART INC. and Wal-Mart Stores East, LP, incorrectly named in some cases as Walmart, Inc., Wal-Mart, Inc., and Wal-Mart Stores East 1, LP, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:                                      _____

                                     United States District Judge Brian M. Cogan