UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>*Anderson, Rosalyn, et al. v. The Procter & Gamble Company, et al.*<br>Case No. 1:23-cv-09315-BMC<br><br>*Benjamin, Tatiana, et al. v. GlaxoSmithKline LLC, et al.*<br>Case No. 1:23-cv-09313-BMC<br><br>*Bryan, William, et al. v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:24-cv-00040-BMC<br><br>*Chavez, Richard v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:23-cv-09304-BMC<br><br>*Emmons, Kathleen, et al. v. McNeil Consumer Healthcare, et al.*<br>Case No. 1:23-cv-09314-BMC<br><br>*Fong, Heather v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:23-cv-09278-BMC<br><br>*Hansen, Emily, et al. v. Walmart, Inc.*<br>Case No. 1:23-cv-09259-BMC<br><br>*Heaghney, Daniel v. Johnson & Johnson Holdco (NA) Inc., et al.*<br>*Case No. 1:23-cv-09282-BMC*<br><br>*Holmes, Jamieka. v. Walmart, Inc.*<br>*Case No. 1:23-cv-09255*-BMC | Case No. 1:23-md-03089-BMC<br><br>**NOTICE OF APPEARANCE OF MICHAEL L. RESCH** |

*Isom, Andrew v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09283-BMC

*Kasparie, Michele, et al. v. Bayer Healthcare LLC, et al.*
Case No. 1:23-cv-09312-BMC

*McPhee, Christopher, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09262-BMC

*Means, Daryl v. Johnson & Johnson Holdco, Inc., et al.*
Case No. 1:23-cv-09276-BMC

*Morris, Rethea, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:24cv0269-BMC

*Nelson, Jordan, et al. v. Kenvue, Inc., et al.*
Case No. 1:23-cv-09261-BMC

*Pack, Kenneth Levi, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09057-BMC

*Pena-Venegas, Izabel, et al. v. Johnson & Johsnon Consumer, Inc., et al.*
Case No. 1:24-cv-00041-BMC

*Reyes, Rebecca Lynn v. The Procter & Gamble Company, et al.*
Case No. 1:23-cv-09308-BMC

*Walker, Michael v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-09284-BMC

*Wright, Krista v. Johnson & Johnson Consumer, Inc.*
Case No. 1:23-cv-09285-BMC

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael L. Resch, of the law firm of King & Spalding LLP, enters his appearance as counsel for defendants, Walmart Inc. and Wal-Mart Stores East, LP, incorrectly named in some cases as Walmart, Inc., Wal-Mart, Inc., and Wal-Mart Stores East 1, LP, in the above-entitled actions, and requests that a copy of all future notices, motions, pleadings, orders, and other communications served or filed in this action be provided via the CM/ECF system or at the following address:

> Michael Resch
> KING & SPALDING LLP
> 50 California Street, Suite 3300
> San Francisco, CA 94111
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300
> Email: mresch@kslaw.com

Dated:  January 30, 2024                                Respectfully Submitted,


                                                        /s/ *Michael L. Resch*
                                                        Michael L. Resch, *pro hac vice*
                                                        KING & SPALDING LLP
                                                        50 California Street, Suite 3300
                                                        San Francisco, CA 94111
                                                        Telephone: (415) 318-1200
                                                        Facsimile: (415) 318-1300
                                                        Email: mresch@kslaw.com