UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>MASTER DOCKET NO. 1:23-md-03089<br><br>Brian M. Cogan District Judge |
| THIS DOCUMENT APPLIES TO:<br><br>*Rampalli v. Publix Super Markets*<br>No. 1:23-cv-09264 (E.D.N.Y.)<br><br>*De Priest v. Walgreen Co.*,<br>No. 1:23-cv-09272 (E.D.N.Y.)<br><br>*Valinsky v. Johnson & Johnson Consumer, Inc.*,<br>No. 1:24-cv-00124 (E.D.N.Y.) | |

## DECLARATION OF MICHAEL F. HEALY
## IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Michael F. Healy, declare as follows:

1. I am a partner in the law firm Shook, Hardy & Bacon L.L.P.

2. I submit this declaration in support of my motion for admission *Pro Hac Vice* in the above-captioned actions.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of California.

4. There are no pending disciplinary proceedings presently against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

4880-9662-4796

7. Wherefore, your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned actions for Defendant, Publix Super Markets, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January, 2024, at San Francisco, California.

*/s/ Michael F. Healy*

MICHAEL F. HEALY
Shook, Hardy & Bacon L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
T: 415.544.1900
F: 415.391.0281
E: mfhealy@shb.com

4880-9662-4796

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of San Francisco )

On Jan. 30, 2024 before me, Elizabeth Erlich, a Notary Public,
  Date                        Here Insert Name and Title of the Officer
personally appeared Michael F. Healy
                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Seal: ELIZABETH ERLICH, COMM. #2466028, NOTARY PUBLIC-CALIFORNIA, SAN FRANCISCO COUNTY, My Comm. Expires Oct. 10, 2027]

Signature _Elizabeth Erlich_
       Signature of Notary Public

Place Notary Seal Above

―――――――――― OPTIONAL ――――――――――
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____  Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

January 29, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL FITZGERALD HEALY, #95098 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1980 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records