## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>MASTER DOCKET NO. 1:23-md-03089<br><br>Brian M. Cogan District Judge |
| THIS DOCUMENT APPLIES TO:<br><br>*Rampalli v. Publix Super Markets*<br>No. 1:23-cv-09264 (E.D.N.Y.)<br><br>*De Priest v. Walgreen Co.*,<br>No. 1:23-cv-09272 (E.D.N.Y.)<br><br>*Valinsky v. Johnson & Johnson Consumer, Inc.*,<br>No. 1:24-cv-00124 (E.D.N.Y.) | |

## ORDER FOR ADMISSION *PRO HAC VICE* OF MICHAEL F. HEALY

The motion of Michael F. Healy for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the State Bar of California (Bar No. 95098) and that his contact information is as follows:

Michael F. Healy
Shook, Hardy & Bacon L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
T: 415.544.1900
F: 415.391.0281
E: mfhealy@shb.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant, Publix Super Markets, Inc., in the above-captioned actions:

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned actions in the United States District Court for the Eastern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

DATED: _____

_____
THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE