UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1:23-md-03089

-----------------------------------------------------------X
In re Oral Phenylephrine Mktg & Sales Pracs. Litig.
This document relates to:
Boonparn v. Reckitt Benckiser LLC, et al., No. 23-cv-6936 (E.D.N.Y.)
DePaola v. The Procter & Gamble Co., et al., No. 23-cv-0727 (M.D. Fla.)
Scoffier v. Reckitt Benckiser LLC, et al., No. 23-cv-20529 (D.N.J.)
Nyanjom v. Reckitt Benckiser LLC, et al., No. 23-cv-2426 (D. Kan.)
Parker v. Bayer Corp., et al., No. 23-cv-3663 (E.D. Pa.)
Juneau v. The Procter & Gamble Co., et al., No. 23-cv-5273 (E.D. La.)
~~Fichera v. The Procter & Gamble Co., et al., No. 23-cv-5274~~ (E.D. La.)
Jones v. Reckitt Benckiser LLC, et al., No. 23-cv-4807 (N.D. Cal.)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   All Counsel of Record

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __David J. Stanoch__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Honik LLC__ and a member in good standing of the bar(s) of the State(s) of __Pennsylvania and New Jersey__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintiff Boonparn, DePaola, Scoffier, Nyanjom, Parker, Juneau, Fichera and Jones__ proceedings against me in any state or federal court. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 1/31/24

Respectfully submitted,

Signature of Movant
Firm Name __Honik LLC__
Address __1515 Market St., Suite 1100__
__Phila., PA 19102__
Email __david@honiklaw.com__
Phone __267-435-1300__