UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In re Oral Phenylephrine Mktg & Sales Pracs. Litig.                            1:23-md-03089

This document relates to:
Boonparn v. Reckitt Benckiser LLC, et al., No. 23-cv-6936 (E.D.N.Y.)
DePaola v. The Procter & Gamble Co., et al., No. 23-cv-0727 (M.D. Fla.)
Scoffier v. Reckitt Benckiser LLC, et al., No. 23-cv-20529 (D.N.J.)
Nyanjom v. Reckitt Benckiser LLC, et al., No. 23-cv-2426 (D. Kan.)
Parker v. Bayer Corp., et al., No. 23-cv-3663 (E.D. Pa.)
Juneau v. The Procter & Gamble Co., et al., No. 23-cv-5273 (E.D. La.)
Fichera v. The Procter & Gamble Co., et al., No. 23-cv-5274 (E.D. La.)
Jones v. Reckitt Benckiser LLC, et al., No. 23-cv-4807 (N.D. Cal.)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, David J. Stanoch, being duly sworn, hereby depose and say as follows:

1. I am a(n) Of Counsel with the law firm of Honik LLC. I
2. submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Pennsylvania and New Jersey.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 91342(PA) 012902003(NJ)
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 23-md-03089 for Plaintiffs Boonparn, DePaola, Scoffier, Nyanjom, Parker, Juneau, Fichera and Jones

Date 1/31/24

Signature of Movant
Firm Name Honik LLC
Address 1515 Market St.
Suite 1100
Philadelphia, PA 19102
Email david@honiklaw.com
Phone 267-435-1300

**NOTARIZED**

County/City of Delaware
Commonwealth/State of Pennsylvania
The foregoing instrument was acknowledged before me this 31st day of January, 2024, by David J Stanoch
(name of person seeking acknowledgement)
Notary Public
My Commission Expires: April 9, 2025

Commonwealth of Pennsylvania - Notary Seal
ROBERT LESSMANN - Notary Public
Delaware County
My Commission Expires April 9, 2025
Commission Number 1394572