

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *David John Stanoch, Esq.*

#### DATE OF ADMISSION

#### *November 3, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: January 10, 2024**

Elizabeth E. Zisk
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **David J Stanoch**
(No. **012902003**) was constituted and appointed an Attorney at Law of New Jersey on **November 17, 2003** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 14th day of January, 2024.

*Heather J Baker*
Clerk of the Supreme Court