**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC<br>Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO:<br><br>*Thomas et al. v. Kenvue, Inc. et al.*,<br>No. 1: 23-cv-09303-BMC (E.D.N.Y.) | **AFFIDAVIT OF TYLER S. GRADEN IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

I, Tyler S. Graden, declare as follows:

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I submit this Affidavit in support of my Motion for Admission *Pro Hac Vice* in the above-captioned matter.

1. I am an attorney with the law firm Kessler Topaz Meltzer & Check, LLP.

2. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the State Bar of Pennsylvania and the State Bar of New Jersey.

3. A current certificate of good standing for the State of Pennsylvania is attached as Exhibit A.

4. A current certificate of good standing for the State of New Jersey is attached as Exhibit B.

5. I have not been convicted of a felony, nor have I been censured, suspended, disbarred, or denied admission or readmission by any court. Furthermore, there are no disciplinary proceedings presently against me in any state or federal court.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this 31st day of January, 2024, at Radnor, Pennsylvania.

_____
Tyler S. Graden

Subscribed and sworn to me before this 31st day of January, 2024.

_____
Notary public

My commission expires April 27, 2026

Commonwealth of Pennsylvania - Notary Seal
KATHLEEN A. MARRONE, Notary Public
Delaware County
My Commission Expires April 27, 2026
Commission Number 1102560

2