# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Tyler Stephen Graden, Esq.*

DATE OF ADMISSION

*October 15, 2007*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 12, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk