## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC<br>Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO:<br><br>*Thomas et al. v. Kenvue, Inc. et al.*,<br>No. 1: 23-cv-09303-BMC (E.D.N.Y.) | **ORDER FOR ADMISSION *PRO HAC VICE* OF TYLER S. GRADEN** |

The motion of Tyler S. Graden, for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the State Bar of Pennsylvania (Bar No. 205844) and the State Bar of New Jersey (Bar No. 028462007) and that his contact information is as follows:

> Tyler S. Graden
> Kessler Topaz Meltzer & Check, LLP
> 280 King of Prussia Road
> Radnor, PA 19087
> Telephone: (610) 667-7706
> Facsimile: (610) 667-7056
> tgraden@ktmc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

DATED: _____    _____

THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE