# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*Hernandez v. Johnson & Johnson Consumer, Inc.*,<br>No. 1:23-cv-09257-BMC (E.D.N.Y.)<br><br>*Nelson et al v. Johnson & Johnson Consumer, Inc. et al*,<br>No. 1:23-cv-09261-BMC (E.D.N.Y.)<br><br>*Flores v. Costco Wholesale Corporation*,<br>No. 1:23-cv-09263-BMC (E.D.N.Y.) | MDL No. 3089<br>23-md-3089-BMC<br><br>JUDGE Brian M. Cogan |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned counsel, Sarah N. Westcot, of Bursor & Fisher, P.A., 701 Brickell Ave., Suite 1420, Miami, FL 33131, is admitted to practice *pro hac vice* in this Court, is a member in good standing of the States of Florida and California, has no disciplinary matters pending against her, and hereby enters her appearance as counsel for Plaintiffs Natasha Hernandez, Jordan Nelson, Regina Peralta, and Eduardo Flores (collectively, "Plaintiffs") in the above-captioned matters.  This document is being filed in 1:23-md-03089-BMC, 1:23-cv-09257-BMC, 1:23-cv-09261-BMC, and 1:23-cv-09263-BMC so that Plaintiffs will receive ECF notifications in both matters they are respectively involved in.

Dated: January 31, 2024

_/s/ Sarah N. Westcot_

          Sarah N. Westcot

          **BURSOR & FISHER, P.A.**
          Sarah N. Westcot
          701 Brickell Ave., Suite 1420
          Miami, FL 33131
          Telephone: (305) 330-5512
          Facsimile:  (305) 676-9006
          E-mail: swestcot@bursor.com

*Counsel for Plaintiffs Natasha Hernandez, Jordan Nelson, Regina Peralta, and Eduardo Flores*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Sarah N. Westcot*
Sarah N. Westcot

**BURSOR & FISHER, P.A.**
Sarah N. Westcot
701 Brickell Ave., Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-mail: swestcot@bursor.com

*Counsel for Plaintiffs Natasha Hernandez, Jordan Nelson, Regina Peralta, and Eduardo Flores*