UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICE LITIGATION<br><br>This Document Relates to:<br><br>*Robert Fichera v. The Procter & Gamble Company, Associated Wholesale Grocers, Inc., and Valu Merchandisers Co.,* Case No. 1:23-cv-09061-BMC-SJB | Case No. 1:23-MD-03089-BMC<br><br>AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

I, E. Paige Sensenbrenner, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Adams and Reese, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Stating annexed hereto, I am a member in good standing of the bar of the state of Louisiana.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney bar registration number in Louisiana is 18429.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in Case No. 1:23-MD-03089-BMC and in Case No. 1:23-cv-09061-BMC-SJB for Defendants, Associated Wholesale Grocers, Inc., and Valu Merchandisers Co.

Date: January 31, 2024

*[Signature: Paige Sensenbrenner]*

E. Paige Sensenbrenner
**ADAMS AND REESE LLP**
Hancock Whitney Center – Suite 4500
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
E-Mail: paige.sensenbrenner@arlaw.com
*Counsel for Associated Wholesale Grocers, Inc., and Valu Merchandisers Co.*

STATE OF LOUISIANA   )
                     )
PARISH OF ORLEANS    )

On the ___31st___ day of January, 2024, before me the undersigned, a Notary Public in and for said State, personally appeared E. Paige Sensenbrenner personally known to me or proved to be on the basis of satisfactory evidence to be the individual whose name is subscribed to within the instrument and acknowledged to me that he executed the same in his individual capacity, and that by his signature on the instrument, the individual, or the person upon behalf of whom the individual acted, executed the instrument.

_____
NOTARY PUBLIC

___Shelly S. Howat___
Print Name of Notary
Notary ID. No. ___30067___

Shelly Spansel Howat
Notary Public
Notary ID Number 133232
Parish of Orleans
My commission is for life.

2