## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089**<br>**MASTER DOCKET NO. 1:23-md-03089**<br><br>Brian M. Cogan District Judge |
| **THIS DOCUMENT APPLIES TO:**<br><br>*Rampalli v. Publix Super Markets, Inc.*,<br>No. 1:23-cv-09264 (E.D.N.Y.)<br><br>*De Priest v. Walgreen Co.*,<br>No. 1:23-cv-09272 (E.D.N.Y.)<br><br>*Valinsky v. Johnson & Johnson Consumer, Inc.*,<br>No. 1:24-cv-00124 (E.D.N.Y.) | |

### NOTICE OF APPEARANCE OF COUNSEL:  DANIEL B. ROGERS

PLEASE TAKE NOTICE that the undersigned, Daniel B. Rogers of Shook, Hardy & Bacon L.L.P., is admitted to practice *pro hac vice* in this action, is a member of good standing of the bar of the State of Florida, has no disciplinary matters pending against him, and hereby appears on behalf of Defendant, **Publix Super Markets, Inc**. in the above-captioned matter.

Dated:  January 31, 2024

Respectfully submitted,

*/s/ Daniel B. Rogers*
Daniel B. Rogers
Florida Bar No. 195634
**SHOOK, HARDY & BACON L.L.P.**
201 South Biscayne Boulevard, Suite 3200
Miami, Florida 33131-4332
Telephone:  (305) 358-5171
Facsimile:   (305) 358-7470
Email: drogers@shb.com

*Counsel for Defendant, Publix Super Markets, Inc.*

4859-1274-4860

## CERTIFICATE OF SERVICE

 I, hereby certify that on January 31, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of each such filing to all CM/ECF participants registered to receive service.

<u>/s/ Daniel B. Rogers</u><br>
Daniel B. Rogers