UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>*Kaycie Coppock v. The Procter & Gamble Company, et al.*<br>Case No. 1:23-cv-09062-BMC<br><br>*Stephen Audelo v. Johnson & Johnson Consumer Inc et al*<br>Case No. 1:23cv09059-BMC | Case No. 1:23-md-03089-BMC<br><br>District Judge Brian M. Cogan<br><br>NOTICE OF APPEARANCE<br>BRYAN F. AYLSTOCK |

PLEASE TAKE NOTICE that BRYAN F. AYLSTOCK, of the law firm of Aylstock, Witkin, Kreis, & Overholtz, PLLC, enters his appearance as counsel for Plaintiffs, Kacie Coppock and Stephen Audelo, in the above-entitled actions, and requests that a copy of all future notices, motions, pleadings, orders, and other communications served or filed in this action be provided via the CM/ECF system or at the following address:

> Bryan F. Aylstock
> Aylstock, Witkin, Kreis, & Overholtz, PLLC
> 17 East Main Street, Suite 200
> Pensacola, FL 32502
> Telephone / Fax: (850) 202-1010 / (850) 916-7449
> Email: baylstock@awkolaw.com

Dated: February 1, 2024

Respectfully Submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Aylstock, Witkin, Kreis, & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel: (850) 202-1010
Email: baylstock@awkolaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                        By: /s/ Bryan F. Aylstock
                                              Bryan F. Aylstock