UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION <br><br> This Document Relates to: <br><br> *Adkins et al. v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-09291 <br><br> *Bader et al. v. Johnson & Johnson Consumer Inc. et al.*, No. 1:23-cv-09253 <br><br> *Barton et al. v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-09063 <br><br> *Benjamin et al. v. GlaxoSmithKline LLC et al.*, No. 1:23-cv-09313 <br><br> *Boonparn v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-06936 <br><br> *Butler v. Johnson & Johnson et al.*, No. 2:23-cv-07497 <br><br> *Chamberlain v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-09316 <br><br> *Chavez v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-09304 <br><br> *Coyle v. GlaxoSmithKline LLC et al.*, No. 1:23-cv-07311 <br><br> *Emmons et al. v. McNeil Consumer Healthcare et al.*, No. 1:23-cv-09314 <br><br> *Fong v. Johnson & Johnson Consumer Inc. et al.*, No. 1:23-cv-09278 | MDL No. 3089 <br> Case No. 1:23-md-03089-BMC <br><br> NOTICE OF APPEARANCE OF JAMES L. BERNARD |

1

*Grimsley et al. v. Reckitt Benckiser, LLC et al.*, No. 1:23-cv-09265

*Heaghney v. Johnson & Johnson Holdco (NA), Inc. et al.*, No. 1:23-cv-09282

*Hsieh et al. v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-09274

*Isom v. Johnson & Johnson Consumer Inc. et al.*, No. 1:23-cv-09283

*Jones v. Bayer Corporation et al.*, No. 1:23-cv-09297

*Jones v. Reckitt Benckiser Pharmaceuticals, Inc. et al.*, No. 1:23-cv-09262

*McPhee et al. v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-09262

*Means v. Johnson & Johnson Holdco (NA), Inc. et al.*, No. 1:23-cv-09276

*Murdock et al. v. RB Health (US) LLC et al.*, No. 1:23-cv-09279

*Newton's Pharm., Inc. v. Procter & Gamble Co. et al.*, No. 1:23-cv-09307

*Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-09277

*Ozuzu v. Kenvue Inc. et al.*, No. 1:23-cv-07395

*Pack et al. v. Johnson & Johnson Consumer Cos., Inc. et al.*, No. 1:23-cv-09057

*Page v. RB Health (US) LLC et al.*, No. 1:23-cv-09290

*Pena-Venegas et al. v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:24-cv-00041

*Rankin v. Harris Teeter, LLC et al.*, No. 1:23-cv-09280

*Scoffier v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-09288

| |
|---|
| *Silva v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-09268 |
| *Striegel v. RB Health (US), LLC*, No. 1:23-cv-09289 |
| *Sygal et al. v. Reckitt Benckiser LLC*, No. 1:23-cv-09292 |
| *Thompson v. Reckitt Benckiser, LLC*, No. 1:23-cv-09320 |
| *Travis v. Procter & Gamble Co. et al.*, No. 1:23-cv-09306 |
| *Walker v. Johnson & Johnson Consumer Inc. et al.*, No. 1:23-cv-09284 |
| *Wilson v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-09296 |
| *Wright v. Johnson & Johnson Consumer Inc. et al.*, No. 1:23-cv-09285 |

**PLEASE TAKE NOTICE** that the undersigned counsel, James L. Bernard, of Hogan Lovells US LLP, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters his appearance in the above-captioned cases as counsel for RB Health (US) LLC (incorrectly sued in some cases as Reckitt Benckiser Pharmaceuticals Inc., Reckitt Benckiser Pharmaceuticals, Inc., Reckitt Benckiser LLC, Reckitt Benckiser, LLC, Reckitt & Benckiser LLC, RB Health (US), LLC, and RB Health LLC), as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in these actions be served upon him at the email address below.

Dated: February 1, 2024               Respectfully submitted,


                                      By: */s/ James L. Bernard*
                                      James L. Bernard
                                      HOGAN LOVELLS US LLP
                                      390 Madison Avenue
                                      New York, NY 10017
                                      Telephone: (212) 918-3121
                                      James.bernard@hoganlovells.com

                                      *Counsel for Defendant RB Health (US) LLC*

4

**CERTIFICATE OF SERVICE**

I, James L. Bernard, counsel for Defendant RB Health (US) LLC, hereby certify that on February 1, 2024, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. I further will cause the foregoing filed documents to be served via process server to the following:

*Butler v. Johnson & Johnson et al.*, **No. 2:23-cv-07497**
*Pro Se* **Plaintiff**

Timothy Butler
Inmate No. 309172
Yaphank Correctional Facility
110 Center Drive South
Riverhead, NY 11901

By: */s/ James L. Bernard*
James L. Bernard