UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | : : : : : | MDL No. 3089<br>Civil Action No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO: | : : | **NOTICE OF MOTION TO ADMIN COUNSEL<br><u>PRO HAC VICE</u>** |
| *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09057-BMC (E.D.N.Y.) | : : : : | |
| *McPhee, et al. v Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09262-BMC (E.D.N.Y.) | : : : : | |
| *Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.) | : : : | |
| *Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.) | : : : | |
| *Chavez v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.) | : : | |

PLEASE TAKE NOTICE that upon the annexed Affidavit of Jennifer Janeira Nagle, in support of this motion and the Certificates of Good Standing annexed thereto, I will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of Jennifer Janeira Nagle, a member of the firm of K&L Gates LLP and a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New Jersey, as attorney *pro hac vice* to argue or try the above-captioned cases in whole or in part as counsel for defendants Amazon.com Inc. and Amazon.com Services LLC. There are no pending disciplinary proceedings against me in any State or Federal Court.

Dated:  February 1, 2024 Respectfully submitted,

/s/ Jennifer J. Nagle
Jennifer Janeira Nagle
K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Tel:    (617) 261-3100
Fax:    (617) 261-3175
Email: jennifer.nagle@klgates.com

*Attorney for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on February 1, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF filing system and the Notice of Electronic Filing generated thereby.

                */s/ Jennifer J Nagle*
                Jennifer Janeira Nagle