UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | : : : : : | MDL No. 3089<br>Civil Action No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09057-BMC (E.D.N.Y.)<br><br>*McPhee, et al. v Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09262-BMC (E.D.N.Y.)<br><br>*Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.)<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.)<br><br>*Chavez v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.) | : : : : : : : : : : : : : : : : : : : : : : | **AFFIDAVIT OF JENNIFER JANEIRA NAGLE IN SUPPORT OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |

I, Jennifer Janeira Nagle, being duly sworn, hereby depose and say as follows:

1. I am a partner at the law firm of K&L Gates LLP, located at 1 Congress Street, Suite 2900, Boston, Massachusetts 02114. K&L Gates LLP represents Defendants Amazon.com Inc. and Amazon.com Services LLC in the above-captioned actions.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matters.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New Jersey.

4.        There are no pending disciplinary proceedings against me in any State or Federal Court.

5.        I have never been convicted of a felony.

6.        I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.        Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in the above-referenced cases—specifically, Lead Case No. 1:23-md-3089-BMC, and Associated Case Nos. 1:23-cv-09057-BMC, 1:23-cv-09262-BMC, 1:23-cv-09276-BMC, 1:23-cv-09282-BMC, and 1:23-cv-09304-BMC—for Defendants Amazon.com, Inc. and Amazon.com Services LLC.

Dated: February 1, 2024

Respectfully submitted,

/s/ Jennifer Janeira Nagle
Jennifer Janeira Nagle
K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Tel:   (617) 261-3100
Fax:   (617) 261-3175
Email: jennifer.nagle@klgates.com

*Attorney for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

Sworn to before me this
____1____ day of February, 2024

_____
Notary Public

JESSICA T. FOSSATTO
Notary Public
Massachusetts
My Commission Expires
Apr 24, 2026

3