UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  | X |  |
|---|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | : : : : | MDL No. 3089<br>Civil Action No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO: | : : : | **ORDER FOR ADMISSION OF<br>COUNSEL PRO HAC VICE** |
| *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09057-BMC (E.D.N.Y.) | : : : : |  |
| *McPhee, et al. v Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09262-BMC (E.D.N.Y.) | : : : : |  |
| *Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.) | : : : |  |
| *Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.) | : : : |  |
| *Chavez v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.) | : : : |  |
|  | X |  |

The motion of Jennifer Janeira Nagle for admission to practice *pro hac vice* in the above-captioned actions is granted. The admitted attorney, Jennifer Janeira Nagle, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendants Amazon.com Inc. and Amazon.com Services LLC.

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case.

2

   A notation of your admission *pro hac vice* in the above-listed cases will be made on the roll of attorneys.

Dated: _____, 2024      _____
                United States District Judge