# Exhibit A

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**R. JASON RICHARDS**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on NOVEMBER 25, 2005, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this JANUARY 25, 2024.

Clerk of the Supreme Court of Florida



**STATE OF COLORADO, ss:**

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**R JASON RICHARDS**

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __14th__ day of __May__ A.D. __2001__ and that at the date hereof the said __R JASON RICHARDS__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __2nd__ day of __February__ A.D. __2024__

*Cheryl Stevens*
Clerk

By _Myra Sanchez_
Deputy Clerk