UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-03089-BMC |
| | District Judge Brian M. Cogan |
| This Document Relates to: | [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF R. JASON RICHARDS |
| *Kaycie Coppock v. The Procter & Gamble Company, et al.* Case No. 1:23-cv-09062-BMC | |
| *Stephen Audelo v. Johnson & Johnson Consumer Inc et al* Case No. 1:23cv09059-BMC | |

The motion of R. Jason Richards for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Florida and Colorado; and that her contact information is as follows:

Applicant's Name: R. Jason Richards

Firm Name: Aylstock, Witkin, Kreis, & Overholtz, PLLC

Address: 17 East Main Street, Suite 200

City / State / Zip: Pensacola, FL 32502

Telephone / Fax: (850) 202-1010 / (850) 916-7449

Email: jrichards@awkolaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Plaintiffs, in the above entitled action.

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____

United States District Judge Brian M. Cogan