# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No.: 1:23-md-3089-BMC <br><br> **NOTICE OF APPEARANCE OF ZARRINA OZARI** |
| THIS DOCUMENT RELATES TO: <br><br> *Murdock et al v. RB Health (US), LLC et al* <br> 1:23-cv-09279 -BMC | |

     PLEASE TAKE NOTICE that the undersigned counsel, Zarrina Ozari, of Clarkson Law Firm, P.C., is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters her appearance in the above-captioned actions as counsel for Plaintiffs Lateef Murdock, Lorette Kenney, Gwen Lewi, Marcel Perez Pirio, Layne Barter, Jaedon Daniels, Jose Cortez Hernandez, Robert Lundin, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, and Lauren Debeliso, and requests that copies of all papers and electronic notices in this action be served upon her at the email address below.

                                                                Respectfully submitted,

Dated: February 5, 2024                                */s/ Zarrina Ozari*
                                                             Zarrina Ozari
                                                             CLARKSON LAW FIRM, P.C.
                                                             22525 Pacific Coast Highway
                                                             Malibu, CA 90265
                                                             Tel: (213) 788-4050
                                                             zozari@clarksonlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated:  February 5, 2024

/s/ *Zarrina Ozari*
Zarrina Ozari
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
zozari@clarksonlawfirm.com