UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
:
IN RE: ORAL PHENYLEPHRINE MARKETING : MDL No. 1:23-md-03089-BMC
AND SALES PRACTICES LITIGATION :
:
THIS DOCUMENT APPLIES TO: :
:
Case No. 1:23-cv-09259-BMC :
: NOTICE OF MOTION
*Emily Hansen, Sommer Milhous and Andrew* : TO ADMIT COUNSEL
*Gutierrez, individually and on behalf of all others* : PRO HAC VICE
*similarly situated,* :
                Plaintiffs, :
:
v. :
:
Walmart, Inc. :
                Defendant. :
----------------------------------------------------------- X

TO: Opposing Counsel, Michael Langer Resch, King & Spalding, 50 California Street, Suite 3300, San Francisco, CA 94111

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Kelsey L. Stokes, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Fleming, Nolen & Jez, L.L.P. and a member in good standing of the bar of the State of Texas, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiffs. There are no pending disciplinary proceedings against me in any state or federal court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 6, 2024.

Respectfully submitted,

/s/ *Kelsey L. Stokes*
Kelsey L. Stokes
**FLEMING, NOLEN & JEZ, LLP**
2800 Post Oak Blvd., Suite 6000
Houston, TX 77056-6128
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
Email: kelsey_stokes@fleming-law.com

***Attorneys for Plaintiffs.***

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024, I electronically filed the above-referenced document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

/s/ *Kelsey L. Stokes*
Kelsey L. Stokes