UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

IN RE: ORAL PHENYLEPHRINE MARKETING :
AND SALES PRACTICES LITIGATION                          :

:

THIS DOCUMENT APPLIES TO:                               :

:

Case No. 1:23-cv-09259-BMC                              :

:

*Emily Hansen, Sommer Milhous and Andrew*              :
*Gutierrez, individually and on behalf of all others*  :
*similarly situated,*                                   :
                              Plaintiffs,               :

:

v.                                                      :

:

Walmart, Inc.                                           :
                              Defendant.                :

------------------------------------------------------------- X

MDL No. 1:23-md-03089-BMC



AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
PRO HAC VICE

I, Kelsey L. Stokes, being duly sworn, hereby depose and say as follows:

1.  I am an attorney with the law firm of Fleming, Nolen & Jez, L.L.P.
2.  I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.
3.  As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Texas.
4.  There are no pending disciplinary proceedings against me in any state or federal court.
5.  I have never been convicted of a felony.
6.  I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7.  Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in the above-captioned for Plaintiffs.

Dated: _2/2/24_.

Kelsey L. Stokes
**FLEMING, NOLEN & JEZ, LLP**
2800 Post Oak Blvd., Suite 6000
Houston, TX 77056-6128
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
Email: kelsey_stokes@fleming-law.com

SUBSCRIBED AND SWORN TO BEFORE ME, this $\underline{2^{nd}}$ day of February, 2024, to certify which witness my hand and official seal.

_Paula A. Myers_
Notary Public, in and for the State of Texas

PAMELA A. MYERS
Notary Public, State of Texas
Comm. Expires 05-09-2027
Notary ID 3834275