UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
IN RE: ORAL PHENYLEPHRINE MARKETING : MDL No. 1:23-md-03089-BMC
AND SALES PRACTICES LITIGATION :
:
THIS DOCUMENT APPLIES TO: :
:
Case No. 1:23-cv-09259-BMC : ORDER FOR ADMISSION
: PRO HAC VICE
*Emily Hansen, Sommer Milhous and Andrew* :
*Gutierrez, individually and on behalf of all others* :
*similarly situated,* :
        Plaintiffs, :
v. :
:
Walmart, Inc. :
        Defendant. :
------------------------------------------------------------ X

The motion of Kelsey L. Stokes for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Texas; and that her contact information is as follows:

> Kelsey L. Stokes
> Fleming, Nolen & Jez, L.L.P.
> 2800 Post Oak Blvd., Suite 6000
> Houston, Texas 77056
> (713) 621-7944 – telephone
> (713) 621-9638 – fax
> kelsey_stokes@fleming-law.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.

Dated: _____

                                                                                    United States District / Magistrate Judge