**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC<br><br>Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO:<br><br>*Thomas et al. v. Kenvue, Inc. et al.*, No. 1: 23-cv-09303-BMC (E.D.N.Y.) | **NOTICE OF APPEARANCE**<br>**MELISSA L. YEATES** |

PLEASE TAKE NOTICE that Melissa L. Yeates, of the law firm of Kessler Topaz Meltzer & Check LLP, enters her appearance for Plaintiffs Shawn L. Thomas and Charles Geoffrey Woods in the above-captioned action, and requests that a copy of all future notices, motions, pleadings, orders, and other communications served or filed in this action be provided via the CM/ECF system or at the following address:

Melissa L. Yeates
KESSLER TOPAZ
 MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: myeates@ktmc.com

Dated: February 6, 2024

Respectfully submitted

*/s/ Melissa L. Yeates*
Melissa L. Yeates
myeates@ktmc.com
**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiffs Shawn L. Thomas and Charles Geoffrey Woods and the Proposed Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: February 6, 2024

Respectfully submitted

*/s/ Melissa L. Yeates*
Melissa L. Yeates
myeates@ktmc.com
**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiffs Shawn L. Thomas and Charles Geoffrey Woods and the Proposed Classes*