**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC<br><br>Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO:<br><br>*Thomas et al. v. Kenvue, Inc. et al.*,<br>No. 1: 23-cv-09303-BMC (E.D.N.Y.) | **NOTICE OF APPEARANCE**<br>**TYLER S. GRADEN** |

PLEASE TAKE NOTICE that Tyler S. Graden, of the law firm of Kessler Topaz Meltzer & Check LLP, enters his appearance for Plaintiffs Shawn L. Thomas and Charles Geoffrey Woods in the above-captioned action, and requests that a copy of all future notices, motions, pleadings, orders, and other communications served or filed in this action be provided via the CM/ECF system or at the following address:

>Tyler S. Graden
>KESSLER TOPAZ
> MELTZER & CHECK, LLP
>280 King of Prussia Road
>Radnor, PA 19087
>Telephone: (610) 667-7706
>Facsimile: (610) 667-7056
>Email: tgraden@ktmc.com

| | |
|---|---|
| Dated: February 6, 2024 | Respectfully submitted<br><br>*/s/ Tyler S. Graden*<br>Tyler S. Graden<br>tgraden@ktmc.com<br>**KESSLER TOPAZ**<br>**MELTZER & CHECK, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>*Counsel for Plaintiffs Shawn L. Thomas and Charles Geoffrey Woods and the Proposed Classes* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: February 6, 2024

Respectfully submitted

*/s/ Tyler S. Graden*
Tyler S. Graden
tgraden@ktmc.com
**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiffs Shawn L. Thomas and Charles Geoffrey Woods and the Proposed Classes*