# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC<br><br>Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO:<br><br>*Thomas et al. v. Kenvue, Inc. et al.*, No. 1: 23-cv-09303-BMC (E.D.N.Y.) | **NOTICE OF APPEARANCE**<br>**JORDAN E. JACOBSON** |

PLEASE TAKE NOTICE that Jordan E. Jacobson, of the law firm of Kessler Topaz Meltzer & Check LLP, enters her appearance for Plaintiffs Shawn L. Thomas and Charles Geoffrey Woods in the above-captioned action, and requests that a copy of all future notices, motions, pleadings, orders, and other communications served or filed in this action be provided via the CM/ECF system or at the following address:

    Jordan E. Jacobson
    KESSLER TOPAZ
     MELTZER & CHECK, LLP
    280 King of Prussia Road
    Radnor, PA 19087
    Telephone: (610) 667-7706
    Facsimile: (610) 667-7056
    Email: jjacobson@ktmc.com

| | |
|---|---|
| Dated: February 6, 2024 | Respectfully submitted<br><br>*/s/ Jordan E. Jacobson*<br>Jordan E. Jacobson<br>jjacobson@ktmc.com<br>**KESSLER TOPAZ**<br>** MELTZER & CHECK, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>*Counsel for Plaintiffs Shawn L. Thomas and Charles Geoffrey Woods and the Proposed Classes* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| Dated: February 6, 2024 | Respectfully submitted |
| | */s/ Jordan E. Jacobson* <br> Jordan E. Jacobson <br> jjacobson@ktmc.com <br> **KESSLER TOPAZ** <br> **MELTZER & CHECK, LLP** <br> 280 King of Prussia Road <br> Radnor, PA 19087 <br> Telephone: (610) 667-7706 <br> Facsimile: (610) 667-7056 |
| | *Counsel for Plaintiffs Shawn L. Thomas and Charles Geoffrey Woods and the Proposed Classes* |