**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | : 23-md-3089-BMC<br>:<br>: Brian M. Cogan District Judge<br>: |
| THIS DOCUMENT RELATES TO:<br><br>*Millard Adkins, et al. v. Reckitt Benckiser Pharmaceuticals, Inc., et al.*, 2:23-cv-21051 (D.N.J.)<br><br>*Rosalyn Anderson, et al. v. The Procter & Gamble Company, et al.,* 2:23-cv-03899 (E.D.Pa.) | :<br>: MOTION FOR ADMISSION<br>: *PRO HAC VICE* OF<br>: FREDERICK S. LONGER<br>:<br>:<br>: |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Frederick S. Longer, hereby move this Court for admission to practice *Pro Hac* Vice to appear as counsel for plaintiffs Millard Adkins, individually and on behalf of all others similarly situated, and Rosalyn Anderson, individually and on behalf of all others similarly situated, in the above-captioned actions.

I am in good standing of the bars of the Commonwealth of Pennsylvania and State of New Jersey, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3(c), with Certificates of Good Standing.

                                                                                Respectfully submitted,

Dated:   February 7, 2024                          */s/ Frederick S. Longer*
                                                                                Frederick S. Longer
                                                                                Levin Sedran & Berman LLP
                                                                                510 Walnut Street, Suite 500
                                                                                Philadelphia, PA  19106
                                                                                flonger@lfsblaw.com
                                                                                Telephone:  (215) 592-1500
                                                                                Facsimile:  (215) 592-4663

                                                                                *Counsel for Plaintiffs*
                                                                                *Millard Adkins, et al.* and *Rosalyn Anderson, et al.*