UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | : 23-md-3089-BMC<br>:<br>: Brian M. Cogan District Judge<br>: |
| THIS DOCUMENT RELATES TO:<br><br>*Millard Adkins, et al. v. Reckitt Benckiser Pharmaceuticals, Inc., et al.*, 2:23-cv-21051 (D.N.J.)<br><br>*Rosalyn Anderson, et al. v. The Procter & Gamble Company, et al.*, 2:23-cv-03899 (E.D.Pa.) | :<br>: AFFIDAVIT OF FREDERICK<br>: S. LONGER IN SUPPORT<br>: OF ADMISSION *PRO HAC*<br>: VICE<br>:<br>:<br>: |

I, Frederick S. Longer, declare as follows:

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Frederick S. Longer, am a partner with the law firm of Levin Sedran & Berman LLP. I submit this affidavit in support of my motion for admission *Pro Hac Vice* in the above-captioned actions.

1. I have not been convicted of a felony.
2. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.
3. There are no disciplinary proceedings presently against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed this 7th day of February, 2024 I Philadelphia, Pennsylvania.

_____
FREDERICK S. LONGER

Subscribed and sworn to before me this 7th day of February, 2024.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Monica C. Lord, Notary Public
Philadelphia County
My commission expires March 28, 2026
Commission number 1416156
Member, Pennsylvania Association of Notaries