

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Frederick S. Longer, Esq.*

DATE OF ADMISSION

*November 10, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  January 8, 2024

_____
Darian Holland
Chief Clerk