**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: ORAL PHENYLEPHRINE | : | 23-md-3089-BMC |
| MARKETING AND SALES PRACTICES | : | |
| LITIGATION | : | Brian M. Cogan District Judge |
| | : | |

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | : | |
| | : | ORDER FOR ADMISSION |
| *Millard Adkins, et al. v. Reckitt Benckiser Pharmaceuticals,* | : | *PRO HACE VICE* of |
| *Inc., et al.*, 2:23-cv-21051 (D.N.J.) | : | FREDERICK S. LONGER |
| | : | |
| *Rosalyn Anderson, et al. v. The Procter & Gamble* | : | |
| *Company, et al.,* 2:23-cv-03899 (E.D.Pa.)* | : | |

The motion of Frederick S. Longer, for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the State Bar of Pennsylvania (46652) and the State Bar of New Jersey (FL1682) and that his contact information is as follows:

> Frederick S. Longer
> Levin Sedran & Berman LLP
> 510 Walnut Street, Suite 500
> Philadelphia, PA  19106
> flonger@lfsblaw.com
> Telephone:  (215) 592-1500
> Facsimile:  (215) 592-4663

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Millard Adkins, individually and on behalf of all others similarly situated. and Rosalyn Anderson, individually and on behalf of all others similarly situated, in the above-captioned actions.

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the

above-captioned case in the United States District Court for the Eastern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.


DATED:_____    _____
                                          THE HONORABLE BRIAN M. COGAN
                                          UNITED STATES DISTRICT JUDGE