## CERTIFICATE OF SERVICE

I, Frederick S. Longer, hereby certify that the foregoing Notice of Motion to Admit Counsel *Pro Hac Vice* was served on this 7th day of February, 2024 upon all counsel of record via the Court's electronic notification system.

*/s/ Frederick S. Longer*
**FREDERICK S. LONGER**