# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No.: 1:23-md-3089-BMC <br><br> **DECLARATION OF GLENN DANAS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| THIS DOCUMENT RELATES TO: <br><br> *Murdock et al v. RB Health (US), LLC et al* <br> 1:23-cv-09279 -BMC | |

I, Glenn Danas, hereby declare that the following is true and correct:

1. I am an attorney with the Clarkson Law Firm, P.C., and have personal knowledge of the facts stated herein.

2. I make this declaration in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned action as counsel for Plaintiffs Lateef Murdock, Lorette Kenney, Gwen Lewi, Marcel Perez Pirio, Layne Barter, Jaedon Daniels, Jose Cortez Hernandez, Robert Lundin, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, and Lauren Debeliso.

3. As shown in the Certificate of Good Standing attached hereto as Exhibit A, I am a member in good standing of the State Bar of California and there are no pending disciplinary matters against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

1

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 7th day of February 2024 at Los Angeles, California.

*/s/ Glenn Danas*
Glenn Danas
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
gdanas@clarksonlawfirm.com
