IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No.: 1:23-md-3089-BMC<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF SHIREEN M. CLARKSON** |
| THIS DOCUMENT RELATES TO:<br><br>*Murdock et al v. RB Health (US), LLC et al*<br>1:23-cv-09279 -BMC | |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Eastern District of New York Section IV of the Proposed Case Management Order No. 1 (ECF No. 5), I, Shireen M. Clarkson, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Lateef Murdock, Lorette Kenney, Gwen Lewi, Marcel Perez Pirio, Layne Barter, Jaedon Daniels, Jose Cortez Hernandez, Robert Lundin, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, and Lauren Debeliso in the above-captioned action.

I am a member in good standing of the State Bar of California and there are no pending disciplinary matters against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the required declaration and certificate of good standing per Local Rule 1.3(c).

                                                                             Respectfully submitted,

Dated: February 7, 2024                               */s/ Shireen M. Clarkson*
                                                                 Shireen M. Clarkson
                                                                 CLARKSON LAW FIRM, P.C.
                                                                 22525 Pacific Coast Highway
                                                                Malibu, CA 90265
                                                                Tel: (213) 788-4050
                                                                sclarkson@clarksonlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 7, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated:  February 7, 2024

/s/ *Shireen M. Clarkson*
Shireen M. Clarkson
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
sclarkson@clarksonlawfirm.com