# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No.: 1:23-md-3089-BMC<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |
| THIS DOCUMENT RELATES TO:<br><br>*Murdock et al v. RB Health (US), LLC et al*<br>1:23-cv-09279 -BMC | |

The motion of Shireen M. Clarkson for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California and that her contact information is as follows:

Shireen M. Clarkson
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
sclarkson@clarksonlawfirm.com

Applicant having requested *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs Lateef Murdock, Lorette Kenney, Gwen Lewi, Marcel Perez Pirio, Layne Barter, Jaedon Daniels, Jose Cortez Hernandez, Robert Lundin, Mychael Willon, Amy Weinberg, Dimitri Lamdon, Elie El Rai, Tatyana Dekhtyar, Olivia Rodesta, and Lauren Debeliso, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above caption case in the United States District Court for the Eastern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____

United States District Judge Brian M. Cogan