UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Case No. 1:23-md-3089-BMC |
| This document relates to:<br><br>*Pack v. Johnson & Johnson, Consumer Companies, Inc. et al.,* No. 1:23-cv-09057<br><br>*Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-09277<br><br>*Kleiman v. Bayer HealthCare LLC,* No. 1:23-cv-09287<br><br>*Heaghney v. Johnson & Johnson et al.,* No. 1:23-cv-09282<br><br>*Parker v. Rite Aid et al.,* No. 1:23-cv-09311<br><br>*Means v. Johnson & Johnson Holdco et al.,* No. 1:23-cv-09276<br><br>*Kasparie and James v. Bayer Healthcare LLC*, No. 1:23-cv-09312<br><br>*Thomas & Woods v. Kenvue, Inc. et al.*, No. 1:23-cv-09303<br><br>*Murdock et al. v. RB Health (US), LLC et al.*, No. 1:23-cv-09279<br><br>*McPhee & Vorise v. Johnson & Johnson Consumer Companies, Inc.*, No. 1:23-cv-09262<br><br>*Chavez v. Johnson & Johnson et al.,* No. 1:23-cv-09304<br><br>*Adkins v. Reckitt Benckiser et al.,* No. 1:23-cv-09291 | **NOTICE OF APPEARANCE OF CHRISTOPHER YOUNG** |

*Sanes, et al. v. Bayer HealthCare LLC,* No. 1:23-cv-09295

*Jones v. Bayer Corporation et al.,* No. 1:23-cv-09297

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Christopher Young, of DLA Piper LLP (US), is admitted to practice *Pro Hac Vice* in this Court and has no disciplinary matters pending, and hereby enters his appearance in these cases as counsel for Defendant Bayer HealthCare LLC, as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Dated: February 8, 2024.

**DLA PIPER LLP (US)**

By: /s/ *Christopher Young*
    Christopher Young (*Admitted Pro Hac Vice*)
    4365 Executive Drive, Suite 1100
    San Diego, CA 92121
    Tel: (619) 699-4748
    christopher.young@us.dlapiper.com
    *Attorney for Bayer HealthCare, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/ *Christopher Young*
Christopher Young