**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | : 23-md-3089-BMC<br>:<br>: Brian M. Cogan District Judge<br>: |

---

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | :<br>: NOTICE OF APPEARANCE |
| *Millard Adkins, et al. v. Reckitt Benckiser Pharmaceuticals,*<br>*Inc., et al.*, 2:23-cv-21051 (D.N.J.) | :<br>:<br>: |
| *Rosalyn Anderson, et al. v. The Procter & Gamble*<br>*Company, et al.,* 2:23-cv-03899 (E.D.Pa.) | :<br>: |

---

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel of record for

plaintiffs Millard Adkins, individually and on behalf of all others similarly situated, and Rosalyn

Anderson, individually and on behalf of all others similarly situated, in the above-captioned

actions. The undersigned certifies that he is admitted to practice in this Court, and requests that all

notices, pleadings, and other documents given or filed in the above captioned action be given and

served upon the undersigned attorney.

 

 

Respectfully submitted,

Dated:   February 8, 2024

*/s/ Frederick S. Longer*
Frederick S. Longer
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA  19106
cschaffer@lfsblaw.com
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

*Counsel for Plaintiffs*