## **CERTIFICATE OF SERVICE**

I, Frederick S. Longer, hereby certify that the foregoing Notice of Appearance was served on this 8th day of February, 2024 upon all counsel of record via the Court's electronic notification system.

*/s/ Frederick S. Longer*
**FREDERICK S. LONGER**