# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br><br>Case No. 1:23-md-03089-BMC |
| This Document Relates to:<br><br>*Valinsky v. Johnson & Johnson Consumer, Inc. et al.*<br>Case No.: 1:24-cv-00124<br><br>*Morris et al. v. Johnson & Johnson Consumer, Inc et al.*<br>Case No.: 1:24-cv-00269<br><br>*Ward et al. v. Johnson & Johnson Consumer, Inc et al.*<br>Case No.: 1:23-cv-09302<br><br>*Chamberlain v. Johnson & Johnson Consumer, Inc et al.*<br>Case No.: 1:23-cv-09316<br><br>*Chavez v. Johnson & Johnson Consumer, Inc. et al.*<br>Case No.: 1:23-cv-09304<br><br>*Joyner v. Johnson & Johnson Consumer, Inc.*<br>Case No.: 1:23-cv-09300<br><br>*Lawrence v. Johnson & Johnson Consumer, Inc.*<br>Case No.: 1:23-cv-09299<br><br>*McPhee et al. v. Johnson & Johnson Consumer Companies , Inc. et al.*<br>Case No.: 1:23-cv-09262<br><br>*Noviskis v. Johnson & Johnson Consumer Inc. et al.*<br>Case No.: 1:23-cv-09270<br><br>*Wilson v. Johnson & Johnson Consumer, Inc. et al.*<br>Case No.: 1:23-cv-09296<br><br>*Carrigan v. Johnson & Johnson et al.*<br>Case No.: 1:23-cv-09319 | |

1

*Thorns et al. v. Johnson & Johnson et al.*
Case No.: 1:23-cv-09310

*Heaghney v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09282

*Means v. Johnson & Johnson Consumer Inc.*
Case No.: 1:23-cv-09276

*Travis v. Procter & Gamble Company et al.*
Case No.: 1:23-cv-09306

*Lewis et al. v Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:23-cv-09301

*Adkin et al. v. Reckitt Benckiser Pharmaceuticals Inc. et al.*
Case No.: 1:23-cv-09291

*Isom v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09283

*Jones v. Bayer Corporation et al.*
Case No.: 1:23-cv-09297

*Fong v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09278

*Murdock et al. v. RB Health (US), LLC et al.*
Case No.: 1:23-cv-09279

*Walker v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09284

*Hsieh et al. v. Procter & Gamble Company et al.*
Case No.: 1:23-cv-09274

*Hernandez v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09257

*Nelson et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:23-cv-09261

*Bader et al. v. Johnson & Johnson Consumer Incorporated et al.*
Case No.: 1:23-cv-09253

*Wright v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09285

*Reinkraut v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09286

*Newton's Pharmacy, Inc. v. Procter & Gamble Company et al.*
Case No.: 1:23-cv-09307

*Thomas et al. v. Kenvue, Inc,. et al.*
Case No.: 1:23-cv-09303

*Valdes v. McNeil Consumer Healthcare et al.*
Case No.: 1:23-cv-09267

*Kasparie et al. v. Bayer Healthcare LLC et al.*
Case No.: 1:23-cv-09312

*De Priest et al. v. Walgreen Co. et al.*
Case No.: 1:23-cv-09272

*Rankin v. Harris Teeter, LLC et al.*
Case No.: 1:23-cv-09280

*Silva v. Reckitt Benckiser LLC et al.*
Case No.: 1:23-cv-09268

*Benjamin et al. v. Glaxosmithkline LLC et al.*
Case No.: 1:23-cv-09313

*Page v. RB Health (US) LLC et al.*
Case No.: 1:23-cv-09290

*Emmons et al. v. McNeil Consumer HealthCare et al.*
Case No.: 1:23-cv-09314

*Bryan et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00040

*Harrison v. Johnson & Johnson Consumer Inc.*
Case No.: 1:24-cv-00044

*Jergins et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00043

*Pena-Venegas et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00041

*Housman v. Johnson & Johnson Consumer Inc.*
Case No.: 1:24-cv-00123

*Coyle v. GlaxoSmithKline LLC et al.*
Case No.: 1:23-cv-07311

*Ozuzu v. Kenvue Inc. et al.*
Case No.: 1:23-cv-07395

*Audelo v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09059

*Cronin v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 2:23-cv-06870

*McWhite v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09065

*Yousefzadeh v. Johnson & Johnson Consumer Inc.*
Case No.: 2:23-cv-06825

*Pack et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*
Case No.: 1:23-cv-09057

*Barton et al. v. RB Health (US) LLC et al.*
Case No.: 1:23-cv-09063

*Depaola v. The Procter & Gamble Company et al.*
Case No.: 1:23-cv-09058

*Butler v. Johnson & Johnson et al.*
Case No.: 2:23-cv-07497

## NOTICE OF MOTION TO ADMIT COUNSEL
## *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Amy J. Laurendeau, hereby move this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of O'Melveny & Myers LLP and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant Johnson & Johnson Consumer Inc. in the above-captioned actions.

