**EXHIBIT A**



**Supreme Court of California**

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### AMY JEAN LAURENDEAU

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that AMY JEAN LAURENDEAU #198321, was on the 2nd day of December 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 24th day of January 2024.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Michael Hailisy, Deputy Clerk

