UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089**<br>Case No. 1:23-md-03089-BMC<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF LAUREN S. COLTON** |
| This Document Relates to:<br><br>*Adkins et al. v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-09291<br><br>*Bader et al. v. Johnson & Johnson Consumer Inc. et al.*, No. 1:23-cv-09253<br><br>*Barton et al. v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-09063<br><br>*Benjamin et al. v. GlaxoSmithKline LLC et al.*, No. 1:23-cv-09313<br><br>*Boonparn v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-06936<br><br>*Butler v. Johnson & Johnson et al.*, No. 2:23-cv-07497<br><br>*Chamberlain v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-09316<br><br>*Chavez v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-09304<br><br>*Coyle v. GlaxoSmithKline LLC et al.*, No. 1:23-cv-07311<br><br>*Emmons et al. v. McNeil Consumer Healthcare et al.*, No. 1:23-cv-09314<br><br>*Fong v. Johnson & Johnson Consumer Inc. et al.*, No. 1:23-cv-09278 | |

1

*Grimsley et al. v. Reckitt Benckiser, LLC et al.*, No. 1:23-cv-09265

*Heaghney v. Johnson & Johnson Holdco (NA), Inc. et al.*, No. 1:23-cv-09282

*Hsieh et al. v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-09274

*Isom v. Johnson & Johnson Consumer Inc. et al.*, No. 1:23-cv-09283

*Jones v. Bayer Corporation et al.*, No. 1:23-cv-09297

*Jones v. Reckitt Benckiser Pharmaceuticals, Inc. et al.*, No. 1:23-cv-09256

*McPhee et al. v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-09262

*Means v. Johnson & Johnson Holdco (NA), Inc. et al.*, No. 1:23-cv-09276

*Murdock et al. v. RB Health (US) LLC et al.*, No. 1:23-cv-09279

*Newton's Pharm., Inc. v. Procter & Gamble Co. et al.*, No. 1:23-cv-09307

*Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-09277

*Ozuzu v. Kenvue Inc. et al.*, No. 1:23-cv-07395

*Pack et al. v. Johnson & Johnson Consumer Cos., Inc. et al.*, No. 1:23-cv-09057

*Page v. RB Health (US) LLC et al.*, No. 1:23-cv-09290

*Pena-Venegas et al. v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:24-cv-00041

*Rankin v. Harris Teeter, LLC et al.*, No. 1:23-cv-09280

*Scoffier v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-09288

| |
|---|
| *Silva v. Reckitt Benckiser LLC et al.*, No. 1:23-cv-09268 |
| *Striegel v. RB Health (US), LLC*, No. 1:23-cv-09289 |
| *Sygal et al. v. Reckitt Benckiser LLC*, No. 1:23-cv-09292 |
| *Thompson v. Reckitt Benckiser, LLC*, No. 1:23-cv-09320 |
| *Travis v. Procter & Gamble Co. et al.*, No. 1:23-cv-09306 |
| *Walker v. Johnson & Johnson Consumer Inc. et al.*, No. 1:23-cv-09284 |
| *Wilson v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-09296 |
| *Wright v. Johnson & Johnson Consumer Inc. et al.*, No. 1:23-cv-09285 |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York and Section IV of the Proposed Case Management Order No. 1 (ECF No. 5), I, Lauren S. Colton, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant RB Health (US) LLC (incorrectly sued in some cases as Reckitt Benckiser Pharmaceuticals Inc., Reckitt Benckiser Pharmaceuticals, Inc., Reckitt Benckiser LLC, Reckitt Benckiser, LLC, Reckitt & Benckiser LLC, RB Health (US), LLC, and RB Health LLC) in the above-captioned actions. I am a member in good standing of the State Bar of Maryland, and I do not have any pending disciplinary proceedings against me in any state or federal court. In support, I have attached a Certificate of Good Standing for the State of Maryland and my Affidavit.

3

Dated: February 8, 2024 Respectfully submitted,

By: */s/ Lauren S. Colton*
Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

*Counsel for Defendant RB Health (US) LLC*

## CERTIFICATE OF SERVICE

      I, Lauren S. Colton, counsel for Defendant RB Health (US) LLC, hereby certify that on February 8, 2024, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. I further will cause the foregoing filed documents to be served via process server to the following:

***Butler v. Johnson & Johnson et al.*, No. 2:23-cv-07497**
***Pro Se* Plaintiff**

Timothy Butler
Inmate No. 309172
Yaphank Correctional Facility
110 Center Drive South
Riverhead, NY 11901


                                                                                By: */s/ Lauren S. Colton*
                                                                                 Lauren S. Colton