UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*,<br><br>No. 1:23-cv-09282-BMC (E.D.N.Y) | **NOTICE OF APPEARANCE OF TANNER COOK** |

PLEASE TAKE NOTICE that the undersigned counsel, Tanner Cook, of Husch Blackwell LLP, is admitted to practice in this Court and has no disciplinary mattes pending, and hereby enters his appearance in these cases as counsel for Defendant Dierbergs Markets, Inc., as well as in the above-referenced MDL proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Respectfully submitted,

Dated: February 8, 2024
By: /s/ *Tanner Cook*
Tanner Cook
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Tanner.cook@huschblackwell.com
Telephone: (314) 480-1500

**ATTORNEY FOR DEFENDANT DIERBERGS MARKETS, INC.**

HB: 4889-9295-9907.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/ *Tanner Cook*
Tanner Cook

HB: 4889-9295-9907.1