UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
IN RE: ORAL PHENYLEPHRINE MARKETING         :   MDL No. 1:23-md-03089-BMC
AND SALES PRACTICES LITIGATION              :
:
THIS DOCUMENT RELATES TO:                   :
:
Case No. 1:23-cv-09259-BMC                  :
:   NOTICE OF APPEARANCE
*Emily Hansen, Sommer Milhous and Andrew*   :
*Gutierrez, individually and on behalf of all others* :
*similarly situated,*                       :
              Plaintiffs,          :
v.                                          :
:
Walmart, Inc.                               :
              Defendant.          :
------------------------------------------------------------ X

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs Emily Hansen, Sommer Milhous and Andrew Guiterrez in the above-referenced matter.

I am a member in good standing of the bar of the State of Texas, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 9, 2024

                                            Respectfully submitted,

                                            /s/ *Kelsey L. Stokes*
                                            Kelsey L. Stokes
                                            **FLEMING, NOLEN & JEZ, LLP**
                                            2800 Post Oak Blvd., Suite 6000
                                            Houston, TX 77056-6128
                                            Telephone: (713) 621-7944
                                            Facsimile: (713) 621-9638
                                            Email: kelsey_stokes@fleming-law.com

                                            ***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2024, I electronically filed the above-referenced document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

/s/ *Kelsey L. Stokes*
Kelsey L. Stokes