UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Case No. 1:23-md-03089-BMC |
| This Document Relates to:<br><br>*Anderson, et al. v. The Procter & Gamble Co., et al.*<br>Case No. 2:23-cv-02108<br><br>*Audelo v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 3:23-cv-24250<br><br>*Bader, et al. v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 2:23-cv-02108<br><br>*Barton, et al. v. Reckitt Benckiser LLC, et al.*<br>Case No. 2:23-cv-20370<br><br>*Benjamin, et al. v. GlaxoSmithKline LLC, et al.*<br>Case No. 2:23-cv-03856<br><br>*Bryan, et al. v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 8:23-cv-00543<br><br>*Carrigan v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 2:23-cv-01481<br><br>*Chavez v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:23-cv-00883<br><br>*Coppock v. The Procter & Gamble Co., et al.*<br>Case No. 2:23-cv-05353<br><br>*Cronin v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 2:23-cv-06870<br><br>*DePaola v. The Procter & Gamble Co., et al.*<br>Case No. 2:23-cv-00727<br><br>*De Priest, et al. v. Walgreen Co., et al.*<br>Case No. 1:23-cv-14060<br><br>*Emmons, et al. v. McNeil Consumer Healthcare, et al.*<br>Case No. 2:23-cv-03874<br><br>*Enriquez v. The Procter & Gamble Co., et al.*<br>Case No. 3:23-cv-05715 | MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW SOUKUP |

*Fichera v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-05274

*Heaghney v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-01342

*Hsieh, et al. v. Reckitt Benckiser LLC, et al.*
Case No. 1:23-cv-14404

*Isom v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-04200

*Jergins, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-00115

*Jones v. Bayer Corporation, et al.*
Case No. 2:23-cv-21411

*Juneau v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-05273

*Kasparie, et al. v. Bayer Healthcare LLC, et al.*
Case No. 2:23-cv-03783

*Kleiman v. The Procter & Gamble Co.*
Case No. 1:23-cv-00590

*Lee, et al. v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-21126

*McPhee, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-05128

*Means v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 3:23-cv-03494

*Morgan v. The Procter & Gamble Co.*
Case No. 3:23-cv-24628

*Morris, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-03409

*Murdock, v. RB Health LLC, et al.*
Case No. 2:23-cv-05846

*Newton's Pharm., Inc. v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00613

*Noviskis v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-13926

*Pack v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-01965

*Pena-Venegas, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 6:23-cv-01847

*Rankin v. Harris Teeter, LLC., et al.*
Case No. 8:23-cv-02864

*Reyes v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00623

*Silva v. Reckitt Benckiser LLC, et al.*
Case No. 1:23-cv-24112

*Taylor v. The Procter & Gamble Co.*
Case No. 3:23-cv-04909

*Thomas, et al v. Kenvue, Inc., et al.*
Case No. 3:23-cv-20895

*Thorns, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 3:23-cv-01355

*Travis v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00607

*Valdes v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-23939

*Vent v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00680

*Walker v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-00663

*Wilson v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-21276

*Wright v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 5:23-cv-06120

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York and Section IV of the Proposed Case Management Order No. 1 (ECF No. 5), I, Andrew Soukup, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for The Procter & Gamble Company in the above-captioned action.

I am in good standing with the bars of the District of Columbia (my home jurisdiction) and the State of Illinois, and there are no pending or past disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration and certificates of good standing pursuant to Local Rule 1.3(c).

Dated: February 9, 2024

Respectfully submitted,

/s/ *Andrew Soukup*
Andrew Soukup
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5066
asoukup@cov.com

*Attorney for The Procter & Gamble Company*