UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Case No. 1:23-md-03089-BMC |
| This Document Relates to:<br><br>*Anderson, et al. v. The Procter & Gamble Co., et al.*<br>Case No. 2:23-cv-02108<br><br>*Audelo v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 3:23-cv-24250<br><br>*Bader, et al. v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 2:23-cv-02108<br><br>*Barton, et al. v. Reckitt Benckiser LLC, et al.*<br>Case No. 2:23-cv-20370<br><br>*Benjamin, et al. v. GlaxoSmithKline LLC, et al.*<br>Case No. 2:23-cv-03856<br><br>*Bryan, et al. v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 8:23-cv-00543<br><br>*Carrigan v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 2:23-cv-01481<br><br>*Chavez v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 1:23-cv-00883<br><br>*Coppock v. The Procter & Gamble Co., et al.*<br>Case No. 2:23-cv-05353<br><br>*Cronin v. Johnson & Johnson Consumer, Inc., et al.*<br>Case No. 2:23-cv-06870<br><br>*DePaola v. The Procter & Gamble Co., et al.*<br>Case No. 2:23-cv-00727<br><br>*De Priest, et al. v. Walgreen Co., et al.*<br>Case No. 1:23-cv-14060<br><br>*Emmons, et al. v. McNeil Consumer Healthcare, et al.*<br>Case No. 2:23-cv-03874<br><br>*Enriquez v. The Procter & Gamble Co., et al.*<br>Case No. 3:23-cv-05715 | **DECLARATION OF ANDREW SOUKUP IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

*Fichera v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-05274

*Heaghney v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-01342

*Hsieh, et al. v. Reckitt Benckiser LLC, et al.*
Case No. 1:23-cv-14404

*Isom v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-04200

*Jergins, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-00115

*Jones v. Bayer Corporation, et al.*
Case No. 2:23-cv-21411

*Juneau v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-05273

*Kasparie, et al. v. Bayer Healthcare LLC, et al.*
Case No. 2:23-cv-03783

*Kleiman v. The Procter & Gamble Co.*
Case No. 1:23-cv-00590

*Lee, et al. v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-21126

*McPhee, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-05128

*Means v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 3:23-cv-03494

*Morgan v. The Procter & Gamble Co.*
Case No. 3:23-cv-24628

*Morris, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-03409

*Murdock, v. RB Health LLC, et al.*
Case No. 2:23-cv-05846

*Newton's Pharm., Inc. v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00613

*Noviskis v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-13926

*Pack v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-01965

*Pena-Venegas, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 6:23-cv-01847

*Rankin v. Harris Teeter, LLC., et al.*
Case No. 8:23-cv-02864

*Reyes v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00623

*Silva v. Reckitt Benckiser LLC, et al.*
Case No. 1:23-cv-24112

*Taylor v. The Procter & Gamble Co.*
Case No. 3:23-cv-04909

*Thomas, et al v. Kenvue, Inc., et al.*
Case No. 3:23-cv-20895

*Thorns, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 3:23-cv-01355

*Travis v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00607

*Valdes v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-23939

*Vent v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00680

*Walker v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-00663

*Wilson v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-21276

*Wright v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 5:23-cv-06120

I, **ANDREW SOUKUP**, declare as follows pursuant to 28 U.S.C. § 1746:

1. My name is Andrew Soukup. I am a member of the bars of the District of Columbia and the state of Illinois.

2. I am a partner with the law firm of Covington & Burling LLP, located at One CityCenter, 850 Tenth Street Northwest, Washington, DC, 20001, which is counsel to Defendant The Procter & Gamble Company ("P&G") in this matter.

3. I make this declaration pursuant to Rule 1.3 of the United States District Court for the Eastern District of New York, in support of P&G's motion for my admission *pro hac vice* to this Court for all purposes in connection with this action.

4. I have been a member in good standing of the bar of the District of Columbia, which is my home jurisdiction, since June 7, 2010. Attached as Exhibit A is a certificate of good standing.

5. I have been a member in good standing of the bar of the state of Illinois since November 6, 2008. Attached as Exhibit B is a certificate of good standing.

6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

8. There are no pending or past disciplinary proceedings against me in any state or federal court.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2024.

/s/ *Andrew Soukup*
Andrew Soukup
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5066
asoukup@cov.com

*Attorney for The Procter & Gamble Company*