# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | **MDL No. 3089**<br>Case No. 1:23-md-03089-BMC |
| This Document Relates to: | **DECLARATION OF CORTLIN H. LANNIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

This Document Relates to:

*Anderson, et al. v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-02108

*Audelo v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 3:23-cv-24250

*Bader, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-02108

*Barton, et al. v. Reckitt Benckiser LLC, et al.*
Case No. 2:23-cv-20370

*Benjamin, et al. v. GlaxoSmithKline LLC, et al.*
Case No. 2:23-cv-03856

*Bryan, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 8:23-cv-00543

*Carrigan v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-01481

*Chavez v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-00883

*Coppock v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-05353

*Cronin v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-06870

*DePaola v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-00727

*De Priest, et al. v. Walgreen Co., et al.*
Case No. 1:23-cv-14060

*Emmons, et al. v. McNeil Consumer Healthcare, et al.*
Case No. 2:23-cv-03874

*Enriquez v. The Procter & Gamble Co., et al.*
Case No. 3:23-cv-05715

*Fichera v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-05274

*Heaghney v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-01342

*Hsieh, et al. v. Reckitt Benckiser LLC, et al.*
Case No. 1:23-cv-14404

*Isom v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-04200

*Jergins, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-00115

*Jones v. Bayer Corporation, et al.*
Case No. 2:23-cv-21411

*Juneau v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-05273

*Kasparie, et al. v. Bayer Healthcare LLC, et al.*
Case No. 2:23-cv-03783

*Kleiman v. The Procter & Gamble Co.*
Case No. 1:23-cv-00590

*Lee, et al. v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-21126

*McPhee, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-05128

*Means v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 3:23-cv-03494

*Morgan v. The Procter & Gamble Co.*
Case No. 3:23-cv-24628

*Morris, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-03409

*Murdock, v. RB Health LLC, et al.*
Case No. 2:23-cv-05846

*Newton's Pharm., Inc. v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00613

*Noviskis v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-13926

*Pack v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-01965

*Pena-Venegas, et al. v. Johnson & Johnson
Consumer, Inc., et al.*
Case No. 6:23-cv-01847

*Rankin v. Harris Teeter, LLC., et al.*
Case No. 8:23-cv-02864

*Reyes v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00623

*Silva v. Reckitt Benckiser LLC, et al.*
Case No. 1:23-cv-24112

*Taylor v. The Procter & Gamble Co.*
Case No. 3:23-cv-04909

*Thomas, et al v. Kenvue, Inc., et al.*
Case No. 3:23-cv-20895

*Thorns, et al. v. Johnson & Johnson Consumer, Inc.,
et al.*
Case No. 3:23-cv-01355

*Travis v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00607

*Valdes v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-23939

*Vent v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00680

*Walker v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-00663

*Wilson v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-21276

*Wright v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 5:23-cv-06120

I, **CORTLIN H. LANNIN**, declare as follows pursuant to 28 U.S.C. § 1746:

1. My name is Cortlin H. Lannin.  I am a member of the Bar of the State of California.

2. I am a partner with the law firm of Covington & Burling LLP, located at Salesforce Tower, 415 Mission Street, Suite 5400, San Francisco, CA 94105, which is counsel to Defendant The Procter & Gamble Company ("P&G") in this matter.

3. I make this declaration pursuant to Rule 1.3 of the United States District Court for the Eastern District of New York, in support of P&G's motion for my admission *pro hac vice* to this Court for all purposes in connection with this action.

4. I have been a member in good standing of the Bar of the State of California since December 4, 2009.  Attached as Exhibit A is a certificate of good standing.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no pending or past disciplinary proceedings against me in any state or federal court.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 9, 2024.              /s/ *Cortlin H. Lannin*
                                           Cortlin H. Lannin
                                           Covington & Burling LLP
                                           Salesforce Tower
                                           415 Mission Street, Suite 5400
                                           San Francisco, CA 94105
                                           Tel: (415) 591-7078
                                           Email: clannin@cov.com

                                           *Attorney for The Procter & Gamble Company*