## CERTIFICATE OF SERVICE

I, Robyn E. Bladow, counsel for Defendant Haleon US Holdings LLC, hereby certify that on February 9, 2024, I caused to be electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. I further will cause the foregoing filed documents to be served via FedEx to the following:

***Butler v. Johnson & Johnson et al., No. 2:23-cv-07497***
***Pro Se* Plaintiff**

Timothy Butler
Inmate No. 309172
Yaphank Correctional Facility
110 Center Drive South
Riverhead, NY 11901

By: */s/ Robyn E. Bladow*
        Robyn E. Bladow