# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 1:23-md-3089-BMC<br><br>This Document Relates to<br>ALL CASES |

## CONSENSUS PLAINTIFFS' MOTION FOR AN ORDER APPOINTING PLAINTIFFS' PROPOSED LEADERSHIP STRUCTURE AND APPOINTING INTERIM CLASS COUNSEL

Consensus Plaintiffs, on behalf of all Plaintiffs' counsel, respectfully submit this Motion for an Order Appointing Plaintiffs' Proposed Leadership Structure and Appointing Interim Class Counsel. For the reasons set forth in the accompanying memorandum of law, Consensus Plaintiffs respectfully request that the Court grant their motion, appoint their proposed leadership structure, and grant such other and further relief as the Court deems just, proper and appropriate under the circumstances.

Dated: February 9, 2024

                                              Respectfully submitted,

                                              /s/ Michael A. London
                                              Michael A. London
                                              **DOUGLAS & LONDON P.C.**
                                              59 Maiden Lane – 6th Floor
                                              New York, New York 10038
                                              Tel: 212-566-7500
                                              mlondon@douglasandlondon.com

                                              Bryan F. Aylstock
                                              **AYLSTOCK WITKIN KREIS OVERHOLTZ PLLC**
                                              17 East Main Street, Suite 200
                                              Pensacola, Florida 32502
                                              Tel: 850-202-1010

baylstock@awkolaw.com

Kiley L. Grombacher
**BRADLEY GROMBACHER LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Tel: 866-881-0403
kgrombacher@bradleygrombacher.com

James E. Cecchi
**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: 973-994-1700
jcecchi@carellabyrne.com

Adam J. Levitt
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: 312-214-7900
alevitt@dicellolevitt.com

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
Tel: 630-273-2625
beth@feganscott.com

Jonathan D. Selbin
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
250 Hudson Street, 8th Floor
New York, New York 10013
Tel: 212-355-9500
jselbin@lchb.com

Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, New Jersey 07660
Tel: 888-546-8799
cseeger@seegerweiss.com

Jason P. Sultzer
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza Ste. 200
Poughkeepsie, New York 12601
Tel: 845-244-5595
sultzerj@thesultzerlawgroup.com

Lindsey N. Scarcello
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Tel: 816-701-1102
lscarcello@wcllp.com

*Plaintiffs' Proposed Executive Committee and Proposed Interim Class Counsel*