# Exhibit B

| FIRM NAME |
|---|
| 1. Aylstock Witkin Kreis & Overholtz PLLC |
| 2. Baron and Budd PC |
| 3. Borde Law PLLC |
| 4. Bradley Grombacher, LLP |
| 5. Buckner and Miles, P.A. |
| 6. Burns Law LLC |
| 7. Bursor & Fisher PA |
| 8. Cafferty Clobes Meriwether & Sprengel LLP |
| 9. Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C |
| 10. Carlson Lynch LLP |
| 11. Ciresi Conlin LLP |
| 12. Clarkson Law Firm, P.C. |
| 13. Conlee Whitely |
| 14. Cotchett Pitre & McCarthy |
| 15. Criden & Love PA |
| 16. DiCello Levitt LLP |
| 17. Dittmer, Wagoner & Steele, LLC |
| 18. Douglas & London, P.C. |
| 19. Farr, Farr, Emerich, Hackett, Carr & Holmes PA |
| 20. Fegan Scott LLC |
| 21. Fleming, Nolen, & Jez, LLP |
| 22. Freed Kanner London & Millen, LLC |
| 23. Goldberg Law, LLC |
| 24. Goza & Honnold, LLC |
| 25. Gustafson Gluek PLLC |
| 26. Honik LLC |
| 27. Horn, Aylward & Bandy, LLC |
| 28. Johnson Becker PLLC |
| 29. Kaplan Gore LLP |
| 30. Kanner & Whitely, L.L.C. |
| 31. Keller Rohrback LLP |
| 32. Kespohl, McCrary, & Corenjo, L.L.C. |
| 33. Kessler Topaz Meltzer & Check LLP |
| 34. Kohn, Swift & Graf, P.C. |
| 35. Ku & Mussman, P.A. |
| 36. Law Offices of Joshua B Kons LLC |
| 37. Leon Cosgrove, LLC |
| 38. Levin Papantonio Rafferty Buchanan O'Brien Barr Mougey, P.A |
| 39. Levin Sedran & Berman LLP |

| |
|---|
| 40. Lieff Cabraser Heimann & Bernstein, LLP |
| 41. Moll Law Group |
| 42. Mostyn Law |
| 43. Munro-Delotto Law LLC |
| 44. Nigh, Goldenberg, Raso & Vaughn PLLC |
| 45. Parker Waichman LLP |
| 46. Poulin Willey Anastopoulo, LLC |
| 47. Reese LLP |
| 48. Robbins Geller Rudman & Dowd LLP |
| 49. Robert Peirce & Associates, P.C. |
| 50. Seeger Weiss LLP |
| 51. Sieben Polk, P.A. |
| 52. Singleton Schreiber, LLP |
| 53. TABAK LAW, LLC |
| 54. The A.W. Smith Law Firm, P.C. |
| 55. The Baker Law Group |
| 56. The Sultzer Law Group, P.C. |
| 57. Tycko & Zavareei LLP |
| 58. Wagstaff & Cartmell, LLP |