# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | )  23-md-3089-BMC )  )  )  Judge Brian M. Cogan ) |

**DECLARATION OF ADAM J. LEVITT**
**IN SUPPORT OF CONSENSUS PLAINTIFFS' MOTION FOR AN ORDER**
**APPOINTING PLAINTIFFS' PROPOSED LEADERSHIP STRUCTURE**
**AND APPOINTING INTERIM CLASS COUNSEL**

I, ADAM J. LEVITT, hereby declare as follows:

1.      I am a founding partner of DiCello Levitt, LLP, where I head the firm's class action and public client practice groups.  A graduate of Columbia College, Columbia University (A.B., *magna cum laude*) and the Northwestern University Pritzker School of Law (J.D.), I have more than thirty years of experience in complex, high profile litigation and have helped to deliver nearly $20 billion in recoveries to clients in biotechnology, pharmaceutical, financial services, insurance coverage, consumer protection, automotive defects, agricultural products, antitrust, and securities disputes.

2.      I submit this Declaration in support of the Consensus Plaintiffs' proposed leadership structure for this multidistrict litigation and for my appointment as Interim Class Counsel as an Executive Committee member within that structure. Except as otherwise noted, I have personal knowledge of the facts set forth in this Declaration, and I could testify competently to them if called upon to do so. As discussed immediately below, my application readily satisfies each of Fed. R. Civ. P. 23(g)'s appointment requirements.

3.      **Relevant Experience.** I have achieved important wins leading dozens of significant litigations on behalf of individuals, businesses, and public clients.  My ability to build and lead winning teams and my innovative approaches to litigation strategy and willingness to lead

difficult cases through trial and beyond has led to my appointment as lead or co-lead counsel in close to 25 multidistrict litigations. It has also resulted in my retention by institutional investors and multinational corporations, and my retention—through competitive bidding processes—by numerous State Attorneys General in a wide variety of matters, including by the States of Illinois and Michigan in the PFAS water contamination cases, the largest environmental litigations of our lifetime.[1] Moreover, as a court-appointed member of a leadership group characterized as a "class action dream team" in the historic litigation arising from Volkswagen's emissions scandal, I helped secure a $16 billion settlement that benefitted car buyers across the United States.[2] I have also served as co-lead counsel in three of the largest biotechnology class actions in history, and, in doing so, created a game-changing economic model to measure crop contamination damages that set the modern industry standard.[3]

4.      My work on behalf of plaintiffs has been recognized locally and nationally in ranking directories, including Chambers USA, where I received a Band 1 ranking for Mainly Plaintiffs Litigation in Illinois. Chambers USA has also ranked me in Illinois for General Commercial Litigation and nationwide for Product Liability Litigation, where editors described me as the "go-to plaintiffs' attorney in the class action space." I have also been repeatedly recognized by Benchmark Litigation as a National Litigation Star: Securities and Litigation Star in Illinois, and Lawdragon has named me one of the 500 Leading Plaintiff Financial Lawyers and

---

[1] *Nessel v. 3M Co., et al.*, MDL No. 2873 (D.S.C.); *Nessel v. EI DuPont de Nemours and Co., et al.*, MDL No. 2873 (D.S.C.); *Nessel v. Chemguard, et al.,* MDL No. 2873 (D.S.C.); *Nessel v. Asahi Kasei Plastics N. Am. Inc.*, Case No. 20-30909-NZ (Livingston Cir. Ct.); *People ex rel. Raoul v. 3M Co.*, Case No. 22-cv-4075 (C.D. Ill.).

[2] *In re Volkswagen "Clean Diesel" Mktg., Sales Pracs., and Prods. Liab. Litig.*, No. 15-MD-2672 (N.D. Cal.).

[3] *In re Genetically Modified Rice Litig.*, MDL No. 1811 (E.D. Mo.); *In re Imprelis Herbicide Mktg., Sales Pracs., & Prods. Liab. Litig.*, MDL No. 2284 (E.D. Pa.); *In re StarLink Corn Prods. Liab. Litig.*, MDL No. 1403 (N.D. Ill.).

one of the 500 Leading Plaintiff Consumer Lawyers in the United States.  As further confirmation of my standing in the national class action bar, I write a monthly column on class action litigation ("Arguing Class Actions") in the National Law Journal.  I am also an elected member of the American Law Institute and the Economic Club of Chicago.

5.    **Access To Sufficient Resources To Prosecute This Case And Willingness To Commit To A Time-Consuming Process.**  I consider founding DiCello Levitt, LLP in 2017 to be a pivotal moment in my decades-long legal career.  Simply stated, we built our firm to lead cases like this one.  Recently named Plaintiff's Law Firm of the Year by the *National Law Journal*, DiCello Levitt—assembled from some of the country's top complex litigators—has extensive class action and trial experience.  One of the few firms of its kind that regularly tries cases to verdict, DiCello Levitt's practice also includes in-house focus group and mock trial programs, led by firm partner Robert DiCello, enabling the firm to develop cases for trial from the outset.  DiCello Levitt's attorneys have obtained jury verdicts across a variety of fields, including verdicts in excess of $100 million in the past fourteen months alone,[4] and have successfully led—and are currently leading—some of the largest and most complex nationwide class actions, including the nationwide data breach litigation against Equifax, where DiCello Levitt successfully represented nearly 148 million people whose data were compromised.[5]

6.    With more than 80 attorneys in seven offices across the United States—and with affiliated counsel in the United Kingdom, the European Union, and Brazil—DiCello Levitt is fully dedicated to this case, in terms of both personnel and capital resources.  We have already committed hundreds of hours to this litigation and stand ready to commit thousands more.  We

---

[4] *See, e.g., Siqueiros v. General Motors*, No. 16-cv-07244 (N.D. Cal.).

[5] *In re Equifax*, No. 17-md-2800 (N.D. Ga.).

have and will marshal the resources and time necessary to bring this matter to a successful resolution. Attached as Exhibit A is a true and correct copy of DiCello Levitt's firm resume, which contains further details regarding the firm's recent achievements in complex litigation.

7.     The lead attorney who will be working alongside me in this matter will be Daniel R. Schwartz, a seasoned litigator with extensive relevant experience. Mr. Schwartz is a former Ninth Circuit clerk and a *magna cum laude* graduate of New York University School of Law, and, prior to joining DiCello Levitt, worked at other major international law firms. He has represented some of the largest and most sophisticated companies in the world, and has extensive experience representing both plaintiffs and defendants through trials and arbitrations in many high-stakes matters, including as a first-chair. He has helped to secure billions of dollars in value for his clients in disputes ranging from antitrust to intellectual property to employment law. For example, Mr. Schwartz was a key member of a team that secured a $65 million settlement for wage violations against fifteen defendants on behalf of a class of tens of thousands of au pairs—a case that led to important development of the law regarding when a live-in employee's wage could be subject to a room and board deduction.[6] In another matter, Mr. Schwartz helped to craft a radical "recharacterization" argument that led his client, a debtor telecommunications company proceeding through bankruptcy, to achieve nearly $2 billion in value from the defendant on the eve of trial.[7]

8.     Along with Mr. Schwartz, DiCello Levitt has committed to ensuring that its younger associates—including one of its newest lawyers, Julia K. Veeser, a first-year associate— assume significant responsibilities throughout this litigation.

---

[6] *Beltran v. Interexchange*, No. 14-cv-03074-CMA-KMT (D. Co.).

[7] *Windstream Holdings Grp v. Uniti Group Inc.*, No. 7:10-AP-08279 (Bankr. S.D.N.Y.).

9.    **Commitment to Diversity.**  DiCello Levitt has also been on the forefront of diversity initiatives across the United States, including with respect to MDL practice.  We count among our partners Amy Keller, the youngest woman ever appointed to lead an MDL,[8] Diandra "Fu" Debrosse Zimmermann, the first Black woman ever appointed to lead an MDL,[9] and multiple LGBTQ attorneys who have served or are currently serving in MDL leadership positions. The firm has also supported Ms. Debrosse Zimmermann's founding and leadership of Shades of Mass (shadesofmass.org), an organization dedicated to promoting diversity in the MDL bar.

10.    **Willingness to Work Cooperatively.**  I take pride in, and have a long and established history of, working collaboratively with others in large-scale MDLs and other litigations similar to this one.  Indeed, that cooperation has already been taking place in this litigation for months.  Our team has been actively working with all of our fellow plaintiffs' counsel to move this case forward in a collectively beneficial manner.  For example, my colleague, Mr. Schwartz, has been actively leading multiple working groups among plaintiffs' counsel dedicated to developing legal strategy.  We have also been in regular contact with defense counsel and have collegially worked with them to advance this litigation through the JPML process. I also note that I have significant, positive experience working with the other proposed members of this leadership slate, each of whom I consider a friend, and with most of whom I have previously served—or am currently serving—as co-lead counsel in other litigations.

---

[8] *In re Equifax*, No. 17-md-2800 (N.D. Ga.).

[9] *In re: Abbott Labs., et al., Preterm Infant Nutrition Prods. Liab. Litig.*, MDL 3026 (N.D. Ill.).

5

FURTHER DECLARANT SAYETH NOT

Dated:  January 22, 2024

Adam J. Levitt
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
alevitt@dicellolevitt.com
Tel: 312-214-7900

6

# Exhibit 1



Justice in all its

# DIMENSIONS

## Overview

Representing institutional investors, individuals, businesses, and public clients, DiCello Levitt's attorneys have successfully prosecuted and settled numerous complex cases and class actions, resulting in billions of dollars in recoveries for their clients.

Partners Mark DiCello and Adam Levitt lead an impressive roster of professionals, with a deep bench of experience in numerous types of litigation. Based in Birmingham, Chicago, Cleveland, New York, San Jose, and Washington, D.C., with a nationwide practice, the firm's attorneys have successfully led—and are presently leading—some of the most complex cases in the country, achieving victories against Apple, Boeing, Coca-Cola, General Motors, Equifax, Ford, and other Fortune 500 companies.

In addition to their consumer advocacy and public client work, the firm also represents businesses and investors in arbitrations and litigation in multiple courts across the country. Through more than $20 billion in recoveries, DiCello Levitt's attorneys has raised the bar for corporate accountability and responsibility.

## Practice Areas

- Agriculture and Biotechnology
- Antitrust and Competition Litigation
- Civil and Human Rights Litigation
- Class Action Litigation
- Commercial Litigation
- Environmental Litigation
- Labor and Employment Litigation
- Mass Tort
- Personal Injury
- Privacy, Technology, and Cybersecurity
- Product Liability
- Public Client
- Securities and Financial Services Litigation
- Whistleblower, Qui Tam, and False Claims Act

## Members of the Firm

Our attorneys are litigators and trial lawyers, and have tried cases to verdict—successfully—on a number of cases across the spectrum of complex commercial litigation, financial fraud and securities litigation, public client litigation, class actions, defective drug and device cases, catastrophic injuries, and other areas of law.





**Mark A. DiCello**
Partner

**EMAIL:**
madicello@dicellolevitt.com

**EDUCATION**
Cleveland-Marshall College of Law, J.D.

University of Dayton, B.A.

After 20 years of jury trials and serving in lead roles in some of the largest personal injury cases in Ohio and around the country, Mark DiCello co-founded DiCello Levitt to create a first-of-its kind firm that brought together top talent in the most important areas of complex litigation.

Beginning his career as an Assistant County Prosecutor, Mark honed his trial skills, streamlining and simplifying issues being presented to juries.  After representing the state in criminal matters, Mark wanted to turn his attention to ensuring that victims were represented in others ways: via the private civil justice system.

Mark's clients range from individuals suffering catastrophic personal injuries to groups of plaintiffs harmed by medical devices, pharmaceutical products, chemicals, automobiles, and more. He has led headline-grabbing mass tort and product liability cases and co-led massive multidistrict litigations.  As a result of his efforts, Mark has been recognized by a number of different organizations, including being ranked as a Super Lawyer and receiving both the Crisis Management Trailblazer and Elite Boutique Trailblazer awards from *The National Law Journal.  Lawdragon* has also recognized Mark as one of the 500 Leading Plaintiff Consumer Lawyers, and *Benchmark Litigation* recognizes Mark as a "Litigation Star" in Product Liability and Personal Injury.  Mark is also rated an "AV" Preeminent Attorney by Martindale-Hubbell, and a member of The Summit Council, a national group of noted trial lawyers across the United States with several multi-million-dollar jury verdicts.

Understanding that technology often evolves at a faster pace than the law, Mark frequently teaches other lawyers about how to best use new tools in discovery to counter some of the most sophisticated arguments presented by "big tech" defendants.  For example, Mark is a frequent lecturer on using trial science to reach jurors, modeling damages for large-scale litigation, and leveraging technology to develop discovery in some of the most difficult, scorched-earth litigation.  By developing cutting-edge techniques to represent those individuals hurt by large corporations, Mark is able to present their stories after a vigorous focus-group and mock-trial process, in coordination with DiCello Levitt's Trial Advocacy Center.

Mark presently represents thousands of individual service members and their families who were injured at the U.S. Marine Corps Base Camp Lejeune, North Carolina, by exposure to drinking water contaminated with industrial solvents, benzene, and other chemicals.  Leading the charge to hold the government accountable for his clients' catastrophic injuries and losses, Mark employs his decades of experience in leading mass torts and complex litigation to achieve justice for those willing to make the ultimate sacrifice.

Mark continues to lead with vision and, together with co-founder Adam Levitt, has built a diverse and fearless team of lawyers focused on some of the most important litigation of our time.



**Adam Levitt**
Partner

**EMAIL**
alevitt@dicellolevitt.com

**EDUCATION**
Northwestern University School of Law, J.D.

Columbia College, Columbia University, A.B., *magna cum laude*

Adam Levitt has scored important wins leading dozens of significant litigations on behalf of individuals, businesses, and public clients and has built a firm that reflects his resolve for justice in all its dimensions.

One of the nation's leading advocates for plaintiffs in complex multidistrict, commercial, public client, and class action litigations, Adam has delivered nearly $20 billion in recoveries to clients in biotechnology, financial services, insurance coverage, consumer protection, automotive defects, agricultural products, antitrust, and securities disputes.

Adam's reputation for innovatively taking on tough cases led to his appointment by State Attorneys General in the largest ongoing environmental PFAS water contamination cases of our time, and the historic litigation arising from Volkswagen's emissions scandal, where, as a court-appointed member of a leadership group characterized as a "class action dream team," he helped to secure a $16 billion settlement that benefitted car buyers across the United States.

Adam has also served as co-lead counsel in three of the largest biotechnology class actions in history. He secured $1.1 billion in settlements resulting from contamination of the U.S. rice supply with genetically modified seeds; helped to obtain a $550 million settlement on behalf of landowners and landscapers in a class action involving tree and other foliage death and harm caused by an herbicide; and recovered $110 million for farmers who sustained market losses on corn crops from contamination of the U.S. corn supply with genetically modified corn.

In addition to securing significant financial relief for his clients, Adam's work has changed how biotechnology class action cases are litigated in the United States. He co-created a game-changing economic model to measure crop contamination damages that set the modern industry standard.

Adam's groundbreaking work on behalf of plaintiffs has been recognized locally and nationally in prestigious ranking directories, including *Chambers USA*, where he received a Band 1 ranking for Mainly Plaintiffs Litigation in Illinois. *Chambers USA* also ranked Adam in Illinois for General Commercial Litigation and nationwide for Product Liability Litigation, where the editors described him as the "go-to plaintiffs' attorney in the class actions space." In 2021 and 2022, *Benchmark Litigation* awarded Adam National Litigation Star: Securities and Litigation Star in Illinois. According to *The National Law Journal*, Adam is a "pioneer" in technology litigation, and *Crain's Chicago Business* named him a 2021 Notable Gen X Leader in Accounting, Consulting, and Law.

