EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Master Docket No.: 23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO: ALL CASES | |

**DECLARATION OF ELIZABETH A. FEGAN IN SUPPORT OF APPOINTMENT TO PLAINTIFFS EXECUTIVE COMMITTEE**

I, Elizabeth A. Fegan, declare as follows:

1. I am the Managing Member and founder of Fegan Scott LLC. I have nearly 30 years of experience representing plaintiffs in complex and class action litigation and have successfully prosecuted similar cases. After 15 years as founding and Managing Partner of Hagens Berman's Chicago office, I founded Fegan Scott in May 2019. Attached hereto as **Exhibit 1** is the firm resume for Fegan Scott LLC.

2. I have successfully led nationwide class actions, been recognized by courts throughout the country for my experience and been appointed by federal and state courts to Special Master teams overseeing class actions. And in its relatively short existence, Fegan Scott has already achieved significant recoveries on behalf of consumers. Fegan Scott was recently named Law Firm of the Year in the consumer protection category at *The National Law Journal*'s 2023 Elite Trial Lawyers Awards.

3. Since Fegan Scott was founded in 2019, I have served as Lead Counsel in significant consumer class actions, including multiple highly publicized MDLs.

1

4.  I am currently serving as Class Counsel in *In re Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2873 (D.S.C.) (the "PFAS MDL"). The action concerns class claims on behalf of Public Water Systems that major chemical companies contaminated drinking water with 'forever chemicals' known as PFAS. In August 2023, Judge Gergel granted preliminary approval of two class action settlements in excess of $13.5 billion against certain PFAS manufacturer defendants.

5.  I am also serving on the Plaintiffs' Consumer Class Action Leadership Committee in *In re Kia Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation*, MDL No. 3052 (C.D. Cal.). The MDL concerns nearly ten million Hyundai and Kia vehicles that allegedly suffer from a defect that made them prone to a nationwide theft epidemic. On October 31, 2023, Judge Selna granted preliminary approval of a class settlement that is valued at more than $200 million.

6.  I was also appointed Co-Lead Counsel in *In re Tiktok, Inc., Consumer Privacy Litigation*, MDL No. 2948 (N.D. Ill.). In *TikTok*, on August 22, 2022, Judge Lee granted final approval of a groundbreaking $92 million settlement for consumers who use the app. The settlement is one of the largest privacy class action settlements ever achieved.

7.  I also served as Co-Lead Counsel in *Zakikhani, et al. v. Hyundai Motor Company*, et al., 8:20-cv-01584-SB-JDE, ECF No. 130 (C.D. Cal.), concerning a potentially deadly defect that causes spontaneous engine compartment fires in over three million Hyundai and Kia vehicles, across dozens of models and over a decade of production model years. The court granted final approval of a settlement valued in excess of $650 million on May 10, 2023.

8.  While at Hagens Berman, I was appointed by Your Honor as Co-Lead Counsel, along with Michael A. London of Douglas & London, P.C, in *In re Bayer Corp. Combination*

2

*Aspirin Products Marketing and Sales Practices Litigation*, MDL No. 2023 (E.D.N.Y.) (the "Aspirin MDL"). This Court approved a robust settlement which provided relief to approximately 700,000 class members.

9. I was also part of the Co-Lead Counsel team in *In re NCAA Student-Athlete Concussion Injury Litigation*, No. 1:13-cv-9116 (N.D. Ill.), which resulted in an historic nationwide class settlement on behalf of four million current and former NCAA student-athletes comprised of a $70 million, 50-year medical monitoring program to diagnose the short- and long-term effects of concussions and the accumulation of subconcussive hits.

10. Additional non-exhaustive examples in which I led the prosecution include a series of class actions against insurance companies that sold equity-indexed deferred annuities that targeted, but were inappropriate for, senior citizens. These cases led to numerous settlements, *e.g.*, American Equity Senior Annuities Fraud MDL (C.D. Cal.) ($129 million settlement) and Midland Senior Annuities Fraud MDL (C.D. Cal.) ($79.5 million settlement). I was also appointed Class Counsel and Liaison Counsel in *In re Stericycle, Inc., Sterisafe Contract Litig.*, MDL No. 2455, No. 13-cv-5795, where we received final approval of a $295 million class settlement.

