# EXHIBIT Q

**Kelsey L. STOKES**
**FLEMING, NOLEN & JEZ, L.L.P.**
2800 Post Oak Boulevard, Suite 6000
Houston, Texas 77056
(713) 621-7944
kstokes@fleming-law.com

**BIOGRAPHY**

  Kelsey L. Stokes is a mass tort attorney with the national law firm Fleming, Nolen & Jez, LLP (FNJ), who has done extensive work representing thousands of clients injured by dangerous pharmaceuticals and medical devices.

  In September 2018, Ms. Stokes was appointed by the United States Southern District of Ohio as Co-Lead Counsel for the Plaintiffs' Steering Committee in MDL No. 2846, *In re Davol, Inc./C.R. Bard, Inc., Polypropylene Hernia Mesh Products Liability Litigation*. Ms. Stokes's experience as Co-Lead Counsel in the now over 20,000 case MDL has made her uniquely qualified to handle the challenges and responsibilities that will come as a member of the PSC in the Oral Phenylephrine Marketing and Sales Practices Litigation.

  In August 2022, Ms. Stokes was appointed by the United States District of Massachusetts as Co-Lead Counsel for the Plaintiffs' Steering Committee in MDL No. 3029, *In re Covidien Hernia Mesh Products Liability Litigation No. II*. Ms. Stokes also served on the Plaintiffs' Steering Committee of MDL 2753, *In re: Atrium Medical Corp. C-QUR Mesh Products Liability Litigation*, which is now concluding. In addition to her leadership roles at the federal level, Ms. Stokes was appointed to the Plaintiffs' Executive Committee in three New Jersey state court consolidated actions against Johnson & Johnson and Ethicon, Inc.: MCL 627, *In re: Physiomesh Litigation*; MCL 630, *In re: Proceed Mesh Litigation*; and MCL 633, *In re: Prolene Hernia System Mesh Litigation*, all three of which Ms. Stokes played a pivotal role in steering to a successful resolution.

Recognized as a national leader in hernia mesh litigation, Ms. Stokes has spent countless hours guiding fellow plaintiffs' lawyers across the country on case evaluation and filing strategy in multiple jurisdictions. In recognition of her contribution to the litigation, Ms. Stokes was elected Co-Chair of the American Association for Justice Hernia Mesh Litigation Group by her peers. Prior to leading the hernia mesh docket, Ms. Stokes played an integral role litigating FNJ's transvaginal mesh docket to a successful resolution. Ms. Stokes has regular speaking engagements, sharing the knowledge she has gained studying the science and legal issues applicable to mesh litigation with other national mass tort lawyers.

Litigating throughout the country, Ms. Stokes has taken hundreds of depositions, including depositions of corporate witnesses, expert witnesses, and treating physicians. Ms. Stokes has also defended the leading experts in their fields as well as hundreds of plaintiffs injured by various medical devices and pharmaceutical drugs. She regularly argues at hearings throughout the country and coordinates large-scale briefing on behalf of the MDLs she leads. Most recently, Ms. Stokes tried the first three Bellwether cases in the Bard Hernia Mesh MDL and is serving as co-chair of the Settlement Negotiation Committee for that MDL.

In addition to the above litigations, Ms. Stokes performed considerable work on the Wright Hip and Accutane Litigations as well as Testosterone Replacement Therapy (TRT), in which she was co-counsel in the first TRT trial in Cook County, Illinois.

Ms. Stokes's practice also includes complex commercial litigation in federal and state court, and arbitration, resulting in multimillion-dollar settlements and verdicts. Examples include arbitrations where she represented health-care providers in contractual and payment disputes with insurers; a massive Ponzi scheme; and an off-shore commercial oil dispute. Ms. Stokes's experience also extends to catastrophic aviation accidents.

Ms. Stokes is backed by the national law firm FNJ, whose lawyers have been involved in mass actions, class actions, and multidistrict litigation since the 1970's (*In Re 1971 Alaska Airlines Disaster*). Over the years, FNJ has represented clients in numerous MDLs, including, Hormone Replacement Therapy Litigation, Fen-phen Diet Drug Litigation, Rezulin Diabetes Drug Litigation, Ortho Evra Patch Litigation, Hydroxycut Diet Supplement Litigation, Asbestos Litigation, Ford Rollover Litigation, Firestone Tire Litigation, General Motors Rollover Litigation, Transvaginal Mesh Litigation, Sulzer Hip Litigation, Depuy ASR Litigation, Biomet Litigation, and the Stryker Hip Litigation. In addition to Ms. Stokes's leadership positions, FNJ currently has attorneys serving on the PSC for the Taxotere MDL, the Zimmer NexGen MDL, the Wright Hip JCCP, and the Essure JCCP.

FNJ and Ms. Stokes are willing, able, and ready to commit the necessary resources to prosecute these cases and be a productive member of the PSC in this MDL.

## ADMISSIONS

- Texas Bar
- US District Courts for the Southern, Northern, Eastern, and Western Districts of Texas
- US Courts of Appeals for the Third, Fourth, and Sixth Circuits

## EDUCATION

- **University of Houston Law Center**, Houston, Texas
    - Juris Doctor, May 2012
        - Chief Managing Editor, Journal of Consumer and Commercial Law

- **University of Texas**, Austin, Texas
    - Bachelor of Science in Mathematics (Actuarial Science), May 2006
    - Bachelor of Arts in Economics, May 2005