UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

| | : | |
|---|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | : : : : | MDL No. 3089 Civil Action No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO: | : : | **NOTICE OF APPEARANCE OF RUBY A. NAGAMINE** |
| *Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09057-BMC (E.D.N.Y.) | : : : : | |
| *McPhee, et al. v Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09262-BMC (E.D.N.Y.) | : : : : | |
| *Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.) | : : : | |
| *Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.) | : : : | |
| *Chavez v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.) | : : | |

------------------------------------------------------------------- X

PLEASE TAKE NOTICE that the undersigned counsel, Ruby A. Nagamine, of K&L Gates LLP, is admitted to practice *pro hac vice* in this Court, is a member in good standing of the bar of the State of Washington, and has no disciplinary matters pending against her, and hereby enters her appearance in the above-captioned cases as counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC, as well as in the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon her at the e-mail address below.

Dated:  February 12, 2024	Respectfully submitted,


	*s/ Ruby A. Nagamine*
	Ruby A. Nagamine
	K&L GATES LLP
	925 Fourth Avenue, Suite 2900
	Seattle, WA 98104
	Tel:	(206) 623-7580
	Fax:	(206) 623-7580
	Email:  ruby.nagamine@klgates.com

	*Attorney for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 12, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF filing system and the Notice of Electronic Filing generated thereby.

                                                 *s/ Ruby A. Nagamine*
                                                 Ruby A. Nagamine