UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*Kenneth Levi Pack, et al. v. Johnson & Johnson Consumer Companies, Inc. et al.,* No. 1:23-cv-09057<br><br>*William Bryan, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00040<br><br>*Christopher McPhee, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:23-cv-09262<br><br>*Richard Chavez, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:23-cv-09304<br><br>*Izabel Pena-Venegas, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00041<br><br>*Abby Jergins, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00043<br><br>*Rethea Morris, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00269 | MDL No. 3089<br>Case No. 1:23-md-3089-BMC<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Christopher R. Rodriguez, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Singleton Schreiber, LLP and a member in good standing of the bar of the State of California, as attorney pro hac vice to argue or try

this case in whole or in part as counsel for Plaintiffs. There are no pending disciplinary proceedings against me in any state or federal court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 12, 2024                    Respectfully submitted,

                                                 SINGLETON SCHREIBER, LLP

                                                 By: /s/ *Christopher R. Rodriguez*
                                                         Christopher R. Rodriguez
                                                         1414 K Street, Suite 470
                                                         Sacramento, CA 95814
                                                         (916) 256-2312
                                                         crodriguez@singletonschreiber.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                 /s/ *Christopher R. Rodriguez*
                                                 Christopher R. Rodriguez