

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

_____**KEVIN SCOTT HANNON**_____

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**14th**__ day of __**November**__ A.D. __**1986**__ and that at the date hereof the said __**KEVIN SCOTT HANNON**__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**2nd**__ day of __**February**__ A.D. __**2024**__



*Cheryl Stevens*
Clerk

By _____*Myra Sanchez*_____
Deputy Clerk