UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*Kenneth Levi Pack, et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 1:23-cv-09057<br><br>*William Bryan, et al. v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:24-cv-00040<br><br>*Christopher McPhee, et al. v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:23-cv-09262<br><br>*Richard Chavez, et al. v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:23-cv-09304<br><br>*Izabel Pena-Venegas, et al. v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:24-cv-00041<br><br>*Abby Jergins, et al. v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:24-cv-00043<br><br>*Rethea Morris, et al. v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:24-cv-00269 | MDL No. 3089<br>Case No. 1:23-md-3089-BMC<br><br>**DECLARATION OF ANDREW D. BLUTH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Andrew D. Bluth, hereby declare that the following is true and correct:

1. I am an attorney with the Singleton Schreiber, LLP and have personal knowledge of the facts stated herein.

2. I make this declaration in support of my motion for admission to practice *Pro HacVice* [Document 120, 120-1, 120-2] in the above-captioned action as counsel for Plaintiffs Rethea

Morris, Robert Haid, William Bryan, Jack Hinsberger, Nancy Welharticky, Richard Chavez, Izabel Pena-Venegas, Beverly Ward, Abby Jergins, Bill Jergins, Archi Hipkins, Kenneth Levi Pack, Min Ji Jung, Christopher McPhee, and Justin Vorise.

3. As shown in the Certificate of Good Standing filed as Document 120-1, I am a member in good standing of the State Bar of California and there are no pending disciplinary matters against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 13th day of February, 2024 at Sacramento, California.

Dated: February 13, 2024                      Respectfully submitted,

                                              SINGLETON SCHREIBER, LLP

                                              By: /s/ *Andrew D. Bluth*
                                                    Andrew D. Bluth
                                                    1414 K Street, Suite 470
                                                    Sacramento, CA 95814
                                                    (916) 775-5894
                                                    abluth@singletonschreiber.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ *Andrew D. Bluth*
Andrew D. Bluth
