## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | **MDL No. 3089**<br>Case No. 1:23-md-03089-BMC |
| This Document Relates to: | **NOTICE OF APPEARANCE OF CORTLIN H. LANNIN** |

*Anderson, et al. v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-03899

*Audelo v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 3:23-cv-24250

*Bader, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-02108

*Barton, et al. v. Reckitt Benckiser LLC, et al.*
Case No. 2:23-cv-20370

*Benjamin, et al. v. GlaxoSmithKline LLC, et al.*
Case No. 2:23-cv-03856

*Bryan, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 8:23-cv-00543

*Carrigan v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-01481

*Chavez v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-00883

*Coppock v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-05353

*Cronin v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-06870

*DePaola v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-00727

*De Priest, et al. v. Walgreen Co., et al.*
Case No. 1:23-cv-14060

*Emmons, et al. v. McNeil Consumer Healthcare, et al.*
Case No. 2:23-cv-03874

*Enriquez v. The Procter & Gamble Co., et al.*
Case No. 3:23-cv-05715

*Fichera v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-05274

*Folks v. The Procter & Gamble Co.*
Case No. 1:24-cv-00022

*Hadden v. The Procter & Gamble Co., et al.*
Case No. 3:24-cv-00035

*Heaghney v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-01342

*Hsieh, et al. v. Reckitt Benckiser LLC, et al.*
Case No. 1:23-cv-14404

*Isom v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-04200

*Jergins, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-00115

*Jones v. Bayer Corporation, et al.*
Case No. 2:23-cv-21411

*Juneau v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-05273

*Kasparie, et al. v. Bayer Healthcare LLC, et al.*
Case No. 2:23-cv-03783

*Kleiman v. The Procter & Gamble Co.*
Case No. 1:23-cv-00590

*Lee, et al. v. The Procter & Gamble Co., et al.*
Case No. 2:23-cv-21126

*McPhee, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-05128

*Means v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 3:23-cv-03494

*Morgan v. The Procter & Gamble Co.*
Case No. 3:23-cv-24628

*Morris, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-03409

*Murdock, v. RB Health LLC, et al.*
Case No. 2:23-cv-05846

*Newton's Pharm., Inc. v. The Procter & Gamble Co., et al.*

Case No. 1:23-cv-00613

*Noviskis v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 1:23-cv-13926

*Pack v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-01965

*Pena-Venegas, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 6:23-cv-01847

*Rankin v. Harris Teeter, LLC., et al.*
Case No. 8:23-cv-02864

*Reyes v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00623

*Silva v. Reckitt Benckiser LLC, et al.*
Case No. 1:23-cv-24112

*Taylor v. The Procter & Gamble Co.*
Case No. 3:23-cv-04909

*Thomas, et al v. Kenvue, Inc., et al.*
Case No. 3:23-cv-20895

*Thorns, et al. v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 3:23-cv-01355

*Travis v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00607

*Valdes v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-23939

*Valinsky v. The Procter & Gamble Co., et al.*
Case No. 9:24-cv-80046

*Vent v. The Procter & Gamble Co., et al.*
Case No. 1:23-cv-00680

*Walker v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 4:23-cv-00663

*Wilson v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 2:23-cv-21276

*Wright v. Johnson & Johnson Consumer, Inc., et al.*
Case No. 5:23-cv-06120

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that the undersigned counsel, Cortlin H. Lannin, of Covington & Burling LLP, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters his appearance in these cases as counsel for Defendant The Procter & Gamble Company, as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Dated: February 15, 2024.

**Covington & Burling LLP**

By: */s/ Cortlin H. Lannin*
     Cortlin H. Lannin
     Salesforce Tower
     415 Mission Street, Suite 5400
     San Francisco, CA 94105
     Tel: (415) 591-7078
     Email: clannin@cov.com

     *Attorney for The Procter & Gamble Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


By: <u>/s/ *Cortlin H. Lannin*</u>
Cortlin H. Lannin