UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Haley Hadden, and Bonnie Van Noy v. The Procter and Gamble Company, et al.*<br>*3:24-cv-00035-MCR-ZCB* (NDFL) | Case No.: 1:23-md-3089-BMC<br><br>NOTICE OF APPEARANCE |

To: The Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE THAT Demet Basar, of the firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., is admitted to practice in this Court, and hereby enters her appearance in this multi-district litigation as counsel of record for Plaintiffs Haley Hadden and Bonnie Van Noy.

Respectfully submitted this 15th day of February, 2024.

*/s/ Demet Basar*
**Demet Basar**
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Phone: (334) 269-2343
Fax: (888) 212-9702
Demet.basar@Beasleyallen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ *Demet Basar*
**Demet Basar**