## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Haley Hadden, and Bonnie Van Noy v. The Procter and Gamble Company, et al.*<br>*3:24-cv-00035-MCR-ZCB* (NDFL) | Case No.: 1:23-md-3089-BMC<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF**<br>**<u>REBECCA D. GILLILAND, ESQ.</u>** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Rebecca D. Gilliland, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs, Haley Hadden and Bonnie Van Noy in the above-captioned action.

I am in good standing of the Alabama State Bar and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have filed concurrently a *Declaration* of Rebecca D. Gilliland in Support of Admission *Pro Hac Vice* as required by Local Rule 1.3(c). Additionally, I have filed a *Certificate of Good Standing* for the State of Alabama.

DATED: February 15, 2024

By: /s/ *Rebecca D. Gilliland*
Rebecca D. Gilliland
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
301 St. Louis St.
Mobile, Alabama 36602
(251) 308-1515
Rebecca.gilliland@beasleyallen.com

***Counsel for Plaintiffs and the Class and Subclass***