# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Haley Hadden, and Bonnie Van Noy v. The Procter and Gamble Company, et al.*<br>3:24-cv-00035-MCR-ZCB (NDFL) | Case No.: 1:23-md-3089-BMC<br><br>**DECLARATION OF REBECCA D. GILLILAND, ESQ. IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

I, Rebecca D. Gilliland, declare as follows:

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I am a Principal with the firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. I submit this *Declarationt* in support of my *Motion for Admissions Pro Hac Vice* in the above captioned matter.

1. I have not been convicted of a felony.

2. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of February, 2024 in Mobile, Alabama.

/s/ *Rebecca D. Gilliland*
REBECCA GILLILAND, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
301 St. Louis St.
Mobile, Alabama 36602

(251) 308-1515
Rebecca.gilliland@beasleyallen.com