UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-md-03089-BMC |
| | District Judge Brian M. Cogan |
| **This Document Relates to:** | MOTION FOR ADMISSION *PRO HAC VICE* OF PAUL DOOLITTLE |
| *Kleiman v. Procter and Gamble Company;* CASE #: 1:23-cv-09305-BMC; | |
| *Vent v. The Procter & Gamble Company;* CASE #: 1:23-cv-09309-BMC; | |
| *Rampalli v. Publix Super Markets, Inc.;* CASE #: 1:23-cv-09264-BMC; | |
| *Rourk v. Haleon, PLC;* CASE #: 1:23-cv-09298-BMC; | |
| *McWhite v. Johnson & Johnson Consumer, Inc.;* CASE #: 1:23-cv-09065-BMC; | |
| *Rampalli v. Walgreen Co.;* CASE #: 1:24-cv-00229-BMC; | |
| *Lawrence v. Johnson & Johnson Consumer, Inc.;* CASE #: 1:23-cv-09299-BMC; | |
| *Joyner v. Johnson & Johnson Consumer, Inc.;* CASE #: 1:23-cv-09300-BMC; | |
| *Holmes v. WalMart, Inc.;* CASE #: 1:23-cv-09255-BMC; | |
| *Kleiman v. Bayer Health Care, LLC;* CASE #: 1:23-cv-09287-BMC; | |
| *Kleiman v. CVS Health Corporation;* CASE #: 1:23-cv-09318-BMC; | |
| *Rampalli v. Target Corporation;* | |

CASE #: 1:23-cv-09281-BMC;

*Striegel v. RB Health (US) LLC;*
CASE #: 1:23-cv-09289-BMC;

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, **Paul Doolittle,** hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Cathy Kleiman, Sierra Vent, Krystal Rampalli, Sharon Rourk, Kamonica McWhite, Kristin Lawrence, Pamela Joyner, Jamieka Holmes, Annette Striegel, in the above-captioned action.

I am in good standing of the South Carolina State Bar and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3(c). See Affidavit of Paul Doolittle in Support of Admission Pro Hac Vice, filed concurrently; see also Exhibit A (Certificate of Good Standing for the State of South Carolina).

Respectfully Submitted,

February 16, 2024,

/s/*Paul Doolittle*
Paul J. Doolittle, Esq.
SC Fed. Bar No. 6012
POULIN | WILLEY | ANASTOPOULO, LLC
32 Ann Street Charleston, SC 29403
(T): (803) 222-2222
(F): (843) 494-5536
Email: paul.doolittle@poulinwilley.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | Case No. 1:23-md-03089-BMC<br><br>District Judge Brian M. Cogan |
| **This Document Relates to:**<br><br>*Kleiman v. Procter and Gamble Company;* CASE #: 1:23-cv-09305-BMC;<br><br>*Vent v. The Procter & Gamble Company;* CASE #: 1:23-cv-09309-BMC;<br><br>*Rampalli v. Publix Super Markets, Inc.;* CASE #: 1:23-cv-09264-BMC;<br><br>*Rourk v. Haleon, PLC;* CASE #: 1:23-cv-09298-BMC;<br><br>*McWhite v. Johnson & Johnson Consumer, Inc.;* CASE #: 1:23-cv-09065-BMC;<br><br>*Rampalli v. Walgreen Co.;* CASE #: 1:24-cv-00229-BMC;<br><br>*Lawrence v. Johnson & Johnson Consumer, Inc.;* CASE #: 1:23-cv-09299-BMC;<br><br>*Joyner v. Johnson & Johnson Consumer, Inc.;* CASE #: 1:23-cv-09300-BMC;<br><br>*Holmes v. WalMart, Inc.;* CASE #: 1:23-cv-09255-BMC;<br><br>*Kleiman v. Bayer Health Care, LLC;* CASE #: 1:23-cv-09287-BMC;<br><br>*Kleiman v. CVS Health Corporation;* CASE #: 1:23-cv-09318-BMC;<br><br>*Rampalli v. Target Corporation;* | |

*CASE #: 1:23-cv-09281-BMC;*

*Striegel v. RB Health (US) LLC;*
*CASE #: 1:23-cv-09289-BMC;*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I electronically filed the foregoing documents with the Clerk of the court using the CM/ECF system which will send notifications of such filing to all attorneys of record.

*/s/ Paul Doolittle*
Paul Doolittle