UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** <br><br> **This Document Relates to:** <br><br> *Kleiman v. Procter and Gamble Company;* CASE #: 1:23-cv-09305-BMC; <br><br> *Vent v. The Procter & Gamble Company;* CASE #: 1:23-cv-09309-BMC; <br><br> *Rampalli v. Publix Super Markets, Inc.;* CASE #: 1:23-cv-09264-BMC; <br><br> *Rourk v. Haleon, PLC;* CASE #: 1:23-cv-09298-BMC; <br><br> *McWhite v. Johnson & Johnson Consumer, Inc.;* CASE #: 1:23-cv-09065-BMC; <br><br> *Rampalli v. Walgreen Co.;* CASE #: 1:24-cv-00229-BMC; <br><br> *Lawrence v. Johnson & Johnson Consumer, Inc.;* CASE #: 1:23-cv-09299-BMC; <br><br> *Joyner v. Johnson & Johnson Consumer, Inc.;* CASE #: 1:23-cv-09300-BMC; <br><br> *Holmes v. WalMart, Inc.;* CASE #: 1:23-cv-09255-BMC; <br><br> *Kleiman v. Bayer Health Care, LLC;* CASE #: 1:23-cv-09287-BMC; <br><br> *Kleiman v. CVS Health Corporation;* CASE #: 1:23-cv-09318-BMC; <br><br> *Rampalli v. Target Corporation;* | Case No. 1:23-md-03089-BMC <br><br> District Judge Brian M. Cogan <br><br> AFFIDAVIT OF PAUL DOOLITTLE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF PAUL DOOLITTLE |

CASE #: 1:23-cv-09281-BMC;

Striegel v. RB Health (US) LLC;
CASE #: 1:23-cv-09289-BMC;

I, Paul Doolittle, being duly sworn, hereby depose and say as follows:

1. I am an Associate with the law firm of Poulin | Willey | Anastopuolo, LLC., located at 32 Ann Street, Charleston, SC 29403.

2. I respectfully submit this Affidavit in support of my motion for admission to practice *pro hac vice* in the above-caption matter.

3. A current certificate of good standing for South Carolina are attached as Exhibit A.

4. As show in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of South Carolina.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

8. Attorney Registration Number: 66490.

9. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* for Plaintiffs, Cathy Kleiman, Sierra Vent, Krystal Rampalli, Sharon Rourk, Kamonica McWhite, Kristin Lawrence, Pamela Joyner, Jamieka Holmes, Annette Striegel.

SWORN TO AND SUBSCRIBED BEFORE ME THIS __16th__ DAY OF __February__, 2024.

_____
Notary Public for South Carolina
My Commission Expires:
May 17th, 2033

Abigail Minich Wood
Notary Public, State of South Carolina
My Commission Expires May 17, 2033

Paul Doolittle, Esq.
Poulin | Willey | Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
Email: paul.doolittle@poulinwilley.com
Tel: (803) 222-2222
Fax: (843) 494-5536