UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **Case No. 1:23-md-03089-BMC** |
| | District Judge Brian M. Cogan |
| **This Document Relates to:** | [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF PAUL DOOLITTLE |
| *Kleiman v. Procter and Gamble Company; CASE #: 1:23-cv-09305-BMC;* | |
| *Vent v. The Procter & Gamble Company; CASE #: 1:23-cv-09309-BMC;* | |
| *Rampalli v. Publix Super Markets, Inc.; CASE #: 1:23-cv-09264-BMC;* | |
| *Rourk v. Haleon, PLC; CASE #: 1:23-cv-09298-BMC;* | |
| *McWhite v. Johnson & Johnson Consumer, Inc.; CASE #: 1:23-cv-09065-BMC;* | |
| *Rampalli v. Walgreen Co.; CASE #: 1:24-cv-00229-BMC;* | |
| *Lawrence v. Johnson & Johnson Consumer, Inc.; CASE #: 1:23-cv-09299-BMC;* | |
| *Joyner v. Johnson & Johnson Consumer, Inc.; CASE #: 1:23-cv-09300-BMC;* | |
| *Holmes v. WalMart, Inc.; CASE #: 1:23-cv-09255-BMC;* | |
| *Kleiman v. Bayer Health Care, LLC; CASE #: 1:23-cv-09287-BMC;* | |
| *Kleiman v. CVS Health Corporation; CASE #: 1:23-cv-09318-BMC;* | |
| *Rampalli v. Target Corporation;* | |

*CASE #: 1:23-cv-09281-BMC;*

*Striegel v. RB Health (US) LLC;*
*CASE #: 1:23-cv-09289-BMC;*

The Motion of Paul Doolittle for admission to practice Pro Hac Vice in the above captioned

action is granted. Applicant has declared that she is a member in good standing of the bar of the

state of South Carolina; and that his contact information is as follows:

Applicant's Name: Paul Doolittle
Firm Name: Poulin | Willey | Anastopuolo, LLC;
Address: 32 Ann Street, Charleston, SC 29403
Tel: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for the Plaintiffs, in the above entitled actions;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Eastern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.


Dated:                                                    _____

                                                          United States District Judge Brian M. Cogan