**REBECCA D. GILLILAND**
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
301 St. Louis Street | Mobile, AL 36602
Rebecca.Gilliland@BeasleyAllen.com | 800-898-2034

## SUMMARY OF QUALIFICATIONS

- Involvement in notable cases:
  - *In re: Blue Cross Blue Shield Antitrust Litigation*, United States District Court for the Northern District of Alabama MDL No. 2406; heavily involved in discovery, including taking depositions of the Blue Cross Blue Shield Association and various other Blue-owned entities; managed document review team and assisted in directing others as part of reviewing millions of pages of production.
  - *In re: General Motors LLC, GM 5.3 Vortec Engine,* United States District Court for the Northern District of California 3:16-CV-07244-EMC, trial counsel, handling various pre-trial matters and examining adverse witness before the jury; resulting in full class verdict in all three certified states (approximately $102.6 million jury verdict).
  - *Average Wholesale Pricing Litigation*, assisted in firm's representation of eight separate states Attorneys General in the Average Wholesale Pricing/Medicaid Fraud Litigation, resulting in over $1.5 billion recovered for the states.

## PROFESSIONAL EXPERIENCE

*January 2023- Present; September 2021-December 2022; November 2010-September 2017* | **Principal; Of Counsel; Associate**
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
- Represent clients in fraud, consumer protection, and commercial litigation in Alabama and nationwide in federal courts.
- Trial counsel for class action trial in the Northern District of California, resulting in full award to Plaintiffs valued in excess of $100 million.
- Speaker on various topics related to securities, class actions, managing data in complex litigation, insurance, and whistleblower litigation.
- Author of various articles relating to class actions, securities, ERISA, and other insurance matters

*March 2020-September 2021* | **Special Counsel**
Galloway, Johnson, Tompkins, Burr & Smith
- Managed approximately 300 individual cases within a broad array of practice areas including insurance matters, domestic relations issues, and real estate/land use disputes.
- Responsible for case direction and strategy as well as client management for all cases, including all discovery and pre-trial filings and hearings.

*April 2019-February 2020* | **Partner**
Sinclair Law Firm, LLC
- Managed complex litigation practice, including class actions, with a primary focus on ERISA and other benefits-related claims.

*September 2018-April 2019* | **In-House Counsel**
Baptist Health Care Corporation
- Reviewed and advised regarding internal policies and procedures.
- Advised Hospital on various emergent matters on a daily basis within the hospital system.
- Responsible for assisting with contract negotiations and drafting as part of the Governance, Regulation, and Compliance team.

*October 2017-September 2018* | **Associate**
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.

- Involved in various litigation stages of several Multidistrict Litigations, including *In re: Roundup Products Liability Litigation* and *In re: Testosterone Replacement Therapy Products Liability Litigation*.
- Featured speaker at Mass Torts Made Perfect on the nuts and bolts of establishing general causation in a Class Action and/or Multidistrict Litigation and on the ongoing *In re: Roundup Products Liability Litigation.*

*January 1999-January 2004* | **United States Marine/Corporal (E4)**
United States Marine Corps
- Celestial Flight Navigator: Trained as an enlisted celestial navigator on C-130s; received academic award upon graduation; fifth female to complete the school; earned Celestial Navigation wings.
- General Administration/Office Manager: Managed squadron budget, achieving 4% higher allocation than required.
- Received the following awards while on active duty: Global War on Terrorism Service Medal, National Defense Service Medal, Marine Corps Good Conduct Medal, Navy Unit Commendation, and two certificates of appreciation from Commanding General of the 2D Marine Air Wing

## EDUCATION

University of Connecticut School of Law (LL.M, 2018), Insurance law, *with honors*
Faulkner University, Thomas Goode Jones School of Law (J.D. 2012), *magna cum laude*
University of West Florida (B.A. 2007)

## ADMISSIONS

| | |
|---|---|
| United States Supreme Court – 2016 | U.S.D.C. Michigan Eastern District – 2021 |
| Alabama State Bar – 2012 | U.S.D.C. Florida Middle District – 2021 |
| Florida State Bar – 2018 | U.S.D.C. Florida Northern District – 2020 |
| U.S.D.C. Alabama Middle District – 2012 | U.S.D.C. Colorado - 2023 |
| U.S.D.C. Alabama Northern District – 2013 | Eleventh Circuit Court of Appeals - 2023 |

## PROFESSIONAL ORGANIZATIONS AND AWARDS

- Escambia Santa Rosa Bar Association – Executive Council (2018- present); CLE Committee Co-chair (2021-present); Treasurer (2022-2023); Secretary (2023-present)
- National Trial Lawyers Top 40 Under 40 – 2018
- Florida Bar Association
- Alabama Bar Association