**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 3089**<br>**MASTER DOCKET NO. 1:23-md-03089**<br><br>Brian M. Cogan District Judge |
| **THIS DOCUMENT APPLIES TO:**<br><br>*Valinsky v. The Procter & Gamble Company et al.*<br>No. 1:24-cv-01099  (E.D.N.Y.) | |

**NOTICE OF APPEARANCE OF COUNSEL:  DANIEL B. ROGERS**

PLEASE TAKE NOTICE that the undersigned, Daniel B. Rogers of Shook, Hardy & Bacon L.L.P., is admitted to practice *pro hac vice* in this action, is a member of good standing of the bar of the State of Florida, has no disciplinary matters pending against him, and hereby appears on behalf of Defendant, ***Publix Super Markets, Inc***. in the above-captioned matter.

Dated:  February 20, 2024.

                                          Respectfully submitted,

                                          */s/ Daniel B. Rogers*
                                          Daniel B. Rogers
                                          Florida Bar No. 195634
                                          **SHOOK, HARDY & BACON L.L.P.**
                                          201 South Biscayne Boulevard, Suite 3200
                                          Miami, Florida 33131-4332
                                          Telephone:  (305) 358-5171
                                          Facsimile:   (305) 358-7470
                                          Email: drogers@shb.com

                                          ***Counsel for Defendant, Publix Super Markets, Inc.***

## CERTIFICATE OF SERVICE

I, hereby certify that on February 20, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of each such filing to all CM/ECF participants registered to receive service.

*/s/ Daniel B. Rogers*
Daniel B. Rogers
