# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | **MDL No. 3089**<br><br>Case No. 1:23-md-03089-BMC |
| This Document Relates to:<br><br>*Valinsky v. Johnson & Johnson Consumer, Inc. et al.*<br>Case No.: 1:24-cv-00124<br><br>*Morris et al. v. Johnson & Johnson Consumer, Inc et al.*<br>Case No.: 1:24-cv-00269<br><br>*Ward et al. v. Johnson & Johnson Consumer, Inc et al.*<br>Case No.: 1:23-cv-09302<br><br>*Chamberlain v. Johnson & Johnson Consumer, Inc et al.*<br>Case No.: 1:23-cv-09316<br><br>*Chavez v. Johnson & Johnson Consumer, Inc. et al.*<br>Case No.: 1:23-cv-09304<br><br>*Joyner v. Johnson & Johnson Consumer, Inc.*<br>Case No.: 1:23-cv-09300<br><br>*Lawrence v. Johnson & Johnson Consumer, Inc.*<br>Case No.: 1:23-cv-09299<br><br>*McPhee et al. v. Johnson & Johnson Consumer Companies , Inc. et al.*<br>Case No.: 1:23-cv-09262<br><br>*Noviskis v. Johnson & Johnson Consumer Inc. et al.*<br>Case No.: *1:23-cv-09270*<br><br>*Wilson v. Johnson & Johnson Consumer, Inc. et al.*<br>Case No.: 1:23-cv-09296 | |

*Carrigan v. Johnson & Johnson et al.*
Case No.: 1:23-cv-09319

*Thorns et al. v. Johnson & Johnson et al.*
Case No.: 1:23-cv-09310

*Heaghney v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09282

*Means v. Johnson & Johnson Consumer Inc.*
Case No.: 1:23-cv-09276

*Travis v. Procter & Gamble Company et al.*
Case No.: 1:23-cv-09306

*Lewis et al. v Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:23-cv-09301

*Adkin et al. v. Reckitt Benckiser Pharmaceuticals Inc. et al.*
Case No.: 1:23-cv-09291

*Isom v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09283

*Jones v. Bayer Corporation et al.*
Case No.: 1:23-cv-09297

*Fong v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09278

*Murdock et al. v. RB Health (US), LLC et al.*
Case No.: 1:23-cv-09279

*Walker v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09284

*Hsieh et al. v. Procter & Gamble Company et al.*
Case No.: 1:23-cv-09274

*Hernandez v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09257

*Nelson et al. v. Johnson & Johnson Consumer, Inc.et al.*
Case No.: 1:23-cv-09261

*Bader et al. v. Johnson & Johnson Consumer Incorporated  et al.*
Case No.: 1:23-cv-09253

*Wright v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09285

*Reinkraut v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09286

*Newton's Pharmacy, Inc. v. Procter & Gamble Company et al.*
Case No.: 1:23-cv-09307

*Thomas et al. v. Kenvue, Inc,. et al.*
Case No.: 1:23-cv-09303

*Valdes v. McNeil Consumer Healthcare et al.*
Case No.: 1:23-cv-09267

*Kasparie et al. v. Bayer Healthcare LLC et al.*
Case No.: 1:23-cv-09312

*De Priest et al. v. Walgreen Co. et al.*
Case No.: 1:23-cv-09272

*Rankin v. Harris Teeter, LLC et al.*
Case No.: 1:23-cv-09280

*Silva v. Reckitt Benckiser LLC et al.*
Case No.: 1:23-cv-09268

*Benjamin et al. v. Glaxosmithkline LLC et al.*
Case No.: 1:23-cv-09313

*Page v. RB Health (US) LLC et al.*
Case No.: 1:23-cv-09290

*Emmons et al. v. McNeil Consumer HealthCare  et al.*
Case No.: 1:23-cv-09314

*Bryan et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00040

*Harrison v. Johnson & Johnson Consumer Inc.*
Case No.: 1:24-cv-00044

*Jergins et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00043

*Pena-Venegas et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00041

*Housman v. Johnson & Johnson Consumer Inc.*
Case No.: 1:24-cv-00123

*Coyle v. GlaxoSmithKline LLC et al.*
Case No.: 1:23-cv-07311

*Ozuzu v. Kenvue Inc. et al.*
1:23-cv-07395

*Audelo v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09059

*Cronin v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 2:23-cv-06870

*McWhite v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09065

*Yousefzadeh v. Johnson & Johnson Consumer Inc.*
Case No.: 2:23-cv-06825

*Pack et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*
Case No.: 1:23-cv-09057

*Barton et al. v. RB Health (US) LLC et al.*
Case No.: 1:23-cv-09063

*Depaola v. The Procter & Gamble Company et al.*
Case No.: 1:23-cv-09058

*Butler v. Johnson & Johnson et al.*
Case No.: 2:23-cv-07497

*Hadden et al. v. The Proctor and Gamble Company, et al.*
Case No. 1:24-cv-01104

### NOTICE OF APPEARANCE OF EMILIE W. HAMILTON

**PLEASE TAKE NOTICE** that the undersigned counsel, Emilie W. Hamilton of O'Melveny & Myers LLP, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters her appearance in these cases as counsel for Defendant Johnson & Johnson Consumer Inc. as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon her at the email address below.

Dated: February 20, 2024

                                                       Respectfully submitted,

By: */s/ Emilie W. Hamilton*
Emilie W. Hamilton
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Fl.
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
ehamilton@omm.com

*Attorneys for Defendant Johnson & Johnson Consumer Inc.*