UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE: ORAL PHENYLEPHRINE MARKETING
AND SALES PRACTICES LITIGATION

MDL NO. 3089
Case No: 1:23-md-3089-BMC

Hon. Brian M. Cogan

_____/
This Document Relates To:

*Valinsky v. Johnson & Johnson Consumer, Inc., et. al.*
Case No.: 1:24-cv-00124
_____/

## NOTICE OF APPEARANCE OF DAVID P. MILIAN

**PLEASE TAKE NOTICE** that the undersigned counsel, David P. Milian of The Milian Legal Group, is admitted to practice pro hac vice in this Court and hereby enters his appearance in these cases as counsel for Plaintiff, Jay Valinsky, as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email addresses below.

Dated February 20, 2024.

THE MILIAN LEGAL GROUP, P.A.

By: */s/ David P. Milian*

David P. Milian, Esq. (Fla. Bar No. 844421)
Email: david@lawmilian.com
Secondary: elizabeth@milianlaw.com
Secondary: DavidMilian@Milian-legal.com
1395 Brickell Avenue, Suite 800
Miami, FL 33131
Tel: (786) 808-9736
*Counsel for Jay Valinsky*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2024, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

                                           */s/ David P. Milian*
                                           David P. Milian