# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Case No.: 1:23-md-3089-BMC<br><br>**NOTICE OF WITHDRAWAL OF APPLICATION OF BEASLEY ALLEN LAW FIRM FOR APPOINTMENT TO EXECUTIVE COMMITTEE LEADERSHIP POSITION (ECF No. 143)** |

Plaintiffs Haley Hadden and Bonnie Van Noy, through their undersigned counsel, hereby notify the Court of their withdrawal of the Application of Beasley Allen Law Firm for Appointment to Executive Committee Leadership Position (ECF No. 143) filed on February 16, 2024.

DATED: February 28, 2024       Respectfully submitted,

/s/ *Demet Basar*
Demet Basar
W. Daniel "Dee" Miles, III, *pro hac forthcoming*
Alison D. Hawthorne, *pro hac forthcoming*
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
Dee.miles@beasleyallen.com
Alison.hawthorne@beasleyallen.com
Demet.basar@Beasleyallen.com

Rebecca D. Gilliland *pro hac pending*
Jessica M. Haynes, *pro hac pending*
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
301 St. Louis St.
Mobile, Alabama 36602
(251) 308-1515
Rebecca.gilliland@beasleyallen.com
Jessi.haynes@beasleyallen.com
*Counsel for Plaintiffs and the Proposed Class and Subclass*