UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 1:23-md-3089-BMC<br><br>This Document Relates to<br>ALL CASES |

**DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' AMENDED MOTION FOR AN ORDER APPOINTING PLAINTIFFS' PROPOSED LEADERSHIP STRUCTURE AND APPOINTING INTERIM CLASS COUNSEL**

Defendants file this response to Plaintiffs' Amended Motion for an Order Appointing Plaintiffs' Proposed Leadership Structure and Appointing Interim Class Counsel (See ECF No. 135.) Defendants take no position on Plaintiffs' proposed leadership structure, although Defendants reserve their rights, including the right to challenge the efficiency of the proposed structure. Defendants attempted to comply with the Court's request that the parties attempt to resolve leadership issues by stipulation rather than by motion. (*See* ECF No. 5 at 5.) However, Plaintiffs were unwilling to limit the scope of that stipulation to the appointment of "lead counsel and liaison counsel" as the Court requested (*id.*) but insisted on additionally moving for appointment of interim class counsel. Defendants oppose as premature the appointment of interim class counsel and intend to submit as a proposed agenda item for the initial status conference the question of whether the appointment of interim class counsel is appropriate or necessary at this stage. *See* ECF No. 5, [Proposed] Case Management Order No. 1, Section V.

Defendants do not believe there is any need for a formal organization of defense counsel at this time, including the appointment of Defendants' lead counsel or Defendants' liaison counsel. Defendants will continue to coordinate amongst themselves and with Plaintiffs' counsel to ensure the litigation progresses in an efficient manner.

Dated: February 28, 2024    Respectfully Submitted:

/s/ *Jay P. Lefkowitz*
Jay P. Lefkowitz, P.C.
Jacob M. Rae
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel:    (212) 446-4800
lefkowitz@kirkland.com
jacob.rae@kirkland.com

Robyn E. Bladow (*admitted pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 S. Flower Street
Los Angeles, CA 90071
Tel:    (213) 680-8400
robyn.bladow@kirkland.com

*Attorneys for Defendant Haleon US Holdings LLC*

        */s/ Cara D. Edwards*
        Cara D. Edwards (NY – 4267449)
        **DLA PIPER LLP (US)**
        1251 Avenue of the Americas, 27th Floor
        New York, NY 10020
        Tel: (212) 335-4714
        Fax: (212) 884-8714
        cara.edwards@us.dlapiper.com

        Christopher G. Campbell (NY – 3952363)
        **DLA PIPER LLP (US)**
        1201 West Peachtree Street, Suite 2800
        Atlanta, Georgia 30309
        Tel: (404) 736-7800
        Fax: (404) 682-7800
        christopher.campbell@us.dlapiper.com

        Christopher Young (*admitted pro hac vice*)
        **DLA PIPER LLP (US)**
        4365 Executive Drive, Suite 1100
        San Diego, CA 92121
        Tel: (619) 699-4748
        christopher.young@us.dlapiper.com

        *Attorneys for Defendant Bayer HealthCare, LLC*

        /s/ Ethan Davis
Ethan Davis (*admitted pro hac vice*)
Michael L. Resch (*admitted pro hac vice*)
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: edavis@kslaw.com
        mresch@kslaw.com

Rose J. Jones (*admitted pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 215-5828
Facsimile: (404) 572-5100
Email: rjones@kslaw.com

Livia M. Kiser (*admitted pro hac vice*)
**KING & SPALDING LLP**
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6911
Facsimile: (312) 995-6330
Email: lkiser@kslaw.com

*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, LP*

/s/ *Laura Flahive Wu*
Laura Flahive Wu (EDNY Registration No. – 5715276)
Andrew Soukup (*admitted pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5066
Facsimile: (202) 662-5982
Email: lflahivewu@cov.com
      asoukup@cov.com

Cortlin H. Lannin (*admitted pro hac vice*)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-7078
Email: clannin@cov.com

*Attorneys for Defendant The Procter & Gamble Company*

/s/ *Mark J. Lesko*
Mark J. Lesko
**GREENBERG TRAURIG, LLP**
900 Stewart Avenue, 5th Floor
Garden City, NY 11530
Tel. (631) 994-2408
Mark.Lesko@gtlaw.com

Nilda Isidro
Dale Rose Goldstein
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, NY 10017
Tel. (212) 801-9200
Nilda.Isidro@gtlaw.com
GoldsteinD@gtlaw.com

*Attorneys for Defendants Albertsons Companies, Inc., Costco Wholesale Corporation, CVS Pharmacy, Inc., Rite Aid Corporation, Target Corporation, and Walgreen Co.*

/s/ Robert W. Sparkes, III
Robert W. Sparkes, III (*admitted pro hac vice*)
Jennifer Janiera Nagle (*admitted pro hac vice*)
**K&L GATES LLP**
1 Congress Street, Suite 2900
Boston, MA 02114
Tel: (617) 261-3100
Fax: (617) 261-3175
Email: robert.sparkes@klgates.com
       jennifer.nagle@klgates.com

Ruby A. Nagamine (*admitted pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Fax: (206) 623-7580
Email: ruby.nagamine@klgates.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

/s/ Diana Cole Surprenant
Diana Cole Surprenant (*admitted pro hac vice*)
E. Paige Sensenbrenner (*admitted pro hac vice*)
**ADAMS AND REESE, LLP**
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Email: diana.surprenant@arlaw.com
       paige.sensenbrenner@arlaw.com

*Attorneys for Defendants Associated Wholesale Grocers, Inc., and Valu Merchandisers Co.*

/s/ *Michael Klebanov*
Michael Klebanov (*admitted pro hac vice*)
**HUSCH BLACKWELL LLP**
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006-3606
Telephone: (202) 378-2363
michael.klebanov@huschblackwell.com

Tanner Cook (*admitted pro hac vice*)
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Telephone: (314) 480-1500
Tanner.cook@huschblackwell.com

*Attorney for Defendant Dierbergs Markets, Inc.*

/s/ *Michael F. Healy*
Michael F. Healy (*admitted pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
Email: mfhealy@shb.com

Daniel B. Rogers (*admitted pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
201 South Biscayne Boulevard
Suite 3200
Miami, Florida 33131-4332
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
Email: drogers@shb.com

*Attorneys for Defendant Publix Super Markets, Inc.*

*/s/ James L. Bernard*
James L. Bernard
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3121
James.bernard@hoganlovells.com

Lauren S. Colton (*admitted pro hac vice*)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

*Attorneys for Defendant RB Health (US) LLC*

*/s/ Hannah Y. Chanoine*
Hannah Y. Chanoine
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hchanoine@omm.com

Amy J. Laurendeau (*admitted pro hac vice*)
Emilie W. Hamilton
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Fl.
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
alaurendeau@omm.com
ehamilton@omm.com

*Attorneys for Defendant Johnson & Johnson Consumer Inc.*