UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Haley Hadden, and Bonnie Van Noy v. The Procter and Gamble Company, et al.*<br>*3:24-cv-00035-MCR-ZCB* (NDFL) | Case No.: 1:23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF**<br>**<u>REBECCA D. GILLILAND</u>** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs Haley Hadden and Bonnie Van Noy in the above matter.

DATED: February 28, 2024

By: _____
Rebecca D. Gilliland
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
301 St. Louis St.
Mobile, Alabama 36602
(251) 308-1515
Rebecca.gilliland@beasleyallen.com
*Counsel for Plaintiffs and the Class and Subclass*

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_____
Rebecca D. Gilliland