**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Haley Hadden, and Bonnie Van Noy v. The Procter and Gamble Company, et al.*<br>*3:24-cv-00035-MCR-ZCB* (NDFL) | Case No.: 1:23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF**<br>**<u>JESSICA M. HAYNES</u>** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs Haley Hadden and Bonnie Van Noy in the above matter.

                                      By:/s/ *Jessica M. Haynes*
                                      Jessica M. Haynes
                                      BEASLEY, ALLEN, CROW, METHVIN,
                                      PORTIS & MILES, P.C.
                                      301 St. Louis St.
                                      Mobile, Alabama 36602
                                      (251) 308-1515
                                      Jessi.haynes@beasleyallen.com
                                      ***Counsel for Plaintiffs and the Class and Subclass***

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                      /s/ *Jessica M. Haynes*
                                      Jessica M. Haynes