# EXHIBIT A



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### JENNIFER MICHELE FRENCH

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JENNIFER MICHELE FRENCH, #265422, was on the 1st day of December, 2009 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 28th day of February 2024.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Robert R. Toy, Senior Deputy Clerk