**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 1:23-md-03089-BMC |
| THIS DOCUMENT RELATES TO:<br><br>*Sanes et al. v. Bayer Healthcare LLC*, No. 1:23-cv-09295 (E.D.N.Y.)<br><br>*Lewis et al. v. Johnson & Johnson Consumer, Inc.*, No. 1:23-cv-09301 (E.D.N.Y.)<br><br>*Ward et al. v. Johnson & Johnson Consumer, Inc.*, No. 1:23-cv-09302 (E.D.N.Y.)<br><br>*Lee et al. v. The Proctor & Gamble Company*, No. 1:23-cv-09294 (E.D.N.Y.)<br><br>*Sygal et al. v. RB Health (US) LLC*, No. 1:23-cv-09292 (E.D.N.Y.) | **PROPOSED ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |

The motion of Jennifer M. French ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is an active member in good standing of the State Bar of California, and her contact information is as follows:

> Jennifer M. French
> LYNCH CARPENTER, LLP
> jennf@lcllp.com
> 1234 Camino del Mar
> Del Mar, California 92014
> Telephone:    (619) 762-1900
> Facsimile:    (724) 656-1556

Having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Claudette Sanes, Daniel Flick, Janis Zimmerman, Thomas Lewis, Dena Fichot, John Jeffrey Ward, Ruta Taito, Karen Schwartz, Michael Lee, Toni Heuchan, Jonathan Brandman, Michelle Garza, Cece Davenport, Randall Sygal, Regina Brookshier, Erzen Krica, Allison

2

Sammarco, and Hollie Verdi in the above-captioned action, IT IS HEREBY ORDERED that Applicant is admitted *pro hac vice* in the above-captioned action in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE