## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br><br>Case No. 1:23-md-03089-BMC |

*This document relates to:*

***Anderson v. The Procter and Gamble Co., et al.***
Case No. 23-cv-03899 (E.D. Pa.)

***Rankin v Harris Teeter, LLC, et al.***
Case No. 23-cv-02864 (D. Md.)

### NOTICE OF APPEARANCE OF RICHARD FAMA

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned counsel, Richard Fama, of Cozen O'Connor, is admitted to practice in this Court, has no disciplinary matters pending, hereby enters his appearance in these cases as counsel for Defendants The Kroger Co. (in *Anderson*), and Harris Teeter, LLC and Harris Teeter Supermarkets, Inc. (both in *Rankin*), as well as in the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Dated:  New York, New York
            February 28, 2024

                                                   **COZEN O'CONNOR**

                                      By:   */s/ Richard Fama*
                                                Richard Fama
                                                3 WTC, 175 Greenwich St., 55th Fl.
                                                New York, NY 10007
                                                Tel. (212) 509-9400
                                                rfama@cozen.com
                                                *Counsel for Defendants The Kroger Co.,*
                                                *Harris Teeter LLC, and Harris Teeter*
                                                *Supermarkets, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: <i>/s/ Richard Fama</i><br>Richard Fama