## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>***Anderson v. The Procter and Gamble Co., et al.***<br>Case No. 23-cv-03899 (E.D. Pa.)<br><br>***Rankin v Harris Teeter, LLC, et al.***<br>Case No. 23-cv-02864 (D. Md.) | MDL No. 3089<br>Case No. 1:23-md-3089-BMC<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF KARL RILEY** |

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Karl Riley, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Cozen O'Connor and a member in good standing of the bar of the States of Nevada and Florida, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendants The Kroger Co. (*in Anderson*) and Harris Teeter, LLC and Harris Teeter Supermarkets, Inc. (both in *Rankin*), as well as in the above-referenced MDL Proceeding (MDL No. 3089). There are no pending disciplinary proceedings against me in any state or federal court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 28, 2024

Respectfully submitted,

COZEN O'CONNOR

/s/ *Karl Riley*
Karl Riley, Esq.
Southeast Financial Center, Suite 3000
200 South Biscayne Blvd.
Miami, Florida 33130
koriley@cozen.com
Telephone: (305) 704-5940
Facsimile: (305) 704-5955

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ *Karl Riley*
Karl Riley, Esq.