# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*Anderson v. The Procter and Gamble Co., et al.*<br>Case No. 23-cv-03899 (E.D. Pa.)<br><br>*Rankin v Harris Teeter, LLC, et al.*<br>Case No. 23-cv-02864 (D. Md.) | MDL No. 3089<br>Case No. 1:23-md-3089-BMC<br><br>AFFIDAVIT OF KARL O. RILEY IN SUPORT PRO HAC VICE ADMISSION |

I, Karl O. Riley, declare and state as follows:

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Karl O. Riley, am a member with the law firm of Cozen O'Connor. I submit this affidavit in support of my motion for admission *Pro Hac Vice* in the above-captioned matter.

1. I have not been convicted of a felony.

2. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any state or federal court.

4. A current certificate of good standing for the States of Nevada and Florida are attached as Exhibit A.

///

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2024 at Miami, Florida.

                                        Karl O. Riley, Esq.
                                        COZEN O'CONNOR
                                        Southeast Financial Center, Suite 3000
                                        200 South Biscayne Boulevard
                                        Miami, FL 33131-2352
                                        Telephone: (305) 704-5940
                                        Facsimile: (305) 704-5955

SUBSCRIBED AND SWORN before me this 28th day of February, 2024.

STATE OF FLORIDA    :
                                :SS
COUNTY OF MIAMI-DADE:

_____
Notary Public, State of Florida

TANIA GONZALEZ
MY COMMISSION # HH 490920
EXPIRES: March 19, 2028

My Commission expires March 19, 2028

2

LEGAL\68780418\1

# STATE BAR OF NEVADA

### CERTIFICATE OF STANDING



| | |
|---|---|
| **Issue Date:** | 2/27/2024 |
| **Attorney Name:** | Karl O. Riley |
| **Neveda Bar Number:** | 12077 |
| **License Type:** | ATTORNEY |
| **License Status:** | Active |
| **Admit/Certification Date:** | 10/7/2010 |

**3100 W. Charleston Blvd. Suite 100**
**Las Vegas, NV 89102**
**phone 702.382.2200**
**toll free 800.254.2797**
**fax 702.382.2075**

**9456 Double R Blvd., Ste. B**
**Reno, NV 89521-5977**
**phone 775.329.4100**
**fax 775.329.0522**

**www.nvbar.org**

To Whom It May Concern:

The State Bar of Nevada records indicate that the attorney named above was admitted or certified to practice in the State of Nevada and is in good standing as of the issue date.

If the attorney's License Type is NMATTORNEY (non-member attorney), they were certified to practice pursuant to Nevada Supreme Court Rule 49.1 'Limited practice certification for certain attorneys'. Refer to License Status for the subsection.

This certification expires 30 days from the issue date unless sooner revoked or rendered invalid by operation of rule or law.

Questions may be directed to memberservices@nvbar.org.

*Mary Jorgensen*
Mary Jorgensen
Member Services Director

No.2024 -10538667

verify by email at memberservices@nvbar.org

EXHIBIT A



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )        In Re:  1030465
Karl Orell Riley
Mr. Karl Orell Riley
936 SW 1st Ave Box 66
Miami, FL 33130-4520

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **December 14, 2023**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  27th  day of **February, 2024**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-272098

