UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>***Anderson v. The Procter and Gamble Co., et al.***<br>Case No. 23-cv-03899 (E.D. Pa.)<br><br>***Rankin v Harris Teeter, LLC, et al.***<br>Case No. 23-cv-02864 (D. Md.) | MDL No. 3089<br>Case No. 1:23-md-3089-BMC<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

  The motion of Karl Riley for admission to practice Pro Hac Vice in the above-captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the States of Nevada and Florida, and that his contact information is as follows:

Karl O. Riley, Esq.
COZEN O'CONNOR
Southeast Financial Center, Suite 3000
200 South Biscayne Boulevard
Miami, FL 33131-2352
Telephone: (305) 704-5940
Facsimile: (305) 704-5955
koriley@cozen.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2024          _____
                                          United State District/Magistrate Judge

2

LEGAL\68790936\1