## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>MASTER DOCKET NO. 1:23-md-03089<br><br>Brian M. Cogan District Judge |
| **THIS DOCUMENT APPLIES TO:**<br><br>*Rampalli v. Publix Super Markets, Inc.*, No. 1:23-cv-09264 (E.D.N.Y.)<br><br>*De Priest v. Walgreen Co.*, No. 1:23-cv-09272 (E.D.N.Y.)<br><br>*Valinsky v. Johnson & Johnson Consumer, Inc.*, No. 1:24-cv-00124 (E.D.N.Y.) | |

### NOTICE OF APPEARANCE OF COUNSEL: MICHAEL F. HEALY

PLEASE TAKE NOTICE that the undersigned, Michael F. Healy of Shook, Hardy & Bacon L.L.P., is admitted to practice *pro hac vice* in this action, is a member of good standing of the bar of the State of California, has no disciplinary matters pending against him, and hereby appears on behalf of Defendant, ***Publix Super Markets, Inc.*** in the above-captioned matter.

Dated:  February 28, 2024

                                                  Respectfully submitted,

                                                  */s/ Michael F. Healy*
                                                  Michael F. Healy (CA SBN 95098)
                                                  **SHOOK, HARDY & BACON L.L.P.**
                                                  555 Mission Street, Suite 2300
                                                  San Francisco, CA 94105
                                                  Telephone:  (415) 544-1900
                                                  Facsimile:   (415) 391.0281
                                                  Email: mfhealy@shb.com

                                                  ***Counsel for Defendant, Publix Super Markets, Inc.***

4855-5755-9973

**CERTIFICATE OF SERVICE**

      I, hereby certify that on February 28, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of each such filing to all CM/ECF participants registered to receive service.

                                                */s/ Michael F. Healy*
                                                Michael F. Healy

4855-5755-9973