UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Haley Hadden, and Bonnie Van Noy v. The Procter and Gamble Company, et al.*<br>*3:24-cv-00035-MCR-ZCB* (NDFL) | Case No.: 1:23-md-3089-BMC<br><br>**DECLARATION OF ALISON D. HAWTHORNE, ESQ. IN SUPPORT OF**<br>**<u>ADMISSION *PRO HAC VICE*</u>** |

I, Alison D. Hawthorne, declare as follows:

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I am a Principal with the firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. I submit this *Declaration* in support of my *Motion for Admissions Pro Hac Vice* in the above captioned matter.

1. I have not been convicted of a felony.

2. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of February, 2024 in Montgomery, Alabama.

_____
Alison D. Hawthorne
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
272 Commerce Street

Montgomery, Alabama 36104
(334) 269-2343
Alison.hawthorne@beasleyallen.com
***Counsel for Plaintiffs and the Class and Subclass***

Case 1:23-md-03089-BMC    Document 159-1    Filed 02/29/24    Page 2 of 2 PageID #: 2170