# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Haley Hadden, and Bonnie Van Noy v. The Procter and Gamble Company, et al.*<br>*3:24-cv-00035-MCR-ZCB* (NDFL) | Case No.: 1:23-md-3089-BMC<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF**<br>**ALISON D. HAWTHORNE, ESQ.** |

The *Motion for Admission Pro Hac Vice of Alison D. Hawthorne, Esq.* in the above captioned action is GRANTED. Applicant has declared that she is a member in good standing of the State Bar of Alabama (Bar No. 298043D) and State of Georgia (Bar No. 146170) and that her contact information is as follows:

> Alison D. Hawthorne, Esq.
> BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
> 272 Commerce Street
> Montgomery, Alabama 36104
> (334) 269-2343
> Alison.hawthorne@beasleyallen.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs, Haley Hadden and Bonnie Van Noy in the above-captioned actions:

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED:_____                        _____
                                                THE HONORABLE BRIAN M. COGAN UNITED STATES DISTRICT JUDGE