

February 29, 2024

**Karl O. Riley**
Direct Phone 702-470-2314
Direct Fax 702-470-2351
koriley@cozen.com

Honorable Brian M. Cogan
United States District Court Judge
For the Eastern District of New York
255 Cadman Plaza East
Brooklyn, New York 11201

Re:   In re: Oral Phenylephrine Marketing and Sales
      Practices Litigation, MDL No.23-md-03089-BMC

Dear Brian M. Cogan:

Under ECF 156 in the above case, the undersigned submitted a motion for pro hac vice, affidavit, and proposed order on behalf of the Defendants The Kroger Co., Harris Teeter, LLC, and Harris Teeter Supermarkets, Inc. Unfortunately, the proposed order indicated that the undersigned represented Plaintiffs and did not contain the names of the above Defendants. I attach an Amended Order to correct those issues, and respectfully request the Court consider and execute in lieu ECF 156-2.

Respectfully submitted,

COZEN O'CONNOR

By:   Karl O. Riley

cc w/encl to all counsel of record
via the Court's CM/ECF system