## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Haley Hadden, and Bonnie Van Noy v. The Procter and Gamble Company, et al.*<br>*3:24-cv-00035-MCR-ZCB* (NDFL) | Case No.: 1:23-md-3089-BMC<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF W. DANIEL ("DEE") MILES, III, ESQ.** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, W. Daniel ("Dee") Miles, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs, Haley Hadden and Bonnie Van Noy in the above-captioned action.

I am in good standing of the Alabama State Bar and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have filed concurrently a *Declaration* of W. Daniel Miles in Support of Admission *Pro Hac Vice* as required by Local Rule 1.3(c). Additionally, I have filed a *Certificate of Good Standing* for the State of Alabama.

DATED: February 29, 2024.

By: /s/ *W. Daniel Miles, III*
W. Daniel "Dee" Miles, III
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
Dee.miles@beasleyallen.com
**Counsel for Plaintiffs and the Class and Subclass**