UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Haley Hadden, and Bonnie Van Noy v. The Procter and Gamble Company, et al.*<br>*3:24-cv-00035-MCR-ZCB* (NDFL) | Case No.: 1:23-md-3089-BMC<br><br>DECLARATION OF W. DANIEL ("DEE") MILES, III, ESQ. IN SUPPORT OF ADMISSION <u>*PRO HAC VICE*</u> |

I, W. Daniel ("Dee") Miles, III, declare as follows:

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, W. Daniel ("Dee") Miles, III, am a Consumer Fraud Section Head and Principal with the firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. I submit this *Affidavit* in support of my *Motion for Admissions Pro Hac Vice* in the above captioned matter.

1. I have not been convicted of a felony.

2. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of February, 2024 in Montgomery, Alabama.

*[signature]*

W. Daniel "Dee" Miles, III
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street

Montgomery, Alabama 36104
(334) 269-2343
Dee.miles@beasleyallen.com
***Counsel for Plaintiffs and the Class and Subclass***