# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Haley Hadden, and Bonnie Van Noy v. The Procter and Gamble Company, et al.*<br>*3:24-cv-00035-MCR-ZCB* (NDFL) | Case No.: 1:23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF ALISON D. HAWTHORNE** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the undersigned counsel, Alison D. Hawthorne, of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., who is admitted to practice in the State of Alabama (Bar No. 298043D) and State of Georgia (Bar No. 146170) and has no disciplinary matters hereby enters her appearance as counsel for Plaintiffs Haley Hadden and Bonnie Van Noy in the above matter.

DATED: March 1, 2024

By: _/s/ Alison D. Hawthorne_
Alison D. Hawthorne
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
Alison.hawthorne@beasleyallen.com
***Counsel for Plaintiffs and the Class and Subclass***