UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Haley Hadden, and Bonnie Van Noy v. The Procter and Gamble Company, et al.*<br>*3:24-cv-00035-MCR-ZCB* (NDFL) | Case No.: 1:23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF<br>W. DANIEL "DEE" MILES, III** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs Haley Hadden and Bonnie Van Noy in the above matter.

DATED: March 5, 2024

By: /s/ *W. Daniel Miles*
W. Daniel "Dee" Miles, III
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
Dee.miles@beasleyallen.com
***Counsel for Plaintiffs and the Class and Subclass***