UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 1:23-md-03089-BMC |
| THIS DOCUMENT RELATES TO:<br><br>*Sanes et al. v. Bayer Healthcare LLC*, No. 1:23-cv-09295 (E.D.N.Y.)<br><br>*Lewis et al. v. Johnson & Johnson Consumer, Inc.*, No. 1:23-cv-09301 (E.D.N.Y.)<br><br>*Ward et al. v. Johnson & Johnson Consumer, Inc.*, No. 1:23-cv-09302 (E.D.N.Y.)<br><br>*Lee et al. v. The Proctor & Gamble Company*, No. 1:23-cv-09294 (E.D.N.Y.)<br><br>*Sygal et al. v. RB Health (US) LLC*, No. 1:23-cv-09292 (E.D.N.Y.) | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned, Jennifer M. French, of Lynch Carpenter, LLP, is admitted to practice *pro hac vice* in this action, is a member in good standing of the bar of the State of California, has no disciplinary matters pending against her, and hereby appears on behalf of Plaintiffs Claudette Sanes, Daniel Flick, Janis Zimmerman, Thomas Lewis, Dena Fichot, John Jeffrey Ward, Ruta Taito, Karen Schwartz, Michael Lee, Toni Heuchan, Jonathan Brandman, Michelle Garza, Cece Davenport, Randall Sygal, Regina Brookshier, Erzen Krica, Allison Sammarco, and Hollie Verdi in the above-captioned matter.

Dated: March 5, 2024

**LYNCH CARPENTER, LLP**

By: */s/ Jennifer M. French*
Jennifer M. French (265422)
jennf@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone:    (619) 762-1900
Facsimile:     (724) 656-1556

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2024, I electronically filed the above-referenced document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

Dated: March 5, 2024  **LYNCH CARPENTER, LLP**

By: */s/ Jennifer M. French*
Jennifer M. French (265422)
jennf@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone:   (619) 762-1900
Facsimile:     (724) 656-1556

*Attorneys for Plaintiffs*