**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>***Anderson v. The Procter and Gamble Co., et al.***<br>Case No. 23-cv-03899 (E.D. Pa.)<br><br>***Rankin v Harris Teeter, LLC, et al.***<br>Case No. 23-cv-02864 (D. Md.) | MDL No. 3089<br>Case No. 1:23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF KARL RILEY** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned counsel, Karl Riley, of Cozen O'Connor, is admitted to practice in this Court, has no disciplinary matters pending, hereby enters his appearance in these cases as counsel for Defendants The Kroger Co. (in *Anderson*), and Harris Teeter, LLC and Harris Teeter Supermarkets, Inc. (both in *Rankin*), as well as in the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Dated:  Miami, Florida
        March 6, 2024

**COZEN O'CONNOR**

*/s/ Karl Riley*
Karl Riley, Esq.
Southeast Financial Center, Suite 3000
200 South Biscayne Blvd.
Miami, Florida 33130
koriley@cozen.com
Telephone: (305) 704-5940
Facsimile: (305) 704-5955

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                          /s/ *Karl Riley*
                                                          Karl Riley, Esq.