UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*,<br>1:23-cv-09282-BMC (E.D.N.Y.)<br><br>*Means v. Johnson & Johnson Consumer Inc., et al.*,<br>1:23-cv-09276-BMC (E.D.N.Y.) | 23-md-3089-BMC<br><br>Brian M. Cogan District Judge<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF SOPHIE ZAVAGLIA, ESQ. |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Sophie Zavaglia, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Daniel Heaghney and Daryl Means in the above-captioned action.

I am in good standing of the Missouri and Illinois State Bar and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3(c). *See* Affidavit of Sophie Zavaglia in Support of Admission *Pro Hac Vice*, filed concurrently; *see also* Exhibit A (Certificate of Good Standing for the State of Missouri and Illinois).

DATED: March 8, 2024

*/s/ Sophie Zavaglia*
SOPHIE ZAVAGLIA

SWMW LAW, LLC
701 Market Street, Suite 1000
St. Louis, MO 63101
314-480-5180
sophie@swmwlaw.com
*Attorneys for Plaintiffs*