UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF NEW YORK

---

DARYL MEANS
DANIEL HEAGHNEY

     Plaintiff(s),

v.

Johnson & Johnson Consumer
Inc., et al.,

     Defendant(s).

23-md-3089-BMC

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL**

*PRO HAC VICE*

---

I, SOPHIE ZAVAGLIA, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of SWMW LAW, LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Illinois and Missouri.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I have not been convicted of a felony.
6. I Have Not been censured, suspended, disbarred, or denied admission or readmission by any court.
7. Attorney Registration Number(s) if applicable: MO – 66348 and IL – 6315854.
8. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in case 23-md-3089-BMC for Plaintiffs.

Date: 5th day of March 2024

Signature of Movant
SOPHIE ZAVAGLIA
Firm Name: SWMW LAW, LLC
Address: 701 Market Street, Suite 1000
St. Louis, MO 63101
Email: sophie@swmwlaw.com
Phone: 314-480-5180

State of Missouri  )
County of St. Louis  )

Subscribed and sworn to before me on this 5th day of March, in the year 2024.

_____
Notary Public Signature

ALLISON STORR
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 16275126
My Commission Expires Jan 19, 2025