# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 1:23-md-03089-BMC<br><br>THIS DOCUMENT APPLIES TO:<br><br>ALL CASES |

## LC PLAINTIFFS' RESPONSE TO CASE MANAGEMENT ORDER NO. 1, AND NOTICE OF INTENT TO JOIN CONSENSUS PLAINTIFFS' MOTION FOR APPOINTMENT

In response to the Court's Case Management Order No. 1 of February 29, 2024 (ECF No. 162), the "LC Plaintiffs"[1] hereby notify the Court and all parties of LC Plaintiffs' intent to join in the Consensus Plaintiffs' Amended Motion for an Order Appointing Plaintiffs' Proposed Leadership Structure and Appointing Interim Class Counsel (ECF No. 135). Accordingly, LC Plaintiffs will <u>not</u> be filing a separate motion for appointment as lead counsel for Plaintiffs.

Respectfully submitted,

Dated: 8 March 2024

**LYNCH CARPENTER, LLP**

By: */s/ Jennifer M. French*
Jennifer M. French (*admitted pro hac vice*)
jennf@lcllp.com
Scott G. Braden (*admitted pro hac vice*)
scott@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone:   (619) 762-1900
Facsimile:   (858) 313-1850

*Attorneys for LC Plaintiffs*

---

[1] The "LC Plaintiffs" are: Claudette Sanes, Daniel Flick, Janis Zimmerman, Thomas Lewis, Dena Fichot, John Jeffrey Ward, Ruta Taito, Karen Schwartz, Michael Lee, Toni Heuchan, Jonathan Brandman, Michelle Garza, Cece Davenport, Randall Sygal, Regina Brookshier, Erzen Krica, Allison Sammarco, and Hollie Verdi.

1

## CERTIFICATE OF SERVICE

I hereby certify that on 8 March 2024, I electronically filed the above-referenced document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

Dated: 8 March 2024                                **LYNCH CARPENTER, LLP**

                                                       By:  */s/ Jennifer M. French*
                                                                  Jennifer M. French