UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Cody Morgan

                             Plaintiff,

   v.

The Procter & Gamble Company

                            Defendant.
----------------------------------------------------------X

1:23-cv-09266

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel
          Laura Flahive Wu
          Covington & Burling LLP (US)

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I __Michael A. Sacchet__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Ciresi Conlin LLP__ and a member in good standing of the bar of the State of __Minnesota__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintiff Cody Morgan__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: March 14, 2024

/s/ Michael A. Sacchet
Signature of Movant
Firm Name: Ciresi Conlin LLP
Address: 225 South 6th St., Suite 4600
Minneapolis, MN 55402
Email: mas@ciresiconlin.com
Phone: 612-361-8220