UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------

Cody Morgan

        Plaintiff,

v.

The Procter & Gamble Company
        Defendant.

-------------------------------------------------

1:23-cv-09266

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Michael A. Sacchet, being duly sworn, hereby depose and say as follows:

1. I am a __Partner__ with the law firm of __Ciresi Conlin LLP__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of __Minnesota__.
4. There are no pending disciplinary proceedings against me in any state or federal court **True**
5. I __Have not__ been convicted of a felony. If you have, please describe facts and circumstances.

6. I __Have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number if applicable: __0395817__
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __1:23-cv-09266__ for __Plaintiff__ __Cody Morgan__.

Date __3/14/24__
__Hennepin County__, MN

**NOTARIZED**

*/s/ M. Sacchet*
Signature of Movant
Firm Name: Ciresi Conlin LLP
Address: 225 South 6th St.
Suite 4600
Minneapolis, MN 55402
Email: mas@ciresiconlin.com
Phone: 612-361-8220

# EXHIBIT 1

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

MICHAEL AARON SACCHET

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 20, 2013

Given under my hand and seal of this court on

February 16, 2024

Emily J. Eschweiler, Director
Office of Lawyer Registration