## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo *v. Reckitt Benckiser LLC, et al.* 2:23-cv-20370<br><br>Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers *v. Reckitt Benckiser LLC, et al.* 2:23-cv-03856 | Case No.: 1:23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF SCOTT A. GEORGE** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Erin Barton, Kimberly Buscaglia, Francis W. Catanese, Samuel Gallo, Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers (collectively, "Plaintiffs"), in the above litigation.

DATED: March 22, 2024

By: /s/ *Scott A. George*

Scott A. George
SEEGER WEISS LLP
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
Tel: 215-553-7982
Fax: 215-851-8029
sgeorge@seegerweiss.com

***Counsel for Plaintiffs***