UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo *v. Reckitt Benckiser LLC, et al.*<br>*2:23-cv-20370*<br><br>Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers *v. Reckitt Benckiser LLC, et al.*<br>*2:23-cv-03856* | Case No.: 1:23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER A. SEEGER** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Erin Barton, Kimberly Buscaglia, Francis W. Catanese, Samuel Gallo, Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers (collectively, "Plaintiffs"), in the above litigation.

DATED: March 22, 2024

By: /s/ *Christopher A. Seeger*
    Christopher A. Seeger
    SEEGER WEISS LLP
    55 Challenger Road, 6th Floor
    Ridgefield Park, NJ 07660
    Tel: 973-639-9100
    Fax: 973-679-8656
    cseeger@seegerweiss.com

    ***Counsel for Plaintiffs***