UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo *v. Reckitt Benckiser LLC, et al.*<br>*2:23-cv-20370*<br><br>Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers *v. Reckitt Benckiser LLC, et al.*<br>*2:23-cv-03856* | Case No.: 1:23-md-3089-BMC<br><br>NOTICE OF APPEARANCE OF DAVID R. BUCHANAN |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Erin Barton, Kimberly Buscaglia, Francis W. Catanese, Samuel Gallo, Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers (collectively, "Plaintiffs"), in the above litigation.

DATED: March 22, 2024

By: /s/ *David R. Buchanan*
David R. Buchanan
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel: 973-639-9100
Fax: 973-679-8656
dbuchanan@seegerweiss.com

*Counsel for Plaintiffs*