## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) ) ) *Heather Fong v. Johnson & Johnson Consumer, Inc., et al. – Case No. 1:23-cv-09278-BMC* ) ) ) ) *Michael Walker v. Johnson & Johnson Consumer, Inc., et al. – Case No. 1:23-cv-09284-BMC* ) ) ) ) *Krista Wright v. Johnson & Johnson Consumer, Inc., et al. – Case No. 1:23-cv-09285-BMC* ) ) | CASE No.: 1:23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF LINDSEY SCARCELLO** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Heather Fong, Michael Walker and Krista Wright (collectively, "Plaintiffs") in the above litigation.

DATED: March 25, 2024

Respectfully submitted,

*/s/ Lindsey Scarcello*
Lindsey Scarcello
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
Tel. (816) 701-1100
Fax: (816) 531-2372
lscarcello@wcllp.com

Counsel for Plaintiffs