# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION* <br><br> This document relates to: <br><br> *Anderson, et al. v. The Procter & Gamble Company, et al.*, No. 1:23-cv-09315 <br><br> *Benjamin v. GlaxoSmithKline, LLC, et. al.*, No. 1:23-cv-09313 <br><br> *Bryan, et. al. v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:24-cv-00040 <br><br> *Chavez v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-09304 <br><br> *Emmons et al. v. McNeil Consumer Healthcare, et al.*, No. 1:23-cv-09314 <br><br> *Fong, et. al. v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:23-cv-09278 <br><br> *Hansen, et. al. v. Walmart, Inc.*, No. 1:23-cv-09259 <br><br> *Heaghney v. Johnson & Johnson Holdco (NA) Inc., et al.*, No. 1:23-cv-09282 <br><br> *Holmes v. Walmart, Inc.*, No. 1:23-cv-09255 <br><br> *Isom v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:23-cv-09283 <br><br> *Kasparie, et al. v. Bayer Healthcare, LLC, et al.*, No. 1:23-cv-09312 <br><br> *McPhee et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 1:23-cv-09262 <br><br> *Means v. Johnson & Johnson Consumer Inc.*, | MDL No. 3089 <br> Case No. 1:23-md-3089-BMC <br><br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

| | |
|---|---|
| No. 1:23-cv-09276 | ) |
| | ) |
| *Morris v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:24-cv-00269 | ) |
| | ) |
| *Nelson, et al. v. Kenvue, Inc., et al.*, No. 1:23-cv-09261 | ) |
| | ) |
| *Pack et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 1:23-cv-09057 | ) |
| | ) |
| *Pena-Venegas v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:24-cv-00041 | ) |
| | ) |
| *Reyes v. The Procter & Gamble Company, et. al.*, No. 1:23-cv-09308 | ) |
| | ) |
| *Walker v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:23-cv-09284 | ) |
| | ) |
| *Wright v. Johnson & Johnson Consumer, Inc.*, No. 1:23-cv-09285 | ) |

NOTICE IS HEREBY GIVEN that, subject to approval by the Court, Walmart Inc. and Wal-Mart Stores East, LP, and as incorrectly named in some cases, Walmart, Inc., Wal-Mart, Inc., and Wal-Mart Stores East 1, LP (collectively, "Walmart Inc."), substitutes Dale Rose Goldstein of Greenberg Traurig, LLP, State Bar No. 4915542, as counsel of record in place of the following attorneys who have appeared or filed *pro hac vice* applications in one or more of the above-captioned cases: Ethan Price Davis; Livia M. Kiser; Michael L. Resch; and Rose J. Jones.

Contact information for new counsel is as follows:

> Greenberg Traurig, LLP
> One Vanderbilt Avenue
> New York, New York 10017
> Tel. (212) 801-9200
> Fax (212) 801-6400
> GoldsteinD@gtlaw.com

I consent to the above substitution.

                                                                WALMART INC.

Date: 03/26/2024        By: _/s/ Andrea Mahady Price_____
                                                    Andrea Mahady Price
                                                    Lead Counsel

I consent to being substituted.

                                                               KING & SPALDING LLP

Date: 3/5/2024          By: _/s/ Ethan Price Davis_____
                                                    Ethan Price Davis

Date: 3/5/2024          By: _/s/ Livia M. Kiser_____
                                                    Livia M. Kiser

Date: 3/5/2024          By: _/s/ Michael L. Resch_____
                                                    Michael L. Resch

Date: 3/5/2024          By: _/s/ Rose J. Jones_____
                                                    Rose J. Jones

I consent to the above substitution.

                                                              GREENBERG TAURIG, LLP

DATED: 3/5/2024        By: _/s/ Dale Rose Goldstein_____
                                                    Dale Rose Goldstein

The substitution of attorneys is hereby approved and so ORDERED.

DATED: _____      _____
                                                                          U.S.D.J.