# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION* | )<br>)<br>)<br>) |
| This document relates to: | ) MDL No. 3089<br>) Case No. 1:23-md-3089-BMC |
| *Anderson, et al. v. The Procter & Gamble Company, et al.*, No. 1:23-cv-09315 | )<br>) |
| *Benjamin v. GlaxoSmithKline, LLC, et. al.*, No. 1:23-cv-09313 | ) **CONSENT ORDER GRANTING**<br>) **SUBSTITUTION OF ATTORNEY** |
| *Bryan, et. al. v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:24-cv-00040 | )<br>) |
| *Chavez v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-09304 | )<br>) |
| *Emmons et al. v. McNeil Consumer Healthcare, et al.*, No. 1:23-cv-09314 | )<br>) |
| *Fong, et. al. v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:23-cv-09278 | )<br>) |
| *Hansen, et. al. v. Walmart, Inc.*, No. 1:23-cv-09259 | )<br>) |
| *Heaghney v. Johnson & Johnson Holdco (NA) Inc., et al.*, No. 1:23-cv-09282 | )<br>) |
| *Holmes v. Walmart, Inc.*, No. 1:23-cv-09255 | ) |
| *Isom v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:23-cv-09283 | )<br>) |
| *Kasparie, et al. v. Bayer Healthcare, LLC, et al.*, No. 1:23-cv-09312 | )<br>) |
| *McPhee et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 1:23-cv-09262 | )<br>)<br>) |
| *Means v. Johnson & Johnson Consumer Inc.*, | ) |

| | |
|---|---|
| No. 1:23-cv-09276 | ) |
| | ) |
| *Morris v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:24-cv-00269 | ) ) ) |
| | ) |
| *Nelson, et al. v. Kenvue, Inc., et al.*, No. 1:23-cv-09261 | ) ) |
| | ) |
| *Pack et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 1:23-cv-09057 | ) ) ) |
| | ) |
| *Pena-Venegas v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:24-cv-00041 | ) ) ) |
| | ) |
| *Reyes v. The Procter & Gamble Company, et. al.*, No. 1:23-cv-09308 | ) ) ) |
| | ) |
| *Walker v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:23-cv-09284 | ) ) ) |
| | ) |
| *Wright v. Johnson & Johnson Consumer, Inc.*, No. 1:23-cv-09285 | ) ) ) |

NOTICE IS HEREBY GIVEN that, subject to approval by the Court, Walmart Inc. and Wal-Mart Stores East, LP, and as incorrectly named in some cases, Walmart, Inc., Wal-Mart, Inc., and Wal-Mart Stores East 1, LP (collectively, "Walmart Inc."), substitutes Mark J. Lesko of Greenberg Traurig, LLP, State Bar No. 5595335, as counsel of record in place of the following attorneys who have appeared or filed *pro hac vice* applications in one or more of the above-captioned cases: Ethan Price Davis; Livia M. Kiser; Michael L. Resch; and Rose J. Jones.

Contact information for new counsel is as follows:

> Greenberg Traurig, LLP
> 900 Stewart Avenue, 5th Floor
> Garden City, NY 11530
> Tel. (631) 994-2408
> Mark.Lesko@gtlaw.com

I consent to the above substitution.

                                WALMART INC.

Date: 03/26/2024        By: *Andrea Mahady Price*
                                Andrea Mahady Price
                                Lead Counsel

I consent to being substituted.

                                KING & SPALDING LLP

Date: 3/5/2024          By:
                                Ethan Price Davis

Date: 3/5/2024          By:
                                Livia M. Kiser

Date: 3/5/2024          By:
                                Michael L. Resch

Date: 3/5/2024          By:
                                Rose J. Jones

I consent to the above substitution.

                                GREENBERG TRAURIG, LLP

DATED: 3/5/2024       By:
                                Mark J. Lesko

The substitution of attorneys is hereby approved and so ORDERED.

DATED: _____                     _____
                                                                 U.S.D.J.