UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 1:23-md-03089-BMC<br><br>Hon. Brian M. Cogan |

## MOTION FOR LEAVE TO WITHDRAW COUNSEL

Pursuant to Local Rule 1.4 of the United States District Court for the Eastern District of New York, Plaintiffs Joey Cohen and Viva Cohen (hereinafter "Plaintiffs") respectfully request leave to withdraw Nia-Imara Atu Barberousse Binns as counsel. As of March 15, 2023, Ms. Binns is no longer employed at the law firm of Freed Kanner London & Millen LLC. The Plaintiffs will continue to be represented by attorneys at the law firms of Freed Kanner London & Millen LLC.

DATED: March 28, 2024                Respectfully submitted,

/s/ Steven A. Kanner
Steven A. Kanner
William H. London
FREED KANNER LONDON & MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
skanner@fklmlaw.com
blondon@fklmlaw.com

Jonathan M. Jagher
FREED KANNER LONDON & MILLEN, LLC
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6487
jjagher@fklmlaw.com

*Counsel for Plaintiffs Joey Cohen and Viva Cohen*

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on March 28, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using CM/ECF. All counsel of record will receive an electronic notice of this filing.

<u>*/s/ Steven A. Kanner*</u>
Steven A. Kanner
