# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION*<br><br>This document relates to:<br><br>*Anderson, et al. v. The Procter & Gamble Company, et al.*, No. 1:23-cv-09315<br><br>*Benjamin v. GlaxoSmithKline, LLC, et. al.*, No. 1:23-cv-09313<br><br>*Bryan, et. al. v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:24-cv-00040<br><br>*Chavez v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-09304<br><br>*Emmons et al. v. McNeil Consumer Healthcare, et al.*, No. 1:23-cv-09314<br><br>*Fong, et. al. v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:23-cv-09278<br><br>*Hansen, et. al. v. Walmart, Inc.*, No. 1:23-cv-09259<br><br>*Heaghney v. Johnson & Johnson Holdco (NA) Inc., et al.*, No. 1:23-cv-09282<br><br>*Holmes v. Walmart, Inc.*, No. 1:23-cv-09255<br><br>*Isom v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:23-cv-09283<br><br>*Kasparie, et al. v. Bayer Healthcare, LLC, et al.*, No. 1:23-cv-09312<br><br>*McPhee et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 1:23-cv-09262<br><br>*Means v. Johnson & Johnson Consumer Inc.,* | MDL No. 3089<br>Case No. 1:23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF DALE R. GOLDSTEIN** |

| | |
|---|---|
| No. 1:23-cv-09276 | ) |
| | ) |
| *Morris v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:24-cv-00269 | ) ) ) |
| | ) |
| *Nelson, et al. v. Kenvue, Inc., et al.*, No. 1:23-cv-09261 | ) ) |
| | ) |
| *Pack et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 1:23-cv-09057 | ) ) |
| | ) |
| *Pena-Venegas v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:24-cv-00041 | ) ) ) |
| | ) |
| *Reyes v. The Procter & Gamble Company, et. al.*, No. 1:23-cv-09308 | ) ) |
| | ) |
| *Walker v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:23-cv-09284 | ) ) |
| | ) |
| *Wright v. Johnson & Johnson Consumer, Inc.*, No. 1:23-cv-09285 | ) ) |

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Dale R. Goldstein, of Greenberg Traurig, LLP, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters her appearance in these cases as counsel for Defendants Walmart Inc. and Wal-Mart Stores East, LP, and as incorrectly named in some cases, Walmart, Inc., Wal-Mart, Inc., and Wal-Mart Stores East 1, LP (collectively, "Walmart Inc."), as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon her at the email address below.

Dated: March 28, 2024                          **GREENBERG TRAURIG, LLP**

                                                     By:    */s/ Dale Rose Goldstein*

                                                       Dale Rose Goldstein
                                                       One Vanderbilt Avenue
                                                       New York, NY 10017
                                                       Tel. (212) 801-9200
                                                       GoldsteinD@gtlaw.com

                                                       *Attorney for Walmart Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: */s/ Dale R. Goldstein*
Dale R. Goldstein