# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION* ) ) ) ) | |
| This document relates to: ) ) | MDL No. 3089<br>Case No. 1:23-md-3089-BMC |
| *Anderson, et al. v. The Procter & Gamble Company, et al.*, No. 1:23-cv-09315 ) ) ) | |
| *Benjamin v. GlaxoSmithKline, LLC, et. al.*, No. 1:23-cv-09313 ) ) ) | **NOTICE OF APPEARANCE OF MARK J. LESKO** |
| *Bryan, et. al. v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:24-cv-00040 ) ) ) | |
| *Chavez v. Johnson & Johnson Consumer, Inc. et al.*, No. 1:23-cv-09304 ) ) ) | |
| *Emmons et al. v. McNeil Consumer Healthcare, et al.*, No. 1:23-cv-09314 ) ) ) | |
| *Fong, et. al. v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:23-cv-09278 ) ) ) | |
| *Hansen, et. al. v. Walmart, Inc.*, No. 1:23-cv-09259 ) ) ) | |
| *Heaghney v. Johnson & Johnson Holdco (NA) Inc., et al.*, No. 1:23-cv-09282 ) ) ) | |
| *Holmes v. Walmart, Inc.*, No. 1:23-cv-09255 ) ) ) | |
| *Isom v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:23-cv-09283 ) ) ) | |
| *Kasparie, et al. v. Bayer Healthcare, LLC, et al.*, No. 1:23-cv-09312 ) ) ) | |
| *McPhee et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 1:23-cv-09262 ) ) ) | |
| *Means v. Johnson & Johnson Consumer Inc.*, ) | |

| | |
|---|---|
| No. 1:23-cv-09276 | ) |
| | ) |
| *Morris v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:24-cv-00269 | ) ) ) |
| | ) |
| *Nelson, et al. v. Kenvue, Inc., et al.*, No. 1:23-cv-09261 | ) ) |
| | ) |
| *Pack et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*, No. 1:23-cv-09057 | ) ) |
| | ) |
| *Pena-Venegas v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:24-cv-00041 | ) ) ) |
| | ) |
| *Reyes v. The Procter & Gamble Company, et. al.*, No. 1:23-cv-09308 | ) ) |
| | ) |
| *Walker v. Johnson & Johnson Consumer, Inc., et. al.*, No. 1:23-cv-09284 | ) ) |
| | ) |
| *Wright v. Johnson & Johnson Consumer, Inc.*, No. 1:23-cv-09285 | ) ) |

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Mark J. Lesko, of Greenberg Traurig, LLP, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters his appearance in these cases as counsel for Defendants Walmart Inc. and Wal-Mart Stores East, LP, and as incorrectly named in some cases, Walmart, Inc., Wal-Mart, Inc., and Wal-Mart Stores East 1, LP (collectively, "Walmart Inc."), as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

3

Dated: March 28, 2024                      **GREENBERG TRAURIG, LLP**

                                                    By:  */s/ Mark J. Lesko*
                                                                 Mark J. Lesko
                                                                  900 Stewart Avenue, 5th Floor
                                                                   Garden City, NY 11530
                                                                   Tel. (631) 994-2408
                                                                   Mark.Lesko@gtlaw.com

                                                                   *Attorney for Walmart Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

           By: */s/ Mark J. Lesko*
              Mark J. Lesko