UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 1:23-md-3089-BMC<br><br>This Document Relates to<br>ALL CASES |

## CONSENSUS PLAINTIFFS' PROPOSED CASE MANAGEMENT CONFERENCE AGENDA

Pursuant to Case Management Order No. 1, the Consensus Plaintiffs submit this Proposed Agenda for the first Case Management Conference set for April 2, 2024.

I. Agenda items set forth by the Court in Case Management Order No.1

- Consolidation of all cases (and whether certain subsets of cases should be coordinated in any way)

- Appointment of Lead Class Counsel and Liaison Counsel

- An initial discovery schedule

- A class certification schedule

- Entry of orders directing preservation of evidence and a protocol for discovery of ESI

II. Agenda items added by the Consensus Plaintiffs[1]

- Entry of Confidentiality/Protective Order

- Timing of a Master Complaint

- Automatic Disclosure Requirements

---

[1] In an effort to submit a *Joint* Proposed Case Management Conference Agenda, Consensus Plaintiffs shared this proposed Agenda with Defendants' counsel on March 16, 2024 and previously discussed each topic on March 14, 2024. However, on March 28, 2024, Defendants advised that they did not want to join in submitting this Joint Proposed Case Management Conference Agenda with the Consensus Plaintiffs because "the Court did not direct the parties to submit a joint agenda" and despite our suggestion that a Joint Agenda could place the parties agenda items all in one document for the Court, they advised "Defendants will separately be submitting their proposed agenda items."

- Designation of Defense Liaison Counsel

- Monthly Status Conference Schedule

Dated:  March 28, 2024
       New York, New York

                Respectfully submitted,

                /s/ Michael A. London
                Michael A. London (ML-7510)
                **DOUGLAS & LONDON P.C.**
                59 Maiden Lane – 6th Floor
                New York, New York 10038
                Tel: 212-566-7500
                mlondon@douglasandlondon.com

                Bryan F. Aylstock
                **AYLSTOCK WITKIN KREIS**
                **OVERHOLTZ PLLC**
                17 East Main Street, Suite 200
                Pensacola, Florida 32502
                Tel: 850-202-1010
                baylstock@awkolaw.com

                Kiley L. Grombacher
                **BRADLEY/GROMBACHER LLP**
                31365 Oak Crest Drive, Suite 240
                Westlake Village, California 91361
                Tel: 866-881-0403
                kgrombacher@bradleygrombacher.com

                James E. Cecchi
                **CARELLA BYRNE CECCHI BRODY &**
                **AGNELLO, P.C.**
                5 Becker Farm Road
                Roseland, New Jersey 07068
                Tel: 973-994-1700
                jcecchi@carellabyrne.com

                Adam J. Levitt
                **DiCELLO LEVITT LLP**
                Ten North Dearborn Street, Sixth Floor
                Chicago, Illinois 60602
                Tel: 312-214-7900
                alevitt@dicellolevitt.com

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
Tel: 630-273-2625
beth@feganscott.com

Jonathan D. Selbin
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
250 Hudson Street, 8th Floor
New York, New York 10013
Tel: 212-355-9500
jselbin@lchb.com

Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, New Jersey 07660
Tel: 888-546-8799
cseeger@seegerweiss.com

Jason P. Sultzer
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza Ste. 200
Poughkeepsie, New York 12601
Tel: 845-244-5595
sultzerj@thesultzerlawgroup.com

Lindsey N. Scarcello
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Tel: 816-701-1102
lscarcello@wcllp.com

*Plaintiffs' Proposed Executive Committee and Interim Class Counsel*