UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 3089<br>CASE NO. 1:23-MD-03089-BMC |
| This Document Relates To:<br><br>*Morgan v. The Procter & Gamble Co.*<br>Case No. 1:23-cv-09266-BMC | NOTICE OF APPEARANCE OF MICHAEL A. SACCHET |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** the undersigned counsel Michael A. Sacchet of Ciresi Conlin LLP hereby enters his appearance in this case as counsel for Plaintiff Cody Morgan in the above-captioned MDL. I am in good standing with the State Bar of Minnesota. I respectfully request that copies of all future notices, motions, pleadings, orders, and other communications served or filed in this action be provided to me via the CM/ECF system or the e-mail address below.

Dated: April 1, 2024

Respectfully submitted,

**CIRESI CONLIN LLP**

*/s/ Michael A. Sacchet*
Michael A. Sacchet (#0395817)
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: 612-361-8220
mas@ciresiconlin.com

***Attorney for Plaintiff Cody Morgan***