UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE: ORAL PHENYLEPHRINE MARKETING
AND SALES PRACTICES LITIGATION

-----------------------------------------------------------X

1:23-md-03089-BMC

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   All Counsel of Record

   Plaintiffs

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **Daniel R. Schwartz** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **DiCello Levitt LLP** and a member in good standing of the bar(s) of the State(s) of **New York and Illinois**, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **Erin Barton**. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 4/1/2024

Respectfully submitted,

_____
Signature of Movant
Firm Name DiCello Levitt LLP
Address Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Email dschwartz@dicellolevitt.com
Phone (312) 214-7900