UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION

Plaintiff(s),

Defendant(s).

--------------------------------------------------------

1:23-md-03089-BMC

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Daniel R. Schwartz, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of DiCello Levitt LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New York and Illinois.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 5406012
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-md-03089 for Plaintiff Erin Barton.

Date_____,

Joseph T. Frate
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Sec 147.03 RC

Signature of Movant_____
Firm Name DiCello Levitt LLP
Address Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

Email dschwartz@dicellolevitt.com
Phone (312) 214-7900