## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | Case No. 1:23-cv-03089-BMC<br>District Judge Brian M. Cogan<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF DANIEL R. SCHWARTZ |

The motion of Daniel R. Schwartz for admission to practice pro hac vice in the above captioned action is granted.

Applicant had declared that she is a member of good standing of the bar of the States of New York and Illinois; and his contact information is as follows:

Applicant Name: Daniel R. Schwartz

Firm Name: DiCello Levitt LLP

Address: Ten North Dearborn Street, Sixth Floor

City/ State / Zip: Chicago, Illinois 60602

Telephone/ Fax: (312) 214-7900 /  (312) 253-1443

Email: Dschwartz@dicellolevitt.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for the Plaintiffs in the above entitled action;

**IT IS HERE BY ORDERED** that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____

_____
United States District Judge Brian M. Cogan