UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.)<br><br>*Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.)<br><br>*Silva v. Reckitt Benckiser LLC et al,* No. 1:23-cv-09268-BMC (E.D.N.Y.)<br><br>*Walker v. Johnson & Johnson Consumer Inc. et al,* No. 1:23-cv-09284-BMC (E.D.N.Y.)<br><br>*Wright v. Johnson & Johnson Consumer Inc. et al,* No. 1:23-cv-09285-BMC (E.D.N.Y.)<br><br>*Thorns et al v. Johnson & Johnson et al,* No. 1:23-cv-09310-BMC (E.D.N.Y.)<br><br>*Carrigan v. Johnson & Johnson et al,* No. 1:23-cv-09319-BMC (E.D.N.Y.)<br><br>*Pena-Venegas et al v. Johnson & Johnson Consumer, Inc. et al,* No. 1:24-cv-00041-BMC (E.D.N.Y.)<br><br>*Bryan et al v. Johnson & Johnson Consumer, Inc. et al,* No. 1:24-cv-00040-BMC (E.D.N.Y.)<br><br>*Barton et al v. RB Health (US) Llc et al,* No. 1:23-cv-09063-BMC (E.D.N.Y.)<br><br>*Coppock v. Procter & Gamble Company et al,* No. 1:23-cv-09062-BMC (E.D.N.Y.)<br><br>*Pack et al v. Johnson & Johnson Consumer Companies, Inc. et al,* No. 1:23-cv-09057-BMC (E.D.N.Y.) | Case No. 1:23-MD-03089-BMC<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF SARA K. THOMPSON, ESQ. |

*Cohen et al v. Walgreens Boots Alliance, Inc.,* No. 1:24-cv-00230-BMC (E.D.N.Y.)

*Kasparie et al v. Bayer Healthcare LLC et al,* No. 1:23-cv-09312-BMC (E.D.N.Y.)

*Benjamin et al v. Glaxosmithkline LLC et al,* No. 1:23-cv-09313-BMC (E.D.N.Y.)

*Nelson et al v. Johnson & Johnson Consumer, Inc. et al,* No. 1:23-cv-09261-BMC (E.D.N.Y.)

*Reyes v. The Procter & Gamble Company et al,* No. 1:23-cv-09308-BMC (E.D.N.Y.)

*Parker v. Rite Aid Corporation et al,* No. 1:23-cv-09311-BMC (E.D.N.Y.)

*De Priest et al v. Walgreen Co. et al,* No. 1:23-cv-09272-BMC (E.D.N.Y.)

*Hsieh et al. v. Procter & Gamble Company et al.,* No. 1:23-cv-09274-BMC (E.D.N.Y.)

*Fong v. Johnson & Johnson Consumer Inc. et al,* No. 1:23-cv-09278-BMC (E.D.N.Y.)

*Emmons et al v. Mcneill Consumer Healthcare et al,* No. 1:23-cv-09314-BMC (E.D.N.Y.)

*Holmes v. WalMart, Inc.,* No. 1:23-cv-09255-BMC (E.D.N.Y.)

*Anderson et al v. The Procter & Gamble Company et al,* No. 1:23-cv-09315-BMC (E.D.N.Y.)

*Chavez v. Johnson & Johnson Consumer, Inc. et al,* No. 1:23-cv-09304-BMC (E.D.N.Y.)

*McPhee et al v. Johnson & Johnson Consumer Companies, Inc. et al,* No. 1:23-cv-09262-BMC (E.D.N.Y.)

*Rampalli v. Walgreen Co.,* No. 1:24-cv-00229-BMC (E.D.N.Y.)

*Rampalli v. Target Corporation,* No. 1:23-cv-09281-BMC (E.D.N.Y.)

*Flores v. Costco Wholesale Corporation,* No. 1:23-cv-09263-BMC (E.D.N.Y.)

*Hansen et al v. Walmart, Inc.,* No. 1:23-cv-09259-BMC (E.D.N.Y.)

*Derosa v. Walgreen Co.,* No. 1:23-cv-09275-BMC (E.D.N.Y.)

*Isom v. Johnson & Johnson Consumer Inc. et al,* No. 1:23-cv-09283-BMC (E.D.N.Y.)

*Kleiman v. CVS Health Corporation,* No. 1:23-cv-09318-BMC (E.D.N.Y.)

*Enriquez v. The Procter & Gamble Company et al,* No. 1:23-cv-09260-BMC (E.D.N.Y.)

*Morris et al v. Johnson & Johnson Consumer, Inc et al,* No. 1:24-cv-00269-BMC (E.D.N.Y.)

*Pack et al v. Johnson & Johnson Consumer Companies, Inc. et al,* No. 1:23-cv-09057-BMC (E.D.N.Y.)

*Boswell v. Walgreens Boots Alliance, Inc. et al,* No. 1:24-cv-02272-BMC (E.D.N.Y.)

    Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Sara K. Thompson, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Albertsons Companies, Inc., Costco Wholesale Corporation, CVS Pharmacy Inc., Rite Aid Corporation, Target Corporation, Walgreen Co., Walmart Inc., and Wal-Mart Stores East, LP in the above-captioned action.

    I am in good standing of the State Bar of Georgia and the Bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or

federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3(c). *See* Affidavit of Sara K. Thompson in Support of Admission *Pro Hac Vice*, filed concurrently; *see also* Exhibit A (Certificate of Good Standing for the State of Georgia and Massachusetts).

DATED: April 1, 2024

/s/ Sara K. Thompson
Sara K. Thompson

**GREENBERG TRAURIG LLP**
3333 Piedmont Rd. NE, Suite 500
Atlanta, GA 30305
Phone  678.553.2392
Fax    678.553-2393
sara.thompson@gtlaw.com

*Attorney for Defendants Albertsons Companies, Inc., Costco Wholesale Corporation, CVS Pharmacy Inc., Rite Aid Corporation, Target Corporation, Walgreen Co., Walmart Inc., and Wal-Mart Stores East, LP*