UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.)<br><br>*Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.)<br><br>*Silva v. Reckitt Benckiser LLC et al,* No. 1:23-cv-09268-BMC (E.D.N.Y.)<br><br>*Walker v. Johnson & Johnson Consumer Inc. et al,* No. 1:23-cv-09284-BMC (E.D.N.Y.)<br><br>*Wright v. Johnson & Johnson Consumer Inc. et al,* No. 1:23-cv-09285-BMC (E.D.N.Y.)<br><br>*Thorns et al v. Johnson & Johnson et al,* No. 1:23-cv-09310-BMC (E.D.N.Y.)<br><br>*Carrigan v. Johnson & Johnson et al,* No. 1:23-cv-09319-BMC (E.D.N.Y.)<br><br>*Pena-Venegas et al v. Johnson & Johnson Consumer, Inc. et al,* No. 1:24-cv-00041-BMC (E.D.N.Y.)<br><br>*Bryan et al v. Johnson & Johnson Consumer, Inc. et al,* No. 1:24-cv-00040-BMC (E.D.N.Y.)<br><br>*Barton et al v. RB Health (US) Llc et al,* No. 1:23-cv-09063-BMC (E.D.N.Y.)<br><br>*Coppock v. Procter & Gamble Company et al,* No. 1:23-cv-09062-BMC (E.D.N.Y.)<br><br>*Pack et al v. Johnson & Johnson Consumer Companies, Inc. et al,* No. 1:23-cv-09057-BMC (E.D.N.Y.) | Case No. 1:23-MD-03089-BMC<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF SARA K. THOMPSON, ESQ. |

*Cohen et al v. Walgreens Boots Alliance, Inc.,* No. 1:24-cv-00230-BMC (E.D.N.Y.)

*Kasparie et al v. Bayer Healthcare LLC et al,* No. 1:23-cv-09312-BMC (E.D.N.Y.)

*Benjamin et al v. Glaxosmithkline LLC et al,* No. 1:23-cv-09313-BMC (E.D.N.Y.)

*Nelson et al v. Johnson & Johnson Consumer, Inc.et al,* No. 1:23-cv-09261-BMC (E.D.N.Y.)

*Reyes v. The Procter & Gamble Company et al,* No. 1:23-cv-09308-BMC (E.D.N.Y.)

*Parker v. Rite Aid Corporation et al,* No. 1:23-cv-09311-BMC (E.D.N.Y.)

*De Priest et al v. Walgreen Co. et al,* No. 1:23-cv-09272-BMC (E.D.N.Y.)

*Hsieh et al. v. Procter & Gamble Company et al.,* No. 1:23-cv-09274-BMC (E.D.N.Y.)

*Fong v. Johnson & Johnson Consumer Inc. et al,* No. 1:23-cv-09278-BMC (E.D.N.Y.)

*Emmons et al v. Mcneill Consumer Healthcare et al,* No. 1:23-cv-09314-BMC (E.D.N.Y.)

*Holmes v. WalMart, Inc.,* No. 1:23-cv-09255-BMC (E.D.N.Y.)

*Anderson et al v. The Procter & Gamble Company et al,* No. 1:23-cv-09315-BMC (E.D.N.Y.)

*Chavez v. Johnson & Johnson Consumer, Inc. et al,* No. 1:23-cv-09304-BMC (E.D.N.Y.)

*McPhee et al v. Johnson & Johnson Consumer Companies, Inc. et al,* No. 1:23-cv-09262-BMC (E.D.N.Y.)

*Rampalli v. Walgreen Co.,* No. 1:24-cv-00229-BMC (E.D.N.Y.)

*Rampalli v. Target Corporation,* No. 1:23-cv-09281-BMC (E.D.N.Y.)

*Flores v. Costco Wholesale Corporation,* No. 1:23-cv-09263-BMC (E.D.N.Y.)

*Hansen et al v. Walmart, Inc.,* No. 1:23-cv-09259-BMC (E.D.N.Y.)

*Derosa v. Walgreen Co.,* No. 1:23-cv-09275-BMC (E.D.N.Y.)

*Isom v. Johnson & Johnson Consumer Inc. et al,* No. 1:23-cv-09283-BMC (E.D.N.Y.)

*Kleiman v. CVS Health Corporation,* No. 1:23-cv-09318-BMC (E.D.N.Y.)

*Enriquez v. The Procter & Gamble Company et al,* No. 1:23-cv-09260-BMC (E.D.N.Y.)

*Morris et al v. Johnson & Johnson Consumer, Inc et al,* No. 1:24-cv-00269-BMC (E.D.N.Y.)

*Pack et al v. Johnson & Johnson Consumer Companies, Inc. et al,* No. 1:23-cv-09057-BMC (E.D.N.Y.)

*Boswell v. Walgreens Boots Alliance, Inc. et al,* No. 1:24-cv-02272-BMC (E.D.N.Y.)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, I electronically filed the foregoing documents with the Clerk of the court using the CM/ECF system which will send notifications of such filing to all attorneys of record.

By: */s/ DALE GOLDSTEIN*
DALE GOLDSTEIN