**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:  ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | CASE No.:  1:23-md-3089-BMC |
| THIS DOCUMENT RELATES TO: | |
| *Heather Fong v. Johnson & Johnson Consumer, Inc., et al. – Case No. 1:23-cv-09278-BMC* | **NOTICE OF APPEARANCE OF TYLER HUDSON** |
| *Michael Walker v. Johnson & Johnson Consumer, Inc., et al. – Case No. 1:23-cv-09284-BMC* | |
| *Krista Wright v. Johnson & Johnson Consumer, Inc., et al. – Case No. 1:23-cv-09285-BMC* | |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Heather Fong, Michael Walker and Krista Wright (collectively, "Plaintiffs") in the above litigation.

DATED:  April 4, 2024

Respectfully submitted,

*/s/ Tyler Hudson*
Tyler Hudson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
Tel. (816) 701-1100
Fax: (816) 531-2372
thudson@wcllp.com

Counsel for Plaintiffs