UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Heather Fong,

    Plaintiff,

v.

Johnson & Johnson Consumer, Inc., et al.

    Defendants.
---------------------------------------------------------X

1:23-cv-09278-BMC

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO: Opposing Counsel

   Hannah Y. Shay Chanoine

   O'Melvenhy & Myers LLP

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Tyler Hudson__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Wagstaff & Cartmell LLP__ and a member in good standing of the bar(s) of the State(s) of __Missouri / Kansas__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintiff Heather Fong__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 3-27-2024

Respectfully submitted,

_____
Signature of Movant
Firm Name_Wagstaff & Cartmell LLP_
Address___4740 Grand Avenue, Suite 300___
     Kansas City, MO 64112
Email_____thudson@wcllp.com_____
Phone_____(816) 701-1100_____