# UNITED STATES DISTRICT COURT

for the

# DISTRICT OF KANSAS

# CERTIFICATE OF GOOD STANDING

I, __Skyler B. O'Hara__, Clerk of this Court, certify that __Tyler W. Hudson__, Bar # __20293__, was duly admitted to practice in this court on __November 9, 2001__, and is in good standing as an __Active__ member of the Bar of This Court.

Dated at __Kansas City, Kansas__ on __03/28/2024__.

__Skyler B. O'Hara__
CLERK

__Kim Leininger__
DEPUTY CLERK