# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** )
) ss.
**WESTERN DISTRICT OF MISSOURI** )

    I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri, DO HEREBY CERTIFY that

## *Tyler Hudson*

was duly admitted to practice in said Court on

## *April 26, 2002*

and is currently an active member who has not been disciplined by this Court.

Dated at Jefferson City, Missouri      *Paige Wymore-Wynn*

on March 28, 2024     Paige Wymore-Wynn, Clerk of Court

    By:    *M. Warren*

           Melissa Warren, Deputy Clerk