UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Michael Walker

     Plaintiff,

v.

Johnson & Johnson Consumer, Inc., et al.

     Defendants.
-----------------------------------------------------------X

1:23-cv-09284-BMC

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO: Opposing Counsel
   Hannah Y. Shay Chanoine

   O'Melvenhy & Myers LLP

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I  Tyler Hudson  will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of  Wagstaff & Cartmell LLP  and a member in good standing of the bar(s) of the State(s) of  Missouri / Kansas , as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for  Plaintiff Michael Walker . There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 3-27-2024

Respectfully submitted,

_____
Signature of Movant
Firm Name  Wagstaff & Cartmell LLP
Address  4740 Grand Avenue, Suite 300
     Kansas City, MO  64112
Email  thudson@wcllp.com
Phone  (816) 701-1100