UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Michael Walker,

                Plaintiff(s),

v.

Johnson & Johnson Consumer

                Defendant(s).

---

**Case:** 1:23-cv-09284-BMC

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Tyler Hudson, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Wagstaff & Cartmell LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Missouri and Kansas.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 53585/20293
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cv-09284 for Plaintiff Michael Walker.

Date 3-27-2024

Signature of Movant
Firm Name Wagstaff & Cartmell LLP
Address 4740 Grand Avenue, Suite 300
Kansas City, MO 64112

**NOTARIZED**

Subscribed and sworn to before me this 27 day of March, 2024.

Notary Public

Email thudson@wcllp.com
Phone 816-701-1100

JOYCE DAVIS
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES NOVEMBER 20, 2024
JACKSON COUNTY
COMMISSION #08475002