# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** )
) ss.
**WESTERN DISTRICT OF MISSOURI** )

I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri, DO HEREBY CERTIFY that

*Tyler Hudson*

was duly admitted to practice in said Court on

*April 26, 2002*

and is currently an active member who has not been disciplined by this Court.

Dated at Jefferson City, Missouri

on March 28, 2024

*Paige Wymore-Wynn*
Paige Wymore-Wynn, Clerk of Court

By: *M. Warren*
Melissa Warren, Deputy Clerk