UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Krista Wright

                Plaintiff,

v.

Johnson & Johnson Consumer, Inc., et al.
                Defendants.
----------------------------------------------------------X

1:23-cv-09285-BMC

NOTICE OF MOTION TO
ADMIT COUNSEL PRO HAC VICE

TO:    Opposing Counsel
      _Hannah Y. Shay Chanoine_____

      _O'Melvenhy & Myers LLP_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I _Tyler Hudson_____ will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of _Wagstaff & Cartmell LLP_____ and a member in good standing of

the bar(s) of the State(s) of _Missouri / Kansas_____, as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for

_____Plaintiff Krista Wright_____.   There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary

proceedings, describe them.)

Dated: *3-27-2024*

Respectfully submitted,

_____
Signature of Movant
Firm Name_Wagstaff & Cartmell LLP_____
Address____4740 Grand Avenue, Suite 300_____
_____Kansas City, MO 64112_____
Email_____thudson@wcllp.com_____
Phone_____(816) 701-1100_____