UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Krista Wright,

            Plaintiff(s),

v.

Johnson & Johnson Consumer

           Defendant(s).

---

**Case:** 1:23-cv-09285-BMC

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, **Tyler Hudson**, being duly sworn, hereby depose and say as follows:

1. I am a(n) **Partner** with the law firm of **Wagstaff & Cartmell LLP**.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of **Missouri and Kansas**.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I **Have not** been convicted of a felony. If you have, please describe facts and circumstances.

6. I **Have not** been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: **53585/20293**
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case **1:23-cv-09285** for **Plaintiff** **Krista Wright**.

Date **3-27-2024**

Signature of Movant *[signed]*
Firm Name: Wagstaff & Cartmell LLP
Address: 4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: thudson@wcllp.com
Phone: 816-701-1100

**NOTARIZED**

Subscribed and sworn to before me this **27** day of March, 2024.

*[signed]* Joyce Davis
Notary Public

JOYCE DAVIS
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES NOVEMBER 20, 2024
JACKSON COUNTY
COMMISSION #08475002