UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>**This Document Relates to:**<br>ALL ACTIONS | Case No. 1:23-md-03089-BMC<br>District Judge Brian M. Cogan |

**APPEARANCE OF COUNSEL**

To:  **The clerk of the court and all parties of record**

**PLEASE TAKE NOTICE** that Daniel R. Schwartz of DiCello Levitt LLP, Ten North Dearborn Street, Sixth Floor Chicago, Illinois 60602, hereby enters an appearance as counsel for Plaintiff Erin Barton in the above-captioned action.

Date: April 4, 2024

_____
Daniel R. Schwartz
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel: 312-214-7900
dschwartz@dicellolevitt.com