# PE Products collection of labels as Purchased by Plaintiffs

# Sandra Yousefzadeh

# - PE Products-

**Sudafed PE® Sinus Pressure + Pain Maximum Strength**

**-Johnson & Johnson Consumer Inc.**



# Anntwanette Jones

## -PE Products-

# Equate Children's Multi-Symptom Cold Liquid, Very Berry
## -liquid

### - Walmart, Inc.



COATING FREE AREA

No Coating Area

CODA TING FREE AREA

COATING FREE AREA

Glue   N.C.

COATING FREE AREA

No Coating Area

**equate™**
**children's**
MULTI-SYMPTOM
COLD
**AGES 4 to 12 YEARS**
Very Berry Flavored

Compare to Children's Mucinex Multi-Symptom Cold active ingredients

## Drug Facts

**Active Ingredients (in each 5 mL)**  **Purpose**
Dextromethorphan HBr 5 mg..............Cough suppressant
Guaifenesin 100 mg................................Expectorant
Phenylephrine HCl 2.5 mg.............. Nasal decongestant

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with a cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

**Warnings**
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

**When using this product**
- do not use more than directed

**Stop use and ask a doctor if**
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash or persistent headache.
  These could be signs of a serious illness.

Keep out of reach of children.
In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor

## Drug Facts (continued)

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

- mL = milliliter

**Other information**
- each 5 mL contains: potassium 5 mg, sodium 5 mg
- store between 15-30°C (59-86°F)
- do not refrigerate
- do not freeze
- dosing cup provided

**Inactive ingredients** citric acid anhydrous, D&C red #33, dextrose, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, methylparaben, potassium sorbate, propyl gallate, propylene glycol, propylparaben, purified water, saccharin sodium, sodium hydroxide, sorbitol solution, sucralose, xanthan gum

**Questions?** 1-888-287-1915

**DISTRIBUTED BY: Wal-Mart Stores, Inc.,**
Bentonville, AR 72716
*This product is not manufactured or distributed by Reckitt Benckiser, the distributor of Children's Mucinex® Multi-Symptom Cold.

**KEEP BOX FOR COMPLETE INFORMATION**

**DO NOT USE IF SEAL UNDER CAP IMPRINTED WITH "SEALED FOR YOUR PROTECTION" IS BROKEN OR MISSING**

Satisfaction guaranteed –
Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

RECYCLE
COATED PAPER BOX   PLASTIC BOTTLE   PLASTIC CUP
*Not recycled in all communities

**equate™**
**children's**
MULTI-SYMPTOM
COLD
**Dextromethorphan HBr 5 mg**
Cough Suppressant
**Guaifenesin 100 mg**
Expectorant
**Phenylephrine HCl 2.5 mg**
Nasal Decongestant
**AGES 4 to 12 YEARS**

NDC 49035-715-05

Compare to Children's Mucinex® Multi-Symptom Cold active ingredients

☐ Relieves stuffy nose
☐ Soothes cough
☐ Relieves chest congestion
☐ Thins and loosens mucus
● Alcohol Free
**Very Berry Flavored**
**4 FL OZ (118 mL)**  Dosage Cup Included

380357

6 81131 07834 4

MFR# 53041
REV 0417

**equate™**
**children's**
MULTI-SYMPTOM
COLD
**Dextromethorphan HBr 5 mg**
Cough Suppressant
**Guaifenesin 100 mg**
Expectorant
**Phenylephrine HCl 2.5 mg**
Nasal Decongestant
**AGES 4 to 12 YEARS**

NDC 49035-715-05

Compare to Children's Mucinex Multi-Symptom Cold active ingredients

☐ Relieves stuffy nose
☐ Soothes cough
☐ Relieves chest congestion
☐ Thins and loosens mucus
● Alcohol Free
**Very Berry Flavored**
**4 FL OZ (118 mL)**  Dosage Cup Included

# Delsym® Children's Cough+ Cold Nighttime Berry Flavored

## -liquid

## -RB Health (US) LLC



**Drug Facts**

**Active ingredients** (in each 10 mL) — **Purposes**

Acetaminophen 325 mg..Pain reliever/fever reducer
Diphenhydramine HCl 12.5 mg........Antihistamine/cough suppressant
Phenylephrine HCl 5 mg........Nasal decongestant

**Uses**
■ temporarily relieves these common cold and flu symptoms:
■ cough ■ nasal congestion
■ minor aches and pains ■ sore throat
■ headache ■ runny nose
■ sneezing
■ temporarily reduces fever
■ controls cough to help your child get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ with any other product containing diphenhydramine, even one used on the skin
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ liver disease ■ heart disease ■ diabetes
■ high blood pressure ■ thyroid disease ■ glaucoma
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**Drug Facts (continued)**

**When using this product**
■ do not use more than directed (see Overdose warning)
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or last more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
■ this product does not contain directions or complete warnings for adult use
■ do not give more than directed (see Overdose warning)
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
■ children under 6 years of age: do not use

**Other information**
■ each 10 mL contains: sodium 6 mg
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-682-4639
You may also report side effects to this phone number.

**Keep carton for full information.**

**Night**
NDC 63824-217-64

**children's**

**Delsym®**

AGES **6+**

**COUGH+®**
**COLD**
**NIGHT★TIME**

Acetaminophen (Pain Reliever/Fever Reducer)
Diphenhydramine HCl (Antihistamine/Cough Suppressant)
Phenylephrine HCl (Nasal Decongestant)

• Relieves Cough, Stuffy Nose & Sore Throat
• Reduces Fever

**berry**
Flavored Liquid

**4 fl oz (118 mL)**

Dist. by: RB Health (US), Parsippany, NJ 07054-0224
©2022 RB Health    062322  3234388

**COUGH+®**
**COLD**
**NIGHTTIME**

Please visit our website
www.delsym.com

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Dosing cup included**

reckitt

# Vicks® Dayquil™ SEVERE Honey Cold & Flu

### -Liquid Medicine

### -Procter & Gamble Company

## VICKS DayQuil SEVERE HONEY COLD & FLU

**Acetaminophen,** Guaifenesin, Phenylephrine HCl, Dextromethorphan HBr

Headache, Fever, Sore Throat, Minor Aches & Pains
Chest Congestion, Thins & Loosens Mucus
Nasal Congestion, Sinus Pressure
Cough

