# Bayer Healthcare LLC.

## - PE Product Labels –





FINISH AREA

FREE VARN

Aspirin (NSAID) / Pain reliever-
fever reducer • Chlorpheniramine •
Phenylephrine

## ALKA-Seltzer PLUS

**36 EFFERVESCENT TABLETS**
Do not use if pouch is torn or open

SPARKLING
ORIGINAL

## ALKA-Seltzer PLUS®

COLD
FORMULA

FPO 74583

---

### Drug Facts

**Active ingredients** **Purposes**
**(in each tablet)**

Aspirin 325 mg (NSAID)* ....................Pain reliever/
fever reducer

Chlorpheniramine maleate 2 mg..............Antihistamine
Phenylephrine bitartrate 7.8 mg .....Nasal decongestant
*nonsteroidal anti-inflammatory drug

### Uses
● temporarily relieves these symptoms due to a cold:
  ● minor aches and pains        ● headache
  ● runny nose
  ● nasal and sinus congestion   ● sneezing
  ● sore throat
  ● temporarily reduces fever

### Warnings
**Reye's syndrome:** Children and teenagers who have
or are recovering from chicken pox or flu-like symptoms
should not use this product. When using this product, if
changes in behavior with nausea and vomiting occur,
consult a doctor because these symptoms could be an
early sign of Reye's syndrome, a rare but serious illness.
**Allergy alert:** Aspirin may cause a severe allergic
reaction which may include:
  ● hives   ● facial swelling   ● asthma (wheezing)
  ● shock
**Stomach bleeding warning:** This product contains an
NSAID, which may cause severe stomach bleeding.
The chance is higher if you:
  ● are age 60 or older
  ● have had stomach ulcers or bleeding problems
  ● take a blood thinning (anticoagulant) or steroid drug
  ● take other drugs containing prescription or nonprescription
    NSAIDs (aspirin, ibuprofen, naproxen, or others)
  ● have 3 or more alcoholic drinks every day while using
    this product
  ● take more or for a longer time than directed ►

### Drug Facts (continued)
**Sore throat warning:** If sore throat is severe,
persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or
vomiting, consult a doctor promptly.
Do not use to sedate children.

**Do not use**
● if you are allergic to aspirin or any other pain
  reliever/fever reducer
● if you are taking a prescription monoamine
  oxidase inhibitor (MAOI) (certain drugs for
  depression, psychiatric, or emotional conditions,
  or Parkinson's disease), or for 2 weeks after
  stopping the MAOI drug.  If you do not know if
  your prescription drug contains an MAOI, ask a
  doctor or pharmacist before taking this product.
● if you have ever had an allergic reaction to this
  product or any of its ingredients
● in children under 12 years of age

**Ask a doctor before use if**
● stomach bleeding warning applies to you
● you have a history of stomach problems, such as
  heartburn
● you have high blood pressure, heart disease, liver
  cirrhosis, or kidney disease
● you are taking a diuretic
● you have
  ● asthma              ● diabetes
  ● thyroid disease      ● glaucoma
  ● difficulty in urination due to enlargement of the
    prostate gland
  ● a breathing problem such as emphysema or
    chronic bronchitis
  ● a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
● taking a prescription drug for
  ● gout         ● diabetes        ● arthritis
● taking sedatives or tranquilizers ►

### Drug Facts (continued)
**When using this product**
● do not exceed recommended dosage
● excitability may occur, especially in children
● you may get drowsy
● avoid alcoholic drinks
● alcohol, sedatives, and tranquilizers may increase
  drowsiness
● be careful when driving a motor vehicle or
  operating machinery

**Stop use and ask a doctor if**
● an allergic reaction occurs.  Seek medical help
  right away.
● you experience any of the following signs of
  stomach bleeding
  ● feel faint   ● vomit blood
  ● have bloody or black stools
  ● have stomach pain that does not get better
● pain or nasal congestion gets worse or lasts more
  than 7 days
● fever gets worse or lasts more than 3 days
● redness or swelling is present
● new symptoms occur
● ringing in the ears or a loss of hearing occurs
● nervousness, dizziness, or sleeplessness occurs

If pregnant or breast-feeding, ask a health
professional before use.  It is especially important
not to use aspirin during the last 3 months of
pregnancy unless definitely directed to do so by a
doctor because it may cause problems in the
unborn child or complications during delivery.
Keep out of reach of children.  In case of overdose,
get medical help or contact a Poison Control Center
right away.

### Directions
● adults and children 12 years and over:  take
  2 tablets fully dissolved in 4 oz of water every
  4 hours.  Do not exceed 8 tablets in 24 hours
  or as directed by a doctor.
● children under 12 years: do not use ▼

### Drug Facts (continued)
### Other information
● each tablet contains: sodium 474 mg
● Phenylketonurics: Contains Phenylalanine 8.4 mg
  Per Tablet
● store at room temperature.  Avoid excessive heat.

