# Bayer Healthcare LLC.

## -PE Product Labels –

### -continued









**Drug Facts (continued)**

Stop use and ask a doctor if
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
- nervousness, dizziness, or sleeplessness occurs

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than the recommended dose
- adults and children 12 years and over: take 2 tablets fully dissolved in 4 oz. of water every 4 hours. Do not exceed 8 tablets in 24 hours or as directed by a doctor.
- children under 12 years: do not use

**Other Information**
- each tablet contains: sodium 416 mg
- Phenylketonurics Contains: Phenylalanine 6.6 mg Per Tablet
- store at room temperature. Avoid excessive heat.

**Inactive Ingredients** acesulfame potassium, anhydrous citric acid, aspartame, FD&C red #40, flavors, magnesium stearate, maltodextrin, mannitol, maltodextrin, sodium bicarbonate

Questions or comments? 1-800-986-0369 (Mon-Fri 9AM - 5PM EST)

**DOES NOT CONTAIN ASPIRIN**

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Alka-Seltzer PLUS**
CITRUS
SEVERE
Cold & Flu

**SEVERE**
Cold & Flu

CITRUS
Acetaminophen / Pain reliever-fever reducer
Dextromethorphan HBr / Cough suppressant
Phenylephrine Hydrochloride / Nasal Decongestant

▶ Fever & Body Ache
▶ Cough
▶ Nasal Congestion
▶ Runny Nose
▶ Sore Throat

**20 EFFERVESCENT TABLETS**

© 2016 Bayer.
Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981
Bayer, the Bayer Cross and Alka-Seltzer Plus are registered trademarks of Bayer.

Bayer

86324016

0   16500 56496   6

**Drug Facts**
**Active Ingredients** (in each tablet)    **Purposes**
Acetaminophen 250 mg .......... Pain reliever/fever reducer
Chlorpheniramine maleate 2 mg .......... Antihistamine
Dextromethorphan hydrobromide 10 mg .... Cough suppressant
Phenylephrine hydrochloride 5 mg ....... Nasal decongestant

**Uses**
- temporarily relieves these symptoms due to a cold or flu:
  - minor aches and pains      ● headache
  - cough                       ● sore throat
  - runny nose                  ● sneezing
  - nasal and sinus congestion
  - temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening      ● blisters      ● rash
- facial swelling     ● asthma (wheezing)   ● shock
If a skin or general allergic reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
Do not use to sedate children

**Drug Facts (continued)**

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

Ask a doctor before use if you have
- liver disease         ● heart disease       ● High blood pressure
- thyroid disease       ● diabetes            ● glaucoma
- cough with excessive phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- a sodium restricted diet

Ask a doctor or pharmacist before use if you are
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

When using this product
- do not exceed recommended dosage
- may cause marked drowsiness
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

LIFT HERE





INSIDE "LIFT HERE" FLAP







INSIDE "LIFT HERE" FLAP

RESTRICTED







INSIDE "LIFT HERE" FLAP







Do not use if pouch is torn or open.

Alka-Seltzer PLUS
Cold
CITRUS
POWER FAST FIZZ™
NON-DROWSY

Expiry Date:
Lot:

SEVERE
Alka-Seltzer PLUS™ Cold
CITRUS
POWER FAST FIZZ™  NEW IMPROVED FLAVOR
NON-DROWSY

ASPIRIN (NSAID) / Pain Reliever-Fever Reducer
Dextromethorphan HBr / Cough Suppressant
Phenylephrine Bitartrate / Nasal Decongestant

- Fever + Body Ache
- Nasal Congestion
- Sinus Pressure
- Sore Throat
- Cough

BAYER

20 EFFERVESCENT TABLETS

Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981
Bayer (reg'd), the Bayer Cross (reg'd),
Alka-Seltzer Plus®, and PowerFast Fizz
are trademarks of Bayer.

