# CVS Pharmacy, Inc.

## -PE Product Labels –



**VALUE PACK**

NDC 69842-967-12

Compare to Mucinex® Fast-Max® Maximum Strength Severe Congestion & Cough Clear & Cool™ Active Ingredients*

**Maximum Strength**

## Severe Congestion & Cough

Dextromethorphan HBr • Cough Suppressant
Guaifenesin • Expectorant
Phenylephrine HCl • Nasal Decongestant

- Controls Cough
- Relieves Nasal & Chest Congestion
- Thins & Loosens Mucus

**Cooling Menthol Flavor**

Naturally and Artificially Flavored

6 FL. OZ. (180 mL)    For Ages 12+

Compare to Mucinex® Nightshift Cold & Flu Clear & Cool Active Ingredients**

## Overnight Cold & Flu Clear & Cool

Acetaminophen • Pain Reliever/Fever Reducer
Dextromethorphan HBr • Cough Suppressant
Phenylephrine HCl • Nasal Decongestant
Triprolidine HCl • Antihistamine

**Maximum Strength per 4-hour dose**

**Night Time**
Relief for a Better Morning

- Cough • Fever • Sore Throat
- Runny Nose • Sneezing • Nasal Congestion

6 FL OZ (180 mL)    For Ages 12+

**TAMPER EVIDENT:**
DO NOT USE IF PRINTED INNER SEAL UNDER CAP IS BROKEN OR MISSING.

See below for full labeling.

Distributed By:

**UPC FPO**

LOT:

EXP:



**pharmacy CVS**

## Drug Facts

| Active ingredients (in each packet) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/Fever reducer |
| Dextromethorphan hydrobromide 20 mg | Cough suppressant |
| Phenylephrine hydrochloride 10 mg | Nasal decongestant |

**Uses**
- Temporarily relieves:
  - minor aches and pains • headache • minor sore throat pain
  - nasal and sinus congestion • cough due to minor throat and bronchial irritation
- Temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take • more than 6 packets in 24 hours, which is the maximum daily amount • with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription and nonprescription). Ask a doctor or pharmacist before using with other drugs if you are not sure. • If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains a MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to an enlarged prostate gland • a breathing problem such as emphysema, asthma, or chronic bronchitis • cough that occurs with too much phlegm (mucus) • cough that lasts or is chronic such as occurs with smoking, asthma or emphysema.

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product**
- do not exceed recommended dosage

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occurs • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • symptoms do not get better or worsen • pain, cough or nasal congestion gets worse or lasts more than 7 days • cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition. ▶

### Drug Facts (continued)

**If pregnant or breast-feeding,** ask a health care professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not use more than directed
- take every 4 hours; not to exceed 6 packets in 24 hours or as directed by a doctor.
- adults and children 12 years of age and over: dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
- children under 12 years of age: consult a doctor.
- if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

**Other information**
- each packet contains: potassium 8 mg, sodium 20 mg
- phenylketonurics: contains phenylalanine 14 mg per packet
- store at controlled room temperature 20-25°C (68-77°F). Protect from excessive heat and moisture.

**Inactive ingredients:**
Acesulfame K, Aspartame, Citric Acid, FD&C Blue No. 1, FD&C Red No. 40, Maltodextrin, Menthol, Natural Flavors, Sodium Citrate, Starch and Sugar.

**DO NOT USE IF SEALED PACKET IS TORN OR BROKEN.**

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2010 CVS/pharmacy
www.cvs.com  1-800-shop-CVS
Made in Canada
V-18633

**CVS Quality** Money Back Guarantee

PLEASE RECYCLE

---

**CVS pharmacy**

NDC 59779-220-06

**NEW!**

## SEVERE COUGH & COLD DAYTIME

**ACETAMINOPHEN** - PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** - COUGH SUPPRESSANT
**PHENYLEPHRINE HCl** - NASAL DECONGESTANT

- **Nasal & sinus congestion**
- **Cough**
- **Body ache**
- **Sore throat pain**
- **Headache**
- **Fever**

**6 PACKETS**

**SEE NEW WARNINGS INFORMATION**

Berry infused with Menthol & Green Tea flavors

---

**CVS pharmacy**

## SEVERE COUGH & COLD DAYTIME

CVS/pharmacy™ Severe Cough & Cold Daytime provides complete relief of your cough and severe cold symptoms. This soothing hot liquid formula is alcohol free and tastes great.

For nighttime relief, try

**SEVERE COUGH & COLD NIGHTTIME**

# 934160

0 50428 46334 5

C-3110-30508-6D

## Panel 1 (Front label)

♥CVS
Health.

Compare to the active ingredients in
Maximum Strength® Mucinex® Sinus-
Max® Severe Congestion & Pain®**

**ADULT**

## Severe
## Congestion Relief

**ACETAMINOPHEN**
Pain reliever

**GUAIFENESIN** - Expectorant

**PHENYLEPHRINE HCl**
Nasal decongestant

**MAXIMUM STRENGTH***

**Multi-Symptom**
• Clears sinus
  congestion
• Relieves headache
• Thins & loosens
  mucus

**For Ages 12 Years & Over**

**6 FL OZ (180 mL)**

## Panel 2 (Drug Facts)

**Drug Facts**

**Active ingredients** (in each 20 mL) | **Purposes**
Acetaminophen 650 mg ... Pain reliever
Guaifenesin 400 mg ... Expectorant
Phenylephrine HCl 10 mg ... Nasal decongestant

TAMPER EVIDENT. DO NOT USE IF PRINTED UNDER SEAL
UNDER CAP IS BROKEN OR MISSING.

*Per 4-hour dose

**This product is not manufactured or distributed by RB
Health, the distributor of Maximum Strength® Mucinex®
Sinus-Max® Severe Congestion & Pain.

**Distributed by:**
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com®
1-800-SHOP CVS
V-12431

Lot:

Exp:

PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION

## Panel 3 (Drug Facts continued)

**Drug Facts** (continued)

or pharmacist before taking this product.

**Uses**
• temporarily relieves:
  ■ nasal congestion          ■ headache
  ■ minor aches and pains
  ■ sinus congestion and pressure
• temporarily promotes nasal and/or sinus drainage
• helps loosen phlegm (mucus) and thin bronchial
  secretions to rid the bronchial passageways of
  bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take
■ more than 6 doses in 24 hours, which is the maximum
  daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help
right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription
  or nonprescription). If you are not sure whether a drug
  contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase
  inhibitor (MAOI) (certain drugs for depression, psychiatric,
  or emotional conditions, or Parkinson's disease), or for 2
  weeks after stopping the MAOI drug. If you do not know
  if your prescription drug contains an MAOI, ask a doctor

## Panel 4 (Drug Facts continued)

**Drug Facts** (continued)

**Ask a doctor before use if you have**
■ liver disease                ■ heart disease
■ high blood pressure    ■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with
  smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking
the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more
  than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash or headache
  that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional
before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended
dose (overdose) may cause liver damage. In case of overdose,
get medical help or contact a Poison Control Center right
away at 1-800-222-1222. Quick medical attention is critical
for adults as well as for children even if you do not notice
any signs or symptoms.

## Panel 5 (Drug Facts continued)

**Drug Facts** (continued)

**Directions**
■ do not take more than directed (see Overdose
  warning)
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ does not follow or as directed by a doctor
■ **adults and children 12 years of age and over:**
  20 mL in dosing cup provided every 4 hours
■ **children under 12 years of age:** do not use

**Other information**
■ each 20 mL contains: sodium 8 mg
■ store at room temperature
■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate
disodium, FD&C Blue No. 1, FD&C Red No.40, flavors,
potassium citrate, propylene glycol, propyl gallate,
purified water, sodium benzoate, sorbitol, sucralose,
xanthan gum

**Questions or comments?** 1-866-467-2748

❤CVS Health.

Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Severe Congestion Relief*

NDC 69842-930-12

**ADULT**
# Severe Congestion Relief

**ACETAMINOPHEN** - Pain reliever
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant
MAXIMUM STRENGTH

Multi-Symptom:
- Clears chest
  congestion
- Relieves headache
- Thins & loosens mucus

For Ages 12 & Over

6 FL OZ (177 mL) + 6 FL OZ (177 mL)
TOTAL 12 FL OZ (355 mL).

❤CVS Health.

Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Night Time Congestion & Cough*

NDC 69842-930-13

**Nighttime**
# Severe Cough & Congestion Relief

**ACETAMINOPHEN** - Pain reliever
**DIPHENHYDRAMINE HCl** - Antihistamine;
Cough suppressant
**PHENYLEPHRINE HCl** - Nasal decongestant
MAXIMUM STRENGTH

Multi-Symptom:
- Clears sinus congestion
- Relieves headache
- Relieves runny nose
  & sneezing

For Ages 12 & Over

Distributed for: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895

© 2014 CVS/pharmacy
CVS.com® • 1-800-SHOP CVS

❤CVS Quality

#420251



## Drug Facts (continued)

| Age | Dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children 6 to 11 years | 10 mL every 4 hours |
| children under 6 years | do not use |

**Other information**
■ each 10 mL contains: sodium 6 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sorbitol, sucralose

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

**CVS Health® Children's Cold & Allergy** offers relief from stuffy nose, runny nose, sneezing, itchy nose and throat, and itchy, watery eyes to help your child get through the day.

Dosing Cup Included

**This product is not manufactured or distributed by Pfizer Consumer Healthcare, distributor of Children's Dimetapp® Cold & Allergy.

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING.

---

**IMPORTANT:**
Keep this carton for future reference on full labeling.

**Package Contains One Bottle**

**Actual Size**

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-13114

**100% money back guaranteed.**
CVS.com/returnpolicy

PAPER BOX   PLASTIC BOTTLE   PLASTIC CUP
*Not recycled in all communities

---



♥CVS Health®

Compare to the active ingredients in Children's Dimetapp® Cold & Allergy**

**Grape Flavor**

NDC 69842-776-04

**Children's**

# Cold & Allergy

**BROMPHENIRAMINE MALEATE, 2 mg**
Antihistamine

**PHENYLEPHRINE HCl, 5 mg**
Nasal decongestant

**Liquid**

**Relieves:**
Stuffy nose; Runny nose;
Sneezing; Itchy, watery eyes;
Itchy nose & throat

**Alcohol free**

**Actual Bottle Size on Side Panel**



**Grape Flavor**
**For Ages 6 Years & Over**

**4 FL OZ (118 mL)**

---



## Drug Facts

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Brompheniramine maleate 2 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
■ temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
■ temporarily relieves these symptoms due to hay fever (allergic rhinitis)
■ runny nose    ■ itchy, watery eyes
■ sneezing    ■ itching of the nose or throat
■ temporarily restores freer breathing through the nose

**Warnings**
**Do not use**
■ to sedate a child or to make a child sleepy
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease    ■ high blood pressure
■ thyroid disease    ■ diabetes    ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis

**Ask a doctor or pharmacist before use if you are**
■ taking any other oral nasal decongestant or stimulant
■ taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ drowsiness may occur
■ avoid alcoholic beverages
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children

**Stop use and ask a doctor if**
■ nervousness, dizziness or sleeplessness occur
■ symptoms do not get better within 7 days or are accompanied by fever

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product    ■ mL = milliliter    ▶

---

#477078

0  50428 27111  7

PLD-D260D FC008254

Lot No.:
Exp. Date:



**♥CVS Health.**

**Children's**

# Cold & Cough

BROMPHENIRAMINE MALEATE
Antihistamine

DEXTROMETHORPHAN HBr
Cough suppressant

PHENYLEPHRINE HCI
Nasal decongestant

---

**♥CVS Health.**

Compare to the active ingredients in Children's Dimetapp® Cold & Cough™

NDC 51316-645-08

**Children's**

# Cold & Cough

BROMPHENIRAMINE MALEATE
Antihistamine

DEXTROMETHORPHAN HBr
Cough suppressant

PHENYLEPHRINE HCI
Nasal decongestant

**Relieves:**
Nasal congestion; Stuffy nose;
Runny nose; Sneezing

Soothes cough:
Calms allergy
symptoms

No added
alcohol

For Ages 6
Years & Over

**Grape Flavor**
Naturally & Artificially Flavored
Dosage Cup Included

8 FL OZ (236 mL)

---

**PARENTS:**

**IMPORTANT:**
Keep this carton for future reference on full labeling.

Package Contains
One Bottle

Actual Size

---

## Drug Facts

| Active ingredients (in each 10 ml) | Purposes |
|---|---|
| Brompheniramine maleate, 2 mg | Antihistamine |
| Dextromethorphan HBr, 10 mg | Cough suppressant |
| Phenylephrine HCl, 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves: ● nasal congestion ● runny nose
  ● cough ● sneezing ● itching of the nose or throat
  ● itchy, watery eyes due to hay fever
- temporarily relieves that resulting through the nose.

