# CVS Pharmacy, Inc.

## -PE Product Labels –

**-continued**



**CVS Health**

Compare to the active ingredients in Vicks® DayQuil® and NyQuil® Cold & Flu LiquiCaps®*

Cold/Flu

NDC 69842-852-24

**Non-Drowsy**

# Daytime

**Multi-Symptom Cold/Flu Relief**

**ACETAMINOPHEN**
Pain reliever; Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
Aches; Fever; Cough; Nasal congestion; Sore throat

Alcohol free
Antihistamine free



Actual Size

**16 SOFTGELS**

# Nighttime

**Multi-Symptom Cold/Flu Relief**

**ACETAMINOPHEN**
Pain reliever; Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**DOXYLAMINE SUCCINATE**
Antihistamine

**Relieves:**
Aches; Fever; Cough; Sore throat; Sneezing; Runny nose

Actual Size

**8 SOFTGELS**
**24 TOTAL** (**Liquid-filled capsules)


TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.
KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION

#164257

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16425

0 50428 55720 4

**CVS Quality**
Money Back Guarantee

Lot No.:

Exp. Date:

---

**Drug Facts** (continued)

When using this product, do not exceed recommended dosage.

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, cough, or nasal congestion gets worse or lasts more than 7 days ■ redness or swelling is present ■ new symptoms occur ■ fever gets worse or lasts more than 3 days ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ **do not take more than directed (see Overdose warning)** ■ do not take more than 4 doses in 24 hours ■ swallow whole; do not crush, chew, or dissolve ■ adults and children 12 years and over: take 2 softgels with water every 4 hours ■ children under 12 years: do not use

**Other information** ■ store between 15-30°C (59-86°F) ■ avoid excessive heat

**Inactive Ingredients:** butylated hydroxyanisole, butylated hydroxytoluene, FD&C yellow #6, gelatin, glycerin, mannitol, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, white ink

**Questions or comments?**
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST

*This product is not manufactured or distributed by The Procter & Gamble Company, Vicks®, DayQuil®, NyQuil®, and LiquiCaps® are registered trademarks of The Procter and Gamble Company.


PLU: 637104 · FG505701

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

PLEASE RECYCLE

---

**Drug Facts** | Nighttime Cold & Flu Softgel

**Active ingredients** (in each softgel) | **Purposes**

Acetaminophen 325 mg ........... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ........... Cough suppressant
Doxylamine succinate 6.25 mg ........... Antihistamine

**Uses** ■ temporarily relieves common cold and flu symptoms: ■ cough due to minor throat and bronchial irritation ■ sore throat ■ headache ■ minor aches and pains ■ fever ■ runny nose & sneezing

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product **Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem or chronic cough that lasts such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are** ■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers

**When using this product** ■ **do not exceed recommended dosage** ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ be careful when driving a motor vehicle or operating machinery

---

**Drug Facts** (continued)

**Stop use and ask a doctor if** ■ pain or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** Taking more than the recommended dose can cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ **do not take more than directed (see Overdose warning)** ■ do not take more than 4 doses in 24 hours ■ swallow whole; do not crush, chew, or dissolve ■ adults and children 12 years and over: take 2 softgels with water every 6 hours ■ children under 12 years: do not use

**Other information** ■ store between 15-30°C (59-86°F) ■ avoid excessive heat

**Inactive ingredients** D&C yellow #10, FD&C blue #1, gelatin, glycerin, mannitol, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, white ink

**Questions or comments?**
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST

---

**Drug Facts** | Daytime Cold & Flu Softgel

**Active ingredients** (in each softgel) | **Purposes**

Acetaminophen 325 mg ........... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ........... Cough suppressant
Phenylephrine HCl 5 mg ........... Nasal decongestant

**Uses**
■ temporarily relieves common cold and flu symptoms: ■ cough due to minor throat and bronchial irritation ■ nasal congestion ■ headache ■ minor aches and pains ■ fever ■ sore throat.

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product. **Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ diabetes ■ thyroid disease ■ high blood pressure ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.




**CVS Health.**

Compare to the active ingredients in Theraflu® ExpressMax® Daytime Severe Cold & Cough*

**Severe Cold & Cough**

NDC 59779-691-08

**ACETAMINOPHEN**
Pain reliever; Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**PHENYLEPHRINE HCl**
Nasal decongestant

Nasal congestion; Cough; Fever; Body ache; Sore throat; Headache

**DAYTIME**

Berry Flavor
Alcohol content 10%
For Ages 12 & Over



**8.3 FL OZ (245 mL)**

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® ExpressMax® Daytime Severe Cold & Cough.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com®   1-800-SHOP CVS  V-13114

#455446

0   50428 37797   0

PLD-C3988
LB008884

**Drug Facts**

| Active ingredients (in each 30 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

► PEEL CORNER FOR MORE DRUG FACTS ◄

---

**Drug Facts** (continued)

**Uses**

■ temporarily relieves these symptoms due to a cold
  ■ minor aches and pains    ■ headache
  ■ nasal and sinus congestion   ■ sore throat
  ■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

►

---

**Drug Facts** (continued)

**Do not use**

■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**

■ liver disease    ■ heart disease
■ thyroid disease    ■ diabetes
■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

►

**PEEL CORNER FOR MORE DRUG FACTS ◄**

---

**Drug Facts** (continued)

**When using this product, do not exceed recommended dosage.**

**Stop use and ask a doctor if**

■ nervousness, dizziness, or sleeplessness occur
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

►

---

**Drug Facts** (continued)

**Directions**

■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses (180 mL) in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.   ■ mL = milliliter
■ keep dosing cup with product
■ adults and children 12 years and over
  ■ 30 mL every 4 hours
■ children under 12 years of age: do not use

**Other information**

■ each 30 mL contains: sodium 16 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST



**♥ CVS Health.**

Compare to the active ingredients in Theraflu® ExpressMax® Nighttime Severe Cold & Cough*

NDC 59779-693-08

# Severe Cold & Cough

## ACETAMINOPHEN
Pain reliever; Fever reducer

**DIPHENHYDRAMINE HCl**
Antihistamine; Cough suppressant

**PHENYLEPHRINE HCl**
Nasal decongestant

Relief of:
Nasal congestion; Runny nose; Cough; Fever; Body ache; Sore throat; Headache

### NIGHTTIME

**Berry Flavor**
**Alcohol content 10%**
For Ages 12 & Over

**8.3 FL OZ (245 mL)**

---

## Drug Facts (continued)

**Do not use** ■ to make a child sleepy
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on the skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease                  ■ glaucoma
■ high blood pressure   ■ heart disease
■ diabetes                        ■ thyroid disease
■ a breathing problem such as emphysema or chronic bronchitis
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking**
■ the blood thinning drug warfarin
■ sedatives or tranquilizers ▶

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.**

*This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® ExpressMax® Nighttime Severe Cold & Cough.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-13114

**#455443**

PLD-C3998B
LB008865

0    50428 25333    5

## Drug Facts

| Active ingredients (in each 30 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/ Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant ▶ |

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

## Drug Facts (continued)

**When using this product**
■ **do not exceed recommended dosage**
■ alcohol, sedatives, and tranquilizers may increase drowsiness   ■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery   ■ marked drowsiness may occur
■ excitability may occur, especially in children

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days   ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

---

## Drug Facts (continued)

### Uses
■ temporarily relieves these symptoms due to a cold
■ minor aches and pains       ■ headache
■ sore throat  ■ runny nose   ■ sneezing
■ itchy, watery eyes due to hay fever
■ nasal and sinus congestion
■ itching of the nose or throat
■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▶

---

## Drug Facts (continued)

### Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses (180 mL) in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.   ■ mL = milliliter
■ keep dosing cup with product
■ adults and children 12 years and over
   ■ 30 mL every 4 hours
■ children under 12 years of age: do not use

### Other information
■ **each 30 mL contains:** potassium 10 mg
■ **each 30 mL contains:** sodium 14 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

**Questions or comments?**
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST

❤**CVS**Health.

**Non-Drowsy**
**Daytime**

**Multi-Symptom**
**Nighttime**

## COMBO PACK

❤**CVS**Health.

❤**CVS**
Health.

NDC 59779-667-02

**Non-Drowsy**
**Daytime**

❤**CVS**
Health.

Compare to the
active ingredients
in Vicks® DayQuil®
Cold & Flu*

NDC 59779-608-40

**ACETAMINOPHEN-**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**PHENYLEPHRINE HCl-**
Nasal decongestant

Relieves: Aches, Fever, Sore throat,
Cough, Nasal congestion

**COLD & FLU**

**ALCOHOL &**
**ANTIHISTAMINE FREE**

## TOTAL 24 FL OZ
(1.5 pt) (710 mL)

❤**CVS**
Health.

Compare to the
active ingredients
in Vicks® NyQuil®
Cold & Flu*

**Multi-Symptom**
**Nighttime**

NDC 59779-335-40

**ACETAMINOPHEN-**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**DOXYLAMINE SUCCINATE-**
Antihistamine

Relieves: Aches, Fever, Sore throat,
Cough, Sneezing, Runny nose

**COLD & FLU**

**Original Flavor**
**ALCOHOL 10%**

## TWO 12 FL OZ
(355 mL) UNITS

#890847

**Multi-Symptom**
**Nighttime**

**ACETAMINOPHEN-**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**DOXYLAMINE SUCCINATE-**
Antihistamine

## PARENTS:
Learn about teen medicine abuse

www.StopMedicineAbuse.org

**DO NOT USE IF PRINTED NECKBAND**
**IS BROKEN OR MISSING**

Empty &
Replace Cap

| PAPER | PLASTIC | PLASTIC |
|-------|---------|---------|
| BOX | BOTTLE | CUP |

0  50428 26419  5

56702 17 G5



**Nighttime Cold & Flu**

## Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 30 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |

**Uses** temporarily relieves common cold/flu symptoms:
- cough due to minor throat and bronchial irritation
- sore throat ■ headache ■ minor aches and pains
- fever ■ runny nose and sneezing

### Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
Ask a doctor before use if you have
- liver disease ■ glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet
Ask a doctor or pharmacist before use if you are
- taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin
When using this product
- excitability may occur, especially in children
- marked drowsiness may occur ■ avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness
Stop use and ask a doctor if
- pain or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take as directed – see Overdose warning
- only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 6 hrs |
| children 6 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- each 30 mL contains: sodium 38 mg
- store at 20-25°C (68-77°F)

**Inactive ingredients** alcohol, anhydrous citric acid, D&C yellow no. 10, FD&C green no. 3, FD&C yellow no. 6, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

**Questions or comments?** 1-800-719-9260

---

**Daytime Cold & Flu**

## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves common cold/flu symptoms:
- nasal congestion ■ cough due to minor throat and bronchial irritation
- sore throat ■ headache ■ minor aches and pains ■ fever

### Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients
Ask a doctor before use if you have
- liver disease ■ heart disease ■ high blood pressure
- thyroid disease ■ diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough as occurs with smoking, asthma, or emphysema
Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin
When using this product do not use more than directed
Stop use and ask a doctor if
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- each 15 mL contains: sodium 7 mg ■ store at 20-25°C (68-77°F)

**Inactive ingredients** butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions or comments?** 1-800-719-9260

---

**♥ CVS Health.**

**Non-Drowsy**

# Daytime

**ACETAMINOPHEN–**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr–**
Cough suppressant
**PHENYLEPHRINE HCl–**
Nasal decongestant

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430

🛡 **100% money back guaranteed.**
CVS.com/returnpolicy

*These products are not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Cold & Flu and Vicks® NyQuil® Cold & Flu.



