# CVS Pharmacy, Inc.

## -PE Product Labels –

## -continued



No Print/No Varnish
Lot and Expiration No.

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

"This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Tylenol® Sinus Severe.
508HI
REV092052708

## Drug Facts

**Active ingredients** (in each caplet)    **Purpose**
Acetaminophen 325 mg ................ Pain reliever/fever reducer
Guaifenesin 200 mg .................................. Expectorant
Phenylephrine HCl 5 mg ................... Nasal decongestant

## Drug Facts (continued)

**Uses** ■ temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold:
■ nasal congestion ■ minor aches and pains ■ sinus congestion and pressure ■ temporarily reduces fever

## Drug Facts (continued)

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ blisters    ■ rash    ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ heart disease ■ thyroid disease ■ diabetes ■ high blood pressure ■ difficulty in urination due to enlargement of the prostate gland
■ cough that occurs with too much phlegm (mucus) ■ liver disease

## Drug Facts (continued)

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ new symptoms occur ■ redness or swelling is present ■ symptoms do not improve or worsen within 7 days. These could be a sign of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed
■ adults and children 12 years and over
■ take 2 caplets every 4 hours
■ swallow whole – do not crush, chew, or dissolve
■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

**Other information** ■ each caplet contains: sodium 3 mg ■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN ■ store at 25°C (77°F); excursions permitted between 15-30°C (59-86°F)

## Drug Facts (continued)

**Inactive ingredients** corn starch, croscarmellose, flavor, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

## Drug Facts (continued)

**Inactive ingredients** (continued)
■ see end flap for expiration date and lot number

**Questions or comments?** 1-800-426-9391

#970315

0 50428 34850 5

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-19849
CVS Quality Money Back Guarantee

B-0231-327C-085CHR
REV092052708

❤CVS Health.

Compare to the active ingredients in Tylenol® Sinus Severe*

**Daytime**

**Non-Drowsy**

# Severe Sinus Pain & Congestion

**ACETAMINOPHEN**
Pain reliever, Fever reducer

**GUAIFENESIN**
Expectorant

**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
Sinus headache, Sinus pressure, Chest congestion, Nasal congestion & Mucus

Actual Size

**24 CAPLETS**



DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

♥CVS Health.

MAXIMUM STRENGTH

Non-Drowsy

Severe
Tussin CF

Adult Cough & Cold

---

♥CVS Health.

Compare to the active ingredients in Robitussin® Severe Multi-Symptom Cough Cold + Flu*

MAXIMUM STRENGTH

NDC 69842-565-26

Non-Drowsy

## Severe Tussin CF

**ACETAMINOPHEN**
Pain Reliever/Fever Reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**GUAIFENESIN**
Expectorant
**PHENYLEPHRINE HCl**
Nasal decongestant

**Adult Cough & Cold**

Relieves:
• Cough, sore throat
• Body aches, fever
• Nasal congestion
• Chest congestion

For Ages 12 & Over
Dosage cup provided

Package Contains One Bottle

**4 FL OZ (118 mL)**

---

## Drug Facts

| Active ingredients | Purposes |
| --- | --- |
| (in each 20 mL) | |

Acetaminophen,
USP 650 mg..............Pain reliever/fever reducer
Dextromethorphan HBr,
USP 20 mg.......................Cough suppressant
Guaifenesin, USP 400 mg..............Expectorant
Phenylephrine HCl,
USP 10 mg.....................Nasal decongestant

### Uses
■ temporarily relieves these symptoms occurring with a cold or flu:
■ cough due to minor throat and bronchial irritation
■ nasal congestion     ■ sore throat
■ sinus congestion and pressure
■ minor aches and pains    ■ headache
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.  ▶

---

## Drug Facts (continued)

■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
■ liver disease    ■ heart disease
■ thyroid disease    ■ diabetes
■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

Ask a doctor or pharmacist before use if you are
■ taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
■ you get nervous, dizzy or sleepless
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than 5 doses in any 24-hour period
■ do not exceed recommended dosage. Taking more than the recommended dose (overdose) may cause serious liver damage.  ▶

---

## Drug Facts (continued)

■ measure only with dosing cup provided
■ keep dosing cup with product
■ mL = milliliter
■ this adult product is not intended for use in children under 12 years of age

| age | dose |
| --- | --- |
| adults and children 12 years and over | 20 mL every 4 hours |
| children under 12 years | do not use |

### Other information
■ each 20 mL contains: sodium 15 mg
■ store at 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C red #40, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, triacetin, xanthan gum

### Questions or comments?
1-800-719-9260

*This product is not manufactured or distributed by Pfizer, distributor of Robitussin® Severe Multi-Symptom Cough Cold + Flu.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com®  1-800-SHOP CVS
V-16430

**CVS Quality** Money Back Guarantee ✓

**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

---

#971824

0  50428 31312  1

LOT NO.

EXP.

: 7C12L 17 C1

**Drug Facts (continued)**

**Inactive ingredients (Daytime only)** corn starch, crospovidone, D&C yellow no. 10 aluminum lake, FD&C blue no. 1 aluminum lake, FD&C red #40 aluminum lake, flavor, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide.

Do not take the **Daytime** and **Nighttime** caplets at the same time.

**Questions or comments?** 1-800-426-9391

508-6  REV0721C4554660056

---

**Drug Facts (continued)**

**Inactive ingredients (Nighttime only)** corn starch, crospovidone, D&C yellow no. 10 aluminum lake, FD&C blue no. 1 aluminum lake, FD&C red #40 aluminum lake, flavor, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide.

**Other information** ■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN** ■ store at 20°C-25°C (68°-77°F), excursions permitted between 15°-30°C (59°-86°F) ■ see end flap for expiration date and lot number

---

**Drug Facts (continued)**

**When using this product** ■ do not exceed recommended dosage ■ be cautious when driving a motor vehicle or operating machinery **(Nighttime only)** ■ excitability may occur **(Daytime only, especially in children)** ■ drowsiness may occur **(Nighttime only)** ■ alcohol, sedatives, and tranquilizers may increase drowsiness **(Nighttime only)** ■ avoid alcoholic beverages **(Nighttime only)**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ fever gets worse or lasts more than 3 days ■ pain or nasal congestion gets worse or lasts more than 7 days ■ redness or swelling is present ■ new symptoms occur. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

Read each section completely, do not take the **DAYTIME** and **NIGHTTIME** products at the same time.

**Directions** ■ do not take more than directed ■ adults and children 12 years and over ■ swallow whole – do not crush, chew, or dissolve ■ take 2 caplets every 4 hours ■ do not take more than 10 caplets in 24 hours ■ children under 12 years: ask a doctor

---

**Drug Facts (continued)**

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ thyroid disease ■ diabetes ■ heart disease ■ high blood pressure ■ trouble urinating due to an enlarged prostate gland ■ a breathing problem such as emphysema or chronic bronchitis **(Nighttime only)** ■ glaucoma **(Nighttime only)**

**Ask a doctor or pharmacist before taking** ■ if you are taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers **(Nighttime only)**

**Ask a doctor or pharmacist before use if you are now taking a prescription monoamine oxidase inhibitor (MAOI)** (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

---

**TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING**

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com® 1-800-SHOP-CVS
V-19848

**100% money back guaranteed.**
CVS.com/returnpolicy

#352238

0  50428 25156  0

No print/No varnish
Lot & Exp date

B-0231-45SC4660083H
REV0721C4554660038

---

**Drug Facts**

**Active ingredients (in each caplet)** (Daytime Sinus Congestion & Pain)
| | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Purpose**
**Uses** temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold: ■ nasal congestion ■ headache ■ minor aches and pains ■ runny nose and sneezing **(Nighttime only)** ■ promotes sinus drainage ■ helps clear nasal passages ■ helps decongest sinus openings and passages ■ temporarily reduces fever

---

**Drug Facts**

**Active ingredients (in each caplet)** (Nighttime Sinus Congestion & Pain)
| | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Chlorpheniramine maleate 2 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

---



# ♥ CVSHealth.

**Sinus**

**DAYTIME**-Non-Drowsy
## Sinus Pain & Congestion
**ACETAMINOPHEN**
Pain reliever, Fever reducer
**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
Headache, Sinus pressure
& Nasal congestion

Actual Size

**12 CAPLETS**
With cool blast flavor

**NIGHTTIME**
## Sinus Pain & Congestion
**ACETAMINOPHEN**
Pain reliever, Fever reducer
**CHLORPHENIRAMINE MALEATE**
Antihistamine
**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
Fever, Headache, Sinus pressure,
Nasal congestion & Runny nose

Actual Size

**12 CAPLETS**
With cool blast flavor.

**24 TOTAL CAPLETS**

---

**Sinus**

**DAYTIME** - Non-Drowsy
## Sinus Pain & Congestion
**ACETAMINOPHEN**
**PHENYLEPHRINE HCl**

**NIGHTTIME**
## Sinus Pain & Congestion
**ACETAMINOPHEN**
**CHLORPHENIRAMINE MALEATE**
**PHENYLEPHRINE HCl**

**Sinus**



**No Print/No Varnish**

Lot and Expiration No.

**ANY SIGNS OF TAMPERING.**
**UNIT IS TORN, BROKEN OR SHOWS**
**PACKAGE IS OPENED OR IF BLISTER**
**TAMPER EVIDENT: DO NOT USE "IF**

This unit is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Tylenol® Sinus + Headache.

SD644   REV0721B46608

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

### Drug Facts

**Active ingredients (in each caplet)**

| | |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Purpose**

### Drug Facts (continued)

**Uses**
- temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold: ■ nasal congestion ■ headache ■ sinus congestion and pressure

### Drug Facts (continued)

**Warnings**
■ This product contains acetaminophen.

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ If you are now taking a prescription monoamine oxidase inhibitor (MAO) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAO drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ heart disease
- difficulty in urination due to enlargement of the prostate gland
- high blood pressure ■ diabetes ■ thyroid disease

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness or sleeplessness occur
- pain or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed
- adults and children 12 years and over
- take 2 caplets every 4 hours
- swallow whole—do not crush, chew, or dissolve
- do not take more than 10 caplets in 24 hours
- children under 12 years: ask a doctor

**Other information** ■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
- store at 25°C (77°F) excursions permitted between 15-30°C (59°-86°F)
- see end flap for expiration date and lot number

### Drug Facts (continued)

**Inactive ingredients** corn starch, crospovidone, D&C yellow #10 aluminum lake, FD&C blue # 1 aluminum lake, FD&C red #40 aluminum lake, flavor, magnesium stearate, microcrystalline cellulose, polyethylene glycol,

### Drug Facts (continued)

polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

**Questions or comments?** 1-800-426-9391

---

## CVS Health®

Compare to the active ingredients in Tylenol® Sinus + Headache*

**Daytime**

### Non-Drowsy
# Sinus Pain & Congestion

**ACETAMINOPHEN**
Pain reliever, Fever reducer

**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
Sinus headache,
Sinus pressure &
Nasal congestion

Actual Size

## 24 CAPLETS

---

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-19849

**100% money back guaranteed.**
CVS.com/returnpolicy

B-0231-466C-08SCHR
REV0721B46608

#408566
FPO 80%
UPC# 050428296639

X  XXXXXX XXXXXX  X



**♥CVSHealth.**

## Sinus PE + Allergy
**CHLORPHENIRAMINE MALEATE-** Antihistamine
**PHENYLEPHRINE HYDROCHLORIDE-** Nasal decongestant

### Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are taking sedatives or tranquilizers.**

**When using this product** ■ do not exceed recommended dosage ■ excitability may occur, especially in children

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
■ adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
■ children under 12 years: do not use

### Other information
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F) excursions permitted between 15-30°C (59-86°F)
■ see end flap for expiration date and lot number

### Inactive ingredients croscarmellose sodium, lactose anhydrous, magnesium stearate, microcrystalline cellulose, silicon dioxide, stearic acid

