# Haleon US Holdings LLC.

# -PE Product Labels –





**Children's**

# Robitussin

**FOR AGES 4 & OVER**



## Cough & Cold

**CF**

**DEXTROMETHORPHAN HBr**
(Cough Suppressant)
**GUAIFENESIN (Expectorant)**
**PHENYLEPHRINE HCl (Nasal Decongestant)**

**Relieves:**
✓ Cough
✓ Chest Congestion/Mucus
✓ Stuffy Nose

**Non-Drowsy**

**grape**
flavor

4 FL OZ
(118 mL)









**ADULT**

# Robitussin

**MAXIMUM STRENGTH**

## SEVERE
## Multi-Symptom
## Cough Cold + Flu
### Nighttime

**ACETAMINOPHEN (Pain Reliever/Fever Reducer)**
DIPHENHYDRAMINE HCl (Antihistamine/Cough Suppressant)
PHENYLEPHRINE HCl (Nasal Decongestant)

✓ Cough, Sore Throat
✓ Body Aches, Fever
✓ Nasal Congestion
✓ Runny Nose

**POWERFUL** multi-symptom relief

**CF**
**NIGHTTIME**
**MAX**

For Ages 12 & Over    4 FL OZ (118 mL)









NDC 0067-8127-08

gsk

# THERAFLU
## ExpressMax

## SEVERE
## COLD & COUGH

**DAYTIME**

**Acetaminophen**
Pain Reliever/Fever Reducer
**Dextromethorphan HBr**
Cough Suppressant
**Phenylephrine HCl**
Nasal Decongestant

➤ Cough  ➤ Nasal Congestion
➤ Sore Throat Pain  ➤ Fever
➤ Headache  ➤ Body Ache

**BERRY FLAVOR**

8.3 FL OZ (245.5 mL)

Alcohol Free





NDC 0067-8129-08

gsk

# THERAFLU
## ExpressMax

## SEVERE
## COLD & COUGH

NIGHTTIME

**Acetaminophen**
Pain Reliever/Fever Reducer
**Diphenhydramine HCl**
Antihistamine/Cough Suppressant
**Phenylephrine HCl**
Nasal Decongestant

➤ Cough   ➤ Nasal Congestion
➤ Sore Throat Pain   ➤ Fever
➤ Headache   ➤ Body Ache
➤ Runny Nose

**BERRY FLAVOR**

8.3 FL OZ (245.5 mL)

Alcohol Free



NDC 0067-8145-01

**READ ALL WARNINGS AND DIRECTIONS ON CARTON BEFORE USE. KEEP CARTON FOR REFERENCE. DO NOT DISCARD.**

## Drug Facts

**Active ingredients (in each caplet)** — **Purposes**

Acetaminophen 325 mg ......................................... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ............................................ Cough suppressant
Guaifenesin 200 mg ................................................................... Expectorant
Phenylephrine HCl 5 mg ..................................................... Nasal decongestant

### Uses
- temporarily relieves these symptoms due to a cold:
  - minor aches and pains    • minor sore throat pain    • headache
  - nasal and sinus congestion    • cough due to minor throat and bronchial irritation
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening    • blisters    • rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting consult a doctor promptly.

**Do not use**
- in a child under 12 years of age    • if you are allergic to acetaminophen
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease    • heart disease    • high blood pressure    • thyroid disease    • diabetes
- trouble urinating due to an enlarged prostate gland    • cough that occurs with too much phlegm (mucus)
- cough that lasts or is chronic such as occurs with smoking, asthma, chronic bronchitis or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin

**When using this product**
- do not exceed recommended dosage

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occurs    • fever gets worse or lasts more than 3 days
- redness or swelling is present    • new symptoms occur
- pain, cough or nasal congestion gets worse or lasts more than 7 days
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.    ▶

## Drug Facts (continued)

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- **do not take more than directed**
- adults and children 12 years of age and over: take 2 caplets every 4 hours, while symptoms persist. Do not take more than 10 caplets in 24 hours unless directed by a doctor.
- children under 12 years of age: do not use

### Other information
- **each caplet contains:** sodium 5 mg
- store at controlled room temperature 20°–25°C (68°–77°F)

### Inactive ingredients benzoic
acid, carmine, croscarmellose sodium, crospovidone, ethanol, ferric oxide yellow, flavors, hypromellose, maltodextrin, microcrystalline cellulose, polyethylene glycol, polysorbate 60, polysorbate 80, povidone, pregelatinized starch, propylene glycol, silicon dioxide, stearic acid, sucralose, titanium dioxide

**Questions or Comments?**
call 1-855-328-5259

FP0

3  00671 09170  4

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

# THERAFLU®
## ExpressMax®

### SEVERE COLD & FLU

**ACETAMINOPHEN** – PAIN RELIEVER/FEVER REDUCER
**DEXTROMETHORPHAN HBr** – COUGH SUPPRESSANT
**GUAIFENESIN** – EXPECTORANT
**PHENYLEPHRINE HCl** – NASAL DECONGESTANT

- BODY ACHE • FEVER • CHEST CONGESTION
- NASAL CONGESTION • HEADACHE
- COUGH • SORE THROAT PAIN

**20 COATED CAPLETS**

*WARMING RELIEF™ FORMULA*

*NEW!*

*Maximum Strength per 4 hour dose.

