# Johnson & Johnson Consumer Inc.

## -PE Product Labels –











Dextromethorphan HBr 20 mg...Cough suppressant
Guaifenesin 400 mg.................................Expectorant
Phenylephrine HCl 10 mg......Nasal decongestant

## Uses
■ temporarily relieves the following cold/flu symptoms:
■ minor aches and pains
■ headache
■ nasal congestion
■ sore throat
■ cough
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive
▶

may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions.
Symptoms may include:
■ skin reddening
■ blisters
■ rash
▶

headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression,
▶

### Drug Facts (continued)

psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

### Ask a doctor before use if you have
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland
▶

### Drug Facts (continued)

■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

### Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

### When using this product do not exceed recommended dose

### Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
▶

### Drug Facts (continued)

■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.
▶

### Drug Facts (continued)

### Directions
■ do not take more than directed (see overdose warning)
■ mL = milliliter
■ use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last <br>■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |
▶

### Drug Facts (continued)

### Other information
■ each 30 mL contains: **sodium 10 mg**
■ store between 20-25°C (68-77°F).
■ do not use if neck band imprinted with "WARNING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

### Inactive ingredients
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose
▶

### Drug Facts (continued)

### Questions or comments?
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)


**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**OPEN TO READ DRUG FACTS** ⟶ **PEEL**
(Warnings, Directions...)



Do not use if neck band imprinted with "TYLENOL COLD MAX" or foil inner seal imprinted with "SAFETY SEAL®" is broken or missing

42166



**TYLENOL®**
**COLD MAX**

How can we help?
📞 **1-877-895-3665**

**SNAP THIS CODE**
OR TEXT **TYCOLD7**
TO **87715**

Acetaminophen
(325 mg per 15 mL)
Dextromethorphan HBr

**DO NOT USE WITH OTHER MEDICINES CONTAINING ACETAMINOPHEN**

3   0045-0269-08   9



MSG & DATA RATES MAY APPLY
TEXT **HELP** FOR HELP.
TEXT **STOP** FOR STOP.

(10 mg per 15 mL)
**Doxylamine succinate**
(6.25 mg per 15 mL)
**Phenylephrine HCl**
(5 mg per 15 mL)

**8 fl oz (240 mL)**

Made in Canada
Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2018            30042166

---

## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold/flu symptoms:
■ minor aches and pains
■ headache
■ sore throat
■ nasal congestion
■ runny nose and sneezing
■ cough
■ sinus congestion and pressure ▶

---

## Drug Facts (continued)

■ helps clear nasal passages
■ relieves cough to help you sleep
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions.
Symptoms may include:
■ skin reddening ▶

---

## Drug Facts (continued)

■ blisters
■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription ▶

---

## Drug Facts (continued)

monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

### Ask a doctor before use if you have
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged ▶

---

## Drug Facts (continued)

prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ glaucoma
■ persistent or chronic cough such as occurs with smoking, asthma or emphysema
■ cough that occurs with too much phlegm (mucus)

### Ask a doctor or pharmacist before use if you are
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

### When using this product
■ do not exceed recommended dose
■ excitability may occur, ▶

---

## Drug Facts (continued)

especially in children
■ marked drowsiness may occur
■ alcohol, sedatives and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery

### Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts ▶

## Drug Facts (continued)

These could be signs of a serious condition.

**If pregnant or breast-feeding**, ask a health professional before use. **Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup ▶

## Drug Facts (continued)

designed for use with this product. Do not use any other dosing device.

| | |
|---|---|
| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

### Other information
- **each 15 mL contains:** sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD MAX" or ▶

## Drug Facts (continued)

**foil inner seal imprinted with "SAFETY SEAL®" is broken or missing**

### Inactive ingredients
alcohol, anhydrous citric acid, FD&C blue no. 1, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

**Questions or comments?**
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)

## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org



30040371                                    NDC 50580-369-01

# TYLENOL®

**FOR ADULTS**

## COLD + FLU + COUGH

**Acetaminophen,** Dextromethorphan HBr, Doxylamine Succinate, Phenylephrine HCl, Pain Reliever–Fever Reducer, Cough Suppressant, Antihistamine, Nasal Decongestant

- **HEAD + BODY ACHES**
- **FEVER + SORE THROAT**
- **COUGH**
- **NASAL CONGESTION**
- **RUNNY NOSE**

**NIGHT**

**WILD BERRY BURST**

Alcohol 0.7%     **8 fl oz (240 mL)**

---

**OPEN TO READ DRUG FACTS**
(Warnings, Directions...)  ➔  **PEEL**



30040372

Do not use if neck band imprinted with "TYLENOL COLD+FLU+ COUGH" or foil inner seal imprinted with "SAFETY SEAL®" is broken or missing.

