# Johnson & Johnson Consumer Inc.

## -PE Product Labels –

### - continued

Does Not Contain Pseudoephedrine

Open from the other side

SUDAFED PE®

Distributed by:
JOHNSON & JOHNSON
CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2018

Made in Italy

00450 58225 6

**Important: Read all product information before using. Keep the box or insert for important information.**

## Drug Facts

| Active ingredients (in each tablet) | Purposes |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/Fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves these symptoms due to the common cold:
- nasal congestion ■ headache ■ minor aches and pains ■ cough
- sore throat ■ sinus congestion and pressure ■ cough
- helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 6 tablets (2,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs

### Drug Facts (continued)

for depression, psychiatric or emotional conditions, or Parkinson's disease), or if you have stopped taking the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are taking the blood thinning warfarin**

**When using this product** ■ do not exceed recommended dose

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, cough or nasal congestion gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see overdose warning)

| | |
| --- | --- |
| adults and children 12 years and over | ■ take 2 tablets every 4 hours |
| children under 12 years | ask a doctor |

### Drug Facts (continued)

**Other information**
- store between 20-25°C (68-77°F) ■ do not use if carton is opened or if blister unit or carton is open or torn

**Inactive ingredients** carnauba wax, croscarmellose sodium, FD&C yellow no. 6 aluminum lake (tartrazine), FD&C yellow no. 6 aluminum lake, hydroxypropyl cellulose, hypromellose, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polysorbate 80, pregelatinized starch, titanium dioxide

**Questions or comments?** call 1-888-372-3136 (toll-free) or 215-273-8755 (collect)

---

The makers of the SUDAFED® family of products
are dedicated to helping you and your family reduce
head congestion and sinus pressure.

---



PREVIOUSLY SUDAFED PE® PRESSURE + PAIN + COLD    NDC 50580-450-01

# SUDAFED PE®

## HEAD CONGESTION
## + FLU SEVERE

**Acetaminophen,** Dextromethorphan HBr, Guaifenesin, Phenylephrine HCl, Pain Reliever/Fever Reducer, Cough Suppressant, Expectorant, Nasal Decongestant



SU PE
actual size

- SINUS PRESSURE
- SORE THROAT
- CHEST CONGESTION
- HEADACHE
- COUGH

**24 TABLETS**

**NON-DROWSY**



30043256



**Does Not Contain Pseudoephedrine**

Open from other side

**Questions or comments?** call 1-888-217-2117 (toll-free) or 215-273-8755 (collect)

**Inactive Ingredients** carnauba wax, croscarmellose sodium, hydroxypropyl cellulose, hypromellose, magnesium stearate, microcrystalline cellulose, pregelatinized starch, titanium dioxide, triacetin

**Drug Facts (continued)**

**Directions**
■ do not take more than directed (see overdose warning)

| adults and children 12 years and over | ■ take 2 tablets every 4 hours |
| children under 12 years | ■ do not use more than 10 tablets in 24 hours ask a doctor |

for children even if you do not notice any signs or symptoms.

**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

Keep out of reach of children.

**If pregnant or breast-feeding,** ask a health professional before use.

These could be signs of a serious condition.

■ new symptoms occur
■ redness or swelling is present
■ cough comes back or occurs with rash or headache that lasts
■ fever gets worse or lasts more than 3 days
■ pain, nasal congestion or cough gets worse or lasts more than 7 days

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur

**When using this product** do not exceed recommended dose

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**Ask a doctor before use if you have** a cough that occurs with too much phlegm (mucus)
■ cough accompanied by excessive phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ trouble urinating due to an enlarged prostate gland
■ diabetes
■ heart disease ■ thyroid disease
■ high blood pressure ■ liver disease

**Drug Facts (continued)**

**Important: Read all product information before using. Keep this box for important information.**

**Other Information**
■ each tablet contains: sodium 3 mg
■ store between 20-25°C (68-77°F)
■ do not use if blister unit is torn or broken

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks

after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Warnings**

**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 tablets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

Do not use

**Uses** temporarily relieves these symptoms associated with hay fever or other respiratory allergies:
■ nasal congestion
■ sinus congestion and pressure   ■ headache
■ minor aches and pains
■ and the common cold
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily reduces fever

**Drug Facts**

| **Active ingredients** (in each tablet) | **Purpose** |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

Made in Italy
Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2018

0 04500 58026 9

3 0042 69/ 121478

---

**PREVIOUSLY SUDAFED PE® PRESSURE+PAIN+MUCUS**     NDC 50580-447-01

# SUDAFED PE®

## HEAD CONGESTION
## + MUCUS

**Acetaminophen,** Guaifenesin, Phenylephrine HCl,
Pain Reliever/Fever Reducer, Expectorant, Nasal Decongestant

SU PE — actual size

• SINUS PRESSURE
• HEADACHE
• CHEST CONGESTION

**24 TABLETS**

**NON-DROWSY**

---

The makers of the SUDAFED® family of products are dedicated to helping you and your family reduce head congestion and sinus pressure.

NDC 50580-436-01

# SUDAFED PE®

## HEAD CONGESTION
## + PAIN

Ibuprofen 200 mg, Phenylephrine Hydrochloride 10 mg Tablets

**Pain Reliever/Fever Reducer (NSAID),**
**Nasal Decongestant**

**ONE CAPLET DOSE!**

SU PE

actual size

- NASAL CONGESTION
- SINUS PRESSURE
- NASAL SWELLING
- HEADACHE
- FEVER
- BODY ACHES

## 20 COATED CAPLETS**
**CAPSULE-SHAPED TABLETS

**NON-DROWSY**

---

**READ AND KEEP CARTON FOR COMPLETE WARNINGS AND INFORMATION**

## Drug Facts

| Active ingredients (in each caplet) | Purposes |
|---|---|
| Ibuprofen 200 mg NSAID* | Pain reliever/Fever reducer |
| Phenylephrine HCl 10 mg | Nasal decongestant |

*nonsteroidal anti-inflammatory drug

**Uses** temporarily relieves these symptoms associated with the common cold or flu:
- headache
- fever
- minor body aches and pains
- nasal congestion
- temporarily relieves sinus congestion and pressure
- reduces swelling of the nasal passages
- temporarily relieves nasal congestion due to the common cold
- minor sore throat pain
- reduces fever
- temporarily restores freer breathing through the nose

**Drug Facts** (continued)

**Warnings**

**Allergy alert:** Ibuprofen may cause a severe allergic reaction, especially in people allergic to aspirin. Symptoms may include:
- hives
- facial swelling
- asthma (wheezing)
- shock
- skin reddening
- rash
- blisters

If an allergic reaction occurs, stop use and seek medical help right away.

