# Procter & Gamble Co.

## -PE Product Labels –









### Drug Facts

**Active ingredients (in each 15 mL)** — **Purpose**
Acetaminophen 325 mg .............................................. Pain reliever/Fever reducer
Dextromethorphan HBr 10 mg ........................................................ Cough suppressant
Phenylephrine HCl 5 mg .................................................................... Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms: • nasal congestion • cough due to minor throat & bronchial irritation • sore throat • headache • minor aches & pains • fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
• adult takes more than 4 doses (30 mL each) in 24 hrs, which is the maximum daily amount for this product
• child takes more than 4 doses (15 mL each) in 24 hrs, which is the maximum daily amount for this product
• taken with other drugs containing acetaminophen
• adult has 3 or more alcoholic drinks every day while using this product
**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• Skin reddening  • Blisters  • Rash
If a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, or emphysema • a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless
• pain, nasal congestion or cough get worse or last more than 5 days (children) or 7 days (adults)
• fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur
• cough comes back, or occurs with rash or headache that lasts.
These could be signs of a serious condition. ▶

### Drug Facts (continued)

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed • only use the dose cup provided • do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
• each 15 mL contains: sodium 44 mg
• Store at no greater than 25C. Do not refrigerate.

**Inactive ingredients** anhydrous citric acid, beta carotene, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions?** 1-800-362-1683

**TAMPER EVIDENT:** Do not use if printed safety seal under cap is missing or damaged.
DIST. BY: PROCTER & GAMBLE, CINCINNATI, OH 45202
Made in Canada
Close cap tightly
90521692
Patents: www.pg.com/patents
www.vicks.com


P&G www.pg.com
PEEL BACK FOR DRUG FACTS


CLOSE TIGHTLY
















**VICKS FLU THERAPY SEVERE COLD AND FLU DAY**






## Drug Facts

**Active ingredients (in each Packet)** — **Purpose**
Acetaminophen 650 mg ............................................. Pain reliever/Fever reducer
Diphenhydramine HCl 25 mg ............................. Antihistamine/Cough suppressant
Phenylephrine HCl 10 mg .................................................. Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms:
- sore throat • fever • headache
- cough to help you sleep
- reduces swelling of nasal passages
- promotes nasal and/or sinus drainage
- minor aches & pains
- cough due to minor throat & bronchial irritation
- nasal congestion • sinus congestion & pressure
- temporarily restores freer breathing through the nose
- runny nose • sneezing

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 6 doses in 24 hours, which is the maximum daily amount for this product
- with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product
**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• Skin reddening • Blisters • Rash
If a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other product containing diphenhydramine, even one used on the skin.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure
• thyroid disease • diabetes • glaucoma • cough that occurs with too much phlegm (mucus)
• a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, or emphysema
• trouble urinating due to enlarged prostate gland
**Ask a doctor or pharmacist before use if you are**
• taking the blood thinning drug warfarin • taking sedatives or tranquilizers
**When using this product**
• Do not use more than directed • excitability may occur especially in children
• marked drowsiness may occur • alcohol, sedatives, and tranquilizers may increase drowsiness
• avoid alcoholic drinks • be careful when driving a motor vehicle or operating machinery
**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless
• pain, nasal congestion, or cough gets worse or lasts more than 7 days
• fever gets worse or lasts more than 3 days • redness or swelling is present
• new symptoms occur • cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed • do not exceed 6 doses per 24 hrs

| Age | Dose | |
|---|---|---|
| adults & children 12 yrs & over | one packet every 4 hours | Dissolve contents of one packet into 8 oz. of hot water and stir briskly; sip while hot. Consume entire drink within 10-15 minutes |
| children under 12 yrs | do not use | If using a microwave, add contents of one packet to 8 oz. of cool water, stir briskly before and after heating. Do not overheat |

**Other information** • each packet contains: potassium 10 mg
• phenylketonurics: contains phenylalanine 68 mg per dose • do not exceed 25°C.
**Inactive ingredients:** acesulfame potassium, aspartame, carboxymethylcellulose, citric acid, D&C Yellow No. 10, FD&C Blue No. 1, FD&C Red No. 40, flavors, sucrose, tribasic calcium phosphate
**Questions?** 1-800-362-1683

Keep outer package for complete product information. 91380172 

**Tamper Evident:**
Do not use if inner sealed packet is torn or broken.

MADE IN MEXICO
DIST. BY:
PROCTER & GAMBLE,
CINCINNATI, OH 45202

P&G
www.pg.com
Patents: www.pg.com/patents

**50% MORE** VICKS

### NIGHT
# FluTherapy
## SEVERE
## COLD & FLU

**Acetaminophen - Pain reliever/Fever reducer,**
Diphenhydramine HCl - Antihistamine/Cough suppressant
Phenylephrine HCl - Nasal decongestant

· Fast Relief of Cold & Flu symptoms
· Soothing Vicks Vapors

6 9 PACKETS

HONEY LEMON FLAVOR

Delightful & Great Tasting with Honey Lemon Flavor.

**ACTUAL SIZE**
1 2 3 4 5 6 7 8 9
SIDE VIEW OF 9 PACKETS

# DayQuil SEVERE+
## Vicks VapoCOOL

### COLD & FLU

Acetaminophen, Phenylephrine HCl, Dextromethorphan HBr, Guaifenesin

- Minor Aches & Pains, Fever
- Nasal Congestion & Sinus Pressure
- Cough
- Chest Congestion

Non-Drowsy

**32 DAYQUIL COATED CAPLETS**

# NyQuil SEVERE+
## Vicks VapoCOOL

### COLD & FLU

Acetaminophen, Phenylephrine HCl, Doxylamine Succinate, Dextromethorphan HBr

- Minor Aches & Pains, Fever
- Nasal Congestion & Sinus Pressure
- Sneezing, Runny Nose
- Cough

Nighttime Relief

**16 NYQUIL COATED CAPLETS; 48 TOTAL COATED CAPLETS**

www.vicks.com
P&G
Pklnfo: www.pginfo.pg.com/dailors

**PARENTS:** Learn about how medicines can help. OTCsafety.org

DIST. BY PROCTER & GAMBLE, CINCINNATI OH 45202

Questions? 1-800-362-1683

2 3 23900 03846 2
800A20 16

Drug Facts (continued) [illegible small print]













