# Procter & Gamble Co.

## -PE Product Labels –

### -continued



## Drug Facts

**Active ingredients** (in each 15 mL) — **Purpose**
Dextromethorphan HBr 10 mg ............... Cough suppressant
Guaifenesin 200 mg ............... Expectorant
Phenylephrine HCl 5 mg ............... Nasal decongestant

**Uses** temporarily relieves common cold symptoms: • nasal congestion • cough due to minor throat & bronchial irritation
• helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • heart disease • high blood pressure • thyroid disease • diabetes
• trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus)
• persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema
• a sodium-restricted diet

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless
• symptoms do not improve within 7 days or occur with a fever
• cough persists for more than 7 days, comes back or occurs with a fever, rash or persistent headache
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. ▶

## Drug Facts (continued)

**Directions** • take only as directed • only use the dose cup provided • do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | 7.5 mL every 4 hrs |
| children under 4 yrs | do not use |

**Other information**
• each 15 mL contains: sodium 44 mg
• Store at no greater than 25°C.

**Inactive ingredients** anhydrous citric acid, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions?** 1-800-362-1683



**TAMPER EVIDENT:** Do not use if printed safety seal under cap is missing or damaged.
DIST. BY: PROCTER & GAMBLE, CINCINNATI, OH 45202
Made in Canada
Close cap tightly
90546707
Patents: www.pg.com/patents
www.vicks.com
P&G www.pg.com
PEEL BACK FOR DRUG FACTS
CLOSE TIGHTLY

**DAY & NIGHT PACK**

**VICKS®**

## Children's Cough Congestion Day

Phenylephrine HCl - nasal decongestant
Dextromethorphan HBr - cough suppressant
Guaifenesin - expectorant

Non-Drowsy

- Cough
- Chest congestion
- Stuffy nose

Ages 4+

## Children's Cough Congestion Night

Phenylephrine HCl - nasal decongestant
Diphenhydramine HCl - antihistamine/cough suppressant

Nighttime

- Cough
- Runny nose
- Stuffy nose
- Sneezing

Ages 6+

**FREE of:** Artificial Dyes & Flavors, High Fructose Corn Syrup & Alcohol

**2 BOTTLES - 6 FL OZ (177 mL) EACH; TOTAL 12 FL OZ (354 mL)**

---

### Children's Cough Congestion Day

**Drug Facts (continued)**

**Other information**
each 15 mL contains: sodium 44 mg
Store at no greater than 25°C.

**Inactive ingredients** anhydrous citric acid, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions?** 1-800-362-1683

TAMPER EVIDENT: Do not use if printed safety seal under cap is missing or damaged.
DIST. BY: PROCTER & GAMBLE, CINCINNATI, OH 45202
Made in Canada
Patents: www.pg.com/patents
www.vicks.com





PARENTS: Learn about teen medicine abuse www.StopMedicineAbuse.org

P&G www.pg.com

3 23900 02731 2

### Children's Cough Congestion Night

**Drug Facts (continued)**

**Directions**
- take only as directed
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | do not use unless directed by a doctor |
| children under 4 yrs | do not use |

**Other information**
each 15 mL contains: sodium 44 mg
Store at no greater than 25°C.

**Inactive ingredients** anhydrous citric acid, flavor, glycerin, polysorbate 20, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions?** 1-800-362-1683

---

### Children's Cough Congestion Night

**Drug Facts**

**Active ingredients (in each 15 mL)** — **Purpose**
Diphenhydramine HCl 12.5 mg ....... Antihistamine/Cough suppressant
Phenylephrine HCl 5 mg ................................................. Nasal decongestant

**Uses** temporarily relieves common cold symptoms:
- nasal congestion • runny nose & sneezing
- cough due to minor throat & bronchial irritation

