# Procter & Gamble Co.

## -PE Product Labels –

**-continued**














## VICKS

### DayQuil™

### SEVERE
### COLD & FLU

**Acetaminophen,** Guaifenesin, Phenylephrine HCl, Dextromethorphan HBr

Headache, Fever, Sore Throat, Minor Aches & Pains

Chest Congestion, Thins & Loosens Mucus

Nasal Congestion, Sinus Pressure

Cough

12 FL OZ (354 mL)

Non-Drowsy
Alcohol Free

---

TAMPER EVIDENT:
Do not use if printed shrinkband is broken or missing.

◄ PEEL BACK FOR DRUG FACTS

**Drug Facts**

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves common cold/flu symptoms:
  - nasal congestion    • sinus congestion & pressure
  - cough due to minor throat & bronchial irritation
  - minor aches & pains    • headache    • fever    • sore throat
  - reduces swelling of nasal passages
  - temporarily restores free breathing through the nose
  - promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs
  ◄ more productive.

DIST. BY PROCTER & GAMBLE,
CINCINNATI OH 45202
Patents: www.pg.com/patents
www.vicks.com

P&G

PARENTS:
www.DayMedication.com

01290815

2390003813

---

**Drug Facts** (continued)

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4 doses (30 mL each) in 24 hrs, which is the maximum daily amount for this product
- child takes more than 4 doses (15 mL each) in 24 hrs, which is the maximum daily amount for this product
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening    • blisters    • rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**    • liver disease
- heart disease    • high blood pressure
- thyroid disease    • diabetes
- trouble urinating due to enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

---

**Drug Facts** (continued)

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**    • take only as directed
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL, every 4 hrs |
| children 6 to under 12 yrs | 15 mL, every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
- **each 15 mL contains:** sodium 47 mg
- store at no greater than 25°C and do not refrigerate

**Inactive ingredients** citric acid, FD&C Yellow No. 6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions?** 1-800-362-1683

**Drug Facts (continued)**

- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**When using this product, do not use more than directed**

**Stop use and ask a doctor if**    • you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days    • redness or swelling is present
- new symptoms occur    • cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**

| | |
|---|---|
| • take only as directed | • do not exceed 8 LiquiCaps per 24 hrs |
| adults & children 12 yrs & over | 2 LiquiCaps with water every 4 hrs |
| children 4 under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** store at no greater than 25°C

**Inactive Ingredients** FD&C Yellow No. 5, FD&C Yellow No. 6, gelatin, glycerin, lecithin, mica, polyethylene glycol, polyvinyl acetate phthalate, povidone, sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-800-362-1683



TAMPER EVIDENT: DO NOT USE IF PRINTED
SEAL UNDER CAP IS MISSING OR DAMAGED.

DIST. BY:
PROCTER & GAMBLE,
CINCINNATI, OH 45202

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**P&G**
www.pg.com
vicks.com
Patents:
www.pg.com/patents



VICKS

**DayQuil**

EASY TO
OPEN BOTTLE†

ACTUAL SIZE

25% SMALLER*

*COMPARED TO ORIGINAL DAYQUIL LIQUICAP

†COMPARED TO ORIGINAL
DAYQUIL 24ct BLISTER PACK



VICKS **DayQuil**

ULTRA CONCENTRATED
**COLD & FLU**

MAX STRENGTH    100% MORE LIQUICAPS†



VICKS

**DayQuil**

ULTRA CONCENTRATED
**COLD & FLU**

Acetaminophen, Phenylephrine HCl,
Dextromethorphan HBr

Headache, Fever,
Sore Throat,
Minor Aches & Pains

Nasal Congestion, Sinus Pressure

Cough

Non-Drowsy

25% SMALLER*

EASY TO
SWALLOW

48 LIQUICAPS™

**Drug Facts**

**Active ingredients**            **Purpose**
Acetaminophen 325 mg.....Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.......Cough suppressant
Phenylephrine HCl 5 mg..............Nasal decongestant

