# RB Health (US) LLC

## -PE Product Labels –

Tamper evident: Do not use if printed seal over cap is torn or missing.

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.



## Mucinex
### SINUS-MAX

**3/4 FL OZ (22 mL) + 16 LIQUID GELS (Liquid Filled Capsules)**

**VALUE PACK! 2 formats in 1 (Nasal Spray & Liquid Gels)**



## Mucinex
### SINUS-MAX

**SEVERE NASAL CONGESTION RELIEF**

**CLEAR & COOL**

**NASAL SPRAY**
Oxymetazoline HCl 0.05%
Nasal Decongestant

✓ **Fast acting**

✓ **Lasts 12 Hours**

✓ **Cooling Menthol flavor**

FOR AGES 6+

**3/4 FL OZ (22 mL)** +

**MAXIMUM STRENGTH**

NDC 63824-509-02



## MUCINEX®
### SINUS-MAX®

**PRESSURE, PAIN & COUGH**

**Acetaminophen** – Pain Reliever
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant • **Phenylephrine HCl** – Nasal Decongestant

✓ **Relieves Sinus Pressure & Congestion**
✓ **Relieves Headache**
✓ **Controls Cough**
✓ **Thins & Loosens Mucus**

Actual Size

**16** **LIQUID GELS** (Liquid Filled Capsules)

FOR AGES 12+

Maximum Strength per 4-hour dose

**Take only as directed.**

Please refer to dosing directions in the individual Drug Facts labels. Do not take more than one product at any given time. Ask a doctor or pharmacist before use if you are unsure or have questions about taking these products.

**KEEP CARTONS FOR FULL INFORMATION.**


**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health
Made in China





**PRINT SAFE AREA**

KO

## Mucinex Sinus-Max Pressure, Pain & Cough

### Drug Facts

**Active ingredients** (in each liquid gel) — **Purposes**

| Active ingredients (in each liquid gel) | Purposes |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves:
  - nasal congestion
  - headache
  - minor aches and pains
  - cough
  - sinus congestion and pressure
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ heart disease ■ diabetes
- high blood pressure ■ thyroid disease
- trouble urinating due to an enlarged prostate gland ▸

### Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and older: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

**Other information**
- store at 20-25°C (68-77°F)
- avoid excessive heat

**Inactive ingredients**
FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, shellac, sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.

## Mucinex Sinus-Max Severe Nasal Congestion Relief

### Drug Facts

**Active ingredient** — **Purpose**

| Active ingredient | Purpose |
| --- | --- |
| Oxymetazoline hydrochloride 0.05% | Nasal decongestant |

**Uses**
- temporarily relieves nasal congestion due to:
  - a cold
  - hay fever or other upper respiratory allergies
- promotes nasal and sinus drainage
- temporarily relieves sinus congestion and pressure
- helps clear nasal passages; shrinks swollen membranes

**Warnings**

**Ask a doctor before use if you have**
- heart disease ■ high blood pressure
- thyroid disease ■ diabetes
- difficulty in urination due to enlargement of the prostate gland

**When using this product**
- do not exceed recommended dosage
- do not use this product for more than 3 days. Use only as directed. Frequent or prolonged use may cause nasal congestion to recur or worsen.
- this product may cause temporary discomfort such as burning, stinging, sneezing, or an increase in nasal discharge
- the use of this container by more than one person may spread infection

**Stop use and ask a doctor if** symptoms persist

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** If swallowed, get medical help or contact a Poison Control Center right away.

**Directions**
- adults and children 6 to under 12 years of age (with adult supervision): 2 or 3 sprays in each nostril, not more often than every 10 to 12 hours. Do not exceed 2 doses in any 24-hour period.
- children under 6 years of age: consult a doctor.

**Shake well before use.**
To open, hold by the white grips then squeeze and turn cap. Before using for the first time, remove the protective cap from the tip and prime metered pump by depressing firmly several times. To spray, hold bottle with thumb at the base and nozzle between first and second fingers. Without tilting head, insert nozzle into nostril. Fully depress pump all the way down with a firm even stroke and sniff deeply. Wipe nozzle clean after use. To close, turn cap until it "clicks". ▸

## Mucinex Sinus-Max Severe Nasal Congestion Relief (cont'd)

### Drug Facts (continued)

DO NOT DISCARD CAP

**Other information**
- store at 20-25°C (68-77°F)

**Inactive ingredients**
benzalkonium chloride, camphor, edetate disodium, eucalyptol, glycine, menthol, polyethylene glycol, polysorbate 80, propylene glycol, purified water, sodium chloride, sodium hydroxide

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this number.



**To open:** hold by the white grips then squeeze & turn cap.

hold

**To close:**
turn cap until it "clicks"

**KEEP CARTONS FOR FULL INFORMATION.**

**HEALTH • HYGIENE • HOME**

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
© 2020 RB Health
Made in India

**Please visit our website**
**www.mucinex.com**
**Patents: www.rb.com/patents**

3134411                    061220

PRINT SAFE AREA

KO

**Drug Facts (continued)**

**Other information**
■ each 20 mL contains: sodium 12 mg (Fast-Max Cold, Flu & Sore Throat only) and sodium 16 mg (Nightshift Cold & Flu only)
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients (Mucinex Fast-Max Cold, Flu & Sore Throat)**
anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Inactive ingredients (Mucinex Nightshift Cold & Flu)** ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

Do not take Mucinex Fast-Max Cold, Flu & Sore Throat and Mucinex Nightshift Cold & Flu at the same time. Always wait at least 4 hours before taking another dose of Mucinex liquid. **TAKE ONLY AS DIRECTED.**



## DAY & NIGHT
## COLD & FLU RELIEF

**MAXIMUM STRENGTH**    NDC 63824-119-66

# Mucinex
## =FAST-MAX»

### COLD, FLU & SORE THROAT

**Acetaminophen – Pain Reliever/Fever Reducer**
**Dextromethorphan HBr – Cough Suppressant**
**Guaifenesin – Expectorant**
**Phenylephrine HCl – Nasal Decongestant**

✓ Controls Cough, Thins & Loosens Mucus
✓ Nasal & Chest Congestion
✓ Sinus Pressure & Congestion
✓ Body Pain, Headache, Fever & Sore Throat

# Mucinex
# NIGHTSHIFT

### COLD & FLU
**Acetaminophen – Pain Reliever/Fever Reducer**
**Dextromethorphan HBr – Cough Suppressant**
**Triprolidine HCl – Antihistamine**



### NIGHTTIME
RELIEF FOR A BETTER
### MORNING

✓COUGH  ✓FEVER  ✓SORE THROAT
✓RUNNY NOSE  ✓SNEEZING

**FOR AGES 12+**  TWO – 6 FL OZ (180 mL) bottles    TOTAL – 12 FL OZ (360 mL)  **FOR AGES 12+**

---

## No coating

Dist. by: RB Health (US), Parsippany, NJ 07054-0224    Tamper evident: Do not use if neckband on bottle cap is broken or missing.