This document is being filed in the following actions:

*Valinsky v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00124

*Morris et al. v. Johnson & Johnson Consumer, Inc et al.*
Case No.: 1:24-cv-00269

*Ward et al. v. Johnson & Johnson Consumer, Inc et al.*
Case No.: 1:23-cv-09302

*Chamberlain v. Johnson & Johnson Consumer, Inc et al.*
Case No.: 1:23-cv-09316

*Chavez v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:23-cv-09304

*Joyner v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09300

*Lawrence v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09299

*McPhee et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*
Case No.: 1:23-cv-09262

*Noviskis v. Johnson & Johnson Consumer Inc. et al.*
Case No.: *1:23-cv-09270*

*Wilson v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:23-cv-09296

*Carrigan v. Johnson & Johnson et al.*
Case No.: 1:23-cv-09319

*Thorns et al. v. Johnson & Johnson et al.*
Case No.: 1:23-cv-09310

*Heaghney v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09282

*Means v. Johnson & Johnson Consumer Inc.*
Case No.: 1:23-cv-09276

*Travis v. Procter & Gamble Company et al.*
Case No.: 1:23-cv-09306

*Lewis et al. v Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:23-cv-09301

*Adkin et al. v. Reckitt Benckiser Pharmaceuticals Inc. et al.*
Case No.: 1:23-cv-09291

*Isom v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09283

*Jones v. Bayer Corporation et al.*
Case No.: 1:23-cv-09297

*Fong v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09278

*Murdock et al. v. RB Health (US), LLC et al.*
Case No.: 1:23-cv-09279

*Walker v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09284

*Hsieh et al. v. Procter & Gamble Company et al.*
Case No.: 1:23-cv-09274

*Hernandez v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09257

*Nelson et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:23-cv-09261

*Bader et al. v. Johnson & Johnson Consumer Incorporated et al.*
Case No.: 1:23-cv-09253

*Wright v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09285

*Reinkraut v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09286

*Newton's Pharmacy, Inc. v. Procter & Gamble Company et al.*
Case No.: 1:23-cv-09307

*Thomas et al. v. Kenvue, Inc,. et al.*
Case No.: 1:23-cv-09303

*Valdes v. McNeil Consumer Healthcare et al.*
Case No.: 1:23-cv-09267

*Kasparie et al. v. Bayer Healthcare LLC et al.*
Case No.: 1:23-cv-09312

*De Priest et al. v. Walgreen Co. et al.*
Case No.: 1:23-cv-09272

*Rankin v. Harris Teeter, LLC et al.*
Case No.: 1:23-cv-09280

*Silva v. Reckitt Benckiser LLC et al.*
Case No.: 1:23-cv-09268

*Benjamin et al. v. Glaxosmithkline LLC et al.*
Case No.: 1:23-cv-09313

*Page v. RB Health (US) LLC et al.*
Case No.: 1:23-cv-09290

*Emmons et al. v. McNeil Consumer HealthCare et al.*
Case No.: 1:23-cv-09314

*Bryan et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00040

*Harrison v. Johnson & Johnson Consumer Inc.*
Case No.: 1:24-cv-00044

*Jergins et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00043

*Pena-Venegas et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00041

*Housman v. Johnson & Johnson Consumer Inc.*
Case No.: 1:24-cv-00123

*Coyle v. GlaxoSmithKline LLC et al.*
Case No.: 1:23-cv-07311

*Ozuzu v. Kenvue Inc. et al.*
Case No.: 1:23-cv-07395

*Audelo v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09059

*Cronin v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 2:23-cv-06870

*McWhite v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09065

*Yousefzadeh v. Johnson & Johnson Consumer Inc.*
Case No.: 2:23-cv-06825

*Pack et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*
Case No.: 1:23-cv-09057

*Barton et al. v. RB Health (US) LLC et al.*
Case No.: 1:23-cv-09063

*Depaola v. The Procter & Gamble Company et al.*
Case No.: 1:23-cv-09058

*Butler v. Johnson & Johnson et al.*
Case No.: 2:23-cv-07497

so that I will receive ECF notifications in all matters.

There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: February 7, 2024

Respectfully submitted,

By: _____
Amy J. Laurendeau

O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Fl.
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
alaurendeau@omm.com

*Attorneys for Defendant Johnson & Johnson Consumer Inc.*