An elected member of the American Law Institute and the Economic Club of Chicago, Adam considers the formation of DiCello Levitt in 2017 to be a pivotal moment in his decades-long legal career. With a shared vision, foundation of trust, and commitment to holding large companies accountable for injuries caused by their products and practices, he and his partner, Mark, intend to maintain their industry-wide influence and successful track record for years to come.



**Kenneth Abbarno**
Partner

**EMAIL**
kabbarno@dicellolevitt.com

**EDUCATION**
Cleveland-Marshall College of Law, J.D.

Canisius College, B.A.

Toxic exposure to chemicals goes hand in hand with truck crash cases. Ken Abbarno saw that early in his career. More than 20 years ago, Ken found himself called to the scene of a major truck crash. As a young lawyer, he witnessed what really happens in the aftermath of that kind of tragedy. He saw how truck companies protect their drivers. He saw a small police department struggle with securing a crime scene and preserving evidence. He saw how people in cars don't stand a chance when a truck driver loses control. And he saw the impact that a spilled tanker can have on the environment and how toxic exposure can change lives in a matter of minutes. That experience shaped the rest of his professional career.

As a former defense lawyer, Ken was recruited by the most accomplished plaintiff-side law firms in the United States. Ken chose to join DiCello Levitt, understanding that he would have unique and unrivaled access to resources not available at any of the traditional personal injury firms. Since joining the firm, Ken has set himself apart as a leader who coordinates complex medical malpractice, birth injury, truck crash, and toxic exposure cases, all while mentoring young lawyers advancing in the trial bar and serving as the firm's General Counsel. Ken is also the Managing Partner of the Firm's Cleveland office.

Over the past three decades, Ken has been recognized as a top-tier trial attorney handling cases in multiple jurisdictions across the United States. Throughout his career, Ken has been recognized by the numerous industry organizations and his peers as an elite trial lawyer.

Ken is a sought-after voice in the litigation space, and has published articles in several publications and has presented at conferences across the United States about the intricacies of trial practice. He was recently named to *Lawdragon's* "500 Leading Plaintiff Consumer Lawyers," and has also been recognized as a "Plaintiffs' Lawyers Trailblazer" by *The National Law Journal*. Ken has also been selected as an *Ohio Super Lawyer* every year since 2010 and he is recognized in *The Best Lawyers in America*®, for Transportation Law.



**Mark M. Abramowitz**
Partner

**EMAIL**
mabramowitz@dicellolevitt.com

**EDUCATION**
University of Toledo College of Law, J.D.

University of Guelph, B.A.

Mark Abramowitz has demonstrated expertise in leveraging cutting-edge technology in DiCello Levitt's modern and evolving trial practice to achieve what were previously believed to be impossible results for his clients. An Internet technology expert, he is a student of integrating technology into the practice of law. He has been selected to serve on national discovery review teams and is regularly consulted on cloud-based systems, discovery technology, the Internet of Things, and litigation concerning data storage and security. He has also testified before the Ohio State Legislature multiple times on data security and related issues.

Mark is a respected litigator and trial lawyer who has recouped life changing compensation for clients around the country. He has expertise and experience ranging from defective products to Internet technology disputes. Mark is recognized for breaking barriers in medical malpractice litigation through groundbreaking work in exposing electronic medical record alterations and successfully expanding states' damages caps in joint replacement surgery cases.

Mark was a member of the trial team that, in 2022 secured a 102.6 million dollar verdict in the class action case *Raul Siqueiros, et al. v. General Motors LLC*, Case No. 3:16-cv-07244, in the U.S. District Court for the Northern District of California.

Mark brings a unique voice to the Sedona Conference's Data Security and Privacy Liability working group and is one of the authors of Sedona's Biometric Privacy Primer. He has also served as a Trustee of the Ohio Association for Justice since 2014. Mark is currently Editor-in-Chief of *Ohio Trial* and is a member of *Law360's* Personal Injury Editorial Advisory Board.



**F. Franklin Amanat**
Partner

**EMAIL**
famanat@dicellolevitt.com

**EDUCATION**
Harvard Law School, J.D., *cum laude*

The University of Pennsylvania, B.A., *summa cum laude*

Frank Amanat is a highly decorated litigator with more than 30 years' experience in a broad range of complex legal matters. Frank specializes in representing whistleblowers, as well as victims of fraudulent and illegal conduct, governmental entities, and other plaintiffs, in a wide range of high-impact litigation, including class actions and multidistrict litigation. His practice focuses on financial and securities fraud, health care and pharmaceutical fraud, antitrust, civil rights, mass torts, and complex commercial litigation. He also has expertise in constitutional and administrative law, environmental litigation, litigation against governmental actors, and appellate and policy litigation. A veteran of 19 trials and arbitrations and dozens of appeals, Frank has led some of the largest and most consequential civil litigation in the United States, and he has amassed a remarkable track record delivering successful outcomes to his clients.

Prior to joining DiCello Levitt, Frank spent 24 years at the U.S. Department of Justice (DOJ), including more than two decades as an Assistant United States Attorney and then Senior Counsel at the U.S. Attorney's Office for the Eastern District of New York (Brooklyn), plus stints at the Office of Legal Policy (OLP) and the Office of Immigration Litigation. At DOJ, Frank handled over 400 cases, both affirmative and defensive, on behalf of more than 70 federal agencies. From 2013 to 2018, he served as lead counsel for the Government in the successful investigation and prosecution of Barclays Bank and two of its former executives for fraud in connection with the sale of residential mortgage-backed securities. The $2 billion settlement remains the largest single recovery the DOJ has ever obtained in a civil penalty action filed under FIRREA.

For his work at OLP developing regulations implementing the Prison Rape Elimination Act, Frank was awarded in 2012 the Attorney General's Award for Distinguished Service, the second highest award conferred by the DOJ. In September 2020, Frank received the EOUSA Director's Award for Superior Performance as an Assistant United States Attorney (Civil) for his work on financial fraud and public policy cases, as well as several immigration policy class actions. In 2018, Frank received the Henry L. Stimson Medal, an award given annually by the New York City Bar Association to honor outstanding Assistant U.S. Attorneys in the EDNY and SDNY for their integrity, fairness, courage, and superior commitment to the public good.



**Greg Asciolla**
Partner

**EMAIL**
gasciolla@dicellolevitt.com

**EDUCATION**
Catholic University of America, J.D.

Boston College, B.A., *cum laude*

Greg Asciolla is a partner in DiCello Levitt's New York office, where he serves as Chair of the Firm's Antitrust and Competition Litigation Practice, Managing Partner of the New York Office, and Co-Chair of the DEI Committee. Greg focuses on representing businesses, public pension funds, and health and welfare funds in complex antitrust and commodities class actions, including price-fixing, monopolization, commodities manipulation, pay-for-delay agreements, and other anticompetitive practices. He also has successfully represented, pro bono, three Ugandan LGBTQ clients seeking asylum in the United States.

Recovering billions on behalf of his clients, Greg leads extensive investigations into potential anticompetitive conduct, often resulting in first-to-file cases. Prior to joining DiCello Levitt, Greg chaired a nationally recognized antitrust practice group as a partner and oversaw significant growth in group size, leadership appointments, cases filed, investigations, and reputation. He also served as a partner in the antitrust practice group at a top-ranked AmLaw100 firm. Greg began his career as an attorney at the U.S. Department of Justice's Antitrust Division.

Greg is regularly appointed to leadership positions in major antitrust cases in federal courts throughout the United States, including *Generic Drugs Pricing Antitrust Litigation*, *European Government Bonds Antitrust Litigation*, *Platinum and Palladium Antitrust Litigation*, *Surescripts Antitrust Litigation*, *Crop Inputs Antitrust Litigation*, *Opana ER Antitrust Litigation*, *Borozny v. Raytheon*, *Fusion Elite v. Varsity Brands*, and *Novartis and Par Antitrust Litigation*.

Named a "Titan of the Plaintiffs Bar" and "Competition/Antitrust MVP" by *Law360* as well as a leading plaintiffs' competition lawyer by *Global Competition Review* and Chambers & Partners USA, Greg is often recognized for his experience and involvement in high-profile cases. He has been named one of the "Leading Plaintiff Financial Lawyers in America" by *Lawdragon*, a "Distinguished Leader" by *New York Law Journal*, a "Litigation Star" by *Benchmark Litigation*, and a "Leading Lawyer" and a "Next Generation Lawyer" by *The Legal 500*, with sources describing him as "very effective plaintiffs' counsel" and "always act[ing] with a good degree of professionalism."

Greg makes substantial contributions to the antitrust bar. In 2016, he was elected to the Executive Committee of the New York State Bar Association Antitrust Law Section, where he currently serves as the Finance Officer. He also currently serves as Vice-Chair of the ABA's Diversity.Advanced Committee, Co-Chairman of the Antitrust and Trade Regulation Committee of the New York County Lawyers' Association, and Treasurer and Membership Director of the Committee to Support the Antitrust Laws. Greg is an annual invitee of the exclusive Antitrust Forum, serves as the U.S. representative to the Business & Banking Litigation Network, and is on the Advisory Board of the American Antitrust Institute.



**Jamie Baskin**
Partner

**EMAIL**
jbaskin@dicellolevitt.com

**EDUCATION**
University of Texas School of Law, J.D.

Austin College, B.A.

DiCello Levitt Partner Jamie Baskin litigates and tries complex securities and financial cases for public and private plaintiffs. Known for his driven work ethic and legal intellect, Jamie leverages his more than 40 years of experience and imaginative, out-of-the-box thinking to achieve extraordinary results for his clients.

Jamie has been centrally involved in the prosecution of some of the largest, most complex and successful class action cases ever. These include *in re Enron Corp. Securities Litigation*, *in re Dynegy Inc. Securities Litigation*, and *in re Global Crossing ERISA Litigation*. He has also handled complex non-class/derivative cases for both plaintiffs and defendants, including a number of complex matters in the wake of the financial crisis. Some of these cases involved esoteric structures such as collateralized debt obligations, residential mortgage-backed securities, and structured investment vehicles.

Jamie has taken cases to trial in courtrooms across the U.S. on issues including, among others, federal securities claims; corporate control, governance and finance; fiduciary duty; banking; oil and gas; partnerships; real property; and electronic commerce.

Jamie and his wife Liz live in Austin and Santa Fe. They enjoy traveling, art, food and wine, time with friends, and having fun generally. They are both deeply committed to civil and human rights activities; Jamie is involved in ADL's Global Leadership Council and Liz is a national director of Human Rights Campaign.



**Nathan W. Bear**
Partner

**EMAIL**
nbear@dicellolevitt.com

**EDUCATION**
University of San Diego School of
Law, J.D.

University of California at Berkeley,
B.A.

Nathan Bear has played an integral role in securities fraud class action litigations resulting in over $1 billion in recoveries for investors globally. Nate passionately represents clients who have been impacted by the financial misdeeds of others, from successful stockholder actions against large pharmaceutical companies to landmark settlements against the chief credit rating agencies following the 2008 financial crisis.

Nate opened the firm's San Diego office, bringing an impressive level of knowledge and helping to build our robust Securities Litigation practice. His experience in litigating high-profile securities fraud cases includes:

- *In re Cardinal Health, Inc. Sec. Litig.*; resulting in a $600 million settlement for shareholders following the misclassification of revenue.
- *Jones v. Pfizer Inc.*; ending with a $400 million settlement against the world's largest pharmaceutical manufacturer over illegal off-label marketing.
- *Abu Dhabi Commercial Bank v. Morgan Stanley & Co. Inc.*; resulting in the first major ruling upholding fraud allegations against the chief credit rating agencies and leading to additional cases and landmark settlements.

Outside of the United States, Nate's experience includes Australian class actions, potential group actions in the United Kingdom, settlements in the European Union under the *Wet Collectieve Afwikkeling Massaschade* (WCAM), the Dutch Collective Mass Claims Settlement Act, as well as representative actions in Germany utilizing the *Kapitalanlegermusterverfahrensgesetz* (KapMuG), the Capital Market Investors' Model Proceeding Act, and the *Wet Afwikkeling Massaschade in Collectieve Actie* (WAMCA), the Dutch Act on redress of mass damages in a collective action.

After receiving a bachelor's degree in political science from the University of California, Berkeley, Nate gained valuable business finance experience working as a management consultant for PricewaterhouseCoopers (PwC) advising Fortune 500 companies and counseling venture-backed software companies acquired by publicly traded corporations. He then earned his law degree from the University of San Diego School of Law and served as judicial extern to the Hon. Richard D. Huffman of the California Court of Appeal.



**Bruce D. Bernstein**
Partner

**EMAIL**
bbernstein@dicellolevitt.com

**EDUCATION**
The George Washington University Law School, J.D.

University of Vermont, B.S., *cum laude*

Bruce Bernstein has substantial experience handling a wide range of commercial litigations, including suits against large banks, mortgage lenders, automobile manufacturers, pharmaceutical manufacturers, insurers, and healthcare systems. He successfully litigated these matters at all levels, including before the U.S. Supreme Court.

As a Trial Attorney in the Civil Fraud Section of the U.S. Department of Justice, Bruce investigated, litigated, and resolved complex *qui tam* actions asserting claims under the False Claims Act. In addition, he oversaw the litigation of a large action on behalf of the United States, pending in Germany, that asserted securities fraud-type claims against a multinational automobile manufacturer. The case was brought to recover losses incurred by the Federal Thrift Savings Plan, one of the largest defined contribution plans in the world. In private practice, he successfully litigated some of the largest securities fraud actions ever filed. For example, Bruce was a pivotal member of the team that secured significant decisions from the Third Circuit and U.S. Supreme Court in the securities class action against Merck & Co., Inc., which arose out of Merck's alleged misrepresentations about the cardiovascular safety of its painkiller drug, Vioxx. Ultimately resolved for more than $1 billion, this case was the largest securities recovery ever achieved on behalf of investors against a pharmaceutical company at the time of its resolution.

Bruce has also served as an adjunct professor at The George Washington University Law School, where he taught written and oral advocacy. Separately, he has authored and co-authored several articles on developments in the federal securities laws, including co-authoring, along with several former colleagues, the first chapter of LexisNexis's seminal industry guide, *Litigating Securities Class Actions* (2010 and 2012).



**David D. Burnett**
Partner

**EMAIL**
dburnett@dicellolevitt.com

**EDUCATION**
University of Virginia School of Law, J.D.

University of Texas at Austin, M.A., American Studies

University of Virginia, B.A.

David Burnett is a partner in DiCello Levitt's Washington, D.C., office. His practice includes commercial litigation, product liability mass torts, securities class actions, and environmental cases.

For sixteen years, David has represented plaintiffs of all kinds—Fortune 100 companies, U.S. states and counties, classes of shareholders, and individuals—against Wall Street banks, pharmaceutical companies, and technology companies in cases alleging fraud, negligence, breach of contract, securities fraud, public nuisance, and other corporate wrongdoing.

During a decade at one of the world's largest business litigation law firms, David represented Allstate, Prudential, and other insurance companies in litigation against Wall Street banks arising from the 2007-2008 financial crisis. The cases alleged fraud in the sale of mortgage-backed securities and collateralized debt obligations. As part of a small team, he helped recover hundreds of millions of dollars in dozens of favorable settlements for investors.

David recently represented U.S. states, counties, and cities in litigation arising from the nationwide opioid crisis, taking and defending dozens of depositions of experts and government employees and working closely with epidemiologists and economists to quantify the cost of social services programs to abate the epidemic. He also has represented investors in complex securities fraud class actions against Amazon, AbbVie, Alexion, Qualcomm, and the NYSE, Nasdaq, and BATS stock exchanges. He has worked with victims of the September 11 terrorist attacks to tell their stories of being injured at Ground Zero, helping them obtain tens of millions of dollars in monetary judgments through a victims' compensation fund.

David also previously worked as a vice president of underwriting at a leading litigation finance firm, where he evaluated the legal and economic merits of potential investments in lawsuits and monitored active litigation investments.