11. Throughout my career, I have demonstrated an unsurpassed ability to work cooperatively with counsel on both sides of the *v*. When *sua sponte* appointing me as Co-Lead Counsel in *In re TikTok, Inc.,* the Hon. John Z. Lee remarked that "Ms. Fegan demonstrated to me during her work in the NCAA Student-Athlete Concussion MDL that she is very astute, hard-working and, perhaps most important of all in this circumstance, fair and level-headed."

12. In my frequent appointments as class counsel and on leadership teams, I have worked with most of the plaintiffs' counsel in this litigation. As noted above, I and Mr. London previously served as Co-Lead Counsel in the Aspirin MDL before Your Honor. Since then, we

3

have continued our productive relationship, including working together as Class Counsel in the PFAS MDL, which resulted in historic multi-billion-dollar settlements.

13. Through my experience, I understand the level of dedication required to successfully litigate a complex consumer action affecting millions of people such as this one. While I have significant experience in serving as Lead Counsel in an MDL (discussed above), I have the time to make the commitment necessary here. In preparation for the Court's leadership decision, I, individually, and Fegan Scott, as a whole, have ensured our availability to commit the time, as well as finances, required in this litigation.

14. Other Fegan Scott attorneys who will be involved in this Litigation include Jonathan D. Lindenfeld (Of Counsel) and Cynthia Park (Associate).[1] Each of these attorneys is a native New Yorker that went to school and built their careers in New York. Mr. Lindenfeld opened Fegan Scott's New York office in 2020 and lives within walking distance of this courthouse. Mr. Lindenfeld played integral roles in *Zakikhani* and the *Kia Theft* MDL, and currently serves on the Plaintiffs' Executive Committee in *Mackie et al v. American Honda Motor Co., Inc. et al.*, No. 2022-cv-00736 (D. Minn.), representing millions of Honda vehicles suffering from an engine defect. Since 2020, Mr. Lindenfeld has been named to the Super Lawyers' New York Metro Rising Stars list. Ms. Park joined Fegan Scott's New York office in January 2023. Ms. Park has a broad range of experience in civil litigation, encompassing financial frauds, breach of contract, civil RICO, defamation, complex real estate, and other high stakes matters. Ms. Park previously served as a legal extern with the U.S. Attorney's Office, Southern District of New York, Criminal Division, and the Financial Industry Regulatory Authority (FINRA).

---

[1] The background and experience of all Fegan Scott attorneys are summarized in Fegan Scott's firm resume, attached as Exhibit 1.

4

15. Finally, throughout my career I have sought to be a positive example as a female attorney amongst the sea of male attorneys who typically dominate leadership appointments in nationwide class actions. My appointment to the Plaintiffs' Executive Committee in this Litigation would allow for diversity amongst leadership, while simultaneously guaranteeing that the Litigation is led by an eminently qualified attorney.

*     *     *

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 28, 2023

_____
Elizabeth A. Fegan

5

# Exhibit 1



# FIRM RESUME

FeganScott LLC is a nationwide class-action law firm dedicated to helping victims of consumer fraud, antitrust violations, toxic torts, sexual abuse, and discrimination, while also addressing community-driven legal needs. Established in 2019 and growing at a quick, but concerted pace, the firm has offices in Chicago, New York, Denver and Pittsburgh.

Built on core values of justice, integrity, and excellence, FeganScott isn't simply another law firm. It's a passionate group of skilled lawyers who put clients first – fighting to impose accountability and enact global change. With the success of founder Elizabeth A. Fegan and experience of seasoned civil and commercial trial attorney Timothy A. Scott, the firm's legal industry veterans have recovered more than $1 billion for clients. More information regarding the firm and its current cases can be found at [www.feganscott.com](www.feganscott.com).

## ATTORNEY BIOGRAPHIES

## **Managing Members**

### Elizabeth A. Fegan (Chicago)

Founder and Managing Member Elizabeth Fegan fights for victims of sexual abuse, discrimination, consumer fraud, antitrust violations, toxic torts, and other offenses. In 27 years practicing law, Beth has recovered more than $1 billion for her clients nationwide.