12 FL OZ (354 mL)   Non-Drowsy

---

### Drug Facts (continued)

- pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
- **each 15 mL contains:** sodium 14 mg
- store at no greater than 25°C and do not refrigerate

**Inactive ingredients** citric acid, D&C Yellow No. 10, FD&C Green No. 3, FD&C Red No. 40, FD&C Yellow No. 6, flavor, glycerin, propylene glycol, saccharin sodium, sodium benzoate, sodium citrate, sorbitol, sucralose, water, xanthan gum

**Questions?** 1-800-362-1683

---

### Drug Facts (continued)

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4 doses (30 mL each) in 24 hrs, which is the maximum daily amount for this product
- child takes more than 4 doses (15 mL each) in 24 hrs, which is the maximum daily amount for this product
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: • skin reddening • blisters • rash If a skin reaction occurs, stop use and seek medical help right away. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease     • heart disease     • high blood pressure
- thyroid disease   • diabetes
- trouble urinating due to enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless

---

Tamper Evident:
Do not use if printed shrinkband seal around the neck is broken or missing.
► PEEL BACK FOR DRUG FACTS

### Drug Facts



| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves common cold/flu symptoms:
- nasal congestion
- sinus congestion & pressure
- cough due to minor throat & bronchial irritation
- minor aches & pains
- headache     • fever     • sore throat
- reduces swelling of nasal passages
- temporarily restores freer breathing through the nose
- promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

DIST. BY: PROCTER & GAMBLE, CINCINNATI, OH 45202
Patents: www.pg.com/patents   vicks.com

**P&G**   www.pg.com



PARENTS:
www.StopMedicineAbuse.org



PLASTIC BOTTLE

# Daniel Calzado

## -PE Products-

# CVS Health Non-Drowsy Nasal Decongestant PE Maximum Strength

## -tablets

## -CVS Pharmacy Inc.

MAXIMUM STRENGTH
PHENYLEPHRINE HCl TABLETS - Nasal decongestant
Nasal Decongestant PE
Non-Drowsy

♥CVSHealth.

*This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Sinus Congestion.

TAMPER EVIDENT: DO NOT USE IF PACKAGES IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

♥CVS Quality
Money Back Guarantee

50844    REV:0820A45323

331010

0   50428 27285   5

NO PRINT / NO VARNISH AREA
LOT NO. & EXP DATE

**Drug Facts**

| Active Ingredient (in each tablet) | Purpose |
|---|---|
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
- temporarily relieves sinus congestion and pressure

**Warnings**

**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- diabetes
- thyroid disease
- high blood pressure
- difficulty in urination due to enlargement of the prostate gland

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- symptoms do not improve within 7 days or occur with fever
- nervousness, dizziness, or sleeplessness occur

**Directions**
- adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
- children under 12 years: ask a doctor

**Other information**
- TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
- see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, dextrose monohydrate, dibasic calcium phosphate dihydrate, FD&C red #40, lecithin, magnesium stearate, maltodextrin, microcrystalline cellulose, silicon dioxide, sodium carboxymethylcellulose, sodium citrate dihydrate, titanium dioxide

**Questions or comments?** 1-800-426-9391

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2021 CVS/pharmacy
CVS.com®    1-800-SHOP CVS    V-19849

B-0231-453-23-H
REV:0820A45323

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION



♥CVSHealth.

Non-Drowsy
**Nasal Decongestant PE**
PHENYLEPHRINE HCl TABLETS - Nasal decongestant
MAXIMUM STRENGTH

♥CVSHealth.

Compare to the active ingredient in Sudafed PE® Sinus Congestion*

**Non-Drowsy**
# Nasal Decongestant PE
PHENYLEPHRINE HCl TABLETS
Nasal decongestant
**MAXIMUM STRENGTH**

Relieves:
- Sinus pressure
- Nasal congestion

**72** TABLETS 10 mg EACH




Actual Size

# CVS Health Non-Drowsy Sinus PE Pressure, Pain + Cold

## -CVS Pharmacy Inc.



**Drug Facts** (continued)

**Questions or comments?** 1-800-426-9391

**Inactive ingredients** corn starch, croscarmellose sodium, crospovidone, FD&C yellow #6 aluminum lake, magnesium stearate, microcrystalline cellulose, povidone, silicon dioxide, stearic acid

**Drug Facts** (continued)

**Other information** ■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN** ■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F) ■ see end flap for expiration date and lot number

---

*This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark SUDAFED PE® SINUS PRESSURE + PAIN.

50844
REV092505208
Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2021 CVS/pharmacy CVS.com®
1-800-SHOP CVS
V-18649

**Directions**
■ **do not use more than directed**
■ adults and children 12 years and over
■ take 2 caplets every 4 hours
■ do not take more than 12 caplets in 24 hours
■ children under 12 years: ask a doctor

■ If pregnant or breast-feeding, ask a health professional before use.
■ Keep out of reach of children. In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
These could be signs of a serious condition.

**When using this product do not exceed recommended dosage.**

**Ask a doctor or pharmacist before use if** you are taking the blood thinning drug warfarin.

**Ask a doctor before use if you have**
■ diabetes ■ thyroid disease ■ fever disease
■ high blood pressure ■ difficulty in urination due to the enlargement of the prostate gland
■ heart disease

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

**Drug Facts** (continued)

---

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

**Drug Facts**

**Active ingredients** (in each caplet)        **Purpose**
Acetaminophen 325 mg .......... Pain reliever/fever reducer
Phenylephrine HCl 5 mg .......... Nasal decongestant

**Uses**
■ temporarily relieves these symptoms associated with hay fever or other upper respiratory allergies, and the common cold:
■ nasal congestion ■ headache ■ minor aches and pains ■ sinus congestion and pressure
■ promotes sinus drainage ■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients.