### Inactive ingredients acesulfame potassium,
anhydrous citric acid, aspartame, calcium silicate,
dimethylpolysiloxane, docusate sodium, flavors, mannitol,
povidone, sodium benzoate, sodium bicarbonate

### Questions or comments? 1-800-986-0369
(Mon-Fri 9 AM – 5 PM EST)

---

## Alka-Seltzer PLUS®

Aspirin (NSAID) / Pain reliever-
fever reducer • Chlorpheniramine • Phenylephrine
maleate / Antihistamine • Phenylephrine
bitartrate / Nasal decongestant

COLD
FORMULA

SPARKLING
ORIGINAL

Nasal Congestion
Runny Nose
Headache & Body Ache
Sore Throat
Sinus Pressure

Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981

Bayer, the Bayer Cross and Alka-Seltzer Plus
are registered trademarks of Bayer.

Expiry Date.

---

0 16500 53765 6

FPO. 100% UPC

84195588

Bayer







**Alka-Seltzer PLUS Cold**

ORANGE ZEST

**20 EFFERVESCENT TABLETS**

Bayer

© 2018 Bayer

Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981

Bayer, the Bayer Cross and Alka-Seltzer Plus
are registered trademarks of Bayer.

MADE IN MEXICO

0  16500 56498  0

86324091

---

**Drug Facts**

**Active ingredients** (in each tablet) ... **Purposes**

Aspirin 325 mg (NSAID)* ............. Pain reliever/fever reducer
Chlorpheniramine maleate 2 mg .......................... Antihistamine
Phenylephrine bitartrate 7.8 mg .......... Nasal decongestant
*nonsteroidal anti-inflammatory drug

**Uses**
- temporarily relieves these symptoms due to a cold:
  - minor aches and pains
  - headache
  - runny nose
  - nasal and sinus congestion
  - sneezing
  - sore throat
- temporarily reduces fever

**Warnings**

Reye's syndrome: Children and teenagers who have or are recovering from chicken pox or flu-like symptoms should not use this product. When using this product, if changes in behavior with nausea and vomiting occur, consult a doctor because these symptoms could be an early sign of Reye's syndrome, a rare but serious illness.

Allergy alert: Aspirin may cause a severe allergic reaction which may include:
- hives
- facial swelling
- asthma (wheezing)
- shock

Stomach bleeding warning: This product contains an NSAID, which may cause severe stomach bleeding. The chance is higher if you:
- are age 60 or older
- have had stomach ulcers or bleeding problems
- take a blood thinning (anticoagulant) or steroid drug

---

**Drug Facts (continued)**

**Directions**
- adults and children 12 years and over: take 2 tablets fully dissolved in 4 oz of water every 4 hours. Do not exceed 8 tablets in 24 hours or as directed by a doctor.
- children under 12 years: do not use

**Other Information**
- each tablet contains: sodium 476 mg
- Phenylketonurics: Contains Phenylalanine 9 mg Per Tablet
- store at room temperature. Avoid excessive heat.

**Inactive ingredients** anesulfame potassium, anhydrous citric acid, aspartame, calcium silicate, dimethicone, docusate sodium, FD&C red #40, FD&C yellow #6, flavors, mannitol, povidone, sodium bicarbonate, sodium bicarbonate

**Questions or comments?** 1-800-986-0369
(Mon – Fri 9AM – 5PM EST)

Do not use if pouch is torn or open.

Bayer

---

**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are
- taking a prescription drug for
  - gout
  - diabetes
  - arthritis
- taking sedatives or tranquilizers

When using this product
- do not exceed recommended dosage
- excitability may occur, especially in children
- you may get drowsy
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery

Stop use and ask a doctor if
- an allergic reaction occurs. Seek medical help right away.
- you experience any of the following signs of stomach bleeding
  - feel faint
  - vomit blood
  - have bloody or black stools
  - have stomach pain that does not get better
- pain or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- ringing in the ears or a loss of hearing occurs
- nervousness, dizziness, or sleeplessness occur

If pregnant or breast-feeding, ask a health professional before use. It is especially important to not use aspirin during the last 3 months of pregnancy unless definitely directed to do so by a doctor because it may cause problems in the unborn child or complications during delivery.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

---

**Drug Facts (continued)**

- take other drugs containing prescription or nonprescription NSAIDs (aspirin, ibuprofen, naproxen, or others)
- have 3 or more alcoholic drinks every day while using this product
- take more or for a longer time than directed

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use to sedate children.

Do not use
- if you are allergic to aspirin or any other pain reliever/fever reducer
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

Ask a doctor before use if
- stomach bleeding warning applies to you
- you have a history of stomach problems, such as heartburn
- you have high blood pressure, heart disease, liver cirrhosis, or kidney disease
- you are taking a diuretic
- you have
  - asthma
  - diabetes
  - thyroid disease
  - glaucoma
  - difficulty in urination due to enlargement of the prostate gland
  - a breathing problem such as emphysema or chronic bronchitis
  - a sodium-restricted diet

---

**Alka-Seltzer PLUS Cold**

ASPIRIN (NSAID) / Pain Reliever-Fever Reducer
Chlorpheniramine Maleate / Antihistamine
Phenylephrine Bitartrate / Nasal Decongestant

- Nasal Congestion
- Runny Nose
- Sore Throat
- Headache & Body Ache
- Sinus Pressure

Lot Exp Only

LIFT HERE

D01-0.7

L460W00369

148261



**Alka-Seltzer PLUS Cold**
SPARKLING ORIGINAL

20 EFFERVESCENT TABLETS

ASPIRIN (NSAID) / Pain Reliever–Fever Reducer
Chlorpheniramine Maleate / Antihistamine
Phenylephrine Bitartrate / Nasal Decongestant

- Nasal Congestion
- Runny Nose
- Sore Throat
- Headache & Body Ache
- Sinus Pressure

© 2018 Bayer.
Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981
Bayer, the Bayer Cross and Alka-Seltzer Plus
are registered trademarks of Bayer.