Bayer

Product of Mexico

0 16500 59096 5

D007-14,15

**Drug Facts**

| Active ingredients (in each tablet) | Purposes |
|---|---|
| Aspirin 325 mg (NSAID)*.............. | Pain reliever/fever reducer |
| Dextromethorphan hydrobromide 10 mg .......... | Cough suppressant |
| Phenylephrine bitartrate 7.8 mg ............. | Nasal decongestant |

*nonsteroidal anti-inflammatory drug

**Uses**
- temporarily relieves these symptoms due to a cold with cough:
  - minor aches and pains
  - cough
  - nasal and sinus congestion
  - sore throat
- temporarily reduces fever
- headache

**Warnings**
**Reye's syndrome:** Children and teenagers who have or are recovering from chicken pox or flu-like symptoms should not use this product. When using this product, if changes in behavior with nausea and vomiting occur, consult a doctor because these symptoms could be an early sign of Reye's syndrome, a rare but serious illness.
**Allergy alert:** Aspirin may cause a severe allergic reaction which may include:
- hives
- asthma (wheezing)
- facial swelling
- shock

**Drug Facts** (continued)

**Stomach bleeding warning:** This product contains an NSAID, which may cause severe stomach bleeding. The chance is higher if you
- are age 60 or older
- have had stomach ulcers or bleeding problems
- take a blood thinning (anticoagulant) or steroid drug
- take other drugs containing prescription or nonprescription NSAIDs (aspirin, ibuprofen, naproxen, or others)
- have 3 or more alcoholic drinks every day while using this product
- take more or for a longer time than directed
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- if you are allergic to aspirin or any other pain reliever/fever reducer
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if**
- stomach bleeding warning applies to you
- you have a history of stomach problems, such as heartburn
- you have high blood pressure, heart disease, liver cirrhosis, or kidney disease
- you are taking a diuretic

LIFT HERE

87139344











OPENING INSTRUC
"LIFT HERE"

LIFT HERE

**NEW 25% SMALLER LIQUID GELS**

Alka-Seltzer PLUS

MAXIMUM STRENGTH

Cold & Flu

POWERMAX™ GELS
CONCENTRATED FORMULA

NIGHT

Dextromethorphan Hydrobromide / Cough Suppressant
Doxylamine Succinate / Antihistamine
Phenylephrine HCl / Nasal Decongestant

• Cough
• Nasal Congestion
• Runny Nose
• Headache & Body Ache
• Sore Throat

16 LIQUID GELS (Equal 16ml Capsules)

Maximum Strength Per 4 Hour Dose

PARENTS:
www.ThePoisonHelp.org

Bayer

Bayer (mg/d), the Bayer Cross (mg/d), Alka-Seltzer Plus®,
and POWERMAX™ GELS are trademarks of Bayer.
Product of Spain
© 2018 Bayer
Distr. by: Bayer HealthCare LLC
Whippany, NJ 07981

Do not use if blister is cut or broken.
DOES NOT CONTAIN ASPIRIN

Alka-Seltzer Plus® Maximum Strength Night Cold & Flu PowerMax™ Gels

Maximum Strength Per 4 Hour Dose



**SEVERE**

**Cough, Mucus & Congestion**

☀ DAY NON-DROWSY     ☽ NIGHT

**SEVERE**

**Cough, Mucus & Congestion**

☀ DAY NON-DROWSY     ☽ NIGHT

**ACETAMINOPHEN** / Pain Reliever-Fever Reducer
Dextromethorphan HBr / Cough Suppressant
Guaifenesin / Expectorant
Phenylephrine HCl / Nasal Decongestant

▸ Nasal & Chest Congestion
▸ Mucus   ▸ Cough
▸ Headache   ▸ Fever
▸ Sore Throat

**12 LIQUID GELS** (Liquid Filled Capsules)

**ACETAMINOPHEN** / Pain Reliever-Fever Reducer
Dextromethorphan HBr / Cough Suppressant
Doxylamine Succinate / Antihistamine
Phenylephrine HCl / Nasal Decongestant

▸ Nasal Congestion
▸ Headache   ▸ Fever
▸ Sore Throat   ▸ Cough
▸ Runny Nose

**8 LIQUID GELS** (Liquid Filled Capsules)

BAYER

3470     3470

## Do not take these products at the same time.

### Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Day Liquid Gels

**Drug Facts**

**Active ingredients** (in each capsule)     **Purposes**

Acetaminophen 250 mg.................Pain reliever/fever reducer
Dextromethorphan hydrobromide 10 mg..... Cough suppressant
Guaifenesin 200 mg....................................Expectorant
Phenylephrine hydrochloride 5 mg............Nasal decongestant