**Warnings**

Do not use
- to sedate a child or to put a child to sleep
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI)

**Directions**

| age | dose |
|---|---|
| adults and children 12 years and over | 20 ml every 4 hours |
| children 6 to under 12 years | 10 ml every 4 hours |
| children under 6 years | do not use |

**Questions or comments?** 1-800-462-2248

8 FL OZ (236 mL)

---

Base



Children's
Multi-Symptom
Cold


CVS Health.

 **CVS** Health.

Compare to the active ingredients in Children's Mucinex® Multi-Symptom Cold*

NDC 59779-634-26

### Children's

## Multi-Symptom
# Cold

**DEXTROMETHORPHAN HBr 5 mg**
Cough suppressant

**GUAIFENESIN 100 mg**
Expectorant

**PHENYLEPHRINE HCl 2.5 mg**
Nasal decongestant

**Relieves:**
- Stuffy nose
- Cough
- Chest congestion
- Breaks up mucus

**Alcohol free**



Very Berry Flavor Liquid
**Ages 4+**
Dosage cup included

**4 FL OZ (118 mL)**

---

 **CVS** Health.

Compare to the active ingredients in Children's Mucinex® Multi-Symptom Cold*

NDC 59779-634-26

### Children's

## Multi-Symptom
# Cold

**DEXTROMETHORPHAN HBr 5 mg**
Cough suppressant

**GUAIFENESIN 100 mg**
Expectorant

**PHENYLEPHRINE HCl 2.5 mg**
Nasal decongestant

**Relieves:**
- Stuffy nose
- Cough
- Chest congestion
- Breaks up mucus

**Alcohol free**



Very Berry Flavor Liquid
**Ages 4+**
Dosage cup included

**4 FL OZ (118 mL)**

---

## Drug Facts

**Active Ingredients** (in each 5 mL) — **Purposes**

| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

**Warnings**
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222).

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter

▶

---

## Drug Facts (continued)

| Age | Dose |
| --- | --- |
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other information**
- **each 5 mL contains:** sodium 3 mg
- do not use if printed neckband is broken or missing
- store at 20-25°C (68-77°F)
- do not refrigerate
- dosing cup provided

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions or comments?**
1-800-719-9260

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Children's Mucinex® Multi-Symptom Cold.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2015 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430

 **CVS** Quality
Money Back Guarantee    PLEASE RECYCLE

# PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

# 895141

0 50428 37877 9

LOT NO.

EXP.    *Code Area*

1 A3926 17 CL



**Children's**
# Cold & Cough
**Red Grape Flavor**
DM Liquid

♥ **CVS** Health™

**Children's**

NDC 59779-363-26

# Cold & Cough

**BROMPHENIRAMINE MALEATE**
Antihistamine
**DEXTROMETHORPHAN HBr**
Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant
**DM Liquid**

**Relieves:**
Nasal congestion: Stuffy nose;
Runny nose; Sneezes
Soothes cough
Calms allergy symptoms

Alcohol free

Red Grape Flavor
**For Ages 6 Years & Over**

**4 FL OZ (118 mL)**

Compare to the active ingredients in Dimetapp® Cold & Cough*

**Red Grape Flavor**

♥ **CVS** Health™

**Red Grape Flavor**

CVS Health™ Children's Cold & Cough offers red grape-flavored relief from nasal congestion, runny nose, coughing and sneezing to get through the day.

**Do not use if printed neckband is broken or missing**

*CVS Health™ Children's Cold & Cough is not manufactured or distributed by Pfizer, distributor of Dimetapp® Cold & Cough.

♻ **PLEASE RECYCLE**

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2016 CVS/pharmacy
CVS.com®   1-800-SHOP CVS
V-16430

✓ **CVS® Quality**
Money Back Guarantee

## Drug Facts

**Active Ingredients** (In each 10 mL) — **Purposes**
Brompheniramine maleate, USP 2 mg.....Antihistamine
Dextromethorphan HBr, USP 10 mg...Cough suppressant
Phenylephrine HCl, USP 5 mg............Nasal decongestant

**Uses**
■ temporarily relieves cough due to minor throat and bronchial irritation occurring with a cold, and nasal congestion due to the common cold, hay fever or other upper respiratory allergies
■ temporarily relieves these symptoms due to hay fever (allergic rhinitis):
  ■ runny nose
  ■ sneezing
  ■ itchy, watery eyes
  ■ itching of the nose or throat
■ temporarily restores freer breathing through the nose

**Warnings**
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ to make a child sleepy

**Ask a doctor before use if you have**
■ heart disease      ■ high blood pressure
■ thyroid disease    ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ breathing problem such as emphysema or chronic bronchitis
■ cough that lasts or is chronic such as occurs with smoking, asthma or emphysema

**Ask a doctor or pharmacist before use if you are** taking sedatives or tranquilizers

**When using this product**
■ **do not use more than directed**
■ may cause marked drowsiness
■ avoid alcoholic beverages
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children ▶

## Drug Facts (continued)

**Stop use and ask a doctor if**
■ you get nervous, dizzy, or sleepless
■ symptoms do not get better within 7 days or are accompanied by fever
■ cough lasts for more than 7 days, comes back, or is accompanied by fever, rash, or persistent headache. A persistent cough may be a sign of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222).

**Directions**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosage cup provided
■ keep dosage cup with product
■ mL = milliliter

| age | dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children 6 to under 12 years | 10 mL every 4 hours |
| children under 6 years | do not use |

**Other Information**
■ **each 10 mL contains:** sodium 4 mg
■ store at 20°-25°C (68°-77°F)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sorbitol solution

**Questions or comments?**
1-800-719-9260

# PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

#477080-PE

0   50428 30748   9

LOT NO.

EXP.



**Nighttime Severe**
COLD & FLU RELIEF
ACETAMINOPHEN
PAIN RELIEVER/FEVER REDUCER
DOXYLAMINE SUCCINATE
DEXTROMETHORPHAN HBr
PHENYLEPHRINE HCl
MAXIMUM STRENGTH

**Daytime Severe**
COLD & FLU RELIEF
ACETAMINOPHEN
DEXTROMETHORPHAN HBr
GUAIFENESIN
PHENYLEPHRINE HCl
MAXIMUM STRENGTH

Non-Drowsy

CVS Health.

---

**CVS Health**

Non-Drowsy
**Daytime Severe**
COLD & FLU RELIEF
**ACETAMINOPHEN** Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr** Cough suppressant
**GUAIFENESIN** Expectorant
**PHENYLEPHRINE HCl** Nasal decongestant
**MAXIMUM STRENGTH**

Compare to the active ingredients in Vicks® DayQuil™ Severe Cold & Flu*

Relieves:
Headache, fever, sore throat, minor aches & pains, nasal/ sinus congestion & sinus pressure, cough, chest congestion

Actual Size

**32 CAPLETS**

**Nighttime Severe**
COLD & FLU RELIEF
**ACETAMINOPHEN** Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr** Cough suppressant
**DOXYLAMINE SUCCINATE** Antihistamine
**PHENYLEPHRINE HCl** Nasal decongestant
**MAXIMUM STRENGTH**

Compare to the active ingredients in Vicks® NyQuil™ Severe Cold & Flu*

Relieves:
Headache, fever, sore throat, minor aches & pains, nasal/ sinus congestion & sinus pressure, sneezing, runny nose, cough

Actual Size

**16 CAPLETS**   **48 TOTAL**

---

**PARENTS:**
Learn about teen medicine abuse

0 50428 54723 6

# 178420

No print/No varnish
Lot & Exp date

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

B-0231-640677-22H
REV0519D64067722

B-0231-640677-22H
REV0519D64067722



**CVS Health.**

Children's
Multi-Symptom
# Cold
DEXTROMETHORPHAN HBr
Cough suppressant
GUAIFENESIN
Expectorant
PHENYLEPHRINE HCl
Nasal decongestant
Oral Solution

## VALUE SIZE

**CVS Health.**

Compare to the active ingredients in Mucinex® Children's Multi-Symptom Cold*

Children's
Multi-Symptom
# Cold
DEXTROMETHORPHAN HBr
Cough suppressant
GUAIFENESIN
Expectorant
PHENYLEPHRINE HCl
Nasal decongestant
Oral Solution
Relieves:
• Chest congestion
• Stuffy nose
• Cough

Breaks up mucus

No added alcohol

Free of aspirin & ibuprofen

For Ages 4 to 11 Years

Berry Flavor
Dosage Cup Included

Actual Bottle Size on Side Panel

### 6.8 FL OZ (201 mL)

**CVS Health.**

Children's
Multi-Symptom
# Cold
DEXTROMETHORPHAN HBr
Cough suppressant
GUAIFENESIN
Expectorant
PHENYLEPHRINE HCl
Nasal decongestant
Oral Solution
Relieves:
• Chest congestion
• Stuffy nose
• Cough

Breaks up mucus

No added alcohol

Free of aspirin & ibuprofen

For Ages 4 to 11 Years

Distributed by:
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com®
1-800-SHOP CVS
V-19849

100% money back guaranteed.
CVS.com/returnpolicy

PAPER BOX   PLASTIC BOTTLE   PLASTIC CUP

---

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

## Drug Facts

**Active ingredients (in each 5 mL)** — **Purpose**
Dextromethorphan HBr 5 mg ........................... Cough suppressant
Guaifenesin 100 mg ........................................... Expectorant
Phenylephrine HCl 2.5 mg .............................. Nasal decongestant

### Uses
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves:
  ■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants   ■ stuffy nose
  ■ nasal congestion due to a cold   ■ the intensity of coughing
  ■ the impulse to cough to help the child get to sleep

### Warnings
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ diabetes   ■ heart disease   ■ thyroid disease   ■ high blood pressure
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
■ do not take more than directed
■ do not take more than 6 doses in any 24-hour period
■ mL = milliliter
■ only use the dose cup provided
■ dose as follows or as directed by a doctor

| Age | Dose |
|---|---|
| children 6 to under 12 years | 10 mL every 4 hours |
| children 4 to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

### Other information   ■ each 5 mL contains: sodium 3 mg
■ store at 25°C (77°F); excursions permitted between 15°–30°C (59°–86°F)
■ see end flap for expiration date and lot number

**Inactive ingredients** anhydrous citric acid, FD&C red #40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sorbitol, sucralose, xanthan gum

**Questions or comments?** 1-800-426-9391

50644       REV0223B05788

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

*This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Mucinex® Children's Multi-Symptom Cold.

Package Contains One Bottle

Actual Size

B-0231-057-88-H
REV0223B05788

#194705
FPO 100%
UPC# 050428600580
X  XXXXXX XXXXXX  X

No Print/No Varnish
Lot and Expiration No.



♥ CVS Health™

Compare to the active ingredients in Mucinex® Fast-Max® Cold, Flu & Sore Throat*

**ADULT**

NDC 69842-205-30

# Cold, Flu & Sore Throat

**ACETAMINOPHEN** - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

## MAXIMUM STRENGTH

**Multi-Symptom**
- Relieves headache, fever & sore throat
- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus

For Ages 12 & Over

**6 FL OZ (180 mL)**

: 16930 17 F1

NO COPY AREA Bottle curve zone

NO COPY AREA Bottle curve zone



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Do not use if printed neckband is broken or missing.**
Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-16430

**CVS Quality** Money Back Guarantee

#895139

## Drug Facts

| **Active ingredients** (in each 20 mL) | **Purposes** |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ■ temporarily relieves these common cold and flu symptoms: ■ cough ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ temporarily reduces fever ■ temporarily promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

: 16930 17 B1



**Drug Facts** (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ diabetes ■ high blood pressure ■ thyroid disease ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product** do not use more than directed

**Stop use and ask a doctor if** ■ nervousness, dizziness or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition. ►

ADHESIVE AREA • NO VARNISH • NO TYPE

NO COATING • NO VARNISH • NO TYPE



ADHESIVE AREA

NO COATING • NO VARNISH • NO TYPE

**Drug Facts** (continued)

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 5 doses in any 24-hour period ■ measure only with dosing cup provided ■ do not use dosing cup with other products ■ dose as follows or as directed by a doctor ■ adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours ■ children under 12 years of age: do not use

**Other information** ■ each 20 mL contains: sodium 7 mg ■ dosing cup provided ■ store at 20-25°C (68-77°F) ■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, triethyl citrate, xanthan gum

**Questions or comments?**
1-800-719-9260

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Mucinex® Fast-Max® Cold, Flu & Sore Throat.