**Nighttime Sinus Relief (continued)**

**Drug Facts (continued)**

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning)
- do not take more than 12 softgels (Daytime and Nighttime) in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- children under 12 years of age: do not use
- when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information**
- swallow whole; do not crush, chew, or dissolve
- store between 15-30°C (59-86°F)
- avoid excessive heat

**Inactive ingredients** D&C yellow #10, FD&C blue #1, gelatin, glycerin, mannitol*, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide
*may contain this ingredient

---

**Daytime Sinus Relief**

**Drug Facts**

**Active ingredients** **Purposes**
**(in each softgel)**
Acetaminophen 325 mg .......... Pain reliever
Dextromethorphan HBr 10 mg ... Cough suppressant
Guaifenesin 200 mg ............... Expectorant
Phenylephrine HCl 5 mg ......... Nasal decongestant

**Uses** ■ temporarily relieves
- nasal congestion ■ headache
- cough due to minor throat and bronchial irritants
- sinus congestion and pressure
- minor aches and pains
- promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ high blood pressure ■ diabetes
- heart disease ■ thyroid disease
- trouble urinating due to an enlarged prostate gland
- a persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

---

**Daytime Sinus Relief (continued)**

**Drug Facts (continued)**

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning)
- do not take more than 12 softgels (Daytime and Nighttime) in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- children under 12 years of age: do not use
- when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information**
- swallow whole; do not crush, chew, or dissolve
- store between 15-30°C (59-86°F)
- avoid excessive heat

**Inactive ingredients** FD&C red #40, FD&C yellow #6, gelatin, glycerin, mannitol*, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide
*may contain this ingredient

**Questions or comments?**
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Sinus-Max® Day and Maximum Strength Mucinex® Sinus-Max® Night.

---



**❤CVS Health.**

Compare to the active ingredients in Maximum Strength Mucinex® Sinus-Max® Day and Maximum Strength Mucinex® Sinus-Max® Night?

NDC 69842-822-24

**MAXIMUM STRENGTH**

**Daytime**

**Sinus Relief**

**ACETAMINOPHEN - 325 mg**
Pain reliever
**DEXTROMETHORPHAN HBr - 10 mg**
Cough suppressant
**GUAIFENESIN - 200 mg**
Expectorant
**PHENYLEPHRINE HCl - 5 mg**
Nasal decongestant

- Relieves sinus pressure, headache & congestion
- Controls cough
- Thins & loosens mucus

For ages
12 Years & Older
Alcohol Free

Actual Size

**16 SOFTGELS\*\***

**MAXIMUM STRENGTH**

**Nighttime**

**Sinus Relief**

**ACETAMINOPHEN - 325 mg**
Pain reliever
**DEXTROMETHORPHAN HBr - 10 mg**
Cough suppressant
**DOXYLAMINE SUCCINATE - 6.25 mg**
Antihistamine
**PHENYLEPHRINE HCl - 5 mg**
Nasal decongestant

- Relieves nasal congestion, sinus pressure & pain
- Controls cough
- Controls runny nose and sneezing

For ages
12 Years & Older
Alcohol Free

Actual Size

**8 SOFTGELS\*\***
**24 TOTAL** (\*\*Liquid-filled capsules)

#177009

**DAY & NIGHT 24 TWIN PACK**

Distributed by CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-16425

CVS Quality
Money Back Guarantee

TAMPER EVIDENT: DO NOT USE IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING
KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION

0 50428 54661 1

PL13-0425C FC205490

PARENTS:
www.StopMedicineAbuse.org

Lot No.:
Exp. Date:

---

**Nighttime Sinus Relief**

**Drug Facts**

**Active ingredients** **Purposes**
**(in each softgel)**
Acetaminophen 325 mg .......... Pain reliever
Dextromethorphan HBr 10 mg ... Cough suppressant
Doxylamine succinate 6.25 mg ... Antihistamine
Phenylephrine HCl 5 mg ......... Nasal decongestant

**Uses** ■ temporarily relieves
- nasal congestion ■ cough due to inhaled irritants
- headache ■ sinus congestion and pains
- sinus pressure and pains
- runny nose and sneezing
- promotes nasal and/or sinus drainage

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ high blood pressure ■ diabetes
- heart disease ■ thyroid disease ■ glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers



♥ **CVS**
**Health.**

Compare to the active ingredients in Vicks® DayQuil® Cold & Flu*

NDC 59779-656-40

**Non-Drowsy**
# Daytime

**ACETAMINOPHEN–**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr–**
Cough suppressant
**PHENYLEPHRINE HCl–**
Nasal decongestant

**Relieves:**
Aches, Fever,
Sore throat, Cough,
Nasal congestion

**COLD & FLU**

**ALCOHOL &
ANTIHISTAMINE FREE**

# 12 FL OZ (355 mL)

: 6564O 17 F6

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING**
Empty & Replace Cap
Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430
100% money back guaranteed.
CVS.com/returnpolicy
PLASTIC BOTTLE  PLASTIC CUP

**Drug Facts**

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ cough due to minor throat and bronchial irritation ■ nasal congestion ■ minor aches and pains ■ sore throat ■ headache ■ fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

◀

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 6564O 17 B1

**Drug Facts**
(continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients
Ask a doctor before use if you have

**Drug Facts**
(continued)

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be the signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |





**NO COATING**

Ask a doctor before use if you have
- liver disease  ■ heart disease
- high blood pressure
- thyroid disease  ■ diabetes
- trouble urinating due to an enlarged prostate gland  ■ cough that occurs with too much phlegm (mucus)  ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed ◄

**NO COAT.**

children ~~4 (6) 8 ~~ yrs    ask a doctor

children under 4 yrs    do not use

***Other information*** ■ each 15 mL contains: sodium 7 mg  ■ store at 20-25°C (68-77°F)

***Inactive ingredients*** butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

***Questions?*** 1-800-719-9260

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Cold & Flu.





Compare to the active ingredients in
Vicks® DayQuil® Severe Cold & Flu*

**Severe**

**MAXIMUM STRENGTH**
# Daytime Softgels
## Severe Cold/Flu Relief

**ACETAMINOPHEN** - Pain reliever, Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
Headache, Fever, Sore throat, Minor aches
& pains, Cough, Chest congestion, Nasal/Sinus
congestion & Sinus pressure

**Non-drowsy**
**Alcohol free**
**Antihistamine free**





Actual Size

**24** SOFTGELS



♥CVS Health™ — Compare to the active ingredients in Vicks® Day-Quil® Severe Cold & Flu*

♥CVS Health™ — Compare to the active ingredients in Vicks® NyQuil® Severe Cold & Flu*



**Non-Drowsy**

# Severe Daytime
## COLD & FLU RELIEF

**ACETAMINOPHEN**
Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**GUAIFENESIN**
Expectorant
**PHENYLEPHRINE HCl**
Nasal decongestant

### MAXIMUM STRENGTH

**Relieves:**
Aches; Fever; Cough; Nasal congestion; Sore throat; Chest congestion

**Alcohol free**
**Antihistamine free**

**Actual Size**

**12 SOFTGELS**

# Severe Nighttime
## COLD & FLU RELIEF

**ACETAMINOPHEN**
Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**DOXYLAMINE SUCCINATE**
Antihistamine
**PHENYLEPHRINE HCl**
Nasal decongestant

### MAXIMUM STRENGTH

**Relieves:**
Aches; Fever; Sore throat; Cough; Sneezing; Runny nose; Nasal/Sinus congestion & Sinus pressure

**Actual Size**

**12 SOFTGELS 24 TOTAL**



**CVS Health.**

**Daytime**

# Severe Cough & Congestion

**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant
**MAXIMUM STRENGTH**

**Multi-Symptom**
- Relieves nasal & chest congestion
- Soothes cough
- Thins & loosens mucus

**For Ages 12 & Over**

TWO 6 FL OZ (177 mL) BOTTLES

**CVS Health.**

**Nighttime**

# Cold & Flu

**ACETAMINOPHEN** - Pain reliever; Fever reducer
**DIPHENHYDRAMINE HCl** - Antihistamine; Cough suppressant
**PHENYLEPHRINE HCl** - Nasal decongestant
**MAXIMUM STRENGTH**

**Multi-Symptom**
- Relieves headache & fever
- Controls cough
- Relieves nasal congestion
- Relieves runny nose & sneezing

**For Ages 12 & Over**

TOTAL - 12 FL OZ (354 mL)

Compare to the active ingredients in Maximum Strength Mucinex® FAST-MAX® Severe Congestion & Cough and Night Time Cold & Flu*

NDC 59842-462-12





**♥CVS Health.**

Compare to active ingredients in Theraflu® Daytime Severe Cold & Cough*

**Daytime Relief**

NDC 59779-926-08

# Flu & Severe Cold

**ACETAMINOPHEN**
Pain reliever; Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**PHENYLEPHRINE HCl**
Nasal decongestant

**Relief of:**
Nasal congestion;
Cough; Fever; Body
ache; Sore throat;
Headache

**Cherry Flavor**
**Alcohol content 10%**
**For Ages 12 & Over**

## 8.3 FL OZ (245 mL)

---



TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Novartis Consumer Health, Inc., distributor of Theraflu® Daytime Severe Cold & Cough.

Failure to follow the drug facts warnings could result in serious consequences.

#455446



0  50428 37797  0

Distributed by: CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2015 CVS/pharmacy
CVS.com® 1-800-SHOP CVS

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**CVS Quality**
Money Back Guarantee

### Drug Facts

| Active ingredients (in each 30 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

► 

PEEL CORNER FOR MORE DRUG FACTS ◄

PLD-2264B  L8002803

---

### Drug Facts (continued)

**Uses**
- temporarily relieves these symptoms due to a cold
  - minor aches and pains    ■ headache
  - nasal congestion    ■ sore throat
  - cough due to minor throat and bronchial irritation
- temporarily reduces fever

### Warnings

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening    ■ blisters    ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure

► 

---

### Drug Facts (continued)

whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease    ■ heart disease    ■ thyroid disease
- diabetes    ■ high blood pressure
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur

► 

PEEL CORNER FOR MORE DRUG FACTS ◄

---

### Drug Facts (continued)

- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage.
In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- **do not take more than directed (see overdose warning)**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.    ■ mL = milliliter
- keep dosing cup with product
- adults and children 12 years and over
  - 30 mL every 4 hours
- children under 12 years of age: do not use

### Other information
- **each 30 mL contains:** sodium 16 mg
- store at 20-25°C (68-77°F). Do not refrigerate.

► 

---

### Drug Facts (continued)

**Inactive ingredients** acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST



## Drug Facts

**Active ingredients** (in each softgel) — **Purposes**

Acetaminophen 325 mg..............Pain reliever/Fever reducer
Dextromethorphan HBr 10 mg...............Cough suppressant
Guaifenesin 200 mg..................................Expectorant
Phenylephrine HCl 5 mg.......................Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms
  - headache ■ nasal congestion ■ sore throat
  - cough ■ minor aches and pains
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ diabetes ■ high blood pressure
- heart disease ■ thyroid disease
- trouble urinating due to an enlarged prostate gland
- a persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus) ►

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see **Overdose warning**)
- do not take more than 12 softgels in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- children under 12 years of age: do not use

**Other information**
- store between 20–25°C (68–77°F)
- avoid excessive heat
- swallow whole; do not crush, chew, or dissolve

**Inactive ingredients** FD&C red #40, FD&C yellow #6, gelatin, glycerin, mannitol, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide

**Questions or comments?**
Call **1-877-753-3935** Monday–Friday 9AM–5PM EST

†This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Cold, Flu & Sore Throat.