### Questions or comments? 1-800-426-9391

**Distributed by CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com® 1-800-SHOP CVS

V-19849
B-0231-462-08-H
REV0319A46208

**♥ CVS Quality**
Money Back Guarantee

No print/No varnish
Lot & Exp date

---

### Drug Facts

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

| Active ingredients (in each tablet) | Purpose |
|---|---|
| Chlorpheniramine maleate 4 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves these symptoms due to hay fever (allergic rhinitis) or other upper respiratory allergies:
■ runny nose ■ sneezing
■ itching of the nose or throat ■ itchy, watery eyes
■ sinus congestion and pressure ■ nasal congestion

### Warnings
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ high blood pressure ■ heart disease ■ diabetes ■ glaucoma ■ thyroid disease ■ difficulty in urination due to enlargement of the prostate gland ■ a breathing problem such as emphysema or chronic bronchitis

---

### Sinus PE + Allergy
**CHLORPHENIRAMINE MALEATE** - Antihistamine
**PHENYLEPHRINE HYDROCHLORIDE** - Nasal decongestant

**♥CVSHealth.**

# Sinus PE + Allergy
**CHLORPHENIRAMINE MALEATE** - Antihistamine
**PHENYLEPHRINE HYDROCHLORIDE** - Nasal decongestant

## MAXIMUM STRENGTH

**Relieves:**
- Sinus pressure & Congestion
- Sneezing
- Itchy eyes
- Runny nose

**24** TABLETS UNCOATED

Actual Size

#477524

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

50844 REV0319A46208

## Drug Facts (continued)

**Questions or comments?** 1-800-426-9391

**Inactive ingredients:** corn starch, croscarmellose sodium, crospovidone, FD&C yellow #6 aluminum lake, magnesium stearate, microcrystalline cellulose, povidone, silicon dioxide, stearic acid

## Drug Facts (continued)

**Other information** ■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN** ■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F) ■ see end flap for expiration date and lot number

## Directions

- take 2 caplets every 4 hours
- do not use more than 12 caplets in 24 hours

■ adults and children 12 years and over
■ children under 12 years: ask a doctor

## Drug Facts (continued)

**Ask a doctor before use if you have** ■ diabetes ■ liver disease ■ heart disease ■ thyroid disease ■ high blood pressure ■ difficulty in urination due to an enlargement of the prostate gland

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain or nasal congestion gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur. These could be the signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Do not use** ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients.

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.

## KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

## Drug Facts

| Active ingredients (in each caplet) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Phenylephrine HCl 5 mg | Nasal decongestant |

## Uses

Temporarily relieves these symptoms associated with hay fever or other upper respiratory allergies, and the common cold: ■ nasal congestion ■ headache ■ minor aches and pains ■ promotes sinus drainage ■ temporarily reduces fever ■ sinus congestion and pressure ■ promotes sinus drainage



*This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark SUDAFED PE® SINUS PRESSURE + PAIN.
50844
REV062905G208
© 2021 CVS/pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
Distributed by: CVS Pharmacy, Inc.
1-800-SHOP CVS
V-18649

**CVS Quality** Money Back Guarantee

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING
B-0201-062-008-H
REV062905G208

#343398

Lot/Exp area at minimum size
1.25" x .5"

---

**♥CVSHealth.**

**Non-Drowsy**

# Sinus PE Pressure + Pain

---

**♥CVSHealth.**

Compare to the active ingredients in‡
SUDAFED PE® SINUS PRESSURE + PAIN‡

**Non-Drowsy**

# Sinus PE Pressure + Pain

**ACETAMINOPHEN** - Pain reliever, Fever reducer
**PHENYLEPHRINE HYDROCHLORIDE** - Nasal decongestant

## MAXIMUM STRENGTH

**Relieves:**
- Sinus pain & headache
- Sinus pressure
- Nasal & sinus congestion

**24 CAPLETS UNCOATED**




Actual Size



❤CVS Health.

Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Night Time Congestion & Cough*

**Nighttime**
# Severe Congestion Relief

**ACETAMINOPHEN**
Pain reliever

**DIPHENHYDRAMINE HCI**
Antihistamine; Cough suppressant

**PHENYLEPHRINE HCI**
Nasal decongestant

**MAXIMUM STRENGTH**

Multi-Symptom
• Clears sinus congestion
• Relieves headache
• Relieves runny nose & sneezing

For Ages 12 & Over

**6 FL OZ (177 mL)**

NDC 69842-461-06

---



**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.**

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® SINUS-MAX® Night Time Congestion & Cough.

#547736



0  50428 28712  5

PLD-A378C   LB007740

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com®  1-800-SHOP CVS
V-13114

✔ **CVS Quality**
Money Back Guarantee

**PEEL CORNER FOR DRUG FACTS** ◢

---

## Drug Facts

| **Active ingredients** (in each 20 mL) | **Purposes** |
|---|---|
| Acetaminophen 650 mg | Pain reliever |
| Diphenhydramine HCI 25 mg | |
| | Antihistamine/cough suppressant |
| Phenylephrine HCI 10 mg | Nasal decongestant |

**Uses** ■ temporarily relieves
■ nasal congestion    ■ headache
■ minor aches and pains    ■ cough
■ sinus congestion and pressure
■ runny nose and sneezing
■ temporarily promotes nasal and/or sinus drainage
■ controls cough to help you get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash ▶

---

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other drug containing diphenhydramine, even one used on the skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ for children under 12 years of age

**Ask a doctor before use if you have**
■ liver disease    ■ heart disease
■ high blood pressure    ■ diabetes
■ thyroid disease    ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus) ▶

**PEEL CORNER FOR MORE DRUG FACTS** ◢

---

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if**
■ you are taking the blood thinning drug warfarin
■ you are taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse, or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash and headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or ▶

---

## Drug Facts (continued)

contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ mL = milliliter    ■ keep dosing cup with product
■ dose as follows or as directed by a doctor
■ adults and children 12 years and older: 20 mL every 4 hours while symptoms last
■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

**Drug Facts** (continued)

- with any other product containing diphenhydramine, even one used on skin *(Nighttime only)*

**Ask a doctor before use if you have**
- heart disease ■ high blood pressure
- liver disease ■ thyroid disease ■ diabetes
- difficulty in urination due to enlargement of the prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis *(Nighttime only)*
- glaucoma *(Nighttime only)*

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers *(Nighttime only)*

**When using this product**
- do not exceed recommended dosage
- excitability may occur, especially in children *(Nighttime only)*
- marked drowsiness may occur *(Nighttime only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(Nighttime only)*

---

**Drug Facts** (continued)

- be careful when driving a motor vehicle or operating machinery *(Nighttime only)*
- avoid alcoholic beverages *(Nighttime only)*

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ new symptoms occur
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**If taking NIGHTTIME and DAYTIME products, carefully read each section to ensure correct dosing. Do not take DAY & NIGHT at the same time.**

---

**Drug Facts** (continued)

**Directions**
- do not use more than directed
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years and over: take 2 caplets every 4 hours
- children under 12 years: do not use

**Other information**
- TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
- see end flap for expiration date and lot number

**Inactive ingredients (Daytime only)**
corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

---

**Drug Facts** (continued)

**Inactive ingredients (Nighttime only)**
corn starch, croscarmellose sodium, crospovidone, FD&C blue #1 aluminum lake, FD&C blue #2 aluminum lake, iron oxide yellow, magnesium stearate, methacrylic acid and ethyl acrylate copolymer, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium bicarbonate, stearic acid, talc, titanium dioxide

**Questions or comments?** 1-800-426-9391

50844
ORG051761569409
R-0231-61569409SMHDF

---



Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2017 CVS/pharmacy CVS.com®
1-800-SHOP CVS  **♥ CVS Quality** Money Back Guarantee
V-19684

This product is not manufactured or distributed by Reckitt Benckiser LLC, owner of the registered trademark Maximum Strength Mucinex® SINUS-MAX® Day & Night.
50844  ORG051761569409

---

**Drug Facts** | **KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

**Active ingredients (in each caplet)** ............ **Purpose**
**(Sinus Day)**
Acetaminophen 325 mg .................................. Pain reliever
Guaifenesin 200 mg ............................................. Expectorant
Phenylephrine HCl 5 mg .......................... Nasal decongestant

**Active ingredients (in each caplet)** ............ **Purpose**
**(Sinus Night)**
Acetaminophen 325 mg .................................. Pain reliever
Diphenhydramine HCl 12.5 mg ...... Antihistamine/cough suppressant
Phenylephrine HCl 5 mg .......................... Nasal decongestant

**Uses** ■ temporarily relieves:
- nasal congestion ■ headache ■ minor aches and pains
- sinus congestion and pressure ■ cough *(Nighttime only)*
- runny nose and sneezing *(Nighttime only)*
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(Daytime only)*

---

**Drug Facts** (continued)

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**PEEL HERE FOR MORE DRUG FACTS ▶**

No print/No varnish area
Lot no/Exp date

#938778

0  3  0428  26191  0

---

**♥ CVS**Health.



**Daytime · Sinus Pain**
**MAXIMUM STRENGTH**
**Sinus Relief**

**Nighttime · Sinus Pain**
**MAXIMUM STRENGTH**
**Sinus Relief**

**Sinus Pain**

---

**♥ CVS**Health.™

Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Day & Night°

**Sinus Pain**
NDC 69842-882-09

**Daytime**
**MAXIMUM STRENGTH**
**Sinus Relief**
**ACETAMINOPHEN** - Pain reliever
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant
**Relieves:**
Sinus pressure &
Congestion, Headache
Thins & Loosens mucus

**10 CAPLETS** For Ages 12+

**Nighttime**
**MAXIMUM STRENGTH**
**Sinus Relief**
**ACETAMINOPHEN** - Pain reliever
**DIPHENHYDRAMINE HCl** - Antihistamine/
Cough suppressant
**PHENYLEPHRINE HCl** - Nasal decongestant
**Relieves:**
Nasal congestion, Sinus
pressure & Pain, Runny nose,
Sneezing & Cough


Actual Size

**10 CAPLETS** For Ages 12+



**Drug Facts (continued)**

**Inactive ingredients** corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide.

**Questions or comments?** 1-800-426-9391

This product is not manufactured or distributed by Reckitt Benckiser LLC, owner of the registered trademark Maximum Strength Mucinex® SINUS-MAX® Severe Congestion Relief.

50844    REV/0117A61509

**Drug Facts (continued)**

■ cough that occurs with too much phlegm (mucus)
■ bronchitis, or emphysema
■ persistent or chronic cough such as occurs with smoking, asthma, chronic

**Ask a doctor before use if you have**
■ liver disease    ■ thyroid disease    ■ diabetes
■ heart disease    ■ high blood pressure
■ difficulty in urination due to enlargement of the prostate gland

**Stop use and ask a doctor if**

**Directions**
■ do not take more than directed
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ children under 12 years: do not use

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Drug Facts (continued)**

■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor or pharmacist before taking this product.**
■ do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist.