**TAMPER EVIDENT FEATURE:** THERAFLU® EXPRESSMAX® CAPLETS ARE SEALED IN BLISTER PACKETS. USE ONLY IF THE INDIVIDUAL SEAL IS UNBROKEN.

Distributed by:
GSK Consumer Healthcare
Warren, NJ 07059
Trademarks are owned by or licensed to the GSK group of companies.
©2017 GSK group of companies or its licensor. All rights reserved.    12982







NDC 0067-6094-01

**NEW**



# THERAFLU

# P⚡WERPODS
## DAYTIME
# SEVERE COLD

**ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER**
**DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT**
**PHENYLEPHRINE HCl – NASAL DECONGESTANT**



**8 PODS**



**FOR USE ONLY WITH COMPATIBLE SINGLE SERVE BREWING MACHINES INCLUDING KEURIG AND MR. COFFEE***

*** This product is not affiliated with Keurig Incorporated or Mr. Coffee.**

*Nasal Congestion*
*Sore Throat Pain*
*Cough • Headache*
*Body Ache • Fever*

☀ **DAY**

**BERRY INFUSED WITH MENTHOL & GREEN TEA FLAVORS**

gsk

NDC 0067-6095-01







# PØWERPODS

## NIGHTTIME
## SEVERE COLD

**ACETAMINOPHEN** – PAIN RELIEVER/FEVER REDUCER
DIPHENHYDRAMINE HCl – ANTIHISTAMINE/COUGH SUPPRESSANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT



**8 PODS** 

**FOR USE ONLY WITH COMPATIBLE
SINGLE SERVE BREWING
MACHINES INCLUDING KEURIG
AND MR. COFFEE\***

**\* This product is not
affiliated with Keurig
Incorporated or Mr. Coffee.**

*Nasal Congestion
Sore Throat Pain • Cough
Headache • Body Ache • Fever
Runny Nose • Sneezing*

☾ **NIGHT**

**HONEY LEMON INFUSED
WITH CHAMOMILE &
WHITE TEA FLAVORS**







MULTI-SYMPTOM COLD RELIEF

NDC 0067-6801-02

gsk

# THERAFLU

## SEVERE
## COLD RELIEF
### NIGHTTIME

**Acetaminophen** +
Pain Reliever/Fever Reducer

**Diphenhydramine HCl**
Antihistamine/Cough Suppressant

**Phenylephrine HCl**
Nasal Decongestant

HELPS YOU REST

## Hot liquid therapy
### that relieves:

/ Nasal and sinus
  congestion
/ Cough
/ Sore throat pain
/ Headache
/ Runny nose
/ Fever

**Citrus & Green Tea**

# 6 PACKETS





Ages 4 to 11 Years

Ages 6 to 11 Years

**Children's**
**Triaminic®**
**Syrup**

**Day Time**
**Cold & Cough**

Dextromethorphan HBr
(Cough Suppressant)
**Phenylephrine HCl (Nasal Decongestant)**

★ Stuffy Nose
★ Cough

Cherry
FLAVOR

**Night Time**
**Cold & Cough**

Diphenhydramine HCl
(Antihistamine/Cough Suppressant)
**Phenylephrine HCl (Nasal Decongestant)**

★ Cough Relief
★ Runny, Stuffy Nose
★ Itchy Throat

Grape
FLAVOR

4 FL OZ (118 mL)

8 FL OZ (236 mL) TOTAL

4 FL OZ (118 mL)







**Children's**
# Dimetapp®

BROMPHENIRAMINE MALEATE (Antihistamine)
DEXTROMETHORPHAN HBr (Cough Suppressant)
PHENYLEPHRINE HCl (Nasal Decongestant)

## Cold
& **Cough**

---

**Children's**
# Dimetapp®

BROMPHENIRAMINE MALEATE (Antihistamine)
DEXTROMETHORPHAN HBr (Cough Suppressant)
PHENYLEPHRINE HCl (Nasal Decongestant)

™



## Cold
& **Cough**

**Relieves Nasal Symptoms**

☑ Stuffy Nose
☑ Runny Nose
☑ Sneezing

**Plus Other Symptoms**

☑ Itchy, Watery Eyes
☑ Cough

For Ages
**6 Yrs.**
& Over

 

4 FL OZ (118 ml) alcohol-free • grape flavor

---

**Children's**
# Dimetapp®

### Drug Facts

**Active ingredients**
**(in each 10 ml)** **Purposes**
Brompheniramine maleate, USP 2 mg ......Antihistamine
Dextromethorphan HBr, USP 10 mg...Cough suppressant
Phenylephrine HCl, USP 5 mg............Nasal decongestant

### Uses
■ temporarily relieves cough due to minor throat and bronchial irritation occurring with a cold, and nasal congestion due to the common cold, hay fever or other upper respiratory allergies
■ temporarily relieves these symptoms due to hay fever (allergic rhinitis):
  ■ runny nose
  ■ sneezing
  ■ itchy, watery eyes
  ■ itching of the nose or throat
■ temporarily restores freer breathing through the nose

### Warnings
**Do not use**
■ to sedate a child or to make a child sleepy
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem or persistent or chronic cough that lasts such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are**
■ taking any other oral nasal decongestant or stimulant
■ taking sedatives or tranquilizers ♦

---

LOT:
EXP:

Do Not Use if breakable ring is separated or missing.