**DO NOT USE WITH OTHER MEDICINES CONTAINING ACETAMINOPHEN**

3  0045–0562–08 1

---

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine Succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves these common cold/flu symptoms:
  - minor aches and pains
  - headache
  - sore throat
  - nasal congestion
  - runny nose and sneezing
  - cough
  - sinus congestion and pressure
- helps clear nasal passages ▶

---

### Drug Facts (continued)

- relieves cough to help you sleep
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash ▶

---

### Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional ▶

---

### Drug Facts (continued)

conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- If you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as ▶

---

### Drug Facts (continued)

emphysema or chronic bronchitis
- glaucoma
- persistent or chronic cough such as occurs with smoking, asthma or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- **do not exceed recommended dose**
- excitability may occur, especially in children
- marked drowsiness may occur ▶

---

### Drug Facts (continued)

- alcohol, sedatives and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition. ▶

---

### Drug Facts (continued)

If pregnant or breast-feeding, ask a health professional before use.

---

### Drug Facts (continued)

| adults and | take 30 mL in the dosing cup provided every 4 |

---

### Drug Facts (continued)

is broken or missing

---

# TYLENOL®
## COLD + FLU + COUGH
### NIGHT

...health professional before use.
**Keep out of reach of children.
Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- **do not take more than directed (see overdose warning)**
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

▶

| | |
|---|---|
| and children 12 years and over | cup provided every 4 hours while symptoms last ■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

## Other information
- each 15 mL contains: **sodium 5 mg**
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD+FLU+COUGH" or foil inner seal imprinted with "SAFETY SEAL®"

▶

**Inactive ingredients** acetic acid, alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

**Questions or comments?** call **1-877-895-3665** (toll-free) or **215-273-6755** (collect)



Learn about teen medicine abuse

www.StopMedicineAbuse.org

**NIGHT**

How can we help?
📞 **1-877-895-3665**

**SNAP THIS CODE** OR TEXT TYCOLD7 TO **#7715**
MSG & DATA RATES MAY APPLY TEXT HELP FOR HELP. TEXT STOP FOR STOP.



Acetaminophen (325 mg per 15 mL)
Dextromethorphan HBr (10 mg per 15 mL)
Doxylamine succinate (6.25 mg per 15 mL)
Phenylephrine HCl (5 mg per 15 mL)

8 fl oz (240 mL)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2017        30040372

NDC 50580-403-08  30049843    **Warming Honey Lemon Flavor**

# TYLENOL® FOR ADULTS





## Drug Facts

### Active ingredients          Purpose
(in each 30 mL)

Acetaminophen 650 mg......................Pain reliever/
                                            fever reducer
Dextromethorphan HBr 20 mg....Cough suppressant
Guaifenesin 400 mg................................Expectorant
Phenylephrine HCl 10 mg......Nasal decongestant

### Uses
■ temporarily relieves the following cold/flu

## Drug Facts (continued)

■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains
acetaminophen. Severe liver damage
may occur if you take
■ more than 4,000 mg of
   acetaminophen in 24 hours
■ with other drugs containing
   acetaminophen
■ 3 or more alcoholic drinks every day

symptoms:
- minor aches and pains
- headache     ■ sore throat
- nasal congestion     ■ cough
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive

▶

■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions.
Symptoms may include:
- skin reddening
- blisters
- rash

▶

---

## *Drug Facts* (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression,

▶

---

## *Drug Facts* (continued)

psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

### Ask a doctor before use if you have
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland

▶

---

## *Drug Facts* (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

### Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

### When using this product do not exceed recommended dose

### Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days

▶

---

## *Drug Facts* (continued)

- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

---

## *Drug Facts* (continued)

## *Drug Facts* (continued)

## Directions

- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last <br> ■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