**Stomach bleeding warning:** This product contains an NSAID, which may cause severe stomach bleeding. The chance is higher if you:
- are age 60 or older
- have had stomach ulcers or bleeding problems
- take a blood thinning (anticoagulant) or steroid drug
- take other drugs containing prescription or nonprescription NSAIDs [aspirin, ibuprofen, naproxen, or others]
- have 3 or more alcoholic drinks every day while using this product
- take more or for a longer time than directed

**Heart attack and stroke warning:** NSAIDs, except aspirin, increase the risk of heart attack, heart failure, and stroke. These can be fatal. The risk is higher if you use more than directed or for longer than directed.

**Do not use** with children under 12 years of age because this product contains too much medication for children under this age
- if you have ever had an allergic reaction to any other pain reliever/fever reducer
- right before or after heart surgery

**Ask a doctor before use if**
- stomach bleeding warning applies to you
- you have problems or serious side effects from taking pain relievers or fever reducers
- you have a history of stomach problems, such as heartburn
- you have high blood pressure, heart disease, liver cirrhosis, kidney disease, asthma, thyroid disease, diabetes, have trouble urinating due to an enlarged prostate gland, or had a stroke
- you are taking a diuretic

**Drug Facts** (continued)

**Ask a doctor or pharmacist before use if you are**
- under a doctor's care for any serious condition
- taking any other drug
- taking aspirin for heart attack or stroke, but not for pain, because ibuprofen may decrease this benefit of aspirin
- taking any other product that contains phenylephrine or any other nasal decongestant
- taking a sedative or tranquilizer
- taking the blood thinning drug warfarin
- if you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product

**When using this product**
- take with food or milk if stomach upset occurs

**Stop use and ask a doctor if**
- you experience any of the following signs of stomach bleeding:
- feel faint
- vomit blood
- have bloody or black stools
- have stomach pain that does not get better
- you have symptoms of heart problems or stroke:
- chest pain
- trouble breathing
- weakness in one part or side of body
- slurred speech
- leg swelling
- an allergic reaction occurs. Seek medical help right away.
- pain gets worse or lasts more than 10 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present in the painful area
- any new symptoms appear
- nervous, dizzy, or sleepless
- symptoms continue or get worse
- new or unexpected symptoms occur

These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.** It is especially important not to use ibuprofen during the last 3 months of pregnancy unless definitely directed to do so by a doctor because it may cause problems in the unborn child or complications during delivery.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222).

**Directions**
- do not take more than directed
- adults and children 12 years of age and over:
- take 1 caplet every 4 hours while symptoms persist
- do not take more than 1 caplet in any 24-hour period unless directed by a doctor
- this product contains too much medication for children under this age

**Other information**
- store between 20-25°C (68-77°F). Avoid excessive heat above 40°C (104°F).
- read all warnings and directions before use.
- Keep carton. Do not use if letter until is torn or broken.

Distributed by:
**McNEIL CONSUMER Healthcare Division**
**Johnson & Johnson CONSUMER INC.**
Fort Washington, PA 19034 USA

**Questions or comments?** call 1-888-217-2117 (toll-free)

©J&JCI 2018   300 41807

**Drug Facts** (continued)

**Inactive ingredients** colloidal silicon dioxide, croscarmellose sodium, lactose monohydrate, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, pregelatinized starch, stearic acid, talc, titanium dioxide

CODE AREA

4B060 MN C1

4B060MNC1



Does Not Contain Pseudoephedrine

LOT:

EXP.:

Open from other side

SUDAFED PE®

**Important: Read all product information before using. Keep this box for important information.**

## Drug Facts (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain or nasal congestion gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ these could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not use more than directed (see overdose warning)

| adults and children 12 years and over | ■ take 2 caplets every 4 hours<br>■ do not take more than 10 caplets in 24 hours |
| children under 12 years | ask a doctor |

### Other information ■ store between 20-25°C (68-77°F)
■ do not use if carton is opened or if blister unit is broken

### Inactive ingredients
carnauba wax, FD&C yellow no. 6 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, modified starch, polyethylene glycol, polysorbate 80, povidone, pregelatinized starch, sodium starch glycolate, titanium dioxide

### Questions or comments? Call 1-888-217-2117 (toll-free) or 0215-273-8755 (collect)

◀ ■ Trouble urinating due to an enlarged prostate gland ■ diabetes ■ thyroid disease ■ heart disease ■ high blood pressure

**Ask a doctor before use if you have**

■ If you have ever had an allergic reaction to this product or any of its ingredients

**When using this product**

■ do not use more than directed

**Stop use and ask a doctor if**

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions), or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

■ If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

### Warnings
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

### Uses
■ temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold:
■ headache ■ sinus congestion and pressure
■ minor aches and pains ■ nasal congestion
■ temporarily reduces fever ■ promotes sinus drainage

### Purpose
Pain reliever/fever reducer............. Acetaminophen 325 mg
Nasal decongestant.......................... Phenylephrine HCl 5 mg

### Active ingredients (in each caplet)

## Drug Facts



The makers of the SUDAFED® family of products have been dedicated to reducing sinus pressure for over 50 years. Learn more about our full range of effective sinus products at Sudafed.com

### SUDAFED.COM

See New Warning

**SINUS**

NDC 50580-547-25

# SUDAFED PE®

# PRESSURE+PAIN For Adults

**Acetaminophen, Phenylephrine HCl**
Pain Reliever/Fever Reducer, Nasal Decongestant

**SINUS PRESSURE + CONGESTION**

**SINUS HEADACHE**

**MAXIMUM STRENGTH**

**24 CAPLETS**

‡Actual Pill Size

SU PE

**NON-DROWSY**

©McNEIL-PPC, INC. 2016
Fort Washington, PA 19034 USA
Division of McNEIL-PPC, Inc.
McNeil Consumer Healthcare
Distributed by:

30035182/
10237201



lake, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, modified starch, polyethylene glycol, polyvinyl alcohol, powdered cellulose, pregelatinized starch, sodium starch glycolate, talc, titanium dioxide

**Questions or comments?**
call 1-888-217-2117 (toll-free) or 215-273-8755 (collect)

■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever ▼

## SUDAFED PE® NIGHTTIME

**Drug Facts** (continued)

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

**Directions**

| adults and children 12 years and over | ■ take 1 tablet every 4 hours ■ do not take more than 6 tablets in 24 hours |
|---|---|
| children under 12 years | ask a doctor |

**Other information**
■ store between 20-25°C (68-77°F)
■ do not use if blister unit is torn or broken

**Inactive ingredients** carnauba wax, FD&C blue no. 1 aluminum lake, magnesium stearate, microcrystalline cellulose, modified starch, polyethylene glycol, polyvinyl alcohol, powdered cellulose, pregelatinized starch, sodium starch glycolate, talc, titanium dioxide