**Warnings**
**Do not use**
- with any other product containing diphenhydramine, even one used on skin • to make a child sleepy
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • heart disease
- high blood pressure • thyroid disease • diabetes
- glaucoma • trouble urinating due to enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- a breathing problem or chronic cough that lasts or occurs with smoking, asthma or emphysema • a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are taking sedatives or tranquilizers**

**When using this product** • do not use more than directed.
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless
- symptoms do not improve within 7 days or occur with a fever
- cough persists for more than 7 days, comes back or occurs with a fever, rash or persistent headache
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. ◄

### Children's Cough Congestion Day

**Drug Facts**

**Active ingredients (in each 15 mL)** — **Purpose**
Dextromethorphan HBr 10 mg ................................. Cough suppressant
Guaifenesin 200 mg ............................................................... Expectorant
Phenylephrine HCl 5 mg ................................................. Nasal decongestant

**Uses** temporarily relieves common cold symptoms:
- nasal congestion • cough due to minor throat & bronchial irritation
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • heart disease
- high blood pressure • thyroid disease • diabetes
- trouble urinating due to enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema • a sodium-restricted diet

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless
- symptoms do not improve within 7 days or occur with a fever
- cough persists for more than 7 days, comes back or occurs with a fever, rash or persistent headache
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions** • take only as directed
- only use the dose cup provided • do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | 7.5 mL every 4 hrs |
| children under 4 yrs | do not use |

►






# DayQuil / NyQuil

**POWERFUL RELIEF · POWERFUL RELIEF · DAY & NIGHT PACK · POWERFUL RELIEF**

## DayQuil
THE DAYTIME, COUGHING, ACHING, STUFFY HEAD, FEVER, SORE THROAT, POWER THROUGH YOUR DAY, MEDICINE.

Headache, Fever, Sore Throat, Minor Aches & Pains
Nasal Congestion, Sinus Pressure
Cough

Non-Drowsy
Alcohol Free

## NyQuil
THE NIGHTTIME, SNIFFLING, SNEEZING, COUGHING, ACHING, FEVER, BEST SLEEP WITH A COLD, MEDICINE.

Headache, Fever, Sore Throat, Minor Aches & Pains
Sneezing, Runny Nose
Cough

Nighttime Relief
Alcohol 10%

**2 BOTTLES · 1 DAYQUIL/1 NYQUIL 12 FL OZ (354 mL) EACH; TOTAL 24 FL OZ (708 mL)**

---

### NyQuil Cold & Flu

**Drug Facts**

**Active ingredients (in each 30 mL)** — **Purpose**
Acetaminophen 650 mg — Pain reliever/fever reducer
Dextromethorphan HBr 30 mg — Cough suppressant
Doxylamine succinate 12.5 mg — Antihistamine

**Uses** temporarily relieves common cold/flu symptoms:
• cough due to minor throat and bronchial irritation
• sore throat  • headache  • minor aches and pains
• fever  • runny nose and sneezing

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
• more than 4 doses in 24 hours, which is the maximum daily amount for this product
• with other drugs containing acetaminophen
• 3 or more alcoholic drinks every day while using this product
**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: • skin reddening  • blisters  • rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
• with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
• liver disease  • glaucoma
• cough that occurs with too much phlegm (mucus)
• a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis or emphysema
• trouble urinating due to enlarged prostate gland

**Ask a doctor or pharmacist before use if you are**
• taking sedatives or tranquilizers
• taking the blood thinning drug warfarin

**When using this product**
• excitability may occur, especially in children
• marked drowsiness may occur
• avoid alcoholic drinks
• be careful when driving a motor vehicle or operating machinery
• alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
• pain or cough gets worse or lasts more than 7 days
• fever gets worse or lasts more than 3 days
• redness or swelling is present
• new symptoms occur
• cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
• take only as directed
• only use the dose cup provided
• do not exceed 4 doses per 24 hrs
  adults & children 12 yrs & over — 30 mL every 6 hrs
  children 4 to under 12 yrs — ask a doctor
  children under 4 yrs — do not use