**Uses** temporarily relieves common cold/flu
symptoms:          • nasal congestion
- cough due to minor throat & bronchial irritation
- sore throat          • headache
- minor aches & pains          • fever

**Warnings**
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take
- more than 8 Liquicaps in 24 hours, which is the
  maximum daily amount for this product
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using
  this product
**Allergy Alert:** Acetaminophen may cause severe
skin reactions. Symptoms may include:
- skin reddening          • blisters          • rash
If a skin reaction occurs, stop use and seek medical
help right away.
**Sore throat warning:** If sore throat is severe,
persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or
vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen
  (prescription or nonprescription). If you are not sure
  whether a drug contains acetaminophen, ask a
  doctor or pharmacist.
- if you are now taking a prescription monoamine
  oxidase inhibitor (MAOI) (certain drugs for
  depression, psychiatric or emotional conditions, or
  Parkinson's disease), or for 2 weeks after stopping
  the MAOI drug. If you do not know if your
  prescription drug contains an MAOI, ask a doctor
  or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease          • heart disease
- high blood pressure          • thyroid disease
- diabetes
- trouble urinating due to enlarged prostate gland




23900 03112


PAPER BOX    PLASTIC BOTTLE



**VICKS**

# DayQuil™

## VapoCOOL™

### SEVERE COLD & FLU + CONGESTION

**Acetaminophen,** Guaifenesin, Phenylephrine HCl, Dextromethorphan HBr

Headache, Fever, Sore Throat, Minor Aches & Pains

Chest Congestion, Thins & Loosens Mucus

Nasal Congestion, Sinus Pressure

Cough

**24 COATED CAPLETS**

www.vicks.com
Patents: www.pg.com/patents

**P&G**
www.pg.com          99915581

**PARENTS:**
www.QuayMedicineAbuse.org

DIST. BY PROCTER & GAMBLE
CINCINNATI OH 45202

TAMPER EVIDENT This package is safety sealed. A child resistant blow only if letters are intact. If defective inspect, use with caution.

---

**Drug Facts (continued)**

**Inactive Ingredients** croscarmellose sodium, crospovidone, FD&C Yellow No. 6, hypromellose, iron oxides, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, propylene glycol, pregelatinized starch, sodium dioxide, stearic acid, sucralose, talc, titanium dioxide

**Questions?** 1-800-362-1683

**Drug Facts (continued)**

**Directions** • take only as directed • do not exceed 8 caplets per 24 hrs

| adults & children 12 yrs & over | 2 caplets with water every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** • each caplet contains sodium 4 mg
• keep at room temperature (store at 20°C)

---

**Drug Facts**

| **Active Ingredients (in each caplet)** | **Purpose** |
| Acetaminophen 325 mg | Pain reliever/Fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** • temporarily relieves common cold/flu symptoms: • nasal congestion • sinus congestion & pressure • cough due to minor throat & bronchial irritation • minor aches & pains • headache • fever • sore throat • reduces swelling of nasal passages • temporarily restores freer breathing through the nose • promotes nasal and/or sinus drainage • helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take • more than 6 caplets in 24 hours, which is the maximum daily amount for this product • with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product
**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• Skin reddening • Blisters • Rash
If a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure
• thyroid disease • diabetes • trouble urinating due to enlarged prostate gland
• cough that occurs with too much phlegm (mucus)
• persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**
**When using this product, do not use more than directed.**
**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless
• pain, nasal congestion, or cough gets worse or lasts more than 7 days
• fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur
• cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.
Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.