---

**Drug Facts**

**Active ingredients (in each 20 mL)** .... **Purposes**
**Mucinex Fast-Max Cold, Flu & Sore Throat**
Acetaminophen 650 mg .................... Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ..................... Cough suppressant
Guaifenesin 400 mg ............................................ Expectorant
Phenylephrine HCl 10 mg .......................... Nasal decongestant

**Uses** **MUCINEX FAST-MAX COLD, FLU & SORE THROAT**
■ temporarily relieves these common cold and flu symptoms:
■ cough  ■ nasal congestion  ■ minor aches and pains
■ sore throat  ■ headache  ■ stuffy nose
■ sinus congestion and pressure
■ temporarily reduces fever
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**MUCINEX NIGHTSHIFT COLD & FLU**
■ temporarily relieves these common cold and flu symptoms:
■ cough  ■ minor aches and pains  ■ sore throat
■ headache  ■ runny nose  ■ sneezing
■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product.
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription), if you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease
■ diabetes (Fast-Max Cold, Flu & Sore Throat only)
■ high blood pressure (Fast-Max Cold, Flu & Sore Throat only)
■ thyroid disease (Fast-Max Cold, Flu & Sore Throat only)
■ glaucoma (Fast-Max Cold, Flu & Sore Throat only)
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis (Nightshift Cold & Flu only)

---

**Drug Facts (continued)**

**Active ingredients (in each 20 mL) Purposes**
**Mucinex Nightshift Cold & Flu**
Acetaminophen 650 mg .................... Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ..................... Cough suppressant
Triprolidine HCl 2.5 mg ................................. Antihistamine

**Drug Facts (continued)**

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers (Nightshift Cold & Flu only)

**When using this product** ■ do not use more than directed
■ excitability may occur, especially in children (Nightshift Cold & Flu only)
■ marked drowsiness may occur (Nightshift Cold & Flu only)
■ alcohol, sedatives, and tranquilizers may increase drowsiness (Nightshift Cold & Flu only)
■ be careful when driving a motor vehicle or operating machinery (Nightshift Cold & Flu only)
■ avoid alcoholic drinks (Nightshift Cold & Flu only)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur (Fast-Max Cold, Flu & Sore Throat only)
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days (Fast-Max Cold, Flu & Sore Throat only)
■ cough gets worse or lasts more than 7 days (Nightshift Cold & Flu only)
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
**MUCINEX FAST-MAX COLD, FLU & SORE THROAT**
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

**MUCINEX NIGHTSHIFT COLD & FLU**
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided at bedtime
■ children under 12 years of age: do not use



HEALTH • HYGIENE • HOME

**Questions?**
1-866-MUCINEX


PARENTS:



MAXIMUM STRENGTH

**Mucinex®**
**FAST-MAX®»**

○ DAY TIME    ○ NIGHT TIME
SEVERE CONGESTION & COUGH    COLD & FLU

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

**MAXIMUM STRENGTH**    NDC 63824-558-40

**Mucinex®**
**FAST-MAX®»**

○ **DAY TIME**    ○ **NIGHT TIME**
**SEVERE CONGESTION & COUGH**    **COLD & FLU**

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

Acetaminophen – Pain Reliever/Fever Reducer
Diphenhydramine HCl – Antihistamine/Cough Suppressant
Phenylephrine HCl – Nasal Decongestant

✓ Controls Cough
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

✓ Relieves Aches & Sore Throat
✓ Reduces Fever
✓ Controls Cough
✓ Relieves Nasal Congestion
✓ Relieves Runny Nose & Sneezing

Actual Size    Actual Size

**24 CAPLETS**    **40 TOTAL**    **16 CAPLETS**

LOT:
EXP.:
MADE IN:
3157571

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health
000120    3157571

HEALTH • HYGIENE • HOME
www.mucinex.com
Reb trilic: www.rb.com/patients

**Left side panel:**
MAXIMUM STRENGTH
**Mucinex FAST-MAX»**
○ DAY TIME SEVERE CONGESTION & COUGH
○ NIGHT TIME COLD & FLU

Keep carton for full information.

Maximum Strength per 4-hour dose
Do not take more than a total of 12 caplets in any 24-hour period.
Take only as directed.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

---

**Drug Facts**

**Active ingredients    Purposes**
**(in each caplet)**
**Mucinex FAST-MAX DAY TIME**
**SEVERE CONGESTION & COUGH**
Dextromethorphan HBr 10 mg..................
...................................Cough suppressant
Guaifenesin 200 mg...............Expectorant
Phenylephrine HCl 5 mg....Nasal decongestant

**Active ingredients    Purposes**
**(in each caplet)**
**Mucinex FAST-MAX**
**NIGHT TIME COLD & FLU**
Acetaminophen 325 mg.........Pain reliever/

---

**Drug Facts (continued)**

■ temporarily relieves these common cold
and flu symptoms *(NIGHT TIME only)*:
■ cough          ■ minor aches and pains
■ headache    ■ nasal congestion
■ sore throat  ■ runny nose
■ sneezing     ■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever *(NIGHT TIME only)*
■ controls cough to help you get to sleep

**Warnings**

**Liver warning *(NIGHT TIME only)*:** This
product contains acetaminophen. Severe
liver damage may occur if you take:

---

**Drug Facts (continued)**

**Do not use**
■ with any other drug containing
acetaminophen (prescription or
nonprescription). If you are not
sure whether a drug contains
acetaminophen, ask a doctor or
pharmacist. *(NIGHT TIME only)*
■ with any other product containing
diphenhydramine, even one used
on the skin *(NIGHT TIME only)*
■ if you are now taking a prescription
monoamine oxidase inhibitor (MAOI)
(certain drugs for depression,
psychiatric, or emotional conditions,
or Parkinson's disease), or for

---

**Drug Facts (continued)**

■ persistent or chronic cough such
as occurs with smoking, asthma,
chronic bronchitis, or emphysema
■ cough that occurs with too much
phlegm (mucus)

**Ask a doctor or pharmacist
before use if you are**
■ taking the blood thinning drug
warfarin *(NIGHT TIME only)*
■ taking sedatives or tranquilizers
*(NIGHT TIME only)*

**When using this product**
■ do not use more than directed
■ excitability may occur, especially
in children *(NIGHT TIME only)*

Acetaminophen 325 mg......Pain reliever/
fever reducer
Diphenhydramine HCl 12.5 mg.............
.................Antihistamine/cough suppressant
Phenylephrine HCl 5 mg...Nasal decongestant

## Uses
- temporarily relieves *(DAY TIME only)*:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - nasal congestion due to a cold
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY TIME only)*

---

- more than 12 caplets in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert** *(NIGHT TIME only)*: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning** *(NIGHT TIME only)*: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

---

2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease *(NIGHT TIME only)*
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT TIME only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT TIME only)*

---

in children *(NIGHT TIME only)*
- marked drowsiness may occur *(NIGHT TIME only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT TIME only)*
- avoid alcoholic drinks *(NIGHT TIME only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT TIME only)*

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever *(DAY TIME only)*

---

## Drug Facts (continued)
- pain, nasal congestion, or cough gets worse or lasts more than 7 days *(NIGHT TIME only)*
- fever gets worse or lasts more than 3 days *(NIGHT TIME only)*
- redness or swelling is present *(NIGHT TIME only)*
- new symptoms occur *(NIGHT TIME only)*
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.
**Overdose warning** *(NIGHT TIME only)*: Taking more than the recommended dose (overdose) may cause liver damage. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period

---

## Drug Facts (continued)
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

## Other information
- store at 20-25°C (68-77°F)

## Inactive ingredients (Mucinex FAST-MAX DAY TIME SEVERE CONGESTION & COUGH)
croscarmellose sodium, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, methacrylic acid-ethyl acrylate copolymer, mica, microcrystalline cellulose, polyethylene glycol 3350, polysorbate 80, polyvinyl alcohol, povidone K29/32, sodium bicarbonate, talc, titanium dioxide

## Inactive ingredients (Mucinex FAST-MAX NIGHT TIME COLD & FLU)
croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, methacrylic acid – ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose,

---

## Drug Facts (continued)
polyethylene glycol, polyvinyl alcohol, povidone, sodium bicarbonate, talc, titanium dioxide

## Questions?
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

---

### PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION

Do not take the Mucinex FAST-MAX DAY TIME SEVERE CONGESTION & COUGH and Mucinex FAST-MAX NIGHT TIME COLD & FLU caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period.