Outside of work, David volunteers as the president of the Abenaki Tower and Trail Association, a century-old conservation organization in New Hampshire. He has served on the Board of Advisors of the Appalachian Mountain Club, the nation's oldest conservation nonprofit, since 2014. Before law school, David worked with at-risk youths for Outward Bound, worked in a hut on the Appalachian Trail, interned at the Wilderness Society, and bicycled across the country for charity. He was born in the Philippines, the son of a Navy lawyer. David lives in Old Town Alexandria, Virginia, with his wife, Taylor.



**Patrick W. Daniels**
Partner

**EMAIL**
pwdaniels@dicellolevitt.com

**EDUCATION**
University of San Diego School of Law, J.D.

University of California – Berkeley, B.A. *cum laude*

Patrick W. Daniels is the managing partner of the San Diego office and co-founder and chair of the Securities and Financial Services Litigation practice.

Patrick is widely recognized as a leading corporate governance and investor advocate. *Daily Journal*, the leading legal publisher in California, named him one of the 20 most influential lawyers in California under 40 years of age. Additionally, the Yale School of Management's Millstein Center for Corporate Governance and Performance awarded Patrick its "Rising Star of Corporate Governance" honor for his outstanding leadership in shareholder advocacy and activism.

Patrick is an advisor to political and financial leaders throughout the world. He counsels private and state government pension funds and fund managers in the United States, United Arab Emirates, Kuwait and Oman, the United Kingdom, and the European Union on issues related to corporate fraud in the United States securities markets and "best practices" in the corporate governance of publicly traded companies.

In advancing international standards on human rights, Patrick was a lead counsel in an international coalition of attorneys and human rights groups that won a historic settlement with major U.S. clothing retailers and manufacturers, including The Gap, Ralph Lauren, Donna Karan, and Calvin Klein. The settlement was on behalf of a class of over 50,000 predominantly female Chinese garment workers on the island of Saipan in an action seeking to hold the Saipan garment industry responsible for creating a system of indentured servitude and forced labor in the island's garment factories. The coalition obtained an unprecedented agreement for supervision of working conditions in the Saipan factories by an independent nongovernmental organization as well as a substantial multimillion-dollar compensation award for the workers.

Patrick has been named a Leading Plaintiff Financial Lawyer by *Lawdragon*, 2019-2023.



**Diandra "Fu" Debrosse Zimmerman**
Partner

**EMAIL**
fu@dicellolevitt.com

**EDUCATION**
Case Western Reserve University School of Law, J.D.

City College of the City University of New York, B.A., *summa cum laude*

Diandra "Fu" Debrosse Zimmermann is Managing Partner of DiCello Levitt's Birmingham office, and Co-Chair of the firm's Mass Tort division. Fu is also a member of the firm's Public Client, Environmental, Personal Injury, Civil Rights, and Trial practice groups. Widely known for her relentless client advocacy, Fu represents individuals and public entities injured by wrongful conduct, whether from defective medical devices or drugs, environmental contamination, corporate misconduct, or civil rights abuse. Nationally recognized as a powerhouse in mass torts, class actions, products liability, discrimination, and sexual assault claims, Fu has secured hundreds of millions of dollars in client damages.

Fu holds prominent leadership positions for several multidistrict litigations, including Co-Lead Counsel of *In re: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation*; Co-Lead Counsel of *In re: Hair Relaxer Marketing Sales Practices and Products Liability Litigation*; Plaintiffs' Executive Committee for *In re: Paraquat Products Liability Litigation*; Plaintiffs' Steering Committee for *In re: Social Media Adolescent Addiction/ Personal Injury Products Liability Litigation*; Plaintiffs' Steering Committee for *In re: Smith & Nephew Birmingham Hip Resurfacing Hip Implant Liability Litigation*. She also represents municipalities in both *In re: National Prescription Opiate Litigation* and *In re: McKinsey & Company Inc., National Prescription Opiate Consultant Litigation*, and is counsel in *In re: Proton Pump Inhibitor Litigation*. Fu formerly held a seat on the Plaintiffs' Steering Committee for *In re: Higher One Account Marketing and Sales Practices Litigation* and has represented plaintiffs in many other MDLs. Fu also leads many systematic civil rights and sexual assault cases and represents states and municipalities in litigation.

In 2022 and 2023, *Lawdragon* recognized Fu as one of the 500 Leading Consumer Lawyers. *Chambers USA* 2022 ranked the firm's Litigation: Mainly Plaintiffs team among the top five in Alabama. The *Birmingham Business Journal* honored Fu with a Best of the Bar Award and Who's Who in the Law recognitions in 2021 and 2022.

Fu is a founding member of Shades of Mass, an organization dedicated to encouraging the appointment of black and brown attorneys in national mass tort actions. She is a board member of Public Justice, the Southern Trial Lawyers Association, and a member of the Birmingham Bar Foundation. Fu previously served as a hearing officer for the Alabama State Bar, held leadership roles in the American Association for Justice and the Alabama Access to Justice Commission, and acted as Alabama State Bar vice president and commissioner.

Fu is fluent in French and Haitian Creole and functional in Spanish. Her steadfast pursuit of justice is motivated in large part by her experience as a mother of two young girls.



**Bobby DiCello**
Partner

**EMAIL**
rfdicello@dicellolevitt.com

**EDUCATION**
Cleveland-Marshall College of Law, J.D.

Northwestern University, M.A.

University of Dayton, B.A.

Bobby DiCello's practice encompasses locally and nationally significant cases across a broad range of topics, with a focus on restoring the human dignity stolen by civil rights abuses, catastrophic injuries, defective products, and corporate misconduct.

Bobby is a force in the trial bar. He has obtained record verdicts in cases thought unwinnable, while, at the same time, leading cutting-edge research into juror decision-making in the politically polarized jury system. Bobby has successfully tried, as a first-chair trial lawyer, catastrophic injury and death cases, civil rights cases, medical malpractice cases, mass tort bellwether cases, *qui tam* cases, and financial services cases, as well as major felony prosecutions, major criminal defense actions, and a variety of other cases that have branded him as one of the nation's best modern-day trial lawyers.

Notably, ABC News tapped Bobby to analyze and comment on the most anticipated civil rights trial in recent history: the trial of Officer Derek Chauvin for George Floyd's murder in its series, *The Death of George Floyd— Derek Chauvin on Trial.* Recognizing the need for an authority on high-profile trials to provide opinions on the case to a national and international audience, ABC selected Bobby due to his immense expertise in the art of trial and his reputation as a fierce and skillful trial lawyer. Between focus group preparation for a major pharmaceutical trial and research into the psychology of modern jurors, Bobby made himself available for weeks of real-time commentary and insight into the trial process.

In 2021, Public Justice awarded Bobby its prestigious Trial Lawyer of the Year award for his work in the landmark *Black v. Hicks* police brutality and corruption case in the City of East Cleveland, Ohio. Public Justice presents this annual award to attorneys who promote the public interest by trying a precedent setting, socially significant case. Bobby tried the *Black* case to a jury that awarded Mr. Black a record $50 million—a verdict that has since been sustained up to the U.S. Supreme Court. *The National Law Journal* has also recognized Bobby, twice, as an "agent of change" in its annual list of Plaintiffs' Lawyers Trailblazers, a rare honor.

Having taught trial lawyers across the country, Bobby is also known for his dedication to improving the art of trial practice. Bobby is routinely asked to assist lawyers from across the United States on cases. He consults on all aspects of trial preparation and motion practice, including theme building, case framing, case messaging, and the creation of visuals for courtroom presentation and exhibits. He develops his approach through DiCello Levitt's Trial Center, where he leads focus groups, mock trials, and jury decision-making research. Bobby's work sets DiCello Levitt apart as a truly rare law firm: a plaintiffs' firm with an in-house focus group and mock trial practice that creates powerful presentations and—most importantly for our clients— meaningful verdicts.



**Daniel R. Ferri**
Partner

**EMAIL**
dferri@dicellolevitt.com

**EDUCATION**
University of Illinois College of Law, J.D., *magna cum laude*

New York University, B.A., *cum laude*

Dan Ferri is a litigator whose practice focuses on fraud, breach of contract, and intellectual property theft claims. He has achieved tens of millions of dollars in recoveries on behalf of individual, small business, and public clients.

This past year, Dan helped win a jury trial in a class action that, after appeal, may provide over $100 million to purchasers of defective GM trucks and sport-utility vehicles. He also concluded a multi-year litigation on behalf of the State of New Mexico that successfully resolved claims against AbbVie for the deceptive advertising of a potentially dangerous pharmaceutical.

Dan's other recent work includes successfully representing the State of New Mexico in cases arising from Volkswagen's use of "defeat devices" to cheat emissions standards and other automakers' sales of vehicles containing dangerous Takata airbag inflators; achieving a substantial settlement for a class of consumers who purchased Toyota minivans with defective sliding doors; and successfully settling, after a bench trial, a patent infringement claim against GoDaddy.

Dan is a member of the Northern District of Illinois Trial Bar.



**Daniel R. Flynn**

Partner

**EMAIL**
dflynn@dicellolevitt.com

**EDUCATION**
Indiana University Maurer School of Law, J.D., *cum laude*

Illinois Wesleyan University, B.A.

Dan Flynn represents governmental entities, individual consumers, and corporate clients—all with one primary goal in mind: ensuring the protection of human health and the environment. His stewardship not only ensures that polluters be held responsible for contamination and clean-up, but that corporate entities understand their responsibilities under state and federal environmental laws. As a result of his advocacy in advising corporations on compliance, Dan's clients lead their respective industries in environmental stewardship efforts under a number of rules and regulations, including the Clean Water Act, the Clean Air Act, the Comprehensive Environmental Response, the Compensation and Liability Act, the Emergency Planning and Community Right-to-Know Act, and the Resource Conservation and Recovery Act.

Dan assists corporate entities, governmental agencies, and the public by ensuring that companies that have contaminated the environment and violated regulations take responsibility for their actions. Through contribution and cost-recovery actions, common law claims, citizen suits, enforcement actions, and proper due diligence and contract negotiation, he ensures polluters and bad actors remediate the harm they have caused.

Dan is part of the DiCello Levitt team working with several states in investigating and addressing poly- and perfluoroalkyl substance ("PFAS") contamination. DiCello Levitt's PFAS team, along with other Special Assistant Attorneys General and the Illinois Attorney General, most recently filed a lawsuit against 3M for PFAS contamination from its facility in Cordova, Illinois. Cases involving these "forever chemicals" will have wide-reaching implications for state governments and their residents.

Dan also works with communities that have been impacted by years of exposure to polluted air, water, and soil. Recently, Dan and DiCello Levitt's environmental team joined with co-counsel in representing several residents and former residents of Union, Illinois in filing suit against companies responsible for polluting the groundwater with carcinogenic chlorinated solvents. Dan also serves as interim co-lead counsel in a class action on behalf of the residents of Rockton, Illinois and surrounding communities for property damages they sustained following a catastrophic fire at a local chemical factory.

In addition to his environmental work, Dan frequently counsels clients on developing and maintaining state-of-the-art safety and health programs that ensure all employees enjoy safe and healthful workplaces. He works closely with both his clients and the Occupational Safety and Health Administration ("OSHA") to enhance employee safety and health well beyond OSHA's minimum requirements.



**Karin Garvey**
Partner

**EMAIL**
kgarvey@dicellolevitt.com

**EDUCATION**
Northwestern University Pritzker
School of Law, J.D.

Harvard University, A.B.

Karin E. Garvey is a partner in the New York office of DiCello Levitt and a member of the Antitrust and Competition practice group. With more than twenty-five years of litigation experience, Karin focuses on representing businesses and public pension funds in complex antitrust class actions.

Having spent 18 years on the defense side, Karin is uniquely able to deploy the knowledge she gained as defense counsel to the strategic advantage of her clients on the plaintiffs' side. Karin brings significant experience to managing complex, multi-jurisdictional cases from initial case development through resolution and appeal and has engaged in all phases of trial preparation and trial and has briefed and argued appeals.

Karin has been appointed lead or co-lead counsel in multiple antitrust class actions, including *Fusion Elite All Stars v. Varsity Brands, LLC* (W.D. Tenn.) (representing a proposed class of direct purchasers in a case alleging monopolization and conspiracy to monopolize again the largest producer of All Star Cheerleading events and the sport's governing body); *In re Sensipar (Cinacalcet HCl) Antitrust Litigation* (D. Del.) (representing a proposed class of indirect purchasers of the drug Sensipar in a case alleging that defendants conspired to delay the entry of generic competition for that drug); and *In re Surescripts Antitrust Litigation* (N.D. Ill.) (representing a proposed class of pharmacies who have charged the largest provider of e-prescription services of anticompetitive conduct). Karin was also appointed to the Plaintiff's Steering Committee in *In re Xyrem (Sodium Oxybate) Antitrust Litigation* (N.D. Cal.) and *In re Crop Inputs Antitrust Litigation* (E.D. Mo.). Karin recently tried a case to verdict on behalf of the end-payor plaintiff class in *In re Opana ER Antitrust Litigation* (N.D. Ill.), playing a large role at the jury trial, including delivering significant portions of the plaintiffs' opening statement and closing argument. While on the defense side, Karin led the defense of a branded pharmaceutical company in *In re Skelaxin (Metaxalone) Antitrust Litigation* (E.D. Tenn.) up through a jury verdict in a pay-for-delay case.

Karin is recommended by *Chambers & Partners USA*, Band 2 for Antitrust Mainly Plaintiff in New York, and *The Legal 500* for excellence in the antitrust practice. She has been described as "an experienced and thoughtful litigator. She has been in the trenches and knows how to work through complex issues." She has also been recognized by *Lawdragon* as one of the "Leading Plaintiff Financial Lawyers in America." Karin is regularly asked to participate on panels at class action and antitrust conferences, and she serves as an adjunct faculty member in the trial advocacy program at Northwestern University Pritzker School of Law.



**Greg G. Gutzler**
Partner

**EMAIL**
ggutzler@dicellolevitt.com

**EDUCATION**
University of Michigan, J.D.

University of California – Berkeley, B.A.

Greg Gutzler is an experienced trial lawyer with a track record of billions in recoveries in high-stakes cases. Before joining DiCello Levitt, Greg litigated extensively on both the plaintiff and defense side, including working at his own boutique firm, one of the nation's most prestigious plaintiffs' firms, and as a partner of an Am Law 100 defense firm. He is a trusted advocate chosen by clients when they need candid, creative, and aggressive approaches to business solutions and decisive litigation strategy. Greg believes that the law is more than a means to pursue justice—it is the foundation of a society in which people are free to create, thrive, and feel protected. Beliefs become action through creativity, technical excellence, knowledge, and discipline.

Greg is a go-to advocate for any type of complex commercial litigation, business disputes, whistleblower cases, and sexual abuse cases. Clients seek out Greg for his expertise in contract, ownership, and valuation disputes. Whistleblowers also rely on Greg's experience and creativity in prosecuting SEC, False Claims Act, FIRREA, IRS, and FCPA matters. Greg's practice areas focus on ensuring that innovation thrives and creates competitive marketplaces. One of his clients, a major biotechnology company, spent billions of dollars to create a groundbreaking technology. When a competitor improperly exploited his client's intellectual property, Greg led his client's suit against the competitor, tried the case in federal court, and won a jury verdict of $1 billion in damages. This was the fourth-largest patent infringement jury verdict in United States history—and hammered home the point that competition, no matter how intense, must always remain fair and honorable.

Greg has litigated more than a dozen high-profile securities actions against international investment banks for misrepresentations they made to investors in connection with residential mortgage-backed securities, recovering more than $4.5 billion on behalf of his clients. When important investments and resources are at stake, hedge funds, private equity funds, venture capitalists, individuals, companies, and governmental entities turn to Greg because he is a fearless advocate in complex lawsuits in federal and state court and arbitration.