Beth is on the vanguard in the legal battles surrounding sexual assault, abuse, and harassment. In 2022, Beth represented the First Partner of California in connection with her testimony against Harvey Weinstein in the criminal trial in the Superior Court of California (County of Los Angeles). In addition to working on the front lines of the #MeToo movement, Beth has successfully led antitrust, consumer protection, and commercial class actions. Several examples follow:

> *In re Aqueous Film-Forming Foams Products Liability Litigation* (D.S.C.): Beth was appointed Class Counsel for classes of Public Water Systems in two separate cases alleging chemical manufactures 3M Corporation and DuPont were liable for contamination of public water systems with "forever chemicals." In August 2023, the court granted



preliminary approval of a settlement in the 3M case is valued at $10.5-$12.5 billion and a settlement with the DuPont defendants estimated at $1.185 billion.

*Hyundai-Kia ABS Module Litigation* (C.D. Cal): Beth was appointed Co-Lead Counsel in an automobile defect class action relating to a defect in a vehicle component that would cause the vehicle to spontaneously erupt in flames. The parties reached a settlement on behalf of an estimated three million class members, which was granted final approval in May 2023. The settlement is valued at a minimum of $326 million and may exceed $650 million.

*In re Kia-Hyundai Vehicle Theft Litigation*, MDL No. 3052 (C.D. Cal): Beth was appointed Co-Lead Counsel for consumers in an automobile defect class action relating to the nationwide epidemic of stolen Kia and Hyundai vehicles. On October 31, 2023, Judge Selna granted preliminary approval of a settlement valued in excess of $200 million, covering approximately nine million class vehicles.

*In re Tiktok, Inc., Consumer Privacy Litigation*, MDL No. 2948 (N.D. Ill.): Beth was appointed *sua sponte* as Co-Lead Counsel and achieved an historic $92 million settlement in that case. The settlement, which received final approval in 2022, was one of the largest ever achieved in a consumer privacy class action lawsuit.

*NCAA Student-Athlete Concussions* (N.D. Ill.): Beth prosecuted class claims as part of the Lead Counsel team against the NCAA for negligence due to lack of an enforceable concussion management protocol. Result: Settlement providing for the implementation of protocols that meet best practices, and the establishment of a $75 million, 50-year medical monitoring program for all current and former student-athletes.

*Multi-Year Grants-in-Aid (athletic scholarships)* (S.D. Ind.): In a series of antitrust class actions, Beth prosecuted antitrust claims against the NCAA based on the prohibition of multi-year grants-in-aid (GIAs) which, together with caps on the number of GIAs per team, worked to the detriment of student-athletes. Result: the NCAA lifted the ban on multi-year GIAs.

*USC Student Health Center Sexual Abuse* (C.D. Cal.)*:* In this Title IX and negligence action for sexual abuse by a university gynecologist of thousands of students, Beth was part of the lead counsel team for the nationwide class. The parties reached a $240 million settlement, which received final approval in 2020.

*Senior annuities consumer protection class actions*: In a series of class actions against insurance companies that sold equity-indexed deferred annuities that targeted, but were inappropriate for, senior citizens, Beth was appointed to lead counsel and executive committee positions. These cases led to numerous settlements, *e.g.*, American Equity



www.feganscott.com

Senior Annuities Fraud (C.D. Cal.) ($129 million settlement) and Midland Senior Annuities Fraud (C.D. Cal.) ($79.5 million settlement).

*Baby Products Antitrust* (E.D. Pa.): As co-lead counsel for a class of consumers overcharged for high-end baby products (e.g., strollers, highchairs) as the result of a price-fixing conspiracy between Babies 'R Us and baby product manufacturers, Beth and the team achieved a $35 million settlement after class certification was granted, summary judgment denied, and on the eve of trial.

*In re Stericycle, Inc., Sterisafe Contract Litig.* (N.D. Ill.): As local counsel and part of the lead counsel team, Beth prosecuted this breach of contract class action on behalf of customers whose subscription charges were increased without approval over time. The $295 million settlement received final approval in 2018.

*Pre-Filled Propane Tank Marketing and Sales Practices* (W.D. Mo.): As co-lead counsel for a class of consumers who purchased propane tanks for barbecues, Beth prosecuted this antitrust class action against the two dominant manufacturers who engaged in price fixing. The case settled for a $35 million common fund.