---

TAMPER EVIDENT: DO NOT USE IF
PACKAGE IS OPENED OR IF BLISTER
UNIT IS TORN, BROKEN OR SHOWS
ANY SIGNS OF TAMPERING

♥ **CVS**Quality
Money Back Guarantee

#343398

Lot/Exp area at minimum size
1.25 × .5"

---

♥ **CVS**Health.

B-021-082-08-H
REV092505208

Non-Drowsy
# Sinus PE Pressure + Pain

---



♥ **CVS**Health.

**Non-Drowsy**
# Sinus PE Pressure + Pain

**ACETAMINOPHEN** - Pain reliever, Fever reducer
**PHENYLEPHRINE HYDROCHLORIDE** - Nasal decongestant

## MAXIMUM STRENGTH

**Relieves:**
• Sinus pain & headache
• Sinus pressure
• Nasal & sinus congestion

Compare to the active ingredients in†
SUDAFED PE® SINUS PRESSURE + PAIN†

**24 CAPLETS UNCOATED**



Actual Size

**Vicks NyQuil™ SEVERE Maximum Strength Cold & Flu Berry Flavored -Liquid Medicine**

**-Procter & Gamble Company**





## Drug Facts (continued)

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4 doses in 24 hours, which is the maximum daily amount for this product
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:  • skin reddening  • blisters  • rash If a skin reaction occurs, stop use and seek medical help right away

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease  • heart disease  • high blood pressure
- thyroid disease  • diabetes  • glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
- trouble urinating due to enlarged prostate gland
- a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
- taking sedatives or tranquilizers
- taking the blood thinning drug warfarin

**When using this product**
- do not use more than directed
- excitability may occur, especially in children

## Drug Facts (continued)

- marked drowsiness may occur
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present  • new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| | | |
|---|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs | |
| children 4 to under 12 yrs | | ask a doctor |
| children under 4 yrs | | do not use |

### Other information
- each 30 mL contains:  sodium 92 mg
- store at no greater than 25°C and do not refrigerate

### Inactive ingredients citric acid, FD&C Blue No. 1, FD&C Red No. 40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions?** 1-800-362-1683

# Advil Multi-Symptom Cold & Flu -tablets

## -Haleon U.S. Holdings L.L.C.

### (f/k/a GSK Consumer Healthcare Holdings (US) LLC)



# Eli Erlick

# -PE Products-

**Acetaminophen Day/Night Time Vapor Ice Cold and Flu Relief Caplets - 24ct - up & up™**

**-tablets**

**- Target Brands Inc.**



**TYLENOL® Cold + Flu Severe For Day And Night Time**

-__

-Johnson & Johnson Consumer



NDC 50580-414-04

# TYLENOL®

**FOR ADULTS**

## COLD + FLU
## SEVERE

**Acetaminophen,**
Dextromethorphan HBr,
Phenylephrine HCl, Guaifenesin
Pain Reliever–Fever Reducer, Cough Suppressant,
Nasal Decongestant, Expectorant

**Acetaminophen,**
Chlorpheniramine Maleate,
Dextromethorphan HBr, Phenylephrine HCl
Pain Reliever–Fever Reducer, Antihistamine,
Cough Suppressant, Nasal Decongestant

### DAY
- HEAD + BODY ACHES
- FEVER + SORE THROAT
- COUGH
- NASAL CONGESTION
- MUCUS + CHEST CONGESTION

Actual Size

### NIGHT
- HEAD + BODY ACHES
- FEVER + SORE THROAT
- COUGH
- NASAL CONGESTION
- RUNNY NOSE

Actual Size

**16 CAPLETS**

**8 CAPLETS**

**TOTAL 24 CAPLETS**

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**TYLENOL FOR ADULTS COLD + FLU SEVERE**

**DO NOT USE IF BLISTER UNIT IS TORN OR BROKEN**

123665

30047050/
123665



How can we help?
℡ 1-877-895-3665

A HERITAGE OF CARE · A HISTORY OF RELIEF





**Important: Read all product information before using. Keep this box for important information.**
Do not take the day and night caplets at the same time. Do not take more than a total of 10 caplets in a 24-hour period. Take only as directed.

**TYLENOL® COLD + FLU SEVERE NIGHT**

## Drug Facts

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Chlorpheniramine maleate 2 mg | Antihistamine |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ▪ for the temporary relief of the following cold/flu symptoms:
▪ minor aches and pains  ▪ headache  ▪ sore throat  ▪ nasal congestion
▪ cough  ▪ sinus congestion and pressure  ▪ sneezing and runny nose
▪ helps clear nasal passages  ▪ relieves cough to help you sleep
▪ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take  ▪ more than 4,000 mg of acetaminophen in 24 hours
▪ with other drugs containing acetaminophen
▪ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:  ▪ skin reddening  ▪ blisters  ▪ rash
If a skin reaction occurs, stop use and seek medical help right away. ▼

**TYLENOL® COLD + FLU SEVERE DAY**

## Drug Facts

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ▪ for the temporary relief of the following cold/flu symptoms:
▪ minor aches and pains  ▪ headache  ▪ sore throat
▪ nasal congestion  ▪ cough
▪ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive  ▪ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take  ▪ more than 4,000 mg of acetaminophen in 24 hours
▪ with other drugs containing acetaminophen
▪ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:  ▪ skin reddening  ▪ blisters  ▪ rash
If a skin reaction occurs, stop use and seek medical help right away. ▼

**LIFT HERE**

**Vicks NyQuil™ Severe Cold & Flu, Maximum Strength**

**-Liquicaps**

**-Procter & Gamble Company**



**VICKS NyQuil SEVERE**

**MAX STRENGTH**

**VICKS NyQuil™ SEVERE COLD & FLU**

Acetaminophen, Phenylephrine HCl, Doxylamine Succinate, Dextromethorphan HBr

Headache, Fever, Sore Throat, Minor Aches & Pains

Nasal Congestion, Sinus Pressure

Sneezing, Runny Nose

Cough

*Nighttime Relief*

**24 LIQUICAPS™**

---

**Drug Facts (continued)**

**Inactive Ingredients** FD&C Blue No. 1, gelatin, glycerin, pharmaceutical ink*, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution *May contain this ingredient

**Questions?** 1-800-362-1683

**Drug Facts (continued)**

**Directions**
• take only as directed • do not exceed 8 LiquiCaps per 24 hrs
adults & children 12 yrs & over | 2 LiquiCaps with water every 4 hrs
children 4 to under 12 yrs | ask a doctor
children under 4 yrs | do not use

**Other Information** • store at room temperature 20°C

---

**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

**TAMPER EVIDENT:**
This package is safety-sealed & child resistant. Use only if blisters are intact. If difficult to open, use scissors.