86324040

0  16500 56501  7

---

### Drug Facts

**Active Ingredients** (in each tablet) — **Purposes**
Aspirin 325 mg (NSAID)* ......... Pain reliever/fever reducer
Chlorpheniramine maleate 2 mg ............... Antihistamine
Phenylephrine bitartrate 7.8 mg ......... Nasal decongestant
*nonsteroidal anti-inflammatory drug

**Uses**
- temporarily relieves these symptoms due to a cold:
  - minor aches and pains
  - headache
  - runny nose
  - nasal and sinus congestion
  - sneezing
  - sore throat
- temporarily reduces fever

**Warnings**

**Reye's syndrome:** Children and teenagers who have or are recovering from chicken pox or flu-like symptoms should not use this product. When using this product, if changes in behavior with nausea and vomiting occur, consult a doctor because these symptoms could be an early sign of Reye's syndrome, a rare but serious illness.

**Allergy alert:** Aspirin may cause a severe allergic reaction which may include:
- hives
- facial swelling
- asthma (wheezing)
- shock
**Stomach bleeding warning:** This product contains an NSAID, which may cause severe stomach bleeding. The chance is higher if you:
- are age 60 or older
- have had stomach ulcers or bleeding problems
- take a blood thinning (anticoagulant) or steroid drug

### Drug Facts (continued)

- take other drugs containing prescription or nonprescription NSAIDs (aspirin, ibuprofen, naproxen, or others)
- have 3 or more alcoholic drinks every day while using this product
- take more or for a longer time than directed
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use to sedate children.**

**Do not use**
- if you are allergic to aspirin or any other pain reliever/fever reducer
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if**
- stomach bleeding warning applies to you
- you have a history of stomach problems, such as heartburn
- you have high blood pressure, heart disease, liver cirrhosis, or kidney disease
- you are taking a diuretic
- you have
  - asthma
  - diabetes
  - thyroid disease
  - glaucoma
  - difficulty in urination due to enlargement of the prostate gland
  - a breathing problem such as emphysema or chronic bronchitis
  - a sodium-restricted diet

### Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking a prescription drug for
  - gout
  - diabetes
  - arthritis
- taking sedatives or tranquilizers

**When using this product**
- do not exceed recommended dosage
- excitability may occur, especially in children
- you may get drowsy
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- an allergic reaction occurs. Seek medical help right away
- you experience any of the following signs of stomach bleeding:
  - feel faint
  - vomit blood
  - have bloody or black stools
  - have stomach pain that does not get better
- pain or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- ringing in the ears or a loss of hearing occurs
- nervousness, dizziness, or sleeplessness occurs

If pregnant or breast-feeding, ask a health professional before use. It is especially important not to use aspirin during the last 3 months of pregnancy unless definitely directed to do so by a doctor because it may cause problems in the unborn child or complications during delivery.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

### Drug Facts (continued)

**Directions**
- adults and children 12 years and over: take 2 tablets fully dissolved in 4 oz of water every 4 hours. Do not exceed 8 tablets in 24 hours or as directed by a doctor.
- children under 12 years: do not use

**Other information**
- each tablet contains: sodium 476 mg
- Phenylketonurics: Contains Phenylalanine 9.4 mg Per Tablet
- store at room temperature. Avoid excessive heat.

**Inactive ingredients** acesulfame potassium, anhydrous citric acid, aspartame, calcium silicate, dimethicone, docusate sodium, flavors, mannitol, povidone, sodium benzoate, sodium bicarbonate

**Questions or comments?** 1-800-986-0369
(Mon–Fri 9AM – 5PM EST)

Do not use if pouch is torn or open.

Bayer

14040

OWON3398

D01-0.11





**Do not use if packet is torn or open.**

**Drug Facts**

**Active ingredients (in each packet)** — **Purpose**

Acetaminophen 500 mg ............................................ Pain reliever/fever reducer
Dextromethorphan hydrobromide 20 mg ..................... Cough suppressant
Guaifenesin 400 mg ........................................................... Expectorant
Phenylephrine hydrochloride 10 mg ....................... Nasal decongestant

**Uses**
- temporarily relieves these symptoms due to a cold or flu:
  - minor aches and pains
  - headache
  - sore throat
  - cough
  - nasal congestion
  - sinus congestion and pressure
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus
- temporarily reduces fever

**Warnings**

Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening
- blisters
- rash
- hives
- facial swelling
- asthma (wheezing)
- shock