**Uses**
● helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
● temporarily relieves these symptoms due to a cold or flu:
  ● nasal congestion   ● sinus congestion and pressure
  ● minor aches and pains   ● headache
  ● cough   ● sore throat
● temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take

### Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Night Liquid Gels

**Drug Facts**

**Active ingredients** (in each capsule)     **Purposes**

Acetaminophen 325 mg.................Pain reliever/fever reducer
Dextromethorphan hydrobromide 10 mg..... Cough suppressant
Doxylamine succinate 6.25 mg ...................Antihistamine
Phenylephrine hydrochloride 5 mg............Nasal decongestant

**Uses**
● temporarily relieves these symptoms due to a cold or flu:
  ● minor aches and pains   ● headache
  ● nasal and sinus congestion   ● cough
  ● sore throat   ● runny nose   ● sneezing
● temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
  ● more than 4,000 mg of acetaminophen in 24 hours
  ● with other drugs containing acetaminophen

- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening
- blisters
- rash
- hives
- facial swelling
- asthma (wheezing)
- shock

If a skin or general allergic reaction occurs, stop use and seek medical help right away.

**LIFT HERE**

## Cut Edge

3⅜



### Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Day Liquid Gels

**Drug Facts** (continued)

**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening
- blisters
- rash
- hives
- facial swelling
- asthma (wheezing)
- shock

If a skin or general allergic reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or non prescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema
- cough with excessive phlegm (mucus)

### Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Night Liquid Gels

**Drug Facts** (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use to sedate children.**

**Do not use**
- with any other drug containing acetaminophen (prescription or non prescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
- in children under 12 years of age

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough with excessive phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

0 16500 55954 2

**Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Day Liquid Gels**

**Drug Facts** (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

**When using this product do not exceed recommended dosage**

**Stop use and ask a doctor if**
● pain, cough, or nasal congestion gets worse or lasts more than 7 days
● fever gets worse or lasts more than 3 days
● redness or swelling is present
● new symptoms occur
● cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.
● nervousness, dizziness, or sleeplessness occurs

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
● do not take more than the recommended dose
● adults and children 12 years and over: take 2 capsules with water every 4 hours. Do not exceed 10 capsules in 24 hours or as directed by a doctor.
● children under 12 years: do not use

**Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Night Liquid Gels**

**Drug Facts** (continued)

**When using this product**
● do not exceed recommended dosage
● may cause marked drowsiness
● avoid alcoholic drinks
● alcohol, sedatives, and tranquilizers may increase drowsiness
● be careful when driving a motor vehicle or operating machinery
● excitability may occur, especially in children

**Stop use and ask a doctor if**
● pain, cough, or nasal congestion gets worse or lasts more than 7 days
● fever gets worse or lasts more than 3 days
● redness or swelling is present
● new symptoms occur
● cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
● nervousness, dizziness, or sleeplessness occurs

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
● do not take more than the recommended dose
● adults and children 12 years and over: take 2 capsules with water every 4 hours. Do not exceed 10 capsules in 24 hours or as directed by a doctor.
● children under 12 years: do not use

Made in Spain
© 2017 Bayer.
Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981
Bayer, the Bayer Cross and Alka-Seltzer Plus are registered trademarks of Bayer.

**Do not use if blister is cut or broken.**

**DOES NOT CONTAIN ASPIRIN**

**Bayer**

LOT/EXP

LOT & EXP CODE AREA

65737554

**Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Day Liquid Gels**

**Drug Facts** (continued)

**Other information**
● store at 15-25°C (59-77°F)

**Inactive ingredients** FD&C red #40, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sodium hydroxide, sorbitol-sorbitan solution, titanium dioxide

**Questions or comments?** 1-800-986-0369 (Mon-Fri 9AM - 5PM EST)

**Alka-Seltzer Plus® Severe Cough, Mucus & Congestion Night Liquid Gels**

**Drug Facts** (continued)

**Other information**
● store at 15-25°C (59-77°F)

**Inactive ingredients** FD&C blue #1, D&C yellow #10, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sodium hydroxide, sorbitol sorbitan solution, titanium dioxide

**Questions or comments?** 1-800-986-0369 (Mon-Fri 9AM - 5PM EST)

3/4

1/2



Do not use if blister is cut or broken.