## Drug Facts

**Active ingredients** (in each softgel) — **Purposes**

Acetaminophen 325 mg...................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg...........................Cough suppressant
Guaifenesin 200 mg.................................................Expectorant
Phenylephrine HCl 5 mg................................Nasal decongestant

**Uses**
- temporarily relieves these common cold and flu symptoms
  - headache    ■ nasal congestion    ■ sore throat
  - cough         ■ minor aches and pains
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, or is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease          ■ diabetes          ■ high blood pressure
- heart disease         ■ thyroid disease
- trouble urinating due to an enlarged prostate gland  ▶

## Drug Facts (continued)

- a persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 softgels in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- children under 12 years of age: do not use

**Other information**
- swallow whole; do not crush, chew, or dissolve
- avoid excessive heat
- store between 15-30°C (59-86°F)

**Inactive ingredients** FD&C red #40, FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

---

**♥ CVS** Health.

Compare to the active ingredients in Maximum Strength Mucinex® FAST-MAX® Cold, Flu & Sore Throat*

NDC 59770-680-16

## MAXIMUM STRENGTH

# Cold, Flu & Sore Throat

**ACETAMINOPHEN** - 325 mg - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - 10 mg - Cough suppressant
**GUAIFENESIN** - 200 mg - Expectorant
**PHENYLEPHRINE HCl** - 5 mg - Nasal decongestant

**Relieves:**
- Cough
- Nasal & chest congestion
- Headache & fever

Soothes cough
Thins & loosens mucus

**Ages 12 Years & Over**
**Alcohol Free**

Actual Size

## 16 LIQUID GELS
(Liquid filled capsules)

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® FAST-MAX® Cold, Flu & Sore Throat.

**Distributed by CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2016 CVS/pharmacy
CVS.com℠ 1-800-SHOP CVS  V-16425

**♥ CVS** Quality

PLD-A4228    FC00083E

MAXIMUM STRENGTH
**Cold, Flu & Sore Throat**

ACETAMINOPHEN - Pain reliever; Fever reducer
DEXTROMETHORPHAN HBr - Cough suppressant
GUAIFENESIN - Expectorant
PHENYLEPHRINE HCl - Nasal decongestant

#177005B

0 50428 54767 0



CVS Health 44-617



**❤CVS Health.**

**Children's**

## Cough & Congestion

**DEXTROMETHORPHAN HBr**
Cough suppressant
**GUAIFENESIN** – Expectorant
**PHENYLEPHRINE HCl**
Nasal decongestant
**Oral Solution**

---

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

### Drug Facts

| Active ingredients (in each 5 mL) | Purpose |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants  ■ stuffy nose
  - nasal congestion due to a cold  ■ the intensity of coughing
  - the impulse to cough to help the child get to sleep

**Warnings**
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- diabetes  ■ heart disease  ■ thyroid disease  ■ high blood pressure
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- do not take more than directed
- do not take more than 6 doses in any 24-hour period
- mL = milliliter
- only use the dose cup provided
- dose as follows or as directed by a doctor

| Age | Dose |
|---|---|
| children 6 to under 12 years | 10 mL, every 4 hours |
| children 4 to under 6 years | 5 mL, every 4 hours |
| children under 4 years | do not use |

**Other information**  ■ each 5 mL contains: sodium 3 mg
- store at 25°C (77°F); excursions permitted between 15-30°C (59°-86°F)
- see end flap for expiration date and lot number

**Inactive ingredients** anhydrous citric acid, FD&C red #40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, dihydrate, sorbitol, sucralose, xanthan gum

**Questions or comments?** 1-800-426-9391

50844          REV0223B05688

---

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Package Contains One Bottle

Actual Size

B-0231-056-88-H
REV0223B05688

---

**❤CVS Health.**

**Children's**

## Cough & Congestion

**DEXTROMETHORPHAN HBr**
Cough suppressant
**GUAIFENESIN**
Expectorant
**PHENYLEPHRINE HCl**
Nasal decongestant

**Oral Solution**

**Relieves:**
- Chest congestion
- Stuffy nose
- Cough

Breaks up mucus

No added alcohol

Free of high fructose corn syrup, sugar, aspirin & ibuprofen

**For Ages 4 to 11 Years**

**Berry Flavor**
Dosage Cup Included
Actual Bottle Size on Side Panel

**6.8 FL OZ (201 mL)**

---

**❤CVS Health.**

**Children's**

## Cough & Congestion

**DEXTROMETHORPHAN HBr**
Cough suppressant
**GUAIFENESIN**
Expectorant
**PHENYLEPHRINE HCl**
Nasal decongestant

**Oral Solution**

**Relieves:**
- Chest congestion
- Stuffy nose
- Cough

Breaks up mucus

No added alcohol

Free of high fructose corn syrup, sugar, aspirin & ibuprofen

**For Ages 4 to 11 Years**

**Distributed by:**
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com®
1-800-SHOP CVS
V-19849

**100% money back guaranteed.**
CVS.com/returnpolicy

PAPER BOX | PLASTIC BOTTLE | PLASTIC CUP

---

#194833

FPO 100%
UPC# 050428601785

X  XXXXXX XXXXXX  X

No Print/No Varnish
Lot and Expiration No.



No print/No varnish    Lot & Exp date

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

**CVS Health.**

Compare to the active ingredients in Mucinex® FAST-MAX® Congestion & Headache*

**MAXIMUM STRENGTH**

# Congestion & Headache

**ACETAMINOPHEN**
Pain reliever/Fever reducer
**GUAIFENESIN**
Expectorant
**PHENYLEPHRINE HCl**
Nasal decongestant

**Multi-Symptom**
• Relieves headache & fever
• Relieves nasal & chest congestion
• Thins & loosens mucus

Actual Size

**30 CAPLETS**

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

**Drug Facts**

**Active ingredients (in each caplet)** | **Purpose**
Acetaminophen 325 mg | Pain reliever/Fever reducer
Guaifenesin 200 mg | Expectorant
Phenylephrine HCl 5 mg | Nasal decongestant

**Uses** ▶ ■ temporarily relieves these common cold and flu symptoms: ■ nasal congestion ■ fever ■ headache ■ minor aches and pains ■ sinus congestion and pressure ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ temporarily promotes nasal and/or sinus drainage

**Drug Facts** (continued)

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ rash ■ blistering If a skin reaction occurs, stop use and seek medical help right away.
**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients
**Ask a doctor before use if you have** ■ liver disease ■ diabetes ■ high blood pressure ■ heart disease ■ thyroid disease ■ difficulty in urination due to enlargement of the prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**Drug Facts** (continued)

When using this product do not exceed recommended dosage.
**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ fever gets worse or lasts more than 3 days ■ pain, nasal congestion or cough gets worse or lasts more than 7 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed ■ do not take more than 12 caplets in any 24-hour period ■ adults and children 12 years and over: take 2 caplets every 4 hours ■ children under 12 years: do not use

**Other information** ■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR IF BLISTER IS TORN OR BROKEN ■ store at 25°C (77°F) excursions permitted between 15°-30°C (59°-86°F) ■ see end flap for expiration date and lot number

**Drug Facts** (continued)

**Inactive ingredients** corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Questions or comments?** 1-800-426-9391

*This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Mucinex® FAST-MAX® Congestion & Headache.

ORG032061501    56844    ORG022061501

Distributed by:
**CVS Pharmacy, Inc.**
One CVS Drive
Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com®
1-800-SHOP CVS    V-19849

B-0231-615-01-H
ORG032061501

**CVS** Quality
Money Back Guarantee

#927548
FPO 80%
UPC# 050428285107
X  XXXXXX XXXXXX  X

## Drug Facts (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

**When using this product do not use more than directed**

Stop use and ask a doctor if ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ you get nervous, dizzy or sleepless ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning
■ only use the dose cup provided   ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 30 mL contains: sodium 41 mg
■ store at 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** alcohol, anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C blue #1, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions or comments?** 1-800-719-9260

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Severe+VapoCOOL™.

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org
#309266

Distributed by:
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® V-16430



0  50428 61239  2

---



❤ CVS
Health.

Compare to the active ingredients in Vicks® DayQuil® Severe+VapoCOOL™*

NDC 69842-182-40

# Cooling Severe Daytime

## COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever/Fever reducer
**PHENYLPHRINE HCI** - Nasal decongestant
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant

**Relieves:**
• Minor aches, pains & fever
• Nasal congestion & sinus pressure
• Cough
• Chest congestion

**ALCOHOL 10%**

**12 FL OZ (355 mL)**

---

## Drug Facts   DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

**Active ingredients** (in each 30 mL)   **Purpose**
Acetaminophen 650 mg.................................Pain reliever/fever reducer
Dextromethorphan HBr 20 mg...............................Cough suppressant
Guaifenesin 400 mg.................................................Expectorant
Phenylephrine HCl 10 mg........................................Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take   ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.  ■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.  ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ thyroid disease ■ high blood pressure ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ diabetes ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ a sodium-restricted diet ▶

94M4U 17 F2



**Drug Facts**

| Active Ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied by or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ fever gets worse or lasts more than 3 days ■ pain, nasal congestion, or cough gets worse or lasts more then 7 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Drug Facts (continued)**

**Directions**
■ take only as directed - see overdose warning
■ do not exceed 6 caplets per 24 hours

| adults & children 12 yrs & over | 2 caplets with water every 4 hrs |
| children under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each caplet contains: sodium 3 mg ■ store at 20-25°C (68-77°F)

**Inactive ingredients** croscarmellose sodium, crospovidone, FD&C yellow #6 aluminum lake, flavors, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, propylene glycol, silicon dioxide, stearic acid, sucralose, talc, titanium dioxide.

**Questions or comments?** 1-800-719-9260

---

Store at 20-25°C (68-77°F).
**DO NOT USE IF BLISTER UNIT IS BROKEN OR TORN**

❤ **CVS**
**Health.**

Compare to the active ingredients in Vicks® DayQuil® Severe+VapoCOOL™

NDC 69842-723-62

# Cooling Severe Daytime

## COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever/Fever reducer
**PHENYLEPHRINE HCl** - Nasal decongestant
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant

**Relieves:**
• Minor aches, pains & fever
• Nasal congestion & sinus pressure
• Cough
• Chest congestion

**24 CAPLETS**    Actual Size

35C52 17 C1

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP-CVS
V-LIC-0
❤ CVS Quality
Money Back Guarantee

#954405

**PARENTS:** Learn how to use medicine responsibly. StopMedicineAbuse.org

*This product is not manufactured or distributed by the Procter & Gamble Company, owner of the registered trademark of Vicks® DayQuil® Severe+VapoCOOL™

**♥ CVS Health**

Compare to the active ingredients in Vicks® DayQuil® Severe+VapoCOOL™*

**Cooling Severe Daytime**

## COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever/Fever reducer
**PHENYLEPHRINE HCl** - Nasal decongestant
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant

**Relieves:**
- Minor aches, pains & fever
- Nasal congestion & Sinus pressure
- Cough
- Chest congestion

Actual Size

**16 CAPLETS**

**♥ CVS Health**

Compare to the active ingredients in Vicks® NyQuil® Severe+VapoCOOL™*

NDC 69842-585-90

**Cooling Severe Nighttime**

## COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever/Fever reducer
**PHENYLEPHRINE HCl** - Nasal decongestant
**DOXYLAMINE SUCCINATE** - Antihistamine
**DEXTROMETHORPHAN HBr** - Cough suppressant

**Relieves:**
- Minor aches, pains & fever
- Nasal congestion & Sinus pressure
- Sneezing, runny nose
- Cough

Actual Size

**8 CAPLETS**





Distributed by CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430

CVS Quality
Money Back Guarantee

0  50428 61333  7

#309141

PARENTS: Learn about teen medicine abuse
www.StopMedicineAbuse.org

*This product is not manufactured or distributed by Procter & Gamble, the distributor of Vicks® DayQuil® Severe+VapoCOOL™ or Vicks® NyQuil® Severe+VapoCOOL™.

**Drug Facts** — Cooling Severe Nighttime

*(Drug Facts panels for Nighttime and Daytime products — active ingredients, uses, warnings, directions, inactive ingredients, and other information as printed on the package.)*

## PARENTS:

Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

*These products are not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Severe+VapoCOOL™ and Vicks® NyQuil® Severe+VapoCOOL™.