TAMPER EVIDENT: DO NOT USE IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.

♥ CVS Health.

**ACETAMINOPHEN** - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

MAXIMUM STRENGTH
**Cold, Flu & Sore Throat**

♥ **CVS** Health

Compare to the active ingredients in
Maximum Strength Mucinex® Fast-Max®
Cold, Flu & Sore Throat†

NDC 69842-969-16

### MAXIMUM STRENGTH
## Cold, Flu & Sore Throat

**ACETAMINOPHEN** - 325 mg - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - 10 mg - Cough suppressant
**GUAIFENESIN** - 200 mg - Expectorant
**PHENYLEPHRINE HCl** - 5 mg - Nasal decongestant

**Relieves:**
- Cough
- Nasal & chest congestion
- Headache & fever

**Thins & loosens mucus**

For Ages 12 Years & Over
Alcohol Free

Actual Size

**16 SOFTGELS**\*\*
(\*\*Liquid-filled capsules)

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16425

✔ CVS Quality
Money Back Guarantee

PLD-E589A
FC00815B

Lot No.:

Exp. Date:

## Nighttime Cold & Flu (continued)

**Drug Facts** (continued)

Ask a doctor or pharmacist before use if you are
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present ■ new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 softgels (Daytime and Nighttime) in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- children under 12 years of age: do not use
- when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information**
- swallow whole; do not crush, chew, or dissolve
- store between 15-30°C (59-86°F)   avoid excessive heat

**Inactive ingredients** D&C yellow #10, FD&C blue #1, gelatin, glycerin, mannitol*, polyethylene glycol, povidone, propylene glycol, purified water, shellac*, sodium hydroxide*, sorbitan, sorbitol, titanium dioxide
*contains one or more of these ingredients

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

---

## Daytime Severe Cold

**Drug Facts**

| **Active ingredients** (in each softgel) | **Purposes** |
|---|---|
| Acetaminophen 325 mg..... | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg.... | Cough suppressant |
| Guaifenesin 200 mg..... | Expectorant |
| Phenylephrine HCl 5 mg.... | Nasal decongestant |

**Uses**
- temporarily relieves these common cold and flu symptoms
  - headache ■ nasal congestion ■ sore throat
  - cough ■ minor aches and pains
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

---

## Daytime Severe Cold (continued)

**Drug Facts** (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 softgels (Daytime and Nighttime) in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- children under 12 years of age: do not use
- when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information**
- swallow whole; do not crush, chew, or dissolve
- store between 15-30°C (59-86°F)
- avoid excessive heat

**Inactive ingredients** FD&C red #40, FD&C yellow #6, gelatin, glycerin, mannitol*, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide
*may contain this ingredient

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

---



### DAY & NIGHT TWIN PACK

**♥ CVS Health®**

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Day Severe Cold and Maximum Strength Mucinex® Fast-Max® Night Cold & Flu*

NDC 69842-720-34

**MAXIMUM STRENGTH**
**Daytime**
**Severe Cold**

**ACETAMINOPHEN** - 325 mg
Pain reliever; fever reducer
**DEXTROMETHORPHAN HBr** - 10 mg
Cough suppressant
**GUAIFENESIN** - 200 mg
Expectorant
**PHENYLEPHRINE HCl** - 5 mg
Nasal decongestant

- Relieves aches, fever & sore throat
- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus

For Ages
12 Years & Older
Alcohol Free

Actual Size

**16 SOFTGELS**

**MAXIMUM STRENGTH**
**Nighttime**
**Cold & Flu**

**ACETAMINOPHEN** - 325 mg
Pain reliever; fever reducer
**DEXTROMETHORPHAN HBr** - 10 mg
Cough suppressant
**DOXYLAMINE SUCCINATE** - 6.25 mg
Antihistamine
**PHENYLEPHRINE HCl** - 5 mg
Nasal decongestant

- Relieves aches, fever & sore throat
- Controls cough
- Relieves nasal congestion
- Relieves runny nose & sneezing

For Ages
12 Years & Older
Alcohol Free

Actual Size

**8 SOFTGELS**

**24 TOTAL** (**Liquid-filled capsules)

#177184

**TAMPER EVIDENT: DO NOT USE IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING**

**KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.**

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com®   1-800-SHOP CVS   V-16426

**♥ CVS Quality**

**PARENTS®** FLO-842°C  FO85487

0 50428 54778 6

Lot No.:
Exp. Date:

---

## Nighttime Cold & Flu

**Drug Facts**

| **Active ingredients** (in each softgel) | **Purposes** |
|---|---|
| Acetaminophen 325 mg..... | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg.... | Cough suppressant |
| Doxylamine succinate 6.25 mg..... | Antihistamine |
| Phenylephrine HCl 5 mg.... | Nasal decongestant |

**Uses**
- temporarily relieves these common cold and flu symptoms
  - headache ■ minor aches and pains
  - sore throat ■ nasal congestion
  - runny nose and sneezing
- controls cough to help you get to sleep
- temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
- liver disease   ■ diabetes   ■ high blood pressure
- heart disease   ■ glaucoma   ■ thyroid disease
- trouble urinating due to an enlarged prostate gland
- a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

Maximum Strength Per 4-Hour Dose

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Mucinex® Sinus-Max® Pressure, Pain & Cough.

**Questions or comments?**
1-844-705-4361

## Drug Facts (continued)

## Drug Facts

**Active ingredients (in each caplet)** **Purpose**
Acetaminophen 325 mg .......... Pain reliever
Dextromethorphan HBr 10 mg ... Cough suppressant
Guaifenesin 200 mg .................. Expectorant
Phenylephrine HCl 5 mg .......... Nasal decongestant

**Uses**
- temporarily relieves:
  - nasal congestion and sinus pains
  - nasal congestion and pressure
  - promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- headache
- minor aches and pains
- cough

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 12 caplets in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- high blood pressure
- heart disease
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- are taking the blood thinning drug warfarin

**Ask a doctor or pharmacist before use if you**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- **do not take more than directed (see Overdose warning)**
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

## Other information
- store between 20-25°C (68-77°F) in a dry place
- retain outer carton for complete product information and warnings

**Inactive ingredients** colloidal silicon dioxide, croscarmellose sodium, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, stearic acid, talc, titanium dioxide

**Distributed by CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-36611

**CVS** Quality
Money Back Guarantee

**TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNITS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING**

#938776

MAXIMUM STRENGTH
# Mucus Relief Sinus Pressure, Pain & Cough

---

♥**CVS**Health®

Compare to the active ingredients in Mucinex® Sinus-Max® Pressure, Pain & Cough*

**MAXIMUM STRENGTH**

NDC 69842-796-02

# Mucus Relief Sinus Pressure, Pain & Cough

**ACETAMINOPHEN** - Pain reliever
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
- Headache
- Sinus pressure & congestion
- Cough

**Thins & loosens mucus**

**20** CAPLETS    Ages 12 Years & Over    Actual Size



Maximum Strength Per 4-Hour Dose

Severe Congestion & Pain.
distributor of Mucinex® Sinus-Max®
*This product is not manufactured or

Questions or comments?
1-844-705-4384

*Drug Facts* (continued)

## Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you** are taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or persistent headache

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions ■ do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years and older: take 2 caplets every 4 hours
- children under 12 years of age: do not use

## Other Information
- store between 20-25°C (68-77°F) in a dry place
- retain outer package for complete product information

**Inactive ingredients** colloidal silicon dioxide, croscarmellose sodium, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, stearic acid, talc, titanium dioxide

## Drug Facts

| Active Ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves: ■ headache
- nasal congestion ■ minor aches and pains
- sinus congestion and pressure
- promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 12 caplets in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ diabetes
- liver disease ■ heart disease
- high blood pressure ■ thyroid disease
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)

**Distributed by CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-36611

**CVS Quality**
Money Back Guarantee

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

#938777

F116702CVS_R0

0 50428 13235 1

---

MAXIMUM STRENGTH
## Mucus Relief Sinus
## Severe Congestion & Pain

---

❤CVSHealth.

Compare to the active ingredients in Mucinex® Sinus-Max® Severe Congestion & Pain*

**MAXIMUM STRENGTH**

NDC 69842-786-02

## Mucus Relief Sinus
## Severe Congestion & Pain

**ACETAMINOPHEN** - Pain reliever
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
- Sinus congestion
- Headache

**Thins & loosens mucus**

**20 CAPLETS**    Ages 12 Years & Over    Actual Size





**Drug Facts** (continued)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 5 days ■ redness or swelling is present ■ new symptoms occur ■ fever gets worse or lasts more than 3 days
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions** ■ this product does not contain directions or complete warnings for adult use
■ do not give more than directed (see Overdose warning)
■ do not give more than 5 doses in any 24-hour period
■ if needed, repeat dose every 4 hours while symptoms last
■ do not give more than 5 days unless directed by a doctor
■ measure only with dosing cup provided. Do not use any other dosing device. ■ mL = milliliter
■ dose as follows or as directed by a doctor
■ children 6 to under 12 years of age: 10 mL every 4 hours
■ children under 6 years of age: do not use

**Other information** ■ each 10 mL contains: sodium 5 mg ■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Children's Mucinex® Night Time Multi-Symptom Cold.

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING.**

**KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.**

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com® 1-800-SHOP CVS  V-13114

**CVS** Quality
Money Back Guarantee

---

**♥ CVS Health™**

Compare to the active ingredients in Children's Mucinex® Night Time Multi-Symptom Cold*

NDC 69842-506-04

**Children's**
**Multi-Symptom**
# Nighttime Cold

**ACETAMINOPHEN 325 mg**
Pain reliever/Fever reducer
**DIPHENHYDRAMINE HCl 12.5 mg**
Antihistamine/Cough suppressant
**PHENYLEPHRINE HCl 5 mg**
Nasal decongestant

**Relieves:**
Nasal congestion

**Reduces fever**
**Soothes cough & sore throat**

**Ages 6 to 11 Years**



**Mixed Berry Flavor**
**Dosage cup included**

Actual Bottle Size on Side Panel

**4 FL OZ (118 mL)**

Package Contains One Bottle

Actual Size

---

**Drug Facts**

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 12.5 mg | Antihistamine/Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
■ temporarily relieves these common cold and flu symptoms
■ minor aches and pains  ■ headache  ■ sore throat
■ sneezing  ■ runny nose
■ nasal congestion  ■ cough
■ controls cough to help your child get to sleep
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
■ with any other drug containing diphenhydramine even one used on the skin
■ If your child is allergic to acetaminophen or any of the inactive ingredients in this product
■ to make a child sleepy

**Ask a doctor before use if your child has**
■ liver disease  ■ heart disease  ■ high blood pressure
■ diabetes  ■ thyroid disease  ■ glaucoma
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if your child is**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product** ■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness ▶

---

#194343

0  50428 59990  7

PLD-A302C  FC935007

Lot No.:
Exp. Date:

**♥CVS Health.**

**Children's**
# Multi-Symptom Cold & Fever

**♥CVS Health.**

## Drug Facts

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

| Active ingredients (in each 10 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves common cold and flu symptoms:
■ minor aches and pains
■ sore throat  ■ headache  ■ stuffy nose
■ the intensity of coughing  ■ nasal congestion
■ cough due to minor throat and bronchial irritation
■ the impulse to cough to help your child get to sleep
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied by or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
■ If your child has ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if the child has**
■ liver disease  ■ high blood pressure
■ heart disease  ■ thyroid disease  ■ diabetes
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if your child is taking the blood thinning drug warfarin.**