**When using this product** do not exceed recommended dosage.

**Warnings**
■ redness or swelling is present    ■ new symptoms occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ nervousness, dizziness, or sleeplessness occur
■ fever gets worse or lasts more than 3 days
■ cough comes back or occurs with rash or headache that lasts

**Drug Facts (continued)**

**Drug Facts (continued)**

**Uses** ■ temporarily relieves:    ■ nasal congestion    ■ headache
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the
■ minor aches and pains    ■ sinus congestion and pressure

**Drug Facts**

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

**Active ingredients (in each caplet)    Purpose**
Acetaminophen 325 mg. ................................. Pain reliever
Guaifenesin 200 mg. ................................. Expectorant
Phenylephrine HCl 5 mg. ................................. Nasal decongestant

---

**❤CVSHealth™**

Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Severe Congestion Relief*

NDC 59779-515-09

**MAXIMUM STRENGTH**

# Sinus Relief
# Severe Congestion

**ACETAMINOPHEN** - Pain reliever
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
• Headache
• Nasal & Chest congestion

**Thins & loosens mucus**

**20 CAPLETS**    Ages 12 Years & Over    Actual Size

Distributed by CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2017 CVS/pharmacy
CVS.com®    1-800-SHOP CVS
V-19449

CVS Quality Money Back Guarantee

PLEASE RECYCLE

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNITS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

#938777

3-0031-615-09-SMH REV/0117A61509



♥ CVS Health™

Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Severe Congestion Relief*

NDC 69842-478-06

**ADULT**
## Severe Congestion Relief

**ACETAMINOPHEN -**
Pain reliever
**GUAIFENESIN - Expectorant**
**PHENYLEPHRINE HCI -**
Nasal decongestant

**MAXIMUM STRENGTH**

Multi-Symptom
• Clears sinus congestion
• Relieves headache
• Thins & loosens mucus

For Ages 12 or Over

6 FL OZ (177 mL)  PLD-A388A  LB005809

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® SINUS-MAX® Severe Congestion Relief.

#425051



0  50428 60243  0

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2018 CVS/pharmacy
CVS.com®  1-800-SHOP CVS  V-13114

 **CVS** Quality
Money Back Guarantee   PLD-A388A   LB005809

### Drug Facts

| Active ingredients | Purposes |
|---|---|
| (in each 20 mL) | |
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

▶

PEEL CORNER FOR MORE DRUG FACTS ◢

---

### Drug Facts (continued)

**Uses**
■ temporarily relieves
  ■ headache   ■ nasal congestion
  ■ minor aches and pains
  ■ sinus congestion and pressure
  ■ temporarily promotes nasal and/or sinus drainage
  ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

▶

---

### Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ for children under 12 years of age
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ diabetes
■ thyroid disease   ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

▶

PEEL CORNER FOR MORE DRUG FACTS ◢

---

### Drug Facts (continued)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

---

### Drug Facts (continued)

**Directions**
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product   ■ mL = milliliter
■ dose as follows or as directed by a doctor
■ adults and children 12 years and older: 20 mL every 4 hours
■ children under 12 years of age: do not use

**Other information**
■ **each 20 mL contains:** sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call **1-877-753-3935** Monday-Friday
9AM-5PM EST





vomiting consult a doctor promptly.

**Do not use**

■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you ever had an allergic reaction to this product or any of its ingredients.
■ in children 12 years of age

**Ask a doctor before use if you have**

■ liver disease ■ heart disease ■ high blood pressure
■ thyroid disease ■ diabetes ■ cough with excess phlegm (mucus)
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**

■ taking the blood thinning drug warfarin

**When using this product** ■ **do not exceed recommended dosage**

**Stop use and ask a doctor if**

■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days

vomiting consult a doctor promptly.

**Do not use to sedate children.**

**Do not use**

■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you ever had an allergic reaction to this product or any of its ingredients.
■ in children 12 years of age

**Ask a doctor before use if you have**

■ glaucoma ■ liver disease ■ heart disease ■ high blood pressure
■ thyroid disease ■ diabetes ■ cough with excess phlegm (mucus)
■ a breathing problem such as emphysema or chronic bronchitis
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**

■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product**

■ **do not take more than the recommended dose**
■ may cause marked drowsiness ■ avoid alcoholic beverages

TOTAL 20 SOFTGELS

8 SOFTGELS — Actual Size

12 SOFTGELS — Actual Size

**Relieves:**
Nasal Congestion
& Pressure,
Headache & Pain,
Runny Nose &
Sneezing, Cough

ACETAMINOPHEN 325 mg each
Pain reliever - Fever reducer
DEXTROMETHORPHAN HBr 10 mg each
Cough suppressant
DOXYLAMINE SUCCINATE 6.25 mg each
Antihistamine
PHENYLEPHRINE HCl 5 mg each
Nasal decongestant

Severe
**Sinus Congestion & Cough Relief**

**Reliever:**
Nasal & Sinus
Congestion,
Headache &
Sinus Pressure,
Body Ache,
Cough

ACETAMINOPHEN 325 mg each
Pain reliever - Fever reducer
DEXTROMETHORPHAN HBr 10 mg each
Cough suppressant
PHENYLEPHRINE HCl 5 mg each
Nasal decongestant

Severe Non-drowsy
**Sinus Congestion & Cough Relief**

Sinus Congestion & Cough

Compare to the active ingredients in Alka-Seltzer
PLUS® Day & Night Severe Sinus Congestion & Cough Liquid Gels®

 CVSHealth™

DO NOT USE IF BLISTER IS CUT OR BROKEN.

Important: Read all product information before
using. Keep the carton for important information.

Distributed by: CVS Pharmacy, Inc.,
One CVS Drive, Woonsocket, RI 02895
© 2017 CVS/pharmacy
CVS.com® 1-800-SHOP-CVS
Made in India
V-32577
R-00

✓ CVS Quality
Money Back Guarantee ♥ CVS

*All trademarks are property of their respective owners. This product is not affiliated with the makers/owners of Alka-Seltzer PLUS® Day & Night Severe Sinus Congestion & Cough Liquid Gels.

#234944

---

### Severe Sinus Congestion & Cough Relief Day

## Drug Facts

**Active ingredients** (in each softgel) — **Purposes**

Acetaminophen 325 mg...............................Pain reliever/fever reducer
Dextromethorphan hydrobromide 10 mg............Cough suppressant
Phenylephrine hydrochloride 5 mg...................Nasal decongestant

**Uses**
■ temporarily relieves these symptoms due to cold and flu:
■ sneezing
■ itching of the nose, throat or watery eyes due to hay fever
■ cough   ■ nasal congestion   ■ sinus congestion and pressure
■ sore throat   ■ headache   ■ minor aches and pains
■ helps clear nasal passages and shrinks swollen membranes
■ temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 10 softgels in 24 hours, which is the maximum daily amount for this product.
■ With other drugs containing acetaminophen.
■ 3 or more alcoholic drinks every day while using this product.
Allergy alert: acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash   ■ hives ↓

---

### Severe Sinus Congestion & Cough Relief Night

## Drug Facts

**Active ingredients** (in each softgel) — **Purposes**

Acetaminophen 325 mg...............................Pain reliever/fever reducer
Dextromethorphan hydrobromide 10 mg............Cough suppressant
Doxylamine succinate 6.25 mg........................Antihistamine
Phenylephrine hydrochloride 5 mg...................Nasal decongestant

**Uses**
■ temporarily relieve these symptoms due to cold and flu:
■ sneezing
■ itching of the nose, throat or watery eyes due to hay fever
■ cough   ■ nasal congestion   ■ sinus congestion and pressure
■ sore throat   ■ headache   ■ minor aches and pains
■ runny nose
■ helps clear nasal passages and shrinks swollen membranes
■ temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 10 softgels in 24 hours, which is the maximum daily amount for this product.
■ With other drugs containing acetaminophen.
■ 3 or more alcoholic drinks every day while using this product.
Allergy alert: acetaminophen may cause severe skin or severe allergic reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash   ■ hives   ■ facial swelling
■ asthma (wheezing)   ■ shock ↓

---

### Severe Sinus Congestion & Cough Relief Day

## Drug Facts (continued)

■ facial swelling   ■ asthma (wheezing)   ■ shock
If a skin or allergic reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or

---

### Severe Sinus Congestion & Cough Relief Night

## Drug Facts (continued)

If a skin or allergic reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or vomiting consult a doctor promptly.

COATING FREE AREA

968340

## Severe Sinus Congestion & Cough Relief Day

**Drug Facts** (continued)

- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts for 1 week, these could be the signs of serious condition
- nervousness, dizziness, or sleeplessness occurs

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of the reach of children.** In case of overdose, get medical help or contact Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

***Directions***

**Do not take more than the recommended dose**

| | |
|---|---|
| adults & children 12 years and over | ■ take 2 softgels with water every 4 hours.<br>■ do not exceed 10 softgels in 24 hours or as directed by a doctor |
| children under 12 years | ■ do not use |

***Other information***

- store in a cool and dry place.
- protect from sunlight.
- **Parents: Learn about teen medicine abuse, www.StopMedicineAbuse.org**

***Inactive ingredients*** FD&C Blue 1, FD&C Red 40, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sodium hydroxide, sorbitol sorbitan, titanium dioxide

***Questions or comments?***

call **1-877-770-3183** Mon-Fri 9:00 AM to 4:30 PM EST

## Severe Sinus Congestion & Cough Relief Night

**Drug Facts** (continued)

- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving motor vehicles or operating machinery
- may cause excitability in children

**Stop use and ask a doctor if**

- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts for 1 week, these could be the signs of serious condition
- nervousness, dizziness, or sleeplessness occurs

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of the reach of children.** In case of overdose, get medical help or contact Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

***Directions***

**Do not take more than the recommended dose**

| | |
|---|---|
| adults & children 12 years and over | ■ take 2 softgels with water every 4 hours.<br>■ do not exceed 10 softgels in 24 hours or as directed by a doctor |
| children under 12 years | ■ do not use |

***Other information***

- store in a cool and dry place.
- protect from sunlight.
- **Parents: Learn about teen medicine abuse, www.StopMedicineAbuse.org**

***Inactive ingredients*** FD&C blue 1, FD&C yellow 10, gelatin,

3 00000 208 525000013

COATING FREE AREA

31

## Severe Sinus Congestion & Cough Relief Night

**Drug Facts** (continued)

glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sodium hydroxide, sorbitol sorbitan, titanium dioxide

***Questions or comments?***

call **1-877-770-3183** Mon-Fri 9:00 AM to 4:30 PM EST

MPS

**♥ CVS Health.**  Grape Flavor

**Children's**

# Cold & Allergy

**Liquid**

---

**♥ CVS Health.**  Grape Flavor

Compare to the active ingredients in Children's Dimetapp® Cold & Allergy*

**Children's**

# Cold & Allergy

**BROMPHENIRAMINE MALEATE, USP**
Antihistamine

**PHENYLEPHRINE HCl, USP**
Nasal decongestant

**Liquid**

**Relieves:**
Nasal congestion; Stuffy nose; Runny nose; Sneezing; Itchy, watery eyes; Itchy nose & throat

**Alcohol free**

Actual Bottle Size on Side Panel

**Grape Flavor**
**For Ages 6 Years & Over**

**4 FL OZ (118 mL)**

#477078

7003ACVSPC

0  50428 25668  8

---

**IMPORTANT:**
Keep this carton for future reference on full labeling.

**Package Contains One Bottle**

**Actual Size**

*CVS Health® Children's Cold & Allergy is not manufactured or distributed by Pfizer, distributor of Children's Dimetapp® Cold & Allergy.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2020 CVS/pharmacy
CVS.com®  1-800-SHOP CVS
V-12431

**✓ CVS Quality**
Money Back Guarantee

---

Lot:

Exp:

---

**TAMPER EVIDENT: DO NOT USE IF PRINTED SEAL UNDER CAP IS TORN OR MISSING**

## Drug Facts

**Active ingredients** (in each 10 ml) | **Purposes**

Brompheniramine Maleate, USP 2 mg........... Antihistamine
Phenylephrine HCl, USP 5 mg................Nasal Decongestant

**Uses**
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
- temporarily relieves these symptoms due to hay fever (allergic rhinitis):
  - runny nose
  - sneezing
  - itchy, watery eyes
  - itching of the nose or throat
- temporarily restores freer breathing through the nose.

**Warnings**
**Do not use**
- to sedate a child or to make a child sleepy
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease   ■ high blood pressure
- thyroid disease   ■ diabetes
- trouble urinating due to an enlarged prostate gland
- glaucoma
- a breathing problem such as emphysema, asthma, or chronic bronchitis.