## Other information

- each 30 mL contains: **sodium 10 mg**
- store between 20-25°C (68-77°F).
- **do not use if neck band imprinted with "WARMING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing**

## Inactive ingredients

anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

## Drug Facts (continued)

### Questions or comments?

call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)

## PARENTS:

Learn about teen medicine abuse

www.StopMedicineAbuse.org

## TYLENOL®
### COLD + FLU SEVERE

### How can we help?
### ☎ 1-877-895-3665

**Acetaminophen**
(650 mg per 30 mL)
**Dextromethorphan HBr**
(20 mg per 30 mL)
**Guaifenesin**
(400 mg per 30 mL)
**Phenylephrine HCl**
(10 mg per 30 mL)

**8 fl oz (240 mL)**

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2021        30049845



30040371

NDC 50580-369-01

# TYLENOL®

FOR ADULTS

## COLD + FLU + COUGH

**Acetaminophen,** Dextromethorphan HBr, Doxylamine Succinate, Phenylephrine HCl,
Pain Reliever–Fever Reducer, Cough Suppressant, Antihistamine, Nasal Decongestant

- **HEAD + BODY ACHES**
- **FEVER + SORE THROAT**
- **COUGH**
- **NASAL CONGESTION**
- **RUNNY NOSE**

NIGHT

WILD BERRY BURST

Alcohol 0.7%    **8 fl oz (240 mL)**

---

**OPEN TO READ DRUG FACTS** ⟶ PEEL
(Warnings, Directions...)



30040371

Do not use if neck band imprinted with "TYLENOL COLD+FLU+ COUGH" or foil inner seal imprinted with "SAFETY SEAL®" is broken or missing.

**DO NOT USE WITH OTHER MEDICINES CONTAINING ACETAMINOPHEN**

3  0045-0562-08  1

---

## Drug Facts

### Active ingredients (in each 15 mL)     Purpose

| | |
|---|---|
| Acetaminophen 325 mg .......... | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg... | Cough suppressant |
| Doxylamine Succinate 6.25 mg....... | Antihistamine |
| Phenylephrine HCl 5 mg........ | Nasal decongestant |

### Uses
■ temporarily relieves these common cold/flu symptoms:
  ■ minor aches and pains
  ■ headache    ■ sore throat
  ■ nasal congestion
  ■ runny nose and sneezing
  ■ cough
  ■ sinus congestion and pressure
■ helps clear nasal passages ▶

---

## Drug Facts (continued)

■ relieves cough to help you sleep
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening
■ blisters
■ rash ▶

---

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional ▶

---

## Drug Facts (continued)

conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as ▶

---

## Drug Facts (continued)

emphysema or chronic bronchitis
■ glaucoma
■ persistent or chronic cough such as occurs with smoking, asthma or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ **do not exceed recommended dose**
■ excitability may occur, especially in children
■ marked drowsiness may occur ▶

---

## Drug Facts (continued)

■ alcohol, sedatives and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition. ▶

---

## Drug Facts (continued)

## Drug Facts (continued)

## Drug Facts (continued)



**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

▶

| | |
|---|---|
| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last ■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

### Other information
- each 15 mL contains: **sodium 5 mg**
- store between 20-25°C (68-77°F). Do not refrigerate.
- do not use if neck band imprinted with "TYLENOL COLD+FLU+COUGH" or foil inner seal imprinted with "SAFETY SEAL®"

▶

is broken or missing

### Inactive ingredients
acetic acid, alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

### Questions or comments?
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## COLD + FLU + COUGH NIGHT

*How can we help?*
☏ **1-877-895-3665**

**SNAP THIS CODE**
**OR TEXT TYCOLD7**
**TO 87715**

MSG & DATA RATES MAY APPLY
TEXT HELP FOR HELP.
TEXT STOP FOR STOP.