**Questions or comments?**
call 1-888-217-2117 (toll-free) or 215-273-8755 (collect)

**DO NOT USE IF BLISTER UNIT IS TORN OR BROKEN**

NDC 50580-239-01

# SUDAFED PE®

## SINUS CONGESTION

**Phenylephrine HCl**
**Nasal Decongestant**

**Diphenhydramine HCl, Phenylephrine HCl**
**Antihistamine, Nasal Decongestant**

☀ **DAYTIME**

actual size
■ NASAL CONGESTION

☾ **NIGHTTIME**

actual size
• NASAL CONGESTION
• RUNNY NOSE

**12 TABLETS**
10 mg each

**8 TABLETS**
**TOTAL: 20 TABLETS**

Does not contain Pseudoephedrine

Daytime: Active ingredient made in Germany    Nighttime: Active ingredient made in Italy
Distributed by: **JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA    ©J&JCI 2018

**SUDAFED** PE®

3 - 00450 - 11321 - 4    30042428

**8 TABLETS | TOTAL: 20 TABLETS**    10 mg each **12 TABLETS**

actual size    actual size

**RUNNY NOSE** •
**NASAL CONGESTION** •

**NASAL**
**CONGESTION**

☾ **NIGHTTIME**    **DAYTIME** ☀

**Diphenhydramine HCl, Phenylephrine HCl**
**Antihistamine, Nasal Decongestant**

**Phenylephrine HCl**
**Nasal Decongestant**

## SINUS CONGESTION

# SUDAFED PE®

**PREVIOUSLY SUDAFED PE® DAY + NIGHT SINUS CONGESTION    NDC 50580-239-01**

The makers of the SUDAFED® family of products are dedicated to helping you and your family reduce head congestion and sinus pressure.

X120468

X120468



**Drug Facts (continued)**

■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ glaucoma
■ a breathing problem such as emphysema or chronic bronchitis

**Ask a doctor or pharmacist before use if you are taking sedatives or tranquilizers**

**When using this product**
■ do not exceed recommended dose
■ marked drowsiness may occur
■ avoid alcoholic drinks

**Drug Facts (continued)**

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding, ask a health professional before use.**

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

**Directions**

| adults and children 12 years and over | ■ take 1 tablet every 4 hours ■ do not take more than 6 tablets in 24 hours |
| children under 12 years | ask a doctor |

**Other information**
■ store between 20-25°C (68-77°F)
■ do not use if blister unit is torn or broken

**Inactive ingredients** carnauba wax, D&C yellow no. 10 aluminum

---



**Important: Read all product information before using. Keep this box for important information.**

Do not take the day and night tablets at the same time. Do not take more than a total of 6 tablets in a 24-hour period. Take only as directed.

**SUDAFED PE® DAYTIME**

### Drug Facts

**Active ingredient (in each tablet)**  **Purpose**
Phenylephrine HCI 10 mg.................................Nasal decongestant

**Uses**
■ temporarily relieves sinus congestion and pressure
■ temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

**Warnings**
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease       ■ high blood pressure
■ thyroid disease    ■ diabetes
■ trouble urinating due to an enlarged prostate gland  ▼

**SUDAFED PE® NIGHTTIME**

### Drug Facts

**Active ingredients (in each tablet)**  **Purpose**
Diphenhydramine HCI 25 mg.................................Antihistamine
Phenylephrine HCI 10 mg.................................Nasal decongestant

**Uses**
■ temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
■ runny nose       ■ sneezing       ■ itchy, watery eyes
■ itching of the nose or throat       ■ nasal congestion
■ temporarily relieves these symptoms due to the common cold:
■ runny nose       ■ sneezing       ■ nasal congestion
■ temporarily relieves sinus congestion and pressure

**Warnings**
**Do not use**
■ to make a child sleepy
■ with any other product containing diphenhydramine, even one used on skin  ▼

**LIFT HERE**
▼

**SUDAFED** PE®

Active ingredient made in Germany
Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA    ©J&JCI 2018

Does Not Contain Pseudoephedrine

**SUDAFED** PE

**Drug Facts**

| Active ingredient (in each tablet) | Purpose |
| --- | --- |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
■ temporarily relieves sinus congestion and pressure
■ temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

**Warnings**
Do not use if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
■ heart disease        ■ high blood pressure
■ thyroid disease      ■ diabetes
■ trouble urinating due to an enlarged prostate gland

When using this product do not exceed recommended dose

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with a fever

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)

**Drug Facts** (continued)

**Directions**

| adults and children 12 years and over | ■ take 1 tablet every 4 hours<br>■ do not take more than 6 tablets in 24 hours |
| --- | --- |
| children under 12 years | ask a doctor |

**Other information**
■ store between 20-25°C (68-77°F)
■ do not use if blister unit is torn or broken

**Inactive ingredients** carnauba wax, D&C yellow no. 10 aluminum lake, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, glycol, polyvinyl alcohol, powdered cellulose, modified starch, polyethylene glycol, polyvinyl alcohol, powdered cellulose, modified starch, polyethylene magnesium stearate, microcrystalline cellulose, modified starch, pregelatinized starch, sodium starch glycolate, talc, titanium dioxide

**Questions or comments?**
call 1-888-217-2117 (toll-free) or 215-273-8755 (collect)

Important: Read all product information on before using. Keep this box for important information.

The makers of the SUDAFED® family of products are dedicated to helping you and your family reduce head congestion and sinus pressure.

PREVIOUSLY **SUDAFED PE® CONGESTION**        NDC 50580-437-02

**SUDAFED** PE®

**SINUS CONGESTION**

Phenylephrine HCl, Nasal Decongestant


PE
actual size

**MAXIMUM STRENGTH**
• SINUS PRESSURE
• SINUS CONGESTION

10 mg each

**36 TABLETS**

**NON-DROWSY**

3  0050  580  437  02  3

300424711
120482

NON-DROWSY

**24 TABLETS**

actual size

SU PE

**MAXIMUM STRENGTH**

- SINUS HEADACHE
- SINUS PRESSURE + CONGESTION

Pain Reliever/Fever Reducer, Nasal Decongestant

Acetaminophen, Phenylephrine HCl

**SUDAFED PE**

# SINUS
# PRESSURE + PAIN

PREVIOUSLY SUDAFED PE® PRESSURE + PAIN    NDC 50580-435-01

120483

The makers of the SUDAFED® family of products are dedicated to helping you and your family reduce head congestion and sinus pressure.