**Other information**
• each 30 mL contains: sodium 23 mg
• store at room temperature 25°C and do not refrigerate

**Inactive ingredients** alcohol, citric acid, D&C Yellow No. 10, FD&C Green No. 3, FD&C Yellow No. 6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions?** 1-800-362-1683

---

### DayQuil Cold & Flu

**Drug Facts**

**Active ingredients (in each 15 mL)** — **Purpose**
Acetaminophen 325 mg — Pain reliever/fever reducer
Dextromethorphan HBr 10 mg — Cough suppressant
Phenylephrine HCl 5 mg — Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms:
• nasal congestion  • cough due to minor throat & bronchial irritation
• sore throat  • headache  • minor aches & pains  • fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
• adult takes more than 4 doses (30 mL each) in 24 hrs, which is the maximum daily amount for this product
• child takes more than 4 doses (15 mL each) in 24 hrs, which is the maximum daily amount for this product
• taken with other drugs containing acetaminophen
• adult has 3 or more alcoholic drinks every day while using this product
**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: • skin reddening  • blisters  • rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
• with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
• liver disease  • heart disease  • high blood pressure
• thyroid disease  • diabetes
• trouble urinating due to enlarged prostate gland
• cough that occurs with too much phlegm (mucus)
• persistent or chronic cough such as occurs with smoking, asthma, or emphysema
• a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
• you get nervous, dizzy or sleepless
• pain, nasal congestion or cough get worse or last more than 5 days (children) or 7 days (adults)
• fever gets worse or lasts more than 3 days
• redness or swelling is present
• new symptoms occur
• cough comes back, or occurs with rash or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
• take only as directed
• only use the dose cup provided
• do not exceed 4 doses per 24 hrs
  adults & children 12 yrs & over — 30 mL every 4 hrs
  children 6 to under 12 yrs — 15 mL every 4 hrs
  children 4 to under 6 yrs — ask a doctor
  children under 4 yrs — do not use

**Other information**
• each 15 mL contains: sodium 46 mg
• store at no greater than 25°C and do not refrigerate

**Inactive ingredients** citric acid, FD&C Yellow No. 6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions?** 1-800-362-1683

---

**TAMPER EVIDENT:** Do not use if printed shrinkband on bottle is broken or missing.

91221443

**PARENTS:** Learn about teen medicine abuse www.StopMedicineAbuse.org

DIST. BY PROCTER & GAMBLE, CINCINNATI OH 45202

P&G
www.pg.com
Patents: www.pg.com/patents
www.vicks.com

3 23900 01645




























**Drug Facts** (continued)

**Directions**
- take only as directed
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
- **each 15 mL contains:** sodium 14 mg
- store at no greater than 25°C

**Inactive ingredients** citric acid, D&C Yellow No. 10, FD&C Green No. 3, FD&C Red No. 40, FD&C Yellow No. 6, flavor (with honey), glycerin, propylene glycol, saccharin sodium, sodium benzoate, sodium citrate, sorbitol, sucralose, water, xanthan gum

**Questions?** 1-800-362-1683

**Drug Facts** (continued)

**Warnings**
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- symptoms do not improve within 7 days or occur with a fever
- cough persists for more than 7 days, comes back or occurs with a fever, rash or persistent headache These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Tamper Evident:**
Do not use if printed shrinkband seal around the neck is broken or missing
◀ PEEL BACK FOR DRUG FACTS

**Drug Facts**

| **Active ingredients** (in each 15 mL) | **Purpose** |
|---|---|
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves common cold symptoms:
  - nasal congestion
  - sinus congestion & pressure
  - cough due to minor throat & bronchial irritation
  - cough to help you sleep
  - reduces swelling of nasal passages
  - temporarily restores freer breathing through the nose
  - promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and ◀ make coughs more productive.


PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DIST. BY: PROCTER & GAMBLE,
CINCINNATI, OH 45202
Patents: www.pg.com/patents
www.vicks.com

**P&G**
www.pg.com

    90415386


3 23900 04269 8