**50% MORE**

**VICKS®**

**50% MORE**

**VICKS®**

how2recycle.info

MULTI-LAYER POUCH

PAPER BOX

♻

3  2390004213  1

**PARENTS:** Learn about teen medicine abuse www.StopMedicineAbuse.org

**DAY**
**FluTherapy**
**SEVERE**
**COLD & FLU**

Acetaminophen - Pain reliever/Fever reducer,
Dextromethorphan HBr - Cough suppressant
Phenylephrine HCl - Nasal decongestant

·Fast Relief of Cold & Flu symptoms
·Soothing Vicks Vapors

**ACTUAL SIZE**

1 2 3 4 5 6 7 8 9
SIDE VIEW OF 9 PACKETS

**Tamper Evident:**
Do not use if inner sealed packet is torn or broken.

**MADE IN MEXICO**
DIST. BY:
PROCTER & GAMBLE,
CINCINNATI, OH 45202

**P&G**
www.pg.com
Patents: www.pg.com/patents

**6 9 PACKETS**

**HONEY LEMON FLAVOR**

Keep outer package for complete product information.    91361958

---

## Drug Facts

**Active ingredients (in each Packet)** | **Purpose**
Acetaminophen 500 mg.................................................. Pain reliever/Fever reducer
Dextromethorphan HBr 20 mg........................................................ Cough suppressant
Phenylephrine HCl 10 mg.......................................................... Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms:
• minor aches & pains   • sore throat   • fever          • headache
• cough due to minor throat & bronchial irritation   • cough to help you sleep   • nasal congestion
• sinus congestion & pressure          • reduces swelling of nasal passages
• temporarily restores free breathing through the nose   • promotes nasal and/or sinus drainage

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
• more than 6 doses in 24 hours, which is the maximum daily amount for this product
• with other drugs containing acetaminophen   • 3 or more alcoholic drinks every day while using this product
**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• Skin reddening   • Blisters   • Rash
If a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by
fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
• with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a
drug contains acetaminophen, ask a doctor or pharmacist.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression,
psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you
do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**   • liver disease   • heart disease   • high blood pressure
• thyroid disease   • diabetes          • cough that occurs with too much phlegm (mucus)
• persistent or chronic cough such as occurs with smoking, asthma, or emphysema
• trouble urinating due to enlarged prostate gland

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product, do not use more than directed**

**Stop use and ask a doctor if**          • you get nervous, dizzy or sleepless
• pain, nasal congestion, or cough gets worse or lasts more than 7 days
• fever gets worse or lasts more than 3 days   • redness or swelling is present
• new symptoms occur          • cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of
overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for
adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
• take only as directed          • do not exceed 6 doses per 24 hrs

| Age | Dose |
| --- | --- |
| adults & children 12 yrs & over | one packet every 4 hours |
| children under 12 yrs | do not use |

• Dissolve contents of one packet into 8 oz. of hot
water and stir briskly; sip while hot. Consume
entire drink within 10-15 minutes
• If using a microwave, add contents of one
packet to 8 oz. of cool water, stir briskly before
and after heating. Do not overheat

**Other information**   • each packet contains:  potassium 10 mg
• phenylketonurics: contains phenylalanine 64 mg per dose   • do not exceed 25°C.

**Inactive ingredients:** acesulfame potassium, aspartame, carboxymethylcellulose, citric acid, D&C
Yellow No. 10, FD&C Blue No. 1, FD&C Red No. 40, flavors, sucrose, tribasic calcium phosphate

**Questions?** 1-800-362-1683

## Drug Facts

**Active ingredients (in each Packet)** ... **Purpose**

Acetaminophen 650 mg ... Pain reliever/Fever reducer
Diphenhydramine HCl 25 mg ... Antihistamine/Cough suppressant
Phenylephrine HCl 10 mg ... Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms:
• sore throat • fever • headache                 • minor aches & pains
• cough to help you sleep                        • cough due to minor throat & bronchial irritation
• reduces swelling of nasal passages             • nasal congestion • sinus congestion & pressure
• promotes nasal and/or sinus drainage           • temporarily restores freer breathing through the nose
                                                 • runny nose • sneezing