**Take only as directed.**



HEALTH ▸ HYGIENE ▸ HOME

3091262                              071519



## Drug Facts (continued)

**Other information**
- each 20 mL contains: sodium 12 mg (Fast-Max Severe Congestion & Cough only) and sodium 16 mg (Nightshift Cold & Flu only)
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients (Mucinex Fast-Max Severe Congestion &Cough)** anhydrous citric acid, edetate disodium, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Inactive ingredients (Mucinex Nightshift Cold & Flu)** ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

Do not take Mucinex Fast-Max Severe Congestion & Cough and Mucinex Nightshift Cold & Flu at the same time. Always wait at least 4 hours before taking another dose of Mucinex liquid. **TAKE ONLY AS DIRECTED.**



# DAY & NIGHT
## COUGH & COLD RELIEF

**MAXIMUM STRENGTH**     NDC 63824-117-66



### Mucinex
### FAST-MAX »

## SEVERE CONGESTION & COUGH

**Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant**

- ✓ Controls Cough
- ✓ Relieves Nasal & Chest Congestion
- ✓ Thins & Loosens Mucus

### Mucinex
### NIGHTSHIFT

## COLD & FLU

**Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Triprolidine HCI – Antihistamine**

## NIGHTTIME RELIEF FOR A BETTER MORNING

✓COUGH ✓FEVER ✓SORE THROAT
✓RUNNY NOSE ✓SNEEZING

**FOR AGES 12+**   TWO – 6 FL OZ (180 mL) bottles   TOTAL – 12 FL OZ (360 mL)   **FOR AGES 12+**

---

## No coating

Dist. by: RB Health (US), Parsippany, NJ 07054-0224     Tamper evident: Do not use if neckband on bottle cap is broken or missing.

---

### Drug Facts

**Active ingredients (in each 20 mL.)** — **Purposes**

**Mucinex Fast-Max**

**Severe Congestion & Cough**
Dextromethorphan HBr 20 mg..................Cough suppressant
Guaifenesin 400 mg...................................Expectorant
Phenylephrine HCl 10 mg............................Nasal decongestant

### Drug Facts (continued)

**Uses** MUCINEX FAST-MAX SEVERE CONGESTION & COUGH
- helps loosen phlegm (mucus) and thin bronchial secretions to make coughing more productive
- Temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with a common cold or inhaled irritants
  - the intensity of coughing
  - nasal congestion due to a cold
  - the impulse to cough to help you get to sleep

**MUCINEX NIGHTSHIFT COLD & FLU**
temporarily relieves these common cold/flu symptoms:
- cough
- minor aches and pains
- sore throat
- headache
- runny nose
- itching of the nose or throat
- itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

**Warnings**
**Liver warning (Nightshift Cold & Flu only):** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert (Nightshift Cold & Flu only):** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning (Nightshift Cold & Flu only):** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. (Nightshift Cold & Flu only)
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease (Nightshift Cold & Flu only)
- heart disease (Fast-Max Severe Congestion & Cough only)
- high blood pressure (Fast-Max Severe Congestion & Cough only)
- thyroid disease (Fast-Max Severe Congestion & Cough only)
- diabetes (Fast-Max Severe Congestion & Cough only)
- glaucoma (Nightshift Cold & Flu only)
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis (Nightshift Cold & Flu only)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

### Active ingredients (in each 20 mL) — Purposes

**Mucinex Nightshift Cold & Flu**
Acetaminophen 650 mg............Pain reliever/fever reducer
Dextromethorphan HBr 20 mg.................Cough suppressant
Triprolidine HCl 2.5 mg.............................Antihistamine

### Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin (Nightshift Cold & Flu only)
- taking sedative or tranquilizers (Nightshift Cold & Flu only)

**When using this product**
- do not use more than directed
- excitability may occur, especially in children (Nightshift Cold & Flu only)
- marked drowsiness may occur (Nightshift Cold & Flu only)
- alcohol, sedatives, and tranquilizers may increase drowsiness (Nightshift Cold & Flu only)
- be careful when driving a motor vehicle or operating machinery (Nightshift Cold & Flu only)
- use caution when driving a motor vehicle or operating machinery (Nightshift Cold & Flu only)

**Stop use and ask a doctor if**
- pain or cough gets worse or lasts more than 7 days (Nightshift Cold & Flu only)
- fever gets worse or lasts more than 3 days (Nightshift Cold & Flu only)
- redness or swelling is present (Nightshift Cold & Flu only)
- new symptoms occur (Nightshift Cold & Flu only)
- cough comes back or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition. (Nightshift Cold & Flu only)
- nervousness, dizziness, or sleeplessness occur (Fast-Max Severe Congestion & Cough only)
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition. (Fast-Max Severe Congestion & Cough only)

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions

**MUCINEX FAST-MAX SEVERE CONGESTION & COUGH**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- close as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**MUCINEX NIGHTSHIFT COLD & FLU**
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- close as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided
- children under 12 years of age: do not use




HEALTH • HYGIENE • HOME





**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3 ""63824"55130"" 2

Tamper evident: do not use if outer package is opened or if blister is torn or broken.
*www.mucinex.com*

8326925    Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224  Made in England  ©2018 RB  020218

## Drug Facts (continued)

- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison

## Drug Facts (continued)

**Other information**
- store between 20-25°C (68-77°F)

**Inactive ingredients**
**(Mucinex FAST-MAX DAY TIME COLD & FLU)**
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

**Inactive ingredients**
**(Mucinex FAST-MAX**

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**
Do not take the Mucinex Fast-Max DAY TIME COLD & FLU and Mucinex Fast-Max NIGHT TIME COLD & FLU caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period. Take only as directed.    020618 8326926

## Drug Facts

| Active ingredients | Purposes |
|---|---|
| (in each caplet) | |
| **Mucinex FAST-MAX DAY TIME COLD & FLU** | |
| Acetaminophen 325 mg | |

Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

▶

---

**NIGHT TIME COLD 2987)**

croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, methacrylic acid – ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, sodium bicarbonate, talc, titanium dioxide

---

..................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg
..................................Cough suppressant
Guaifenesin 200 mg.................Expectorant
Phenylephrine HCl 5 mg....Nasal decongestant

**Active ingredients    Purposes**
**(in each caplet)**
**Mucinex FAST-MAX**
**NIGHT TIME COLD & FLU**
**Acetaminophen 325 mg**
..................Pain reliever/fever reducer
Diphenhydramine HCl 12.5 mg
..............Antihistamine/cough suppressant
Phenylephrine HCl 5 mg....Nasal decongestant

▶

---

## Drug Facts (continued)

### Uses
- temporarily relieves these common cold and flu symptoms:  ■ cough
  - minor aches and pains  ■ headache
  - nasal congestion  ■ sore throat
- sinus congestion and pressure
- runny nose *(NIGHT TIME only)*
- sneezing *(NIGHT TIME only)*
- itching of the nose or throat *(NIGHT TIME only)*
- itchy, watery eyes due to hay fever *(NIGHT TIME only)*
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY TIME only)*
- controls cough to help you get to sleep
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 caplets in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:

▶

---

## Drug Facts (continued)

- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other product containing diphenhydramine, even one used on the skin *(NIGHT TIME only)*
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
- liver disease  ■ heart disease
- diabetes
- high blood pressure
- thyroid disease

▶

---

## Drug Facts (continued)

- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT TIME only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT TIME only)*
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

### Ask a doctor or pharmacist before use if you are
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers *(NIGHT TIME only)*

### When using this product
- do not use more than directed
- excitability may occur, especially in children *(NIGHT TIME only)*
- marked drowsiness may occur *(NIGHT TIME only)*
- alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT TIME only)*
- avoid alcoholic drinks *(NIGHT TIME only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT TIME only)*

### Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur

▶



Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**MAXIMUM STRENGTH**

**Mucinex®**

**≡FAST-MAX®▶▶**

**COLD & FLU**

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- **do not take more than directed (see Overdose warning)**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: **sodium 12 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate†, xanthan gum  †may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

NDC 63824-548-64



**MAXIMUM STRENGTH**

**Mucinex®**

**≡FAST-MAX®▶▶**

**COLD & FLU**

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant



SORE THROAT
FEVER
CHEST CONGESTION
COUGH
SINUS PRESSURE
SINUS CONGESTION
NASAL CONGESTION
SINUS CONGESTION
BODY PAIN
HEADACHE

**ALL IN ONE***

**4 FL OZ (118 mL)**     FOR AGES 12+

3   63824 19051   8

LOT CODE:
EXP. DATE:
MADE IN:

3097114

**Keep carton for full information.**

**Maximum Strength per 4-hour dose**
**\*Helps to relieve these symptoms**
**day or night**

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - sinus congestion and pressure
  - nasal congestion
  - sore throat
  - stuffy nose
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
more than 6 doses in 24 hours, which is the maximum