Greg is also on the front lines in protecting women and men from sexual abuse, discrimination, and exploitation. He is lead counsel in a civil suit involving the world's largest-ever sex trafficking case, which spans six countries and fifty years of abuse. On December 10, 2021, Dateline NBC featured Greg in its revered news magazine program in an episode titled, *The Secrets of Nygard Cay*.

Greg's grasp of the nuances of common law—the influence of jurisdictions, who's on the bench, and more—converge in a simple insight: The system never dispenses justice based on predicable formulas, so legal professionals must fight to achieve justice. He views DiCello Levitt as the right firm to advance that fight for its clients, drawing on a shared vision of commitment, creativity, and loyalty.



**Justin J. Hawal**
Partner

**EMAIL**
jhawal@dicellolevitt.com

**EDUCATION**
Cleveland Marshall College of Law, J.D., *cum laude*

Saint Louis University, B.A., *cum laude*

Justin Hawal's work spans a broad range of practice areas, with special expertise in complex catastrophic injury, civil rights abuse, mass tort, and class action litigations.

Justin's practice also encompasses police misconduct, human trafficking, and sex abuse. He currently represents dozens of women in the largest international sex trafficking lawsuit in United States history against Peter Nygard and his companies. Justin was integral to the consumer plaintiffs' success in the Equifax data breach multidistrict litigation, the largest consumer data breach settlement in United States history.

Justin was recently one of only 40 attorneys nationwide to be named a 2021 *National Law Journal* "Elite Trial Lawyers: Rising Star." Justin was also awarded *Public Justice's* 2021 "Trial Lawyer of the Year" for his work on the trial team in *Black v. Hicks*, a groundbreaking civil rights case involving shocking police misconduct and resulting in a $50 million jury award. During law school, Justin was selected as a member of the Cleveland State Law Review and published a scholarly article regarding independent tort actions for spoliation of evidence under Ohio law. He was also an active member of the civil litigation clinic, through which he represented an asylum-seeking immigrant from Honduras fleeing gang violence.



**Brian Hogan**
Partner

**EMAIL**
bhogan@dicellolevitt.com

**EDUCATION**
Chicago-Kent College of Law, J.D.

Indiana University, B.A.

In challenging monopolistic practices and cartel activity by corporations, Brian Hogan protects businesses and consumers from unjust and unfair business practices. He brings deep experience to complex litigation and antitrust litigation with a focus on major class actions. From agriculture to transportation to financial sectors, Brian has litigated a broad scope of matters across a wide range of industries.

Brian argues and tries cases in both state and federal courts across the United States. He is hands-on at every stage of the litigation process, including briefing motions, leading discovery in complex cases, overseeing complex econometric modeling and expert work, and managing the review of millions of documents produced in discovery. Brian has been part of numerous trial teams before state and federal court juries and has worked on briefing and appellate arguments before the U.S. Court of Appeals for the Seventh Circuit.

Brian has played a prominent role on leadership teams in many recent antitrust class actions, including *In re Automotive Parts Antitrust Litigation* (E.D. Mich.) (an unprecedented multidistrict litigation stemming from the largest criminal antitrust investigation in U.S. history and consisting of more than 25 direct purchaser class action cases that were resolved for settlements totaling over $550 million); *In re Peanut Farmers Antitrust Litigation* (E.D. Va.) (represented peanut farmers accusing peanut shelling companies of price-fixing which resolved for $102.75 million); *Fusion Elite All Stars v. Varsity Brands, LLC* (W.D. Tenn.) (represented direct purchasers in a case alleging monopolization and conspiracy to monopolize again the largest producer of All Star Cheerleading events and the sport's governing body which resolved for $43.5 million and significant injunctive relief).

He is currently a member of the leadership teams in *In re Surescripts Antitrust Litigation* (N.D. Ill.), where he represents pharmacies alleging monopolization of the e-prescribing market through the use of restrictive loyalty payments and deals with other industry players and *In re European Government Bonds Antitrust Litigation* (S.D.N.Y.) which alleges that traders at major banks conspired through chats to manipulate the primary and secondary market for European government bonds to widen the bid-ask spreads which inflated bond prices while increasing trading fees.



**Steve Jodlowski**
Partner

**EMAIL**
stevej@dicellolevitt.com

**EDUCATION**
California Western School of Law, J.D., *cum laude*

University of Central Oklahoma,, B.M.

For nearly 20 years, Steve Jodlowski has been actively involved in a variety of cases involving securities fraud, antitrust, competition, corporate takeover, consumer fraud, and commercial litigation. Representing investors, shareholders, and policyholders, he has recovered nearly $2 billion for clients around the world.

Steve has represented institutional and individual shareholders in corporate takeover actions and breach of fiduciary litigation in state and federal court. He has handled pre- and post-merger litigation stemming from the acquisition of publicly listed companies in the biotechnology, oil and gas, information technology, specialty retail, electrical, banking, finance and real estate industries, among others.

In recent years, he has specialized in representing investors in a series of antitrust actions involving the manipulation of benchmark rates, including the ISDAfix Benchmark litigation, which resulted in the recovery of $504.5 million on behalf of investors, and the *SSA Bonds Antitrust Litigation*, which resulted in the recovery of $95.5 million on behalf of investors. He served as co-lead class counsel in *Thompson v. 1-800 Contacts, Inc.*, where he helped recover $40 million in settlements from various contact lens retailers. Steve also served on the trial team in an antitrust monopolization case against a multinational computer and software company and represented more than 100 newspaper publishers in the *Google Digital Advertising Antitrust Litigation*.

Steve was named a "Rising Star" by *Super Lawyers* for five straight years. He was also named a finalist for Consumer Attorneys of California's Attorney of the Year Award for his work in *Negrete v. Allianz Life Insurance Co. of North America* and more recently was recognized by the American Antitrust Institute's Antitrust Enforcement Awards for the category of Outstanding Antitrust Litigation Achievement in Private Law Practice. Based in part on his work in the ISDAfix and SSA Bonds litigation, his antitrust group was named by *Law360* as Competition Practice Group of the Year for 2019 and recognized by *The National Law Journal* as a finalist in its list of 2020 Elite Trial Lawyers in the antitrust category.



**Amy Keller**
Partner

**EMAIL**
akeller@dicellolevitt.com

**EDUCATION**
John Marshall Law School, J.D. (*n/k/a The University of Illinois at Chicago School of Law*)

University of Michigan, B.A.

Amy Keller has held leadership positions in a variety of complex litigations across the nation, where she successfully litigated high-profile and costly data security and consumer privacy cases. As the Managing Partner of the firm's Chicago office and the Privacy, Technology, and Cybersecurity practice chair, she is the youngest woman ever appointed to serve as co-lead class counsel in a nationwide class action. In the multidistrict litigation against Equifax related to its 2017 data breach, Amy represented nearly 150 million class members and helped to secure a $1.5 billion settlement, working alongside federal and state regulators to impose important security practice changes to protect consumer data.

Amy has represented consumers against industry titans like Apple, Marriott, Electrolux, and BMW, securing victories against each. She has been appointed to leadership positions in more multidistrict litigations than any other woman in the past eight years, each case requiring sophistication in not only understanding complex legal theories, but also in presenting multifaceted strategies and damages modeling to ensure favorable results. For example, in leading a nationwide class action related to a data breach that exposed the confidential information of over 300 million individuals, Amy worked with her team to develop an argument recognized by the trial court that the loss of someone's personal information, alone, could trigger financial liability, and later secured a rare victory, certifying that case to proceed as a class action to trial. In another matter, Amy defended her team's victory all the way to the U.S. Supreme Court, ensuring that consumers would be able to band together as a class when a company defrauds them for small amounts individually that are worth millions of dollars in the aggregate.

Amy is rated by *Chambers & Partners* for her work in cybersecurity litigation and is an elected member of the American Law Institute. She serves on the Steering Committee of the Sedona Conference's Working Group 11, which focuses on advancing the law on issues surrounding technology, privacy, artificial intelligence, and data security, and she is also on drafting teams for both Model Data Breach Notification Principles and Statutory Remedies and the California Consumer Privacy Act. Her work in cybersecurity and privacy has been recognized many times over—in both 2021 and 2022, she was honored as one of Benchmark Litigation's Top 250 Women in Litigation; in 2020 and 2021, she was named by *The National Law Journal* as one of the Elite Women in the Plaintiffs' Bar; and the practice group which she chairs has won Practice Group of the Year in 2020, 2021, and 2022 by *Law360* and in 2020 by *The National Law Journal*. Amy is also recognized by Illinois Super Lawyers as a "Rising Star," and was named a "trailblazer" by *The National Law Journal*. In 2022, Amy was named to the "40 Under 40" list for *Crain's Chicago* for her leadership in litigation roles and promoting diversity and inclusivity in the bar.

Amy proudly holds leadership positions in both the American Association for Justice and the Public Justice Foundation, organizations which both focus on access to the courts for civil litigants.



**Brian O'Mara**
Partner

**EMAIL**
briano@dicellolevitt.com

**EDUCATION**
DePaul University College of Law, J.D.

University of Kansas, B.G.S.

Brian O'Mara is a partner in DiCello Levitt's San Diego office. His practice focuses on complex securities, antitrust, and consumer protection litigation in state and federal courts across the United States.

Over the past 20 years, Brian has served as lead or co-lead counsel in numerous shareholder, consumer protection, and antitrust actions involving companies in the financial services, technology, pharmaceutical, entertainment and gaming, and telecommunications industries, which have yielded billions of dollars in recoveries. He has helped institutional investors protect their fund investments by securing leadership positions in dozens of securities and antitrust actions and has been responsible for a number of significant trial and appellate court rulings in the securities and antitrust space.

Prior to joining DiCello Levitt, Brian was a partner at a leading complex litigation law firm and served as chief underwriter officer for a global private equity and advisory firm specializing in litigation finance, judgment enforcement, asset recovery, and related strategies serving claimants, law firms and other professional service firms, and businesses across the globe. In this capacity, Brian was responsible for directing the firm's underwriting process for prospective investments and managing the firm's investment portfolio, which included litigation and arbitration disputes in jurisdictions around the world.

Brian has been twice recognized by the American Antitrust Institute's Antitrust Enforcement Awards for the category of Outstanding Antitrust Litigation Achievement in Private Law Practice for his work in the ISDAfix price-fixing litigation and the EpiPen class action alleging antitrust and RICO violations. He has also been named a Super Lawyer by *Super Lawyers Magazine* for the past six consecutive years and recognized as a Leading Plaintiff Financial Lawyer by *Lawdragon*.

Brian graduated from the University of Kansas with a degree in economics, and he received his law degree from DePaul University College of Law, where he was the recipient of a CALI Excellence for the Future Award in securities regulation.



**Matthew Perez**
Partner

**EMAIL**
mperez@dicellolevitt.com

**EDUCATION**
Benjamin N. Cardozo School of Law, J.D.

Swarthmore College, B.A.

Matthew Perez represents individuals, businesses, public pension funds, and insurers in complex antitrust class actions. His practice spans a wide range of industries but with particular focus on pharmaceuticals and financial services. He currently litigates several pay-for-delay antitrust actions on behalf of consumers, health plans, and insurers alleging delayed generic entry for Opana ER, Bystolic, Sensipar, Xyrem, and Zetia. He has or is currently representing investors in financial services and commodity markets, including pension funds and traders in foreign exchange, international sovereign bonds, interest rate and credit derivatives, and commodity futures markets.

Matt previously worked for a nationally-recognized class action law firm and the New York State Office of the Attorney General Antitrust Bureau. He received the Louis J. Lefkowitz Memorial Award for his work investigating bid rigging and other illegal conduct in the municipal bond derivatives market, resulting in more than $260 million in restitution to municipalities and nonprofit entities. He also investigated pay-for-delay matters involving multinational pharmaceutical companies.

Matt has been named a "Rising Star" by The Legal 500. In law school, he received the Jacob Burns Medal for Outstanding Contribution to the Law School. He was an intern for Judge Richard B. Lowe, III, in the New York Supreme Court Commercial Division.

Matt is also a member of the New York State Bar Association Antitrust Section's Executive Committee. He also serves as the chair of the Antitrust Section's Class Action and Private Litigation Committee.



**Roxana Pierce**
Partner

**EMAIL**
rpierce@dicellolevitt.com

**EDUCATION**
Thomas Jefferson School of Law, J.D.

Pepperdine University, B.A.

Sorbonne University, France, *with Honors*

Roxana Pierce is an international attorney who brings a unique level of diversity and experience to her litigation practice, protecting investor rights and the rights of victims of consumer fraud, waste, and abuse.

Representing governmental and private pension funds, large institutional investors, attorneys general, international banks, asset managers, foreign governments, multi-national corporations, sovereign wealth funds and individuals, Roxana has served clients from more than 20 states and 82 countries, with extensive experience in the Middle East, Europe, and Asia. Zealous and passionate, Roxana advocates for her clients through litigation, arbitration, mediation, and in negotiations.

Roxana represents clients in consumer protection, securities, products liability, contracts, and other claims in private, group, and class actions. Prior to joining DiCello Levitt, Roxana became a seasoned attorney through her experience working on cases against the world's largest pharmaceutical and automobile manufacturers as well as litigation concerning the 2008 global financial crisis. In addition, Roxana's background includes contract negotiations for hundreds of projects, including several valued at more than $1 billion, with governmental and corporate leaders both foreign and domestic.

Deeply committed to serving her community, Roxana serves as Director and Board member to The Invisible Hand Foundation, Inc., which provides funding to Washington, D.C. and Maryland-area residents facing hardships. For her work with that organization, Roxana was honored by the National Center for Children and Families with the Humanitarian Spirit Award for Advocacy.

Roxana studied French at the Sorbonne University in France before earning her bachelor's degree in international affairs and international relations from Pepperdine University. She is fluent in Farsi and proficient in French and Turkish. Roxana began her legal career as a Paralegal with focus on corporate law, receiving her certificate from the University of San Diego. She earned her Juris Doctor from Thomas Jefferson School of Law, where she focused on international law.



**Corban Rhodes**
Partner

**EMAIL**
crhodes@dicellolevitt.com

**EDUCATION**
Fordham University School of Law, J.D., *cum laude*

Boston College, B.A., History, *magna cum laude*

Corban Rhodes is a seasoned litigator who has recovered more than a billion dollars for consumers and investors in some of the country's largest and most historic cybersecurity, data privacy and securities fraud cases. Working at the intersection of law and technology, Corban focuses on cases that involve the intentional misuse or misappropriation of consumer data and data breaches.

As co-lead plaintiffs' counsel in the *Facebook Biometric Information Privacy Litigation* matter, Corban helped secure a landmark $650 million settlement, in one of the first cases asserting consumers' biometric privacy rights under Illinois law. He has litigated cases of negligence or malfeasance leading to data breaches, including securing a settlement with Yahoo for one of the largest known data breach in history that affected nearly 3 billion consumers. Continuing his groundbreaking work at this critical moment for privacy rights and the law, he currently represents consumers in pivotal web browser privacy cases, including the *Calhoun v. Google* and *Google RTB Consumer Privacy Litigation* matters
.
Corban also prosecutes complex securities fraud cases on behalf of institutional investors, representing both large public pension funds and individual investors. He successfully resolved dozens of cases against some of the largest Wall Street banks in the wake of the mortgage-backed securities financial crisis.  His work in securities fraud cases has held companies accountable to investors for fraud and market manipulation in the banking, pharmaceutical, and manufacturing sectors in some of the largest securities class actions of the last decade.

Corban has been recognized by *Law360* as a Rising Star and one of five attorneys on its Top Attorneys Under 40 for Consumer Protection.  He was also named by *Benchmark Litigation* as a Future Star and on its New York 40 Under 40 list and by *Super Lawyers* as a New York Rising Star, and he received a Thurgood Marshall Award for his pro bono representation of a death row inmate appealing from capital punishment. He is an active member of the Sedona Conference Working Group 11 on Data Security and Privacy Liability, and sits on the *Law360* Cybersecurity & Privacy Editorial Board.  He is a regular speaker and writer on issues related to protecting the rights of the individual against corporate malfeasance.