*Nexium Pharmaceutical Antitrust Fraud* (Mass.): After class certification, Beth was appointed to the lead trial team to try antitrust claims on behalf of Massachusetts payors for Nexium. This single-state case settled the night before trial for $20 million.

Beth also fights for women in her own profession. She authored "An Opportunity or Landmine: Promoting Gender Diversity From the Bench" (The Federal Lawyer, May 2016) and participated in The Duke Judicial Law Center's Distinguished Lawyers conference on "Guidelines and Best Practices Addressing Chronic Failure to Diversify Leadership Positions in the Practice of Law."

Prior to founding FeganScott, Beth launched the Chicago office of Hagens Berman Sobol Shapiro, where she grew the firm significantly during her 15 years of leadership as managing partner. Before that, she was partner at The Wexler Firm in Chicago, where she launched her plaintiffs'-side career as interim managing partner.

Additionally, as an associate at Shefsky & Froelich in Chicago, Beth served in several local government appointments, including positions as special assistant corporation counsel to the City of Chicago, the Chicago Park District, and the Public Building Commission of Chicago. She also served on special master teams in federal and state court class actions, including with the Hon. Wayne Andersen (ret.), Northern District of Illinois. From 2001-2004, Beth taught legal writing at her alma mater, Loyola University Chicago School of Law.



www.feganscott.com

**Timothy A. Scott (Chicago)**



Timothy Scott is a founding member of FeganScott with more than two decades of experience. He has advocated on behalf of a wide range of clients, from individuals in catastrophic personal injury cases to classes of consumers and corporate defendants in highly complex, multi-district litigation.

As a partner, Tim serves many corporate clients in commercial litigation matters involving breaches of contracts, deceptive business practices, defaults in financing and security agreements, and breaches of representations and warranties.

Tim has extensive experience in class action litigation including cases involving antitrust and consumer fraud, often serving as lead or co-lead counsel in these complex cases.



www.feganscott.com

**Counsel**

## Melissa Ryan Clark (New York)



Melissa Ryan Clark, Of Counsel at FeganScott, has spent her entire career representing plaintiffs in class action and complex litigation. She is a dedicated and dynamic attorney, with a reputation for streamlining complex issues to achieve the best results for her clients as efficiently as possible.

Melissa has a broad range of class action experience, having represented consumers in data privacy, data breach, consumer fraud, and securities cases against data and tech giants like TikTok, Facebook, Inc., Google, Apple, Inc., Equifax Inc., and RCN Corp., as well as publicly traded companies in other industries.

In addition to her class action work, Melissa has represented businesses and municipalities in complex commercial litigation. She has represented an alternative energy company in an accounting negligence case against PricewaterhouseCoopers, a foreign investment fund in an action against Fidelity National Title Insurance Company, and municipalities in Fair Housing Act litigation against Wells Fargo, HSBC, and Bank of America.

Melissa has also been recognized for her experience and skill in spearheading discovery in complex matters. She was part of the court-appointed teams that oversaw offensive discovery and ESI issues in *In re Apple, Inc. Device Performance Litigation* (N.D. Cal.) and *In re Equifax, Inc. Customer Data Breach Litigation* (N.D. Ga.). In early 2020, Legal 500 named her a "Next Generation Partner" in eDiscovery. Melissa was one of only three lawyers — and the only plaintiffs' attorney — to receive this honor.

Prior to joining FeganScott in June 2020, Melissa was a partner at a boutique litigation firm in New York and at Milberg, a national class action firm. Before that, she was an associate for a securities litigation firm in its New York, NY and New Orleans, LA offices.

Melissa earned her Juris Doctor from Tulane University Law School, where she was on the Moot Court Board and served as a Senior Fellow for Legal Research and Writing. She also attended UC Berkeley Law School where she was on the *California Law Review* and received High Honors in Securities and Class Action Litigation. She earned her Bachelor of Science in International Affairs from Florida State University.

During law school, Melissa completed judicial externships with the Honorable Jerry Brown, Chief Judge of the United States Bankruptcy Court, Eastern District of Louisiana and the Honorable Jay C. Zainey of the United States District Court, Eastern District of Louisiana. She was also a faculty writing instructor at Tulane University's Freeman School of Business and completed a summer



www.feganscott.com

clerkship with the San Francisco District Attorney's Office under then-District Attorney Kamala Harris.