**Made in Canada**
DIST. BY
PROCTER & GAMBLE,
CINCINNATI OH 45202

**P&G**
www.pg.com
www.vicks.com
Patents:
www.pg.com/patents
90750628

---

**Drug Facts**

| Active ingredients (in each LiquiCap) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: • nasal congestion • sinus congestion & pressure • cough due to minor throat & bronchial irritation • cough to help you sleep • minor aches & pains • headache • fever • sore throat • runny nose & sneezing • reduces swelling of nasal passages • temporarily restores freer breathing through the nose • promotes nasal and/or sinus drainage

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take • more than 8 LiquiCaps in 24 hours, which is the maximum daily amount for this product • with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product
**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• skin reddening • blisters • rash
If a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • glaucoma • cough that occurs with too much phlegm (mucus) • a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema • trouble urinating due to enlarged prostate gland

**Ask a doctor or pharmacist before use if you are** • taking sedatives or tranquilizers • taking the blood thinning drug warfarin

**When using this product** • do not use more than directed • excitability may occur, especially in children • marked drowsiness may occur • avoid alcoholic drinks • be careful when driving a motor vehicle or operating machinery • alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless • pain, nasal congestion, or cough gets worse or lasts more than 7 days • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

0 3 23900 03952 0

# Vicks DayQuil™ and NyQuil™ VapoCOOL SEVERE Maximum Strength Cold & Flu

- **Caplets**

- **Procter & Gamble Company**

DayQuil
SEVERE+
VICKS VapoCOOL
COLD & FLU
Acetaminophen, Phenylephrine HCl, Dextromethorphan HBr, Guaifenesin
• Minor Aches & Pains, Fever
• Nasal Congestion & Sinus Pressure
• Cough
• Chest Congestion
Non-Drowsy
16 DAYQUIL COATED CAPLETS
NyQuil
SEVERE+
VICKS VapoCOOL
COLD & FLU
Acetaminophen, Phenylephrine HCl, Doxylamine Succinate, Dextromethorphan HBr
• Minor Aches & Pains, Fever
• Nasal Congestion & Sinus Pressure
• Sneezing, Runny Nose
• Cough
Nighttime Relief
8 NYQUIL COATED CAPLETS;
24 TOTAL COATED CAPLETS
PARENTS:

## Nighttime Vaporice™ Cold & Flu

### Drug Facts

**Active ingredients (in each caplet)** — **Purpose**

Acetaminophen 325 mg ........................................... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ........................................... Cough suppressant
Doxylamine succinate 6.25 mg ........................................... Antihistamine
Phenylephrine HCl 5 mg ........................................... Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores free breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs. ▼

## Daytime Vaporice™ Cold & Flu

### Drug Facts

**Active ingredients (in each caplet)** — **Purpose**

Acetaminophen 325 mg ........................................... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ........................................... Cough suppressant
Guaifenesin 200 mg ........................................... Expectorant
Phenylephrine HCl 5 mg ........................................... Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms: ■ fever ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ headache ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores free breathing through the nose ■ minor aches and pains ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ promotes nasal and/or sinus drainage ▼

---

### Drug Facts (continued)

containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ diabetes ■ high blood pressure ■ thyroid disease ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem such as emphysema or chronic bronchitis ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product** ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▼

### Drug Facts (continued)

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ thyroid disease ■ diabetes ■ liver disease ■ heart disease ■ high blood pressure ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product** do not use more than directed

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition. ▼

---

### Drug Facts (continued)

**Directions** ■ take only as directed - see overdose warning
■ do not exceed 8 caplets per 24 hrs.

| adults & children 12 yrs & over | 2 caplets with water every 4 hrs. |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ store at 20-25°C (68-77°F)

**Inactive ingredients** corn povidone, D&C yellow #10, aluminum lake, FD&C blue #1 aluminum lake, FD&C blue #2 aluminum lake, FD&C yellow #6 aluminum lake, flavor, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, propylene glycol, silicon dioxide, stearic acid, sucralose, talc, titanium dioxide

**Questions?** Call 1-888-547-7400

### Drug Facts (continued)

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed - see overdose warning
■ do not exceed 8 caplets per 24 hrs

| adults & children 12 yrs & over | 2 caplets with water every 4 hrs |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each caplet contains: sodium 3 mg
■ store at 20-25°C (68-77°F) ▶

**GLUTEN FREE**

094 14 0179 800 10C-00097A-01-00
Distributed by Target Corporation
Minneapolis, MN 55403
©2019 Target Brands, Inc.
All Rights Reserved.
Shop Target.com

521.90 UW C1

3 70030 27574 8

**PARENTS:** Learn about new medicine abuse.
www.StopMedicineAbuse.org

DO NOT USE IF BLISTER UNIT IS BROKEN OR TORN
This product is not manufactured or distributed by Pfizer, owner of the registered trademark Vicks DayQuil™ & Vicks NyQuil™ Severe. Vaporice™

**Inactive ingredients** croscarmellose sodium, corn povidone, FD&C yellow #6 aluminum lake, flavor, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, propylene glycol, silicon dioxide, stearic acid, sucralose, talc, titanium dioxide