If a skin or general allergic reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription).
- if you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

Ask a doctor before use if you have
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema
- cough with excessive phlegm (mucus)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

When using this product do not exceed recommended dosage ▶

**Drug Facts (continued)**

Stop use and ask a doctor if
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.
- nervousness, dizziness, or sleeplessness occurs

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than the recommended dose
- take every 4 hours; do not exceed 6 packets in 24 hours or as directed by a doctor
- adults and children 12 years and over: dissolve contents of one packet in 6 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
- children under 12 years: do not use

**Other information**
- each packet contains: potassium 5 mg and sodium 8 mg
- store at room temperature

**Inactive ingredients** aspartame (phenylalanine), anhydrous citric acid, acesulfame sugar, D&C yellow #10, docusate sodium, FD&C red #40, FD&C yellow #6, flavors, maltodextrin, povidone, pregelatinized starch, silicon dioxide, sodium citrate, starch acid, sucrose, tartaric acid, trisodium phosphate

Questions or comments? 1-800-986-0369 (Mon-Fri 9AM - 5PM EST)

**DOES NOT CONTAIN ASPIRIN**

© 2018 Bayer
Distr. by:
Bayer HealthCare LLC
Whippany, NJ 07981
Bayer, The Bayer Cross and Alka-Seltzer Plus are registered trademarks of Bayer.

DT495    **Bayer** ⊕

---

**Alka-Seltzer PLUS**

**SEVERE**
**Cold & Flu**

☀ DAY NON-DROWSY

**HONEY LEMON ZEST**
Fast Relief Mix-In Packets

☀ **DAY** NON-DROWSY

**ACETAMINOPHEN / Pain Reliever-Fever Reducer**
**Phenylephrine HCl / Nasal Decongestant**
**Dextromethorphan HBr / Cough Suppressant**
**Guaifenesin / Expectorant**

▸ Nasal Congestion
▸ Headache
▸ Sore Throat
▸ Body Ache
▸ Cough
▸ Mucus
▸ Chest Congestion
▸ Fever

⊕ BAYER    **6 PACKETS**

0  16500 55942  9

Lot & EXP

---

**FEEL BETTER FAST**

**Mix** the Alka-Seltzer Plus® Fast Relief Mix-In packet into 8 oz. of hot water.

**Sip** the soothing beverage within 10-15 minutes.

**Experience** the steam and the tasty drink as it infuses powerful relief through your whole body.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



RESTRICTED









**Do not take these products at the same time.**

**Alka-Seltzer Plus® Maximum Strength Severe Sinus Congestion & Cough Day Liquid Gels**

**Drug Facts**

| Active ingredients (in each capsule) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan hydrobromide 10 mg | Cough suppressant |
| Phenylephrine hydrochloride 5 mg | Nasal decongestant |

**Alka-Seltzer Plus® Maximum Strength Severe Sinus Congestion & Cough Night Liquid Gels**

**Drug Facts**

| Active ingredients (in each capsule) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan hydrobromide 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine hydrochloride 5 mg | Nasal decongestant |

**Alka-Seltzer Plus® Maximum Strength Severe Sinus Congestion & Cough Day Liquid Gels**

**Drug Facts** (continued)

**Uses**
● temporarily relieves these symptoms due to a cold or flu:
  ● nasal congestion    ● sinus congestion and pressure
  ● headache    ● minor aches and pains
  ● cough    ● sore throat
● helps clear nasal passages and shrinks swollen membranes
● temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
● more than 4,000 mg of acetaminophen in 24 hours
● with other drugs containing acetaminophen
● 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
  ● skin reddening    ● blisters    ● rash    ● hives
  ● facial swelling    ● asthma (wheezing)    ● shock
If a skin or general allergic reaction occurs, stop use and seek medical help right away.

**Alka-Seltzer Plus® Maximum Strength Severe Sinus Congestion & Cough Night Liquid Gels**

**Drug Facts** (continued)

**Uses**
● temporarily relieves these symptoms due to a cold or flu:
  ● nasal congestion    ● sinus congestion and pressure
  ● headache    ● minor aches and pains
  ● cough    ● sore throat
  ● runny nose    ● sneezing
● helps clear nasal passages and shrinks swollen membranes
● temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
● more than 4,000 mg of acetaminophen in 24 hours
● with other drugs containing acetaminophen
● 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
  ● skin reddening    ● blisters    ● rash    ● hives
  ● facial swelling    ● asthma (wheezing)    ● shock
If a skin or general allergic reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use to sedate children.**



LIFT HERE

O

3/4    3 7/8    3/4

Cut Edge

INSIDE of EC Flap

**Alka-Seltzer Plus® Maximum Strength Severe Sinus Congestion & Cough Day Liquid Gels**

**Drug Facts** (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease    ● heart disease    ● high blood pressure
- thyroid disease    ● diabetes
- cough with excessive phlegm (mucus)
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**Alka-Seltzer Plus® Maximum Strength Severe Sinus Congestion & Cough Night Liquid Gels**

**Drug Facts** (continued)

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease    ● heart disease    ● high blood pressure
- thyroid disease    ● diabetes    ● glaucoma
- cough with excessive phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