DOES NOT CONTAIN ASPIRIN

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

### Drug Facts (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

**When using this product do not exceed recommended dosage**

**Stop use and ask a doctor if**
● pain, cough, or nasal congestion gets worse or lasts more than 7 days
● fever gets worse or lasts more than 3 days
● redness or swelling is present
● new symptoms occur
● cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.
● nervousness, dizziness, or sleeplessness occurs

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.
▶

### Drug Facts (continued)

**Directions**
● do not take more than the recommended dose
● adults and children 12 years and over: take 2 capsules with water every 4 hours.  Do not exceed 12 capsules in 24 hours or as directed by a doctor.
● children under 12 years: do not use

**Other information**
● store at 15-25°C (59-77°F)

**Inactive ingredients** FD&C red #40, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sodium hydroxide, sorbitol-sorbitan solution, titanium dioxide

**Questions or comments?** 1-800-986-0369 (Mon-Fri 9AM - 5PM EST)

Made in Spain
© 2017 Bayer
Dist. by Bayer HealthCare LLC
Whippany, NJ 07981
Bayer, the Bayer Cross
and Alka-Seltzer Plus are
registered trademarks
of Bayer.

85864505

**Bayer**

LOT/EXP

**LOT & EXP CODE AREA**

0 16500 55950 4

### Drug Facts

| Active ingredients (in each capsule) | Purposes |
|---|---|
| Acetaminophen 250 mg............................................... | Pain reliever/fever reducer |
| Dextromethorphan hydrobromide 10 mg...... | Cough suppressant |
| Guaifenesin 200 mg.................................................. | Expectorant |
| Phenylephrine hydrochloride 5 mg.............. | Nasal decongestant |

**Uses**
● temporarily relieves these symptoms due to a cold:
  ● nasal congestion
  ● sinus congestion and pressure
  ● headache                ● minor aches and pains
  ● cough                     ● sore throat
● temporarily restores freer breathing through the nose
● helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
● temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
● more than 4,000 mg of acetaminophen in 24 hours
● with other drugs containing acetaminophen
● 3 or more alcoholic drinks every day while using this product ▶


LIFT HERE

### Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
● skin reddening     ● blisters      ● rash        ● hives
● facial swelling      ● asthma (wheezing)      ● shock
If a skin or general allergic reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
● with any other drug containing acetaminophen (prescription or nonprescription).  If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
● if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug.  If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
● if you have ever had an allergic reaction to this product or any of its ingredients
● in children under 12 years of age

**Ask a doctor before use if you have**
● liver disease       ● heart disease      ● high blood pressure
● thyroid disease     ● diabetes
● difficulty in urination due to enlargement of the prostate gland
● persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema
● cough with excessive phlegm (mucus)







LIFT HERE

## Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease ● heart disease ● high blood pressure
- thyroid disease ● diabetes
- difficulty in urination due to enlargement of the prostate gland
- cough with excessive phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking the** blood thinning drug warfarin

**When using this product do not exceed recommended** dosage

## Drug Facts

| **Active ingredients** (in each capsule) | **Purposes** |
|---|---|
| Acetaminophen 325 mg ............................... | Pain reliever/ fever reducer |
| Dextromethorphan hydrobromide 10 mg .......Cough suppressant | |
| Phenylephrine hydrochloride 5 mg .....................Nasal decongestant | |

### Uses
temporarily relieves these symptoms due to a cold or flu:
- minor aches and pains ● headache
- cough ● sore throat
- nasal and sinus congestion
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
- skin reddening ● rash ● blisters ● hives
- facial swelling ● asthma (wheezing) ● shock

If a skin or general allergic reaction occurs, stop use and seek medical help right away.