**Drug Facts** (continued)

**Inactive ingredients:** alcohol, anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C blue #1, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions or comments?** 1-800-719-9260

---

♥ **CVS** Health™

Compare to the active ingredients in Vicks® DayQuil® Severe+VapoCOOL™*

# Cooling Severe Daytime

## COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever/Fever reducer
**PHENYLEPHRINE HCI** - Nasal decongestant
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant

**Relieves:**
• Minor aches, pains & fever
• Nasal congestion & sinus pressure
• Cough
• Chest congestion

**ALCOHOL 10%**



12 FL OZ (355 mL)

---

♥ **CVS** Health™

Compare to the active ingredients in Vicks® NyQuil® Severe+VapoCOOL™*

NDC 69842-737-02

# Cooling Severe Nighttime

## COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever/Fever reducer
**PHENYLEPHRINE HCI** - Nasal decongestant
**DOXYLAMINE SUCCINATE** - Antihistamine
**DEXTROMETHORPHAN HBr** - Cough suppressant

**Relieves:**
• Minor aches, pains & fever
• Nasal congestion & sinus pressure
• Sneezing, runny nose
• Cough

**ALCOHOL 10%**



12 FL OZ (355 mL)

---

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430

♥ **CVS** Quality
Money Back Guarantee

**Drug Facts** (continued)

**Inactive ingredients:** alcohol, anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C blue #1, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions or comments?** 1-800-719-9260





**Drug Facts**

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg..................................................... | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg............................................ | Cough suppressant |
| Doxylamine succinate 6.25 mg.......................................... | Antihistamine |
| Phenylephrine HCl 5 mg..................................................... | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem such as emphysema or chronic bronchitis ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product** ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

**Drug Facts (continued)**

**Directions** ■ take only as directed — see overdose warning ■ do not take more than 4 caplets per 24 hrs ■ do not exceed 8 caplets per 24 hrs

| adults & children 12 yrs & over | 2 caplets with water every 4 hrs |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Drug Facts (continued)**

**Inactive ingredients** corn starch, D&C yellow #10 aluminum lake, FD&C blue #1 aluminum lake, FD&C red #40 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, propylene glycol, silicon dioxide, stearic acid, sucralose, talc, titanium dioxide

**Questions or comments?** 1-800-746-7287

Store at 20-25°C (68-77°F).

DO NOT USE IF BLISTER UNIT IS BROKEN OR TORN

♥ **CVS** Health.™

Compare to the active ingredients in Vicks® NyQuil® Severe+VapoCOOL™*

NDC 69842-413-62

# Cooling Severe Nighttime

## COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever/Fever reducer
**PHENYLEPHRINE HCl** - Nasal decongestant
**DOXYLAMINE SUCCINATE** - Antihistamine
**DEXTROMETHORPHAN HBr** - Cough suppressant

**Relieves:**
- Minor aches, pains & fever
- Nasal congestion & sinus pressure
- Sneezing, runny nose
- Cough

**24 CAPLETS**     Actual Size

**PARENTS:**

www.RIbestdecision.ahcate.gov

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® NyQuil® Severe+VapoCOOL™.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS pharmacy
CVS.com® 1-800-SHOP CVS
V14-60

✓ **CVS** Quality
Money Back Guarantee

72V62 17 C2

#30.99/285



Compare to the active ingredients in Vicks® NyQuil® Severe+VapoCOOL™*

NDC 69842-590-40

# Cooling Severe Nighttime

**ACETAMINOPHEN-**
Pain reliever/Fever reducer

**PHENYLEPHRINE HCl-**
Nasal decongestant

**DOXYLAMINE SUCCINATE-**
Antihistamine

**DEXTROMETHORPHAN HBr-**
Cough suppressant

**Relieves:**
Minor aches & pains,
Fever, Nasal congestion,
Sinus pressure, Sneezing,
Runny nose, Cough

**COLD & FLU**

**ALCOHOL 10%**

## 12 FL OZ (355 mL)

: 59B40 17 F3

---

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING**
Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430

Empty & Replace Cap



PLASTIC BOTTLE   PLASTIC CUP

100% money back guaranteed.
CVS.com/returnpolicy

## Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ runny nose and sneezing ■ sore throat ■ cough to help you sleep ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical ◄ help right away.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 59B40 17 B1



**NO COATING • NO VARNISH • NO TYPE  ADHESIVE AREA**

## Drug Facts
(continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem such as emphysema or chronic bronchitis ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin ◄

**NO COATING • NO VARNISH • NO TYPE  ADHESIVE AREA**

## Drug Facts
(continued)

**When using this product** ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 30 mL contains: sodium 42 mg ■ store at 20-25°C (68-77°F)

**Inactive ingredients** alcohol, anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C blue #1, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions?**
**1-800-719-9260**

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® NyQuil® Severe+ VapoCOOL™.



**♥CVS Health.**

Children's
Multi-Symptom

# Nighttime Cold

**ACETAMINOPHEN 325 mg**
Pain reliever/Fever reducer

**DIPHENHYDRAMINE HCl 12.5 mg**
Antihistamine/Cough suppressant

**PHENYLEPHRINE HCl 5 mg**
Nasal decongestant

---

Compare to the active ingredients in Children's Mucinex® Night Time Multi-Symptom Cold**

NDC 51316-735-04

**♥CVS Health.**

Children's
Multi-Symptom

# Nighttime Cold

**ACETAMINOPHEN 325 mg**
Pain reliever/Fever reducer

**DIPHENHYDRAMINE HCl 12.5 mg**
Antihistamine/Cough suppressant

**PHENYLEPHRINE HCl 5 mg**
Nasal decongestant

**Relieves:**
Nasal congestion

Reduces fever

Soothes cough &
sore throat

No added
alcohol

**Very Berry Flavor**
Naturally & Artificially Flavored

**Ages 6 to 11 Years**
Dosage Cup Included

**4 FL OZ (118 mL)**

Actual Bottle Size on Side Panel

**PARENTS:**

**IMPORTANT:**
Keep this carton for future reference on full labeling.

Package Contains
One Bottle

Actual Size

#562515   733CHL04ZV5PC

3  50428 56155  3

Lot:

Exp:

FPO 80%
UPC# 050428561553

---

## Drug Facts

| Active ingredients | Purposes |
|---|---|
| (in each 10 mL) | |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 12.5 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold and flu symptoms:
 ■ minor aches and pains
 ■ headache ■ sore throat
 ■ smell temporarily ■ runny nose
 ■ sneezing ■ cough
■ controls cough to help your child get to sleep
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you:
 ■ take more than 5 doses in 24 hours, which is the maximum daily amount
 ■ with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
 ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
 ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
 ■ to make a child sleepy
 ■ with any other product containing diphenhydramine, even one used on the skin
 ■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
 ■ liver disease ■ heart disease
 ■ diabetes ■ high blood pressure
 ■ thyroid disease ■ glaucoma
 ■ a breathing problem such as chronic bronchitis
 ■ persistent or chronic cough such as occurs with asthma
 ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is**
 ■ taking the blood thinning warfarin
 ■ taking sedatives or tranquilizers ▶

---

## Drug Facts (continued)

**When using this product**
 ■ do not use more than directed (see Overdose warning)
 ■ excitability may occur, especially in children
 ■ marked drowsiness may occur
 ■ sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
 ■ nervousness, dizziness, or sleeplessness occur
 ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days
 ■ fever gets worse or lasts more than 3 days
 ■ redness or swelling is present
 ■ new symptoms occur
 ■ cough comes back or occurs with rash, fever, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
 ■ this product does not contain directions or complete warnings for adult use
 ■ do not give more than directed (see Overdose warning)
 ■ measure only with dosing cup provided
 ■ do not use a spoon or any other measuring device
 ■ shake well before using
 ■ children 6 to under 12 years of age: 10 mL every 4 hours, while awake, or as directed by a doctor. Do not exceed 5 doses in 24-hour period
 ■ children under 6 years of age: do not use

### Other information
 ■ each 10 mL contains: sodium 4 mg
 ■ store at room temperature
 ■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, sodium citrate, FD&C Blue No. 1, FD&C Red No. 40, flavors, potassium citrate, propylene glycol, propylparaben, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions or comments?** 1-866-467-2748

**This product is not manufactured or distributed by RB Health (US), distributor of Children's Mucinex® Night Time Multi-Symptom Cold.**

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS Pharmacy
CVS.com®  *CVScom® CVS
V-12421

100% money back guaranteed

TAMPER-EVIDENT: DO NOT USE IF PRINTED INNER SEAL UNDER CAP IS TORN OR MISSING.



3.5625 in

## Drug Facts (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless • pain, nasal congestion, or cough gets worse or lasts more than 7 days • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed
• only use the dose cup provided • do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL, every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** • each 30 mL contains: sodium 81 mg • store at room temperature. Do not refrigerate.

**Inactive ingredients** citric acid, D&C Yellow No.10, disodium edetate, FD&C Blue No. 1, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose

**Questions or comments?** 1-866-467-2748

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil™ Severe+VapoCOOL™.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-12431

100% money back guaranteed.
CVS.com/returnpolicy

727120VSLR

LOT:

UNVARNISHED AREA

EXP:

---

❤ **CVS** Health®

Compare to the active ingredients in Vicks® DayQuil™ Severe+VapoCOOL™*

## Cooling Severe Daytime

**ACETAMINOPHEN-**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**GUAIFENESIN-**
Expectorant
**PHENYLEPHRINE HCl-**
Nasal decongestant

**Relieves:** Minor aches & pains, Fever, Nasal congestion, Sinus pressure, Cough, Chest congestion

COLD & FLU

12 FL OZ (354 mL)

---

## Drug Facts

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SHRINK BAND IS MISSING OR BROKEN.

**Active ingredients (in each 30 mL)** — **Purpose**

| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: • nasal congestion • sinus congestion & pressure • cough due to minor throat & bronchial irritation • minor aches & pains • headache • fever • sore throat • reduces swelling of nasal passages • temporarily restores freer breathing through the nose • promotes nasal and/or sinus drainage • helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take • more than 4 doses in 24 hrs, which is the maximum daily amount for this product • taken with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product.

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: • Skin reddening • Blisters • Rash
If a skin reaction occurs, stop use and seek medical help right away

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. • If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema • sodium-restricted diet ▶



**Drug Facts**

| Active ingredients (in each softgel) | Purpose |
|---|---|
| Acetaminophen 325 mg......................................... | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg................................ | Cough suppressant |
| Guaifenesin 200 mg............................................ | Expectorant |
| Phenylephrine HCl 5 mg...................................... | Nasal decongestant |

❤ CVS Health™

❤ CVS Health™

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu*

**Severe**

THIS PRODUCT IS PACKAGED IN A CHILD-RESISTANT AND TAMPER-EVIDENT PACKAGE. USE ONLY IF BLISTERS ARE INTACT.

**MAXIMUM STRENGTH**

# Daytime Softgels

**Severe Cold/Flu Relief**

**ACETAMINOPHEN** - Pain reliever, Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
Headache, Fever, Sore throat, Minor aches & pains, Cough, Chest congestion, Nasal/Sinus congestion & Sinus pressure

**Non-drowsy**
**Alcohol free**
**Antihistamine free**

*This product is not manufactured or distributed by Procter & Gamble, owner of the registered trademarks Vicks® DayQuil® Severe Cold & Flu.

**Distributed by:**
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com®
1-800-SHOP CVS
V-35248

CVS Quality
Money Back Guarantee

**24 SOFTGELS**

Actual Size

**Drug Facts (continued)**

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion & pressure ■ cough due to minor throat & bronchial irritation ■ minor aches & pains ■ headache ■ fever ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores free breathing through the nose ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
**Liver warning** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 8 softgels in 24 hours, which is the maximum daily amount for this product ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product.
**Allergy alert** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ trouble urinating due to enlarged prostate gland ■ cough that occurs with too much phlegm (mucus)

**Drug Facts (continued)**

■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ take only as directed
■ do not exceed 8 softgels per 24 hours

| | |
|---|---|
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

**Other information** ■ store at room temperature

**Inactive ingredients** FD&C Yellow # 6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution, titanium dioxide

**Questions or comments?**
Call 1-888-333-9792

#362042





♥CVS Health.

Sinus Pain

**NON-DROWSY DAY**
Cold & Flu Plus

**NIGHTTIME**
Cold & Flu Plus

♥CVS Health.

Compare to the active ingredients in
Alka-Seltzer PLUS® Day And Night Cold and Flu Formula*

Sinus Pain

**NON-DROWSY DAY**
Cold & Flu Plus

**NIGHTTIME**
Cold & Flu Plus

**ACETAMINOPHEN** - Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**PHENYLEPHRINE HCl** - Nasal decongestant

**ACETAMINOPHEN** - Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**DOXYLAMINE SUCCINATE** - Antihistamine
**PHENYLEPHRINE HCl** - Nasal decongestant

Relieves:
Nasal congestion; Cough;
Headache & body aches;
Sore Throat; Short previous

Relieves:
Nasal congestion; Cough;
Headache & body aches;
Sore Throat; Runny nose

Actual Size

Actual Size

**12 SOFTGELS**

**8 SOFTGELS**

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
Made in India
V-35249

♥CVS Quality

*This product is not manufactured or distributed by Bayer
HealthCare LLC, owner of the registered trademark
Alka-Seltzer PLUS® Day and Night Cold and Flu Formula.