▶

## Drug Facts (continued)
**When using this product** do not exceed recommended dosage.

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed
■ this product does not contain directions or complete warnings for adult use
■ do not give more than 5 doses in any 24-hour period
■ mL = milliliter
■ only use the dose cup provided
■ repeat dose every 4 hours while symptoms last
■ dose as follows or as directed by a doctor
■ children 6 to under 12 years: 10 mL in dosing cup provided
■ children under 6 years: do not use

### Other information
■ each 10 mL contains: sodium 5 mg
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

### Inactive ingredients anhydrous citric acid, FD&C blue #1, FD&C red #40, flavors, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sodium metabisulfite, sorbitol, sucralose

**Questions or comments?** 1-800-426-9391

**Distributed by:** CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com®
1-800-SHOP CVS
V-19849

✓ **CVS Quality**
Money Back Guarantee

**PARENTS:** Learn about teen medicine abuse at www.StopMedicineAbuse.org

50844     REV0123A07536



B-0231-075-36-H
REV0123A07536

**♥CVS Health.**

**Children's**
# Multi-Symptom Cold & Fever

**ACETAMINOPHEN**
Pain reliever/Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**GUAIFENESIN**
Expectorant

**PHENYLEPHRINE HCl**
Nasal decongestant

**ORAL SOLUTION**

**Relieves:**
Minor aches & pains, Fever, Cough, Nasal congestion, Chest congestion, Stuffy nose, Thins & loosens mucus

**Alcohol free**



**Mixed Berry Flavored Liquid**
**Ages 6 to 11 Years**

**4 FL OZ (118 mL)**

**TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING**



Package Contains One Bottle

Actual Size

#895140

0  50428 25958  0

No print/No varnish
Lot & Exp date



**MAXIMUM STRENGTH**

PHENYLEPHRINE HCl TABLETS - Nasal decongestant

**Nasal Decongestant PE**

Non-Drowsy

♥CVSHealth.

*The product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Sinus Congestion.

**Questions or comments?** 1-800-426-9391

**Inactive ingredients** croscarmellose sodium, dextrose monohydrate, dibasic calcium phosphate dihydrate, FD&C red #40, lecithin, magnesium stearate, maltodextrin, microcrystalline cellulose, silicon dioxide, sodium carboxymethylcellulose, sodium citrate dihydrate, titanium dioxide

**Other information**
■ see end flap for expiration date and lot number
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**

**Directions**
■ adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
■ children under 12 years: ask a doctor

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

If pregnant or breast-feeding, ask a health professional before use.

**Drug Facts** (continued)

50844   REV.0820A45323

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2021 CVS/pharmacy
CVS.com®   1-800-SHOP CVS   V-19849

♥ CVS Quality
Money Back Guarantee

TAMPER EVIDENT: DO NOT USE IF
PACKAGE IS OPENED OR IF BLISTER
UNIT IS TORN, BROKEN OR SHOWS
ANY SIGNS OF TAMPERING

B-0231-453-23-H
REV.0820A45323

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

**Drug Facts**

**Active ingredient (in each tablet)**
Phenylephrine HCl 10 mg

**Purpose**
Nasal decongestant

**Uses**
■ temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
■ temporarily relieves sinus congestion and pressure

**Warnings**
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease   ■ diabetes
■ high blood pressure
■ thyroid disease
■ difficulty in urination due to enlargement of the prostate gland

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ symptoms do not improve within 7 days or occur with fever
■ nervousness, dizziness, or sleeplessness occur

331010

0  50428 27285  5

NO PRINT / NO VARNISH AREA
LOT NO. & EXP DATE

♥CVSHealth.

**Non-Drowsy**
**Nasal Decongestant PE**
PHENYLEPHRINE HCl TABLETS - Nasal decongestant
**MAXIMUM STRENGTH**

♥CVSHealth.

Compare to the active ingredient in Sudafed PE® Sinus Congestion*

**Non-Drowsy**
# Nasal Decongestant PE
**PHENYLEPHRINE HCl TABLETS**
Nasal decongestant
**MAXIMUM STRENGTH**

**Relieves:**
• Sinus pressure
• Nasal congestion

**72 TABLETS 10 mg EACH**

Actual Size

**Drug Facts** (continued)
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.
**Directions**
■ do not give more than 6 doses in 24 hours unless directed by a doctor
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product ■ mL = milliliter
■ shake well before using

| Age | Dose |
| --- | --- |
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | do not use unless directed by a doctor |
| children under 4 years of age | do not use |

**Other information** ■ each 5 mL contains: sodium 3 mg
■ store between 20-25°C (68-77°F). Do not refrigerate. ■ protect from light
**Inactive ingredients** acesulfame potassium, citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate
**Questions or comments?**
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING.**

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-13114


**CVS** Quality
Money Back Guarantee

PLD B320E LB006843



♥**CVS**Health.

NDC 69842-379-04

**Children's**
**Nighttime**
**Cold & Cough**

**DIPHENHYDRAMINE HCl**
Antihistamine; Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
• Cough
• Runny, stuffy nose
• Itchy throat

**Alcohol free**
**For Ages 6 to 11 Years**    **Grape Flavor**

**4 FL OZ (118 mL)**

**Drug Facts**
**Active ingredients** (in each 5 mL)                **Purposes**
Diphenhydramine HCl 6.25 mg...................Antihistamine/Cough suppressant
Phenylephrine HCl 2.5 mg.........................................Nasal decongestant
**Uses** ■ temporarily relieves
■ sneezing ■ runny nose ■ itchy nose or throat
■ itchy, watery eyes due to hay fever ■ nasal and sinus congestion
■ cough due to minor throat and bronchial irritations as may occur with a cold
**Warnings**
**Do not use** ■ in a child under 4 years of age
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
■ with any other product containing diphenhydramine, even one used on skin
■ for the purpose of making your child sleepy
**Ask a doctor before use if the child has**         ■ heart disease
■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ chronic cough that lasts, or as occurs with asthma
■ a breathing problem such as chronic bronchitis
**Ask a doctor or pharmacist before use if the child is** taking sedatives or tranquilizers.
**When using this product** ■ **do not exceed recommended dosage**
■ marked drowsiness may occur ■ excitability may occur, especially in children
■ sedatives and tranquilizers may increase drowsiness
**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occurs ■ symptoms do not improve within 7 days or occur with a fever
■ cough persists for more than 7 days, comes back, or occurs with a fever, rash, or persistent headache. These could be signs of a serious condition. ▶



**❤CVS Health.**

Compare to the active ingredients in Theraflu® ExpressMax® Nighttime Severe Cold & Cough®

NDC 59779-693-08

**Severe Cold & Cough**

**ACETAMINOPHEN**
Pain reliever; Fever reducer

**DIPHENHYDRAMINE HCl**
Antihistamine; Cough suppressant

**PHENYLEPHRINE HCl**
Nasal decongestant

**Relief of:**
Nasal congestion; Runny nose; Cough; Fever; Body ache; Sore throat; Headache

**NIGHTTIME**

Berry Flavor
Alcohol content 10%
For Ages 12 & Over

8.3 FL OZ (245 mL)

PLD-C096B
L8006882

---

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.**

*This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® ExpressMax® Nighttime Severe Cold & Cough.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-13114

**#455443**



PLD-C096B
L8006885

0   50428 25333   5

---

### Drug Facts

| Active ingredients (in each 30 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg............Pain reliever/fever reducer | |
| Diphenhydramine HCl 25 mg......................Antihistamine/ Cough suppressant | |
| Phenylephrine HCl 10 mg....................Nasal decongestant ▶ | |

**PEEL CORNER FOR MORE DRUG FACTS ◀**

---

### Drug Facts (continued)

**Uses**
- temporarily relieves these symptoms due to a cold
  - minor aches and pains    ■ headache
  - sore throat    ■ runny nose    ■ sneezing
  - itchy, watery eyes due to hay fever
  - nasal and sinus congestion
  - itching of the nose or throat
  - cough due to minor throat and bronchial irritation
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▶

---

### Drug Facts (continued)

**Do not use** ■ to make a child sleepy
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other product containing diphenhydramine, even one used on the skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease    ■ glaucoma
- high blood pressure    ■ heart disease
- diabetes    ■ thyroid disease
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking**
- the blood thinning drug warfarin
- sedatives or tranquilizers ▶

**PEEL CORNER FOR MORE DRUG FACTS ◀**

---

### Drug Facts (continued)

**When using this product**
- do not exceed recommended dosage
- alcohol, sedatives, and tranquilizers may increase drowsiness    ■ avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery    ■ marked drowsiness may occur
- excitability may occur, especially in children

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, cough, or nasal congestion gets worse or lasts more than 7 days    ■ new symptoms occur
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

---

### Drug Facts (continued)

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses (180 mL) in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.    ■ mL = milliliter
- keep dosing cup with product
- adults and children 12 years and over
  - 30 mL every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 30 mL contains: potassium 10 mg
- each 30 mL contains: sodium 14 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** acesulfame potassium, alcohol, citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST



**♥CVS Health.**

Compare to the active ingredients in Vicks® NyQuil® Severe*
NDC 69842-800-40

## MAXIMUM STRENGTH
# Nighttime Severe

**ACETAMINOPHEN–**
Pain reliever; Fever reducer

**DEXTROMETHORPHAN HBr–**
Cough suppressant

**DOXYLAMINE SUCCINATE–**
Antihistamine

**PHENYLEPHRINE HCI–**
Nasal decongestant

**Relieves:**
Aches, Fever, Sore throat, Cough, Sneezing, Runny nose, Nasal & Sinus congestion, Sinus pressure

**COLD & FLU**

**Original Flavor**
**ALCOHOL 10%**

# 12 FL OZ (355 mL)

: 80940 17 F3

---



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING**
Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430

Equity & Replace Cap



PLASTIC BOTTLE | PLASTIC CUP

**100% money back guaranteed.**
CVS.com/returnpolicy

### Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ runny nose and sneezing ■ sore throat ■ cough to help you sleep ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical ◄ help right away.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 80940 17 B1

---

### Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease

SIVE AREA
NO VARNISH • NO TYPE

---

### Drug Facts (continued)

When using this product ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup

ADHESIVE AREA
NG • NO VARNISH • NO TYPE



■ high blood pressure    ■ thyroid disease    ■ diabetes    ■ glaucoma
■ cough that occurs with too much phlegm (mucus)    ■ a breathing problem such as emphysema or chronic bronchitis    ■ trouble urinating due to an enlarged prostate gland    ■ persistent or chronic cough as occurs with smoking, asthma, or emphysema    ■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**    ■ taking sedatives or tranquilizers    ■ taking the blood thinning drug warfarin

provided    ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 30 mL contains: sodium 44 mg ■ store at 20–25 °C (68–77 °F)

**Inactive ingredients** alcohol, anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C green #3, FD&C yellow #6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions?**
1-800-719-9260

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® NyQuil® Severe.



LOT:
EXP:

0 50428 36769 8

**12 SOFTGELS**

Actual Size

**Non-Drowsy**

## Severe Daytime
### COLD & FLU RELIEF

**ACETAMINOPHEN**
Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**GUAIFENESIN**
Expectorant
**PHENYLEPHRINE HCl**
Nasal decongestant

### MAXIMUM STRENGTH

**Relieves:**
Aches; Fever; Cough; Nasal
congestion; Sore throat;
Chest congestion

Alcohol free
Antihistamine
free

♥CVS
Health.

Compare to the
active ingredients in
Vicks® DayQuil®
Severe Cold & Flu*

**Non-Drowsy**
## Severe Daytime
COLD & FLU RELIEF

♥CVS
Health.