**Ask a doctor or pharmacist before use if you are**
- taking any other oral nasal decongestant or stimulant
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- drowsiness may occur
- avoid alcoholic beverages
- alcohol, sedatives and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

**Stop use and ask a doctor if**
- you get nervous, dizzy, or sleepless
- symptoms do not get better within 7 days or are accompanied by fever

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222.  ▶

---

## Drug Facts (continued)

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosage cup provided
- keep dosage cup with product
- ml = milliliter

| age | dose |
|---|---|
| adults and children 12 years and over | 20 ml every 4 hours |
| children 6 to under 12 years | 10 ml every 4 hours |
| children under 6 years | do not use. |

**Other information**
- each 10 ml contains: sodium 6 mg
- store at room temperature.

**Inactive ingredients** citric acid, FD&C Blue No. 1, FD&C Red No. 40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sodium citrate, sorbitol liquid, sucralose.

**Questions or comments?** 1-866-467-2748

CVS Health® Children's Cold & Allergy grape flavor offers relief from nasal congestion, stuffy nose, sneezing, runny nose, itchy, watery eyes, and itchy nose and throat to get through the day.

## DAYTIME SEVERE COLD AND FLU

**Drug Facts** (continued)

Sore throat warning: if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: skin reddening blisters rash. If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days

## NIGHTTIME SEVERE COLD AND FLU

**Drug Facts** (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: skin reddening blisters rash. If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- to make a child sleep

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
- trouble urinating due to enlarged prostate gland

**Ask a doctor or pharmacist before use if you are**
- taking sedatives or tranquilizers
- taking the blood thinning drug warfarin

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks



♥CVSHealth.

**Chest Congestion Relief PE**

GUAIFENESIN, 400 mg
PHENYLEPHRINE HCl, 10 mg

Expectorant & Nasal decongestant

---

**Drug Facts (continued)**

**Stop use and ask a doctor if**
■ nervousness, dizziness or sleeplessness occurs
■ symptoms are accompanied by fever, rash, persistent headache or excessive phlegm (mucus)
■ cough and congestion do not improve within 7 days or tend to recur.
**These could be signs of a serious condition.**

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center immediately.

**Directions**
■ **adults and children 12 years and over:** take 1 tablet every 4 hours as needed
■ **children 6 to under 12 years:** take 1/2 tablet every 4 hours as needed
■ **children under 6 years:** consult a doctor
Do not exceed 6 doses in a 24 hour period or as directed by a doctor

**Other information**
■ store at 15°- 30°C (59°- 86°F)
■ caution: do not use if imprinted seal under cap is broken or missing

**Inactive ingredients** croscarmellose sodium, hypromellose, lactose, magnesium silicate, magnesium stearate, maltodextrin, microcrystalline cellulose, mineral oil, povidone, silica, sodium lauryl sulfate, stearic acid, titanium dioxide and triacetin

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2015 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
Made in the U.S.A. V-16817

PLEASE RECYCLE

---

♥CVSHealth.

NDC 10956-004-60

**Chest Congestion Relief PE**

GUAIFENESIN, 400 mg
PHENYLEPHRINE HCl, 10 mg

Expectorant & Nasal decongestant

• Immediate-release tablets
• Loosens & relieves chest congestion
• Clears nasal stuffiness
• Dye free

Actual Size

**60 TABLETS**

---

♥CVSHealth.

NDC 10956-004-60

**Chest Congestion Relief PE**

GUAIFENESIN, 400 mg
PHENYLEPHRINE HCl, 10 mg

Expectorant & Nasal decongestant

• Immediate-release tablets
• Loosens & relieves chest congestion
• Clears nasal stuffiness
• Dye free

Actual Size

**60 TABLETS**

---

Retain carton for complete product information

**Drug Facts**

**Active ingredients (in each tablet)   Purpose**
Guaifenesin 400 mg ......................... Expectorant
Phenylephrine HCl 10 mg .......... Nasal decongestant

**Uses** temporarily relieves symptoms associated with a cough, the common cold, hay fever, or other upper respiratory allergies
■ helps loosen phlegm (mucus)
■ shrinks swollen membranes
■ thins bronchial secretions
■ clears nasal passageways
■ loosens nasal congestion
■ drains bronchial tubes
■ makes coughs more productive
■ clears stuffy nose

**Warnings**
**Do not exceed recommended dosage**

**Do not use** ■ this product if you are now taking a prescription Monoamine Oxidase Inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's Disease), or for 2 weeks after stopping the MAOI drug. If you are uncertain whether your prescription drug contains an MAOI, ask a health professional.

**Ask a doctor before use if you have**
■ heart disease   ■ high blood pressure
■ thyroid disease   ■ diabetes
■ excessive phlegm (mucus)
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema ▶

REV 3/15   RPECVS

---

No Varnish in this area
DO NOT PRINT BOX

0 50428 25885 9

♥CVS Quality
Money Back Guarantee
#351793

P12652



READ ALL WARNINGS AND DIRECTIONS ON CARTON BEFORE USE, KEEP CARTON FOR REFERENCE. DO NOT DISCARD.

## Drug Facts

**Active ingredients (in each packet)** | **Purposes**

Acetaminophen 500 mg .................................................. Pain reliever/fever reducer
Dextromethorphan hydrobromide 10 mg ................................ Cough Suppressant
Phenylephrine hydrochloride 10 mg ................................... Nasal Decongestant

### Uses
- temporarily relieves these symptoms due to a cold:
- minor aches and pains ■ minor sore throat pain ■ headache ■ nasal and sinus congestion
- cough due to minor throat and bronchial irritation
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ in a child under 4 years of age ■ if you are allergic to acetaminophen
■ with any other drug containing acetaminophen (prescription and nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains a MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ high blood pressure   ■ thyroid disease   ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma or emphysema.

**Ask a doctor or pharmacist before use if you are** ■ taking the blood thinning drug warfarin

**When using this product** ■ do not exceed recommended dosage

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur   ■ fever gets worse or lasts more than 3 days
■ redness or swelling is present                   ■ new symptoms occur
■ symptoms do not get better or worsen
■ pain, cough or nasal congestion gets worse or lasts more than 7 days
■ cough comes back or occurs with fever, rash or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health care professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

*This product is not manufactured or distributed by Novartis Consumer Health, Inc., distributor of Theraflu® Multi Symptom Severe Cold.

## Drug Facts (continued)

### Directions
■ do not use more than directed
■ take every 4 hours, not to exceed 6 packets in 24 hours or as directed by a doctor

| Age | Dose |
|---|---|
| children under 12 years of age | do not use |
| adults and children 12 years of age and over | dissolve contents of one packet into 8 oz. hot water: sip while hot. Consume entire drink within 10-15 minutes. |
| children 4 to under 12 years of age | do not use unless directed by a doctor |

■ if using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

### Other information
■ each packet contains: potassium 6 mg
■ store at controlled room temperature 20°-25°C (68°-77°F). Protect from excessive heat and moisture.

**Inactive ingredients** anhydrous citric acid, caramel, flavors, potassium citrate, silica, sucralose, sucrose, maltodextrin

### Questions or comments?
1-866-467-2748

**TAMPER EVIDENT INNER UNIT:
DO NOT USE IF SEALED PACKET
IS TORN OR BROKEN.**

**Dye, Aspartame, & Sodium free**

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2015 CVS/pharmacy
CVS.com® · 1-800-SHOP CVS
V-12431

**CVS/Quality** Money Back Guarantee

#633103   54706CVSFC

---

♥ **CVS**Health.

**Multi-Symptom
Severe Cold**

**ACETAMINOPHEN**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant

**6 PACKETS**

Compare to the active ingredients in Theraflu® Multi-Symptom Severe Cold*

Severe

NDC 59779-877-06

**CVS**Health.

**Multi-Symptom**

## Severe Cold

**ACETAMINOPHEN**
Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
• Nasal congestion
• Sore throat pain
• Cough
• Headache
• Body ache
• Fever

Green Tea & Honey Lemon Flavors

**6 PACKETS**

♥ **CVS**Health.

**Multi-Symptom**

## Severe Cold

CVS Health™ Multi-Symptom Severe Cold provides complete relief of your severe cold symptoms. This soothing hot liquid formula is dye free, aspartame free and sodium free and tastes great.

For nighttime relief, try CVS Health™ Nighttime Severe Cough & Cold.

Lot:

Exp:

0 50428 52409 1



## FRONT

## BACK-1
### 3 COLOR MAX - ART

## BACK-2
### 1 COLOR MAX - ART

## BACK-3
### 1 COLOR MAX - ART



### FRONT (label)

♥CVS Health.

NDC 69842-787-06

Compare to the active ingredients in
Mucinex® Fast-Max® Maximum Strength
Severe Congestion & Cough Clear & Cool™

**MAXIMUM STRENGTH**

**Severe Cough & Congestion**

DEXTROMETHORPHAN HBr - Cough suppressant
GUAIFENESIN - Expectorant
PHENYLEPHRINE HCl - Nasal decongestant

**Multi-Symptom**

- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus

Cooling Menthol
Naturally &
Artificially Flavored

For ages 12 & over

6 FL OZ (180 mL)

NO COPY AREA (Background Only)

NO COPY AREA (Background Only)

TP003/XM1

### BACK-1

**Drug Facts**

**Active ingredients** (in each 20 mL)   **Purposes**
Dextromethorphan HBr 20 mg ........... Cough suppressant
Guaifenesin 400 mg ........................... Expectorant
Phenylephrine HCl 10 mg ............. Nasal decongestant

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

*Compare: product do not use if printed inner seal under cap is broken or missing.*

*This product is not manufactured or distributed by Reckitt Benckiser, the distributor of Mucinex® Fast-Max® Maximum Strength Severe Congestion & Cough Clear & Cool™.*

#202196

Distributed by CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
©2021 CVS/pharmacy  CVS.com®
V-MADE IN USA

♥CVSQuality

FREE CONSUMER TO READ COMPLETE DRUG FACTS AND INFORMATION

050428 30098

TP003/XM1

FPO 80%
UPC# 050428300985

### BACK-2

**Drug Facts** (continued)

**Warnings**

**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever

**HINGE AREA**

### BACK-3

**HINGE AREA**

**Drug Facts** (continued)

- cough comes back, or occurs with new or headache that lasts. These could be signs of a serious condition.
- If pregnant or breast-feeding, ask a health professional before use.
- Keep out of reach of children.
- In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222.

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter
- **adults and children 12 years of age and older:** 20 mL in dosing cup provided every 4 hours
- **children under 12 years of age:** do not use

**Other information**
- each 20 mL contains: sodium 6 mg
- very low sodium
- store at room temperature
- do not refrigerate
- dosing cup provided

**Inactive ingredients** anhydrous citric acid, D&C Yellow No. 10, acesulfame potassium, FD&C Blue No. 1, flavors, potassium citrate, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions or comments?** 1-866-467-2748







## Drug Facts

**Active ingredients** (in each 20 mL) — **Purposes**

Acetaminophen 650 mg ............ Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ............ Cough suppressant
Phenylephrine HCl 10 mg ............ Nasal decongestant
Triprolidine HCl 2.5 mg ............ Antihistamine

**Uses**
■ temporarily relieves these common cold and flu symptoms:
■ cough        ■ nasal congestion
■ minor aches and pains    ■ sore throat

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

## Drug Facts (continued)

**Ask a doctor before use if you have**
■ liver disease        ■ heart disease
■ diabetes             ■ high blood pressure
■ thyroid disease      ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal decongestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash or headache that lasts. These could be signs of a serious condition

## Drug Facts (continued)

If pregnant or breast-feeding, ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222. Quick medical attention is critical for adults as well as for children, even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ **adults and children 12 years of age and over:** 20 mL in dosing cup provided every 4 hours
■ **children under 12 years of age:** do not use

**Other information**
■ each 20 mL contains: sodium 10 mg
■ store at room temperature
■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, acesulfame acid, D&C Yellow No. 10, edetate disodium, FD&C Blue No. 1, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, and xanthan gum.