**Acetaminophen**
(325 mg per 15 mL)
**Dextromethorphan HBr**
(10 mg per 15 mL)
**Doxylamine succinate**
(6.25 mg per 15 mL)
**Phenylephrine HCl**
(5 mg per 15 mL)

**8 fl oz (240 mL)**

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2017    **30040372**

---

NDC 50580-403-08  30049843    **Warming Honey Lemon Flavor**

**TYLENOL®**  FOR ADULTS



**COLD + FLU SEVERE**

**Acetaminophen,** Dextromethorphan HBr, Phenylephrine HCl, Guaifenesin
Pain Reliever–Fever Reducer, Cough Suppressant,
Nasal Decongestant, Expectorant

**Alcohol Free**

DAY
NON-DROWSY

- HEAD + BODY ACHES
- FEVER + SORE THROAT
- COUGH
- NASAL CONGESTION
- MUCUS + CHEST CONGESTION

**8 fl oz (240 mL)**



OPEN TO READ DRUG FACTS ⟶ PEEL
(Warnings, Directions...)

EXP/LOT:

Do not use if neck band imprinted with
"WARMING SENSATION" or foil
inner seal imprinted with "TYLENOL"
is broken or missing.

**DO NOT USE WITH OTHER MEDICINES
CONTAINING ACETAMINOPHEN**

3 0045-0525-08 6

## Drug Facts

### Active ingredients          Purpose
(in each 30 mL)

Acetaminophen 650 mg......................Pain reliever/
fever reducer
Dextromethorphan HBr 20 mg....Cough suppressant
Guaifenesin 400 mg..................................Expectorant
Phenylephrine HCl 10 mg......Nasal decongestant

## Drug Facts (continued)

■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains
acetaminophen. Severe liver damage
may occur if you take
■ more than 4,000 mg of
acetaminophen in 24 hours
■ with other drugs containing

## Uses

- temporarily relieves the following cold/flu symptoms:
  - minor aches and pains
  - headache
  - sore throat
  - nasal congestion
  - cough
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive

▶

acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions.
Symptoms may include:
- skin reddening
- blisters
- rash

▶

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use

- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression,

▶

## Drug Facts (continued)

psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

### Ask a doctor before use if you have

- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland

▶

## Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**

### Stop use and ask a doctor if

- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days

▶

## Drug Facts (continued)

- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

## *Drug Facts* (continued)

### Directions
■ do not take more than directed (see overdose warning)
■ mL = milliliter
■ use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last ■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| --- | --- |
| children under 12 years | ask a doctor |

▶

## *Drug Facts* (continued)

### Other information
■ each 30 mL contains: **sodium 10 mg**
■ store between 20-25°C (68-77°F).
■ do not use if neck band imprinted with "WARMING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

### Inactive ingredients
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

▶

## *Drug Facts* (continued)

### Questions or comments?
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**TYLENOL®**
**COLD + FLU SEVERE**

How can we help?
☏ **1-877-895-3665**

Acetaminophen
(650 mg per 30 mL)
Dextromethorphan HBr
(20 mg per 30 mL)
Guaifenesin
(400 mg per 30 mL)
Phenylephrine HCl
(10 mg per 30 mL)

**8 fl oz (240 mL)**

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2021                30049845

🗸 Sneezing    🗸 Runny Nose    🗸 Sinus Congestion    🗸 Sinus Pressure
🗸 Itchy, Watery Eyes    🗸 Itchy Throat

Diphenhydramine HCl 25mg | Antihistamine
Phenylephrine HCl 10mg | Nasal Decongestant

**CONGESTION**
**ALLERGY PLUS**

**Benadryl®**

NDC 50580-415-01

**EFFECTIVE ALLERGY RELIEF WHEN YOU NEED IT!®**

116786
116786

3000/39L
116786

**Benadryl®**
**ALLERGY PLUS**
**CONGESTION**

---

## Drug Facts

### Active ingredients (in each tablet)          Purposes
Diphenhydramine HCl 25 mg..................................................Antihistamine
Phenylephrine HCl 10 mg.............................................Nasal decongestant

### Uses
- temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
  - runny nose   - sneezing   - itchy, watery eyes
  - itching of the nose or throat   - nasal congestion
- temporarily relieves these symptoms due to the common cold:
  - runny nose   - sneezing   - nasal congestion
- temporarily relieves sinus congestion and pressure

### Warnings
**Do not use**
- to make a child sleepy
- with any other product containing diphenhydramine, even one used on skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**   - heart disease
- high blood pressure   - thyroid disease   - diabetes
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis   - glaucoma