30042 477/
120483

**Important: Read all product information before using. Keep this box for important information.**

## Drug Facts

| Active ingredients (in each tablet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ▪ temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold: ▪ sinus congestion and pressure ▪ headache ▪ minor aches and pains ▪ nasal congestion ▪ promotes sinus drainage ▪ temporarily reduces fever

## Warnings

**Liver warning:** this product contains acetaminophen. The maximum daily dose of this product is 10 tablets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take ▪ more than 4,000 mg of acetaminophen in 24 hours. ▪ with other drugs containing acetaminophen ▪ 3 or more alcoholic drinks every day while using this product.

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include: ▪ skin reddening ▪ blisters ▪ rash • If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ▪ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ▪ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ▪ if you have ever had an allergic reaction to this product or any of its ingredients

## Drug Facts (continued)

**Ask a doctor before use if you have** ▪ liver disease ▪ heart disease ▪ high blood pressure ▪ thyroid disease ▪ diabetes ▪ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product** ▪ do not exceed recommended dose

**Stop use and ask a doctor if** ▪ nervousness, dizziness, or sleeplessness occur ▪ pain or nasal congestion gets worse or lasts more than 7 days ▪ fever gets worse or lasts more than 3 days ▪ redness or swelling is present ▪ new symptoms occur These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions ▪ do not use more than directed (see overdose warning)

| adults and children 12 years and over | ▪ take 2 tablets every 4 hours ▪ do not take more than 10 tablets in 24 hours |
| children under 12 years | ask a doctor |

**Other information** ▪ store between 20-25°C (68-77°F) ▪ do not use if blister unit is torn or broken

**Inactive ingredients** carnauba wax, FD&C yellow no. 6 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, modified starch, polyethylene glycol, polysorbate 60, powdered cellulose, pregelatinized starch, sodium starch glycolate, titanium dioxide

Open from other side

Does Not Contain
Pseudoephedrine

**SUDAFED PE®**

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA   ©J&JCI 2018

**Drug Facts** (continued)

**Questions or comments?**
call 1-888-217-2117 (toll-free) or 215-273-8755 (collect)

## Drug Facts

### Active ingredients (in each caplet) — Purpose
Acetaminophen 325 mg...................................................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg............................................Cough suppressant
Phenylephrine HCl 5 mg.................................................Nasal decongestant

### Uses
■ temporarily relieves these common cold/flu symptoms:
■ minor aches and pains    ■ headache    ■ sore throat
■ nasal congestion    ■ cough    ■ sinus congestion and pressure
■ helps clear nasal passages    ■ promotes nasal and sinus drainage
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ▶

## Drug Facts (continued)

■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**    ■ liver disease    ■ heart disease
■ high blood pressure    ■ thyroid disease    ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**    ■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days    ■ redness or swelling is present
■ new symptoms occur    ■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions    ■ do not take more than directed (see overdose warning)

| | |
|---|---|
| adults and children 12 years and over | ■ take 2 caplets every 4 hours<br>■ swallow whole; do not crush, chew or dissolve<br>■ do not take more than 10 caplets in 24 hours |
| children under 12 years | ask a doctor |

**Other information**    ■ store between 20-25°C (68-77°F)
■ do not use if blister unit is torn or broken ▼

## Drug Facts (continued)

**Inactive ingredients** anhydrous citric acid, carnauba wax, flavors, hypromellose, magnesium stearate, microcrystalline cellulose, modified starch, potassium sorbate, powdered cellulose, pregelatinized starch, sodium benzoate, sodium citrate, sodium starch glycolate, sucralose

**Questions or comments?** call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

How can we help? ( 1-877-895-3665



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



123664

NDC 50580-515-02

# TYLENOL®

**FOR ADULTS**

# COLD MAX

## Acetaminophen,
**Dextromethorphan HBr, Phenylephrine HCl**
**Pain Reliever–Fever Reducer, Cough Suppressant,**
**Nasal Decongestant**

☀ **DAY** NON-DROWSY
- **HEAD + BODY ACHES**
- **FEVER + SORE THROAT**
- **COUGH**
- **NASAL CONGESTION**



Actual Size

## 24 CAPLETS

Important: Read all product information before using. Keep this box for important information.

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©J&JCI 2020

30047051/
123664





## Drug Facts

**Active ingredients** (in each 15 mL) — **Purpose**

Acetaminophen 325 mg ........ Pain reliever/fever reducer

Dextromethorphan HBr 10 mg.... Cough suppressant

Phenylephrine HCl 5 mg.............Nasal decongestant

### Uses
■ temporarily relieves these common cold/flu symptoms:
- ■ minor aches and pains
- ■ headache        ■ sore throat
- ■ nasal congestion   ■ cough
- ■ sinus congestion and pressure
■ helps clear nasal passages
■ promotes nasal and sinus drainage
■ temporarily reduces fever ▶

**TYLENOL®**
COLD + FLU + COUGH

**How can we help?**
☎ **1-877-895-3665**

SNAP THIS CODE
OR TEXT **TYCOLD10**
TO **87715**

MSG & DATA RATES MAY APPLY
TEXT HELP FOR HELP.
TEXT STOP FOR STOP



Acetaminophen
(325 mg per 15 mL)
Dextromethorphan HBr
(10 mg per 15 mL)
Phenylephrine HCl
(5 mg per 15 mL)

8 fl oz (240 mL)

Made in Canada
Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
Ⓒ J&JCI 2018        30042164

## Drug Facts (continued)

sorbitol solution, sucralose

**Questions or comments?**
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)

**PARENTS:**
Learn about teen medicine abuse
**www.StopMedicineAbuse.org**

## Drug Facts (continued)

### Warnings
**Liver warning**: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert**: acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening
■ blisters
■ rash
If a skin reaction occurs, stop use ▶

***Drug Facts*** (continued)

and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or

▶

***Drug Facts*** (continued)

## Other information
- each 15 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.
- **do not use if neck band imprinted with "TYLENOL COLD + FLU + COUGH" or foil inner seal imprinted with "SAFETY SEAL®" is broken or missing**

## Inactive ingredients
alcohol, anhydrous citric acid, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate,

▶

***Drug Facts*** (continued)

## Directions
- **do not take more than directed (see overdose warning)**
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last  ■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

▶

***Drug Facts*** (continued)

emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an

▶

***Drug Facts*** (continued)

enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough

▶

***Drug Facts*** (continued)

gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

OPEN TO READ DRUG FACTS ⟶ PEEL

30040371

NDC 50580-369-01

# *TYLENOL*®
### FOR ADULTS
## COLD + FLU + COUGH

**Acetaminophen,** Dextromethorphan HBr, Doxylamine Succinate, Phenylephrine HCl,
Pain Reliever–Fever Reducer, Cough Suppressant, Antihistamine, Nasal Decongestant



- **HEAD + BODY ACHES**
- **FEVER + SORE THROAT**
- **COUGH**
- **NASAL CONGESTION**
- **RUNNY NOSE**



**NIGHT**



**WILD BERRY BURST**



Alcohol 0.7%

# 8 fl oz (240 mL)

**OPEN TO READ DRUG FACTS** ⟶ **PEEL**
(Warnings, Directions...)



Do not use if neck band imprinted with
"TYLENOL COLD+FLU+ COUGH" or foil
inner seal imprinted with "SAFETY
SEAL®"is broken or missing.