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
• more than 6 doses in 24 hours, which is the maximum daily amount for this product
• with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product
**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• Skin reddening • Blisters • Rash
If a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by
fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
• with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a
  drug contains acetaminophen, ask a doctor or pharmacist.
• with any other product containing diphenhydramine, even one used on the skin.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression,
  psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you
  do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure
• thyroid disease • diabetes    • glaucoma    • cough that occurs with too much phlegm (mucus)
• a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, or emphysema
• trouble urinating due to enlarged prostate gland

**Ask a doctor or pharmacist before use if you are**
• taking the blood thinning drug warfarin   • taking sedatives or tranquilizers

**When using this product**
• **Do not use more than directed**          • excitability may occur especially in children
• marked drowsiness may occur   • alcohol, sedatives, and tranquilizers may increase drowsiness
• avoid alcoholic drinks                     • be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless
• pain, nasal congestion, or cough gets worse or lasts more than 7 days
• fever gets worse or lasts more than 3 days   • redness or swelling is present
• new symptoms occur    • cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of
overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for
adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed    • do not exceed 6 doses per 24 hrs

| Age | Dose |
|---|---|
| adults & children 12 yrs & over | one packet every 4 hours |
| children under 12 yrs | do not use |

• Dissolve contents of one packet into 8 oz. of hot
  water and stir briskly; sip while hot. Consume
  entire drink within 10-15 minutes
• If using a microwave, add contents of one
  packet to 8 oz. of cool water, stir briskly before
  and after heating. Do not overheat

**Other information** • each packet contains: potassium 10 mg
• phenylketonurics: contains phenylalanine 68 mg per dose    • do not exceed 25°C.

**Inactive ingredients:** acesulfame potassium, aspartame, carboxymethylcellulose, citric acid, D&C
Yellow No. 10, FD&C Blue No. 1, FD&C Red No. 40, flavors, sucrose, tribasic calcium phosphate

**Questions?** 1-800-362-1683

Keep outer package for complete product information.                    91380172

---

how2recycle.info

PAPER BOX    MULTI-LAYER POUCH

3 23900 04212 4

Tamper Evident:
Do not use if inner sealed
packet is torn or broken.

MADE IN MEXICO
DIST. BY:
PROCTER & GAMBLE,
CINCINNATI, OH 45202

P&G
www.pg.com
Patents: www.pg.com/patents

---

50% MORE


VICKS

*NIGHT*
**FluTherapy**

**SEVERE**
**COLD & FLU**

Acetaminophen - Pain reliever/Fever reducer,
Diphenhydramine HCl - Antihistamine/Cough suppressant,
Phenylephrine HCl - Nasal decongestant

• Fast Relief of Cold & Flu symptoms
• Soothing Vicks Vapors


HONEY LEMON
FLAVOR



6 **9**
**PACKETS**

Delightful & Great
Tasting with Honey
Lemon Flavor.

**ACTUAL SIZE**



1 2 3 4 5 6 7 8 9
SIDE VIEW OF 9 PACKETS













**TAMPER EVIDENT:**
Do not use if printed shrinkband
is broken or missing.
◄ PEEL BACK FOR DRUG FACTS

**Drug Facts**

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold symptoms:
- nasal congestion
- sinus congestion & pressure
- cough due to minor throat & bronchial irritation
- cough to help you sleep
- runny nose & sneezing
- reduces swelling of nasal passages
- temporarily restores freer breathing through the nose
- promotes nasal and/or sinus drainage

**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org
DIST. BY PROCTER & GAMBLE,
CINCINNATI OH 45202
Patents: www.pg.com/patents
www.vicks.com

**P&G**
www.pg.com
90989547

PLASTIC BOTTLE

2 3900 14120 2

**Drug Facts** (continued)

**Warnings**

**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains a MAOI, ask a doctor or pharmacist before taking this product.
- to make a child sleepy

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
- trouble urinating due to enlarged prostate gland
- a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** taking sedatives or tranquilizers