■ more than 2 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
*Allergy alert:* Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease            ■ heart disease
■ diabetes                 ■ high blood pressure
■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus) ▶

**Please visit our website www.mucinex.com**
**Patents: www.rb.com/patents**

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
042619    3097114 __    HEALTH �widetilde HYGIENE ᐧ HOME



**Pediatrician Recommended¹**

**TRIPLE PACK**

**READ ALL INFORMATION**

NDC 63824-044-34

# Mucinex Children's

## ☼ DAY TIME
### MULTI-SYMPTOM
# COLD

Dextromethorphan HBr 5 mg – Cough Suppressant
Guaifenesin 100 mg – Expectorant
Phenylephrine HCl 2.5 mg – Nasal Decongestant

✓ Relieves Stuffy Nose
✓ Controls Cough
✓ Relieves Chest Congestion
✓ Breaks up Mucus

Ages 4+ yrs

Very Berry Flavor Liquid

## ☼ DAY TIME
### MULTI-SYMPTOM
# COLD

Dextromethorphan HBr 5 mg – Cough Suppressant
Guaifenesin 100 mg – Expectorant
Phenylephrine HCl 2.5 mg – Nasal Decongestant

✓ Relieves Stuffy Nose
✓ Controls Cough
✓ Relieves Chest Congestion
✓ Breaks up Mucus

Ages 4+ yrs

Very Berry Flavor Liquid

## ☾ NIGHT TIME
### MULTI-SYMPTOM
# COLD

Acetaminophen 325 mg – Pain Reliever/Fever Reducer
Diphenhydramine HCl 12.5 mg – Antihistamine/
Cough Suppressant
Phenylephrine HCl 5 mg – Nasal Decongestant

✓ Relieves Stuffy Nose
✓ Controls Cough
✓ Relieves Runny Nose & Sneezing
✓ Relieves Fever & Sore Throat

Ages 6+ yrs

Very Berry Flavor Liquid

THREE – 4 FL OZ (118mL)

TOTAL – 12 FL OZ (354mL)

## Night Time Multi-Symptom Cold – Ages 6+

### Drug Facts

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 12.5 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
■ temporarily relieves these common cold and flu symptoms ■ minor aches and pains ■ headache ■ sore throat ■ nasal congestion ■ runny nose ■ sneezing ■ cough ■ controls cough to help your child get to sleep ■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes: ■ more than 5 doses in 24 hours, which is the maximum daily amount ■ with other drugs containing acetaminophen
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ with any other product containing diphenhydramine, even one used on the skin
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
**Ask a doctor before use if the child has**
■ liver disease ■ heart disease ■ diabetes ■ high blood pressure ■ thyroid disease ■ glaucoma ■ a breathing problem such as chronic bronchitis ■ persistent or chronic cough such as occurs with asthma ■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if the child is** ■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers ▶

## Night Time Multi-Symptom Cold – Ages 6+ (cont'd)

### Drug Facts (continued)

**When using this product**
■ do not use more than directed (see Overdose warning) ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ sedatives and tranquilizers may increase drowsiness
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or last more than 5 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
■ this product does not contain directions or complete warnings for adult use
■ do not give more than directed (see Overdose warning)
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
■ children under 6 years of age: do not use

**Other information**
■ each 10 mL contains: sodium 5 mg ■ store at 20–25°C (68–77°F) ■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate¹ xanthan gum

## Day Time Multi-Symptom Cold – Ages 4+

### Drug Facts

| Active ingredients (in each 5 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses**
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ temporarily relieves: ■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants ■ the intensity of coughing ■ the impulse to cough to help your child get to sleep ■ nasal congestion due to a cold ■ stuffy nose

**Warnings**
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
**Ask a doctor before use if the child has**
■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with asthma
**When using this product do not use more than directed**
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur ■ symptoms do not get better within 7 days or occur with fever ■ cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.
**Keep out of reach of children.** In case of overdose, get

## Day Time Multi-Symptom Cold – Ages 4+ (cont'd)

### Drug Facts (continued)

**Other information**
■ each 5 mL contains: sodium 3 mg ■ store at 20–25°C (68–77°F) ■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate¹ xanthan gum ¹ may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.

#1 as an OTC brand in the Children's Cough/Cold category (AlphaImpactRxProVoice Survey)

DO NOT GIVE THE MUCINEX CHILDREN'S DAY TIME MULTI-SYMPTOM COLD AND MUCINEX CHILDREN'S NIGHT TIME MULTI-SYMPTOM COLD LIQUIDS AT THE SAME TIME.

ALWAYS WAIT AT LEAST 4 HOURS BEFORE GIVING ANOTHER DOSE OF MUCINEX CHILDREN'S LIQUID. DO NOT GIVE MORE THAN A TOTAL OF 5 DOSES IN ANY 24-HOUR PERIOD.

Please visit our website www.mucinex.com


**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Pediatrician Recommended¹**

**TRIPLE PACK**


# Mucinex Children's

**2X**
## ☼ DAY TIME
### MULTI-SYMPTOM
# COLD

**1X**
## ☾ NIGHT TIME
### MULTI-SYMPTOM
# COLD

Print safe area

KO



**COUGH+ COLD NIGHT TIME — AGES 6+ (cont'd)**

**Drug Facts (continued)**

**When using this product**
- do not use more than directed (see Overdose warning)
- excitability may occur, especially in children
- marked drowsiness may occur
- sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or last more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

**Other information**
- each 10 mL contains: **sodium 6 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Keep cartons for full information.**

---

**COUGH+ CHEST CONGESTION DM — AGES 4+**

**Drug Facts**

**Active ingredients** | **Purposes**
(in each 5 mL)
Dextromethorphan HBr 5 mg........... Cough suppressant
Guaifenesin 100 mg....................... Expectorant

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep

**Warnings**
**Do not use** in a child who is having a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

**When using this product do not use more than directed**
- do not take more than 6 doses in any 24-hour period
- do not use if seal over bottle opening is broken or missing

**Stop use and ask a doctor if** cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.**
In case of overdose, get medical help and contact a Poison Control Center right away.

**Directions**
- this product does not contain directions or complete warnings for adult use
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor

| Age (year) | Dose (mL) |
|---|---|
| children 6 years to under 12 years of age | 5 mL – 10 mL, every 4 hours |
| children 4 years to under 6 years of age | 2.5 mL – 5 mL, every 4 hours |
| children under 4 years of age | do not use |

**Other information**
- each 5 mL contains: **sodium 3 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

---

**COUGH+ CHEST CONGESTION DM — AGES 4+ (cont'd)**

**Drug Facts (continued)**

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions? 1-866-682-4636**
If you have any side effects to this phone number.

Tamper evident: Do not use if neckband on bottle cap is broken or missing

---

Do not give the Children's Delsym Cough+ Chest Congestion DM and Children's Delsym Cough+ Cold Night Time liquids at the same time.

Always wait at least 4 hours before giving another dose of Children's Delsym Cough + Cold Night Time liquid. Do not give more than a total of 5 doses in any 24-hour period.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Please visit our website
**www.delsym.com**
Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2022 RB Health
Made in:
US Patents: www.rb.com/patents

---

**Day**     NDC 63824-218-22     **Night**

**children's**
**Delsym®**

**COMBO PACK**

AGED **4+**          AGED **6+**

**COUGH+ CHEST CONGESTION DM**
Dextromethorphan HBr (Cough Suppressant)
Guaifenesin (Expectorant)
+ Relieves Cough & Chest Congestion
+ Thins and Loosens Mucus

**COUGH+ COLD NIGHT TIME**
Acetaminophen (Pain Reliever/Fever Reducer)
Diphenhydramine HCl (Antihistamine/Cough Suppressant)
Phenylephrine HCl (Nasal Decongestant)
+ Relieves Cough, Stuffy Nose & Sore Throat
+ Reduces Fever

**cherry** Flavored Liquid          **berry** Flavored Liquid

TWO – 4 fl oz (118 mL) bottles TOTAL – 8 fl oz (236 mL)

reckitt

---

**COUGH+ COLD NIGHT TIME — AGES 6+**

**Drug Facts**

**Active ingredients** | **Purposes**
(in each 10 mL)
Acetaminophen 325 mg...... Pain reliever/fever reducer
Diphenhydramine HCl 12.5 mg.......... Antihistamine/cough suppressant
Phenylephrine HCl 5 mg.............. Nasal decongestant