**Caroline Robert**
Partner

**EMAIL**
cmrobert@dicellolevitt.com

**EDUCATION**
University of San Diego School of Law, J.D.

University of San Diego, B.A., *magna cum laude*

Caroline Robert is a lead partner in DiCello Levitt's Securities and Financial Services Litigation practice based in San Diego. Her practice is focused on representing institutional investors in complex securities litigation matters. With a history of high-stakes victories against Wall Street banks and large corporations, she has an impressive track record of success for clients impacted by financial misdeeds or securities regulations violations.

In the wake of 2008's worldwide financial crisis, Caroline played an integral role in litigation that secured settlements on behalf of institutional investors against Wall Street banks for their part in structuring residential mortgage-backed securities (RMBS) that subsequently collapsed. These matters included the high-profile action brought by China Development Industrial Bank (CDIB) against Morgan Stanley to recover losses CDIB suffered as a result of its investment in the STACK 2006-1 collateralized debt obligation tied to RMBS. Caroline's experience also includes representation of international institutional investors impacted by Volkswagen and Daimler's defeat device emissions scandal in representative actions in Germany under the Capital Market Investors' Model Proceeding Act (KapMuG).

Prior to joining DiCello Levitt, Caroline represented clients in complex securities litigation matters and also gained experience in real estate litigation and transactions for financial institutions and other related clients.

Committed to *pro bono* work, Caroline has provided legal counsel through the Immigration Legal Clinic at the University of San Diego School of Law and received honor's recognition for her service. She has also provided *pro bono* service through the San Diego Legal Aid Society, which garnered her the State Bar of California's prestigious Wiley W. Manuel Award.

Born and raised in France, Caroline is multilingual; fluent in French, English and Spanish. She holds a bachelor's degree from the University of San Diego, where she double-majored in international relations and Spanish language and literature. Caroline earned her Juris Doctor at the University of San Diego School of Law and is admitted to practice law in California, New York, and the District of Columbia.



**Henry Rosen**
Partner

**EMAIL**
hrosen@dicellolevitt.com

**EDUCATION**
University of Denver, J.D.

University of California, San Diego, B.A.

Henry Rosen is a results-driven litigator with over three decades of experience recovering money on behalf of institutional and individual investors. A leading attorney in securities fraud class actions, he has obtained more than $1 billion for investors.

Henry has significant experience running all aspects of large, complex litigation. From ensuring his institutional and individual investor clients are prepared for depositions and court, to overseeing massive document reviews, to handling hundreds of depositions, to preparing pleadings and for oral argument before the court, Henry is a hands-on and meticulous attorney.

Some of Henry's notable representations in large complex securities fraud class actions include:

- *In re Cardinal Health, Inc. Sec. Litig.*: This $600 million settlement is the largest recovery ever in a securities fraud class action in the Sixth Circuit U.S. Court of Appeals.
- *Jones v. Pfizer Inc.*: A $400 million settlement was reached on the eve of trial for investors in this misclassification of revenue case.
- *In re FirstEnergy*: Recovered $89.5 million for investors in a securities fraud class action after this Ohio utility company artificially inflated its stock price through false statements and omissions.

Henry is the lead litigator responsible for the ongoing 2016 Brazilian arbitration against Petrobras before the Bovespa panel in São Paulo, Brazil; a case brought by 24 institutional investors including the largest sovereign wealth funds globally and public pension funds across the United States.



**Christopher Stombaugh**
Partner

**EMAIL**
cstombaugh@dicellolevitt.com

**EDUCATION**
Drake University School of Law, J.D., with honors

The University of Wisconsin – Platteville, B.A.

For more than 30 years, Chris Stombaugh has been devoted to his true passion: advancing the art and science of trial advocacy. Focusing on trial, Chris has successfully tried to verdict cases for people around the country injured by hospitals, aircraft manufacturers, insurance companies, agribusiness, construction companies, and truck companies, among many other industries. His approach empowers people to tell their stories in a way that resonates with juries and has led to several record-setting, seven- and eight-figure jury verdicts.

Chris speaks regularly to state bar and trial lawyer associations nationwide on modern and effective trial advocacy and is a key member of DiCello Levitt's Trial Practice Team. In addition to his own successful practice, Chris teaches trial lawyers cognitive neuroscience to benefit their clients.

Chris is the past president of the Wisconsin Association for Justice ("WAJ"), having served as president of the WAJ 2014 term. He has been selected as a Wisconsin Super Lawyer every year since 2010. He is an active member in a number of other trial lawyer associations. Chris is also fluent in Spanish.



**David A. Straite, CIPP/US**
Partner

**EMAIL**
dstraite@dicellolevitt.com

**EDUCATION**
Villanova University School of Law, J.D., *magna cum laude*, Managing Editor, Law Review and Order of the Coif

Tulane University, Murphy Institute of Political Economy, B.A.

David Straite is the nation's leading voice for the recognition of property rights in personal data, a 10-year effort culminating in the Ninth Circuit's landmark April 2020 decision in *In re: Facebook Internet Tracking Litigation* and the Northern District of California's March 2021 decision in *Calhoun v. Google*, both of which he argued. David also successfully argued for the extraterritorial application of the Computer Fraud and Abuse Act in 2019 in *In re: Apple Device Performance Litigation*, and filed the first-ever data privacy class action under seal to address a dangerous website vulnerability under Court supervision in *Rodriguez v. Universal Property & Casualty Insurance Company*. As M.I.T. Technology Review magazine put it, David is "something of a pioneer" in the field. In September 2022, Law360 named him a Cybersecurity/Privacy "MVP." He also protects investors in securities, corporate governance, and hedge fund litigation in federal court and in the Delaware Court of Chancery, admitted to practice in both New York and Delaware.

David is a former adjunct professor at Yeshiva University's Sy Syms School of Business, teaching Business Law and Ethics every fall semester from 2015 to 2021. He has co-authored *Dobbs Ruling Means It's Time to Rethink Data Collection* in Law360 (2022), *Google and the Digital Privacy Perfect Storm* in E-Commerce Law Reports (UK) (2013), authored *Netherlands: Amsterdam Court of Appeal Approves Groundbreaking Global Settlements Under the Dutch Act on the Collective Settlement of Mass Claims* in The International Lawyer's annual "International Legal Developments in Review" (2009), and was a contributing author for Maher M. Dabbah & K.P.E. Lasok, QC, Merger Control Worldwide (2005). He speaks frequently on topics related to both privacy and investor protection.

David co-chairs the firm's Diversity, Equity, and Inclusion Committee, which seeks to promote diversity within the firm and the legal profession, generally. In 2022, David was also appointed to the LGBTQ Rights Committee of the New York City Bar Association, whose mission is to address "legal and policy issues in legal institutions and in the court system that affect lesbian, gay, bisexual, transgender and queer individuals."

Prior to joining the firm, David was a partner with Kaplan Fox & Kilsheimer LLP, and helped launch the U.S. offices of London-based Stewarts Law LLP before that, where he was the global head of investor protection litigation. Prior to joining the plaintiffs' bar, David was an associate with the New York office of Skadden Arps Slate Meagher & Flom LLP.



**John E. Tangren**
Partner

**EMAIL**
jtangren@dicellolevitt.com

**EDUCATION**
University of Chicago Law School, J.D. *with honors*

University of Chicago, B.A. *with honors*

John Tangren has exclusively represented plaintiffs for the past decade in multistate automotive defect class actions. In addition to the hundreds of millions of dollars he's recovered for his clients, he also obtained nearly half a million dollars in sanctions for discovery misconduct in a class action involving unintended acceleration in Ford vehicles.  Most recently, John was a member of a trial team and led plaintiffs' presentation on damages in a multi-state class action involving oil consumption of trucks and sports-utility vehicles, in which the jury awarded the class $102.6 million.  The verdict—a rarity in class action litigation—is one of the highest-ever achieved for an automotive defect class action, setting the bar for litigating similar cases across the country.  In another case, involving ignition switch defects, John served as Settlement Allocation Counsel in a blockbuster $121.1 million settlement against General Motors.

John's professional accomplishments are among the most impressive in the country. He has recovered hundreds of millions of dollars in product defect cases, including $600 million for property damage caused by an herbicide, $135 million for defective heavy truck engines, and $45 million and $40 million in cases involving defective SUV parts, all while setting himself apart as an expert legal writer and tactician.

John's expertise in legal writing is recognized in the community; John frequently presents to other lawyers on how to best communicate their message, present advocacy in compelling ways, and use tools and technology to streamline the process.  He also presents on other topics—ranging from communications with absent class members at an annual antitrust conference, to issues related to Article III standing in the federal court system.  Some of his other presentations have included a lecture to members of the Chicago Bar Association concerning the Class Action Fairness Act and its impact on litigation since its passage, the use of discovery tools and techniques for electronically-stored information, and how to avoid legal ethics violations and liability for malpractice by following established protocols and procedures.

John has been recognized as an Illinois Super Lawyer, in the National Trial Lawyers "Top 40 Under 40," and as an Emerging Lawyer by the Law Bulletin Publishing Company.



**Robin A. van der Meulen**
Partner

**EMAIL**
rvandermeulen@dicellolevitt.com

**EDUCATION**
Brooklyn Law School, J.D.

Columbia College, Columbia University, A.B.

Robin A. van der Meulen is a partner in DiCello Levitt's New York office, where she represents clients in complex antitrust litigation. Prior to joining DiCello Levitt, Robin was a partner in a nationally recognized antitrust practice group, where she gained more than a decade of experience litigating a wide variety of antitrust matters, including price-fixing, monopolization, benchmark and commodities manipulation, pay-for-delay agreements, and other anticompetitive practices.

Robin was appointed co-lead class counsel for end-payor plaintiffs in the *Bystolic Antitrust Litigation*, a pay-for-delay case pending in the Southern District of New York. She is also leading *Borozny, et al. v. RTX, Pratt & Whitney Division, et al.*, a case alleging that six corporations in the aerospace industry conspired to restrict competition in the recruitment and hiring of engineers and other skilled workers. She recently recovered $30 million for end-payor plaintiffs in *Novartis and Par Antitrust Litigation*, another pay-for-delay case relating to the hypertension drug Exforge. Robin also represents end-payor plaintiffs in the *Generic Pharmaceuticals Pricing Antitrust Litigation*, a massive case against some of the biggest drug companies in the world alleging price-fixing and anticompetitive conspiracies.

Euromoney's Women in Business Law Awards selected Robin as a finalist for Antitrust and Competition Lawyer of the Year. *The Legal 500* recommends her for excellence in the field of Antitrust Civil Litigation and Class Actions, describing her as "persistent, persuasive, and well-respected by peers and opponents alike" and naming her a "Next Generation Partner." Robin has been recognized as "Up and Coming" by *Chambers USA* and as a "Future Star" by *Benchmark Litigation*. She has also been selected to *Benchmark*'s "40 & Under Hot List" as one of "the best and brightest law firm partners" and someone who is "ready to take the reins." Additionally, Robin was recognized by *The Best Lawyers in America*® in the Antitrust Law category.

Robin is an active member of the antitrust bar. She is the vice chair and a member of the Executive Committee of the Antitrust Law Section of the New York State Bar Association. Robin is also co-chair of the Insurance and Financial Services Committee of the Antitrust Section of the American Bar Association (ABA). Robin was previously a vice chair of the Antitrust Section's Health Care & Pharmaceutical Committee of the ABA and the Executive Editor of the Committee's *Antitrust Health Care Chronicle*. From 2012 to 2021, Robin was an editor of the *Health Care Antitrust Week-In-Review*, a weekly publication that summarizes antitrust news in the healthcare industry.

Robin was previously an associate at Willkie Farr & Gallagher LLP, where she practiced antitrust and commercial litigation. She also served as a judicial intern in the United States Bankruptcy Court for the Eastern District of New York for Judge Elizabeth S. Stong. While in college, Robin was a member of Columbia University's Division I Track and Field team, specializing in hurdles and sprints.



**Li Yu**
Partner

**EMAIL**
lyu@dicellolevitt.com

**EDUCATION**
Columbia University Law School, J.D.

Wesleyan University, B.A.

Li Yu is an experienced trial and appellate lawyer whose practice focuses on health care and pharmaceutical fraud, financial and securities fraud, civil rights, commercial, and other complex litigation. A recognized expert in qui tam and other whistleblower cases, Li has a proven track record of rooting out fraud and securing justice for victims of fraudulent and illegal conduct.

For more than a decade, Li served as an Assistant U.S. Attorney for the Southern District of New York, including four years as the senior counsel to the civil frauds unit, where he led the government's qui tam litigation in cases concerning Medicare Part C, prescription drug marketing, pharmacy billing, medical devices, and other fraud matters. During his AUSA tenure, Li obtained more than a dozen significant civil fraud settlements totaling over $800 million and secured other important relief for American consumers.

Li has successfully litigated numerous cases to protect vulnerable individuals and ensure the fair and efficient functioning of the economy. For example, in a mortgage fraud case, Li obtained a series of injunctive orders to stop fraudulent flip sales and persuaded a federal district court to hold the fraudster in contempt after a trial for circumventing an injunction. He also spearheaded a series of Fair Housing Act cases against several of the largest real estate developers in the nation, which resulted in retrofits at more than 15,000 rental apartments to improve accessibility for people with disabilities.

Before joining DiCello Levitt, Li worked in securities enforcement at the Financial Industry Regulatory Authority. He also served as senior counsel to the Senate Permanent Subcommittee on Investigations under Sen. Jon Ossoff, where he conducted consequential and headline-grabbing investigations into the mistreatment of military families by a large housing contractor and the sexual abuse of women prisoners by federal prison staff, among other issues. Earlier in his career, Li served as a law clerk for the Hon. Sidney H. Stein of the Southern District of New York and as a litigation associate at two international firms.

Li is a member of the Federal Bar Council and the New York City Bar Association's Federal Courts Committee and is a frequent contributor to Law360, where he provides expert analysis on the False Claims Act and related topics. Outside of work, he is an active volunteer, including with InTandem Cycling, which provides tandem bicycling programs to people who are blind, have low vision, or cannot ride independently due to other disabilities.



**Sara Aguiñiga**
Senior Counsel

**EMAIL**
saguiniga@dicellolevitt.com

**EDUCATION**
American University Washington
College of Law, J.D.

University of Maryland, Baltimore
County, B.S.

Sara Aguiñiga is a trial lawyer focused on mass torts, civil rights, and public entity litigation. With a steadfast dedication to achieving justice for her clients, Sara has helped secure hundreds of millions of dollars in settlements on behalf of plaintiffs.

Prior to joining DiCello Levitt, Sara worked for two prominent national plaintiffs' firms, where she assumed leadership roles of teams litigating product liability cases involving pharmaceutical and agricultural products, led discovery in data privacy and other matters, and was the first point of contact for public clients. She also served as second chair in a major opioids trial against three of the largest pharmaceutical companies in the United States.

Sara earned her law degree from the American University Washington College of Law, where she was a member and managing director of the Mock Trial Honor Society and a Dean's Fellow on the Trial Advocacy Program. She has been recognized as one of the National Trial Lawyers' "Top 40 Under 40," on *Lawdragon*'s 500 X list of leading next-generation lawyers, and by Best Lawyers in America among "Ones to Watch" in mass tort and class action litigation.

Sara is a single mother to two young children. She is fluent in Spanish and Portuguese, competed on the Mexican national figure skating team, and serves as a mentor to law students through the Hispanic Bar Association of the District of Columbia. She also has provided *pro bono* representation to unaccompanied minors immigrating to the United States from Central America.



**Rachel Bussett**
Senior Counsel

**EMAIL**
rbussett@dicellolevitt.com

**EDUCATION**
Oklahoma City University of Law, J.D.

Oklahoma State University, B.S.