Crain's New York Business named Melissa among "Notable Women in Law 2021." *Benchmark Litigation* has twice named Melissa to the "40 & Under Hot List." She was recognized by *The Legal 500* as a "Next Generation Partner" and "Recommended Lawyer" in Dispute Resolution: e-Discovery. And she has been named to the New York *Super Lawyers* "Rising Stars" list each year since 2011.

**CASE HIGHLIGHTS**

*In re Tiktok, Inc., Consumer Privacy Litigation* (N.D. Ill.): Prosecuted claims in this class action alleging nationwide violations of privacy laws and violations of the Illinois Biometric Information Privacy Act. ($92 million settlement).

*In re Apple, Inc. Device Performance Litigation* (N.D. Cal.): Oversaw offensive discovery and ESI issues with committee co-chair and lead counsel in this 50-state class action stemming from Apple's alleged throttling of its iPhone devices. (Over $300 million settlement pending final approval).

*In re Equifax, Inc. Customer Data Breach Litigation* (N.D. Ga.): Served as an integral member of the team overseeing offensive discovery and ESI issues in this nationwide data-breach class action. (Settlement valued over $1 billion).

*Torres, et al. v. Wendy's International, LLC* (M.D. Fl.): Served as class counsel in this nationwide data breach class action. ($3.4 million settlement).

*In re ARIAD Pharm., Inc. Sec. Litig.* (D. Mass.): Co-lead counsel in this securities class action against a publicly traded pharmaceutical company. Led briefing that resulted in First Circuit's reversal of the district court's dismissal. ($3.5 million settlement).

*Ener1 v. PricewaterhouseCoopers*: Successfully represented a formerly public alternative energy company against PricewaterhouseCoopers in an accounting negligence case. (Substantial confidential settlement).



www.feganscott.com

## Lynn A. Ellenberger (Pittsburgh)



Throughout her career, Lynn A. Ellenberger, Of Counsel at FeganScott, has challenged violations of civil and constitutional rights. At FeganScott, she fights for victims of sexual abuse and harassment, demands accountability for consumers injured or defrauded by large corporations, and represents individuals alleging employment discrimination and other civil rights violations. She also represents criminal defendants challenging their convictions in federal habeas corpus proceedings and appeals.

Before establishing FeganScott's Pittsburgh office, Lynn was an Assistant Federal Public Defender in the Western District of Pennsylvania. She represented clients on death row and those serving near-life prison sentences. She obtained one client's release from prison after serving 28 years for an unconstitutional conviction. Her former client is on the National Registry of Exonerations. She also succeeded in overturning a death sentence for an intellectually disabled client and reversing a death sentence of a profoundly mentally ill client. Then and now, Lynn's passion to provide skilled legal representation to those unable to afford it has resulted in life-changing victories for her clients.

Prior to serving as an Assistant Federal Public Defender, Lynn was a partner at the Chicago law firm of Shefsky & Froelich where she represented businesses and governmental agencies in trial and appellate proceedings. After law school, Lynn was law clerk to Honorable Maurice B. Cohill, Jr. of the United States District Court, Western District of Pennsylvania.

Lynn received her law degree from Vanderbilt University School of Law where she was awarded the Junius I. Allison Prize for Public Interest Work. Lynn graduated Phi Beta Kappa and *magnum cum laude* with honors from the Economics department from Washington and Jefferson College. Today she serves on W&J's Pre-Law Advisory Committee.

Lynn is a sought-after speaker and author on topics that include sexual abuse, mental illness, intellectual disabilities, the death penalty, and appellate practice. Lynn is an avid tennis player and organizes tennis community service events that provide free tennis racquets and instruction to local children. Lynn is also Vice President of the United States Tennis Association's Middle States' Allegheny Mountain District Council.



www.feganscott.com

## Jonathan D. Lindenfeld (New York)



Jonathan Lindenfeld, Of Counsel at FeganScott, has developed an impressive record representing victims of consumer and securities frauds in class actions against some of the largest Fortune 500 companies in the financial, pharmaceutical, and automotive industries.