**Questions?** Call 1-888-547-7400



# John Sloughter

# -PE Products-

# Vicks DayQuil™ SEVERE Honey Flavored Maximum Strength Cold & Flu - liquid

## - Procter & Gamble Company



VICKS

DayQuil
SEVERE™

HONEY

COLD & FLU

Acetaminophen,
Guaifenesin, Phenylephrine HCl,
Dextromethorphan HBr

Headache, Fever, Sore Throat,
Minor Aches & Pains
Chest Congestion,
Thins & Loosens Mucus
Nasal Congestion, Sinus Pressure
Cough

12 FL OZ (354 mL)    Non-Drowsy

**Drug Facts** (continued)

- pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL, every 4 hrs |
| children 6 to under 12 yrs | 15 mL, every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
- **each 15 mL contains:** sodium 14 mg
- store at no greater than 25°C and do not refrigerate

**Inactive ingredients** citric acid, D&C Yellow No. 10, FD&C Green No. 3, FD&C Red No. 40, FD&C Yellow No. 6, flavor, glycerin, propylene glycol, saccharin sodium, sodium benzoate, sodium citrate, sorbitol, sucralose, water, xanthan gum

**Questions?** 1-800-362-1683

**Drug Facts** (continued)

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4 doses (30 mL each) in 24 hrs, which is the maximum daily amount for this product
- child takes more than 4 doses (15 mL each) in 24 hrs, which is the maximum daily amount for this product
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: • skin reddening • blisters • rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease    • heart disease    • high blood pressure
- thyroid disease    • diabetes
- trouble urinating due to enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless

Tamper Evident:
Do not use if printed shrinkband seal around the neck is broken or missing.
► PEEL BACK FOR DRUG FACTS



**Drug Facts**

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves common cold/flu symptoms:
  - nasal congestion
  - sinus congestion & pressure
  - cough due to minor throat & bronchial irritation
  - minor aches & pains
  - headache    • fever    • sore throat
  - reduces swelling of nasal passages
  - temporarily restores freer breathing through the nose
- promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

DIST. BY: PROCTER & GAMBLE,
CINCINNATI, OH 45202
Patents: www.pg.com/patents
vicks.com



PARENTS:



P&G
www.pg.com

# Keith Mortuiccio

# -PE Products-

# TYLENOL® Cold + Flu Severe

## -caplets

## -Johnson & Johnson Consumer Inc.





**Drug Facts**

Active ingredients     Purpose

**Drug Facts** (continued)

■ temporarily reduces fever

## Active ingredients    Purpose
(in each 30 mL)

Acetaminophen 650 mg......................Pain reliever/
fever reducer
Dextromethorphan HBr 20 mg....Cough suppressant
Guaifenesin 400 mg................................Expectorant
Phenylephrine HCl 10 mg......Nasal decongestant

## Uses
■ temporarily relieves the following cold/flu
  symptoms:
  ■ minor aches and pains
  ■ headache              ■ sore throat
  ■ nasal congestion      ■ cough
■ helps loosen phlegm (mucus) and thin
  bronchial secretions to make coughs
  more productive
                                          ▶

## Warnings
**Liver warning:** This product contains
acetaminophen. Severe liver damage
may occur if you take
■ more than 4,000 mg of
  acetaminophen in 24 hours
■ with other drugs containing
  acetaminophen
■ 3 or more alcoholic drinks every day
  while using this product
**Allergy alert:** acetaminophen may
cause severe skin reactions.
Symptoms may include:
■ skin reddening
■ blisters
■ rash                                    ▶

## Drug Facts (continued)

If a skin reaction occurs, stop use and
seek medical help right away.
**Sore throat warning:** If sore throat is
severe, persists for more than 2 days,
is accompanied or followed by fever,
headache, rash, nausea, or vomiting,
consult a doctor promptly.

### Do not use
■ with any other drug containing
  acetaminophen (prescription or
  nonprescription). If you are not sure
  whether a drug contains
  acetaminophen, ask a doctor or
  pharmacist.
■ if you are now taking a prescription
  monoamine oxidase inhibitor (MAOI)
  (certain drugs for depression,      ▶

## Drug Facts (continued)

  psychiatric or emotional conditions, or
  Parkinson's disease), or for 2 weeks
  after stopping the MAOI drug. If you do
  not know if your prescription drug
  contains an MAOI, ask a doctor or
  pharmacist before taking this product.
■ if you have ever had an allergic
  reaction to this product or any of its
  ingredients

### Ask a doctor before use if you have
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged
  prostate gland
                                          ▶

## Drug Facts (continued)

■ persistent or chronic cough such as
  occurs with smoking, asthma,
  chronic bronchitis, or emphysema
■ cough that occurs with too much
  phlegm (mucus)

**Ask a doctor or pharmacist before
use if you are** taking the blood thinning
drug warfarin

**When using this product do not
exceed recommended dose**

Stop use and ask a doctor if

## Drug Facts (continued)

■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with
  rash or headache that lasts
These could be signs of a serious
condition.

**If pregnant or breast-feeding,** ask
a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of
overdose, get medical help or contact
a Poison Control Center right

- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days ▶

away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## *Drug Facts* (continued)

### *Directions*
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

▶

## *Drug Facts* (continued)

### *Other information*
- each 30 mL contains: **sodium 10 mg**
- store between 20-25°C (68-77°F).
- do not use if neck band imprinted with "WARMING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

### *Inactive ingredients*
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

▶

## *Drug Facts* (continued)

### *Questions or comments?*
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)

## PARENTS:
Learn about teen medicine abuse

www.StopMedicineAbuse.org

## *TYLENOL*®
### COLD + FLU SEVERE

How can we help?
☎ *1-877-895-3665*

Acetaminophen
(650 mg per 30 mL)
Dextromethorphan HBr
(20 mg per 30 mL)
Guaifenesin
(400 mg per 30 mL)
Phenylephrine HCl
(10 mg per 30 mL)

8 fl oz (240 mL)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2021          30049845