0 16500 55532 2

**Alka-Seltzer Plus® Maximum Strength Severe Sinus Congestion & Cough Day Liquid Gels**

**Drug Facts** (continued)

**When using this product** do not exceed recommended dosage

**Stop use and ask a doctor if**
● pain, cough, or nasal congestion gets worse or lasts more than 7 days
● fever gets worse or lasts more than 3 days
● redness or swelling is present
● new symptoms occur
● cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
● nervousness, dizziness, or sleeplessness occurs

**If pregnant or breast feeding,** ask a health professional before use

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
● do not take more than the recommended dose
● adults and children 12 years and over: take 2 capsules with water every 4 hours. Do not exceed 10 capsules in 24 hours or as directed by a doctor.
● children under 12 years: do not use

**Other information**
● store at room temperature. Avoid excessive heat above 40°C (104°F).

**Alka-Seltzer Plus® Maximum Strength Severe Sinus Congestion & Cough Night Liquid Gels**

**Drug Facts** (continued)

**When using this product**
● **do not exceed recommended dosage**
● may cause marked drowsiness
● avoid alcoholic drinks
● alcohol, sedatives, and tranquilizers may increase drowsiness
● be careful when driving a motor vehicle or operating machinery
● excitability may occur, especially in children

**Stop use and ask a doctor if**
● pain, cough, or nasal congestion gets worse or lasts more than 7 days
● fever gets worse or lasts more than 3 days
● redness or swelling is present
● new symptoms occur
● cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
● nervousness, dizziness, or sleeplessness occurs

**If pregnant or breast feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
● do not take more than the recommended dosage
● adults and children 12 years and over: take 2 capsules with water every 4 hours. Do not exceed 10 capsules in 24 hours or as directed by a doctor
● children under 12 years: do not use

**Alka-Seltzer Plus® Maximum Strength Severe Sinus Congestion & Cough Day Liquid Gels**

**Drug Facts** (continued)

**Inactive ingredients** FD&C yellow #6, FD&C red #40, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sodium hydroxide, sorbitol sorbitan solution, titanium dioxide

**Questions or comments?** 1-800-986-0369 (Mon-Fri 9AM – 5PM EST)

**Alka-Seltzer Plus® Maximum Strength Severe Sinus Congestion & Cough Night Liquid Gels**

**Drug Facts** (continued)

**Other information**
● store at room temperature. Avoid excessive heat above 40°C (104°F).

**Inactive ingredients** FD&C blue #1, D&C yellow #10, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sodium hydroxide, sorbitol sorbitan solution, titanium dioxide

**Questions?** 1-800-986-0369 (Mon-Fri 9AM – 5PM EST)

Made in Spain
© 2017 Bayer.
Dist. by:
Bayer HealthCare LLC
Whippany, NJ 07981
Bayer, the Bayer Cross and Alka-Seltzer Plus are registered trademarks of Bayer

Maximum Strength Per 4 Hour Dose
Do not use if blister is cut or broken.
DOES NOT CONTAIN ASPIRIN

Bayer

LOT/EXP

LOT & EXP CODE AREA

5/8

3/4

1/2

6567H09090

6574D09090



**Alka-Seltzer PLUS**

SINUS CONGESTION & PAIN
MAXIMUM STRENGTH
POWERFAST FIZZ™

BERRY FLAVOR

**Acetaminophen / Pain reliever-fever reducer**
**Chlorpheniramine maleate / Antihistamine**
**Dextromethorphan HBr / Cough suppressant**
**Phenylephrine HCl / Nasal decongestant**

- Sinus Congestion/Pressure
- Nasal Congestion
- Headache, Body Ache, Sore Throat
- Runny Nose, Sneezing
- Cough

**24 EFFERVESCENT TABLETS**

Do not use if pouch is torn or open.

PARENTS: Learn about medicine abuse.
www.StopMedicineAbuse.org

Maximum Strength Per 4 Hour Dose

**Drug Facts (continued)**
When using this product
- do not exceed recommended dosage
- may cause marked drowsiness
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

Stop use and ask a doctor if
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
- nervousness, dizziness, or sleeplessness occurs

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- Do not take more than the recommended dose
- adults and children 12 years and over: Take 2 tablets fully dissolved in 4 oz of water every 4 hours. Do not exceed 10 tablets in 24 hours or as directed by a doctor
- children under 12 years: do not use

**Other information**
- each tablet contains: potassium 80 mg sodium 395 mg
- store at room temperature. Avoid excessive heat.