---

**MAXIMUM STRENGTH**

## Cold & Flu

☀ DAY NON-DROWSY

---

**MAXIMUM STRENGTH**

# Cold & Flu

☀ DAY NON-DROWSY

**ACETAMINOPHEN / Pain Reliever-Fever Reducer**
**Dextromethorphan Hydrobromide / Cough Suppressant**
**Phenylephrine HCl / Nasal Decongestant**

Alka-Seltzer PLUS®

(B A Y E R)

**20 LIQUID GELS** (Liquid Filled Capsules)

- ▸ Cough
- ▸ Nasal Congestion
- ▸ Headache & Body Ache
- ▸ Sore Throat
- ▸ Sinus Pressure

6256

6256

8   0   165000 55530



**ANTIFLU**™

Safety sealed: do not use if blister seal is broken

Bayer

Contract Pharmacal Corp.
135 Adams Ave, Hauppauge,
New York 11788, USA

Inactive Ingredients: Croscarmellose Sodium, D&C Yellow #10 Lake, Hydroxypropylmethylcellulose, Magnesium Silicate, Magnesium Stearate, Microcrystalline Cellulose, Mineral Oil, Polyethylene Glycol, Silica and Stearic Acid.

Other Information ■ Store at 20° - 25°C (68° - 77°F); excursions to 15° - 30°C (59° - 86°F).

**DO NOT EXCEED RECOMMENDED DOSE**
children under 12 years of age consult a physician adults and children 12 years of age and over take 2 tablets every 4 hours, not to exceed 12 tablets in 24 hours

**Directions**
children even if you do not notice any signs or symptoms.
away; Prompt medical attention is critical for adults as well as for dose, get medical help or contact a Poison Control Center right nal before use. Keep out of reach of children. In case of over-

**If pregnant or breast-feeding,** ask a healthcare professio-
3 days ■ nervousness, dizziness or sleeplessness occurs

**Stop use and ask a doctor ■ if** new symptoms occur ■ more than 10 days ■ fever gets worse or lasts for more than redness or swelling is present ■ pain gets worse or lasts for

especially in children
vehicle or operating machinery ■ excitability may occur, increase drowsiness ■ use caution when driving a motor alcoholic drinks ■ alcohol, sedatives and tranquilizers may

When using this product ■ drowsiness may occur ■ avoid

**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers

**Ask a doctor before use if you have** ■ thyroid disease ■ heart disease ■ high blood pressure ■ diabetes ■ glaucoma ■ difficulty in urination due to enlargement of the prostate gland ■ a breathing problem such as emphysema or chronic bronchitis

■ If you are uncertain whether your prescription contains an MAOI ■ with other products containing acetaminophen

**Do not use ■ if you are now taking a prescription mono-**
amine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease) ■ for two weeks after stopping the MAOI drug

Acetaminophen may cause liver damage.
drinks every day, ask your doctor whether you should take
Flu & Cold or any other pain relievers/fever reducers.

**Alcohol warning:** If you consume 3 or more alcoholic

**Warnings**

Uses temporarily relieves these symptoms due to cold, hay fever and other upper respiratory allergies: ■ headache ■ minor aches and pains ■ runny nose ■ sneezing ■ itchy nose or throat ■ fever ■ itchy, watery eyes ■ nasal and si-nus congestion

**Drug Facts**

Acetaminophen 325 mg....Pain Reliever, Fever Reducer
L-Phenylephrine HCl 5 mg....Decongestant
Chlorpheniramine Maleate 2 mg....Antihistamine

Lot no.
Exp.



**ANTIFLU**™

**ANTIFLU**™

Antihistamine / Fever Reducer /
Pain Reliever / Nasal Decongestant

**ANTIFLU**™


BAYER

Antihistamine / Fever Reducer /
Pain Reliever / Nasal Decongestant

Soothing Relief of
**Congestion**
**Sore Throat**
**Headaches**
**Body Aches**
**Fever**

ANTIFLU™
Antihistamine /
Pain Reliever / Nasal Decongestant

**12**
tablets