#07052J
NDC
Bar code

**FRONT**



KEEP ALL TEXT WITHIN INSET LINE!

**BACK-1**
2.125" Width



KEEP ALL TEXT WITHIN INSET LINE!

**BACK-2**
2.125" Width



KEEP ALL TEXT WITHIN INSET LINE!

**BACK-3**
2.125" Width

KEEP ALL TEXT WITHIN INSET LINE!











7.25 in

PDP 2.07 in

3.5625 in

## Drug Facts (continued)

**When using this product • do not use more than directed •** excitability may occur, especially in children • marked drowsiness may occur • avoid alcoholic drinks • be careful when driving a motor vehicle or operating machinery • alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if •** you get nervous, dizzy or sleepless • pain, nasal congestion, or cough gets worse or lasts more than 7 days • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions • take only as directed

• only use the dose cup provided • do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information • each 30 mL contains:** sodium 81 mg • store at room temperature. Do not refrigerate.

**Inactive ingredients** citric acid, D&C Yellow No.10, disodium edetate, FD&C Blue No.1, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose.

**Questions or comments?** 1-866-467-2748

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® NyQuil™ Severe+VapoCOOL™.

LOT:

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-12431

EXP:

**100% money back guaranteed.**
CVS.com/returnpolicy

UNVARNISHED AREA

61412CVSLR

---

♥ **CVS** Health.

Compare to the active ingredients in Vicks® NyQuil™ Severe+VapoCOOL™*

## Cooling Severe Nighttime

**ACETAMINOPHEN-**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**DOXYLAMINE SUCCINATE-**
Antihistamine
**PHENYLEPHRINE HCl-**
Nasal decongestant

**Relieves:** Minor aches & pains, Fever, Nasal congestion, Sinus pressure, Sneezing, Runny nose, Cough

COLD & FLU

12 FL OZ (354 mL)

---

## Drug Facts

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SHRINK BAND IS MISSING OR BROKEN.

### Active ingredients (in each 30 mL)          Purpose

Acetaminophen 650 mg ....................... Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ........................... Cough suppressant
Doxylamine succinate 12.5 mg ........................................ Antihistamine
Phenylephrine HCl 10 mg ........................... Nasal decongestant

### Uses
temporarily relieves common cold/flu symptoms: • nasal congestion • sinus congestion & pressure • cough due to minor throat & bronchial irritation • cough to help you sleep • minor aches & pains • headache • fever • sore throat • runny nose & sneezing • reduces swelling of nasal passages • temporarily restores freer breathing through the nose • promotes nasal and/or sinus drainage

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: • more than 4 doses in 24 hours, which is the maximum daily amount for this product • with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• Skin reddening • Blisters • Rash

If a skin reaction occurs, stop use and seek medical help right away

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use •** with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

• If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have •** liver disease • heart disease • high blood pressure • thyroid disease • diabetes • glaucoma • cough that occurs with too much phlegm (mucus) • a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema • trouble urinating due to enlarged prostate gland • a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are •** taking sedatives or tranquilizers • taking the blood thinning drug warfarin



## Drug Facts

**Active ingredients (in each packet)** — **Purpose**
Acetaminophen 325 mg ........................ Pain reliever/Fever reducer
Pheniramine maleate 20 mg ........................................ Antihistamine
Phenylephrine hydrochloride 10 mg .................. Nasal decongestant

**Uses**
• temporarily relieves these symptoms due to a cold:
  • minor aches and pains • headache • minor sore throat pain
  • nasal congestion • temporarily reduces fever
• temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
  • runny nose • sneezing • itchy nose and throat
  • itchy, watery eyes

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take • more than 6 packets in 24 hours, which is the maximum daily amount • with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product.
**Alcohol warning:** If you consume 3 or more alcoholic drinks every day, ask your doctor whether you should take acetaminophen or other pain relievers/fever reducers. Acetaminophen may cause liver damage.

**Do not use** • with any other drug containing acetaminophen (prescription and nonprescription). Ask a doctor or pharmacist before using with other drugs if you are not sure.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains a MAOI, ask a doctor or pharmacist before taking this product.
• with any other product containing acetaminophen (see Overdose Warning).

**Ask a doctor before use if you have**
• liver disease          • heart disease          • high blood pressure
• thyroid disease      • diabetes                  • glaucoma
• a breathing problem such as emphysema, asthma, or chronic bronchitis
• trouble urinating due to an enlarged prostate gland
• a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are taking**
• sedatives or tranquilizers • the blood thinning drug warfarin.

**When using this product**
• do not exceed recommended dosage
• avoid alcoholic drinks • may cause drowsiness
• alcohol, sedatives, and tranquilizers may increase drowsiness
• be careful when driving a motor vehicle or operating machinery
• excitability may occur, especially in children.

## Drug Facts (continued)

**Stop use and ask a doctor if**
• nervousness, dizziness, or sleeplessness occurs
• pain or nasal congestion gets worse or lasts more than 7 days
• fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or vomiting. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health care professional before use. **Keep out of reach of children.**
**Overdose Warning:** Taking more than the recommended dose can cause serious health problems, including serious liver damage. In case of overdose, get medical help or contact a poison control center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
• do not use more than directed (see Overdose Warning)
• take every 4 hours: not to exceed 6 packets in 24 hours or as directed by a doctor
• adults and children 12 years of age and over: dissolve contents of one packet in 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
• children under 12 years of age: consult a doctor
• if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

**Other Information**
• each packet contains: sodium 66 mg
• store at controlled room temperature 20-25°C (68-77°F)

**Inactive ingredients**
Citric Acid, D&C Yellow 10, Ethylcellulose, FD&C Red 40, Flavor, Microcrystalline Cellulose, Povidone, Silicon Dioxide, Sodium Citrate, Starch, Sugar and Vitamin C.

**Questions or comments?    1-800-925-4733**

**DO NOT USE IF SEALED PACKET IS TORN OR BROKEN.**

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2013 CVS/pharmacy
www.cvs.com  1-800-shop-CVS
Made in Canada
V-18533

CVS Quality
Money Back Guarantee

---

CVS **pharmacy**

NDC 59779-410-06

## COLD & SORE THROAT
**LEMON FLAVOR**

**NEW!**

PAIN RELIEVER / FEVER REDUCER **(ACETAMINOPHEN)**
ANTIHISTAMINE (PHENIRAMINE MALEATE)
NASAL DECONGESTANT (PHENYLEPHRINE HCl)

• **Sore throat**
• **Nasal congestion**
• **Runny nose**
• **Headache**
• **Body ache**
• **Fever**

**6 PACKETS**
*Lemon Flavor*

**SEE NEW WARNINGS INFORMATION**

C-3173-30508

0  50428 46292  8

#934161

---

## COLD & SORE THROAT
**LEMON FLAVOR**

## COLD & SORE THROAT

*CVS/pharmacy™ Cold and Sore Throat Relief provides temporary relief of cold symptoms, including sore throat, nasal congestion, runny nose, headache, body ache, and fever. This soothing hot liquid formula is alcohol free and tastes great.*





**KEEP THIS CARTON FOR FUTURE REFERENCE FOR FULL LABELING.**

## Drug Facts

**Active ingredients (in each 20 ml)**     **Purposes**

## Drug Facts (continued)

**Directions**

**♥CVS Health.**

**Adult Severe**

# Multi-Symptom Cough, Cold & Flu

**ACETAMINOPHEN**
Pain reliever/Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**GUAIFENESIN**
Expectorant

**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
- Cough, sore throat
- Body aches, fever
- Nasal congestion
- Chest congestion

**Natural Raspberry Flavor**
**Sugar Free**

**For Ages 12 Years & Over**
**Dosage Cup Provided**
**Actual Bottle Size on Side Panel**

## 8 FL OZ (237 mL)

**PARENTS:**

**TAMPER EVIDENT: DO NOT USE IF PRINTED INNER SEAL UNDER CAP IS TORN OR MISSING.**

**Compare to the active ingredients in Adult Robitussin® Maximum Strength Severe Multi-Symptom Cough Cold + Flu CF MAX®**

**MAXIMUM STRENGTH**

**♥CVS Health.**

**MAXIMUM STRENGTH**

**Adult Severe**

# Multi-Symptom Cough, Cold & Flu

**Package Contains One Bottle**

**Actual Size**

**8 FL OZ (237 mL)**

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com®
1-800-SHOP CVS
V-12431

**100% money back guaranteed.**
CVS.com/returnpolicy

**FPO 100%**
**UPC# 050428381907**



NO COATING

$1\frac{13}{16}$

$1\frac{5}{32}$

$\frac{1}{2}$

GLUE
NO COATING

$1\frac{29}{32}$

$5\frac{1}{16}$

NO COATING

**KEEP THIS CARTON FOR FUTURE REFERENCE FOR FULL LABELING.**

**Drug Facts** $\frac{1}{32}$

**Active ingredients** (in each 20 ml)                  **Purposes**

Acetaminophen, USP 650 mg .............. Pain reliever/fever reducer
Dextromethorphan HBr, USP 20 mg ................... Cough suppressant
Guaifenesin, USP 400 mg ................................ Expectorant
Phenylephrine HCl, USP 10 mg ..................... Nasal decongestant

**Uses**
■ temporarily relieves these symptoms occurring with a cold or flu:
■ cough due to minor throat and bronchial irritation ■ nasal
congestion ■ sinus congestion and pressure ■ minor aches and
pains ■ sore throat ■ headache ■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to
drain bronchial tubes and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver
damage may occur if you take
■ more than 6 doses in 24-hour period, which is the maximum
daily amount ■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions.
Symptoms may include: ■ skin reddening ■ blisters ■ rash.
If a skin reaction occurs, stop use and seek medical help right
away.
**Sore throat warning:** If sore throat is severe, persists for more
than 2 days, is accompanied or followed by fever, headache, rash,
nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor
(MAOI) (certain drugs for depression, psychiatric, or emotional
conditions, or Parkinson's disease), or for 2 weeks after stopping
the MAOI drug. If you do not know if your prescription drug
contains an MAOI, ask a doctor or pharmacist before taking this
product. ■ with any other drug containing acetaminophen
(prescription or nonprescription). If you are not sure whether a drug
contains acetaminophen, ask a doctor or pharmacist.
**Ask a doctor before use if you have** ■ liver disease ■ heart
disease ■ high blood pressure ■ thyroid disease ■ diabetes
■ trouble urinating due to an enlarged prostate gland ■ cough
that occurs with too much phlegm (mucus) ■ a breathing problem
or chronic cough that lasts or as occurs with smoking, asthma,
chronic bronchitis, or emphysema
**Ask a doctor or pharmacist before use if you are** ■ taking the
blood thinning drug warfarin ■ taking any other oral nasal
decongestant or stimulant ■ taking any other pain reliever/fever
reducer
**When using this product do not use more than directed** ▶

**Drug Facts (continued)**
**Stop use and ask a doctor if** ■ If you get nervous, dizzy, or
sleepless ■ pain, cough or nasal congestion gets worse, or lasts
more than 7 days ■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash, or headache that lasts.
These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical
help or contact a Poison Control Center right away at 1-800-222-1222.
Prompt medical attention is critical for adults as well as for children
even if you don't notice any signs or symptoms.