---

**12 SOFTGELS  24 TOTAL**

Actual Size

## Severe Nighttime
### COLD & FLU RELIEF

**ACETAMINOPHEN**
Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**DOXYLAMINE SUCCINATE**
Antihistamine
**PHENYLEPHRINE HCl**
Nasal decongestant

### MAXIMUM STRENGTH

**Relieves:**
Aches; Fever; Sore throat;
Cough; Sneezing; Runny
nose; Nasal/Sinus
congestion &
Sinus pressure

♥CVS
Health.

Compare to the
active ingredients in
Vicks® NyQuil®
Severe Cold & Flu*

## Severe Nighttime
COLD & FLU RELIEF

♥CVS
Health.

#9970808

---

THIS PRODUCT IS PACKAGED IN A CHILD-RESISTANT AND
TAMPER-EVIDENT PACKAGE. USE ONLY IF BLISTERS ARE INTACT.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

---

## DO NOT TAKE THESE PRODUCTS AT THE SAME TIME

### NIGHTTIME SEVERE COLD & FLU

## Drug Facts

**Active ingredients (in each softgel)          Purposes**
Acetaminophen 325 mg.............................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.....................Cough suppressant
Doxylamine succinate 6.25 mg......................Antihistamine
Phenylephrine HCl 5 mg...........................Nasal decongestant

**Uses** ■ temporarily relieves common cold/flu symptoms:
■ nasal congestion     ■ sinus congestion & pressure
■ cough due to minor throat & bronchial irritation
■ cough to help you sleep     ■ minor aches & pains     ■ headache
■ fever     ■ sore throat     ■ runny nose & sneezing
■ reduces swelling of nasal passages
■ temporarily restores freer breathing through the nose
■ promotes nasal and/or sinus drainage

**Warnings**
**Liver warning** This product contains acetaminophen. Severe liver
damage may occur if you take
■ more than 8 softgels in 24 hrs, which is the maximum daily
amount for this product
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert** Acetaminophen may cause severe skin reactions.
Symptoms may include:  ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning** If sore throat is severe, persists for more than 2
days, is accompanied or followed by fever, headache, rash, nausea,
or vomiting, consult a doctor promptly.

### DAYTIME SEVERE COLD & FLU

## Drug Facts

**Active ingredients (in each softgel)          Purposes**
Acetaminophen 325 mg.............................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.....................Cough suppressant
Guaifenesin 200 mg................................Expectorant
Phenylephrine HCl 5 mg...........................Nasal decongestant

**Uses** ■ temporarily relieves common cold/flu symptoms:
■ nasal congestion     ■ sinus congestion & pressure
■ cough due to minor throat & bronchial irritation
■ minor aches & pains     ■ headache
■ fever     ■ sore throat     ■ reduces swelling of nasal passages
■ temporarily restores freer breathing through the nose
■ promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to
rid the bronchial passageways of bothersome mucus and make
coughs more productive.

**Warnings**
**Liver warning** This product contains acetaminophen. Severe liver
damage may occur if you take
■ more than 8 softgels in 24 hrs, which is the maximum daily
amount for this product
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product  ▼

LIFT HERE

---

### NIGHTTIME SEVERE COLD & FLU

## Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or
nonprescription). If you are not sure whether a drug contains
acetaminophen ask a doctor or pharmacist.
■ If you are now taking a prescription monoamine oxidase inhibitor
(MAOI) (certain drugs for depression, psychiatric or emotional
conditions, or Parkinson's disease), or for 2 weeks after stopping
the MAOI drug. If you do not know if your prescription drug
contains an MAOI, ask a doctor or pharmacist before taking this
product.
■ to make a child sleep

Ask a doctor before use if you have

### DAYTIME SEVERE COLD & FLU

## Drug Facts (continued)

**Allergy alert** Acetaminophen may cause severe skin reactions.
Symptoms may include:  ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning** If sore throat is severe, persists for more than
2 days, is accompanied or followed by fever, headache, rash,
nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or
nonprescription). If you are not sure whether a drug contains
acetaminophen ask a doctor or pharmacist.
■ If you are now taking a prescription monoamine oxidase inhibitor
(MAOI) (certain drugs for depression, psychiatric or emotional

C050428367698

R3969

## NIGHTTIME SEVERE COLD & FLU

**Drug Facts** (continued)

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning** Taking more than directed can cause serious health problems. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed - see **Overdose warning**
- do not exceed 8 softgels per 24 hrs

| | |
|---|---|
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

**Other information**
- store at room temperature

**Inactive ingredients** D&C Yellow #10, FD&C Blue #1, gelatin, glycerin, polyethylene glycol 400, povidone K30, propylene glycol, purified water, shellac, sorbitol sorbitan, sodium hydroxide, titanium dioxide

## DAYTIME SEVERE COLD & FLU

**Drug Facts** (continued)

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning** Taking more than directed can cause serious health problems. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed - see **Overdose warning**
- do not exceed 8 softgels per 24 hrs

| | |
|---|---|
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

- **when using other Nighttime or Daytime products, carefully read each label to ensure correct dosing**

**Other information**
- store at room temperature

**Inactive ingredients** FD&C Red #40, FD&C Yellow # 6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, ▼

***This product is not manufactured or distributed by Procter & Gamble, owner of the registered trademarks Vicks® DayQuil® and NyQuil® Severe Cold & Flu.**

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
Made in India V-35249

CVS Quality Money Back Guarantee

**Drug Facts** (continued)

purified water, sorbitol sorbitan solution, titanium dioxide

**Questions or comments?**
Call toll free: 1-888-333-9792

For Allergy Plus Sinus Pain

Nasal decongestant

Pain reliever, Antihistamine &

**PHENYLEPHRINE HCI**

**ACETAMINOPHEN, DIPHENHYDRAMINE HCI**

# Severe Allergy & Sinus Headache

**MAXIMUM STRENGTH**

Caplets

♥**CVS**Health™

---

**ACETAMINOPHEN, DIPHENHYDRAMINE HCI, PHENYLEPHRINE HCI**

# Severe Allergy & Sinus Headache

**MAXIMUM STRENGTH**

Caplets

♥**CVS**Health™

B-0231-543-09-H
REV09185C5309

---

no print / no varnish area
- torno.&exp.date -

REV09185C5309

S9944

**CVS Quality**
Money Back Guarantee

Distributed by CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com®  1-800-SHOP CVS
V-188I5

PLEASE RECYCLE

---

| **Drug Facts** | KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION |
| --- | --- |

**Active ingredients (in each caplet)     Purpose**
Acetaminophen 325 mg ..................................... Pain reliever
Diphenhydramine HCl 25 mg ........................... Antihistamine
Phenylephrine HCl 5 mg ........................ Nasal decongestant

**Uses** ■ temporarily relieves these symptoms of hay fever or other upper respiratory allergies:  ■ headache
■ nasal congestion ■ sneezing    ■ runny nose
■ sinus congestion and pressure  ■ itchy, watery eyes
■ itching of the nose or throat    ■ minor aches and pains

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Drug Facts** (continued)
**Ask a doctor before use if you have**
■ glaucoma  ■ heart disease  ■ high blood pressure
■ difficulty in urination due to enlargement of the prostate gland
■ a breathing problem such as emphysema or chronic bronchitis  ■ liver disease  ■ thyroid disease  ■ diabetes
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers
**When using this product**
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ use caution when driving a motor vehicle or operating machinery  ■ avoid alcoholic beverages
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present  ■ new symptoms occur
If **pregnant** or **breast-feeding**, ask a health professional before use.
**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**  ■ do not take more than directed
■ adults and children 12 years and over
   ■ take 2 caplets every 4 hours
   ■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

**Other information**
■ see end flap for expiration date and lot number

---

#343025-PE

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS
OPENED OR IF BLISTER UNIT IS TORN, BROKEN
OR SHOWS ANY SIGNS OF TAMPERING

---

**Drug Facts** (continued)
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)

**Inactive ingredients** corn starch, croscarmellose ✦

**Drug Facts** (continued)
sodium, crospovidone, FD&C blue #1 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polydextrose, polyethylene glycol, povidone, silicon dioxide, stearic acid, titanium dioxide, triacetin

**Questions or comments?** 1-800-426-9391

& Pressure Relief of:

Sneezing, Runny nose, Sinus headache,
Sinus congestion, Sinus pain & pressure,
Itchy, watery eyes

**20 CAPLETS**
Capsule-Shaped Tablets

Actual Size



❤CVS
Health.

Compare to the active ingredients in Mucinex® Fast-Max® Severe Cold*

NDC 69842-823-30

**MAXIMUM STRENGTH**

# Severe Cold

**Acetaminophen** - Pain reliever, Fever reducer
**Dextromethorphan HBr** - Cough suppressant
**Guaifenesin** - Expectorant
**Phenylephrine HCl**
Nasal decongestant

## MULTI-SYMPTOM

Controls cough
Thins & loosens mucus
Relieves nasal & chest congestion
Relieves aches, fever & sore throat

**FOR AGES 12+**

## 6 FL OZ (180 mL)

: 7W830 17 F4

NO COPY AREA

NO COPY



Do not use if printed neckband is broken or missing.

## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

#548074

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430

**CVS**Quality
Money Back Guarantee

50428 36836

### Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 660 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ■ temporarily relieves these common cold and flu symptoms: ■ cough ■ nasal congestion ■ minor aches and pains ■ sore throat ■ headache ■ stuffy nose ■ sinus congestion and pressure ■ temporarily reduces fever ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop ◀ use and seek medical help right away.

**PEEL CORNER TO READ COMPLETE**
◀ **DRUG FACTS AND INFORMATION**

: 7W830 17 B3

### Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ diabetes ■ high blood pressure ■ thyroid disease ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if** ■ nervousness, dizziness or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition. ▶

### Drug Facts (continued)

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 5 doses in any 24-hour period ■ measure only with dosing cup provided ■ do not use dosing cup with other products ■ dose as follows or as directed by a doctor ■ adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours ■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: sodium 7 mg
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, triethyl citrate, xanthan gum

**Questions or comments?**
1-800-719-9260

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Mucinex® Fast-Max® Severe Cold.



♥ CVS Health.

Compare to the active ingredients in Theraflu® Multi-Symptom Severe Cold*

Severe

**Multi-Symptom**

NDC 69842-949-91

# Severe Cold

**ACETAMINOPHEN**
Pain reliever; Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
- Nasal congestion
- Sore throat pain
- Cough
- Headache
- Body ache
- Fever

Green Tea & Honey Lemon Flavors

**6 PACKETS**

♥ CVS Health.

Severe

**Multi-Symptom**

# Severe Cold

CVS Health™ Multi-Symptom Severe Cold provides complete relief of your severe cold symptoms in a soothing hot liquid formula.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

---

**DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED**

## Drug Facts

| Active ingredients (in each packet) | Purposes |
|---|---|
| Acetaminophen 500 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
- temporarily relieves these symptoms due to a cold:
  - minor aches and pains
  - minor sore throat pain
  - headache
  - nasal and sinus congestion
  - cough due to minor throat and bronchial irritation
- temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ in a child under 12 years of age
- **if you have** ever had an allergic reaction to this product or any of its ingredients
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease    ■ heart disease    ■ high blood pressure    ■ thyroid disease    ■ diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

**When using this product do not exceed recommended dosage**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occurs
- fever gets worse or lasts more than 3 days
- redness or swelling is present    ■ new symptoms occur
- pain, cough or nasal congestion gets worse or lasts more than 7 days
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## Drug Facts (continued)

**Directions** ■ do not use more than directed (see overdose warning)
- take every 4 hours, while symptoms persist. Do not take more than 6 packets in 24 hours unless directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

- dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
- if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

**Other information**
- each packet contains: potassium 10 mg and sodium 25 mg
- phenylketonurics: contains phenylalanine 22 mg per packet
- store at 20-25°C (68-77°F). Protect product from heat and moisture.