**Questions or comments?** 1-866-467-2748



**Drug Facts** (continued) | **Severe Sinus Congestion & Cough Day**

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ in children under 12 years of age

**Ask a doctor before use if you have**
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ cough with excessive phlegm (mucus)
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product** do not exceed recommended dosage

▼

**Drug Facts** (continued) | **Severe Sinus Congestion & Cough Night**

**Do not use to sedate children.**
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ in children under 12 years of age

**Ask a doctor before use if you have**
■ liver disease     ■ heart disease     ■ high blood pressure
■ thyroid disease     ■ diabetes     ■ glaucoma
■ cough with excessive phlegm (mucus)
■ a breathing problem such as emphysema or chronic bronchitis
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ **do not exceed recommended dosage**
■ may cause marked drowsiness     ■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children

▼

CVSHealth.
Sinus Pain
NON-DROWSY DAY
Cold &
Flu Plus
NIGHTTIME
Cold &
Flu Plus
CVSHealth.
Sinus Pain
NON-DROWSY DAY
Cold &
Flu Plus
ACETAMINOPHEN
DEXTROMETHORPHAN HBr - Cough suppressant
PHENYLEPHRINE HCl - Nasal decongestant
Actual Size
12 SOFTGELS
NIGHTTIME
Cold &
Flu Plus
ACETAMINOPHEN
DEXTROMETHORPHAN HBr - Cough suppressant
DOXYLAMINE SUCCINATE - Antihistamine
PHENYLEPHRINE HCl - Nasal decongestant
Relieves:
Nasal congestion; Cough;
Headache & body aches;
Actual Size
8 SOFTGELS
PARENTS:
CVS Quality
PLEASE RECYCLE

## COLD & FLU FORMULA • DAY NON-DROWSY

### *Drug Facts* (continued)

**Sore throat warning** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ in children under 12 years of age

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ high blood pressure
■ thyroid disease ■ diabetes
■ cough with excessive phlegm (mucus)
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product do not exceed recommended dosage**
▼

## COLD & FLU FORMULA • NIGHT

### *Drug Facts* (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ in children under 12 years of age

**Ask a doctor before use if you have**
■ liver disease      ■ heart disease   ■ high blood pressure
■ thyroid disease   ■ diabetes          ■ glaucoma
■ cough with excessive phlegm (mucus)
■ a breathing problem such as emphysema or chronic bronchitis
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ do not exceed recommended dosage
■ may cause marked drowsiness   ■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children
▼

## Drug Facts

**Active ingredients (in each 15 mL)** **Purposes**

Acetaminophen 325 mg .......................... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ........................... Cough suppressant
Phenylephrine HCI 5 mg ..................................... Nasal decongestant

**Uses** ■ temporarily relieves common cold and flu symptoms ■ minor aches and pains ■ headache ■ sore throat ■ nasal congestion ■ fever ■ cough due to minor throat and bronchial irritation

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if: ■ adult takes more than 4 doses (30 mL each) of acetaminophen in 24 hours, which is the maximum daily amount ■ child takes more than 4 doses (15 mL each) in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

◄── PEEL HERE **Drug Facts** (continued under label)



**♥CVS**
**Health.**

Compare to the active ingredients in Vicks® DayQuil® Cold & Flu*

NDC 51316-466-08

**Non-Drowsy**

# Daytime

## ACETAMINOPHEN
Pain reliever; Fever reducer
## DEXTROMETHORPHAN HBr
Cough suppressant
## PHENYLEPHRINE HCI
Nasal decongestant

**Relieves:**
Headache, Fever, Sore throat, Minor aches & pains, Nasal congestion, Sinus pressure, Cough

**COLD & FLU**

Antihistamine free
Ages 6+

## 8 FL OZ (237 mL)

*This product is not manufactured or distributed by The Procter & Gamble Company. Vicks® and DayQuil® are registered trademarks of The Procter & Gamble Company.

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND DOSAGE CUP OR UNDER CAP IS BROKEN OR MISSING.



## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Distributed by:**
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com®
1-800-SHOP CVS
V-16425
100% money back guaranteed.
CVS.com/returnpolicy

#890115



0  50428 29666  0

PLD-A380D   LB009123

---

## Drug Facts (continued)

■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ a sodium-restricted diet ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if** you are taking the blood thinning drug warfarin.

**When using this product, do not exceed recommended dosage.**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse, or lasts more than 5 days (children) or 7 days (adult) ■ fever gets worse, or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended ▶

## Drug Facts (continued)

dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 4 doses in any 24-hour period ■ measure only with dosing cup provided. Do not use any other dosing device. ■ keep dosing cup with product ■ mL = milliliter

| | |
|---|---|
| adults and children 12 years and over | 30 mL every 4 hours |
| children 6 to under 12 years | 15 mL every 4 hours |
| children 4 to under 6 years | ask a doctor |
| children under 4 years | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information**
■ each 15 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, FD&C yellow #6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

\*



**❤CVSHealth.**

Maximum Strength

**Non-Drowsy Daytime**
**Congestion, Pressure & Pain**

**❤CVSHealth.**

Compare to the active ingredients in Vicks® Sinex™ Daytime Congestion, Pressure & Pain\*

Maximum Strength

NDC 69842-018-04

**Non-Drowsy Daytime**

**Congestion, Pressure & Pain**

**ACETAMINOPHEN** - Pain reliever
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
• Sinus congestion & pressure
• Minor aches & pains
• Fever & headache
• Nasal congestion

**24 SOFTGELS**   Actual Size

THIS PRODUCT IS PACKAGED IN A CHILD RESISTANT AND TAMPER EVIDENT PACKAGE - USE ONLY IF BLISTERS ARE INTACT

#209717

0   50428 58297   8

No Coating Area

LOT NO:
EXP DATE:

*(side panel)* Maximum Strength

*(side panel)* **❤CVSHealth.** Non-Drowsy Daytime **Congestion, Pressure & Pain**

**KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION**

## Drug Facts

### Active ingredients (in each softgel)    Purpose
Acetaminophen 325 mg.............................Pain reliever/Fever reducer
Phenylephrine HCl 5 mg.................................Nasal decongestant

### Uses
- temporarily relieves symptoms due to the common cold
  - minor aches and pains ■ headache ■ fever ■ nasal congestion
  - sinus congestion & pressure
- temporarily relieves symptoms due to hay fever or other upper respiratory allergies
  - minor aches and pains ■ headache ■ nasal congestion
  - sinus congestion & pressure

### Warnings
**Liver warning**
This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4 doses in 24 hours, which is the maximum daily amount for this product
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions.
Symptoms may include ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ▶

### Drug Facts (continued)
**Ask a doctor before use if you have**
- liver disease ■ heart disease ■ high blood pressure
- thyroid disease ■ diabetes
- trouble urinating due to enlarged prostate gland

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- pain or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- you get nervous, dizzy or sleepless

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults & for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed
- do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 2 softgels with water every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- store at room temperature 15°-30°C (59°-86°F)

▼

### Drug Facts (continued)
### Inactive ingredients
FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution and white ink

**Questions or comments?** Call toll free: 1-855-215-8180

*This product is not manufactured or distributed by The Procter & Gamble Manufacturing Company, owner of the registered trademarks Vicks® and Sinex™ Daytime Congestion Pressure & Pain.

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2017 CVS/pharmacy
CVS.com®  1-800-SHOP CVS
Made in China
V-31177


**CVS Quality** Money Back Guarantee

CVS27-00

## Drug Facts (continued)

**Do not use**
- if you have had an allergic reaction to any other pain reliever/fever reducer ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this drug product.

**Ask a doctor before use if** ■ stomach bleeding warning applies to you ■ you have a history of stomach problems, such as heartburn ■ you have high blood pressure, heart disease, liver cirrhosis, or kidney disease ■ you are taking a diuretic ■ you have asthma ■ you have thyroid disease ■ you have glaucoma ■ you have difficulty in urination due to enlargement of the prostate gland ■ you have a breathing problem such as emphysema or chronic bronchitis

**Ask a doctor or pharmacist before use if you are** ■ presently taking a prescription drug for anticoagulation (thinning the blood), diabetes, gout, or arthritis ■ been placed on a sodium-restricted diet.

**When using this product** ■ do not take more than 3 tablets (adults and children 12 years and over) in a 4-hour period or as directed by doctor. ■ do not use more than directed ■ you may get drowsy ■ avoid alcoholic drinks ■ excitability may occur, especially in children ■ alcohol, sedatives and tranquilizers may increase drowsiness ■ be careful when driving a motor vehicle or operating machinery.

**Stop use and ask a doctor if** ■ you experience any of the following signs of stomach bleeding: ■ feel faint ■ vomit blood ■ have bloody or black stools ■ have stomach pain that does not get better ■ an allergic reaction occurs.

**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

## Drug Facts

| Active Ingredients (in each effervescent tablet) | Purpose |
| --- | --- |
| Aspirin 325 mg (NSAID) | Pain reliever/Fever reducer |
| Chlorpheniramine maleate 2 mg | Antihistamine |
| Phenylephrine bitartrate 7.8 mg | Nasal decongestant |

**Uses**
temporarily relieves these symptoms of the common cold:
■ nasal congestion ■ sore throat ■ sneezing ■ nasal congestion ■ minor aches and pains ■ runny nose ■ sinus congestion and pressure

**Warnings**
**Reye's syndrome:** Children and teenagers who have or are recovering from chicken pox or flu-like symptoms should not use this product. When using this product, if changes in behavior with nausea and vomiting occur, consult a doctor because these symptoms could be an early sign of Reye's syndrome, a rare but serious illness.
**Allergy alert:** Aspirin may cause a severe allergic reaction which may include: ■ hives ■ facial swelling ■ asthma (wheezing) ■ shock
**Stomach bleeding warning:** This product contains a non-steroidal anti-inflammatory drug (NSAID), which may cause severe stomach bleeding. The chance is higher if you ■ are age 60 or older ■ have had stomach ulcers or bleeding problems ■ take a blood thinning (anticoagulant) or steroid drug ■ take other drugs containing prescription or non-prescription NSAIDs (aspirin, ibuprofen, naproxen, or others) ■ have 3 or more alcoholic drinks every day while using this product ■ take more or for a longer time than directed

---

**CVS Health™**

Orange Flavor

# Effervescent
# Cold Relief



Actual Size

---

**CVS Health™**

Compare to the active ingredients in Alka-Seltzer Plus® Cold Orange Zest†

Orange Flavor

NDC 69842-875-20

# Effervescent
# Cold Relief

**ASPIRIN (NSAID)** - Pain reliever; Fever reducer
**CHLORPHENIRAMINE MALEATE** - Antihistamine
**PHENYLEPHRINE BITARTRATE**
Nasal decongestant

**Fast relief of:**
Nasal congestion; Runny nose; Sneezing; Headache; Body ache; Sore throat; Sinus pain & pressure





Orange Flavor

**20 TABLETS**

Actual Size Tablet on Top Panel

---

## Drug Facts (continued)

Seek medical help right away.
■ pain or nasal congestion gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ new symptoms occur ■ redness or swelling is present ■ ringing in the ears or a loss of hearing occurs ■ nervousness, dizziness or sleeplessness occurs

**If pregnant or breast-feeding,** ask a health professional before use. It is especially important not to use aspirin during the last 3 months of pregnancy unless definitely directed to do so by a doctor because it may cause problems in the unborn child or complications during delivery. Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
■ do not use more than directed (see overdose warning)
■ adults and children 12 years and over: take 2 tablets completely dissolved in 4 oz of water every 4-6 hours
■ do not take more than 8 tablets in 24 hours
■ *children under 12 years: ask a doctor*

---

## Drug Facts (continued)

**Other information**
each tablet contains:
■ sodium 464 mg
■ phenylketonurics: contains phenylalanine 9 mg per tablet
■ store at room temperature (59°-86°F)

**Inactive ingredients**
acesulfame potassium, aspartame, citric acid, docusate sodium, FD&C red #40, FD&C yellow #6, flavors, mannitol, povidone, sodium benzoate, sodium bicarbonate

**DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED**

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2017 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-17432


**CVS Quality** Money Back Guarantee

†This product is not manufactured, distributed or licensed by the maker of Alka-Seltzer Plus® Cold Orange Zest®.