**Ask a doctor or pharmacist before use if you are taking** sedatives or tranquilizers

**When using this product**   - do not exceed recommended dose
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

### Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

### Directions

| | |
|---|---|
| adults and children 12 years and over | - take 1 tablet every 4 hours - do not take more than 6 tablets in 24 hours |
| children under 12 years | ask a doctor |

### Other information
- store between 20-25°C (68-77°F)
- do not use if carton is opened or if blister unit is broken

### Inactive ingredients carnauba wax, FD&C blue no. 1 aluminum lake, magnesium stearate, microcrystalline cellulose, modified starch, polyethylene glycol, polyvinyl alcohol, powdered cellulose, pregelatinized starch, sodium starch glycolate, talc, titanium dioxide

### Questions or comments?
call 1-888-217-2117 (toll-free) or 215-273-8755 (collect)

3   0045-0557-261

**Benadryl®**
**ALLERGY PLUS**
**CONGESTION**

Made in Italy
Distributed by: J&JCI
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©J&JCI 2016

**EFFECTIVE ALLERGY RELIEF WHEN YOU NEED IT!®**

**Benadryl®**
**ALLERGY PLUS**
**CONGESTION**



**ULTRATABS®***
*small tablet size

actual size

**24 TABLETS**

1 16786



**ALLERGY PLUS**
**CONGESTION**

*How can we help?*
☏ **1-877-717-2824**
**benadryl.com**

NDC 50580-341-01



**ALLERGY PLUS**
**CONGESTION**

Diphenhydramine HCl / antihistamine
Phenylephrine HCl / nasal decongestant
oral solution

**4 Hours/Dose**

**RELIEF OF:**

✔ **Runny Nose**
✔ **Sneezing**
✔ **Itchy, Watery Eyes**
✔ **Itchy Throat or Nose**
✔ **Sinus Congestion**
✔ **Stuffy Nose**

Alcohol Free
Sugar Free



**Actual Size**

**Tips for Outdoor Allergens:**

• Avoid being outside when the pollen count is high, typically in the morning

• Shower and change clothing after spending time outdoors



**Tips for Indoor Allergens:**

• Wash sheets and blankets in hot water and use the dryer weekly





ALLERGY+CONGESTION RELIEF

Grape!
Flavored Liquid

4 fl oz (118 mL)

3   0045-0170-05 7

• Minimize contact and keep pets out of the bedroom to help with pet allergies

Children's
**Benadryl**®

ALLERGY PLUS

*Drug Facts* (continued)

■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding**, ask a health professional before use.
**Keep out of reach of children** In case of overdose, get medical help

## CONGESTION

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

## Drug Facts

### Active ingredients (in each 5 mL)          Purposes
Diphenhydramine HCl 12.5 mg.........................................Antihistamine
Phenylephrine HCl 5 mg.....................................Nasal decongestant

### Uses
■ temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
■ runny nose                ■ sneezing
■ itchy, watery eyes        ■ itching of the nose or throat
■ nasal congestion          ■ stuffy nose
■ temporarily relieves these symptoms due to the common cold:
■ runny nose                ■ sneezing
■ nasal congestion          ■ stuffy nose
■ temporarily relieves sinus congestion and pressure

### Warnings
**Do not use**
■ to make a child sleepy
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease             ■ high blood pressure
■ thyroid disease           ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ glaucoma

**Ask a doctor or pharmacist before use if you are** taking sedatives or tranquilizers

**When using this product**
■ do not exceed recommended dose
■ marked drowsiness may occur      ■ avoid alcoholic drinks  ▶

### Directions
■ find right dose on chart below
■ mL = milliliter
■ take every 4 hours
■ do not take more than 6 doses in 24 hours

| Age (yr) | Dose (mL) |
|---|---|
| children under 4 years | do not use |
| children 4 to 5 years | do not use unless directed by a doctor |
| children 6 to 11 years | 5 mL |
| adults and children 12 years and over | 10 mL |

**Attention:** use only enclosed dosing cup specifically designed for use with this product. Do not use any other dosing device.