**DO NOT USE WITH OTHER MEDICINES
CONTAINING ACETAMINOPHEN**



3    0 0 4 5 – 0 5 6 2 – 0 8  1

## Drug Facts

### Active ingredients    Purpose
### (in each 15 mL)

Acetaminophen 325 mg .......... Pain reliever/
                                              fever reducer

Dextromethorphan HBr 10 mg...Cough suppressant

Doxylamine Succinate 6.25 mg.........Antihistamine

Phenylephrine HCl 5 mg........Nasal decongestant

### Uses
■ temporarily relieves these common
cold/flu symptoms:
   ■ minor aches and pains
   ■ headache               ■ sore throat
   ■ nasal congestion
   ■ runny nose and sneezing
   ■ cough
   ■ sinus congestion and pressure
■ helps clear nasal passages ▶

## Drug Facts (continued)

■ relieves cough to help you sleep
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains
acetaminophen. Severe liver damage
may occur if you take
■ more than 4,000 mg of
   acetaminophen in 24 hours
■ with other drugs containing
   acetaminophen
■ 3 or more alcoholic drinks every day
   while using this product
**Allergy alert:** acetaminophen may
cause severe skin reactions. Symptoms
may include:
■ skin reddening
■ blisters
■ rash ▶

## Drug Facts (continued)

If a skin reaction occurs, stop use and
seek medical help right away.
**Sore throat warning:** If sore throat is
severe, persists for more than 2 days, is
accompanied or followed by fever,
headache, rash, nausea, or vomiting,
consult a doctor promptly.

### Do not use
■ with any other drug containing
   acetaminophen (prescription or
   nonprescription). If you are not sure
   whether a drug contains
   acetaminophen, ask a doctor or
   pharmacist.
■ if you are now taking a prescription
   monoamine oxidase inhibitor (MAOI)
   (certain drugs for depression,
   psychiatric or emotional ▶

## Drug Facts (continued)

conditions, or Parkinson's disease),
or for 2 weeks after stopping the
MAOI drug. If you do not know if your
prescription drug contains an MAOI,
ask a doctor or pharmacist before
taking this product.
■ if you have ever had an allergic
   reaction to this product or any of its
   ingredients

### Ask a doctor before use if you have
■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged
   prostate gland
■ a breathing problem such as ▶

## Drug Facts (continued)        ## Drug Facts (continued)

emphysema or chronic bronchitis
- glaucoma
- persistent or chronic cough such as occurs with smoking, asthma or emphysema
- cough that occurs with too much phlegm (mucus)

## Ask a doctor or pharmacist before use if you are
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

## When using this product
- **do not exceed recommended dose**
- excitability may occur, especially in children
- marked drowsiness may occur ▶

---

- alcohol, sedatives and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

## Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition. ▶

---

## *Drug Facts* (continued)

**If pregnant or breast-feeding**, ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## *Directions*
- **do not take more than directed (see overdose warning)**
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device. ▶

---

## *Drug Facts* (continued)

| | |
|---|---|
| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

## *Other information*
- each 15 mL contains: **sodium 5 mg**
- store between 20-25°C (68-77°F). Do not refrigerate.
- **do not use if neck band imprinted with "TYLENOL COLD+FLU+COUGH" or foil inner seal imprinted with "SAFETY SEAL®"** ▶

---

## *Drug Facts* (continued)

is broken or missing

## *Inactive ingredients*
acetic acid, alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no.

---

***TYLENOL*®**
***COLD + FLU + COUGH NIGHT***

*How can we help?*
☎ *1-877-895-3665*

40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

**Questions or comments?**
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)

# PARENTS:

Learn about teen medicine abuse

www.**StopMedicineAbuse.org**

**SNAP THIS CODE**
OR TEXT TYCOLD7
TO **87715**

MSG & DATA RATES MAY APPLY
TEXT **HELP** FOR HELP.
TEXT **STOP** FOR STOP.



Acetaminophen
(325 mg per 15 mL)
Dextromethorphan HBr
(10 mg per 15 mL)
Doxylamine succinate
(6.25 mg per 15 mL)
Phenylephrine HCl
(5 mg per 15 mL)

8 fl oz (240 mL)

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2017        30040372



How can we help?
1-877-895-3665

123666

NDC 50580-402-26

# TYLENOL®
### FOR ADULTS

## COLD + FLU SEVERE

### Acetaminophen,
Dextromethorphan HBr, Phenylephrine HCl, Guaifenesin
Pain Reliever–Fever Reducer, Cough Suppressant,
Nasal Decongestant, Expectorant

- HEAD + BODY ACHES
- FEVER + SORE THROAT
- COUGH
- NASAL CONGESTION
- MUCUS + CHEST CONGESTION

Actual Size

## 24 CAPLETS

Important: Read all product information before using. Keep this box for important information.

Made in Italy
Distributed by: JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©JJCI 2020

30047049/
123666

3  0 04450 27026  9

## Drug Facts

**Active ingredients (in each caplet)** **Purpose**
Acetaminophen 325 mg ............ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg .......... Cough suppressant
Guaifenesin 200 mg .................... Expectorant
Phenylephrine HCl 5 mg ............ Nasal decongestant

**Uses** ■ for the temporary relief of the following cold/flu symptoms:
■ minor aches and pains  ■ headache  ■ sore throat
■ nasal congestion  ■ cough
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether or not a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

## Drug Facts (continued)
**Inactive ingredients** carnauba wax, croscarmellose sodium, D&C yellow no. 10 aluminum lake, FD&C red no. 40 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polyethylene glycol, pregelatinized starch, sucralose, titanium dioxide
**Questions or comments?** call 1-877-895-3665 (US) or 215-273-8755 (collect)

## Drug Facts (continued)
**When using this product do not exceed recommended dose**
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ ask a doctor before use if you have
■ liver disease  ■ heart disease  ■ high blood pressure  ■ thyroid disease
■ diabetes  ■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis
or emphysema  ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin
**When using this product do not exceed recommended dose**
**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days  ■ redness or swelling is present
■ new symptoms occur  ■ cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control
Center right away. (1-800-222-1222) Quick medical attention is critical for adults even if you do not notice any signs or symptoms.