**When using this product**
- **do not use more than directed**
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

**Drug Facts** (continued)

- alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- symptoms do not improve within 7 days or occur with a fever
- cough persists for more than 7 days, comes back or occurs with a fever, rash, or persistent headache. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- take only as directed
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | do not use unless directed by a doctor |
| children under 4 yrs | do not use |

**Other information**
- each 15 mL contains: sodium 44 mg
- store at no greater than 25°C

**Inactive ingredients** citric acid, FD&C Blue No. 1, FD&C Red No. 40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions?** 1-800-362-1683



MAX STRENGTH

**VICKS**

# NyQuil™

## HOT REMEDY

## RAPID RELIEF
### MULTI-SYMPTOM

### COLD & FLU
### + CONGESTION

**Acetaminophen,**
Diphenhydramine HCl,
Phenylephrine HCl

Headache, Fever,
Sore Throat,
Minor Aches
& Pains

Sneezing,
Runny Nose
Cough

Nasal Congestion,
Sinus Pressure

*Nighttime Relief*

## HONEY LEMON FLAVORED

**P&G**
www.pg.com
vicks.com
Patents: www.pg.com/patents

**8 POWDER PACKETS**

MADE IN MEXICO
DIST. BY: PROCTER & GAMBLE,
CINCINNATI, OH 45202

90262782

Tamper Evident: Do not use
if sachet is opened or torn

Keep outer package
for complete product
information.

### Drug Facts

| Active ingredients (in each Packet) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/Fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms:
• minor aches & pains • sore throat • fever • headache • cough due to minor throat & bronchial irritation
• cough to help you sleep • nasal congestion • sinus congestion & pressure • reduces swelling of nasal passages
• temporarily restores freer breathing through the nose • promotes nasal and/or sinus drainage • runny nose • sneezing

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
• more than 6 doses in 24 hours, which is the maximum daily amount for this product
• with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product
**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: • Skin reddening • Blisters • Rash
If a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash,
nausea, or vomiting, consult a doctor promptly.
**Do not use**
• with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains
acetaminophen, ask a doctor or pharmacist.  • with any other product containing diphenhydramine, even one used on the skin.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional
conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug
contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure
• thyroid disease • diabetes • glaucoma • cough that occurs with too much phlegm (mucus)
• a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, or emphysema
• trouble urinating due to enlarged prostate gland
**Ask a doctor or pharmacist before use if you are** • taking the blood thinning drug warfarin • taking sedatives or tranquilizers
**When using this product** • Do not use more than directed • excitability may occur especially in children
• marked drowsiness may occur • alcohol, sedatives, and tranquilizers may increase drowsiness • avoid alcoholic drinks
• be careful when driving a motor vehicle or operating machinery
**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless
• pain, nasal congestion, or cough gets worse or lasts more than 7 days • fever gets worse or lasts more than 3 days
• redness or swelling is present • new symptoms occur • cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get
medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even
if you do not notice any signs or symptoms.

**Directions** • take only as directed • do not exceed 6 doses per 24 hrs
• Dissolve contents of one packet into 8 oz. of hot water and stir briskly; sip while hot. Consume entire drink within 10-15 minutes
• Using a microwave, add contents of one packet to 8 oz. of cool water, stir briskly before and after heating. Do not overheat

| Age | Dose |
|---|---|
| adults & children 12 yrs & over | one packet (dose) every 4 hours |
| children under 12 yrs | do not use |

**Other information** each packet contains: • potassium 10 mg • phenylketonurics: contains phenylalanine 68 mg per dose
• do not exceed 25°C.