**Uses**
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - sneezing
  - temporarily reduces fever
  - controls cough to help your child get to sleep
  - nasal congestion
  - sore throat
  - runny nose

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ● blisters  ● rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- to make a child sleepy
- with any other product containing diphenhydramine, even one used on the skin
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- liver disease
- high blood pressure
- a breathing problem such as chronic bronchitis
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)
- heart disease
- thyroid disease
- diabetes
- glaucoma

**Ask a doctor or pharmacist before use if the child is**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers



## Drug Facts

**Active ingredients** (in each 10 mL) — **Purposes**

Acetaminophen 325 mg...Pain reliever/fever reducer

Diphenhydramine HCl 12.5 mg...........Antihistamine/ cough suppressant

Phenylephrine HCl 5 mg..................Nasal decongestant

### Uses
■ temporarily relieves these common cold and flu symptoms:
  ■ cough               ■ nasal congestion
  ■ minor aches and pains  ■ sore throat
  ■ headache            ■ runny nose
  ■ sneezing
■ temporarily reduces fever
■ controls cough to help your child get to sleep

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
  ■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ with any other product containing diphenhydramine, even one used on the skin
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ liver disease        ■ heart disease    ■ diabetes
■ high blood pressure  ■ thyroid disease  ■ glaucoma
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers   ▶

## Drug Facts (continued)

**When using this product**
■ do not use more than directed (see Overdose warning)
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or last more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

### Directions
■ this product does not contain directions or complete warnings for adult use
■ do not give more than directed (see Overdose warning)
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
■ children under 6 years of age: do not use

### Other information
■ each 10 mL contains: sodium 6 mg
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-682-4639
You may also report side effects to this phone number.

**Keep carton for full information.**

---

COUGH+
COLD
NIGHTTIME

Night

NDC 63824-217-64

children's

Delsym®

AGES 6+

COUGH+®
COLD
NIGHT TIME

Acetaminophen (Pain Reliever/Fever Reducer)
Diphenhydramine HCl (Antihistamine/Cough Suppressant)
Phenylephrine HCl (Nasal Decongestant)

• Relieves Cough, Stuffy Nose & Sore Throat
• Reduces Fever

berry
Flavored Liquid

4 fl oz (118 mL)

Dist. by: RB Health (USA), Parsippany, NJ 07054-0224
©2022 RB Health                   862322  3234308

Please visit our website
www.delsym.com

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Dosing cup included

reckitt

1.00

1

1.00



**Tamper evident: do not use if neckband on bottle cap is broken or missing.**

**Children's**
**Mucinex**®

## Cold, Cough & Sore Throat

**Acetaminophen 325 mg** — Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg — Cough Suppressant
Guaifenesin 200 mg — Expectorant
Phenylephrine HCl 5 mg — Nasal Decongestant

NDC 63824-278-64

**Children's**
**Mucinex**®

## Cold, Cough & Sore Throat

**Acetaminophen 325 mg** — Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg — Cough Suppressant
Guaifenesin 200 mg — Expectorant
Phenylephrine HCl 5 mg — Nasal Decongestant

✓ **Cough**
✓ **Sore Throat**
✓ **Nasal Congestion**
✓ **Chest Congestion**

Age **6+**

**Mixed Berry**

---

## *Drug Facts* (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

## *Directions*
- **this product does not contain directions or complete warnings for adult use**
- **do not give more than directed (see Overdose warning)**
- do not give more than 5 doses in any 24-hour period
- if needed, repeat dose every 4 hours while symptoms last
- do not give more than 5 days unless directed by a doctor
- **shake well before using**
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter
- children 6 to under 12 years of age: 10 mL in dosing cup provided
- children under 6 years of age: do not use

## *Other information*
- each 10 mL contains: **sodium 6 mg**
- tamper evident: do not use if neckband on bottle cap is broken or missing.
- store between 20–25°C (68–77°F)
- do not refrigerate
- dosing cup provided

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C Blue #1, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate

dihydrate; xanthan gum   *may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

# PARENTS:
Learn about teen medicine abuse

## www.StopMedicineAbuse.org

Flavor Liquid

**4 FL OZ
(118 mL)**



3   63824 27864   3

LOT CODE:
EXP. DATE:

3000454

# Children's
# Mucinex®

# Drug Facts

| **Active ingredients**<br>(in each 10 mL) | **Purposes** |
|---|---|
| Acetaminophen 325 mg...Pain reliever/fever reducer | |
| Dextromethorphan HBr 10 mg.........Cough suppressant | |
| Guaifenesin 200 mg............................Expectorant | |
| Phenylephrine HCl 5 mg...............Nasal decongestant | |

**Uses**
■ temporarily relieves these common cold and

# Cold, Cough & Sore Throat



## DOSING CUP INCLUDED

**Each dose of mixed berry-flavored Children's Mucinex® Cold, Cough & Sore Throat Liquid:**

✓ Controls Cough
✓ Soothes Sore Throat
✓ Relieves Stuffy Nose
✓ Relieves Chest Congestion

**Questions or comments?**
1-866-MUCINEX (1-866-682-4639)
or www.mucinex.com

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224 ©2013 RB

**Reckitt Benckiser**

Made in England        073013        3000454

---

flu symptoms:
- nasal congestion        ■ stuffy nose
- cough due to minor throat and bronchial irritation
- the intensity of coughing
- the impulse to cough to help your child get to sleep
- minor aches and pains
- sore throat        ■ headache
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or vomiting, consult a doctor promptly.

---

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

---

**Ask a doctor before use if your child has**
■ liver disease        ■ heart disease
■ high blood pressure        ■ thyroid disease
■ diabetes
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

---

**Ask a doctor or pharmacist before use if** your child is taking the blood thinning drug warfarin

---

**When using this product** do not use more than directed (see Overdose warning)        ▶

**Tamper evident: do not use if neckband on bottle cap is broken or missing.**

Children's
# Mucinex®

## Congestion & Cough

Guaifenesin 100 mg — Expectorant
Dextromethorphan HBr 5 mg — Cough Suppressant
Phenylephrine HCl 2.5 mg — Nasal Decongestant

## VALUE SIZE!

NDC 63824-279-67

Children's
# Mucinex®

## Congestion & Cough

Guaifenesin 100 mg — Expectorant
Dextromethorphan HBr 5 mg — Cough Suppressant
Phenylephrine HCl 2.5 mg — Nasal Decongestant

✓ **Chest Congestion**
✓ **Breaks up Mucus**
✓ **Stuffy Nose**
✓ **Cough**

**Berrylicious Flavor Liquid**



Children's
# Mucinex®

## Congestion & Cough



**DOSING CUP INCLUDED**

**Each dose of berrylicious-flavored Mucinex® Congestion & Cough Liquid:**

✓ **Relieves Chest Congestion**
✓ **Breaks up Mucus**
✓ **Relieves Stuffy Nose**



6.8 FL OZ
(201 mL)

❤ **Controls Cough**

**Questions or comments?**
1-866-MUCINEX (1-866-682-4639)
or www.mucinex.com



N
3 63824 27967    1

LOT CODE:

EXP. DATE:

8021397

## Drug Facts (continued)

**Inactive Ingredients** anhydrous citric acid, D&C red #33, dextrose, FD&C blue #1, FD&C red #40, flavors, glycerin, methylparaben, potassium sorbate, propyl gallate, propylene glycol, propylparaben, purified water, saccharin sodium, sodium hydroxide, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



**PARENTS:**
Learn about teen medicine abuse

www.StopMedicineAbuse.org

**Also look for**

# Drug Facts

| Active Ingredients (in each 5 mL) | Purpose |
| --- | --- |
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

## Uses
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves:
  ■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  ■ the intensity of coughing
  ■ the impulse to cough to help your child get to sleep
  ■ nasal congestion due to a cold
  ■ stuffy nose