Rachel Bussett is a trial attorney focused on complex personal injury and medical malpractice, civil and human rights, and labor and employment litigation. Rachel represents people in a wide range of matters, including catastrophic injury and death cases, property damage claims, insurance disputes, employment discrimination, products liability, government torts, and other disputes. In litigating all of these matters, she has earned a reputation for achieving outstanding results against large corporations and government agencies that have injured and taken advantage of her clients.

After working as a management consultant advising some of the largest retail chains in the United States on supply chain and management operations, Rachel began her legal career defending Fortune 500 companies and government entities in catastrophic personal injury, employment discrimination, and property damage cases. Realizing her true passion was working with everyday people, she left the world of corporate defense job to build a plaintiffs' civil litigation and family practice, trying cases in state, federal, municipal, administrative, and tribal courts.

As a trial lawyer, Rachel has obtained millions of dollars in settlements and verdicts for her clients. She's held overzealous law enforcement accountable; vindicated wrongfully terminated and sexually harassed employees; and fought to ensure injured people get the justice and compensation they deserve.

Prior to joining DiCello Levitt in the firm's Cleveland office, Rachel founded one of the largest all-woman law firms in Oklahoma and was recognized as one of the state's leading legal advocates for children and families in civil and family cases. Rachel is a graduate of the Trial Lawyers College and writes a regular legal column published in three Oklahoma newspapers. She has created, authored materials for, and taught multiple continuing education courses for other attorneys as well as certified public accountants and professionals in the insurance and cannabis industries, among others.

Outside of the office, Rachel dedicates her time to supporting services for children and families, veterans, and pets by serving as a board member and volunteering with various organizations and providing pro bono representation.



**Chuck Dender**
Senior Counsel

**EMAIL**
cdender@dicellolevitt.com

**EDUCATION**
Cornell Law School, J.D.

New York University Stern School of Business, MBA

Temple University, B.A.

Chuck Dender is an experienced litigator who has practiced at two of the country's largest law firms. With a demonstrable record of excellence and a track record of success for his clients, the foundation of Chuck's broad litigation experience was formed while defending some of the most significant commercial litigation matters in the United States over the last two-plus decades. While Chuck began his litigation career on the defense side of the table, he is a plaintiffs' attorney at heart. He now represents plaintiffs exclusively. With a background that includes membership in the International Brotherhood of Teamsters, Chuck has personally experienced what it's like to be a plaintiff in need of outstanding legal representation.

Chuck's legal expertise is enhanced by his MBA, with a specialization in finance and quantitative finance from the New York University Stern School of Business. This additional accreditation and education gives Chuck a unique advantage when it comes to identifying issues related to financial crimes and damages issues, including working with economists and other expert witnesses. As proof of this point, Chuck played a key role in presenting the damages model of one of the largest financial institutions in the world after the collapse of Lehman Brothers Holding, Inc.

Chuck represents aggrieved investors (both individuals and entities) in all aspects of complex litigation against players in the financial services industry, as well as other public and private companies. He also represents whistleblowers who cooperate with government agencies in their efforts to shine the light on corporate malfeasance.

In whistleblower matters, Chuck has a keen understanding of both the types of information that government agencies are looking for and the best methods for presenting that information to the agencies so they can act and wield justice from corporate wrongdoers. Chuck has authored compelling whistleblower submissions on behalf of both corporate insiders and interested outsiders. He has the good fortune of learning this complicated dance under the tutelage of the principal architect of the Security and Exchange Commission's ("SEC") Whistleblower Program. Chuck has also presented whistleblowers and supporting witnesses in front of the highest-ranking members of the SEC's Whistleblower Program during multiple-day interviews.

Chuck is experienced in a wide range of legal disciplines, with a specific focus representing clients in litigation involving the financial services industry or any matter where the calculation and presentation of damages is anything but a run-of-the-mill issue.



**Nada Djordjevic**
Senior Counsel

**EMAIL**
ndjordjevic@dicellolevitt.com

**EDUCATION**
University of Illinois College of Law, J.D., *summa cum laude,* Order of the Coif

Grinnell College, B.A.

Nada Djordjevic brings justice for those who are harmed by consumer fraud, unfair business practices, data privacy breaches, deceptive insurance sales practices, and other egregious acts. With more than two decades of experience representing plaintiffs in class actions and complex commercial litigations, Nada zealously protects the interests of aggrieved clients throughout the United States.

From individuals or groups of consumers to businesses of all sizes, including national and multinational corporations, Nada's clients benefit from her skilled and varied litigation practice. In addition to consumer protection and class actions, she represents clients in issues related to securities fraud, ERISA violations, deceptive insurance sales practices, and *qui tam* cases under the False Claims Act.

Nada's litigation successes include a $25 million settlement on behalf of 800,000 people in a class action lawsuit. The action involved claims of violations of state consumer protection and deceptive practices laws against a major athletics event organizer. She also represented a multi-state plaintiff class in a data breach case that resulted in one of the largest breach-related settlements in healthcare. Nada was also part of the litigation team that negotiated settlements worth more than $275 million for universal life insurance policy holders in two nationwide class actions alleging improper monthly policy charges.



**Robert J. DiCello**
Of Counsel

**EMAIL**
rjdicello@dicellolevitt.com

**EDUCATION**
Cleveland-Marshall College of Law, J.D.

John Carroll University, B.A., *magna cum laude*

A co-founder of one of DiCello Levitt's predecessor firms, Robert Robert DiCello has amassed more than 45 years of professional experience and an extensive list of seven- and eight-figure recoveries for victims of injustice. He has deep experience in a wide range of class actions, personal injury cases, complex mass torts, and probate matters. Over his long and successful career, he has won multiple appeals before the Ohio Supreme Court.

Robert put himself through Cleveland-Marshall College of Law while working as a safety director at U.S. Steel Corporation. While in law school, he was selected to join the *Cleveland-Marshall Law Review*. He began his legal career as an assistant prosecutor in the Lake County Prosecutor's Office and later become President of the Lake County Bar Association. He formed his own firm in 1978, managing it with great success over nearly 40 years until its members founded DiCello Levitt.



**Mark S. Hamill**
Senior Counsel

**EMAIL**
mhamill@dicellolevitt.com

**EDUCATION**
Northwestern University Pritzker School of Law, J.D., *cum laude*

Washington & Jefferson College, B.A.

Mark Hamill concentrates his practice on commercial, antitrust, securities, and consumer cases, often taking a lead role with expert witnesses on finance, accounting, and economic topics. He also serves as eDiscovery counsel in many of his cases, leveraging his depth of experience in this area as an attorney and as an eDiscovery project manager having served Fortune 500 and major accounting firm clients in large-scale, high-intensity projects.

Mark represents companies, investors, and consumers in a variety of industries as they grapple with the financial and business impacts of unfair trade practices, business torts, oppression, securities fraud, and consumer fraud. He has worked with highly-regarded business valuation experts and economists to develop and present compelling business and damages models in emerging industries.

Mark brings an interdisciplinary perspective to his cases, based on his experience as a CPA and consultant, which allows him to develop a "no surprises" record for trial. Mark is also a U.S. Army veteran, where he served on a multinational peacekeeping force in Sinai, Egypt.



**Eli Hare**
Senior Counsel

**EMAIL**
ehare@dicellolevitt.com

**EDUCATION**
Tulane University School of Law, J.D.

University of Alabama, University Honors College, B.A., *cum laude*

Eli Hare is a trial attorney focusing on mass torts, civil and human rights violation cases, personal injury, environmental contamination, and employment discrimination disputes. He represents people and public entities victimized by companies that cause harm by manufacturing and selling defective products, chemicals, and medical devices. People who have had their constitutional rights trampled on by governmental institutions and those who have suffered discrimination in the workplace because of their race, gender, or sexuality also rely on Eli to provide effective, hands-on legal counsel.
.
Deeply involved in every stage of litigation, Eli's experience includes briefing and arguing motions, leading complex discovery, overseeing expert work, and managing the review of millions of documents produced in discovery. Eli is involved in litigation in state and federal courts across the United States, as well as before administrative bodies and in alternative dispute resolution forums.

Eli was recently appointed to the Leadership Development Committee *In re: Hair Relaxer Marketing Sales Practices and Products Liability Litigation*.

Prior to joining DiCello Levitt, Eli worked with a prominent, national plaintiff's-side law firm, where he represented people injured by wrongful conduct, environmental contamination, and civil rights abuses. He also worked at a large defense firm, where he represented businesses, municipalities, and nonprofit organizations through all stages of litigation. Prior to beginning his legal practice, Eli served as a judicial extern to a federal judge in the U.S. District Court for the Northern District of Alabama.



**Molly Knobler**
Senior Counsel

**EMAIL**
mknobler@dicellolevitt.com

**EDUCATION**
Stanford Law School, J.D.

Pomona College, B.A., *cum laude*

Molly Knobler is proud to represent whistleblowers who stand up against unsafe, unfair, and corrupt business practices that endanger consumer and patient welfare and drain precious funds from government coffers. The brave few who blow the whistle on fraud impacting the government, investors, patients, and consumers serve a vital purpose in our society. They are frequently thanked for their service with retribution and reprisal. Molly works tirelessly to protect these whistleblowers, ensure their stories are heard, and advocate for their just compensation.

Her experience includes *qui tam* matters involving Medicare and Medicaid fraud, as well as customs fraud and other frauds against the government. She also handles Physician Self-Referral Law (Stark law) violations, health care industry kickback schemes, government contractors' overcharging, and cybersecurity issues in technology products.

Molly also represents clients in connection with whistleblower claims with the IRS' and the U.S. Securities and Exchange Commission's whistleblower programs, including violations of the Foreign Corrupt Practices Act.

On behalf of whistleblowers, Molly has secured hundreds of millions of dollars in settlements. This includes a $118.7 million settlement against Adventist Health Systems for alleged Stark violations and billing fraud; a $37.5 million settlement against Prime Healthcare and its CEO and a cardiologist for an alleged kickback scheme and other allegations; and an $11.75 million settlement with Science Applications International Corporation for allegedly inflating the costs of a government-funded program.

Before joining DiCello Levitt, Molly practiced at Phillips and Cohen LLP and Constantine Cannon LLP, two of the largest whistleblower practices in the United States.

Molly serves as a Taxpayers Against Fraud Young Lawyer's Division Board member. While earning her law degree at Stanford Law School, she served as Submissions Editor and Co-Editor In Chief of the *Stanford Journal of Animal Law and Policy*. She earned Class Prizes for Outstanding Performance in: Torts, Evidence, Administrative Law, Trusts and Estates, Intellectual Property, and Environmental Law Clinic. In addition, Molly served as President and Director of the Animal Legal Defense Fund, interned with the Physicians Committee for Responsible Medicine, and worked as a law clerk at a legal services clinic that represented low-income and chronically ill clients.



**Tricia McCormick**
Of Counsel

**EMAIL**
tmccormick@dicellolevitt.com

**EDUCATION**
University of San Diego School of Law,
J.D., *cum laude*

University of Michigan, B.A.

Tricia McCormick represents institutional investors and individuals in securities class action cases. As a member of a team that maintains contact with clients who wish to become actively involved in securities fraud litigation, Tricia is active in all phases of the firm's lead plaintiff motion practice.

Tricia has litigated numerous cases against public companies in state and federal courts that have recovered hundreds of millions of dollars for investors. She has been instrumental in securing appointment of clients as lead plaintiff in dozens of cases across the United States that have resulted in significant recoveries for the classes.

Before joining DiCello Levitt, Tricia worked for 25 years at a prominent complex litigation firm where she focused on securities litigation, litigated derivative actions, and helped establish the firm's lead plaintiff group.



**Larry Peskin**
Of Counsel

**EMAIL**
lpeskin@dicellolevitt.com

**EDUCATION**
Case Western Reserve University, J.D..

Wright State University, Psy.D..

Ball State, M.A..

International University, B.A..

Larry Peskin is an experienced litigator and trial lawyer who has represented victims of medical negligence, catastrophic personal injury, and employment discrimination for more than 30 years. As an attorney and licensed clinical psychologist, he brings his interdisciplinary expertise to a variety of complex cases, including class actions, mass torts, and other litigation on behalf of people who have been harmed by corporations' negligent and reckless actions and those who have suffered workplace discrimination.

Throughout his professional life, Larry has been a forceful advocate for chronic pain patients. Before launching his legal career, he was the clinical director of three comprehensive pain rehabilitation clinics. As an attorney, he has represented families who lost loved ones to opioid overdoses and has secured multiple seven-figure settlements and jury verdicts in medical negligence cases. He is also known for taking on—and winning—complex employment disputes against industry giants like Walmart.

Drawing on his extensive psychotherapy practice, Larry has served as a consultant for attorneys and expert witness in personal injury and workers compensation litigation and has presented educational programs to physicians, allied health professionals, rehabilitation consultants, attorneys, and self-insured employers on chronic pain syndromes, rehabilitation of industrially injured workers, disability management strategies for employers, and other related topics.



**Laura Reasons**
Senior Counsel

**EMAIL**
lreasons@dicellolevitt.com

**EDUCATION**
Chicago-Kent College of Law, J.D., Highest Honors

Washington University, St. Louis, Missouri, B.A.

Laura Reasons leads the firm's labor and employment law practice group, where she focuses on wage and hour class and collective actions across the country. She also serves as DiCello Levitt's Associate General Counsel for Employment Matters. Over the past decade, Laura has litigated the spectrum of employment law claims, including in class, collective, and systemic litigation. She previously counseled clients—from small businesses through Fortune 100 companies—on wage and hour compliance, discrimination claim avoidance, and day-to-day employment issues.

Laura's passion for representing individuals has translated into a strong *pro bono* resume. Her *pro bono* clients include an incarcerated individual, asylum seekers, transgender individuals seeking to change their legal names and gender markers, and Deferred Action for Childhood Arrivals applicants. Laura was a Public Interest Law Initiative Fellow at the Domestic Violence Legal Clinic in Cook County, Illinois, working for more than 10 years to represent clients seeking protective orders.

Prior to joining DiCello Levitt, Laura was part of the labor and employment practice group of an international, management-side law firm, where she defended some of the largest companies in the United States in employment law cases, including in high-stakes class and collective litigation. She brings that experience, combined with her passion for service and representing individuals, to the firm. While in law school, Laura served as a judicial extern to the Honorable George W. Lindberg of the U.S. District Court for the Northern District of Illinois.



## Dan Schwartz
### Senior Counsel

**EMAIL**
dschwartz@dicellolevitt.com

**EDUCATION**
New York University School of Law, J.D., *magna cum laude*

Brandeis University, Ph.D. Candidate, M.A.

Vassar College, B.A.

Dan Schwartz works for individuals, small businesses, and public clients in complex multidistrict, commercial, public client, and class action litigations and arbitrations. An experienced litigator with deep knowledge of a wide range of matters, Dan has successfully represented clients in high stakes disputes involving, among other things, affirmative and defensive antitrust claims, fraud, the False Claims Act, consumer privacy, FLSA class and collective actions, trade secret misappropriation, the Anti-Kickback Statute, defamation, securities fraud, toxic tort, bankruptcy, the Affordable Care Act, and patent matters.

Dan has also represented clients on appeal in a number of significant cases in state and federal courts, including arguing a First Amendment matter of first impression in the Seventh Circuit Court of Appeals. He previously worked for several major international law firms and clerked for the Honorable Carlos T. Bea of the U.S. Court of Appeals for the Ninth Circuit.

Dan graduated magna cum laude from New York University School of Law and was elected to the Order of the Coif. Prior to his legal career, Dan graduated Phi Beta Kappa from Vassar College and earned a Master of Arts from Brandeis University. He is a proficient Russian speaker.