Jonathan was an integral part of the Lead Counsel team in *Zakikhani, et al. v. Hyundai Motor Company, et al.*, 8:20-cv-01584-SB-JDE (C.D. Cal.), which concerned a potentially deadly defect affecting millions of Hyundai and Kia vehicles, across dozens of models and over a decade of production model years. After several years of hard-fought litigation, FeganScott was able to achieve a settlement with the defendants on behalf of approximately three million class vehicle owners and lessees. When granting preliminary approval of the settlement, Judge Blumenfeld noted that the settlement was "comprehensive" and without "any obvious deficiencies." The settlement is valued at a minimum of $326 million and may exceed $650 million.

Jonathan continues to litigate automobile defect class actions against the most popular car manufacturers in the world, including Hyundai, Kia, Honda, and Ford. In April 2023, Jonathan was appointed to the Plaintiffs' Executive Committee in *Mackie et al v. American Honda Motor Co., Inc. et al.*, No. 2022-cv-00736 (D. Minn.), an automobile class action representing millions of Honda vehicles suffering from an engine defect.

Jonathan's prior experience includes securities litigation and shareholder derivative litigation while representing individual and institutional investors. Joining FeganScott in 2020, Jonathan opened the firm's New York City office.

Before joining FeganScott, Jonathan was an associate at the New York-based firm Pomerantz LLP, where his practice focused on federal securities litigation. At Pomerantz, Jonathan litigated cases against some of the largest generic pharmaceutical companies in the United States, arising from their alleged anticompetitive practices. Jonathan has worked alongside economic and legal experts to obtain numerous precedent-setting decisions, which have paved new avenues of relief for damaged investors.

Jonathan earned his Juris Doctor from Hofstra University School of Law, where he graduated *cum laude* with an honors business law concentration and interned at the U.S. Attorney's Office, Eastern District of New York. He was also an editor for the Hofstra Law Journal of International Business and Law. After law school, Jonathan was an associate at Levi & Korsinsky LLP. Jonathan earned his bachelor's degree in economics from Queens College.



www.feganscott.com

Jonathan has been named to the New York *Super Lawyers* "Rising Stars" list each year since 2020.

Jonathan is licensed in the states of New York and New Jersey; Southern, Eastern, and Northern Districts of New York; District of New Jersey; Eastern District of Michigan; and U.S. Courts of Appeals for the Third and Tenth Circuits.

## Associates

### Cynthia Park (New York)



Cynthia Park is an associate in FeganScott's New York office. In this role, she helps prosecute class action cases across the firm's practice areas, with a focus on consumer fraud. Cynthia draws from her broad experience in commercial litigation, encompassing financial frauds, breach of contract, civil RICO, defamation, complex real estate, and other high stakes matters.

Prior to joining FeganScott, Cynthia was an associate at Brown Rudnick LLP. There, she represented a variety of business and investment entities in civil matters. She also represented clients on a pro bono basis in housing court against the NYC Housing Authority. Prior to Brown Rudnick, Cynthia was an associate at Epstein Becker & Green, P.C., where she focused on employment litigation.

Cynthia earned her Juris Doctor from Cardozo School of Law. While in law school, Cynthia completed externships with United States Attorney's Office, Southern District Of New York, Criminal Division, Securities Fraud and Narcotics, and the Financial Industry Regulatory Authority (FINRA). She earned her Bachelor of Arts degree in psychology from New York University.

### Megan Shannon (Chicago)



Megan Shannon is an associate attorney in FeganScott's Chicago office. In this role, she helps prosecute class action cases across the firm's numerous practice areas, with particular attention on data privacy.

Prior to joining FeganScott, Megan was an associate attorney with Stephan Zouras LLP, where she started as a law clerk in 2017.

After starting as an associate attorney in 2019, Megan independently managed over 30 complex class action cases, most of which focused on Illinois Biometric Information Privacy Act (BIPA) claims and wage and hour matters under the Fair Labor Standards Act. Through her BIPA practice, Megan gained invaluable experience litigating matters of first impression, including assisting in various appeals to the Seventh Circuit and Illinois Appellate Court.



www.feganscott.com

Megan earned her Juris Doctor from Chicago-Kent College of Law, where she graduated cum laude with a certificate in Workplace Litigation and Alternative Dispute Resolution. During her time at Chicago-Kent, Megan held the position of student editor for the Employee Rights and Employment Policy Journal and served as a fundraising event chair for the Kent Justice Foundation. As a law student, Megan interned in the City of Chicago Legal Department's Labor Division. She earned Bachelor of Arts degrees in political science and international studies from Loyola University Chicago.