# Mucinex Maximum Strength Sinus-Max® Day & Night

## -liquid gels

## -RB Health (USA) LLC





## Drug Facts

### Active ingredients (in each liquid gel) Purposes

**Mucinex SINUS-MAX DAY**

| | |
|---|---|
| Acetaminophen 325 mg........................Pain reliever |
| Dextromethorphan HBr 10 mg...........Cough suppressant |
| Guaifenesin 200 mg................................Expectorant |
| Phenylephrine HCl 5 mg...............Nasal decongestant |

### Active ingredients (in each liquid gel) Purposes

**Mucinex SINUS-MAX NIGHT**

| | |
|---|---|
| Acetaminophen 325 mg........................Pain reliever |
| Dextromethorphan HBr 10 mg...........Cough suppressant |
| Doxylamine succinate 6.25 mg...................Antihistamine |
| Phenylephrine HCl 5 mg...............Nasal decongestant |

### Uses ▪ temporarily relieves:
▪ nasal congestion  ▪ headache  ▪ cough
▪ minor aches and pains
▪ sinus congestion and pressure
▪ runny nose and sneezing *(NIGHT only)*
▪ temporarily promotes nasal and/or sinus drainage
▪ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY only)*

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
▪ more than 12 liquid gels in 24 hours, which is the maximum daily amount
▪ with other drugs containing acetaminophen
▪ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
▪ skin reddening  ▪ blisters  ▪ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ▪ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
▪ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
▪ liver disease  ▪ heart disease  ▪ diabetes
▪ high blood pressure  ▪ thyroid disease
▪ trouble urinating due to an enlarged prostate gland
▪ glaucoma *(NIGHT only)*  ▶

## Drug Facts (continued)

▪ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
▪ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
▪ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
▪ taking the blood thinning drug warfarin
▪ taking sedatives or tranquilizers *(NIGHT only)*

**When using this product** ▪ do not use more than directed
▪ excitability may occur, especially in children *(NIGHT only)*
▪ marked drowsiness may occur *(NIGHT only)*
▪ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
▪ avoid alcoholic drinks *(NIGHT only)*
▪ be careful when driving a motor vehicle or operating machinery *(NIGHT only)*

**Stop use and ask a doctor if**
▪ nervousness, dizziness, or sleeplessness occur
▪ pain, nasal congestion, or cough gets worse or lasts more than 7 days
▪ fever gets worse or lasts more than 3 days
▪ redness or swelling is present
▪ new symptoms occur
▪ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
▪ do not take more than directed (see Overdose warning)
▪ do not take more than 12 liquid gels in any 24-hour period
▪ adults and children 12 years of age and over: take 2 liquid gels every 4 hours
▪ children under 12 years of age: do not use

### Other information
▪ store at 20-25°C (68-77°F)  ▪ avoid excessive heat

### Inactive ingredients (DAY only) FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

### Inactive ingredients (NIGHT only) D&C yellow no. 10, FD&C blue no. 1, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

MAXIMUM STRENGTH

☀ DAY  ☾ NIGHT

## Mucinex® SINUS-MAX®

Maximum Strength per 4-hour dose

Do not take the Mucinex Sinus-Max DAY and NIGHT liquid gels at the same time. Always wait at least 4 hours before taking another dose of Mucinex Liquid gels. Do not take more than a total of 12 liquid gels in 24-hour period.

Take only as directed.

Keep carton for full information

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

# Mucinex Maximum Strength Fast-Max® Severe Congestion & Cough

## -liquid

## -RB Health (USA) LLC



MAXIMUM STRENGTH

NDC 63824-540-86

# MUCINEX

## FAST-MAX »

## SEVERE CONGESTION & COUGH

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ Controls Cough
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

6 FL OZ (180 mL)     FOR AGES 12+

87.0 mm

6mm Clear
6mm Clear
90.0 mm

3046243    03/17/17



PRINTING
READS
This Way



## RB Artwork and Print Specification

| | |
|---|---|
| Trident Reference No: | R8267073 |
| ZEN Ref: | TR1227088 |
| Action: | A |
| Brand: | Mucinex |
| Category: | Adult |
| Segment Group: | Fast Max |
| Segment: | Severe Congestion & Cough |
| Pack Size: | 6fl oz |
| Market/Country: | USA |
| Date: | 17/03/17 |

| RBH Contact: | Laura Feld |
|---|---|

**Artwork Type: IDM Commercial**

| | |
|---|---|
| Component Code (if applicable): | 3046243 |
| Parent Technical Packaging | |
| Specification: | D0319625 |
| Finished Goods Code: | 63824-D1465-10 |
| Supply Point: | RB Hull |
| Pharmacode No/NE: | NA |
| Edgemark Position: | NA |

| | |
|---|---|
| CAD Cam Ref: | Muc-Un-D0319625-90x67mm |
| Printer: | Multi Packaging Solutions (Bourne, UK) |
| Substrate: | Paper White |

**Technical & Non Printing Items**

Cutter      Cutter 2 (if applicable)
Guides      Guides 2 (if applicable)

**Colours (Label_Front)**

### BARCODE INFO

| Barcode Type: | N/A |
|---|---|
| Barcode Number: | N/A |
| Magnification: | N/A |
| Truncated By: | N/A |
| Full Height: | N/A |
| Bar Height (Smallest Bar): | N/A |
| BWR: | N/A |
| Encoded Data: | N/A |

**rb**
HEALTH • HYGIENE • HOME

**TRIDENT**
Connaught House, Connaught Road,
Kingswood Business Park, Hull, HU7 3AP, England.
T: +44 (0) 1482 828100

Please note that any low resolution paper Canon colour
copies associated with this job should be referred to
for content, layout and colour separation only.

| STUDIO USE ONLY | Adam Simmons | v2.0 |
|---|---|---|

Snr+Art check results:   G=1, O=0, R=0, - AS - 03/17/17 16:29:46

### ARTWORK APPROVAL

Approved by Sonoco Trident on behalf of Reckitt Benckiser

Signed: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Date: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**NOT APPROVED FOR COLOUR**

UNDER NO CIRCUMSTANCES SHOULD THIS
ARTWORK BE ALTERED WITHOUT PRIOR
PERMISSION FROM TRIDENT.