**Drug Facts (continued)**
Inactive Ingredients: anhydrous citric acid, calcium silicate, dimethicone, flavors, magnesium stearate, maltodextrin, mannitol, potassium bicarbonate, povidone, sodium bicarbonate, sucralose

Questions or comments? 1-800-986-0369
(Mon-Fri 9AM - 5PM EST)

**Drug Facts**
Active Ingredients (in each tablet)          Purposes
Acetaminophen 325 mg ..... Pain reliever/fever reducer
Chlorpheniramine maleate 2 mg ..... Antihistamine
Dextromethorphan hydrobromide 10 mg ..... Cough suppressant
Phenylephrine hydrochloride 5 mg ..... Nasal decongestant

**Uses**
- temporarily relieves these symptoms due to a cold or flu:
  - minor aches and pains    - headache    - cough
  - sore throat    - runny nose
  - sneezing    - nasal congestion
  - sinus congestion and pressure
- temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening    - blisters    - rash    - hives
- facial swelling    - asthma (wheezing)    - shock
If a skin or general allergic reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Drug Facts (continued)**
Do not use to sedate children.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription), if you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

Ask a doctor before use if you have
- liver disease    - heart disease
- high blood pressure    - thyroid disease
- diabetes    - glaucoma
- cough with excessive phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- a sodium restricted diet

Ask a doctor or pharmacist before use if you are
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

Pat. patbxltd.thewexll.bayer.com
© 2020 Bayer.

Product of Mexico
Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981
Bayer, the Bayer Cross, Alka-Seltzer Plus, and PowerFast Fizz are trademarks of Bayer.

Bayer

89329426

0  16500 59891  6





Cold & Flu

MAXIMUM STRENGTH

ALKA-Seltzer PLUS®

**Do not take these products at the same time.**

**Alka-Seltzer Plus® Maximum Strength Day Cold & Flu Liquid Gels**

**Drug Facts**

| Active ingredients (in each capsule) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan hydrobromide 10 mg | Cough suppressant |
| Phenylephrine hydrochloride 5 mg | Nasal decongestant |

**Alka-Seltzer Plus® Maximum Strength Night Cold & Flu Liquid Gels**

**Drug Facts**

| Active ingredients (in each capsule) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan hydrobromide 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine hydrochloride 5 mg | Nasal decongestant |

**Alka-Seltzer Plus® Maximum Strength Day Cold & Flu Liquid Gels**

**Drug Facts** (continued)

**Uses**
● temporarily relieves these symptoms due to a cold or flu:
  ● minor aches and pains   ● headache   ● cough
  ● sore throat   ● nasal and sinus congestion
● temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
● more than 4,000 mg of acetaminophen in 24 hours
● with other drugs containing acetaminophen
● 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
  ● skin reddening   ● blisters   ● rash   ● hives
  ● facial swelling   ● asthma (wheezing)   ● shock
If a skin or general allergic reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

LIFT HERE

**Alka-Seltzer Plus® Maximum Strength Night Cold & Flu Liquid Gels**

**Drug Facts** (continued)

**Uses**
● temporarily relieves these symptoms due to a cold or flu:
  ● minor aches and pains   ● headache
  ● nasal and sinus congestion   ● cough   ● sore throat
  ● runny nose   ● sneezing
● temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
● more than 4,000 mg of acetaminophen in 24 hours
● with other drugs containing acetaminophen
● 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
  ● skin reddening   ● blisters   ● rash   ● hives
  ● facial swelling   ● asthma (wheezing)   ● shock
If a skin or general allergic reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** to sedate children.
**Do not use**
● with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

Cut Edge

**Alka-Seltzer Plus® Maximum Strength Day Cold & Flu Liquid Gels**

**Drug Facts** (continued)

**Do not use**
● with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
● If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
● if you have ever had an allergic reaction to this product or any of its ingredients
● in children under 12 years of age

**Ask a doctor before use if you have**
● liver disease   ● heart disease   ● high blood pressure
● thyroid disease   ● diabetes
● cough with excessive phlegm (mucus)
● difficulty in urination due to enlargement of the prostate gland

**Alka-Seltzer Plus® Maximum Strength Night Cold & Flu Liquid Gels**

**Drug Facts** (continued)

● If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
● If you have ever had an allergic reaction to this product or any of its ingredients
● in children under 12 years of age

**Ask a doctor before use if you have**
● liver disease   ● heart disease   ● high blood pressure
● thyroid disease   ● diabetes   ● glaucoma
● cough with excessive phlegm (mucus)
● a breathing problem such as emphysema or chronic bronchitis
● difficulty in urination due to enlargement of the prostate gland
● persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**
● taking the blood thinning drug warfarin
● taking sedatives or tranquilizers

INSIDE of EC Flap



## DAY NON-DROWSY

**ACETAMINOPHEN / Pain Reliever-Fever Reducer**
Dextromethorphan HBr / Cough Suppressant
Phenylephrine HCl / Nasal Decongestant

▸ Nasal Congestion
▸ Headache & Body Ache
▸ Cough
▸ Sore Throat
▸ Sinus Pressure

**12 LIQUID GELS**
(Liquid Filled Capsules)

## NIGHT

**ACETAMINOPHEN / Pain Reliever-Fever Reducer**
Dextromethorphan HBr / Cough Suppressant
Doxylamine Succinate / Antihistamine
Phenylephrine HCl / Nasal Decongestant