**Directions**
■ do not take more than 6 doses in any 24-hour period ■ do not
exceed recommended dosage ■ taking more than the recommended
dose (overdose) may cause serious liver damage ■ measure only
with dosing cup provided ■ keep dosing cup with product
■ ml = milliliter ■ this adult product is not intended for use in
children under 12 years of age

| age | dose |
|---|---|
| adults and children 12 years and over | 20 ml every 4 hours |
| children under 12 years | do not use |

**Other information**
■ each 20 ml contains: sodium 7 mg
■ store at room temperature. Do not refrigerate.

**Inactive ingredients** anhydrous citric acid, disodium
edetate, FD&C Red No. 40, flavor, glycerin, potassium citrate,
propylene glycol, propyl gallate, purified water, sodium benzoate,
sorbitol solution, sucralose, xanthan gum

**Questions or comments? 1-866-467-2748**

*This product is not manufactured or distributed by
GSK Consumer Healthcare, owner of the registered
trademark Adult Robitussin® Maximum Strength
Severe Multi-Symptom Cough Cold + Flu CF MAX.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02896
© 2023 CVS/pharmacy
CVS.com®
1-800-SHOP CVS
V-12431

100% money back
guaranteed.
CVS.com/returnpolicy

**TAMPER EVIDENT: DO NOT USE IF PRINTED INNER
SEAL UNDER CAP IS TORN OR MISSING.**

**♥CVS Health.** $\frac{1}{3}$

Compare to the active
ingredients in Adult
Robitussin® Maximum Strength
Severe Multi-Symptom
Cough Cold + Flu CF MAX*

**MAXIMUM STRENGTH**     NDC 51316-630-04

**Adult Severe**

# Multi-Symptom Cough, Cold & Flu

**ACETAMINOPHEN**
Pain reliever/Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**GUAIFENESIN**
Expectorant

**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
• Cough, sore throat
• Body aches, fever
• Nasal congestion
• Chest congestion

**Natural Raspberry Flavor**
**Sugar free**
**For Ages 12 Years & Over**
**Dosage Cup Provided**
**Actual Bottle Size on Side Panel**

**4 FL OZ (118 mL)**

63004CVSFC

#971824

0  50428 35205  2

**♥CVS Health.**

**MAXIMUM STRENGTH**

**Adult Severe**

# Multi-Symptom Cough, Cold & Flu

DOSAGE CUP

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Package Contains One Bottle

Actual Size

Lot:

Exp:

FPO 100%
UPC# 050428352052



‖●‖‖●‖‖● ‖‖●‖ 36231²

#36231²

CVS Quality™
CVS.com™ · 1-800-SHOP CVS
One CVS Drive, Woonsocket, RI 02895
Distributed by: CVS Pharmacy, Inc.
50844    REV0820845348509
© 2021 CVS/pharmacy

This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Sinus Congestion Daytime and Nighttime.

No Print/No Varnish
Lot and Expiration No.

TAMPER EVIDENT: DO NOT USE IF PACKAGE SHOWS SIGNS OF TAMPERING

**▼ PEEL HERE FOR MORE DRUG FACTS**

**Drug Facts** (continued)

**Warnings**
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease ■ diabetes
■ thyroid disease
■ high blood pressure
(Daytime only)
■ difficulty in urination due to enlargement of the prostate gland
(Nighttime only)
■ a breathing problem such as emphysema or chronic bronchitis
(Nighttime only)
■ glaucoma (Nighttime only)

**Ask a doctor or pharmacist before use if you are taking sedatives or tranquilizers. (Nighttime only)**

**Drug Facts**

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

| **Active ingredient (in each tablet)** | **Purpose** |
|---|---|
| Phenylephrine HCl 10 mg | Nasal decongestant |

**(Stays Dry)**

| **Active ingredients (in each tablet)** | **Purpose** |
|---|---|
| Diphenhydramine HCl 25 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
■ temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
■ runny nose (Nighttime only)
■ sneezing (Nighttime only)
■ itchy, watery eyes (Nighttime only)
■ itching of the nose or throat (Nighttime only)
■ temporarily relieves these symptoms due to the common cold:
■ nasal congestion
■ sneezing (Nighttime only)
■ temporarily relieves sinus congestion and pressure

---



♥ CVS Health.

DAYTIME · Non-Drowsy
**Sinus Congestion PE**

NIGHTTIME
**Sinus Congestion PE**

♥ CVS Health.

Compare to the active ingredients in Sudafed PE® Sinus Congestion Daytime and Nighttime*

DAYTIME · Non-Drowsy
# Sinus Congestion PE
**PHENYLEPHRINE HCl**
Nasal decongestant
**Relieves:**
Nasal congestion

Actual Size

**12 TABLETS**

NIGHTTIME
# Sinus Congestion PE
**DIPHENHYDRAMINE HCl**
Antihistamine
**PHENYLEPHRINE HCl**
Nasal decongestant
**Relieves:**
Nasal congestion
Runny nose

Actual Size

**8 TABLETS**    **20 TOTAL TABLETS**

B-0231-453485-09H
REV0920845348509

---



**Drug Facts** (continued)

**When using this product**
■ do not exceed recommended dosage
■ excitability may occur, especially in children (Nighttime only)
■ marked drowsiness may occur (Nighttime only)
■ alcohol, sedatives, and tranquilizers may increase drowsiness (Nighttime only)
■ avoid alcoholic beverages (Nighttime only)
■ use caution when driving a motor vehicle or operating machinery (Nighttime only)

**Stop use and ask a doctor if**
■ symptoms do not improve within 7 days or occur with fever
■ nervousness, dizziness, or sleeplessness occur

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

Read each section carefully. Do not take DAYTIME and NIGHTTIME products at the same time.

**Directions**
■ adults and children 12 years and over
■ take 1 tablet every 4 hours
■ do not take more than 6 tablets in 24 hours
■ children under 12 years: do not use

**Other information**
■ each tablet contains: calcium 25 mg (Nighttime only)
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Inactive ingredients (Daytime only)**
croscarmellose sodium, dextrose monohydrate, dibasic calcium phosphate dihydrate, FD&C red #40, lecithin, magnesium stearate, maltodextrin, microcrystalline cellulose, silicon dioxide, sodium carboxymethylcellulose, sodium citrate dihydrate, titanium dioxide

---



**Drug Facts** (continued)

**Inactive ingredients (Nighttime only)**
croscarmellose sodium, dibasic calcium phosphate dihydrate, FD&C blue #1 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polydextrose, polyethylene glycol, silicon dioxide, stearic acid, titanium dioxide, triacetin

**Questions or comments?** 1-800-426-9391

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2021 CVS/pharmacy
CVS.com® · 1-800-SHOP CVS
V-19849

CVS Quality
Money Back Guarantee

R-0231-453485-09-H-DF
50844    REV0920845348509



**♥CVS** Health.

Compare to the active ingredients in Theraflu® ExpressMax® Daytime Severe Cold & Cough*

NDC 59779-691-08



# Severe Cold & Cough

## ACETAMINOPHEN
Pain reliever; Fever reducer

**DEXTROMETHORPHAN HBr** Cough suppressant

**PHENYLEPHRINE HCl** Nasal decongestant

**Relief of:**
Nasal congestion; Cough; Fever; Body ache; Sore throat; Headache

### DAYTIME

Berry Flavor
Alcohol content 10%
For Ages 12 & Over

## 8.3 FL OZ (245 mL)

PLD-C39B8
LB008881

---

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.**

*This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® ExpressMax® Daytime Severe Cold & Cough.

**Distributed by: CVS Pharmacy, Inc.** One CVS Drive, Woonsocket, RI 02895 © 2022 CVS/pharmacy CVS.com® 1-800-SHOP CVS V-13114

#455446



PLD-C39B8
LB008884

0  50428 37797  0

---

### Drug Facts

| **Active ingredients** (in each 30 mL) | **Purposes** |
|---|---|
| Acetaminophen 650 mg............Pain reliever/fever reducer | |
| Dextromethorphan HBr 20 mg............Cough suppressant | |
| Phenylephrine HCl 10 mg...................Nasal decongestant | |

▶

**PEEL CORNER FOR MORE DRUG FACTS** ◢

---

### Drug Facts (continued)

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- thyroid disease
- diabetes
- high blood pressure
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

▶

**PEEL CORNER FOR MORE DRUG FACTS** ◢

---

### Drug Facts (continued)

**When using this product, do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

---

### Drug Facts (continued)

#### Uses
- temporarily relieves these symptoms due to a cold
  - minor aches and pains
  - headache
  - nasal and sinus congestion
  - sore throat
  - cough due to minor throat and bronchial irritation
- temporarily reduces fever

#### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

▶

---

### Drug Facts (continued)

#### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses (180 mL) in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.   ■ mL = milliliter
- keep dosing cup with product
- adults and children 12 years and over
  - 30 mL every 4 hours
- children under 12 years of age: do not use

#### Other information
- each 30 mL contains: sodium 16 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

#### Inactive ingredients
acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

#### Questions or comments?
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST

**16 SOFTGELS** - 2" LIQUID-FILLED CAPSULE ES...

Lot No:
Exp. Date:

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.

Actual Size

Antihistamine free

**Alcohol free**

can get through the day
and congested-stuffy head so you
**Relieves:** fever, sore throat, coughing,

**PHENYLEPHRINE HCl** - Nasal decongestant
**DEXTROMETHORPHAN HBr** - Cough suppressant
**ACETAMINOPHEN** - Pain reliever; Fever reducer

**Multi-Symptom Cold/Flu Relief**

# Daytime

## Non-Drowsy

NDC 69842-742-16

**Cold/Flu**

Vicks® DayQuil® Cold & Flu LiquiCaps®
Compare to the active ingredients in



**CVSHealth™**

---

## Drug Facts

| Active ingredients (in each softgel) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

▶

## Drug Facts (continued)

### Uses
■ temporarily relieves common cold and flu symptoms
■ minor aches and pains   ■ headache   ■ sore throat
■ nasal congestion   ■ fever
■ cough due to minor throat and bronchial irritation

▼

---

## Drug Facts (continued)

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:   ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**   ■ liver disease   ■ diabetes
■ heart disease   ■ thyroid disease   ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

When using this product, do not exceed recommended dosage.

▶

## Drug Facts (continued)

**Stop use and ask a doctor if**
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ nervousness, dizziness, or sleeplessness occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present   ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions   ■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in 24 hours
■ adults and children 12 years and over: take 2 softgels with water every 4 hours
■ swallow whole; do not crush, chew, or dissolve
■ children under 12 years: do not use
■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

### Other information
■ store between 15-30°C (59-86°F)   ■ avoid excessive heat

### Inactive ingredients   butylated hydroxyanisole*, butylated hydroxytoluene*, FD&C red #40*, FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide*, white ink
*contains one or more of these ingredients

### Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

**40 SOFTGELS** ( LIQUID-FILLED CAPSULES )

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS

V-16425


PLEASE RECYCLE

#890425


Money Back Guarantee

†This product is not manufactured or distributed by The
Procter & Gamble Company. Vicks®, DayQuil®, and LiquiCaps®
are registered trademarks of The Procter & Gamble Company.

PLD-F40R  FC005131


0  50428 25871  2



Compare to the active ingredients in Vicks® DayQuil® Cold & Flu LiquiCaps®

**CVS Health**

Cold/Flu

NDC 69842-848-24

**Non-Drowsy**

# Daytime
## Multi-Symptom Cold/Flu Relief

**ACETAMINOPHEN** - Pain reliever/ Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
Aching & fever, sore throat, coughing, and congested-stuffy head so you can get through the day

Alcohol free
Antihistamine free

Actual Size

**24 SOFTGELS**** (**"LIQUID-FILLED CAPSULES")

#890395

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS

**Drug Facts**

**Active ingredients** (in each softgel) — **Purposes**
Acetaminophen 325 mg..... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg......Cough suppressant
Phenylephrine HCl 5 mg........ Nasal decongestant

**Uses** ■ temporarily relieves common cold and flu symptoms: ■ minor aches and pains ■ headache ■ sore throat ■ nasal congestion ■ fever ■ cough due to minor throat and bronchial irritation

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product. **Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether or a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ diabetes ■ heart disease ■ thyroid disease ■ high blood pressure ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**Drug Facts (continued)**
**When using this product, do not exceed recommended dosage.**

**Stop use and ask a doctor if** ■ pain, cough, or nasal congestion gets worse or lasts more than 7 days ■ nervousness, dizziness, or sleeplessness occur ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 4 doses in 24 hours ■ adults and children 12 years and over: take 2 softgels with water every 4 hours ■ swallow whole; do not crush, chew, or dissolve ■ children under 12 years: do not use ■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ store between 15-30°C (59-86°F) ■ avoid excessive heat

**Inactive ingredients** butylated hydroxyanisole, butylated hydroxytoluene, FD&C yellow #6, gelatin, glycerin, mannitol, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, white ink

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

*This product is not manufactured or distributed by The Procter & Gamble Company. Vicks®, DayQuil®, and LiquiCaps® are registered trademarks of The Procter & Gamble Company.

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.
KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.

Lot No.:
Exp. Date:

0 50428 36348 5



Distributed by CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com™ 1-800-SHOP CVS
V-18425

PLEASE RECYCLE

**CVS** Quality
Money Back Guarantee

PLD-G94A F00901120

❤ **CVS** Health.