**Inactive ingredients** acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

**Questions or comments?**
1-866-716-4060

*This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® Multi-Symptom Severe Cold.

**Distributed by:**
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
Made in Mexico    V-16430

**CVS® Quality**
Money Back Guarantee

---

**OPEN OTHER END**
#633103

0 50428 34590 0

LOT NO.

EXP.

CONVENIENT RECLOSING TAB

## Drug Facts (continued)

**Inactive ingredients** corn starch, crospovidone, D&C yellow #10 aluminum lake, flavor, magnesium stearate, maltodextrin, microcrystalline

## Drug Facts (continued)

■ store at 25°C (77°F), excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

---

## Other Information
■ each caplet contains: sodium 3 mg
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN

## Directions
■ do not take more than directed
■ adults and children 12 years and over
■ take 2 caplets every 4 hours
■ swallow whole - do not crush, chew, or dissolve
■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

## Ask a doctor before use if you have
■ liver disease ■ heart disease ■ thyroid disease ■ diabetes ■ high blood pressure
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

## Ask a doctor or pharmacist before use if you are
■ taking the blood thinning drug warfarin

## When using this product
■ do not exceed recommended dosage.

## Stop use and ask a doctor if
■ new symptoms occur
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
■ redness or swelling is present

## If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

---

## Drug Facts (continued)

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

---

## Drug Facts (continued)

## Uses
■ temporarily relieves these common cold and flu symptoms:
■ headache ■ cough ■ nasal congestion ■ sore throat
■ minor aches and pains
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive ■ temporarily reduces fever

## Drug Facts (continued)

Questions or comments? 1-800-426-9391

---

## Drug Facts
### KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/Fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

---

PARENTS: Learn about teen medicine abuse. www.StopMedicineAbuse.org

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER IS TORN, BROKEN OR ANY SIGNS OF TAMPERING

*This product is not manufactured or distributed by McNeil Consumer Healthcare, Corporation, owner of the registered trademark Tylenol® COLD + FLU SEVERE.

SC5044 REV0022503008

#970306

0 50428 29734 5

B-0231-500A-BSSCFH
REV0022503008

Distributed by CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2021 CVS/pharmacy CVS.com® 1-800-SHOP-CVS 5944

CVS Quality

No print/No varnish
Lot & Exp date

---



# ♥CVSHealth®

Compare to the active ingredients in
Tylenol® COLD + FLU SEVERE*

**Daytime**

## Non-Drowsy

# Severe Cold & Flu Relief

**ACETAMINOPHEN** - Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
Fever, Headache,
Sore throat, Nasal congestion,
Cough, Mucus & Chest congestion

**24** CAPLETS

Actual Size



## Drug Facts

**Active ingredients** (in each softgel) — **Purposes**

Acetaminophen 325 mg .......... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ..... Cough suppressant
Guaifenesin 200 mg ............. Expectorant
Phenylephrine HCl 5 mg ......... Nasal decongestant

### Uses
■ temporarily relieves these common cold and flu symptoms
  ■ headache   ■ nasal congestion   ■ sore throat
  ■ cough      ■ minor aches and pains
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease        ■ diabetes        ■ high blood pressure
■ heart disease        ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ a persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

---

## Drug Facts (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 12 softgels in any 24-hour period
■ adults and children 12 years of age and older: take 2 softgels every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store between 20-25°C (68-77°F)
■ avoid excessive heat
■ swallow whole; do not crush, chew, or dissolve

### Inactive ingredients
FD&C red #40, FD&C yellow #6, gelatin, glycerin, mannitol, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide

### Questions or comments?
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Severe Cold Liquid Gels.

**TAMPER EVIDENT: DO NOT USE IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.**

**KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.**

---

**MAXIMUM STRENGTH Severe Cold**

**♥CVS Health.**

---

**♥ CVS Health.™**

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Severe Cold Liquid Gels**

NDC 69842-905-16

# MAXIMUM STRENGTH
# Severe Cold

**Acetaminophen** - Pain reliever, Fever reducer
**Dextromethorphan HBr** - Cough suppressant
**Guaifenesin** - Expectorant
**Phenylephrine HCl**
Nasal decongestant

## MULTI-SYMPTOM

Controls cough
Thins & loosens mucus
Relieves nasal & chest congestion
Relieves aches, fever & sore throat



**FOR AGES 12+**
Alcohol Free

Actual Size

**16 SOFTGELS†** (†Liquid-filled capsules)

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com®
1-800-SHOP CVS   V-16425

**#425164**







**♥CVS Quality**
Money Back Guarantee

PLD-D588A   FC006658

Lot No.:

Exp. Date:

## Drug Facts

**Active ingredients** (in each softgel) — **Purposes**

Acetaminophen 325 mg............ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.............. Cough suppressant
Guaifenesin 200 mg........................................ Expectorant
Phenylephrine HCl 5 mg ...................... Nasal decongestant

**Uses**
- temporarily relieves these common cold and flu symptoms
  - headache  ■ nasal congestion  ■ sore throat
  - cough              ■ minor aches and pains
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease  ■ diabetes  ■ high blood pressure
- heart disease  ■ thyroid disease
- trouble urinating due to an enlarged prostate gland
- a persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus) ▶

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 softgels in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- children under 12 years of age: do not use

**Other information**
- store between 15-30℃ (59-86℉)
- avoid excessive heat
- swallow whole; do not crush, chew, or dissolve

**Inactive ingredients** FD&C red #40, FD&C yellow #6, gelatin, glycerin, mannitol*, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide
*may contain this ingredient

**Questions or comments?**
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST

†This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Day Severe Cold.

TAMPER EVIDENT: DO NOT USE IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.

---

♥ **CVS Health**™

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Day Severe Cold†
NDC 69842-837-16

# Severe Cold

**ACETAMINOPHEN** - Pain reliever, Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

## MAXIMUM STRENGTH

**Multi-Symptom**
- Relieves aches, fever & sore throat
- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus

**For Ages 12 Years & Older**
**Alcohol Free**



Actual Size

**16** SOFTGELS**
(**Liquid-filled capsules)

♥ **CVS Health**. **Severe Cold** MAXIMUM STRENGTH

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com®
1-800-SHOP CVS  V-16425



✔ **CVS**'Quality
Money Back Guarantee

#425164



PARENTS:
Learn about how alcohol abuse
www.StopMedicineAbuse.org

0  50428 59968  6

PLD-B419C  FC005486

Lot No.:

Exp. Date:



**CVS Health**

Multi-Symptom

# Severe Congestion & Cough

**50% MORE** TABLETS THAN THE NATIONAL BRAND†

**CVS Health**

Compare to the active ingredients in Maximum Strength Mucinex® FAST-MAX® Severe Congestion & Cough*

Multi-Symptom

# Severe Congestion & Cough

**DEXTROMETHORPHAN HBr**
Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl**
Nasal decongestant
**MAXIMUM STRENGTH**

Relieves:
Nasal & chest congestion
Controls cough
Thins & loosens mucus

For Ages 12+

Actual Size

**30 COATED CAPLETS**

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Distributed by:
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com®
1-800-SHOP CVS
V-19849

100% money back guaranteed.
CVS.com/returnpolicy

---

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

## Drug Facts

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves:
■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants  ■ the intensity of coughing  ■ nasal congestion due to a cold  ■ the impulse to cough to help you get to sleep
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ high blood pressure  ■ heart disease  ■ diabetes  ■ difficulty in urination due to enlargement of the prostate gland  ■ thyroid disease  ■ cough that occurs with too much phlegm (mucus)  ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
■ **do not take more than directed**
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ children under 12 years: do not use

### Other information
■ each caplet contains: sodium 3 mg
■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

---

**Drug Facts (continued)**

**Inactive ingredients** corn starch, FD&C blue #2 aluminum lake, FD&C red #40 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Questions or comments?** 1-800-425-9591

---

**TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING**

*This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Maximum Strength Mucinex® FAST-MAX® Severe Congestion & Cough.

†50% more tablets than Maximum Strength Mucinex® FAST-MAX® Severe Congestion & Cough 20 count package.

how2recycle.info
PAPER MULTI-LAYER BOX TRAY

**CVS Health**

---

B-0231-648-01-H
REV0423D64801

#972449

FPO 80%
UPC# 050428393789
X  XXXXXX XXXXXX  X

No print/No varnish Area
Lot & Expiry date

50844    REV0423D64801



**CVS Health**

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

Compare to the active ingredients in Maximum Strength Mucinex® FAST-MAX® Day Time Severe Congestion & Cough and Night Time Cold & Flu*

**CVS Health.**

**MAXIMUM STRENGTH Daytime**

**Severe Congestion & Cough**

DEXTROMETHORPHAN HBr · Cough suppressant
GUAIFENESIN · Expectorant
PHENYLEPHRINE HCl · Nasal decongestant

**Multi-Symptom:**
- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus

**20 CAPLETS**     Actual Size

**MAXIMUM STRENGTH Nighttime**

**Cold & Flu**

ACETAMINOPHEN · Pain reliever, Fever reducer
DIPHENHYDRAMINE HCl · Antihistamine/Cough suppressant
PHENYLEPHRINE HCl · Nasal decongestant

**Relieves:**
- Aches, fever & sore throat
- Cough
- Runny nose & sneezing
- Nasal congestion

**10 CAPLETS**     Actual Size
Total **30 CAPLETS**

C-0231-648694-01H
50644     REV10213B64869401.

---

*This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Maximum Strength Mucinex® FAST-MAX® Day Time Severe Congestion & Cough and Night Time Cold & Flu.
50644     REV10213B64869401

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-19849

**CVS Quality** Money Back Guarantee

PARENTS:

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

#551247

NO VARNISH OR PRINTING
LOT # & EXP. DATE AREA

**Drug Facts**

**Active ingredients (in each caplet)** — **Purpose**
**(Daytime Severe Congestion & Cough)**
Dextromethorphan HBr 10 mg .......... Cough suppressant
Guaifenesin 200 mg .......... Expectorant
Phenylephrine HCl 5 mg .......... Nasal decongestant

**Active ingredients (in each caplet)** — **Purpose**
**(Nighttime Cold & Flu)**
Acetaminophen 325 mg .......... Pain reliever/fever reducer
Diphenhydramine HCl 12.5 mg .......... Antihistamine/cough suppressant
Phenylephrine HCl 5 mg .......... Nasal decongestant

**Uses (Daytime only)**
■ temporarily relieves:
■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
■ nasal congestion due to a cold
■ the intensity of coughing
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Uses (Nighttime only)**
■ temporarily relieves these common cold and flu symptoms:
■ headache  ■ sore throat  ■ nasal congestion
■ runny nose and sneezing  ■ cough
■ minor aches and pains
■ temporarily reduces fever
■ controls cough to help you get to sleep

PEEL CORNER TO READ COMPLETE DRUG FACTS ▲

---



**Drug Facts (continued)**

**Warnings**
**(Nighttime only)**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take  ■ with other drugs containing acetaminophen
■ more than 4,000 mg of acetaminophen in 24 hours
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:  ■ blisters  ■ rash  ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. **(Nighttime only)**
■ if you have ever had an allergic reaction to this product or any of its ingredients **(Nighttime only)**
■ with any other product containing diphenhydramine, even one used on skin **(Nighttime only)**

**Ask a doctor before use if you have**
■ heart disease  ■ diabetes  ■ thyroid disease
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema  ■ high blood pressure