PN: 87560 CH C1
REV: 02/17

#182122


0 50428 58099 8






**MAXIMUM STRENGTH**
**Cold & Flu**
♥ CVS Health.

---

*This product is not manufactured or distributed by Reckitt Benckiser LLC, owner of the registered trademark Maximum Strength Mucinex® Fast-Max® Cold & Flu.    6287 0421

**Questions? Call 1-877-290-4008**
**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2021 CVS/pharmacy
CVS.com®    1-800-SHOP CVS
Made in India    V-37829

SAFETY SEALED: DO NOT USE IF INDIVIDUAL BLISTER UNIT IS OPEN OR TORN.

READ AND KEEP CARTON FOR COMPLETE WARNINGS AND INFORMATION.

## Drug Facts

| Active ingredients (in each softgel) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold and flu symptoms: ■ nasal congestion ■ headache ■ cough ■ minor aches & pains ■ sore throat ■ temporarily reduces fever ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 softgels in 24 hrs, which is the maximum daily amount
■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ Skin reddening ■ Blisters ■ Rash  If a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ diabetes
■ high blood pressure ■ thyroid disease ■ trouble urinating due to enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.
**When using this product, do not use more than directed.**
**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Drug Facts** (continued)

**Other information** ■ store at 20-25°C (68-77°F) ■ avoid excessive heat

**Inactive ingredients** FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitan solution, titanium dioxide

**Drug Facts** (continued)

**Directions**
■ Do not take more than directed (see liver/dose warning)
■ do not take more than 6 softgels in any 24-hour period
■ adults and children 12 years and older: take 2 softgels every 4 hours
■ children under 12 years of age: do not use

---

♥ CVS Health.

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Cold & Flu*
NDC 69842-789-16

**MAXIMUM STRENGTH**
# Cold & Flu

Fast Dissolving SoftGels

**ACETAMINOPHEN** - Pain reliever / Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl**
Nasal decongestant

## MULTI-SYMPTOM
- Controls cough
- Thins & loosens mucus
- Relieves nasal & chest congestion
- Relieves aches, fever & sore throat

**FOR AGES 12+**
Actual Size

**16 SOFTGELS†** (†Liquid-filled capsules)

---

**PARENTS:** Learn about teen medicine abuse. www.StopMedicineAbuse.org

0 50428 83834 1    #42814

Lot #:
Exp. Date:

Print/Varnish Omit Area

Print/Varnish Omit Area



*This product is not manufactured or distributed by Reckitt Benckiser LLC, owner of the registered trademark Maximum Strength Mucinex® Fast-Max® Cold, Flu & Sore Throat.

SAFETY SEALED: DO NOT USE IF INDIVIDUAL BLISTER UNIT IS OPEN OR TORN.

READ AND KEEP CARTON FOR COMPLETE WARNINGS AND INFORMATION.

Questions? Call 1-877-290-4008

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2021 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
Made in India  V-37828

### Drug Facts

**Active ingredients (in each softgel)** — **Purposes**

Acetaminophen 325 mg ................................................ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ................................................ Cough suppressant
Guaifenesin 200 mg ................................................ Expectorant
Phenylephrine HCl 5 mg ................................................ Nasal decongestant

**Uses**

- temporarily relieves these common cold and flu symptoms: ■ nasal congestion ■ headache ■ cough
- ■ minor aches & pains ■ sore throat ■ sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 softgels in 24 hrs, which is the maximum daily amount
■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ Skin redness ■ Blisters ■ Rash If a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ diabetes
■ high blood pressure ■ thyroid disease ■ trouble urinating due to enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Drug Facts (continued)**

**Other information** ■ avoid excessive heat ■ store at 20-25°C (68-77°F)

**Inactive ingredients** FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitol sorbitan solution, titanium dioxide

**Drug Facts (continued)**

**Directions**
■ Do not take more than directed (see Overdose warning)
■ do not take for more than 7 days except under a doctor's care ■ take every 4 hrs; do not take more than 6 doses per 24-hr period
■ adults and children 12 years of age and older: take 2 softgels every 4 hours ■ children under 12 years of age: do not use

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Lot #:
Exp. Date:

Print/Varnish Omit Area

0  00428888856  5

### Side Panel

MAXIMUM STRENGTH
CVS Health.
Cold, Flu & Sore Throat

### Front Panel

CVS Health.

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Cold, Flu & Sore Throat*

NDC 69842-616-16

MAXIMUM STRENGTH

# Cold, Flu & Sore Throat

Fast Dissolving SoftGels

**ACETAMINOPHEN** - 325 mg Pain reliever / Fever reducer
**DEXTROMETHORPHAN HBr** - 10 mg Cough suppressant
**GUAIFENESIN** - 200 mg Expectorant
**PHENYLEPHRINE HCl** - 5 mg Nasal decongestant

- Controls cough
- Relieves nasal & chest congestion, headache & fever
- Thins & loosens mucus

FOR AGES 12+
Actual Size

**16** SOFTGELS† (*Liquid-filled capsules)

Print/Varnish Omit Area





*This product is not manufactured or distributed by Reckitt Benckiser LLC, owner of the registered trademark Maximum Strength Mucinex® Sinus-Max® Day & Night.

**SAFETY SEALED: DO NOT USE IF INDIVIDUAL BLISTER UNIT IS OPEN OR TORN.**

**READ AND KEEP CARTON FOR COMPLETE WARNINGS AND INFORMATION.**

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2021 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
Made in India    V-37828    6307 0421

Varnish Omit Area

## DAY & NIGHT COMBO PACK

**CVS Health.**

Compare to the active ingredients in Maximum Strength Mucinex® Sinus-Max® Day and Maximum Strength Mucinex® Sinus-Max® Night*

NDC 69842-442-24

### MAXIMUM STRENGTH
### Daytime
## Sinus Relief

**ACETAMINOPHEN**
325 mg Pain reliever

**DEXTROMETHORPHAN HBr**
10 mg Cough suppressant

**GUAIFENESIN**
200 mg Expectorant

**PHENYLEPHRINE HCI**
5 mg Nasal decongestant

- Relieves sinus pressure, headache & congestion
- Controls cough
- Thins & loosens mucus

Fast Dissolving SoftGels

FOR AGES 12+

Actual Size

**16 SOFTGELS†**
**24 TOTAL** (Liquid-filled capsules)

### MAXIMUM STRENGTH
### Nighttime
## Sinus Relief

**ACETAMINOPHEN**
325 mg Pain reliever

**DEXTROMETHORPHAN HBr**
10 mg Cough suppressant

**DOXYLAMINE SUCCINATE**
6.25 mg Antihistamine

**PHENYLEPHRINE HCI**
5 mg Nasal decongestant

- Relieves nasal congestion, sinus pressure & pain
- Controls cough
- Relieves runny nose & sneezing

Fast Dissolving SoftGels

FOR AGES 12+

Actual Size

**8 SOFTGELS†**

Print/Varnish Omit Area

Varnish Omit Area

Print/Varnish Omit Area

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

#T77009

Lot #:
Exp. Date:

❤CVSHealth.

**Severe**

**MAXIMUM STRENGTH**
# Nighttime
**Cold/Flu Relief**

---

❤CVSHealth.

Compare to the active ingredients in
Vicks® NyQuil® Severe Cold & Flu*

**Severe**

NDC 51013-110-04

**MAXIMUM STRENGTH**
# Nighttime
**Cold/Flu Relief**

**ACETAMINOPHEN** - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**DOXYLAMINE SUCCINATE** - Antihistamine
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
Headache; Fever; Coughing; Sneezing;
Runny nose; Nasal congestion.

**24 SOFTGELS**

Actual Size

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2015 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
Made in China V-31177

LOT No:
EXP DATE:

COATING
FREE AREA

STORE AT ROOM TEMPERATURE.
AVOID EXCESSIVE HEAT.
KEEP OUT OF REACH OF CHILDREN.
WARNING: DO NOT USE IF CARTON OR PRINTED INNER SEAL IS BROKEN OR MISSING.
THIS PRODUCT IS PACKAGED IN A CHILD RESISTANT AND TAMPER EVIDENT PACKAGE.

*This product is not manufactured or distributed by Procter & Gamble, owner of the registered trademark Vicks® NyQuil® Severe Cold & Flu.




## Drug Facts

COATING FREE AREA

243789

COATING
FREE AREA



**Multi-Symptom Severe Cold**

ACETAMINOPHEN
Pain reliever / Fever reducer
DEXTROMETHORPHAN HBr
Cough suppressant
PHENYLEPHRINE HCl
Nasal decongestant

Dye, Aspartame & Sodium Free

6 PACKETS

**Nighttime Severe Cold & Cough**

ACETAMINOPHEN
Pain reliever / Fever reducer
DIPHENHYDRAMINE HCl
Antihistamine / Cough suppressant
PHENYLEPHRINE HCl
Nasal decongestant

Aspartame & Sodium Free

6 PACKETS

**VALUE PACK**

♥CVS Health.

Compares to the active ingredients in Theraflu® Multi-Symptom Severe Cold® & Theraflu® Nighttime Severe Cold & Cough®

Severe

NDC 59779-766-13

**Multi-Symptom Severe Cold**

ACETAMINOPHEN
Pain reliever / Fever reducer
DEXTROMETHORPHAN HBr
Cough suppressant
PHENYLEPHRINE HCl
Nasal decongestant

Relieves:
• Nasal congestion
• Sore throat pain
• Cough
• Headache
• Body ache
• Fever

6 PACKETS

**Nighttime Severe Cold & Cough**

ACETAMINOPHEN
Pain reliever / Fever reducer
DIPHENHYDRAMINE HCl
Antihistamine / Cough suppressant
PHENYLEPHRINE HCl
Nasal decongestant

Relieves:
• Nasal congestion
• Sore throat pain
• Cough
• Headache
• Fever
• Runny nose
• Sneezing

6 PACKETS

Distributed by:
CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895
© 2017 CVS/pharmacy
CVS.com®
1-800-SHOP CVS
V-12431

CVS Quality
100% Money-Back Guarantee

#632955
54812CVSFC

TAMPER EVIDENT INNER UNIT: DO NOT USE IF SEALED PACKET IS TORN OR BROKEN.