### Other information
■ each 5 mL contains: **sodium 10 mg**
■ store between 20-25°C (68-77°F)
■ do not use if carton tape or bottle wrap imprinted with "Sealed For Your Safety" is broken or missing

### Inactive ingredients
anhydrous citric acid, carboxymethylcellulose sodium, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose

### Questions or comments?
call **1-877-717-2824** (toll-free) or **215-273-8755** (collect)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©J&JCI 2019                                          30046178

For more information, visit:
## www.benadryl.com



children's
SUDAFED
PE

How can we help?
☏ 1-888-217-2117
sudafed.com

NDC 50580-791-...

children's
SUDAFED
PE

non-drowsy

COLD+COUGH

Phenylephrine HCl • Dextromethorphan HBr
Nasal Decongestant • Cough Suppressant
Oral Solution

RELIEF OF
✓ Stuffy Nose
✓ Sinus Pressure
✓ Cough

Grape
FLAVOR LIQUID
ALCOHOL &
SUGAR FREE

4 fl oz (118 mL)

Distributed by:
JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©JJCI 2019

30047185

**Drug Facts (continued)**

**Directions**
■ find right dose on chart below
■ mL = milliliters
■ repeat dose every 4 hours
■ do not give more than 6 times in 24 hours

| Age (yr) | Dose (mL) |
|---|---|
| under 4 years | do not use |
| 4 to 5 years | 5 mL |
| 6 to 11 years | 10 mL |

**Attention:** use only enclosed dosing cup specifically designed for use with this product. Do not use any other dosing device.

**Other Information**
■ each 5 mL contains: sodium 14 mg
■ store between 20-25°C (68-77°F). Protect from light. Store in outer carton until contents are used.
■ do not use if carton tape or bottle wrap imprinted with "Sealed For Your Safety" is broken or missing

**Inactive Ingredients**
anhydrous citric acid, carboxymethylcellulose sodium, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose

**Questions or comments?**
call 1-888-217-2117 (toll-free) or 215-273-8755 (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3 0045-0538-04 8

**Actual Size**

children's SUDAFED
NASAL DECONGESTANT
■ Stuffy Nose
■ Sinus Pressure

children's SUDAFED
NASAL DECONGESTANT
■ Stuffy Nose
■ Sinus Pressure

available behind the counter

**Other Products Formulated To Relieve Your Child's Symptoms**

**Tips for Relieving Stuffy nose and Cough symptoms**

Make sure they drink lots of fluids, especially warm drinks

Show them how to breathe in moist air from a hot shower, humidifier or vaporizer

Give them a non-medicated cough drop to help soothe their cough

When treating your child's symptoms, be sure to use the dosing cup to properly dose medication

children's
SUDAFED
PE

non-drowsy

COLD+COUGH

**Drug Facts**

| Active Ingredients (in each 5 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses**
■ temporarily relieves these symptoms due to the common cold, hay fever, or other upper respiratory allergies:
■ cough   ■ nasal congestion
■ sinus congestion and pressure

**Warnings**
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ heart disease   ■ high blood pressure
■ thyroid disease   ■ diabetes
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)
■ a sodium-restricted diet

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever
■ cough gets worse or lasts for more than 7 days
■ cough tends to come back or occurs with fever, rash or headache that lasts
These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)



**children's**
## SUDAFED®
**PE**

*How can we help?*
☏ **1-888-217-2117**
sudafed.com

NDC 50580-784-04

**children's**
# SUDAFED®
## PE

**non-drowsy**

## NASAL DECONGESTANT

**Phenylephrine HCl Oral Solution**
**Nasal Decongestant**

RELIEF OF
✔ **Stuffy Nose**
✔ **Sinus Pressure**

**Berry**
FLAVOR LIQUID

---

**children's**
# SUDAFED®
## PE
**non-drowsy**

## NASAL DECONGESTANT

### Drug Facts

| Active ingredient (in each 5 mL) | Purpose |
|---|---|
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

### Uses
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
- temporarily relieves sinus congestion and pressure

### Warnings
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- a sodium-restricted diet

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur



**ALCOHOL & SUGAR FREE**

**4 fl oz (118 mL)** 2.5 mg per 5 mL

■ symptoms do not improve within 7 days or occur with a fever

Active ingredient made in India

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©J&JCI 2019

30046181

## Drug Facts (continued)

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

### Directions
■ find right dose on chart below
■ mL = milliliter
■ repeat dose every 4 hours
■ do not use more than 6 times in 24 hours

| Age (yr) | Dose (mL) |
|----------|-----------|
| under 4 years | do not use |
| 4 to 5 years | 5 mL |
| 6 to 11 years | 10 mL |

**Attention:** use only enclosed dosing cup specifically designed for use with this product. Do not use any other dosing device.