**Directions**  ■ do not take more than directed (see overdose warning)
adults and children 12 years    ■ take 2 caplets every 4 hours
and over                        ■ swallow whole; do not crush, chew or dissolve
                                ■ do not take more than 10 caplets in 24 hours
children under 12 years         ■ ask a doctor

**Other information** ■ each caplet contains sodium 3 mg
■ store between 20-25°C (68-77°F)  ■ do not use if blister unit is torn or broken ▶

## PARENTS:
Learn about teen medicine abuse.
www.StopMedicineAbuse.org





**Drug Facts**

Active ingredients    Purpose

**Drug Facts** (continued)

■ temporarily reduces fever

## Active ingredients        Purpose
### (in each 30 mL)

Acetaminophen 650 mg.......................Pain reliever/ fever reducer
Dextromethorphan HBr 20 mg....Cough suppressant
Guaifenesin 400 mg.................................Expectorant
Phenylephrine HCl 10 mg......Nasal decongestant

## Uses
- temporarily relieves the following cold/flu symptoms:
  - minor aches and pains
  - headache                 ■ sore throat
  - nasal congestion    ■ cough
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive
▶

## Warnings
**Liver warning**: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert**: acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
▶

## *Drug Facts* (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning**: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression,
▶

## *Drug Facts* (continued)

psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

### Ask a doctor before use if you have
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
▶

## *Drug Facts* (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**

Stop use and ask a doctor if

## *Drug Facts* (continued)

- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning**: In case of overdose, get medical help or contact a Poison Control Center right

- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days ▶

away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## Drug Facts (continued)

### Directions
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last<br>■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

▶

## Drug Facts (continued)

### Other information
- each 30 mL contains: sodium 10 mg
- store between 20-25°C (68-77°F).
- do not use if neck band imprinted with "WARMING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

### Inactive ingredients
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose ▶

## Drug Facts (continued)

### Questions or comments?
call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

## PARENTS:
Learn about teen medicine abuse

www.StopMedicineAbuse.org

## TYLENOL®
COLD + FLU SEVERE

How can we help?
☎ 1-877-895-3665

Acetaminophen
(650 mg per 30 mL)
Dextromethorphan HBr
(20 mg per 30 mL)
Guaifenesin
(400 mg per 30 mL)
Phenylephrine HCl
(10 mg per 30 mL)

8 fl oz (240 mL)

Distributed by:
JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2021        30049845





JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
J&JCI 2021

30049845

## Drug Facts

### Active ingredients (in each 30 mL) — Purpose

| Active ingredient | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves the following cold/flu symptoms:
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
  - cough
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive

▶

## Drug Facts (continued)

- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

▶

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression,

▶

## Drug Facts (continued)

psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

### Ask a doctor before use if you have
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland

▶

## Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not exceed recommended dose**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days

▶

## Drug Facts (continued)

- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts

These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222)
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

## Drug Facts (continued)

### Directions
- do not take more than directed (see overdose warning)
- mL = milliliter
- use only enclosed dosing cup designed for use with this product. Do not use any other dosing device.

| | |
|---|---|
| adults and children 12 years and over | take 30 mL in the dosing cup provided every 4 hours while symptoms last do not take more than 150 mL in 24 hours, unless directed by a doctor |
| children under 12 years | ask a doctor |

▶

## Drug Facts (continued)

### Other information
- each 30 mL contains: **sodium 10 mg**
- store between 20-25°C (68-77°F).
- do not use if neck band imprinted with "WARMING SENSATION" or foil inner seal imprinted with "TYLENOL" is broken or missing

### Inactive ingredients
anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, FD&C yellow no. 6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

▶

## Drug Facts (continued)

### Questions or comments?
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org





**OPEN TO READ DRUG FACTS** ⟶ **PEEL**
(Warnings, Directions...)

Do not use if neck band imprinted with "TYLENOL COLD MAX " or foil inner seal imprinted with "SAFETY SEAL®" is broken or missing.

**DO NOT USE WITH OTHER MEDICINES CONTAINING ACETAMINOPHEN**

3  0045-0269-08 9

3 0042166

## TYLENOL® COLD MAX

### How can we help?
📞 **1-877-895-3665**

**SNAP THIS CODE**
OR TEXT **TYCOLD7**
TO **87715**

MSG & DATA RATES MAY APPLY
TEXT **HELP** FOR HELP.
TEXT **STOP** FOR STOP.



**Acetaminophen** (325 mg per 15 mL)
**Dextromethorphan HBr** (10 mg per 15 mL)
**Doxylamine succinate** (6.25 mg per 15 mL)
**Phenylephrine HCl** (5 mg per 15 mL)

**8 fl oz (240 mL)**

Made in Canada
Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
© J&JCI 2018      30042166

---

## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold/flu symptoms:
  ■ minor aches and pains
  ■ headache
  ■ sore throat
  ■ nasal congestion
  ■ runny nose and sneezing
  ■ cough
  ■ sinus congestion and pressure ▶

---

## Drug Facts (continued)

■ helps clear nasal passages
■ relieves cough to help you sleep
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ▶

---

## Drug Facts (continued)

■ blisters
■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription ▶

---

## Drug Facts (continued)

monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease

---

## Drug Facts (continued)

prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ glaucoma
■ persistent or chronic cough such as occurs with smoking, asthma or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin

---

## Drug Facts (continued)

especially in children
■ marked drowsiness may occur
■ alcohol, sedatives and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days

■ liver disease
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged ▶

wai iai ii
■ taking sedatives or tranquilizers

**When using this product**
■ **do not exceed recommended dose**
■ excitability may occur, ▶

■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts ▶

---

**Drug Facts** (continued)

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ **do not take more than directed (see overdose warning)**
■ mL = milliliter
■ use only enclosed dosing cup ▶

---

**Drug Facts** (continued)

designed for use with this product. Do not use any other dosing device.

| adults and children 12 years and over | ■ take 30 mL in the dosing cup provided every 4 hours while symptoms last <br> ■ do not take more than 150 mL in 24 hours, unless directed by a doctor |
| --- | --- |
| children under 12 years | ask a doctor |

**Other information**
■ **each 15 mL contains:** sodium 5 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.
■ **do not use if neck band imprinted with "TYLENOL COLD MAX "** or ▶

---

**Drug Facts** (continued)

**foil inner seal imprinted with "SAFETY SEAL®" is broken or missing**

**Inactive ingredients**
alcohol, anhydrous citric acid, FD&C blue no. 1, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose

**Questions or comments?**
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)

**PARENTS:**

Learn about teen medicine abuse

www.StopMedicineAbuse.org









**Important: Read all product information before using. Keep this box for important information.**
Do not take the day and night caplets at the same time. Do not take more than a total of 10 caplets in a 24-hour period. Take only as directed.