**Inactive ingredients:** acesulfame potassium, aspartame,
carboxymethylcellulose, citric acid, D&C Yellow No. 10, FD&C Blue
No. 1, FD&C Red No. 40, flavors, sucrose, tribasic calcium phosphate

**Questions?**
(1-800-362-1683)

PAPER BOX    MULTI-LAYER POUCH



### Drug Facts (continued)

- cough persists for more than 7 days, comes back or occurs with a fever, rash, or persistent headache These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- take only as directed
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | do not use unless directed by a doctor |
| children under 4 yrs | do not use |

### Other information
- each 15 mL contains: sodium 14 mg
- store at no greater than 25ºC

### Inactive ingredients citric acid, D&C Yellow No. 10, FD&C Green No. 3, FD&C Red No. 40, FD&C Yellow No. 6, flavor (with honey), glycerin, propylene glycol, saccharin sodium, sodium benzoate, sodium citrate, sorbitol, sucralose, water, xanthan gum

### Questions? 1-800-362-1683

### Drug Facts (continued)

### Warnings
**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- to make a child sleepy

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- trouble urinating due to enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- a breathing problem or chronic cough that lasts or occurs with smoking, asthma or emphysema

**Ask a doctor or pharmacist before use if you are** taking sedatives or tranquilizers

**When using this product**
- **do not use more than directed.**
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- symptoms do not improve within 7 days or occur with a fever



**Tamper Evident:**
Do not use if printed shrinkband seal around the neck is broken or missing
◄— PEEL BACK FOR DRUG FACTS

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold symptoms:
- nasal congestion
- sinus congestion & pressure
- cough due to minor throat & bronchial irritation
- cough to help you sleep
- runny nose & sneezing
- reduces swelling of nasal passages
- temporarily restores freer breathing through the nose
- promotes nasal and/or sinus drainage

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DIST. BY: PROCTER & GAMBLE,
CINCINNATI, OH 45202
Patents: www.pg.com/patents
www.vicks.com

**P&G**
www.pg.com
90402378

PLASTIC BOTTLE







### Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
| --- | --- |
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms:
- nasal congestion • sinus congestion & pressure
- cough due to minor throat & bronchial irritation
- cough to help you sleep • minor aches & pains
- headache • fever • sore throat
- runny nose & sneezing
- reduces swelling of nasal passages
- temporarily restores freer breathing through the nose
- promotes nasal and/or sinus drainage

**TAMPER EVIDENT:**
Do not use if printed shrinkband is broken or missing.

◀ PEEL BACK FOR DRUG FACTS

DIST. BY PROCTER & GAMBLE,
CINCINNATI OH 45202
Patents: www.pg.com/patents
www.vicks.com

P&G
www.pg.com

PARENTS:

90902891

PLASTIC BOTTLE

3 23900 03815 9

---

## Drug Facts (continued)

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4 doses in 24 hours, which is the maximum daily amount for this product
- with other drug containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: • skin reddening • blisters • rash If a skin reaction occurs, stop use and seek medical help right away

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease • heart disease • high blood pressure
- thyroid disease • diabetes • glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
- trouble urinating due to enlarged prostate gland
- a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
- taking sedatives or tranquilizers
- taking the blood thinning drug warfarin

**When using this product**
- do not use more than directed
- excitability may occur, especially in children

◀

---

## Drug Facts (continued)

- marked drowsiness may occur
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present • new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| --- | --- |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
- each 30 mL contains: sodium 92 mg
- store at no greater than 25°C and do not refrigerate

**Inactive ingredients** citric acid, FD&C Blue No. 1, FD&C Red No. 40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions?** 1-800-362-1683

---

**VICKS**

# NyQuil™

## SEVERE

### COLD & FLU

**Acetaminophen,** Phenylephrine HCl, Doxylamine Succinate, Dextromethorphan HBr

Headache, Fever, Sore Throat, Minor Aches & Pains

Nasal Congestion, Sinus Pressure

Sneezing, Runny Nose

Cough

12 FL OZ (354 mL)    *Nighttime Relief*



**VICKS**

# NyQuil™

## SEVERE

### COLD & FLU

**Acetaminophen,** Phenylephrine HCl, Doxylamine Succinate, Dextromethorphan HBr

Headache, Fever, Sore Throat, Minor Aches & Pains

Nasal Congestion, Sinus Pressure

Sneezing, Runny Nose

Cough

12 FL OZ (354 mL)  *Nighttime Relief* **Alcohol 10%**

90092900



TAMPER EVIDENT:
Do not use if printed shrinkband is broken or missing.
◄ PEEL BACK FOR DRUG FACTS