## Warnings
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**



### Children's Mucinex


mini-melts

**Great-tasting chest-congestion relief in fun-to-take, convenient granule packets!**

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224  ©2012 RB

**Reckitt Benckiser**

Made in England        050112        8021397

---

- heart disease ■ high blood pressure
- thyroid disease ■ diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

**When using this product**
- do not use more than directed

**Stop use and ask a doctor if**
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious illness.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

### Other Information
- each 5 mL contains: **sodium 3 mg**
- tamper evident: do not use if neckband on bottle cap is broken or missing
- store between 20-25°C (68-77°F)
- do not refrigerate
- dosing cup provided ▶

**Tamper evident: do not use if neckband on bottle cap is broken or missing.**

## Children's
# Mucinex

## Multi-Symptom
# Cold
Cough Suppressant
Expectorant
Nasal Decongestant

Dextromethorphan HBr 5 mg
Guaifenesin 100 mg
Phenylephrine HCl 2.5 mg

**VALUE SIZE!**

NDC 63824-282-67

## Children's
# Mucinex

## Multi-Symptom
# Cold
Cough Suppressant
Expectorant
Nasal Decongestant

Dextromethorphan HBr 5 mg
Guaifenesin 100 mg
Phenylephrine HCl 2.5 mg

✓ **Stuffy Nose**
✓ **Cough**
✓ **Chest Congestion**
✓ **Breaks up Mucus**

Age **4+**

**Very Berry**
Flavor Liquid



**6.8 FL OZ**
(201 ml)

---

**Drug Facts** (continued)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Also look for
## Children's
# Mucinex


mini·melts

**Great-tasting
chest-congestion relief in
fun-to-take, convenient
granule packets!**

Reckitt
Benckiser
Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224
Made in England    ©2013 RB    072513    3000460



LOT CODE:

EXP. DATE:

3000460



# Children's
# Mucinex®

# Multi-Symptom
# Cold



**DOSING CUP INCLUDED**

Each dose of very berry-flavored
**Children's Mucinex®
Multi-Symptom Cold Liquid:**

✓ Relieves Stuffy Nose

## Drug Facts

| Active ingredients (in each 5 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

### Warnings
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

**When using this product** do not use more than directed

**Stop use and ask a doctor if**
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious illness.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor



✓ **Controls Cough**

✓ **Relieves Chest Congestion**

✓ **Breaks up Mucus**

**Questions or comments?**
1-866-MUCINEX (1-866-682-4639)
or www.mucinex.com

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other information**
■ each 5 mL contains: **sodium 3 mg**
■ tamper evident: do not use if neckband on bottle cap is broken or missing
■ store between 20–25°C (68–77°F)
■ do not refrigerate
■ dosing cup provided  ▶



Tamper evident: do not use if neckband
on bottle cap is broken or missing.

Children's
**Mucinex**®

# Multi-Symptom
# Cold & Fever

**Acetaminophen 325 mg**          Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg        Cough Suppressant
Guaifenesin 200 mg                Expectorant
Phenylephrine HCl 5 mg            Nasal Decongestant

NDC 63824-017-64

## **Drug Facts** (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

### **Directions**
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- do not give more than 5 doses in any 24-hour period
- if needed, repeat dose every 4 hours while symptoms last
- do not give more than 5 days unless directed by a doctor
- shake well before using
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter
- children 6 to under 12 years of age: 10 mL in dosing cup provided
- children under 6 years of age: do not use

### **Other information**
- each 10 mL contains: **sodium 6 mg**
- tamper evident: do not use if neckband on bottle cap is broken or missing.
- store between 20-25°C (68-77°F)
- do not refrigerate
- dosing cup provided

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C Blue #1, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate,* xanthan gum    *may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



Children's
**Mucinex**®

# Multi-Symptom
# Cold & Fever

**Acetaminophen 325 mg**       Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg     Cough Suppressant
Guaifenesin 200 mg             Expectorant
Phenylephrine HCl 5 mg         Nasal Decongestant

✓ Fever
✓ Cough
✓ Stuffy Nose
✓ Chest Congestion
✓ Breaks up Mucus

Age **6+**

**Berry Blast**
**Flavor Liquid**



**PARENTS:**
Learn about teen medicine abuse

www.StopMedicineAbuse.org

4 FL OZ
(118 mL)

3  63824 01764  8

LOT CODE:
EXP. DATE:

3000452

# Children's
# Mucinex®

# Multi-Symptom
# Cold & Fever

## Drug Facts

### Active ingredients
(in each 10 mL)                          **Purposes**

Acetaminophen 325 mg...Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.........Cough suppressant
Guaifenesin 200 mg...............................Expectorant
Phenylephrine HCl 5 mg...............Nasal decongestant

### Uses
■ temporarily relieves these common cold and
flu symptoms:
■ nasal congestion      ■ stuffy nose
■ cough due to minor throat and bronchial irritation
■ the intensity of coughing
■ the impulse to cough to help your child get to sleep
■ minor aches and pains
■ sore throat          ■ headache
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial



**COLD & FEVER**

**DOSING CUP INCLUDED**

**Each dose of berry blast-flavored Children's Mucinex® Multi-Symptom Cold & Fever Liquid:**

✓ Reduces Fever
✓ Controls Cough
✓ Relieves Stuffy Nose
✓ Relieves Chest Congestion
✓ Breaks up Mucus

*Questions or comments?*
1-866-MUCINEX (1-866-682-4639)
or www.mucinex.com

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224  ©2013 RB
Reckitt Benckiser
Made in England          072613          3000452

secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if your child has**
■ liver disease          ■ heart disease
■ high blood pressure    ■ thyroid disease
■ diabetes
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if** your child is taking the blood thinning drug warfarin

**When using this product** do not use more than directed (see Overdose warning) ▶



Tamper evident: do not use if neckband on bottle cap is broken or missing.

**Children's**
**Mucinex**
🌙 **NIGHT TIME**

**Multi-Symptom**
**Cold**

## Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- if needed, repeat dose every 4 hours while symptoms last
- do not give more than 5 days unless directed by a doctor
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

### Other information
- each 10 mL contains: **sodium 6 mg**
- store between 20-25°C (68-77°F)
- dosing cup provided    ■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C Blue #1, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum    *may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)



**New!**    NDC 63824-600-64

**Children's**
**Mucinex®**
🌙 **NIGHT TIME**

**Multi-Symptom**
**Cold**
Pain Reliever/Fever Reducer
Antihistamine/Cough Suppressant,
Nasal Decongestant

Acetaminophen 325 mg
Diphenhydramine HCl 12.5 mg
Phenylephrine HCl 5 mg

✓ **Stuffy Nose**
✓ **Cough**
✓ **Runny Nose & Sneezing**
✓ **Fever & Sore Throat**

Age **6+**

**Mixed Berry**
**Flavor Liquid**

You may also report side effects to this phone number.

**Keep carton for full directions for use.**

Reckitt
Benckiser

Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224
Made in England   ©2013 RB   073013   3000468

4 FL OZ
(118 mL)

3  63824 60064  2

LOT CODE:
EXP. DATE:

3000468

## Drug Facts

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg.....Pain reliever/fever reducer | |
| Diphenhydramine HCl 12.5 mg................Antihistamine/ cough suppressant | |
| Phenylephrine HCl 5 mg.................Nasal decongestant | |

**Children's**
**Mucinex®**

**NIGHT TIME**

### Uses
■ temporarily relieves these common cold and flu symptoms:
■ headache   ■ minor aches and pains
■ nasal congestion   ■ sore throat
■ sneezing   ■ runny nose
■ cough
■ controls cough to help your child get to sleep
■ temporarily reduces fever

# Multi-Symptom Cold



## DOSING CUP INCLUDED

Each dose of mixed berry-flavored **Children's Mucinex® Night Time Multi-Symptom Cold Liquid:**

✓ Relieves Stuffy Nose
✓ Controls Cough
✓ Relieves Runny Nose & Sneezing
✓ Relieves Fever & Sore Throat

*Questions or comments?*
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ with any other drug containing diphenhydramine, even one used on the skin
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

### Ask a doctor before use if your child has
■ liver disease        ■ heart disease        ■ diabetes
■ high blood pressure   ■ thyroid disease      ■ glaucoma
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

### Ask a doctor or pharmacist before use if your child is
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

### When using this product
■ do not use more than directed **(see Overdose warning)**
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness ▶



Tamper evident: do not use if neckband on bottle cap is broken or missing.