**Justin S. Abbarno**
Associate

**EMAIL**
jabbarno@dicellolevitt.com

**EDUCATION**
The Ohio State University Moritz College of Law, J.D.

The University of Dayton, B.A., *summa cum laude*

Justin Abbarno is an aggressive, creative, results-oriented trial lawyer whose practice focuses primarily on medical negligence, personal injury, and sexual assault cases. He is steadfast in his devotion to seeking justice and works to hold individuals and businesses accountable for the harms that his clients have suffered.

During law school, Justin was a key member of The Ohio State University's award-winning Moritz College of Law's Mock Trial Team. He also received the Michael F. Colley Award, as a top mock trial performer in the 2020 graduating class and was named "Best Attorney" during the 2019 Ohio Attorney General's Mock Trial Competition. Prior to law school, Justin graduated from The University of Dayton (UD), *summa cum laude*, where he was elected to serve the undergraduate student body as a Representative for the UD Student Government Association. Justin was also a member of UD's NCAA Division 1 FCS Football program and was named to the Pioneer Football League's All-Academic Team.



## J. Gordon Bergstresser
Associate

**EMAIL**
gbergstresser@dicellolevitt.com

**EDUCATION**
New England School of Law, J.D.

Lycoming College, B.A.

Gordon Bergstresser's passion for ESI flows from his recognition that every case litigated by the firm, from the largest data breach class action to an individual tort victim, is brought because someone was harmed by another's wrongful conduct. Gordon experience includes in-depth collection and review of ESI in a number of industries, including data privacy, internet tracking, mobile devices, cryptocurrency, securities exchange platforms, automotive, pharmaceutical, security contractors, and food labeling. This wide range of hands-on experience gives him a wealth of knowledge to draw upon when new cases with pressing ESI issues come through the door.

Gordon's approach builds advantages into the ESI workflow at the outset of a case. When the time comes for the litigation team to marshal the ESI needed to achieve the best outcome for a client, Gordon has already created the infrastructure so that important evidence can be quickly located and presented.

Gordon's background includes working in review rooms to produce ESI for civil defendants, giving him unique insight in his current work receiving document productions on behalf of plaintiffs. Crafting search terms and leveraging predictive coding is central to Gordon's strategy for finding the smallest of needles in the largest of haystacks. He has experience in all of the major review platforms, including Relativity and Everlaw, ensuring that every case, whether ESI is managed directly by DiCello Levitt or with partner firms, can be brought to successful resolution for our clients.



**Lamiaa Bitar**
Associate

**EMAIL**
lbitar@dicellolevitt.com

**EDUCATION**
Chicago-Kent College of Law, J.D.

University of Houston, B.S.

As part of DiCello Levitt's mass tort practice group, Lamiaa Bitar advocates for people who have been injured or harmed by the negligent, reckless, or deceitful actions of individuals and corporations. Drawing on her background in biological and pharmaceutical sciences, Lamiaa brings an expert's perspective to litigation against some of the world's largest chemical, pharmaceutical, and cosmetics companies.

Prior to joining DiCello Levitt, Lamiaa served as a law clerk for an intellectual property and business services law firm, where she worked on e-commerce arbitration and litigation, trademark applications, and other complex matters involving patent law, intellectual property, and commercial litigation. She also previously served as a law clerk with in-house counsel for a construction services firm, where she conducted regulatory research and contract review, among other responsibilities.

Lamiaa is fluent in Arabic and English and studied pharmacy in her native Syria before moving to the United States. Before earning her law degree from the Chicago-Kent College of Law, Lamiaa worked as a clinical researcher in activity physiology at the University of Houston, where she earned a B.S. in biology.



**Noah Cozad**
Associate

**EMAIL**
ncozad@dicellolevitt.com

**EDUCATION**
University of Minnesota Law School, J.D.

University of Minnesota, B.A.

Noah is an associate in DiCello Levitt's New York office litigating antitrust class actions against some of the world's largest and most powerful companies across diverse industries, including technology, agriculture, and entertainment. Noah works hard to ensure consumers and businesses can recover from the harms caused by unlawful price-fixing and monopolistic conduct.

Noah has contributed to a number of cases, including multiple class actions brought against meat packing companies for alleged price fixing; a class action brought by pharmacies alleging inflated fees and conspiracy to restrain trade; and a class action against manufactured home community owners for alleged conspiracy to fix home lot rental prices.

In law school, Noah acted as a community mediator in disputes such as parenting and neighbor conflicts. After law school, he worked as a judicial clerk for a trial court judge in Minneapolis. In this position, Noah observed and was actively involved in a large variety of cases, from inception to trial. Noah has also represented clients pro bono, including one case against the federal government regarding an incarcerated individual denied necessary healthcare.



## Jonathan Crevier
Associate

**EMAIL**
jcrevier@dicellolevitt.com

**EDUCATION**
Benjamin N. Cardozo School of Law, J.D., *cum laude*

New York University, B.A., *magna cum laude*

Jonathan Crevier is an associate in DiCello Levitt's New York office. Jonathan prosecutes complex antitrust class actions on behalf of institutional investors, businesses, and consumers. He actively litigates cases against a number of the world's largest companies in antitrust matters involving alleged price-fixing, benchmark and commodities manipulation, pay-for-delay, and other anticompetitive practices.

Prior to joining the firm, Jonathan was an associate in a nationally-recognized competition and antitrust litigation group, where he represented plaintiffs in complex antitrust matters. He also previously served as a Judicial Intern for the Honorable Henry Pitman, U.S.M.J., in the District Court for the Southern District of New York.



**Sharon Cruz, CIPP/US**
Associate

**EMAIL**
scruz@dicellolevitt.com

**EDUCATION**
Indiana University Robert H. McKinney School of Law, J.D.

Indiana University-Purdue University at Indianapolis, B.A.

Sharon Cruz is a seasoned criminal prosecutor and investigator specializing in privacy compliance, data management, and cybercrimes. She has issued and enforced hundreds of subpoenas to Facebook, Google, and other major corporations in her cybercriminal investigations. Her expertise in prosecuting Internet crimes is buttressed by years of experience in the tech field, helping her educate stakeholders, law enforcement officers, and healthcare providers on cyber safety, blockchain technology, and the dark web.

In her previous position as Assistant Attorney General for the State of Illinois's High Tech Crimes Bureau, Sharon played a pivotal role in task forces aimed at combatting human trafficking. She has prosecuted numerous child sexual exploitation cases and argued precedent-setting points of tech privacy law as it intersects with criminal activity. As a Cook County Assistant State's Attorney, she tried hundreds of assault, sexual assault, theft, and DUI trials to verdict as first chair.

Sharon's portfolio of expertise also includes prosecuting environmental crimes. As Lead Counsel for Illinois in two state environmental investigations, she secured substantial fines for the State and Illinois citizens.

Sharon has delivered multiple presentations on cybersecurity and technology, including CCPA and Why You Care About It (2017 & 2018) and Legal Issues in Internet Crimes Against Children: ICAC Investigative Techniques (2017-2019). Sharon is also a member of the National Filipino American Lawyers' Association and National Asian Pacific American Bar Association.



**Elton H. Darby III**
Associate

**EMAIL**
edarby@dicellolevitt.com

**EDUCATION**
University of Alabama School of Law, J.D

University of Mississippi, B.A., *magna cum laude*

Elton Darby is an associate at DiCello Levitt's Birmingham, Alabama office. He believes authenticity, empathy, and understanding are critical to building trust and effectively advocating for his clients. With focus on mass tort, personal injury, and civil and human rights litigation, Elton puts his passion and experience to work for individuals who have suffered injury and injustice at the hands of others.

Prior to joining DiCello Levitt, Elton represented individuals, small companies, small financial institutions, and large corporations in business-related disputes, including general liability, workers' compensation, premises liability, and bankruptcy. He chose his current direction in representing individual clients because he wants to make a difference in the lives of the most vulnerable, rather than defending those with the most power.

Elton received his J.D. from the University of Alabama School of Law. During law school, he worked in the Civil Law Clinic helping students and local residents in West Alabama address legal issues that local law firms would not pursue. He also served as senior editor of the *Civil Rights and Civil Liberties Law Review*.



## Éviealle Dawkins
Associate

**EMAIL**
edawkins@dicellolevitt.com

**EDUCATION**
Howard University School of Law, J.D.

University of Maryland, College Park, B.A.

Éviealle Dawkins has developed deep personal perspectives on justice and responsibility that are foundational to her legal practice. As a DiCello Levitt associate, Éviealle applies her insight to litigation work on behalf of plaintiffs injured by civil or human rights abuses, environmental hazards, and other acts of corporate malfeasance. Prior to joining DiCello Levitt, Éviealle honed her litigation research skills on claims ranging from consumer protection and toxic tort to data and privacy.

While attending Howard University School of Law, Éviealle held an externship with the ADR Consortium Clinic at the Equal Employment Opportunity Commission, where she participated in mediations to resolve employment discrimination claims and assisted parties through the mediation and settlement process. She also served as a summer law clerk for the Maryland Office of the Attorney General's Thurgood Marshall Clerkship Program in the Civil Rights and Legislative Affairs Divisions. As a student attorney in her law school's Fair Housing Clinic, she represented low-income families in D.C. Landlord Tenant Court. A merit scholarship recipient, Éviealle was also a member of the Charles Hamilton Houston National Moot Court Team and served on the Executive Boards of the Student Bar Association and her professional membership organizations.

Between earning her bachelor's degree in English language and literature at the University of Maryland and enrolling in law school, Éviealle worked on electoral and issue-based campaigns as the Operations Director for a Washington D.C.-based political consulting firm. Éviealle served as a White House intern in Spring 2013. She also served as a Congressional Intern for U.S. Congressman Edolphus "Ed" Towns while completing her undergraduate studies.



**Hani Farah**
Associate

**EMAIL**

hfarah@dicellolevitt.com

**EDUCATION**

University of San Diego School of Law, J.D., *cum laude*

University of California, San Diego, B.A., *cum laude*

Hani Farah is a senior associate in DiCello Levitt's San Diego office and a part of the Securities and Financial Services Litigation practice. Hani advises investors who have suffered losses due to fraud in the securities markets and has nearly 10 years of experience litigating securities fraud class action cases. He also advises and represents institutional investors with respect to individual securities actions, providing investors with options for recovery of their investment losses outside of class actions.

Prior to joining DiCello Levitt, Hani practiced at two leading national securities litigation law firms and collaborated with and learned from some of the best securities fraud class action lawyers in the country. He has served on litigation teams that successfully prosecuted securities fraud class actions against corporations in the insurance, health care, and veterinary industries, securing tens of millions of dollars in settlements. He also played a critical role in the representation of institutional investors in numerous securities opt-out cases, including actions against Valeant Pharmaceuticals, American Realty Capital Properties, Teva Pharmaceuticals, and Symantec Corporation, among others. Additionally, Hani has significant experience advising investors on international securities matters, including shareholder actions in Europe, Asia, South America, and Australia.

Hani graduated *cum laude* from the University of California, San Diego, where he studied political science and history, before earning his law degree from the University of San Diego School of Law in 2015, also graduating *cum laude*.



**Joe Fouché III**
Associate

**EMAIL**

jfouche@dicellolevitt.com

**EDUCATION**

Thurgood Marshall School of Law, J.D.

Grinnell College, B.A.

With a diverse professional background that includes technology, public affairs, and project management, Joe Fouché III brings a unique skillset to his law practice. He couples this experience with a passion for fighting for those harmed by the negligence of others, human and civil rights violations, and discrimination, implementing an organized and effective litigation approach for his clients.

Prior to joining DiCello Levitt, Joe worked at a personal injury law firm. Most of his nearly five-year tenure at the firm occurred while simultaneously earning his law degree at Thurgood Marshall School of Law. At the firm, Joe served as a pre-litigation team manager.

Before pursuing a legal career, Joe worked in the public sector, including stints as an administrative associate at the City of Houston's Public Works Department and as a consultant with a public affairs firm, helping municipalities select and implement technology solutions. Joe also served as a project manager for charter schools' transportation logistics, worked as a legislative intern for a Florida state representative, and served as a legal intern for a probate court judge. While earning his bachelor's degree in political science at Grinnell College, Joe supported his father's campaigns for local governmental offices.



**Joseph Frate**
Associate

**EMAIL**
jfrate@dicellolevitt.com

**EDUCATION**
Case Western Reserve University
School of Law, J.D.

Ohio University, B.A., *cum laude*

Joe Frate's compassion, diligence, and effective communication result in successful case outcomes for his clients.

Joe received his J.D. from Case Western Reserve University School of Law (Case Western). During his time at Case Western, he was a member of the Milton Kramer Health and Human Trafficking Law Clinic, where he represented and assisted disenfranchised citizens in receiving Social Security benefits and criminal record expungements. Joe was also named to the Dean's list during his time at Case Western.

Prior to law school, Joe graduated from Ohio University, *cum laude*, where he was elected to serve as Commissioner for off-campus students for the University's Student Senate.



**Nicholas Horattas**
Associate

**EMAIL**
nhorattas@dicellolevitt.com

**EDUCATION**
Case Western Reserve School of Law, J.D.

University of Akron, B.A.

Nicholas "Niko" Horattas represents individuals as part of DiCello Levitt's Single Event, Mass Tort, and Class Action practice groups. He advocates for clients who have suffered injuries or harm caused by the wrongful conduct of others, including negligent individuals and corporations as well as unfair and deceptive business practices. He believes strongly that holding businesses accountable and is committed to helping his clients recover damages for injuries suffered at the hands of large corporations that have prioritized profits over their customers' and surrounding communities' well-being. Whether he is representing a single client or hundreds of clients in a mass or class action, Niko ensures that each client feels personally represented.

After earning a bachelor's degree in Corporate Finance and Business Administration at the University of Akron, Niko received his law degree from Case Western Reserve University School of Law where he was recognized as a Law and Leadership Scholar. During law school, he held a judicial clerkship and later served as certified legal intern at the Milton A. Kramer Law Clinic at Case Western Reserve. Prior to becoming an Associate at DiCello Levitt, Niko worked at the firm as a law clerk. He also previously served as a legal clerk for a medical malpractice law firm where he worked on cases involving the professional negligence of healthcare providers.



## Anna Laird
Associate

**EMAIL**
alaird@dicellolevitt.com

**EDUCATION**
Lewis and Clark Law School, J.D.

California Polytechnic State University – San Luis Obispo, B.S.

Anna Laird represents individuals, governmental entities, and corporate clients to hold accountable those who contaminate our environment and, through accountability, ensure the protection of human health. She has litigated cases in state and federal courts and administrative tribunals under numerous environmental statutes and regulations, including the Clean Air Act; the Clean Water Act; the Comprehensive Environmental Response, Compensation and Liability Act; and the Resource Conservation and Recovery Act.

Prior to joining DiCello Levitt, Anna counseled corporate clients on environmental regulatory compliance, assisted in environmental enforcement litigation at the U.S. Department of Justice and the Oregon Department of Justice, and served as a judicial extern to U.S. Magistrate Judge Stacie F. Beckerman in the United States District Court for the District of Oregon.

During law school, Anna was named an Environmental Law Fellow at Lewis & Clark Law School, served as a student board member of the Northwest Environmental Defense Center, and served as the Ninth Circuit review editor of Environmental Law Review.



**Jeremy Levine-Drizin**
Associate

**EMAIL**
jlevinedrizin@dicellolevitt.com

**EDUCATION**
Northwestern University Pritzker
School of Law, J.D., *cum laude*

Macalester College, B.A., *cum laude*

Jeremy Levine-Drizin is an associate focused on class action and products liability litigation based in DiCello Levitt's Chicago office. He represents people harmed by the negligent and deceptive actions of individuals and corporations.

Prior to joining DiCello Levitt, Jeremy worked as a judicial law clerk for Justice Mary L. Mikva of the Illinois Appellate Court. He also previously served as a law clerk in the Trial Division of the Public Defender Service for the District of Columbia.