Megan is admitted in Illinois and to the United States District Courts for the Northern, Central, and Southern Districts of Illinois.

## Paige Smith (Chicago)



Paige Smith is an associate at FeganScott's Chicago office, supporting class action litigation across the firm's practice areas, with a particular focus on data privacy, consumer protection, and antitrust matters.

Prior to joining the FeganScott team in 2023, Paige was an associate at a prominent complex-litigation firm, where her practice focused on federal and state data privacy, consumer protection, and antitrust class action cases. Paige also has extensive experience successfully litigating class, collective, and individual litigation on behalf of plaintiffs asserting unpaid wages, employment discrimination, and retaliatory discharge claims.

Paige earned her Juris Doctor cum laude from Chicago-Kent College of Law. While obtaining her degree, she externed for the Honorable Franklin U. Valderrama, Circuit Court Judge for Cook County. She also served as the Executive Notes & Comments Editor for the Chicago-Kent Law Review. Paige received a Bachelor of Arts degree in political science with honors in the liberal arts from the University of Wisconsin-Madison.

## Yujin Choi (Denver)



Yujin Choi joined FeganScott as an associate in 2023 after previously serving as a deputy district attorney for the Denver District Attorney's Office. She supports case work across the firm's practice areas, with a focus on sexual abuse and assault.

In her role with the Denver District Attorney's Office, Yujin specialized in felony domestic violence crimes, crimes against children, including physical and sexual assaults and deaths, felony traffic offenses and bias motivated crimes. She prosecuted hundreds of misdemeanor and felony crimes and tried over 30



jury trials. Some of her responsibilities included investigating and filing criminal charges, litigating motions, preparing cases for trial, and advocating for survivors and their families throughout the entire criminal justice system.

Yujin earned her Juris Doctor from the Sturm College of Law at the University of Denver with a concentration in advocacy. Throughout her studies, she served as a legal intern for the Colorado Attorney General's Office Criminal Justice Section, Denver District Attorney's Office County Court Unit and Family Violence Unit, and the Honorable Morris B. Hoffman of the Colorado Second Judicial District. She received a Bachelor of Arts degree in psychology, as well as a Bachelor of Science degree in communication from Boston University.

## Staff Attorneys

### Mary Beth Blauser (Chicago)



Since 2012, Mary Beth Blauser has used her document review experience coupled with her e-Discovery work to strategically advance internal audits, litigation, and regulatory enforcement cases across the areas of antitrust, employment, product liability, fraud, insurance, banking, and real estate. Blauser also worked as a judicial law clerk for the State of Alaska and as an intern at the Environmental Protection Agency Region V in Chicago.

Blauser earned her law degree cum laude from Vermont Law School. During her time there, Mary Beth served as a staff editor and production editor for the Vermont Journal of Environmental Law.  Mary Beth is licensed in Illinois.

### Lisa Fish (Pennsylvania)



Lisa Fish is a staff attorney with FeganScott who specializes in civil litigation and appeals. With a decade of experience, Lisa brings ample expertise in legal research and writing to the firm.

Before joining FeganScott, Lisa provided freelance attorney services through her practice, L.H. Fish Legal Services. In this capacity, she assisted firms across the country with legal research and writing, discovery, and trial preparation. Prior to owning her own practice, she served as a staff attorney for the United States Court of Appeals for the First Circuit in Boston. There, she handled a large and diverse catalog of civil and criminal appeals.



www.feganscott.com

In her career, she's clerked for Justice Gabrielle Wolohojian with the Massachusetts Appeals Court and served as a career law clerk to the Justices at the Superior Court of Massachusetts for three years.

Lisa earned her Juris Doctor from Boston University School of Law in 2010, where she graduated *magna cum laude*. During law school, Lisa interned at the Federal Trade Commission Bureau of Consumer Protection and at the Wilmerhale Legal Services Center of Harvard Law School. She also participated in the BUSL Civil Litigation Clinic and served as a note editor on a journal. She earned her Bachelor of Arts *summa cum laude* in Modern Languages and Anthropology from Eckerd College in St. Petersburg, Florida.

Lisa is licensed in Massachusetts and Pennsylvania.



www.feganscott.com