**MIN PT SIZE & HEIGHT (Non-Automated)**

| NET WT (ie. 8 FL OZ 180ml): | .10inch | 10pt |
|---|---|---|
| Drug Facts Title: | 100inch | 20pt |
| Active Ingredient Title: | .07inch | 7pt |
| Active Ingredient (BOP Ingredient): | 100inch | 100pt |
| Min Size of all other Copy: | .066inch | 6.6pt |

| This Size 1/2 x 1/2 inch Square | Front PDP in square inches : 12.136 |
|---|---|
| | Rear PDP in square inches : XX.XX |

**Vicks DayQuil™ and NyQuil™ VapoCOOL
SEVERE Maximum Strength Cold & Flu +
Congestion Relief Liquid Co-Pack**

**-Liquid**

**- Procter & Gamble Company**



# CVS Health Daytime Cold & Flu Softgel

## -tablets

## -CVS Pharmacy Inc.



**CVS Health.**

**CVS Health.**

Severe

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu*

**MAXIMUM STRENGTH**

# Daytime Softgels

**Severe Cold/Flu Relief**

**ACETAMINOPHEN** - Pain reliever, Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
Headache, Fever, Sore throat, Minor aches & pains, Cough, Chest congestion, Nasal/Sinus congestion & Sinus pressure

**Non-drowsy**
**Alcohol free**
**Antihistamine free**

*This product is not manufactured or distributed by Procter & Gamble, owner of the registered trademarks Vicks® DayQuil® Severe Cold & Flu.

Distributed by:
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com®
1-800-SHOP CVS
V-35248

**CVS Quality**
Money Back Guarantee

**Actual Size**

**24 SOFTGELS**

### Drug Facts

| Active ingredients (in each softgel) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

THIS PRODUCT IS PACKAGED IN A CHILD-RESISTANT AND TAMPER-EVIDENT PACKAGE. USE ONLY IF BLISTERS ARE INTACT.

### Drug Facts (continued)

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion & pressure ■ cough due to minor throat & bronchial irritation ■ minor aches & pains ■ headache ■ fever ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
**Liver warning** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 8 softgels in 24 hours, which is the maximum daily amount for this product ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product.
**Allergy alert** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ trouble urinating due to enlarged prostate gland ■ cough that occurs with too much phlegm (mucus)

### Drug Facts (continued)

■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.
**When using this product, do not use more than directed.**
**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ take only as directed
■ do not exceed 8 softgels per 24 hours

| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

**Other information** ■ store at room temperature

**Inactive ingredients** FD&C red no. 40, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution, titanium dioxide

**Questions or comments?**
Call 1-866-533-9782

50428 61053

#3B2042

LOT NO:
EXP DATE:

# Pedro Urena

## - PE Products-

# Alka-Seltzer Plus Severe Cold & Flu

## -effervescent tablets

## -Bayer HealthCare LLC



# Theraflu Daytime Severe Cold Relief Berry Burst Flavor

## -Hot Liquid Powder

## -Haleon U.S. Holdings L.L.C.

### (f/k/a GSK Consumer Healthcare Holdings (US) LLC)



# Vicks DayQuil™ SEVERE Maximum Strength Cold & Flu Daytime Relief -LiquiCaps

# - Procter & Gamble Company

**Drug Facts (continued)**

- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

**When using this product, do not use more than directed**

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days • redness or swelling is present
- new symptoms occur • cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**

| • take only as directed | • do not exceed 8 LiquiCaps per 24 hrs |
| adults & children 12 yrs & over | 2 LiquiCaps with water every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** store at or greater than 25°C

**Inactive Ingredients** FD&C Yellow No. 5, FD&C Yellow No. 6, gelatin, glycerin, lecithin, mica, polyethylene glycol, polyvinyl acetate phthalate, povidone, sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-800-362-1683

TAMPER EVIDENT: DO NOT USE IF PRINTED SEAL UNDER CAP IS MISSING OR DAMAGED.

PARENTS: Learn about teen medicine abuse
www.StopMedicineAbuse.org

DIST. BY: PROCTER & GAMBLE, CINCINNATI, OH 45202

P&G
www.pg.com
VICKS.com
Patents:
www.pg.com/patents



VICKS
# DayQuil™

**EASY TO OPEN BOTTLE†**

ACTUAL SIZE

25% SMALLER*
*COMPARED TO ORIGINAL DAYQUIL™ LIQUICAP

†COMPARED TO ORIGINAL DAYQUIL™ 24ct BLISTER PACK



VICKS
# DayQuil™

**ULTRA CONCENTRATED**

**COLD & FLU**

MAX STRENGTH  100% MORE LIQUICAPS†





VICKS
# DayQuil™

**ULTRA CONCENTRATED**

**COLD & FLU**

Acetaminophen, Phenylephrine HCl, Dextromethorphan HBr

25% SMALLER*

EASY TO SWALLOW

Headache, Fever, Sore Throat, Minor Aches & Pains

Nasal Congestion, Sinus Pressure

Cough

Non-Drowsy

48 LIQUICAPS™



00491463    3 23900 03112 8

PAPER BOX  PLASTIC BOTTLE



**Drug Facts**

| Active ingredients | Purpose |
| --- | --- |
| (in each LiquiCap) | |
| Acetaminophen 325 mg....Pain reliever/fever reducer | |
| Dextromethorphan HBr 10 mg.......Cough suppressant | |
| Phenylephrine HCl 5 mg.............Nasal decongestant | |

**Uses** temporarily relieves common cold/flu
symptoms: • nasal congestion
- cough due to minor throat & bronchial irritation
- sore throat • headache
- minor aches & pains • fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 8 Liquicaps in 24 hours, which is the maximum daily amount for this product
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening • blisters • rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease • heart disease
- high blood pressure • thyroid disease
- diabetes
- trouble urinating due to enlarged prostate gland.