▸ Nasal Congestion
▸ Headache & Body Ache
▸ Cough    ▸ Runny Nose
▸ Sore Throat

**8 LIQUID GELS**
(Liquid Filled Capsules)

Alka-Seltzer Plus® Maximum Strength
Night Cold & Flu Liquid Gels

**Drug Facts** (continued)

**Inactive Ingredients:** FD&C blue no. 1, D&C yellow no. 10,
gelatin, glycerin, polyethylene glycol, povidone, propylene glycol,
purified water, sorbitol, sodium hydroxide, sorbitol sorbitan
solution, titanium dioxide

**Questions or comments?** 1-800-986-0369
(Mon-Fri 9AM - 5PM EST)

Alka-Seltzer Plus® Maximum Strength
Day Cold & Flu Liquid Gels

**Drug Facts** (continued)

**Inactive Ingredients:** FD&C red and, FD&C yellow dye,
gelatin, glycerin, polyethylene glycol, povidone, propylene
glycol, purified water, shellac, sodium hydroxide, sorbitol
sorbitan solution, titanium dioxide

**Questions or comments?** 1-800-986-0369
(Mon-Fri 9AM - 5PM EST)

Alka-Seltzer Plus® Maximum Strength
Night Cold & Flu Liquid Gels

**Other Information**
store at room temperature. Avoid excessive heat above
40°C (104°F).

**Directions**
● do not take more than the recommended dose
● adults and children 12 years and over: take 2 capsules with
water every 4 hours. Do not exceed 10 capsules in 24 hours
or as directed by a doctor.
● children under 12 years: do not use

**Drug Facts** (continued)

Maximum Strength Per 4 Hour Dose
Do not use if blister is cut or broken.
DOES NOT CONTAIN ASPIRIN

LOT/EXP

Bayer

Made in Spain
© 2017 Bayer.
Dist. by:
Bayer HealthCare LLC
Whippany, NJ 07981
Bayer, the Bayer Cross and
Alka-Seltzer Plus are
registered trademarks
of Bayer.

If pregnant or breast-feeding, ask a health professional
before use.
Keep out of reach of children. In case of overdose, get
medical help or contact a Poison Control Center right away.
Quick medical attention is critical for adults as well as for
children even if you do not notice any signs or symptoms.

Alka-Seltzer Plus® Maximum Strength
Day Cold & Flu Liquid Gels

**Other Information**
store at room temperature. Avoid excessive heat above
40°C (104°F).

**Directions**
● do not take more than the recommended dose
● adults and children 12 years and over: take 2 capsules with
water every 4 hours. Do not exceed 10 capsules in 24 hours
or as directed by a doctor.
● children under 12 years: do not use

If pregnant or breast-feeding, ask a health professional
before use.
Keep out of reach of children. In case of overdose, get
medical help or contact a Poison Control Center right away.
Quick medical attention is critical for adults as well as for
children even if you do not notice any signs or symptoms.

new symptoms occur
fever gets worse or lasts more than 3 days
redness or swelling is present
cough comes back or occurs with rash or headache that
lasts. These could be signs of a serious condition.
nervousness, dizziness, or sleeplessness occurs
pain, cough, or nasal congestion gets worse or lasts more
Stop use and ask a doctor if

**Drug Facts** (continued)

0 16500 55531 5

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

86828264





☀ DAY NON-DROWSY

☾ NIGHT

ACETAMINOPHEN / Pain Reliever-Fever Reducer
Dextromethorphan HBr / Cough Suppressant
Phenylephrine HCl / Nasal Decongestant

▸ Nasal Congestion
▸ Headache & Body Ache
▸ Cough
▸ Sore Throat
▸ Sinus Pressure

24 LIQUID GELS
(Liquid Filled Capsules)

ACETAMINOPHEN / Pain Reliever-Fever Reducer
Dextromethorphan HBr / Cough Suppressant
Doxylamine Succinate / Antihistamine
Phenylephrine HCl / Nasal Decongestant

▸ Nasal Congestion
▸ Headache & Body Ache
▸ Cough   ▸ Runny Nose
▸ Sore Throat

16 LIQUID GELS
(Liquid Filled Capsules)

BAYER

Alka-Seltzer Plus® Maximum Strength
Day Cold & Flu Liquid Gels

Alka-Seltzer Plus® Maximum Strength
Night Cold & Flu Liquid Gels

Bayer

Maximum Strength Per 4 Hour Dose
Do not use if blister is out or broken.
DOES NOT CONTAIN ASPIRIN

LOT/EXP

Made in Spain
© 2017 Bayer
Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981

Bayer, the Bayer Cross and
Alka-Seltzer Plus are registered
trademarks of Bayer.