Compare to the active ingredients in 
Vicks® DayQuil® Cold & Flu LiquiCaps®

**Cold/Flu**

NDC 69842-897-24

**Non-Drowsy**

# Daytime

## Multi-Symptom Cold/Flu Relief

**ACETAMINOPHEN** - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
Aching & fever, sore throat, coughing, and congested-stuffy head so you can get through the day

**Alcohol free**
**Antihistamine free**

Actual Size

**24 SOFTGELS**** ("LIQUID-FILLED CAPSULES)

0  50428 76348  5

#690395

### Drug Facts

| Active ingredients (in each softgel) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold and flu symptoms: ■ minor aches and pains ■ headache ■ sore throat ■ nasal congestion ■ fever ■ cough due to minor throat and bronchial irritation

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product. **Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ diabetes ■ heart disease ■ thyroid disease ■ high blood pressure ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

### Drug Facts (continued)

When using this product, do not exceed recommended dosage.

**Stop use and ask a doctor if** ■ pain, cough, or nasal congestion gets worse or lasts more than 7 days ■ nervousness, dizziness, or sleeplessness occur ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 4 doses in 24 hours ■ adults and children 12 years and over: take 2 softgels with water every 4 hours ■ swallow whole; do not crush, chew, or dissolve ■ children under 12 years: do not use ■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ store between 15-30°C (59-86°F) ■ avoid excessive heat

**Inactive ingredients** FD&C yellow #6, FD&C red #40, gelatin, glycerin, lecithin, light mineral oil, mannitol, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, white ink

**Questions or comments?**
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST

*This product is not manufactured or distributed by The Procter & Gamble Company. Vicks®, DayQuil®, and LiquiCaps® are registered trademarks of The Procter & Gamble Company.



**Drug Facts (continued)**

• new symptoms occur • cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed • only use the dose cup provided • do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** • each 15 mL contains: sodium 42 mg • store at room temperature. Do not refrigerate.

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C Yellow No. 6, flavor, glycerin, menthol, potassium citrate, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium chloride, sorbitol, sucralose, xanthan gum.

**Questions or comments?** 1-866-467-2748

*This product is not manufactured or distributed by Procter & Gamble, the distributor of Vicks® DayQuil® Cold & Flu.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-12431

**100% money back guaranteed.**
CVS.com/returnpolicy

Lot:
UNVARNISHED AREA
EXP:

61712CVSLR

---

**CVS Health.**

Compare to the active ingredients in Vicks® DayQuil® Cold & Flu*

## Daytime

**ACETAMINOPHEN-**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**PHENYLEPHRINE HCl-**
Nasal decongestant

**Relieves:**
Headache, Fever, Sore throat, Minor aches & pains, Nasal congestion, Sinus pressure, Cough

**COLD & FLU**

**12 FL OZ (354 mL)**

2.07" PDP AREA

---

**Drug Facts**

**TAMPER EVIDENT: DO NOT USE IF IMPRINTED SHRINK BAND IS MISSING OR BROKEN.**

| **Active ingredients (in each 15 mL)** | **Purpose** |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: • nasal congestion • cough due to minor throat & bronchial irritation • sore throat • headache • minor aches & pains • fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if • adult takes more than 4 doses (30 mL each) in 24 hours, which is the maximum daily amount for this product • child takes more than 4 doses (15 mL each) in 24 hours, which is the maximum daily amount for this product • taken with other drugs containing acetaminophen • adult has 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: • skin reddening • blisters • rash
If a skin reaction occurs, stop use and seek medical help right away

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. • If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, or emphysema • a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product,** do not use more than directed

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless • pain, nasal congestion or cough get worse or lasts more than 5 days (children) or 7 days (adults) • fever gets worse or lasts more than 3 days • redness or swelling is present

**Drug Facts** (continued)

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | 5 mL every 4 hours |
| children under 4 years of age | do not use |

**Other Information** ■ each 5 mL contains: sodium 2 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.
**Inactive Ingredients** acesulfame potassium, alcohol, benzoic acid, citric acid, disodium EDTA, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium citrate
**Questions or comments?**
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL
AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-13114



**CVS Quality**
Money Back Guarantee        PLD-B319E  LB005842

♥**CVS**Health.

**Daytime**

NDC 69842-378-04

**Children's**

# Cold & Cough

**DEXTROMETHORPHAN** HBr
Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
• Cough
• Stuffy nose

**Alcohol 0.14%**

**For Ages
4 to 11 Years**        Cherry Flavor

**4 FL OZ (118 mL)**

**Drug Facts**
**Active ingredients** (in each 5 mL)                    **Purposes**
Dextromethorphan HBr 5 mg.............................Cough suppressant
Phenylephrine HCl 2.5 mg..................................Nasal decongestant
**Uses**
■ temporarily relieves  ■ nasal and sinus congestion  ■ cough due to minor throat and bronchial irritation as may occur with a cold
**Warnings**
**Do not use**  ■ in a child under 4 years of age  ■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product. **Ask a doctor before use if the child has**  ■ heart disease  ■ high blood pressure  ■ thyroid disease  ■ diabetes  ■ cough that occurs with too much phlegm (mucus)  ■ chronic cough that lasts, or as occurs with asthma. **When using this product, do not exceed recommended dosage. Stop use and ask a doctor if**  ■ nervousness, dizziness or sleeplessness occurs  ■ symptoms do not improve within 7 days or occur with fever  ■ cough persists more than 7 days, comes back or occurs with a fever, rash, or persistent headache. These could be signs of a serious condition.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.
**Directions**  ■ do not give more than 6 doses in any 24-hour period  ■ measure only with dosing cup provided. Do not use any other dosing device.  ■ keep dosing cup with product  ■ mL = milliliter  ■ shake well before using

▶

## Nighttime Severe Cold (continued)

**Drug Facts**

- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present ■ new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than 12 softgels in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information**
- store between 20-25°C (68-77°F) ■ avoid excessive heat
- swallow whole; do not crush, chew, or dissolve

**Inactive ingredients** D&C yellow #10, FD&C blue #1, gelatin, glycerin, mannitol, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide.

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST ▶

---

## Daytime Severe Cold

**Drug Facts**

**Active ingredients** (in each softgel) — **Purposes**
- Acetaminophen 325 mg .......... Pain reliever/fever reducer
- Dextromethorphan HBr 10 mg .......... Cough suppressant
- Guaifenesin 200 mg .......... Expectorant
- Phenylephrine HCl 5 mg .......... Nasal decongestant

**Uses**
- temporarily relieves these common cold and flu symptoms:
  ■ headache ■ nasal congestion ■ sore throat ■ cough ■ minor aches and pains
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ diabetes ■ high blood pressure
- heart disease ■ thyroid disease
- trouble urinating due to an enlarged prostate gland
- a persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus) ▶

---

## Daytime Severe Cold (continued)

**Drug Facts** (continued)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than 12 softgels in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- children under 12 years of age: do not use
- when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information**
- store between 20-25°C (68-77°F)
- avoid excessive heat
- swallow whole; do not crush, chew, or dissolve

**Inactive ingredients** FD&C red #40, FD&C yellow #6, gelatin, glycerin, mannitol, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Day Severe Cold and Maximum Strength Mucinex® Fast-Max® Night Cold & Flu Liquid Gels.

---

## DAY & NIGHT COMBO PACK

**♥ CVS Health**

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Day Severe Cold Liquid Gels and Night Cold & Flu Liquid Gels*

NDC 69842-906-24

### MAXIMUM STRENGTH
### Daytime Severe Cold

**Acetaminophen**
325 mg Pain reliever, Fever reducer

**Dextromethorphan HBr**
10 mg Cough suppressant

**Guaifenesin**
200 mg Expectorant

**Phenylephrine HCl**
5 mg Nasal decongestant

**MULTI-SYMPTOM**
- Relieves cough
- Thins & loosens mucus
- Relieves nasal & chest congestion
- Relieves aches, fever & sore throat



FOR AGES 12+
Actual Size

**16 SOFTGELS***
24 TOTAL (*Liqui-filled capsules)

### MAXIMUM STRENGTH
### Nighttime Severe Cold

**Acetaminophen**
325 mg Pain reliever, Fever reducer

**Dextromethorphan HBr**
10 mg Cough suppressant

**Doxylamine Succinate**
6.25 mg Antihistamine

**Phenylephrine HCl**
5 mg Nasal decongestant

**MULTI-SYMPTOM**
- Relieves cough
- Relieves runny nose & sneezing
- Relieves nasal congestion
- Relieves aches, fever & sore throat

FOR AGES 12+
Actual Size

**8 SOFTGELS***

---

TAMPER EVIDENT: DO NOT USE IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.
KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.

#177184

0 50428 25842 2

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com® 1-800-SHOP CVS   V-16425
**CVS** Quality

**PARENTS:** learn about medicine abuse www.StopMedicineAbuse.org

PLD-05944   PC006259

Lot No.:
Exp. Date:

---

## Nighttime Severe Cold

**Drug Facts**

**Active ingredients** (in each softgel) — **Purposes**
- Acetaminophen 325 mg .......... Pain reliever/fever reducer
- Dextromethorphan HBr 10 mg .......... Cough suppressant
- Doxylamine succinate 6.25 mg .......... Antihistamine
- Phenylephrine HCl 5 mg .......... Nasal decongestant

**Uses**
- temporarily relieves these common cold and flu symptoms:
  ■ cough ■ headache ■ minor aches and pains
  ■ sore throat ■ nasal congestion
  ■ runny nose and sneezing
- controls cough to help you get to sleep
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ high blood pressure
- heart disease ■ glaucoma ■ thyroid disease
- trouble urinating due to an enlarged prostate gland
- breathing problems such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ▶



**Children's Cold & Cough Daytime**

**Drug Facts**

**Active ingredients (in each 5 mL)** — **Purpose**
Dextromethorphan HBr 5 mg...Cough suppressant
Phenylephrine HCl 2.5 mg...Nasal decongestant

**Uses** temporarily relieves
- nasal and sinus congestion
- cough due to minor throat and bronchial irritation as may occur with a cold

**Warnings**
Do not use
- in a child under 4 years of age
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

Ask a doctor before use if the child has
- heart disease          ■ high blood pressure
- thyroid disease        ■ diabetes
- cough that occurs with too much phlegm (mucus)
- chronic cough that lasts, or as occurs with asthma

When using this product, do not exceed recommended dosage.

Stop use and ask a doctor if
- symptoms do not improve within 7 days or occur with fever
- cough persists for more than 7 days, comes back or occurs with a fever, rash, or persistent headache. These could be signs of a serious condition.

Keep out of reach of children.
In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
- do not give more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- shake well before using

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | 5 mL every 4 hours |
| children under 4 years of age | do not use |

**Children's Cold & Cough Daytime (continued)**

**Drug Facts (continued)**

**Other information**
- each 5 mL contains: sodium 2 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** acesulfame potassium, alcohol, benzoic acid, citric acid, disodium EDTA, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium citrate

**Children's Nighttime Cold & Cough**

**Drug Facts**

**Active ingredients (in each 5 mL)** — **Purpose**
Diphenhydramine HCl 6.25 mg...Antihistamine/Cough suppressant
Phenylephrine HCl 2.5 mg...Nasal decongestant

**Uses** temporarily relieves
- sneezing          ■ runny nose          ■ itchy nose or throat
- itchy, watery eyes due to hay fever
- nasal and sinus congestion
- cough due to minor throat and bronchial irritations as may occur with a cold

**Warnings**
Do not use
- in a child under 4 years of age
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
- with any other product containing diphenhydramine, even one used on skin
- for the purpose of making your child sleepy

Ask a doctor before use if the child has
- heart disease          ■ high blood pressure          ■ thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- chronic cough that lasts, or as occurs with asthma
- a breathing problem such as chronic bronchitis

Ask a doctor or pharmacist before use if the child is taking sedatives or tranquilizers.

**Children's Nighttime Cold & Cough (continued)**

**Drug Facts (continued)**

When using this product
- do not exceed recommended dosage
- marked drowsiness may occur
- excitability may occur, especially in children
- sedatives and tranquilizers may increase drowsiness

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occurs
- symptoms do not improve within 7 days or occur with a fever
- cough persists for more than 7 days, comes back, or occurs with a fever, rash, or persistent headache. These could be signs of a serious condition.

Keep out of reach of children.
In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
- do not give more than 6 doses in 24 hours unless directed by a doctor
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter          ■ shake well before using

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | do not use unless directed by a doctor |
| children under 4 years of age | do not use |

**Other information**
- each 5 mL contains: sodium 2 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** acesulfame potassium, citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

* This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Children's Triaminic® Day Time & Night Time Cold & Cough.

**PARENTS:**
Learn about the medicine abuse
www.StopMedicineAbuse.org

---

**DAY & NIGHT COMBO PACK**

♥ CVS Health.