**Drug Facts (continued)**

■ difficulty in urination due to enlargement of the prostate gland
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem such as emphysema or chronic bronchitis **(Nighttime only)**
■ glaucoma **(Nighttime only)**
■ liver disease **(Nighttime only)**

**Ask a doctor or pharmacist before use if you are (Nighttime only)**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ **do not exceed recommended dosage**
■ excitability may occur, especially in children **(Nighttime only)**
■ alcohol, sedatives, and tranquilizers may increase drowsiness **(Nighttime only)**
■ use caution when driving a motor vehicle or operating machinery **(Nighttime only)**
■ avoid alcoholic beverages **(Nighttime only)**
■ marked drowsiness may occur **(Nighttime only)**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever **(Daytime only)**
■ redness or swelling is present **(Nighttime only)**
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days **(Nighttime only)**
■ new symptoms occur **(Nighttime only)**
■ fever gets worse or lasts more than 3 days **(Nighttime only)**
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Drug Facts (continued)**

■ If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.
**Do not take DAYTIME and NIGHTTIME products at the same time.**

**Directions**
■ do not take more than directed
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ children under 12 years: do not use

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 20°C (77°F); excursions permitted between 15°-30C (59F-86F)
■ see by expiration date on package

**Inactive ingredients (Daytime only)** corn starch, FD&C blue #2 aluminum lake, FD&C red #40 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Inactive ingredients (Nighttime only)** corn starch, croscarmellose sodium, crospovidone, FD&C blue #1 aluminum lake, FD&C blue #2 aluminum lake, iron oxide yellow, magnesium stearate, methacrylic acid and ethyl acrylate copolymer, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium bicarbonate, stearic acid, talc, titanium dioxide

**Drug Facts (continued)**
Questions or comments? 1-800-426-9391

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com®  1-800-SHOP CVS
V-19849

**CVS Quality** Money Back Guarantee

Do not take the
**Daytime** and **Nighttime**
caplets at the same time.

50644
REV1021864869401
R-0231-648694-01DF



CONVENIENT RECLOSING TAB

Severe

♥CVS Health.

Compare to the active ingredients in TheraFlu® Daytime Severe Cold & Cough®

♥CVS Health.

Compare to the active ingredients in TheraFlu® Daytime Severe Cold & Cough®

Severe

DAYTIME

NDC 59779-512-91

Severe Cough & Cold

ACETAMINOPHEN
Pain reliever; Fever reducer

DEXTROMETHORPHAN HBr
Cough suppressant

PHENYLEPHRINE HCl
Nasal decongestant

Relieves:
• Nasal & sinus congestion
• Cough
• Body ache
• Sore throat pain
• Headache
• Fever

Berry Infused with Menthol Flavor

6 PACKETS

DAYTIME

Severe Cough & Cold

CVS Health™ Severe Cough & Cold Daytime provides complete relief of your cough and severe cold symptoms. This soothing hot liquid formula is alcohol free and tastes great.
For nighttime relief, try Nighttime Severe Cough & Cold.

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED

**Drug Facts**

| Active ingredients (in each packet) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ■ temporarily relieves these symptoms due to a cold:
■ minor aches and pains    ■ minor sore throat pain
■ headache                 ■ nasal and sinus congestion
■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
It a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ in a child under 12 years of age
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**
■ liver disease      ■ heart disease    ■ high blood pressure    ■ thyroid disease    ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ persistent cough as occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema
■ a sodium-restricted diet
**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin
**When using this product do not exceed recommended dosage**
**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occurs
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present    ■ new symptoms occur
■ pain, cough or nasal congestion gets worse or lasts more than 7 days
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.    ▶

**Drug Facts** (continued)

**Directions**  ■ do not use more than directed (see overdose warning)
■ take every 4 hours, while symptoms persist. Do not take more than 5 packets in 24 hours unless directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
■ if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

**Other information**
■ each packet contains: potassium 2 mg and sodium 42 mg
■ phenylketonurics: contains phenylalanine 17 mg per packet
■ store at 20-25°C (68-77°F). Protect product from heat and moisture.

**Inactive ingredients** acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, FD&C blue #1, FD&C red #40, flavor, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

**Questions or comments?**
1-800-719-9260

*This product is not manufactured or distributed by Novartis Consumer Health, Inc., distributor of TheraFlu® Daytime Severe Cold & Cough.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2017 CVS/pharmacy
CVS.com®  1-800-SHOP CVS
Made in Mexico
V-16430

CVS Quality
Money Back Guarantee

0   50428 55010   2

OPEN OTHER END

09091 17 C4

M9-16430

09091 17 C4



## CVS Health

Compare to the active ingredients in Theraflu® Nighttime Severe Cold & Cough*

**Severe**

NDC 59779-760-91

### NIGHTTIME

# Severe Cough & Cold

**ACETAMINOPHEN**
Pain reliever; Fever reducer

**DIPHENHYDRAMINE HCl**
Antihistamine; Cough suppressant

**PHENYLEPHRINE HCl**
Nasal decongestant

Relieves:
- Nasal congestion
- Cough
- Runny nose
- Sneezing
- Body ache
- Sore throat pain
- Headache / fever

Honey Lemon
Infused with
White Tea Flavors

**6 PACKETS**

---

## CVS Health

### NIGHTTIME

# Severe Cough & Cold

CVS Health™ Severe Cough & Cold Nighttime provides complete relief of your cough and severe cold symptoms. This soothing hot liquid formula is alcohol free and tastes great.

**For daytime relief, try Daytime Severe Cough & Cold.**

*This product is not manufactured or distributed by Novartis Consumer Health, Inc., distributor of Theraflu® Nighttime Severe Cold & Cough.

---

**DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED**

## Drug Facts

**Active ingredients (in each packet)** — **Purposes**

Acetaminophen 650 mg..............................................Pain reliever/fever reducer
Diphenhydramine HCl 25 mg..............................Antihistamine/cough suppressant
Phenylephrine HCl 10 mg............................................Nasal decongestant

**Uses** ■ temporarily relieves these symptoms due to a cold:
■ minor aches and pains   ■ minor sore throat pain   ■ headache
■ nasal and sinus congestion   ■ runny nose   ■ sneezing
■ itchy nose or throat   ■ itchy, watery eyes due to hay fever
■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ in a child under 12 years of age
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ high blood pressure   ■ thyroid disease   ■ liver disease   ■ heart disease
■ trouble urinating due to an enlarged prostate gland   ■ diabetes   ■ glaucoma
■ a breathing problem such as emphysema or chronic bronchitis
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers
■ taking the blood thinning drug warfarin

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occurs
■ redness or swelling is present   ■ fever gets worse or lasts more than 3 days
■ pain, cough or nasal congestion gets worse or lasts more than 7 days   ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

---

## Drug Facts (continued)

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.** Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not use more than directed (see overdose warning)
■ take every 4 hours, while symptoms persist. Do not take more than 5 packets in 24 hours unless directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 8 oz. hot water: sip while hot. Consume entire drink within 10-15 minutes.
■ if using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

**Other information**
■ each packet contains: potassium 10 mg and sodium 25 mg
■ phenylketonurics: contains phenylalanine 13 mg per packet
■ store at 20-25°C (68-77°F). Protect product from heat and moisture.

**Inactive ingredients** acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

**Questions or comments?**
1-800-719-9260

Distributed by CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2017 CVS/pharmacy
CVS.com®  1-800-SHOP-CVS
Made in Mexico
V 10 420

CVS Quality
Money Back Guarantee

---

**OPEN OTHER END**

0  50428 37990  5

CODE AREA

00491 17 C4

---

Convenient Reclosing Tab

CVS Health.

Save 0

Compare to the active ingredients in
Theraflu® Nighttime Severe Cold & Cough*



**CVS Health.**

Compare to the active ingredients in Mucinex® Fast-Max® Severe Congestion & Cough*

# Severe Cough & Congestion

**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**MAXIMUM STRENGTH**

**Multi-Symptom**
• Relieves nasal & chest congestion
• Controls cough
• Thins & loosens mucus

**For Ages 12 & Over**

Alcohol Free

**6 FL OZ (177 mL)**

F-004-45
REV B

---



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**PEEL OPEN TAB TO READ COMPLETE DRUG FACTS AND INFORMATION**

B-004-45 REV B

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy CVS.com®
1-800-SHOP CVS   V-19849

#895137

FPO 80%
UPC# 050428403044

X XXXXXX XXXXXX X

TAMPER EVIDENT: DO NOT USE IF IMPRINTED
SAFETY SEAL UNDER CAP IS BROKEN OR MISSING

### Drug Facts

| Active ingredients (in each 20 mL) | Purpose |
|---|---|
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ temporarily relieves:
■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
■ the intensity of coughing

No Print / No Varnish Area
Lot # and Exp. Info

---

### Drug Facts (continued)

■ the impulse to cough to help you get to sleep
■ nasal congestion due to a cold

**Warnings**
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease          ■ diabetes
■ high blood pressure    ■ thyroid disease
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema
■ cough that occurs with too much phlegm (mucus)

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

▶

HINGE

---

HINGE

### Drug Facts (continued)

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
■ do not take more than directed
■ do not take more than 6 doses in any 24-hour period
■ mL = milliliter; FL OZ = fluid ounce
■ only use the dose cup provided
■ adults and children 12 years and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years: do not use

**Other information**
■ each 20 mL contains: sodium 10 mg
■ use by expiration date on package
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)

**Inactive ingredients** anhydrous citric acid, FD&C blue #1, FD&C red #40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sodium metabisulfite, sorbitol, sucralose, xanthan gum

**Questions or comments?**
1-800-426-9391

*This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Mucinex® Fast-Max® Severe Congestion & Cough.  50844      REV0121B00445



### CVS Health.

Compare to the active ingredients in Vicks® DayQuil® Severe*

NDC 59779-603-40

**Non-Drowsy**

# Daytime Severe

**ACETAMINOPHEN-**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr-**
Cough suppressant
**GUAIFENESIN-**
Expectorant
**PHENYLEPHRINE HCl-**
Nasal decongestant

Relieves:
Aches, Fever, Sore throat,
Cough, Chest congestion,
Nasal congestion

**COLD & FLU**

**ALCOHOL &
ANTIHISTAMINE FREE**

**12 FL OZ (355 mL)**

: 60340 17 F4



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**DO NOT USE IF PRINTED NECKBAND IS BROKEN
OR MISSING**
Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy  CVS.com®
1-800-BMCP CVS  V-16430

100% money back
guaranteed.
CVS.com/rxtampolicy

## Drug Facts

**Active ingredients**
(in each 15 mL)                      **Purpose**

Acetaminophen                        Pain reliever/
325 mg                               fever reducer
Dextromethorphan HBr
10 mg ..........................Cough suppressant
Guaifenesin 200 mg.................Expectorant
Phenylephrine HCl 5 mg...Nasal decongestant

**Uses** temporarily relieves common cold/flu
symptoms:  ■ sinus congestion and pressure
■ nasal congestion  ■ minor aches and
pains  ■ headache  ■ sore throat
■ fever  ■ cough due to minor throat and
bronchial irritation  ■ reduces swelling of
nasal passages  ■ promotes nasal and/or sinus drainage
■ temporarily restores freer breathing through the nose
■ helps loosen phlegm (mucus) and thin bronchial secretions
to rid the bronchial passageways of bothersome mucus and
make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if  ■ adult takes more than
4,000 mg of acetaminophen in 24 hours  ■ child takes
more than 5 doses in 24 hours  ■ taken with other drugs
containing acetaminophen  ■ adult has 3 or more alcoholic
drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs,
stop use and seek medical
help right away.