0   53428 52223   3

Lot:
Exp:





Compare to the active ingredients in Alka-Seltzer PLUS® Maximum
Strength Severe Sinus Congestion & Cough Day & Night Liquid Gels*

**Sinus Congestion & Cough**

## Daytime Non-Drowsy

# Sinus Congestion & Cough Relief

**ACETAMINOPHEN** 325 mg
Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr** 10 mg
Cough suppressant
**PHENYLEPHRINE HCl** 5 mg
Nasal decongestant

**Relieves:**
Nasal & sinus congestion;
Sinus pressure; Headache &
body ache; Cough



**Actual Size**

**12** SOFTGELS

## Nighttime

# Sinus Congestion & Cough Relief

**ACETAMINOPHEN** 325 mg
Pain reliever/Fever reducer
**DEXTROMETHORPHAN HBr** 10 mg
Cough suppressant
**DOXYLAMINE SUCCINATE** 6.25 mg
Antihistamine
**PHENYLEPHRINE HCl** 5 mg
Nasal decongestant

**Relieves:**
Sinus congestion &
pressure; Headache &
pain; Runny nose &
sneezing; Cough



**Actual Size**

**8** SOFTGELS  **20** TOTAL







Compare to the active ingredients in
Vicks® NyQuil® Severe Cold & Flu*

**MAXIMUM STRENGTH**

# Severe Nighttime

## Cold/Flu Relief

**ACETAMINOPHEN** - Pain reliever; Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**DOXYLAMINE SUCCINATE** - Antihistamine
**PHENYLEPHRINE HCI** - Nasal decongestant

**Relieves:**
Headache; Fever; Coughing;
Sneezing; Runny nose;
Nasal congestion



**Actual Size**

**24** SOFTGELS



## Drug Facts

**Active ingredients (in each packet)**      **Purpose**

Acetaminophen 650 mg ............................. Pain reliever/Fever reducer
Diphenhydramine hydrochloride 25 mg .. Antihistamine/Cough suppressant
Phenylephrine hydrochloride 10 mg ....................... Nasal decongestant

**Uses**
* Temporarily relieves:
  * minor aches and pains • headache • minor sore throat pain
  * nasal and sinus congestion • cough due to minor throat and
    bronchial irritation • runny nose • sneezing • itchy, watery eyes
    due to hay fever • itchy nose and throat
* Temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take • more than 6 packets in 24 hours, which is the maximum daily amount • with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
* with any other drug containing acetaminophen (prescription and nonprescription). Ask a doctor or pharmacist before using with other drugs if you are not sure.
* with any other product containing diphenhydramine, even one used on the skin
* if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains a MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
* liver disease • heart disease • high blood pressure • thyroid disease
* glaucoma • diabetes • trouble urinating due to an enlarged prostate gland
* a breathing problem such as emphysema, asthma, or chronic bronchitis
* cough that occurs with too much phlegm (mucus) • cough that lasts or is chronic such as occurs with smoking, asthma or emphysema.

**Ask a doctor or pharmacist before use if you are**
* taking sedatives or tranquilizers • taking the blood thinning drug warfarin

**When using this product**
* **do not exceed recommended dosage**
* avoid alcoholic drinks • marked drowsiness may occur • alcohol, sedatives and tranquilizers may increase drowsiness • be careful when driving a motor vehicle or operating machinery • excitability may occur, especially in children.

**Stop use and ask a doctor if**
* nervousness, dizziness, or sleeplessness occurs • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • symptoms do not get better or worsen • pain, cough or nasal congestion gets worse or lasts more than 7 days • cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition. ▶

CVS Quality
Money Back Guarantee

PLEASE RECYCLE

## Drug Facts (continued)

If pregnant or breast-feeding, ask a health care professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
* **do not use more than directed**
* take every 4 hours; not to exceed 6 packets in 24 hours or as directed by a doctor.
* adults and children 12 years of age and over: dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
* children under 12 years of age: consult a doctor.
* if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

**Other information**
* **each packet contains:** potassium 7 mg, sodium 46 mg
* **phenylketonurics:** contains phenylalanine 13 mg per packet
* store at controlled room temperature 20-25°C (68-77°F). Protect from excessive heat and moisture.

**Inactive ingredients:**
Acesulfame K, Aspartame, Caramel Color, Citric Acid, D&C Yellow 10, Maltodextrin, Natural Flavors, Sodium Citrate, Starch and Sugar.

**DO NOT USE IF SEALED PACKET IS TORN OR BROKEN.**

Distributed by CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2015 CVS/pharmacy
www.cvs.com • 1 800 snup CVS
Made in Canada
V-18633

## SEVERE COUGH & COLD NIGHTTIME

### CVS pharmacy

NDC 59779-221-06

**NEW!**

## SEVERE COUGH & COLD NIGHTTIME

**ACETAMINOPHEN** - PAIN RELIEVER / FEVER REDUCER
DIPHENHYDRAMINE HCl - ANTIHISTAMINE / COUGH SUPPRESSANT
PHENYLEPHRINE HCl - NASAL DECONGESTANT

* **Nasal congestion**
* **Sore throat pain**
* **Cough**
* **Sneezing**
* **Runny nose**
* **Headache**
* **Body ache**
* **Fever**

Honey Lemon infused with Chamomile & White Tea flavors

**6 PACKETS**

**SEE NEW WARNINGS INFORMATION**

C-3109-30508-6D

#719048

0 50428 16548 5

### SEVERE COUGH & COLD NIGHTTIME

CVS/pharmacy™ Severe Cough & Cold Nighttime provides complete relief of your cough and severe cold symptoms. This soothing hot liquid formula is alcohol free and tastes great.

For daytime relief, try

CVS
SEVERE COUGH & COLD DAYTIME





## Allergy Plus Congestion Relief

DIPHENHYDRAMINE HCl - Antihistamine
PHENYLEPHRINE HCl - Nasal decongestant

**◆CVS**Health.

Compare to the active ingredients in
Benadryl® Allergy Plus Congestion*

Tablets

**Relief of:**
- Sneezing
- Runny nose
- Sinus congestion
- Sinus pressure

---

## Allergy Plus Congestion Relief

DIPHENHYDRAMINE HCl - Antihistamine
PHENYLEPHRINE HCl - Nasal decongestant

Tablets

**◆CVS**Health.

B-0231-485-08-H
ORG122048508

---

### Drug Facts

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

**Active ingredients** (in each tablet) — **Purpose**
Diphenhydramine HCl 25 mg ..................Antihistamine
Phenylephrine HCl 10 mg ..................Nasal decongestant

**Uses**
- temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
  - runny nose
  - sneezing
  - nasal congestion
  - itching of the nose or throat
  - itchy, watery eyes
- temporarily relieves these symptoms due to the common cold:
  - nasal congestion
  - runny nose
  - sneezing
- temporarily relieves sinus congestion and pressure

**Warnings**
**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- with any other product containing diphenhydramine, even one used on skin

**Ask a doctor before use if you have**
- difficulty in urination due to enlargement of the prostate gland
- diabetes
- thyroid disease
- heart disease
- glaucoma
- high blood pressure
- a breathing problem such as emphysema or chronic bronchitis

**Ask a doctor or pharmacist before use if you are** taking sedatives or tranquilizers.

▶

---

### Drug Facts (continued)

**When using this product**
- do not exceed recommended dosage
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic beverages
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- symptoms do not improve within 7 days or are accompanied by fever
- nervousness, dizziness, or sleeplessness occur

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions** ■ do not take more than directed
- adults and children 12 years and over
  - take 1 tablet every 4 hours
  - do not take more than 6 tablets in 24 hours
- children under 12 years: do not use

**Other information**
- each tablet contains: calcium 25 mg
- **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
- see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, dibasic calcium phosphate dihydrate, FD&C blue #1 aluminum lake, hypromellose, magnesium stearate, ▼

---

### Drug Facts (continued)

microcrystalline cellulose, polydextrose, polyethylene glycol, silicon dioxide, stearic acid, titanium dioxide, triacetin

**Questions or comments?** 1-800-426-9391

---

*This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Benadryl® Allergy Plus Congestion.    50844  ORG122048508

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
CVS.com®   1-800-SHOP CVS
V-18615


100% money back guaranteed.
CVS.com/returnpolicy


PAPER BOX   MULTI-LAYER TRAY

---

No Print/No Varnish
Lot and Expiration No.

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

UPC# 050428455623
FPO 100%
#197895

---

**Allergy Plus Congestion Relief**

Tablets

**◆CVS**Health.

DIPHENHYDRAMINE HCl - Antihistamine
PHENYLEPHRINE HCl - Nasal decongestant

- Sinus pressure
- Itchy throat
- Itchy, watery eyes

Actual Size

**24 TABLETS**

**COMBO PACK**

## Drug Facts — DAYTIME

**Active ingredients (in each 15 mL)** — **Purpose**
Acetaminophen 325 mg — Pain reliever/fever reducer
Dextromethorphan HBr 10 mg — Cough suppressant
Phenylephrine HCl 5 mg — Nasal decongestant

**Uses** ■ temporarily relieves common cold and flu symptoms: ■ sore throat ■ nasal congestion ■ minor aches and pains ■ cough due to minor throat and bronchial irritation ■ headache ■ temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if:
■ adult takes more than 4,000 mg of acetaminophen in 24 hours
■ child takes more than 5 doses in 24 hours
■ taken with other drugs containing acetaminophen
■ adult has 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease ■ high blood pressure

### Drug Facts (continued)

nervousness, dizziness, or sleeplessness occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed
■ do not exceed 4 doses per 24 hours

| adults and children 12 years and over | 30 mL every 4 hours |
| children under 12 years | do not use |

**Other information** ■ each 15 mL contains: sodium 13 mg
■ store at 20°–25°C (68°–77°F); excursions permitted between 15°–30°C (59°–86°F) ■ use by expiration date on package

**Inactive ingredients** anhydrous citric acid, FD&C yellow #6, flavors, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate

**Questions or comments?** 1-800-426-9391

---

**DO NOT TAKE DAYTIME AND NIGHTTIME PRODUCTS AT THE SAME TIME**

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**

---

♥ CVS Health.

Compare to the active ingredients in Vicks® DayQuil® Cold & Flu*

**Non-Drowsy**
## Daytime
Cough suppressant

### COLD & FLU

**ACETAMINOPHEN**
Pain reliever, Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**PHENYLEPHRINE HCl**
Nasal decongestant

**Relieves:**
Headache, Fever, Sore throat,
Minor aches & pains,
Nasal congestion,
Sinus pressure, Cough

No added alcohol
Ages 6 Years & Over

**2 – 12 FL OZ**
**(355 mL) BOTTLES**

---

♥ CVS Health.

Compare to the active ingredients in Vicks® NyQuil® Cold & Flu*

**Multi-Symptom**
## Nighttime
Cough suppressant

### COLD & FLU

**ACETAMINOPHEN**
Pain reliever, Fever reducer
**DEXTROMETHORPHAN HBr**
Cough suppressant
**DOXYLAMINE SUCCINATE**
Antihistamine

**Relieves:**
Headache, Fever,
Sore throat, Minor
aches & pains, Sneezing,
Runny nose, Cough

Cherry Flavor
No added alcohol
Ages 12 Years & Over

**TOTAL 24 FL OZ**
**(710 mL)**

---

## Drug Facts — NIGHTTIME

**Active ingredients (in each 30 mL)** — **Purpose**
Acetaminophen 650 mg — Pain reliever/fever reducer
Dextromethorphan HBr 30 mg — Cough suppressant
Doxylamine succinate 12.5 mg — Antihistamine

**Uses** ■ temporarily relieves common cold and flu symptoms: ■ minor aches and pains ■ sore throat ■ runny nose and sneezing ■ cough due to minor throat and bronchial irritation ■ headache ■ temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease ■ high blood pressure

### Drug Facts (continued)

**Directions** ■ do not take more than directed
■ do not exceed 4 doses per 24 hours

| adults and children 12 years and over | 30 mL every 4 hours |
| children under 12 years | do not use |

**Other information** ■ each 30 mL contains: sodium 51 mg
■ store at 20°–25°C (68°–77°F); excursions permitted between 15°–30°C (59°–86°F) ■ use by expiration date on package

**Inactive ingredients** anhydrous citric acid, FD&C blue #1, FD&C red #40, flavor, glycerin, high fructose corn syrup, polyethylene glycol #40, propylene glycol, purified water, sodium benzoate, sodium chloride, sodium citrate dihydrate, sucralose, sucrose

**Questions or comments?** 1-800-426-9391

**Distributed by: CVS Pharmacy, Inc.**
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com® V-9849 SHOP CVS® V-19849

♥ 100% money back
guaranteed
CVS.com/mhpquality

50644
ORG032301201302

---

**PARENTS:**

*This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademarks Vicks® DayQuil® Cold & Flu and Vicks® NyQuil® Cold & Flu.