## Actual Size

children's **SUDAFED PE**

children's **SUDAFED**



**Other information**
- each 5 mL contains: sodium 14 mg
- store between 20-25°C (68-77°F). Protect from light. Store in outer carton until contents are used.
- do not use if carton tape or bottle wrap imprinted with "Sealed For Your Safety" is broken or missing

**Inactive ingredients**
anhydrous citric acid, carboxymethylcellulose sodium, edetate disodium, FD&C red no. 40, flavors, glycerin, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose

**Questions or comments?**
call 1-888-217-2117 (toll-free) or 215-273-8755 (collect)

3  0045-0537-04 1

*available behind the counter*

**Other Products Formulated To Relieve Your Child's Symptoms**

**Tips for Relieving Stuffy Nose Symptoms**

Make sure they drink lots of fluids, especially warm drinks

Show them how to breathe in moist air from a hot shower, humidifier or vaporizer

When treating your child's symptoms, be sure to use the dosing cup to properly dose medication



HERITAGE OF CARE · HISTORY OF RELIEF
**TYLENOL**

**SNAP THIS CODE** OR
TEXT **TYKID**
TO **87715**

MSG & DATA RATES
MAY APPLY
TEXT **HELP** FOR HELP.
TEXT **STOP** FOR STOP.

*How can we help?*
📞 **1-800-458-1635**

NDC 50580-299-01

## Children's
# TYLENOL®
## COLD+ FLU

**Acetaminophen,** Pain Reliever-Fever Reducer
**Chlorpheniramine Maleate, Antihistamine**
**Dextromethorphan HBr, Cough Suppressant**
**Phenylephrine HCl, Nasal Decongestant**

**Oral Suspension**

## Ages 6-11 Years

✔ **FEVER**
✔ **SORE THROAT**
✔ **SNEEZING**
✔ **RUNNY NOSE**
✔ **COUGH**
✔ **STUFFY NOSE**

## Children's
# TYLENOL®
## COLD+ FLU
### Ages 6-11 Years

• **Ibuprofen Free** • **Alcohol Free** • **Aspirin Free**

**DIRECTIONS:**
**STEP 1.**
Shake well
before using

**STEP 2.**
Remove child
protective
cap

**STEP 3.**
Squeeze your
child's dose
into the
dosing cup

**IMPORTANT:**



4 fl oz (120 mL)

*Grape* Flavor

please see dosing chart or ask a doctor for your child's correct dose

**PARENTS:**

Learn about teen medicine abuse

www.StopMedicineAbuse.org

3  0045-0391-05 6



## DrugFacts

### Active ingredients (in each 5mL)                Purpose

Acetaminophen 160 mg..................................................Pain reliever/fever reducer
Chlorpheniramine maleate 1 mg................................................................Antihistamine
Dextromethorphan HBr 5 mg.............................................................Cough suppressant
Phenylephrine HCl 2.5 mg.................................................................Nasal decongestant

**Uses** ■ temporarily relieves the following cold/flu symptoms:
■ minor aches and pains     ■ headache     ■ sore throat
■ cough     ■ stuffy nose     ■ sneezing and runny nose
■ temporarily reduces fever

### Warnings

## DrugFacts (continued)

■ pain, nasal congestion or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present     ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Warnings:**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
■ if your child is allergic to any of the ingredients in this product

**Ask a doctor before use if your child has**
■ liver disease   ■ heart disease   ■ high blood pressure
■ thyroid disease   ■ diabetes
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem such as chronic bronchitis
■ glaucoma

**Ask a doctor or pharmacist before use if your child is**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ do not exceed recommended dose (see overdose warning)
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
■ nervousness, dizziness or sleeplessness occur ➡