**TYLENOL® COLD + FLU SEVERE NIGHT**

## Drug Facts

### Active ingredients (in each caplet) — Purpose
| Active ingredients (in each caplet) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Chlorpheniramine maleate 2 mg | Antihistamine |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ for the temporary relief of the following cold/flu symptoms:
■ minor aches and pains  ■ headache  ■ sore throat  ■ nasal congestion
■ cough  ■ sinus congestion and pressure  ■ sneezing and runny nose
■ helps clear nasal passages  ■ relieves cough to help you sleep
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take  ■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:  ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**TYLENOL® COLD + FLU SEVERE DAY**

## Drug Facts

### Active ingredients (in each caplet) — Purpose
| Active ingredients (in each caplet) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ for the temporary relief of the following cold/flu symptoms:
■ minor aches and pains  ■ headache  ■ sore throat
■ nasal congestion  ■ cough
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive  ■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take  ■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:  ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**LIFT HERE**



NDC 50580-566-25

# TYLENOL®

**FOR ADULTS**

## COLD + HEAD
## CONGESTION *SEVERE*

**Acetaminophen,**
**Phenylephrine HCl, Guaifenesin**
**Pain Reliever–Fever Reducer,**
**Nasal Decongestant, Expectorant**

- **HEADACHE + BODY ACHES**
- **FEVER + SORE THROAT**
- **NASAL CONGESTION**
- **MUCUS + CHEST CONGESTION**



**Actual Size**

## 24 CAPLETS

Important: Read all product information before using. Keep this box for important information.

Made in Italy
Distributed by: **JOHNSON & JOHNSON CONSUMER INC.**
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©J&JCI 2020

30047053/
123662



## Drug Facts

### Active ingredients (in each caplet) — Purpose

Acetaminophen 325 mg......................................................Pain reliever/fever reducer
Guaifenesin 200 mg...............................................................................................Expectorant
Phenylephrine HCl 5 mg.............................................................................Nasal decongestant

### Uses
■ for the temporary relief of the following cold symptoms:
■ minor aches and pains  ■ headache  ■ sore throat
■ nasal congestion  ■ sinus congestion and pressure
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 caplets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take  ■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ▶

## Drug Facts (continued)
■ if you have ever had an allergic reaction to this product or any of its ingredients
**Ask a doctor before use if you have**  ■ liver disease  ■ heart disease
■ high blood pressure  ■ thyroid disease  ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema  ■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**
**When using this product do not exceed recommended dose**
**Stop use and ask a doctor if**  ■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days  ■ redness or swelling is present
■ new symptoms occur  ■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions — ■ do not take more than directed (see overdose warning)

| | |
|---|---|
| adults and children 12 years and over | ■ take 2 caplets every 4 hours<br>■ swallow whole—do not crush, chew or dissolve<br>■ do not take more than 10 caplets in 24 hours |
| children under 12 years | ask a doctor |

### Other information
■ each caplet contains: **sodium 3 mg**  ■ store between 20-25°C (68-77°F)
■ **do not use if blister unit is torn or broken**  ▼

## Drug Facts (continued)
**Inactive ingredients** carnauba wax, croscarmellose sodium, flavor, hydroxypropyl cellulose, hypromellose, magnesium stearate, microcrystalline cellulose, pregelatinized starch, sucralose, titanium dioxide, triacetin

**Questions or comments?** call 1-877-895-3665 (toll-free) or 215-273-8755 (collect)

How can we help?
☎ 1-877-895-3665

HERITAGE OF CARE • HISTORY OF RELIEF
TYLENOL



30040605

NDC 50580-511-01

# TYLENOL®

### FOR ADULTS

## COLD + MUCUS SEVERE

**Acetaminophen,** Dextromethorphan HBr, Phenylephrine HCl, Guaifenesin
Pain Reliever–Fever Reducer, Cough Suppressant, Nasal Decongestant, Expectorant

- **HEAD + BODY ACHES**
- **FEVER + SORE THROAT**
- **COUGH**
- **NASAL CONGESTION**
- **MUCUS + CHEST CONGESTION**

**DAY NON-DROWSY**

**COOL BURST®**

Alcohol 0.7%

**8 fl oz (240 mL)**

**OPEN TO READ DRUG FACTS** ⟶ **PEEL**
(Warnings, Directions...)



30042165

Do not use if neck band imprinted with
"TYLENOL COLD + MUCUS SEVERE" or
foil inner seal imprinted with "SAFETY
SEAL®" is broken or missing.

**DO NOT USE WITH OTHER MEDICINES
CONTAINING ACETAMINOPHEN**



3  0045−0521−08 8

## Drug Facts

### Active ingredients (in each 15 mL)     Purpose

Acetaminophen 325 mg ........ Pain reliever/fever reducer

Dextromethorphan HBr 10 mg .... Cough suppressant

Guaifenesin 200 mg................................ Expectorant

Phenylephrine HCl 5 mg.............. Nasal decongestant

## Uses

■ for the temporary relief of the following cold/flu symptoms:
- ■ minor aches and pains
- ■ headache          ■ sore throat
- ■ nasal congestion  ■ cough
- ■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive ▶

## TYLENOL®
### COLD + MUCUS SEVERE

### How can we help?
☎ **1-877-895-3665**

**SNAP THIS CODE** OR TEXT **TYCOLD8** TO **87715**

MSG & DATA RATES MAY APPLY
TEXT **HELP** FOR HELP.
TEXT **STOP** FOR STOP.