**Drug Facts**

**Active ingredients (in each 30 mL)** — **Purpose**

Acetaminophen 650 mg .................. Pain reliever/fever reducer
Dextromethorphan HBr 20 mg .............. Cough suppressant
Doxylamine succinate 12.5 mg .................... Antihistamine
Phenylephrine HCl 10 mg ................... Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms:
• nasal congestion  • sinus congestion & pressure
• cough due to minor throat & bronchial irritation
• cough to help you sleep  • minor aches & pains
• headache  • fever  • sore throat
• runny nose & sneezing
• reduces swelling of nasal passages
• temporarily restores free breathing through the nose
• promotes nasal and/or sinus drainage

DIST. BY PROCTER & GAMBLE,
CINCINNATI OH 45202
Patents: www.pg.com/patents
www.vicks.com

**P&G**
www.pg.com

**PARENTS:**

91450290

PLASTIC BOTTLE

**Drug Facts** (continued)

**Warnings**
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take
• more than 4 doses in 24 hours, which is the maximum daily amount for this product
• with other drugs containing acetaminophen
• 3 or more alcoholic drinks every day while using this product
**Allergy Alert:** Acetaminophen may cause severe skin reactions.
Symptoms may include:  • skin reddening  • blisters  • rash
If a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
• with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
• liver disease  • heart disease  • high blood pressure
• thyroid disease  • diabetes  • glaucoma
• cough that occurs with too much phlegm (mucus)
• a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
• trouble urinating due to enlarged prostate gland
• a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
• taking sedatives or tranquilizers
• taking the blood thinning drug warfarin

**When using this product**
• do not use more than directed
• excitability may occur, especially in children

**Drug Facts** (continued)

• marked drowsiness may occur
• avoid alcoholic drinks
• be careful when driving a motor vehicle or operating machinery
• alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
• you get nervous, dizzy or sleepless
• pain, nasal congestion, or cough gets worse or lasts more than 7 days
• fever gets worse or lasts more than 3 days
• redness or swelling is present  • new symptoms occur
• cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
• take only as directed
• only use the dose cup provided
• do not exceed 4 doses per 24 hrs

| | | |
|---|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs | |
| children 4 to under 12 yrs | ask a doctor | |
| children under 4 yrs | do not use | |

**Other information**
• each 30 mL contains: sodium 81 mg
• store at no greater than 25°C and do not refrigerate

**Inactive ingredients** alcohol, citric acid, D&C Yellow No. 10, FD&C Yellow No. 6, FD&C Green No. 3, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose

**Questions?** 1-800-362-1683



## VICKS NyQuil VapoCOOL

### SEVERE COLD & FLU + CONGESTION

**Acetaminophen,** Phenylephrine HCl, Doxylamine Succinate, Dextromethorphan HBr

Headache, Fever, Sore Throat, Minor Aches & Pains

Nasal Congestion, Sinus Pressure

Sneezing, Runny Nose

Cough

**24 COATED CAPLETS**

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org


**ACTUAL SIZE**

**TAMPER EVIDENT:**
This package is safety-sealed & child resistant. Use only if blisters are intact. If difficult to open, use scissors.