**Children's**
**Mucinex**®

**Stuffy Nose & Cold**
Expectorant
Nasal Decongestant

Guaifenesin 100 mg
Phenylephrine HCl 2.5 mg

**NEW FORMULA**

NDC 63824-284-64

**Children's**
**Mucinex**®

**Stuffy Nose & Cold**
Expectorant
Nasal Decongestant

Guaifenesin 100 mg
Phenylephrine HCl 2.5 mg

✓ Stuffy Nose
✓ Chest Congestion
✓ Breaks up Mucus

Also look for
**Children's**
**Mucinex**®


mini·melts™

Great-tasting chest-congestion relief in fun-to-take, convenient granule packets!

Reckitt Benckiser

Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224
Made in England   ©2012 RB   060812   8034044

**Drug Facts** (continued)

**Inactive Ingredients** anhydrous citric acid, edetate disodium, FD&C red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

**Children's**
**Mucinex**®

**Stuffy Nose & Cold**

DOSING CUP INCLUDED

Each dose of mixed berry-flavored
**Children's Mucinex®**
**Stuffy Nose & Cold Liquid:**

✓ Relieves Stuffy Nose
✓ Relieves Chest Congestion
✓ Breaks up Mucus
✓ Alcohol-free

Mixed Berry
Flavor Liquid

4 FL OZ
(118 mL)

**Questions or comments?**
1-866-MUCINEX (1-866-682-4639)
or www.mucinex.com

3   63824 27764   6

LOT CODE:
EXP. DATE:

8034044

**Drug Facts**

**Active ingredients** (in each 5 mL) — **Purpose**
Guaifenesin 100 mg ............................. Expectorant
Phenylephrine HCl 2.5 mg .............. Nasal decongestant

**Uses**
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves:
  ■ nasal congestion due to a cold
  ■ stuffy nose

**Warnings**
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

Ask a doctor before use if the child has
■ heart disease          ■ high blood pressure
■ thyroid disease        ■ diabetes
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with asthma

When using this product
■ do not use more than directed

Stop use and ask a doctor if
■ your child gets nervous, dizzy or sleepless
■ symptoms do not get better within 7 days or occur with fever
■ cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious illness.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ mL = milliliter

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other information**
■ each 5 mL contains: sodium 3 mg
■ tamper evident: do not use if neckband on bottle cap is broken or missing
■ store between 20-25°C (68-77°F)
■ do not refrigerate
■ dosing cup provided

Unvarnished & Unprinted Area

Unvarnished & Unprinted Area







38.6

3 63824 59024 0

## Drug Facts

### Active ingredients (in each liquid gel) — Purposes
**Mucinex FAST-MAX DAY Cold & Flu**

Acetaminophen 325 mg....Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.........Cough suppressant
Guaifenesin 200 mg...............................Expectorant
Phenylephrine HCl 5 mg..............Nasal decongestant

### Active ingredients (in each liquid gel) — Purposes
**Mucinex FAST-MAX NIGHT Cold & Flu**

Acetaminophen 325 mg....Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.........Cough suppressant
Doxylamine succinate 6.25 mg..............Antihistamine
Phenylephrine HCl 5 mg..............Nasal decongestant

### Uses
■ temporarily relieves these common cold and flu symptoms:
■ sinus congestion and pressure
■ cough      ■ minor aches and pains
■ headache   ■ nasal congestion   ■ sore throat
■ runny nose *(NIGHT only)*   ■ sneezing *(NIGHT only)*
■ itching of the nose or throat *(NIGHT only)*
■ itchy, watery eyes due to hay fever *(NIGHT only)*
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY only)*
■ controls cough to help you get to sleep
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 liquid gels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

## Drug Facts (continued)

■ trouble urinating due to an enlarged prostate gland
■ glaucoma *(NIGHT only)*
■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(NIGHT only)*
**When using this product** ■ **do not use more than directed**
■ excitability may occur, especially in children *(NIGHT only)*
■ marked drowsiness may occur *(NIGHT only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
■ avoid alcoholic drinks *(NIGHT only)*
■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)*
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present   ■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 liquid gels in any 24-hour period
■ adults and children 12 years of age and over: take 2 liquid gels every 4 hours
■ children under 12 years of age: do not use

### Other information ■ store at 20-25°C (68-77°F)
■ avoid excessive heat

### Inactive ingredients (DAY only) FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitol sorbitan solution, titanium dioxide

### Inactive ingredients (NIGHT only) D&C yellow no. 10,

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

rb
HEALTH · HYGIENE · HOME
www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in China
©2019 RB Health
020519  8357061





Do not take the Mucinex Fast-Max DAY TIME COLD & FLU and Mucinex Fast-Max NIGHT TIME COLD & FLU caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period. Take only as directed.

## Drug Facts

**Active ingredients**
**(in each caplet)**                                          **Purposes**

033120

## Mucinex FAST-MAX DAY TIME COLD & FLU

Acetaminophen 325 mg...................................................................................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.........................................................................................Cough suppressant
Guaifenesin 200 mg.................................................................................................................Expectorant
Phenylephrine HCl 5 mg...................................................................................................Nasal decongestant

### Active ingredients                                                                                  Purposes
### (in each caplet)
### Mucinex FAST-MAX NIGHT TIME COLD & FLU

Acetaminophen 325 mg...................................................................................Pain reliever/fever reducer
Diphenhydramine HCl 12.5 mg....................................................................Antihistamine/cough suppressant
Phenylephrine HCl 5 mg...................................................................................................Nasal decongestant

### Uses

***Mucinex Fast-Max DAY TIME COLD & FLU***
■ temporarily relieves these common cold and flu symptoms:
■ cough          ■ minor aches and pains          ■ headache          ■ nasal congestion
■ sore throat    ■ sinus congestion and pressure
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of
  bothersome mucus and make coughs more productive
■ controls cough to help you get to sleep
■ temporarily reduces fever

***Mucinex Fast-Max NIGHT TIME COLD & FLU***
■ temporarily relieves these common cold and flu symptoms:
■ cough          ■ minor aches and pains          ■ headache          ■ nasal congestion
■ sore throat    ■ sinus congestion and pressure   ■ runny nose        ■ sneezing
■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ controls cough to help you get to sleep
■ temporarily reduces fever

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions.
Symptoms may include: ■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▼

*PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION* ▲

## Reseal Area

### Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are
  not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on the skin *(NIGHT TIME*

*only)*
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease
■ heart disease
■ diabetes
■ high blood pressure
■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ glaucoma *(NIGHT TIME only)*
■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT TIME only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(NIGHT TIME only)*

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children *(NIGHT TIME only)*
■ marked drowsiness may occur *(NIGHT TIME only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT TIME only)*
■ avoid alcoholic drinks *(NIGHT TIME only)*
■ be careful when driving a motor vehicle or operating machinery *(NIGHT TIME only)*

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. ▼

Hinge

Hinge

**Drug Facts** (continued)

Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## *Directions*
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

## *Other information*
- store at 20-25°C (68-77°F)

## *Inactive ingredients*
## *(Mucinex FAST-MAX DAY TIME COLD & FLU)*
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

## *Inactive ingredients*
## *(Mucinex FAST-MAX NIGHT TIME COLD & FLU)*
croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, methacrylic acid – ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, sodium bicarbonate, talc, titanium dioxide

## *Questions?*
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.



**HEALTH ▸ HYGIENE ▸ HOME**



NDC 63824-287-68

**MAXIMUM STRENGTH***

# Mucinex

## SINUS-MAX·

### SEVERE CONGESTION & PAIN

## CLEAR&COOL.

**Acetaminophen – Pain Reliever**
**Guaifenesin – Expectorant**
**Phenylephrine HCl – Nasal Decongestant**

✓ Clears Sinus Congestion
✓ Relieves Headache
✓ Thins & Loosens Mucus

HEALTH • HYGIENE • HOME

3045445    **6 FL OZ (180 mL)**    FOR AGES 12+

031517



**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

*Per 4-hour dose

**Tamper evident: Do not use if neckband on bottle cap is broken or missing.**

3  63824 26566  7

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
©2017 RB
102017

LOT:
EXP:
MADE IN:
3055095



## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
| --- | --- |
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
■ temporarily relieves:
  ■ nasal congestion    ■ headache
  ■ minor aches and pains
  ■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away. ▶

## Drug Facts (continued)

**Do not use**

- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**

- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**

- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days ▶

PEEL HERE

## Drug Facts (continued)

- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions

- **do not take more than directed (see Overdose warning)**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

## Other information

- each 20 mL contains: **sodium 9 mg**
- store between 20-25°C (68-77°F)
- do not refrigerate ▶

## Drug Facts (continued)

**Inactive ingredients** anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

## Questions?

**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.



HEALTH ▸ HYGIENE ▸ HOME

**Please visit our website
www.mucinex.com**

Cooling
Menthol
Flavor!

051017

3048117



**MAXIMUM STRENGTH**



**OOLD & FLU**

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

 **LIQUID GELS**

## *Fast Dissolving Liquid Gels!*

NDC 63824-518-16





### MAXIMUM STRENGTH

# Mucinex®
## ≡FAST-MAX®»

## COLD & FLU

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant • **Phenylephrine HCl** – Nasal Decongestant



SORE THROAT
FEVER
CHEST CONGESTION
COUGH
HEADACHE
BODY PAIN
**ALL IN ONE***
SINUS CONGESTION
NASAL CONGESTION
SINUS PRESSURE

**"Helps to relieve these symptoms day or night**

**Maximum Strength per 4-hour dose**

**Do not take more than a total of 12 liquid gels in any 24-hour period.**

**Take only as directed.**

**Keep carton for full information.**

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



**16 LIQUID GELS
(Liquid Filled Capsules)**

**FOR AGES 12 +**



3  63824 59516  0

For Multi-Symptom relief for both Day and Night, try our **Maximum Strength Mucinex® FAST-MAX® Day/Night** packs

**HEALTH · HYGIENE · HOME**

www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in China
©2018 RB Health
020519 835/062

## Drug Facts

### Active ingredients                    Purposes
### (in each liquid gel)

Acetaminophen 325 mg......Pain reliever/fever reducer
Dextromethorphan HBr 10 mg........Cough suppressant
Guaifenesin 200 mg....................................Expectorant
Phenylephrine HCl 5 mg..................Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms:
  - headache
  - minor aches and pains
  - nasal congestion
  - cough
  - sore throat
- sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  - blisters  - rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- heart disease
- high blood pressure ▶

## Drug Facts (continued)
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- Do not take more than directed (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)
- avoid excessive heat

### Inactive ingredients
FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitol sorbitan solution, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



**MAXIMUM STRENGTH**    NDC 63824-527-03

# Mucinex®
## FAST-MAX ▸▸
### COLD & FLU

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

SORE THROAT
FEVER
CHEST CONGESTION
COUGH
SINUS PRESSURE
NASAL CONGESTION
SINUS CONGESTION
BODY PAIN
HEADACHE

**ALL IN ONE***

*ORANGE & PINEAPPLE FLAVOR*

3064040    **6 FL OZ (180 mL)**    FOR AGES 12+    030218



**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Maximum Strength per 4-hour dose
Tamper evident: Do not use if neckband on bottle cap is broken or missing.
*Helps to relieve these symptoms day or night

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  63824 99516  8

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
© 2018 RB
020618

LOT:
EXP:
MADE IN:

3064041



## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
| --- | --- |
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold and flu symptoms:
  ■ cough
  ■ nasal congestion
  ■ minor aches and pains
  ■ sore throat
  ■ headache
  ■ stuffy nose
  ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

▶

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

When using this product do not use

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

PEEL HERE

more than directed

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
  - do not take more than 6 doses in any 24-hour period
    - measure only with dosing cup provided

---

**Drug Facts** (continued)
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: **sodium 10 mg**
- store between 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C red no. 40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?**
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.

rb
HEALTH ▸ HYGIENE ▸ HOME

Please visit our website
www.mucinex.com



COLD & FLU
3064042



**COLD & FLU**

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

NDC 63824-575-21



## COLD & FLU

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant



HEALTH • HYGIENE • HOME

www.mucinex.com
Patents: www.rb.com/patents



**ALL IN ONE***

SORE THROAT · FEVER · CHEST CONGESTION · COUGH · HEADACHE · BODY PAIN · SINUS CONGESTION · NASAL CONGESTION · SINUS PRESSURE

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health

3141640
040820

**Actual Size**

**FOR AGES 12+**

**20 CAPLETS**

LOT:
EXP.:
MADE IN:
3141640





---

## Drug Facts

### Active ingredients (in each caplet)  Purposes
Acetaminophen 325 mg ............ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ................Cough suppressant
Guaifenesin 200 mg ........................................Expectorant
Phenylephrine HCl 5 mg ........................ Nasal decongestant

### Uses
■ temporarily relieves these common cold and flu symptoms:
  ■ nasal congestion  ■ headache  ■ cough
  ■ minor aches and pains  ■ sore throat
  ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial
  secretions to rid the bronchial passageways of
  bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the
  maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

## Drug Facts (continued)
Ask a doctor or pharmacist before use if you are
taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts
  more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache
  that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional
before use.

Keep out of reach of children.
Overdose warning: Taking more than the recommended dose
(overdose) may cause liver damage. In case of overdose, get
medical help or contact a Poison Control Center right away.
Quick medical attention is critical for adults as well as for
children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 caplets in any 24-hour period

---

**Mucinex** **FAST-MAX** **MAXIMUM STRENGTH**

**COLD & FLU**



**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ diabetes
■ high blood pressure ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus) ▶

take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and over: take 2 caplets every 4 hours
■ children under 12 years of age: do not use

**Other information**
■ store at 20-25°C (68-77°F)

**Inactive ingredients** croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

Maximum Strength per 4-hour dose
*Helps to relieve these symptoms day or night
Do not take more than a total of 12 caplets in any 24-hour period.
Take only as directed.
Keep carton for full information.

PARENTS: Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Tamper evident: Do not use if neckband on bottle cap is broken or missing.**



MAXIMUM STRENGTH

**Mucinex®**

**FAST-MAX®**

☾ **NIGHT TIME COLD & FLU**

---

## Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours

---

NDC 63824-500-64

MAXIMUM STRENGTH

**Mucinex®**

**FAST-MAX®**

☾ **NIGHT TIME COLD & FLU**

**Acetaminophen** – Pain Reliever/Fever Reducer
**Diphenhydramine HCl** – Antihistamine/Cough Suppressant
**Phenylephrine HCl** – Nasal Decongestant



SORE THROAT
FEVER
HEADACHE
BODY PAIN
ITCHY THROAT
COUGH
**ALL IN ONE***



■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: **sodium 12 mg**
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate†, xanthan gum  †may contain this ingredient

SNEEZING · NASAL CONGESTION · RUNNY NOSE

**4 FL OZ (118 mL)**    FOR AGES 12+

3  63824 19052  5

LOT CODE:
EXP. DATE:
MADE IN:

3100222

Pharma Code

**Keep carton for full information.**

**Maximum Strength per 4-hour dose**
*Helps to relieve these symptoms at night

**Drug Facts**

| **Active ingredients** (in each 20 mL) | **Purposes** |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/ cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
■ temporarily relieves these common cold and flu symptoms:



- cough
- minor aches and pains
- headache
- sinus congestion and pressure
- runny nose
- itching of the nose or throat
- itchy, watery eyes due to hay fever
- nasal congestion
- sore throat
- sneezing

- temporarily reduces fever
- controls cough to help you get to sleep

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other product containing diphenhydramine, even one used on the skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- thyroid disease
- heart disease
- high blood pressure
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis ▶

**Questions? 1-866-Mucinex (1-866-682-4639)**
You may also report side effects to this phone number.
Please visit our website www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
042519    3100222

**HEALTH ▸ HYGIENE ▸ HOME**