He received his law degree from the Northwestern University Pritzker School of Law, where he was managing editor of the Journal of Criminal Law and Criminology and on the leadership board of the Public Interest Law Group (PILG).

Before earning his law degree, Jeremy lived in Mexico City, where he worked as an investigator for a nonprofit documentary production company. He earned his bachelor's degree from Macalester College, where he studied political science, history, and Latin American studies. He is a proficient Spanish speaker.



**Michelle Locascio**
Associate

**EMAIL**
mlocascio@dicellolevitt.com

**EDUCATION**
Chicago-Kent College of Law, J.D.

University of Wisconsin-Madison, B.A.

Michelle Locascio diligently works to protect consumers and individuals wronged by the malfeasance of big businesses and corporations. With her background in psychology, she is uniquely equipped to understand the needs of her clients because of her ability to actively listen, effectively communicate, and design creative legal strategies in the pursuit of justice.

Prior to joining DiCello Levitt, Michelle served as a Judicial Extern in the Circuit Court of Cook County, where she worked on a wide array of commercial matters. During law school, Michelle served as Executive Articles Editor for the *Chicago-Kent Law Review* and as a Legal Writing Teaching Assistant for first-year students. Michelle was also a member of Chicago-Kent's top-ranked Moot Court Honor Society, where she finished as a finalist in the 2020 National Health Law Moot Court Competition. Michelle additionally received a CALI Award for achieving the highest grade in Constitutional Torts and was named to the Dean's List during her time at Chicago-Kent.

Prior to law school, Michelle graduated from the University of Wisconsin-Madison with a degree in Psychology and a minor in Criminal Justice.



**Jordyn Parks**
Associate

**EMAIL**
jparks@dicellolevitt.com

**EDUCATION**
Case Western Reserve University
School of Law, J.D.

University of Cincinnati, B.S., *summa cum laude*

Jordyn Parks represents individuals and classes who have suffered injury and injustice due to police misconduct, corporate malfeasance, discrimination, and other wrongdoing. With a focus on civil and human rights, labor and employment, and class action litigation, Jordyn works to rectify racial, gender, and economic disparities and promote systemic change to advance the cause of equality.

While attending Case Western Reserve University School of Law, she honed her litigation skills through the Kramer Law Clinic's human trafficking and re-entry divisions, helping survivors of human trafficking seek justice against their abusers and assisting formerly incarcerated individuals with criminal record expungements. Also during law school, she was a member of the Black Law Student Association's Executive Board, where she crafted demands toward faculty and staff and advocated for changes to improve the experience of students of color at the law school. Prior to joining DiCello Levitt, Jordyn interned with the Cleveland Municipal Court and the Cuyahoga County Juvenile Court and served as an intern and a law clerk at several Cleveland-area law firms, including a civil rights and criminal defense firm, where she gained valuable experience in litigation involving wrongful imprisonment and other civil rights abuses.

In her capacity as an attorney and in her personal life, Jordyn strives to inspire and create a better world for future generations.



**Grant Patterson**
Associate

**EMAIL**
gpatterson@dicellolevitt.com

**EDUCATION**
Cumberland School of Law, J.D.

Troy University, B.S

Grant Patterson's practice focuses primarily on civil rights, mass tort litigation, and complex personal injuries. He advocates for those with diverse backgrounds and identities in cases involving widespread corporate injustices—from the sale of dangerously defective products to discriminatory employment practices—as well as government actors and institutions that target individuals based on their race, nationality, sexual orientation, gender identity, or religion.

Believing that every person deserves equal access to the rights, benefits, and privileges afforded to them under the law, Grant practices law to seek justice for all—especially communities that the legal justice system has historically left behind.

Prior to beginning his legal practice, Grant clerked at DiCello Levitt while in law school and served as executive editor for the *American Journal of Trial Advocacy, Vol. 46*. He also worked as a judicial intern for a federal judge in the U.S. District Court for the Northern District of Alabama, clerked at a prominent immigration firm, and served as a legislative intern in the Alabama House of Representatives.



**Adam Prom**
Associate

**EMAIL**
aprom@dicellolevitt.com

**EDUCATION**
The University of Texas School of Law, J.D.

Marquette University, B.A., *magna cum laude*

Adam Prom has contributed significantly to and led a variety of complex litigations that have resulted in settlements worth hundreds of millions of dollars, including class actions and multi-district litigation (MDLs).  He has represented consumers, small and large businesses, whistleblowers, and public entities in all manner of cases, including those involving consumer protection, privacy, product liability and automotive defects, environmental contamination, False Claims Act *qui tam*, and business disputes.  Adam's broad knowledge base and experience sets him apart and allows him to successfully traverse any practice area at the firm, all the while focusing on redressing harm caused by others' unscrupulous business practices.  Adam has represented consumers and businesses against industry titans like Google, Meta, CVS, Nissan, Navistar, and Peloton. He has been listed annually since 2019 as an Illinois Rising Star by *Super Lawyers*, and he is part of the firm's Cybersecurity & Privacy team, which Law360 recognized as "Group of the Year" *for* three consecutive years (2020-2022).

In addition to monetary recoveries for their clients, Adam also pursues important injunctive relief to correct business practices moving forward.  In one case, in addition to a settlement fund of $21 million, Adam served as part of a team that obtained an agreed injunction to ensure the humane treatment of animals.  In other cases involving privacy and cybersecurity, Adam and his colleagues are at the forefront of not only pursuing and obtaining large settlements but also the deletion of ill-gotten personal data and prevention of other personal intrusions.

Beyond his class action work, Adam has substantial trial experience in state and federal court, and he has successfully led and won multiple arbitrations for individual consumers and businesses, including a multi-day arbitration against a multi-billion dollar group of trusts.

Adam has demonstrated a commitment to public service, and is active in multiple legal advocacy organizations including Public Justice, the American Association for Justice, and other state and federal bar associations.  Adam also serves on the Chicago Bar Association's Judicial Evaluation Committee. He also volunteers his time to organizations that provide assistance to Africans denied due process including prisoners and those suffering from modern day slavery, and he has been a mentor for high school students at the Legal Prep Charter Academy in Chicago.



**Johnny Shaw**
Associate

**EMAIL**
jshaw@dicellolevitt.com

**EDUCATION**
Fordham University School of Law, J.D., magna cum laude

McGill University, B.A.

Johnny Shaw represents consumers in antitrust class action lawsuits involving price-fixing, monopolization, and other anticompetitive conduct. He has litigated cases against some of the most powerful companies in the pharmaceutical, technology, aerospace, and agriculture industries, among others.

He has contributed to a number of notable cases, including a class action brought against drug makers alleging anticompetitive conduct to delay entry of a generic version of a drug; an ongoing multidistrict litigation against a property management software company and real estate firms for allegedly colluding to inflate rental prices; class actions brought by pharmacies alleging inflated drug prices; and a class action against local television station owners for allegedly participating in a scheme to artificially inflate ad prices.

Johnny's professional experience in law began when he served as legal intern for Rhode Island Legal Services, where he assisted in the representation of indigent clients facing prison time for failing to pay child support. He worked as a paralegal before law school, including for two years as a litigation paralegal at the New York office of one of the world's largest law firms. He also served as a law clerk, investigating and developing antitrust class actions through the entire litigation process.

While gaining valuable legal experience as a paralegal and law clerk, Johnny attended evening classes to pursue his law degree. He graduated from Fordham University of School of Law, where he was a member of the Fordham Law Review and served as a research assistant to two law school professors.



**Anna Claire Skinner**
Associate

**EMAIL**
askinner@dicellolevitt.com

**EDUCATION**
Vanderbilt University Law School, J.D., Order of the Coif

Washington and Lee University, B.A., *cum laude*

Anna Claire represents governmental entities, individual consumers, and corporate clients, with the primary purpose of the protection of human health and the environment. She has litigated cases in both administrative tribunals and state and federal court from inception through settlement and trial. She has experience with numerous environmental statutes and regulations, including the Clean Water Act, the Clean Air Act, the Comprehensive Environmental Response, Compensation and Liability Act, the Emergency Planning and Community Right-to-Know Act, and the Resource Conservation and Recovery Act.

Anna Claire is part of the DiCello Levitt team working with several states in investigating and addressing poly- and perfluoroalkyl substance (PFAS) contamination. DiCello Levitt's PFAS team, along with other Special Assistant Attorneys General and the Illinois Attorney General, most recently filed a lawsuit against 3M for PFAS contamination from its facility in Cordova, Illinois. Cases involving these "forever chemicals" will have wide-reaching implications for state governments and their residents.

Anna Claire also works with communities that have been impacted by years of exposure to polluted air, water, and soil. Recently, Anna Claire and DiCello Levitt's environmental team joined with co-counsel in representing several residents and former residents of Union, Illinois in filing suit against companies responsible for polluting the groundwater with carcinogenic chlorinated solvents. Anna Claire is also part of the team leading a class action on behalf of the residents of Rockton, Illinois and surrounding communities for property damages they sustained following a catastrophic fire at a local chemical factory.

In addition to her environmental work, Anna Claire also helps clients develop and maintain safety and health programs that meet all of the Occupational Safety and Health Administration's ("OSHA") regulatory requirements and ensure all employees enjoy safe and healthful workplaces. She regularly counsels clients when compliance and litigation questions arise under OSHA.

Outside of the office, Anna Claire continues her work on environmental-related issues by serving as co-chair of the Kentucky Bar Association's Environment, Energy, and Natural Resources section. She also focuses on giving back to her community through her participation on the executive committee of the Living Arts and Science Center Board of Directors.



Peter is a tireless advocate for clients in and out of the courtroom. He began his career in the public sector, litigating cases on behalf of the government and later representing individuals against the government. He leverages this experience to protect the interests of individuals, businesses, and public entities in a wide range of disputes.

As a graduate of the Trial Lawyer's College and a contributing member of DiCello Levitt's Trial Center, Peter has had repeated success using focus group analysis to distill even the most complex of cases into stories that judge and jury can understand and apply, which has resulted in positive outcomes for clients in a wide variety of disputes.

## Peter Soldato
Associate

**EMAIL**
psoldato@dicellolevitt.com

**EDUCATION**
University of Chicago Law School, J.D.

Butler University, B.A.



**Matthew Stombaugh**
Associate

**EMAIL**
mstombaugh@dicellolevitt.com

**EDUCATION**
University of Memphis, Cecil C.
Humphreys School of Law, J.D.

Bryan College, B.A.

For Matt Stombaugh, the first step in advocating for a client is listening to them. This client focused approach allows him to better understand and convey his clients' stories to decisionmakers in a way that empowers and emboldens them to act on his clients' behalf.

Matt has spent the entirety of his legal career fighting for justice in all dimensions for injured people and their families. He has helped resolve hundreds of cases for clients injured as result of others' negligence and has experience litigating complex trucking and medical malpractice cases, including those involving catastrophic injury and wrongful death.

Matt is a proud member of the Academy of Truck Accident Attorneys (ATAA) and a graduate of the ATAA's trucking litigation course taught by Lew Grill and Joe Fried—two of the nation's premier trucking experts. In addition to the ATAA, Matt is also a member of the Trial School—a non-for-profit advocacy group focused on providing free trial advocacy training for lawyers who represent people and groups fighting for social justice.



**Blake Stubbs**
Associate

**EMAIL**
bstubbs@dicellolevitt.com

**EDUCATION**
Drake University Law School, J.D.

Washington University, B.A., *cum laude*

An experienced trial attorney, Blake Stubbs focuses his practice on product defect class actions, particularly those involving the automotive industry. He has also represented people who suffered harm from civil rights violation, sex abuse, automobile accidents, fraud, discrimination, and other types of injuries.

Blake uses the power of class actions to make injured people whole and to hold businesses, the government, and other entities accountable for misconduct, such as concealing product defects, fraud, and failing to protect people's privacy.

Blake is also passionate about defending, upholding, and seeking justice for people whose civil rights are violated by the government. His dedication to this is exemplified by his service as a Vice Chair on the Civil Rights Committee of the Chicago Bar Association Young Lawyers Section.

Prior to joining DiCello Levitt, Blake practiced at two law firms and served as an Assistant State's Attorney for the Boone County State's Attorney's Office. He gained valuable courtroom experience early in his career by prosecuting traffic, DUI, and criminal misdemeanor cases.



**James Ulwick**
Associate

**EMAIL**
julwick@dicellolevitt.com

**EDUCATION**
Loyola University Chicago, J.D., *cum laude*

Kenyon College, B.A.

James Ulwick is an associate in DiCello Levitt's Chicago office with experience litigating complex commercial cases and actions involving serious injuries. He represents individuals, businesses, and public entities in a wide range of disputes, protecting their interests in state and federal courts across the country.

Prior to joining the firm, James was an insurance defense attorney, representing individuals, corporations, and local municipalities through all stages of litigation.

He has successfully argued for the dismissal of several suits, including their subsequent appeals in multiple state courts of appeal, and has successfully obtained favorable resolutions for his clients through dispositive motions, mediation, and settlement. While this experience was valuable, James joined the firm because he wanted to pivot his focus from defending insurance companies to protecting consumers and those injured by corporate malfeasance.

Outside of the office, James has focused on assisting in the development of the next generation of trial and appellate litigators by coaching the Loyola University Chicago National Health Law Moot Court Team.



**Julia Veeser**

Associate

**EMAIL**
jveeser@dicellolevitt.com

**EDUCATION**
Chicago-Kent College of Law, J.D., *cum laude*

University of Michigan, B.A.

A lifelong advocate for others, Julia Veeser understands the importance of putting clients' needs at the forefront of legal problem solving. With a focus in data privacy and commercial litigation, Julia strives to promote honest business practices and enhance corporate transparency through strategic advocacy and efficient communication.

While in law school, Julia was a notes and comments editor for the *Chicago-Kent Law Review* and served as an executive board member for Chicago-Kent's Moot Court Honor Society. As a CALI Award recipient in privacy law and a Dean's List honoree, Julia's devotion to legal excellence brought her to DiCello Levitt, where she worked as a law clerk before beginning as an associate attorney.

Julia also graduated from the University of Michigan with a double major in political science and Spanish. On top of balancing a rigorous academic schedule, Julia participated in varsity athletics, where she achieved two national cheerleading championships and was a four-time U-M Athletic Academic Achievement Award recipient.



## Elizabeth Paige White
Associate

**EMAIL**
pwhite@dicellolevitt.com

**EDUCATION**
University of Florida, Levin College of Law, J.D.

Temple University, B.A.

Paige White's practice currently focuses on civil rights, police brutality, and wrongful death cases. Paige began her career in public service, working as a public defender at the Neighborhood Defender Services of Harlem in New York City, where she handled hundreds of charges from felony narcotics to violent crimes. She later joined the Public Defender Service for the District of Columbia, defending adults and juveniles on serious felony cases, including violent sexual assault and homicide. While working for the Public Defender, she successfully argued a series of writs of habeas corpus over the conditions at the D.C. Central Detention Facility, which subsequently lead to the immediate release of a number of individuals.

Recently, the Bar Association of the District of Columbia named Paige "2022 Young Lawyer of the Year." She is the current President of the Young Lawyer's Division of the Bar Association of the District of Columbia, and is a proud member of Alpha Kappa Alpha Sorority Incorporated, Trial Lawyers for the District of Columbia, and the National Bar Association. She earned her J.D. from the University of Florida's Frederic C. Levin College of Law (UF), where she was the only woman that year to be included in the UF Trial team's "Final Four." During law school, she interned for Congresswoman Frederica Wilson, for whom she created a national campaign to support kidnapped Nigerian schoolgirls. Paige holds a bachelor's degree from Temple University in political science and sociology with a Spanish minor.



**DICELLO LEVITT**

BIRMINGHAM
205.855.5700

CHICAGO
312.214.7900

CLEVELAND
440.953.8888

NEW YORK
646.933.1000

SAN DIEGO
619.923.3939

WASHINGTON, DC
202.975.2288

www.dicellolevitt.com