# Kimberly McNulty

# -PE Products-

# up & up™ Daytime Severe Cold & Flu - Softgel

# - Target Corporation



# Walgreens Multi-Symptom Children's Cold -Liquid

# - Walgreens

DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

Cold
MULTI-SYMPTOM
children's

*Walgreens*

## Walgreens

Compare to Children's
*Mucinex® Multi-Symptom Cold
active ingredients‡*

NDC 0363-9839-26

### children's
### MULTI-SYMPTOM
# Cold

DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

**ALCOHOL FREE**

• Relief from: stuffy nose,
  cough & chest congestion

• Breaks up mucus

AGES 4-12 YEARS

BERRY FLAVOR

4 FL OZ (118 mL)

---

## Walgreens

Compare to Children's
*Mucinex® Multi-Symptom Cold
active ingredients‡*

NDC 0363-9838-26

### children's
### MULTI-SYMPTOM
# Cold

DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

**ALCOHOL FREE**

• Relief from: stuffy nose,
  cough & chest congestion

• Breaks up mucus

AGES 4-12 YEARS

BERRY FLAVOR

4 FL OZ (118 mL)

ORG0717-F

---

## Drug Facts

| Active Ingredients (In each 5 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

### Uses
■ helps loosen phlegm (mucus) and thin bronchial
  secretions to rid the bronchial passageways of
  bothersome mucus and make coughs more productive
■ temporarily relieves:
  ■ cough due to minor throat and bronchial irritation as
    may occur with the common cold or inhaled irritants
  ■ the intensity of coughing
  ■ the impulse to cough to help your child get to sleep
  ■ nasal congestion due to a cold
  ■ stuffy nose

### Warnings
**Do not use** in a child who is taking a prescription
monoamine oxidase inhibitor (MAOI) (certain drugs for
depression, psychiatric, or emotional conditions, or
Parkinson's disease), or for 2 weeks after stopping the
MAOI drug. If you do not know if your child's prescription
drug contains an MAOI, ask a doctor or pharmacist
before giving this product.

**Ask a doctor before use if the child has**
■ heart disease          ■ high blood pressure
■ thyroid disease        ■ diabetes
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs
  with asthma

**When using this product do not use more
than directed**

**Stop use and ask a doctor if**
■ your child gets nervous, dizzy or sleepless
■ symptoms do not get better within 7 days or occur
  with fever
■ cough lasts more than 7 days, comes back, or occurs
  with fever, rash, or persistent headache. These could
  be signs of a serious condition.

**Keep out of reach of children.** In case of overdose,
get medical help or contact a Poison Control Center
right away (1-800-222-1222).

### Directions
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ mL = milliliter

▶

ITEM 374549   W10106-1217-L

3 11917 17279 8

LOT NO.

EXP.

---

## Drug Facts (continued)

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

### Other Information
■ **each 5 mL contains:** sodium 3 mg
■ do not use if printed neckband is broken or missing
■ store at 20-25°C (68-77°F)
■ do not refrigerate
■ dosing cup provided

**Inactive Ingredients** anhydrous citric acid,
edetate disodium, FD&C red #40, flavor, glycerin,
propylene glycol, purified water, sodium benzoate,
sodium citrate, sorbitol solution, sucralose, xanthan gum

### Questions or comments?
1-800-719-9260

Gluten Free

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
‡This product is not manufactured or distributed
by Reckitt Benckiser, the distributor of
Children's Mucinex® Multi-Symptom Cold.

DOSAGE CUP
PROVIDED

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
*Walgreens*
**100% SATISFACTION GUARANTEED**
walgreens.com  ©2017 Walgreen Co.







**Walgreens Daytime Severe Cold & Flu Maximum Strength**

-Liquid

- Walgreens

NDC 0363-5001-40

**Walgreens**

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu††

## DAYTIME • NON-DROWSY
# Severe
# Cold & Flu

**ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER PHENYLEPHRINE HCl / NASAL DECONGESTANT DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT GUAIFENESIN / EXPECTORANT**

Maximum Strength

· Headache, fever, sore throat, minor aches & pains
· Chest congestion, thins & loosens mucus
· Nasal/sinus congestion, sinus pressure
· Cough

Honey flavor

## 12 FL OZ (355 mL)

: 51U40  94  F1

---

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2022 Walgreen Co.

ITEM 714456
W10107-0623-F
REV-0323

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 51U40  94  B2

---

### Drug Facts
(continued)

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |

---

### Drug Facts
(continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients



**AD.** **NO COATING \***

Ask a doctor before use if you have
■ liver disease    ■ heart disease
■ high blood pressure    ■ diabetes
■ thyroid disease    ■ cough that
occurs with too much phlegm (mucus)
■ trouble urinating due to an
enlarged prostate gland
■ persistent or chronic cough such
as occurs with smoking, asthma,
chronic bronchitis, or emphysema

Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin

When using
this product
do not use
more than
directed
◄

children under 4 yrs        do not use

***Other information*** ■ each 15 mL contains:
sodium 15 mg ■ store at 20-25°C (68-77°F).
Do not refrigerate.

***Inactive ingredients*** anhydrous citric acid,
D&C yellow #10, edetate disodium, FD&C
green #3, FD&C red #40, FD&C yellow #6,
flavor, glycerin, polyethylene glycol, propylene
glycol, purified water, saccharin sodium, sodium
benzoate, sodium chloride, sodium citrate,
sorbitol solution, sucralose, xanthan gum

***Questions?*** 1-800-719-9260

¹Our pharmacists recommend the
Walgreens brand. We invite you
to compare to national brands.
²This product is not manufactured
or distributed by The Procter &
Gamble Company, owner of the
registered trademarks Vicks® and
DayQuil®.

**NO COA.**

# CVS Health Non-Drowsy Daytime Multi-Symptom Cold/Flu Relief

## -Softgels

## -CVS Pharmacy, Inc.



**CVS Health Children's Day + Nighttime Cold, Cough, + Congestion Relief Liquid Combo Pack**

**-Liquid**

**-CVS Pharmacy, Inc.**



# Tatyana Dekhtyar

# -PE Products-

# Advil Sinus Congestion & Pain

## -tablets

## -Haleon U.S. Holdings L.L.C.

### (f/k/a GSK Consumer Healthcare Holdings (US) LLC)