88G08G72

0  16500 55588  9

www.StopMedicineAbuse.org

PARENTS: Learn about teen medicine abuse

OPENING INSTRUCTION "LIFT HERE"



## Alka-Seltzer Plus® Maximum Strength Day Cold & Flu PowerMax™ Gels

**Drug Facts (continued)**

**Ask a doctor before use if you have**
- liver disease
- high blood pressure
- diabetes
- cough with excessive phlegm (mucus)
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- heart disease
- thyroid disease

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin

**When using this product do not exceed recommended dosage**

**Stop use and ask a doctor if**
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
- nervousness, dizziness, or sleeplessness occurs

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than the recommended dose
- adults and children 12 years and over: take 2 capsules with water every 4 hours. Do not exceed 10 capsules in 24 hours or as directed by a doctor.
- children under 12 years: do not use

**Other information**
- store at room temperature. Avoid temperatures above 25°C (77°F)

**Inactive ingredients** FD&C yellow #6, ferric oxide, gelatin, glycerin, polyethylene glycol, potassium aluminum silicate, povidone, propylene glycol, purified water, shellac, sodium hydroxide, sorbitol sorbitan solution, titanium dioxide

**Questions or comments?** 1-800-986-0369 (Mon-Fri 9AM - 5PM EST)

---

Maximum Strength
Per 4 Hour Dose

**PARENTS:** Learn about new medicine abuse. www.StopMedicineAbuse.org

FOLD 1

---

NEW 25% SMALLER LIQUID GELS

**Alka-Seltzer PLUS™**

MAXIMUM STRENGTH

MAXIMUM STRENGTH

## Cold & Flu

## POWERMAX™ GELS
CONCENTRATED FORMULA

☀ DAY NON DROWSY

**ACETAMINOPHEN / Pain Reliever-Fever Reducer**
**Dextromethorphan Hydrobromide / Cough Suppressant**
**Phenylephrine HCl / Nasal Decongestant**

- Cough
- Nasal Congestion
- Headache & Body Ache
- Sore Throat
- Sinus Pressure

16 LIQUID GELS (Liquid Filled Capsules)

**Bayer**

Bayer (reg'd), the Bayer Cross (reg'd), Alka-Seltzer Plus®, and POWERMAX™ GELS are trademarks of Bayer.
Product of Spain
© 2019 Bayer
Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981
86316412

---

**Alka-Seltzer PLUS™**

MAXIMUM STRENGTH

## Cold & Flu

**POWERMAX™ GELS**

*Compared to Alka-Seltzer Plus Liquid Gels

---

FOLD 2

---

**Do not use if blister is cut or broken.**
DOES NOT CONTAIN ASPIRIN

## Alka-Seltzer Plus® Maximum Strength Day Cold & Flu PowerMax™ Gels

**Drug Facts**

| Active ingredients (in each capsule) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan hydrobromide 10 mg | Cough suppressant |
| Phenylephrine hydrochloride 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves these symptoms due to a cold or flu:
  - minor aches and pains
  - cough
  - nasal and sinus congestion
  - temporarily reduces fever
- headache
- sore throat

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening
- facial swelling
- blisters
- asthma (wheezing)
- rash
- shock
- hives

If a skin or general allergic reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

LIFT HERE



**LOT & EXP CODE AREA**

LOT/EXP

Bayer

Maximum Strength Per 4 Hour Dose

Made in Spain

© 2018 Bayer

Bayer, the Bayer Cross
and Alka-Seltzer Plus are
registered trademarks
of Bayer HealthCare LLC.
Phillipsburg, NJ 07881
One 24: Bayer HealthCare LLC

**Alka-Seltzer PLUS**

BAYER

TAMPER EVIDENT: This product is safety sealed for your protection

**20 LIQUID GELS** (Liquid Filled Capsules)

**Cough**
**Nasal Congestion**
**Runny Nose**
**Headache & Body Ache**
**Sore Throat**

MAXIMUM STRENGTH

**Cold & Flu**

∪ NIGHT

MAXIMUM STRENGTH

**Cold & Flu**

∪ NIGHT

**Alka-Seltzer PLUS**

Do not use if blister
is cut or broken.

DOES NOT CONTAIN ASPIRIN

**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org



**MAXIMUM STRENGTH**

**Severe Sinus**

**Allergy & Cough**

**ACETAMINOPHEN** / Pain Reliever-Fever Reducer
Dextromethorphan HBr / Cough Suppressant
Doxylamine succinate / Antihistamine
Phenylephrine HCl / Nasal Decongestant

▸ Sinus Congestion & Pressure
▸ Headache & Pain
▸ Runny Nose & Sneezing
▸ Itchy, Watery Eyes
▸ Cough

**20** LIQUID GELS (Liquid Filled Capsules)

3486

3486

## Drug Facts

### Active ingredients (in each capsule)                 Purposes

Acetaminophen 325 mg.......................................... Pain reliever/ fever reducer

Dextromethorphan hydrobromide 10 mg....... Cough suppressant

Doxylamine succinate 6.25 mg .............................. Antihistamine

Phenylephrine hydrochloride 5 mg.............. Nasal decongestant

### Uses

- temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
  - runny nose
  - sneezing
  - itching of the nose or throat
  - itchy, watery eyes
- temporarily relieves these symptoms due to a cold:
  - nasal congestion
  - sinus congestion and pressure
  - headache
  - minor aches and pains
  - cough
- temporarily reduces fever

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product ▶



## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening
- blisters
- rash
- hives
- facial swelling
- asthma (wheezing)
- shock

If a skin or general allergic reaction occurs, stop use and seek medical help right away.

**Do not use to sedate children.**

### Do not use

- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

### Ask a doctor before use if you have

- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough with excessive phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema ▼