Compare to the active ingredients in Children's Triaminic® Day Time Cold & Cough*

Daytime

**Children's Cold & Cough**

DEXTROMETHORPHAN HBr
Cough suppressant
PHENYLEPHRINE HCl
Nasal decongestant

**Relieves:**
- Cough
- Stuffy nose

Alcohol 0.14%

For Ages 4 to 11 Years

NDC 69842-422-08

**Other information**
- do not give more than 6 doses in 24 hours unless directed by a doctor
- store between 20-25°C (68-77°F). Do not refrigerate.
- keep dosing cup with product
- protect from light

**Inactive ingredients** acesulfame potassium, citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

Cherry Flavor
Dosage cup included
Actual Bottle Size on Side Panel

♥ CVS Health.

Compare to the active ingredients in Children's Triaminic® Night Time Cold & Cough*

**Children's Nighttime Cold & Cough**

DIPHENHYDRAMINE HCl
Antihistamine; Cough suppressant
PHENYLEPHRINE HCl
Nasal decongestant

**Relieves:**
- Cough
- Runny, stuffy nose
- Itchy throat

Alcohol free

For Ages 6 to 11 Years

Grape Flavor
Dosage cup included
Actual Bottle Size on Side Panel

4 FL OZ (118 mL) + 4 FL OZ (118 mL)
TOTAL 8 FL OZ (236 mL)

Package Contains Two Bottles

Actual Size

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING.

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.

**Distributed by:** CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-13114

♥ CVS Quality
Money Back Guarantee

#194300

PL3-B319E
PL3-B320E
FC063X000

Lot No.:

Exp. Date:

0 50428 60148 8







## Nighttime Cold & Flu

# Drug Facts

## Active ingredients (in each 30 mL)                    Purpose
Acetaminophen 650 mg.................................Pain reliever/fever reducer
Dextromethorphan HBr 30 mg.................................Cough suppressant
Doxylamine succinate 12.5 mg.................................Antihistamine

### Uses temporarily relieves common cold/flu symptoms:
- cough due to minor throat and bronchial irritation
- sore throat  ■ headache  ■ minor aches and pains
- fever  ■ runny nose and sneezing

### Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours.
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease  ■ glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
- taking sedatives or tranquilizers  ■ taking the blood thinning drug warfarin

**When using this product**
- excitability may occur, especially in children
- marked drowsiness may occur  ■ avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- pain or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- only use the dose cup provided  ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- each 30 mL contains: sodium 39 mg
- store at 20-25°C (68-77°F)

### Inactive ingredients alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

### Questions or comments? 1-800-719-9260

---

## Daytime Cold & Flu

# Drug Facts

## Active ingredients (in each 15 mL)                    Purpose
Acetaminophen 325 mg.................................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.................................Cough suppressant
Phenylephrine HCl 5 mg.................................Nasal decongestant

### Uses
- temporarily relieves common cold/flu symptoms:
- nasal congestion  ■ cough due to minor throat and bronchial irritation
- sore throat  ■ headache  ■ minor aches and pains  ■ fever

### Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease  ■ heart disease  ■ high blood pressure
- thyroid disease  ■ diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

When using this product do not use more than directed

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- only use the dose cup provided  ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- each 15 mL contains: sodium 7 mg  ■ store at 20-25°C (68-77°F)

### Inactive ingredients butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

### Questions or comments? 1-800-719-9260



**CVS Quality**

CVS Pharmacy, Inc.
Woonsocket, RI 02895
1-800-SHOP CVS

#278531

0 50428 55409 8

003553

**KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.**

**TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.**

daytime and nighttime carefully read the labeling prior to dosing.

**Relieves:**
Aches; Fever; Cough;
Sore throat; Sneezing;
Runny nose

**Antihistamine**
DOXYLAMINE SUCCINATE
Cough suppressant
DEXTROMETHORPHAN HBr
Pain reliever; Fever reducer
ACETAMINOPHEN
COLD & FLU RELIEF
**Nighttime**
Multi-Symptom

**Relieves:**
Aches; Fever; Cough;
Nasal congestion
Alcohol free

Nasal decongestant
PHENYLEPHRINE HCl
Cough suppressant
DEXTROMETHORPHAN HBr
Pain reliever; Fever reducer
ACETAMINOPHEN
COLD & FLU RELIEF
**Daytime**
Multi-Symptom
Non-Drowsy

**CVS Health™**

Compare to the active ingredients
in Vicks® DayQuil® and NyQuil® LiquiCaps®†

NDC 59779-646-24

**DAY & NIGHT TWIN PACK**

---

**Drug Facts** — Nighttime Cold & Flu Softgel

**Active ingredients (in each softgel)** — **Purpose**
Acetaminophen 325 mg.............................Pain reliever/fever reducer
Dextromethorphan HBr 15 mg......................................Cough suppressant
Doxylamine succinate 6.25 mg.............................................Antihistamine

**Uses** ■ temporarily relieves common cold and flu symptoms
■ cough due to minor throat and bronchial irritation   ■ sore throat
■ headache   ■ minor aches and pains   ■ fever   ■ runny nose & sneezing

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:  ■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:  ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Drug Facts** (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**   ■ liver disease   ■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin   ■ taking sedatives or tranquilizers

**When using this product**
■ excitability may occur, especially in children
■ marked drowsiness may occur   ■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ pain or cough lasts worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present   ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

**Drug Facts** — Daytime Cold & Flu Softgel

**Active ingredients (in each softgel)** — **Purpose**
Acetaminophen 325 mg.............................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg......................................Cough suppressant
Phenylephrine HCl 5 mg.............................................Nasal decongestant

**Uses** ■ temporarily relieves common cold and flu symptoms
■ cough due to minor throat and bronchial irritation   ■ nasal congestion
■ headache   ■ minor aches and pains   ■ fever   ■ sore throat

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:  ■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:  ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Drug Facts** (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**   ■ liver disease   ■ heart disease
■ diabetes   ■ thyroid disease   ■ high blood pressure
■ cough that occurs with too much phlegm (mucus)
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ redness or swelling is present   ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.



Antihistamine free

**16** LIQUID GELS

Actual Size

**8** LIQUID GELS
**24** TOTAL
(Liquid filled capsules)

Actual Size

When using Da...
products, caref...
to ensure corre...

PLD-A42R  FO...

PARENT

Distributed by
One CVS Drive
© 2016 CVS/ph...
CVS.com® 1-...
V-16425

This product is not manufactured or distributed by The Procter & Gamble Company, Vicks®, DayQuil®, NyQuil®, and Liquicaps® are registered trademarks of The Procter and Gamble Company.

**Drug Facts** (continued)

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in 24 hours
■ swallow whole; do not crush, chew, or dissolve
■ adults and children 12 years and over: take 2 softgels with water every 6 hours
■ children under 12 years: do not use

**Other information**
■ store between 15-30C (59-86 F)  ■ avoid excessive heat

**Inactive ingredients** D&C yellow #10, edible white ink, FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol ; "may contain this ingredient"

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

**Drug Facts** (continued)

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in 24 hours
■ swallow whole; do not crush, chew, or dissolve
■ adults and children 12 years and over: take 2 softgels with water every 4 hours.
■ children under 12 years; do not use

**Other information**
■ store between 15-30C (59-86 F)  ■ avoid excessive heat

**Inactive ingredients** butylated hydroxyanisole*, butylated hydroxytoluene*, carmine acid*, D&C yellow #10*, edible white ink, FD&C red #40*, FD&C yellow #6*, gelatin, glycerin, polyethylene glycol*, povidone, propylene glycol, purified water, sodium metabisulfite*, sorbitan*, sorbitol ; "contains one or more of these ingredients"

**Questions or comments?**
Call 1-877-753-3935 Monday-5PM EST



## DAY & NIGHT TWIN PACK

**◆CVSHealth.**

Compare to the active ingredients in Vicks® DayQuil® and NyQuil® Cold & Flu LiquiCaps®¹

Vicks® DayQuil® and NyQuil® Cold & Flu LiquiCaps®¹

### Nighttime
Multi-Symptom
**COLD & FLU RELIEF**
ACETAMINOPHEN Pain reliever; Fever reducer
DEXTROMETHORPHAN HBr Cough suppressant
DOXYLAMINE SUCCINATE Antihistamine

**Relieves:**
Aches; Fever; Cough;
Sore throat; Sneezing;
Runny nose

Alcohol free

8 SOFTGELS**
24 TOTAL
(**Liquid-Filled capsules)

Actual Size

NDC 69842-744-24

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
**CVS Quality**
Money Back Guarantee
#164257
V-16425

**PARENTS:** Learn about teen medicine abuse.
www.StopMedicineAbuse.org

PLD-942T  F0005121

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.

Lot No.:
Exp. Date:

### Daytime
Multi-Symptom
Non-Drowsy
**COLD & FLU RELIEF**
ACETAMINOPHEN Pain reliever; Fever reducer
DEXTROMETHORPHAN HBr Cough suppressant
PHENYLEPHRINE HCl Nasal decongestant

**Relieves:**
Aches; Fever; Sore throat;
Cough; Nasal congestion

Alcohol free
Antihistamine free

16 SOFTGELS**

When using Daytime and Nighttime products, carefully read the labeling to ensure correct dosing.

(**Liquid-filled capsules) ... of The Procter and Gamble Company.

---

**Drug Facts** — Nighttime Cold & Flu Softgel

**Active ingredients (in each softgel)** — **Purposes**
Acetaminophen 325 mg .............................................. Pain reliever/fever reducer
Dextromethorphan HBr 15 mg .................................... Cough suppressant
Doxylamine succinate 6.25 mg .................................. Antihistamine

**Uses** ■ temporarily relieves common cold and flu symptoms
■ cough due to minor throat and bronchial irritation  ■ sore throat
■ headache  ■ minor aches and pains  ■ fever  ■ runny nose & sneezing

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:  ■ more than 4,000 mg of acetaminophen in 24 hours  ■ with other drugs containing acetaminophen  ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:  ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▼

**Drug Facts (continued)** — Nighttime Cold & Flu Softgel

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**  ■ liver disease  ■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem or chronic cough that lasts such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin  ■ taking sedatives or tranquilizers

**When using this product**
■ excitability may occur, especially in children
■ marked drowsiness may occur  ■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ pain or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present  ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▼

---

**Drug Facts** — Daytime Cold & Flu Softgel

**Active ingredients (in each softgel)** — **Purposes**
Acetaminophen 325 mg .............................................. Pain reliever/fever reducer
Dextromethorphan HBr 10 mg .................................... Cough suppressant
Phenylephrine HCl 5 mg ............................................. Nasal decongestant

**Uses** ■ temporarily relieves common cold and flu symptoms
■ cough due to minor throat and bronchial irritation  ■ nasal congestion
■ headache  ■ minor aches and pains  ■ fever  ■ sore throat

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:  ■ more than 4,000 mg of acetaminophen in 24 hours  ■ with other drugs containing acetaminophen  ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:  ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▼

**Drug Facts (continued)** — Daytime Cold & Flu Softgel

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease  ■ heart disease
■ diabetes  ■ thyroid disease  ■ high blood pressure
■ cough that occurs with too much phlegm (mucus)
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ redness or swelling is present  ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▼

**Drug Facts** (continued) **Nighttime Cold & Flu Softgel**

***Directions***
- **do not take more than directed (see Overdose warning)**
- do not take more than 4 doses in 24 hours
- swallow whole; do not crush, chew, or dissolve
- adults and children 12 years and over: take 2 softgels with water every 6 hours
- children under 12 years: do not use

***Other information***
- store between 15-30°C (59-86°F)
- avoid excessive heat

***Inactive ingredients*** D&C yellow #10, FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide*, white ink
*may contain this ingredient

***Questions or comments?***
Call **1-877-753-3935 Monday-Friday 9AM-5PM EST**

**When using Daytime and Nighttime products, carefully read the**

**Drug Facts** (continued) **Daytime Cold & Flu Softgel**

***Directions***
- **do not take more than directed (see Overdose warning)**
- do not take more than 4 doses in 24 hours
- swallow whole; do not crush, chew, or dissolve
- adults and children 12 years and over: take 2 softgels with water every 4 hours
- children under 12 years: do not use

***Other information***
- store between 15-30°C (59-86°F)
- avoid excessive heat

***Inactive ingredients*** butylated hydroxyanisole*, butylated hydroxytoluene*, FD&C red #40*, FD&C yellow #6*, gelatin, glycerin, polyethylene glycol*, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide*, white ink
*contains one or more of these ingredients

†This product is not manufactured or distributed by The Procter & Gamble Company. Vicks®, DayQuil®, NyQuil®, and LiquiCaps® are registered trademarks