**PEEL BACK AT
CORNER FOR MORE
INFORMATION**

: 60340 17 81



## Drug Facts
(continued)

**Sore throat warning:** If sore throat
is severe, persists for more than 7 days
is accompanied or followed by fever,
headache, rash, nausea, or vomiting,
consult a doctor promptly.

**Do not use**  ■ with any other drug
containing acetaminophen (prescription
or nonprescription). If you are not sure
whether a drug contains acetaminophen,
ask a doctor or pharmacist.
■ if you are now taking a prescription
monoamine oxidase inhibitor (MAOI)
(certain drug for depression,
psychiatric, or emotional conditions, or
Parkinson's disease), or for 2 weeks
after stopping the MAOI drug. If you do
not know if your prescription drug
contains an MAOI, ask a doctor or
pharmacist before taking this product.
■ if you have ever had an allergic
reaction to this product or any of its
ingredients

**Ask a doctor before use if you have**
■ liver disease  ■ heart disease
■ high blood pressure
■ thyroid disease  ■ diabetes
■ cough that occurs with too much
phlegm (mucus)
■ trouble urinating due to an
enlarged prostate gland
■ persistent or chronic cough such
as occurs with smoking, asthma,
chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug
warfarin**

## Drug Facts
(continued)

**When using this product do not use
more than directed**

Stop use and ask a doctor if  ■ you get nervous,
dizzy or sleepless  ■ pain, nasal congestion, or cough
gets worse or lasts more than 5 days (children) or
7 days (adults)  ■ fever gets worse or lasts more than
3 days  ■ redness or swelling is present  ■ new
symptoms occur  ■ cough comes back or occurs
with rash or headache that lasts. These could be signs
of a serious condition.

If pregnant or breast-feeding, ask a health
professional before use.
**Keep out of reach of children. Overdose warning:**
In case of overdose, get medical help or contact a
Poison Control Center right away (1-800-222-1222).
Quick medical attention is critical for adults as well
as for children even if you do not notice any signs or
symptoms.

**Directions**  ■ take only as directed – see
Overdose warning  ■ only use the dose cup
provided  ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| **adults & children
12 yrs & over** | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**  ■ each 15 mL contains:
sodium 6 mg  ■ store at 20-25°C (68-77°F).
Do not refrigerate.

**Inactive ingredients**
butylated hydroxytoluene, edetate disodium,
FD&C yellow #6, flavor, glycerin, menthol,
monobasic sodium phosphate, polyethylene
glycol, propylene glycol, purified water,
saccharin sodium, sucrose, xanthan gum

**Questions?**
1-800-719-6260

*This product is not
manufactured or distributed
by Procter & Gamble,
distributor of Vicks®
DayQuil® Severe.



**Do not use if printed neckband is broken or missing**

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® NyQuil® Severe.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430

**CVS** Quality
Money Back Guarantee

#954407

0 50428 25913 9

: 76334 17 FS

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Compare to the active ingredients
in Vicks® NyQuil® Severe*

**CVS** Health

**Severe**

NDC 59779-763-34

# Nighttime
## COLD & FLU RELIEF

**ACETAMINOPHEN** - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**DOXYLAMINE SUCCINATE** - Antihistamine
**PHENYLEPHRINE HCl** - Nasal decongestant

## MAXIMUM STRENGTH

**Relieves:**
Aches; Fever; Sore throat;
Cough; Sneezing; Runny nose;
Nasal/sinus congestion
& sinus pressure

Berry Flavor
Alcohol free

**8 FL OZ (237 mL)**

### Drug Facts

| **Active ingredients** (in each 30 mL) | **Purpose** |
|---|---|
| Acetaminophen 650 mg..........Pain reliever/fever reducer | |
| Dextromethorphan HBr 20 mg...........Cough suppressant | |
| Doxylamine succinate 12.5 mg.................Antihistamine | |
| Phenylephrine HCl 10 mg................Nasal decongestant | |

**Uses** temporarily relieves common cold/flu symptoms:
- sinus congestion and pressure
- nasal congestion
- minor aches and pains
- headache
- runny nose and sneezing
- sore throat
- cough to help you sleep
- fever
- cough due to minor throat and bronchial irritation
- reduces swelling of nasal passages
- promotes nasal and/or sinus drainage
- temporarily restores freer breathing through the nose

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.

**PEEL BACK AT CORNER FOR MORE INFORMATION ➡**

---

### Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
- taking sedatives or tranquilizers
- taking the blood thinning drug warfarin

**When using this product**
- excitability may occur, especially in children
- do not use more than directed
- marked drowsiness may occur
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

### Drug Facts (continued)

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- each 30 mL contains: sodium 41 mg
- store at 20-25°C (68-77°F)

### Inactive ingredients
anhydrous citric acid, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

### Questions or comments? 1-800-719-9260

# TWIN PACK

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

*These products are not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Severe and Vicks® NyQuil® Severe.*

**♥CVS** Health.™

Compare to the active ingredients in Vicks® DayQuil® Severe*

**Severe**

**♥CVS** Health.™

Compare to the active ingredients in Vicks® NyQuil® Severe*

**Severe**

NDC 59779-597-02

## Non-Drowsy
## Daytime
### COLD & FLU RELIEF

**ACETAMINOPHEN –** Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr -** Cough suppressant
**GUAIFENESIN -** Expectorant
**PHENYLEPHRINE HCl -** Nasal decongestant

### MAXIMUM STRENGTH

**Relieves:**
Aches; Fever; Cough;
Nasal congestion;
Sore throat;
Chest congestion

**Alcohol free
Antihistamine free**

TWO 12 FL OZ (355 mL) UNITS

## Nighttime
### COLD & FLU RELIEF

**ACETAMINOPHEN –** Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr -** Cough suppressant
**DOXYLAMINE SUCCINATE -** Antihistamine
**PHENYLEPHRINE HCl -** Nasal decongestant

### MAXIMUM STRENGTH

**Relieves:**
Aches; Fever; Sore throat;
Cough; Sneezing;
Runny nose; Nasal/sinus
congestion &
Sinus pressure



**Berry Flavor
Alcohol free**

TOTAL 24 FL OZ (1.5 PT) (710 mL)

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430
**DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING**

**♥CVS** Quality
Money Back Guarantee

*Drug Facts* (continued)
**Inactive ingredients** anhydrous citric acid, acetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

*Questions or comments?* 1-800-719-9260

*Drug Facts* (continued)
**Inactive ingredients** butylated hydroxytoluene, edetate disodium, FD&C yellow #6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, purified water, saccharin sodium, sodium benzoate, sodium citrate, sorbitol solution, sucralose, xanthan gum

*Questions or comments?* 1-800-719-9260



**Nighttime Severe Cold & Flu**

### Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ minor aches and pains ■ headache ■ sore throat ■ runny nose and sneezing ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem such as emphysema or chronic bronchitis ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ a sodium restricted diet

**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product** ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be a sign of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed - see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 30 mL contains: sodium 41 mg ■ store at 20-25°C (68-77°F)

---

**Daytime Severe Cold & Flu**

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ thyroid disease ■ diabetes ■ high blood pressure ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away 1-800-222-1222. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed - see overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 15 mL contains: sodium 6 mg ■ store at 20-25°C (68-77°F). Do not refrigerate.



#954401

## Children's Cold & Cough Daytime

### Drug Facts

**Active ingredients (in each 5 mL)** — **Purposes**
Dextromethorphan HBr 5 mg..............................Cough suppressant
Phenylephrine HCl 2.5 mg....................................Nasal decongestant

**Uses**
■ temporarily relieves
■ nasal and sinus congestion
■ cough due to minor throat and bronchial irritation as may occur with a cold

**Warnings**
**Do not use**
■ in a child under 4 years of age
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ heart disease    ■ high blood pressure
■ thyroid disease   ■ diabetes
■ cough that occurs with too much phlegm (mucus)
■ chronic cough that lasts, or as occurs with asthma

**When using this product, do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness or sleeplessness occurs
■ symptoms do not improve within 7 days or occur with fever
■ cough persists more than 7 days, comes back or occurs with a fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
■ do not give more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product
■ mL = milliliter
■ shake well before using

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | 5 mL every 4 hours |
| children under 4 years of age | do not use |

## Children's Cold & Cough Daytime (continued)

### Drug Facts (continued)

**Other information**
■ each 5 mL contains: sodium 2 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** acesulfame potassium, alcohol, benzoic acid, citric acid, disodium EDTA, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium citrate

## Children's Nighttime Cold & Cough

### Drug Facts

**Active ingredients** — **Purposes**
**(in each 5 mL)**
Diphenhydramine HCl 6.25 mg........Antihistamine/Cough suppressant
Phenylephrine HCl 2.5 mg....................................Nasal decongestant

**Uses**
■ temporarily relieves
■ sneezing   ■ runny nose   ■ itchy nose or throat
■ itchy, watery eyes due to hay fever
■ nasal and sinus congestion
■ cough due to minor throat and bronchial irritations as may occur with a cold

**Warnings**
**Do not use**
■ in a child under 4 years of age
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
■ with any other product containing diphenhydramine, even one used on skin
■ for the purpose of making your child sleepy

**Ask a doctor before use if the child has**
■ heart disease   ■ high blood pressure   ■ thyroid disease
■ diabetes   ■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ chronic cough that lasts, or as occurs with asthma
■ a breathing problem such as chronic bronchitis

**Ask a doctor or pharmacist before use if the child is taking** sedatives or tranquilizers.

## Children's Nighttime Cold & Cough (continued)

### Drug Facts (continued)

**When using this product**
■ do not exceed recommended dosage
■ marked drowsiness may occur
■ excitability may occur, especially in children
■ sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occurs
■ symptoms do not improve within 7 days or occur with a fever
■ cough persists for more than 7 days, comes back, or occurs with a fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
■ do not give more than 6 doses in 24 hours unless directed by a doctor
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product
■ mL = milliliter   ■ shake well before using

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL, every 4 hours |
| children 4 to under 6 years of age | do not use unless directed by a doctor |
| children under 4 years of age | do not use |

**Other information**
■ each 5 mL contains: sodium 3 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.
■ protect from light

**Inactive ingredients** acesulfame potassium, citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate

**Questions or comments?**
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST

* This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Children's Triaminic® Day Time & Night Time Cold & Cough.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org


## DAY & NIGHT COMBO PACK

♥CVS Health.
Compare to the active ingredients in Children's Triaminic® Day Time Cold & Cough*

**Daytime**

**Children's**
# Cold & Cough

**DEXTROMETHORPHAN HBr**
Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
• Cough
• Stuffy nose

**Alcohol 0.14%**

**For Eyes
4 to 11 Years**



**Cherry Flavor**
Dosage cup included
Actual Bottle Size on Side Panel

♥CVS Health.
Compare to the active ingredients in Children's Triaminic® Night Time Cold & Cough*

NDC 69842-422-08

**Children's**
# Nighttime
# Cold & Cough

**DIPHENHYDRAMINE HCl**
Antihistamine; Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
• Cough
• Runny, stuffy nose
• Itchy throat

**Alcohol free**

**For Ages 6
to 11 Years**

**Grape Flavor**
Dosage cup included
Actual Bottle Size on Side Panel

## 4 FL OZ (118 mL) + 4 FL OZ (118 mL)
## TOTAL 8 FL OZ (236 mL)

**Package Contains Two Bottles**

**Actual Size**

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING.

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2019 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-13114

**CVS**Quality
Money Back Guarantee

PLD-B319E
PLD-B320E
FC005006

Lot No.:
Exp. Date:

#194300



0  50428 60148  8