**Directions** ■ do not take more than directed
■ adults and children 12 years and over: 30 mL every 4 hours
■ children under 12 years: do not use

**Inactive ingredients**

**Questions or comments?** 1-800-426-9391

No Print / No Varnish Area
Lot # and Exp. Info

#180153

No Print / No Varnish Area



Compare to the active ingredients in Vicks® DayQuil® Severe Honey Flavor*

NDC 51316-613-40

# Daytime Severe

## ACETAMINOPHEN
Pain reliever; Fever reducer

## DEXTROMETHORPHAN HBr
Cough suppressant

## GUAIFENESIN Expectorant

## PHENYLEPHRINE HCI
Nasal decongestant

Relieves:
Headache, Fever, Sore throat, Minor aches & pains, Chest congestion, Nasal & Sinus congestion, Sinus pressure, Cough

Thins & loosens mucus

**COLD & FLU**



**Honey Flavor**

**ANTIHISTAMINE FREE**

## 12 FL OZ (355 mL)

: 51U40 17 F1

---

Distributed by:
CVS Pharmacy, Inc.
One CVS Drive, Woonsocket,
RI 02895 © 2023 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-16430
100% money back guaranteed.
Empty & Replace Cap
CVS.com/returnpolicy

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING.

PLASTIC BOTTLE  PLASTIC CUP

#350947



## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCI 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical ◄ help right away.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 51U40 17 B1

---

## Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

---

## Drug Facts (continued)

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

| Directions ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |



**AL** **NO COATING**

Ask a doctor before use if you have
■ liver disease  ■ heart disease
■ high blood pressure  ■ diabetes
■ thyroid disease  ■ cough that
occurs with too much phlegm (mucus)
■ trouble urinating due to an
enlarged prostate gland
■ persistent or chronic cough such
as occurs with smoking, asthma,
chronic bronchitis, or emphysema

Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin

**When using
this product
do not use
more than
directed** ◄

| children 2 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 15 mL contains:
sodium 15 mg  ■ store at 20-25°C (68-77°F).
Do not refrigerate.

*Inactive ingredients* anhydrous citric acid,
D&C yellow #10, edetate disodium, FD&C
green #3, FD&C red #40, FD&C yellow #6,
flavor, glycerin, polyethylene glycol, propylene
glycol, purified water, saccharin sodium, sodium
benzoate, sodium chloride, sodium citrate,
sorbitol solution, sucralose, xanthan gum

*Questions?* 1-800-719-9260

*This product is not
manufactured or
distributed by Procter
& Gamble, distributor
of Vicks® DayQuil®
Severe Honey Flavor.

**NO COAT**



**CVS Health**

Compare to the active ingredients in Vicks® DayQuil® VapoCOOL® SEVERE COLD & FLU + CONGESTION*

**Daytime Severe**
**COLD & FLU RELIEF**

ACETAMINOPHEN Pain reliever/Fever reducer
DEXTROMETHORPHAN HBr Cough suppressant
GUAIFENESIN Expectorant
PHENYLEPHRINE HCl Nasal decongestant

**MAXIMUM STRENGTH**

Relieves:
Headache, fever, sore throat, minor aches & pains, nasal/ sinus congestion & sinus pressure, cough, chest congestion

Actual Size

**32 CAPLETS**

---

**CVS Health**

Compare to the active ingredients in Vicks® NyQuil® VapoCOOL® SEVERE COLD & FLU + CONGESTION*

**Nighttime Severe**
**COLD & FLU RELIEF**

ACETAMINOPHEN Pain reliever/Fever reducer
DEXTROMETHORPHAN HBr Cough suppressant
DOXYLAMINE SUCCINATE Antihistamine
PHENYLEPHRINE HCl Nasal decongestant

**MAXIMUM STRENGTH**

Relieves:
Headache, fever, sore throat, minor aches & pains, nasal/ sinus congestion & sinus pressure, sneezing, runny nose, cough

Actual Size

**16 CAPLETS  48 TOTAL**

---

#178420

B-0231-640677-22H
REV0722F64067722

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

Do Not Take Daytime and Nighttime Products at the Same Time.

0 50428 54723 6

Must print and bleed white for Lot and Exp to print on the line

← Lot and Exp will get printed on the line here



Compare to the active ingredients in Vicks® NyQuil® Severe Honey Flavor*

NDC 51316-179-40

# Nighttime Severe

## ACETAMINOPHEN
Pain reliever; Fever reducer

## DEXTROMETHORPHAN HBr
Cough suppressant

## DOXYLAMINE SUCCINATE
Antihistamine

## PHENYLEPHRINE HCl
Nasal decongestant

**Relieves:**
Fever, Sore throat, Minor aches & pains, Nasal congestion, Sinus pressure, Sneezing, Runny nose, Cough

**COLD & FLU**

**Honey Flavor**

## 12 FL OZ (355 mL)

: 8LS4D 17 F1

---

Distributed by:
CVS Pharmacy, Inc.
One CVS Drive, Woonsocket,
RI 02895  © 2023 CVS/pharmacy
CVS.com® 1-800-SHOP CVS V-16430
100% money back guaranteed.
CVS.com/returnpolicy

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org
**DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING.**
#545974

## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine Succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough ■ headache to help you sleep ■ minor aches and pains ■ sore throat ■ fever ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash  If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanted or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 8LS4D 17 B1

---

## Drug Facts
(continued)

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients ■ to make a child sleepy
**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ glaucoma ■ thyroid disease ■ diabetes ■ cough that occurs with too much

---

## Drug Facts
(continued)

■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness
**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.
**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs.



ADH

NO COATING *

phlegm (mucus)  ■ trouble urinating
due to an enlarged prostate gland
■ a breathing problem such as
emphysema or chronic bronchitis
■ persistent or chronic cough such
as occurs with smoking, asthma, or
emphysema

Ask a doctor or pharmacist before
use if you are  ■ taking the blood
thinning drug warfarin    ■ taking
sedatives or tranquilizers

When using this product
■ do not use more than directed
■ excitability may
occur,
especially
in children
■ marked
drowsiness
may occur
◄

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

*Other information*  ■ each 15 mL contains:
sodium 15 mg  ■ store at 20-25°C (68-77°F)

*Inactive ingredients* anhydrous citric acid,
D&C yellow #10, edetate disodium, FD&C green #3,
FD&C red #40, FD&C yellow #6, flavor, glycerin,
polyethylene glycol, propylene glycol, purified
water, saccharin sodium, sodium benzoate,
sodium chloride, sodium citrate, sorbitol solution,
sucralose, xanthan gum

*Questions?*
1-800-719-9260

*This product is not
manufactured or distributed
by Procter & Gamble,
distributor of Vicks® NyQuil®
Severe Honey Flavor,

NO COATI



## Panel 1 (Drug Facts continued)

**Drug Facts (continued)**

Ask a doctor before use if you have
- liver disease ■ heart disease
- high blood pressure
- thyroid disease ■ diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than 5 doses in any 24-hour period
- do not exceed recommended dosage. Taking more than the recommended dose (overdose) may cause serious liver damage.
- measure only with dosing cup provided
- keep dosing cup with product
- mL = milliliter
- this adult product is not intended for use in children under 12 years of age

| age | dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children under 12 years | do not use |

**Other information**
- each 20 mL contains: sodium 14 mg
- store at 20-25°C (68-77°F). Do not refrigerate. ▶

## Panel 2 (Inactive ingredients)

**Drug Facts (continued)**

**Inactive ingredients** anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C red #40, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions or comments?** 1-800-719-9260

*This product is not manufactured or distributed by Pfizer, distributor of Robitussin® Severe Multi-Symptom Cough Cold + Flu.

**Distributed by:** CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2023 CVS/pharmacy
CVS.com® 1-800-SHOP CVS
V-16430

**100% money back guaranteed.**
CVS.com/returnpolicy

PAPER BOX   PLASTIC BOTTLE   PLASTIC CUP

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## Panel 3 (Front)

**CVS Health.**

MAXIMUM STRENGTH

**Non-Drowsy**

# Severe Tussin CF

**ACETAMINOPHEN**
Pain reliever/Fever reducer

**DEXTROMETHORPHAN HBr**
Cough suppressant

**GUAIFENESIN**
Expectorant

**PHENYLEPHRINE HCl**
Nasal decongestant

**Adult Cough & Cold**

**Relieves:**
- Cough, sore throat
- Body aches, fever
- Nasal congestion
- Chest congestion

For Ages 12 Years & Over
Dosage cup provided

Package Contains One Bottle

**4 FL OZ (118 mL)**

#971824

0 50428 49295 6

28S26 17 C1

## Top flap (Front top)

**CVS Health.**

MAXIMUM STRENGTH

**Non-Drowsy**

# Severe Tussin CF
**Adult Cough & Cold**

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

## Panel 4 (Compare / Drug Facts)

Compare to the active ingredients in Robitussin® Severe Multi-Symptom Cough Cold + Flu*

NDC 51316-323-26

**Drug Facts**

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen, USP 650 mg...Pain reliever/fever reducer | |
| Dextromethorphan HBr, USP 20 mg.....Cough suppressant | |
| Guaifenesin, USP 400 mg...................Expectorant | |
| Phenylephrine HCl, USP 10 mg...........Nasal decongestant | |

**Uses**
- temporarily relieves these symptoms occurring with a cold or flu:
  - cough due to minor throat and bronchial irritation
  - nasal congestion
  - sinus congestion and pressure
  - minor aches and pains
  - sore throat ■ headache
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you have ever had an allergic reaction to this product or any of its ingredients ▶

## Drug Facts (continued)

**Inactive ingredients** corn starch, crospovidone, FD&C yellow #6

## Drug Facts (continued)

■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ see end flap for expiration date and lot number
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)

## Drug Facts (continued)

**Questions or comments?** 1-800-426-9391

aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Other information** ■ each caplet contains: sodium 5 mg

**Directions** ■ do not take more than directed
■ adults and children 12 years and over ■ take 2 caplets every 4 hours
■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**When using this product do not exceed recommended dosage.**

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**If pregnant or breast-feeding,** ask a health professional before use.

## Drug Facts (continued)

■ heart disease ■ thyroid disease ■ diabetes ■ liver disease
■ high blood pressure

**Ask a doctor before use if you have**

■ If you have ever had an allergic reaction to this product or any of its ingredients

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

## Drug Facts (continued)

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**temporarily reduces fever**

## Drug Facts (continued)

**Uses** ■ temporarily relieves these symptoms due to the common cold:
■ headache ■ nasal congestion ■ minor aches and pains
■ sore throat ■ sinus congestion and pressure
■ cough that occurs with too much phlegm (mucus)
■ persistent and chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive
■ difficulty in urination due to enlargement of the prostate gland

## Drug Facts

**Active ingredients (in each caplet)        Purpose**

Acetaminophen 325 mg ............................... Pain reliever/Fever reducer
Dextromethorphan HBr 10 mg ........................ Cough suppressant
Guaifenesin 100 mg ................................. Expectorant
Phenylephrine HCl 5 mg ............................. Nasal decongestant

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

TAMPER EVIDENT: DO NOT USE IF PACKAGES IS OPENED OR IF BLISTER UNITS IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

No Print/No Varnish
Lot and Expiration No.

0 50428 33099 9

#970316

PARENTS:
100% money back guaranteed.
CVS.com/rxfamilypolicy

*This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Head Congestion + Flu Severe.

Distributed by: CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895
© 2022 CVS/pharmacy
REV:072255-608
CVS.com®  1-800-SHOP CVS  V-19849
50844

# ♥CVSHealth®

**Coated Caplets**

Compare to the active ingredients in Sudafed PE® Head Congestion + Flu Severe*

# Sinus PE
# Head Congestion +
# Flu Severe

**ACETAMINOPHEN** - Pain reliever, Fever reducer
**DEXTROMETHORPHAN HBr** - Cough suppressant
**GUAIFENESIN** - Expectorant
**PHENYLEPHRINE HCl** - Nasal decongestant

**Relieves:**
Sinus pressure, Headache, Sore throat, Cough, Chest congestion

## 24 COATED CAPLETS



Actual Size