**Directions**
■ this product does not contain directions or complete warnings for adult use.
■ do not give more than directed (see overdose warning)
■ shake well before using
■ mL = milliliter
■ find right dose on chart below. If possible, use weight to dose; otherwise, use age.
■ remove the child protective cap and squeeze your child's dose into the dosing cup
■ repeat dose every 4 hours while symptoms last
■ do not give more than 5 times in 24 hours

| Weight (lb) | Age (yr) | Dose (mL)* |
|---|---|---|
| under 36 | under 4 years | do not use |
| 36-47 | 4 to 5 years | do not use unless directed by a doctor |
| 48-95 | 6 to 11 years | 10 mL |

*or as directed by a doctor

**Attention:** use only enclosed dosing cup specifically designed for use with this product. Do not use any other dosing device.

**Other information**
■ store between 20-25 °C (68-77 °F)
■ do not use if carton is opened or if carton tape or bottle wrap imprinted "TYLENOL" is broken or missing

**Inactive ingredients**
anhydrous citric acid, D&C red no. 33, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, microcrystalline cellulose and carboxymethylcellulose sodium, purified water, sodium benzoate, sorbitol solution, sucrose, xanthan gum

**Questions or comments?**
call 1-800-458-1635 (toll-free) or 215-273-8755 (collect)

Distributed by: **JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division                    30037519
Fort Washington, PA 19034 USA
©J&JCI 2016    www.tylenol.com    ♻ **Care To Recycle™**





**Bubblegum** *Flavor*

4 fl oz (120 mL)

3   0045-0386-05 2

**IMPORTANT:**
Please see dosing chart or ask a doctor for your child's correct dose

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## Drug Facts

| Active ingredients (in each 5 mL) | Purpose |
|---|---|
| Acetaminophen 160 mg | Pain reliever/fever reducer |
| Chlorpheniramine maleate 1 mg | Antihistamine |
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves the following cold/flu symptoms:
■ minor aches and pains   ■ headache   ■ sore throat
■ cough   ■ stuffy nose   ■ sneezing and runny nose
■ temporarily reduces fever

## Drug Facts (continued)

■ pain, nasal congestion or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present   ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice

...temporarily reduces fever

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- to make a child sleepy
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
- if your child is allergic to any of the ingredients in this product

### Ask a doctor before use if your child has
- liver disease    ■ heart disease    ■ high blood pressure
- thyroid disease    ■ diabetes
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as chronic bronchitis
- glaucoma

### Ask a doctor or pharmacist before use if your child is
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

### When using this product
- do not exceed recommended dose (see overdose warning)
- excitability may occur, especially in children
- marked drowsiness may occur
- sedatives and tranquilizers may increase drowsiness

### Stop use and ask a doctor if
- nervousness, dizziness or sleeplessness occur

any signs or symptoms.

## Directions
- this product does not contain directions or complete warnings for adult use.
- do not give more than directed (see overdose warning)
- shake well before using
- mL = milliliter
- find right dose on chart below. If possible, use weight to dose; otherwise, use age.
- remove the child protective cap and squeeze your child's dose into the dosing cup
- repeat dose every 4 hours while symptoms last
- do not give more than 5 times in 24 hours

| Weight (lb) | Age (yr) | Dose (mL)* |
|---|---|---|
| under 36 | under 4 years | do not use |
| 36-47 | 4 to 5 years | do not use unless directed by a doctor |
| 48-95 | 6 to 11 years | 10 mL |

\* or as directed by a doctor

**Attention:** use only enclosed dosing cup specifically designed for use with this product. Do not use any other dosing device.

## Other information
- store between 20-25°C (68-77°F)
- do not use if carton is opened or if carton tape or bottle wrap imprinted "TYLENOL" is broken or missing

## Inactive ingredients
anhydrous citric acid, D&C red no. 33, FD&C red no. 40, flavors, glycerin, microcrystalline cellulose and carboxymethylcellulose sodium, purified water, sodium benzoate, sorbitol solution, sucrose, xanthan gum

## Questions or comments?
call 1-800-458-1635 (toll-free) or 215-273-8755 (collect)

Distributed by: **JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division                30037517
Fort Washington, PA 19034 USA
©J&JCI 2016   www.tylenol.com    Care To Recycle™