**Acetaminophen** (325 mg per 15 mL)
**Dextromethorphan HBr** (10 mg per 15 mL)
**Phenylephrine HCl** (5 mg per 15 mL)
**Guaifenesin** (200 mg per 15 mL)

**8 fl oz (240 mL)**

**Made in Canada**
**Distributed by:**
**JOHNSON & JOHNSON CONSUMER INC.**
**McNeil Consumer Healthcare Division**
Fort Washington, PA 19034 USA
© **J&JCI 2018**          30042165

## Drug Facts (continued)

■ temporarily reduces fever

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- ■ more than **4,000 mg** of acetaminophen in 24 hours
- ■ with other drugs containing acetaminophen
- ■ **3 or more alcoholic drinks** every day while using this product

**Allergy alert:** acetaminophen may

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than **2** days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

## Do not use
- ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or

cause severe skin reactions.
Symptoms may include:
- skin reddening
- blisters
- rash

▶

acetaminophen, ask a doctor or
pharmacist.
- if you are now taking a
prescription monoamine oxidase
inhibitor (MAOI) (certain drugs for

▶

---

## Drug Facts (continued)

depression, psychiatric or emotional
conditions, or Parkinson's disease),
or for 2 weeks after stopping the
MAOI drug. If you do not know if your
prescription drug contains an MAOI,
ask a doctor or pharmacist before
taking this product.
- if you have ever had an allergic
reaction to this product or any of its
ingredients

### Ask a doctor before use if you have
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes

▶

---

## Drug Facts (continued)

- trouble urinating due to an enlarged
prostate gland
- persistent or chronic cough such
as occurs with smoking, asthma,
chronic bronchitis, or emphysema
- cough that occurs with too much
phlegm (mucus)

### Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

### When using this product do not exceed recommended dose

### Stop use and ask a doctor if
- nervousness, dizziness, or
sleeplessness occur
- pain, nasal congestion or cough

▶

---

## Drug Facts (continued)

gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with
rash or headache that lasts
These could be signs of a serious
condition.

**If pregnant or breast-feeding**, ask
a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** In case of
overdose, get medical help or contact a

---

## Drug Facts (continued)

## Directions
- **do not take more than directed
(see overdose warning)**
- mL = milliliter
- use only enclosed dosing cup
designed for use with this product.
Do not use any other dosing device.

| adults and children 12 years and over | take 30 mL in the dosing cup provided every 4 hours while symptoms last | do not take more than 150 mL in 24 hours, unless |

Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

| | directed by a doctor |
|---|---|
| children under 12 years | ask a doctor |

▶

## *Drug Facts* (continued)

### *Other information*
■ **each 15 mL contains:** sodium 5 mg
■ **store between 20-25°C (68-77°F).** Do not refrigerate.
■ **do not use if neck band imprinted with "TYLENOL COLD + MUCUS SEVERE" or foil inner seal imprinted with "SAFETY SEAL®" is broken or missing**

### *Inactive ingredients*
alcohol, anhydrous citric acid, FD&C blue no. 1, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol solution, sucralose ▶

## *Drug Facts* (continued)

### *Questions or comments?*
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)

## PARENTS:
### Learn about teen medicine abuse
www.StopMedicineAbuse.org



How can we help? ☏ 1-877-895-3665

NDC 50580-598-02

# TYLENOL®
## FOR ADULTS

# SINUS
# + HEADACHE

**Acetaminophen,**
Phenylephrine HCl
Pain Reliever–Fever Reducer,
Nasal Decongestant

☀ **DAY** NON-DROWSY
• SINUS HEADACHE
• SINUS PRESSURE
• NASAL CONGESTION

Actual Size

## 24 CAPLETS

Important: Read all pre-dosed info before using. Keep this box for important information.

Distributed by:
JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©J&JCI 2020

300047052/
123663

3  00450 27525  7

**Drug Facts**

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
temporarily relieves these symptoms as associated with hay fever or other respiratory allergies, and the common cold:
■ nasal congestion     ■ minor aches and pains
■ headache            ■ sinus congestion and pressure
■ sinus headache       ■ promotes sinus drainage
■ helps clear nasal passages  ■ temporarily reduces fever
■ helps clear nasal passages  ■ reduces swelling of nasal passages

**Warnings**
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 10 tablets (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI), (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Drug Facts (continued)**

Ask a doctor before use if you have
■ liver disease     ■ heart disease
■ high blood pressure  ■ diabetes
■ thyroid disease   ■ trouble urinating due to enlarged prostate gland

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

When using this product do not exceed recommended dose

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present    ■ new symptoms occur
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed (see overdose warning)
| adults and children 12 years and over | ■ take 2 caplets every 4 hours ■ swallow whole; do not crush, chew or dissolve ■ do not take more than 10 caplets in 24 hours |
| children under 12 years | ask a doctor |

**Other information**
■ do not use if blister unit is broken ■ store between 20-25°C (68-77°F)

**Questions or comments?** Call 1-877-895-3665 for advice 215-273-8755 (collect)

**Drug Facts (continued)**

Inactive ingredients   anhydrous citric acid, carnauba wax, D&C red no. 10, FD&C red no. 40, crospovidone, FD&C blue no. 1, magnesium stearate, microcrystalline cellulose, modified starch, polyethylene glycol, polysorbate 80, potassium sorbate, powdered cellulose, pregelatinized starch, sodium benzoate, sodium citrate, sodium starch glycolate, sucralose, titanium dioxide



NDC 50580-507-01

# TYLENOL®
### FOR ADULTS

## SINUS SEVERE

**Acetaminophen,**
Phenylephrine HCl, Guaifenesin
Pain Reliever–Fever Reducer,
Nasal Decongestant, Expectorant

☀ **DAY** NON-DROWSY
- SINUS HEADACHE
- SINUS PRESSURE
- NASAL CONGESTION
- MUCUS + CHEST CONGESTION

Actual Size

## 24 CAPLETS

Important: Read all product information before using. Keep this box for important information.

Made in Italy
Distributed by: JOHNSON & JOHNSON CONSUMER INC.
McNeil Consumer Healthcare Division
Fort Washington, PA 19034 USA
©JJCI 2020

30047842/
123661

0   3 00450 26225   7

How can we help? ☎ 1-877-895-3665

**Drug Facts**

| Active ingredients (in each caplet) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold ■ nasal congestion ■ sinus congestion and pressure ■ headache ■ nasal congestion ■ minor aches and pains
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is (3,250 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Drug Facts (continued)**
**Other information**
- each caplet contains: sodium 5 mg ■ store between 20-25°C (68-77°F)
- do not use if blister neck is torn or broken

**Inactive ingredients** carnauba wax, croscarmellose sodium, flavor,

**Drug Facts (continued)**
**Ask a doctor before use if you have**
- heart disease ■ high blood pressure ■ thyroid disease
- liver disease ■ diabetes ■ trouble urinating due to enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that is accompanied by too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product** do not exceed recommended dose

**Stop use and ask a doctor if**
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- new symptoms occur
- redness or swelling is present
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see overdose warning)
| adults and children 12 years and over | ■ take 2 caplets every 4 hours ■ swallow whole. Do not crush, chew or dissolve ■ do not take more than 12 caplets in 24 hours |
| children under 12 years | ■ ask a doctor |

**Questions or comments?**
call 1-877-895-3665 (toll free) or 215-273-8755 (collect).

**Drug Facts (continued)**
hydroxypropyl cellulose, hypromellose, magnesium stearate, microcrystalline cellulose, prepylalated starch, sucralose, titanium dioxide, triacetin