DIST BY
PROCTER & GAMBLE,
CINCINNATI OH 45202

**P&G**
www.pg.com
www.vicks.com

Patents:
www.pg.com/patents
90778947

### Drug Facts (left panel)

**Drug Facts (continued)**

**Inactive ingredients** crospovidone, D&C Yellow No. 10 Aluminum Lake, FD&C Blue No. 1 Aluminum Lake, FD&C Blue No. 2 Aluminum Lake, FD&C Yellow No. 6 Aluminum Lake, flavor, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, silicon dioxide, stearic acid, sucralose, talc, titanium dioxide

**Questions?** 1-800-362-1683

**Drug Facts (continued)**

**Directions**
- do not take more than directed
- do not exceed 4 caplets per 24 hrs

| adults & children 12 yrs & over | 2 caplets with water every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
- store at or between than 25°C

### Drug Facts (right panel)

| Active ingredients (in each caplet) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms:
- nasal congestion
- sinus congestion & pressure
- cough due to minor throat & bronchial irritation
- cough to help you sleep
- minor aches & pains
- headache
- fever
- sore throat
- runny nose & sneezing
- reduces swelling of nasal passages
- temporarily restores freer breathing through the nose
- promotes nasal and/or sinus drainage

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 8 caplets in 24 hours, which is the maximum daily amount for this product
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem or chronic cough that lasts or occurs with smoking, asthma, chronic bronchitis, or emphysema
- trouble urinating due to enlarged prostate gland

**Ask a doctor or pharmacist before use if you are**
- taking sedatives or tranquilizers
- taking the blood thinning drug warfarin

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ►









3 23900 03839 4



**VICKS**

# Sinex·D
## SEVERE
### Sinus & Cold

Naproxen sodium 220 mg and Pseudoephedrine hydrochloride 120 mg extended-release tablet
Pain Reliever/Fever Reducer (NSAID) and Nasal Decongestant

**MULTI-SYMPTOM RELIEF OF:**
Sinus Pressure, Headache,
Sinus Congestion,
Nasal Congestion & Body Aches

12 HOUR

1 caplet - 12 Hours
Non-Drowsy
**Capsule-Shaped Tablets**

30 Caplets

See New Warnings

Actual Size

**P&G**

www.pg.com    www.vicks.com
Pedir información más completa
Dist. by Procter & Gamble,
Cincinnati OH 45202





VICKS Sinex SEVERE

**ALL IN ONE**

SINUS + MUCUS

VICKS

# Sinex™
## SEVERE

**Acetaminophen** - Pain reliever/Fever Reducer,
Phenylephrine HCl - Nasal Decongestant,
Guaifenesin - Expectorant

ALL IN ONE SINUS + MUCUS™

✓ Sinus Pressure
✓ Sinus Headache & Pain
✓ Sinus Congestion
✓ Thins & Loosens Mucus

NON-DROWSY

**24 LiquiCaps™**

P&G

Made in Canada
DIST. BY PROCTER & GAMBLE,
CINCINNATI OH 45202
0Z619196-J
Parent: www.pg.com/privacy

**TAMPER EVIDENT:** This package is safety sealed & child resistant. Use only if blisters are intact. If difficult to open, use scissors.

000833DU4

3 23900 03958 2

**Drug Facts**

| Active Ingredients (in each LiquiCap) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/Fever reducer |
| Phenylephrine HCl 5 mg | Nasal decongestant |
| Guaifenesin 200 mg | Expectorant |

**Uses** • temporarily relieves symptoms due to the common cold (or a cold) • minor aches and pains
• headache • fever • nasal congestion • sinus congestion & pressure
• helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus
• temporarily relieves symptoms due to hay fever or other upper respiratory allergies • minor aches and pains
• headache • nasal congestion • sinus congestion & pressure

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
• more than 8 LiquiCaps in 24 hours, which is the maximum daily amount for this product
• with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product
**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• Skin reddening • Blisters • Rash
If a skin reaction occurs, stop use and seek medical help right away.
**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease
• diabetes • trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**
**When using this product, do not use more than directed.**
**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless
• pain, nasal congestion, or cough gets worse or lasts more than 7 days • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use. Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

| Directions | |
|---|---|
| • take only as directed | • do not exceed 8 LiquiCaps per 24 hrs |
| adults & children 12 yrs & over | 2 LiquiCaps with water every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |