# RB Health (US) LLC

## -PE Product Labels –

### -continued

## Drug Facts

**Active ingredients** (in each caplet) | **Purposes**
Acetaminophen 325 mg ......... Pain reliever
Dextromethorphan HBr 10 mg .. Cough suppressant
Guaifenesin 200 mg ............. Expectorant
Phenylephrine HCl 5 mg ........ Nasal decongestant

### Uses
■ temporarily relieves:
■ nasal congestion
■ minor aches and pains          ■ headache
■ sore throat                    ■ cough
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 12 caplets in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening      ■ blisters      ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease                  ■ heart disease
■ high blood pressure            ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

## Drug Facts (continued)

■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if**
you are taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see overdose warning)
■ do not take more than 12 caplets in any 24-hour period

| adults and children 12 years of age and over | take 2 caplets every 4 hours |
| children under 12 years of age | do not use |

### Other Information
■ store at 20-25°C (68-77°F)

### Inactive ingredients
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

### Questions?
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number

---

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**MAXIMUM STRENGTH**



**Mucinex®**
**SINUS-MAX®**
PRESSURE, PAIN & COUGH

Maximum Strength per 4-hour dose

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

Keep carton for complete product information.

---

**MAXIMUM STRENGTH**

NDC 63824-242-20



**Mucinex®**
**SINUS-MAX®**

**PRESSURE, PAIN & COUGH**

**Acetaminophen** – Pain Reliever ● **Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant ● **Phenylephrine HCl** – Nasal Decongestant

Actual Size

✓ Relieves Sinus Pressure & Congestion
✓ Relieves Headache
✓ Controls Cough
✓ Thins & Loosens Mucus

FOR AGES 12+

**20 CAPLETS**

LOT:
EXP:
MADE IN:
44659613

---


HEALTH • HYGIENE • HOME

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health

www.mucinex.com
Patents: www.rb.com/patents
092520  3165986


3  63824 24220  0



MAXIMUM STRENGTH

**Mucinex**
SINUS-MAX·
SEVERE CONGESTION & PAIN

Maximum Strength per 4-hour dose

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

Keep Carton for Full Information.

NDC 63824-241-20

MAXIMUM STRENGTH

# Mucinex·
## SINUS-MAX·
### SEVERE CONGESTION & PAIN

**Acetaminophen** - Pain Reliever • **Guaifenesin** - Expectorant
**Phenylephrine HCl** - Nasal Decongestant

✓ Clears Sinus Congestion
✓ Relieves Headache
✓ Thins & Loosens Mucus

**20** CAPLETS

FOR AGES 12+

Questions? 1-800-MUCINEX (1-800-682-4639)
You may also report side effects to this phone number.
Dist. by: RB Health (US), Parsippany, NJ 07054-0224
Made in England   ©2019 RB Health   www.mucinex.com
Patents: www.rb.com/patents   #20620  3090464

3 63824 20120 7

MAXIMUM STRENGTH*     NDC 63824-266-66

3045443
030817

# MUCINEX®
## SINUS-MAX®

## SEVERE CONGESTION & PAIN

**Acetaminophen** – Pain Reliever
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ **Clears Sinus Congestion**
✓ **Relieves Headache**
✓ **Thins & Loosens Mucus**

## 6 FL OZ (180 mL)     FOR AGES 12+

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

*Per 4-hour dose
Tamper evident: Do not use if neckband on bottle cap is broken or missing.



### Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
■ temporarily relieves:



3 63824 26166 9

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
©2017 RB
101917

LOT:
EXP:
MADE IN:
3055094

■ nasal congestion    ■ headache
■ minor aches and pains
■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away. ▶

---

## Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease          ■ heart disease
■ high blood pressure    ■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ▶

PEEL HERE

---

## Drug Facts (continued)

■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

## Other information
■ each 20 mL contains: **sodium 12 mg**
■ store between 20-25°C (68-77°F)
■ do not refrigerate ▶

## *Drug Facts* (continued)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum *may contain this ingredient

## *Questions?*
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.



**HEALTH ▸ HYGIENE ▸ HOME**

*Please visit our website*
*www.mucinex.com*

Tamper evident. Do not use if neckband on bottle cap is broken or missing.



## COLD & FLU

Acetaminophen 325 mg – Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg - Cough Suppressant
Guaifenesin 200 mg – Expectorant
Phenylephrine HCl 5 mg – Nasal Decongestant

Pediatrician Recommended†

NDC 63824-954-04



# COLD & FLU

Acetaminophen 325 mg – Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg – Cough Suppressant
Guaifenesin 200 mg – Expectorant
Phenylephrine HCl 5 mg – Nasal Decongestant





# COLD & FLU

Each dose of Very Berry flavored
Mucinex Children's Cold & Flu
Liquid temporarily relieves:







**Very Berry**
Flavor Liquid

**4 FL OZ (118 mL)**

**Dosing Cup Included**
Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health
Made in Mexico
021221    3163801   US Patents: www.rb.com/patents

HEALTH • HYGIENE • HOME

3  63824 27864  3

LOT CODE:
EXP. DATE:

3163801

**Drug Facts**

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Drug Facts** (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or

## Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - sinus congestion and pressure
  - nasal congestion
  - sore throat
  - stuffy nose
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- liver disease
- high blood pressure
- diabetes
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)
- heart disease
- thyroid disease

**Ask a doctor or pharmacist before use if the child is** taking the blood thinning drug warfarin

**When using this product do not use more than directed** (see Overdose warning) ▶

headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

## Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

## Other information
- each 10 mL contains: **sodium 6 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

†as an OTC brand in the Children's Cough/Cold category (AlphaImpactRxProVoice Survey)
*Helps to relieve these symptoms day or night



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Keep carton for full information.**

3163801



**MUCINEX**
**Junior**
COUGH & CONGESTION

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

Pediatrician Recommended†

NDC 63824-671-20

NEW

# MUCINEX®
## Junior

# COUGH & CONGESTION

Dextromethorphan HBr 5 mg – Cough Suppressant
Guaifenesin 100 mg – Expectorant
Phenylephrine HCl 2.5 mg – Nasal Decongestant

Ages 6+ yrs

✓ **Relieves Chest Congestion**
✓ **Breaks up Mucus**
✓ **Relieves Stuffy Nose**
✓ **Controls Cough**

Junior Caplet*

Actual Size

**20 CAPLETS**

**DO NOT CHEW**

www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
031419    3098704

HEALTH • HYGIENE • HOME

US Patents: www.rb.com/patents

0 63824 60068 0
3

DATE
LOT & EXP.

DATA MATRIX

B-1715-720-09 ORG

BACKSTORE

## Drug Facts

### Active ingredients (in each caplet)
### Purposes

Dextromethorphan HBr 5 mg......Cough suppressant
Guaifenesin 100 mg...............................Expectorant
Phenylephrine HCl 2.5 mg..........Nasal decongestant

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

### Warnings
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough that lasts such as occurs with asthma

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occurs with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. ▶

## Drug Facts (continued)

### Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: give 2 caplets every 4 hours while symptoms last; do not give more than 6 doses in any 24-hour period
- children under 6 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)

### Inactive ingredients
corn starch, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, magnesium stearate, maltodextrin, mica, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

### Questions?
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.

†as an OTC brand in the Children's Cough/Cold category (AlphaImpactRxProVoice Survey)

*as compared to Mucinex caplets

**PARENTS:**
Learn about teen medicine abuse

**www.StopMedicineAbuse.org**

Keep carton for full information.

If your child has difficulty swallowing solid dosage forms, try our Mucinex Children's liquids or mini-melts products.

B-1715-720-09 ORG



17.0000

**Tamper evident: Do not use if neckband on bottle cap is broken or missing.**



## COUGH & CONGESTION

Dextromethorphan HBr 5 mg - Cough Suppressant
Guaifenesin 100 mg - Expectorant
Phenylephrine HCl 2.5 mg - Nasal Decongestant

## VALUE SIZE

*Pediatrician Recommended†*

NDC 63824-947-11



# COUGH & CONGESTION

Dextromethorphan HBr 5 mg - Cough Suppressant
Guaifenesin 100 mg - Expectorant
Phenylephrine HCl 2.5 mg - Nasal Decongestant

✓ **Relieves Chest Congestion**
✓ **Breaks up Mucus**
✓ **Relieves Stuffy Nose**
✓ **Controls Cough**

---

**Drug Facts** (continued)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

†as an OTC brand in the
Children's Cough/Cold category
(AlphaImpactRxProVoice Survey)

## PARENTS:
Learn about teen medicine abuse

www.StopMedicineAbuse.org

## Also look for



### CHEST CONGESTION

mini·melts



Great-tasting chest-congestion relief in fun-to-take, convenient granule packets!

Keep carton for full information.

Ages 4+ yrs

Very Berry
Flavor Liquid

6.8 FL OZ (201 mL)

3  63824 27967  1

LOT CODE:

EXP. DATE:

3091844



## Drug Facts

### Active ingredients (in each 5 mL)        Purposes
Dextromethorphan HBr 5 mg..........................Cough suppressant
Guaifenesin 100 mg................................................Expectorant
Phenylephrine HCl 2.5 mg............................Nasal decongestant

### Uses
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves:
  ■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  ■ the intensity of coughing
  ■ the impulse to cough to help your child get to sleep
  ■ nasal congestion due to a cold

# COUGH & CONGESTION

**Each dose of Very Berry flavored Mucinex Children's Cough & Congestion Liquid:**

✓ **Relieves Chest Congestion**
✓ **Breaks up Mucus**
✓ **Relieves Stuffy Nose**
✓ **Controls Cough**



## Dosing Cup Included

Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
Made in England
021119    3091844



HEALTH ▸ HYGIENE ▸ HOME

---

■ stuffy nose

## Warnings

**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ heart disease         ■ high blood pressure
■ thyroid disease       ■ diabetes
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with asthma

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

## Directions
■ do not give more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | 5 mL every 4 hours |
| children under 4 years of age | do not use |

## Other information
■ each 5 mL contains: **sodium 3 mg**
■ store at 20-25°C (68-77°F)
■ do not refrigerate

▶

8 FL OZ (236 mL) TOTAL



Tamper evident: Do not use if neckband on bottle cap is broken or missing.





**Mucinex® Children's**

**FREE**FROM

**MULTI-SYMPTOM**
**COLD & FLU NIGHTTIME**

**ACETAMINOPHEN** – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT
TRIPROLIDINE HCl – ANTIHISTAMINE



Pediatrician Recommended†

**NIGHTTIME**

NDC 63824-959-64

**Mucinex® Children's**

**FREE**FROM

**MULTI-SYMPTOM**
**COLD & FLU**
**NIGHTTIME**

**ACETAMINOPHEN** – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT
TRIPROLIDINE HCl – ANTIHISTAMINE



## Drug Facts (continued)

**When using this product**
- do not use more than directed (see Overdose warning)
- excitability may occur, especially in children
- may cause marked drowsiness
- sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

## Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 4 doses in any 24-hour period
- children under 6 years of age: do not use

## Other information
- each 10 mL contains: **sodium 6 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

## Inactive ingredients
ammonium glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium, flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

## Questions? 1-866-MUCINEX (1-866-682-4639)

You may also report side effects to this phone number.

*vs Private Label OTC
†as an OTC brand in the Children's Cough/Cold category
(AlphaImpactRxProVoice Survey)

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health

010820    3132570    US Patents: www.rb.com/patents
Keep carton for full information.

**FREE FROM**
ARTIFICIAL FLAVORS, COLORS, & DYES • ALCOHOL & SUGAR

## ELDERBERRY
& CHERRY NATURAL FLAVOR

AGES
6+ YRS.                    4 FL OZ (118 mL)

3  63824 60070  3

LOT CODE:
EXP. DATE:
MADE IN:

3132570

What this has is just as
important as what it doesn't.

Leading Children's OTC Cough & Cold
brand* with the effective symptom

### Drug Facts

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |
| Triprolidine HCl 1.25 mg | Antihistamine |



relief you trust – **FREE**FROM the unwanted additives:

Caffeine Free · No Artificial Colors, Dyes, or Flavors · Alcohol & Sugar Free No High Fructose Corn Syrup

## POWERFUL SYMPTOM RELIEF

✓ Nighttime Relief for a Better Morning
✓ Relieves Sore Throat & Stuffy Nose
✓ Controls Cough
✓ Relieves Runny Nose & Sneezing
✓ Reduces Fever

### DOSING CUP INCLUDED

## ELDERBERRY
· & CHERRY NATURAL FLAVOR

## PARENTS:
Learn about teen medicine abuse

**www.StopMedicineAbuse.org**

Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

HEALTH · HYGIENE · HOME

---

## Uses
- temporarily relieves these common cold and flu symptoms:
  - minor aches and pains
  - headache
  - sore throat
  - nasal congestion
  - runny nose
  - sneezing
  - cough
  - stuffy nose
- temporarily reduces fever
- controls cough to help your child get to sleep

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
- more than 1625 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- to make a child sleepy
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- a breathing problem such as chronic bronchitis
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

▶



Tamper evident: Do not use if neckband on bottle cap is broken or missing.

## Mucinex Children's

### FREEFROM
MULTI-SYMPTOM
**COLD & STUFFY NOSE**

DEXTROMETHORPHAN HBr — COUGH SUPPRESSANT
GUAIFENESIN — EXPECTORANT
PHENYLEPHRINE HCl — NASAL DECONGESTANT

---

**Drug Facts** (continued)

**Other information**
- each 5 mL contains: sodium 3 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, edetate disodium, flavors, glycerin (soy), propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

*vs Private Label OTC
**as an OTC brand in the Children's Cough/Cold category (AlphaImpactRxProVoice Survey)

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health

818720      3132568      US Patents: www.rb.com/patents
Keep carton for full information.

---

Pediatrician Recommended*

**DAYTIME**
NDC 63824-956-44

### Mucinex Children's

## FREEFROM

MULTI-SYMPTOM
**COLD**
**& STUFFY NOSE**

DEXTROMETHORPHAN HBr — COUGH SUPPRESSANT
GUAIFENESIN — EXPECTORANT
PHENYLEPHRINE HCl — NASAL DECONGESTANT

FREEFROM
ARTIFICIAL FLAVORS, COLORS, & DYES · ALCOHOL & SUGAR

**HONEY**
& BERRY NATURAL FLAVOR

AGES
4+ YRS.      **4 FL OZ (118 mL)**

---

### What this has is just as important as what it doesn't.

Leading Children's OTC Cough & Cold brand* with the effective symptom relief you trust – FREEFROM the unwanted additives:

Caffeine Free · No Artificial Colors, Dyes, or Flavors · Alcohol & Sugar Free
No High Fructose Corn Syrup

**POWERFUL SYMPTOM RELIEF**
✓ Relieves Stuffy Nose
✓ Controls Cough
✓ Relieves Chest Congestion
✓ Thins & Loosens Mucus

**DOSING CUP INCLUDED**

**HONEY**
& BERRY NATURAL FLAVOR

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

HEALTH · HYGIENE · HOME

---

## Drug Facts

| Active ingredients (in each 5 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

**Warnings**
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- do not give more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | 5 mL every 4 hours |
| children under 4 years of age | do not use |

---

LOT CODE:
EXP. DATE:
MADE IN:

3132568

3  63824 60069  7

Tamper evident: Do not use if neckband on bottle cap is broken or missing.



**MUCINEX®**
**Children's**

**FREE**FROM

MULTI–SYMPTOM
**COLD, FLU & SORE THROAT**

**ACETAMINOPHEN — PAIN RELIEVER/FEVER REDUCER**
**DEXTROMETHORPHAN HBr — COUGH SUPPRESSANT**
**GUAIFENESIN — EXPECTORANT**
**PHENYLEPHRINE HCl — NASAL DECONGESTANT**

Pediatrician Recommended†



**DAYTIME**

NDC 63824–958–64

**MUCINEX®**
**Children's**

**FREE**FROM

MULTI–SYMPTOM
**COLD, FLU & SORE THROAT**

**ACETAMINOPHEN — PAIN RELIEVER/FEVER REDUCER**
**DEXTROMETHORPHAN HBr — COUGH SUPPRESSANT**
**GUAIFENESIN — EXPECTORANT**
**PHENYLEPHRINE HCl — NASAL DECONGESTANT**



---

## *Drug Facts* (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

## *Directions*
- **this product does not contain directions or complete warnings for adult use**
- **do not give more than directed (see Overdose warning)**
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

## *Other information*
- each 10 mL contains: **sodium 6 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

*Inactive ingredients* ammonium glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium, flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

*Questions?* 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

\*vs Private Label OTC
†as an OTC brand in the Children's Cough/Cold category



(AlphaImpactRxProVoice Survey)

FREE FROM
ARTIFICIAL FLAVORS, COLORS, & DYES · ALCOHOL & SUGAR

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health

ELDERBERRY
& CHERRY NATURAL FLAVOR

010720     3132569     US Patents: www.rb.com/patents
Keep carton for full information.

AGES
6+ YRS.                    4 FL OZ (118 mL)

3    63824 60071    0

LOT CODE:
EXP. DATE:
MADE IN:

3132569

What this has is just as important as what it doesn't.

Leading Children's OTC Cough & Cold brand* with the effective symptom

**Drug Facts**

| Active ingredients (in each 10 mL) | Purposes |
| --- | --- |
| Acetaminophen 325 mg...Pain reliever/fever reducer | |
| Dextromethorphan HBr 10 mg..........Cough suppressant | |
| Guaifenesin 200 mg.......................................Expectorant | |
| Phenylephrine HCl 5 mg ..................Nasal decongestant | |

relief you trust – **FREE** FROM the unwanted additives:

**Caffeine Free · No Artificial Colors, Dyes, or Flavors · Alcohol & Sugar Free No High Fructose Corn Syrup**

## POWERFUL SYMPTOM RELIEF

✓ Relieves Sore Throat
✓ Relieves Stuffy Nose
✓ Relieves Chest Congestion & Cough
✓ Thins & Loosens Mucus
✓ Reduces Fever

### DOSING CUP INCLUDED

## ELDERBERRY
### & CHERRY NATURAL FLAVOR

## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Questions or comments?
1–866–Mucinex (1–866–682–4639)
or www.mucinex.com

HEALTH ▸ HYGIENE ▸ HOME

---

### Uses
■ temporarily relieves these common cold and flu symptoms:
  ■ cough    ■ nasal congestion
  ■ minor aches and pains  ■ sore throat
  ■ headache    ■ stuffy nose
  ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ liver disease  ■ heart disease
■ high blood pressure  ■ thyroid disease
■ diabetes
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is taking** the blood thinning drug warfarin

**When using this product do not use more than directed** (see Overdose warning) ▶



3163772

---

**Drug Facts**

| Active ingredients (in each 5 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 5 mg.........Cough suppressant | |
| Guaifenesin 100 mg.........................Expectorant | |
| Phenylephrine HCl 2.5 mg.............Nasal decongestant | |

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

**Warnings**
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- do not give more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | 5 mL every 4 hours |
| children under 4 years of age | do not use |

---

**Drug Facts** (continued)

**Other information**
- each 5 mL contains: sodium 3 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



¹as an OTC brand in the Children's Cough/Cold category (AlphaImpactRxProVoice Survey)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Other convenient forms for Chest Congestion Relief

**Mucinex Children's**
**CHEST CONGESTION**



mini·melts™



On-the-go granule packets for chest congestion relief!

**Keep carton for full information**

---

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**Mucinex Children's**

MULTI-SYMPTOM
**COLD**

Dextromethorphan HBr 5 mg - Cough Suppressant
Guaifenesin 100 mg - Expectorant
Phenylephrine HCl 2.5 mg - Nasal Decongestant



Pediatrician Recommended¹

NDC 63824-949-01

**Mucinex Children's**

MULTI-SYMPTOM
**COLD**

Dextromethorphan HBr 5 mg - Cough Suppressant
Guaifenesin 100 mg - Expectorant
Phenylephrine HCl 2.5 mg - Nasal Decongestant

✓ Relieves Stuffy Nose
✓ Controls Cough
✓ Relieves Chest Congestion
✓ Breaks up Mucus



Ages 4+ yrs

Very Berry
Flavor Liquid

**4 FL OZ (118 mL)**

---

**Mucinex Children's**

MULTI-SYMPTOM
**COLD**

Each dose of Very Berry flavored Mucinex Children's Multi-Symptom Cold Liquid:

✓ Relieves Stuffy Nose
✓ Controls Cough
✓ Relieves Chest Congestion
✓ Breaks up Mucus



**Dosing Cup Included**
Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com



Dist by: RB Health (US)
Parsippany, NJ 07054-0224
©2021 RB Health
Made in Mexico
020421   3163772

HEALTH • HYGIENE • HOME

---



3 63824 01064 9

LOT CODE:
EXP. DATE:



Tamper evident: Do not use if neckband on bottle cap is broken or missing.

## Mucinex Children's

**MULTI-SYMPTOM**
**COLD & SORE THROAT**

Acetaminophen 325 mg – Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg - Cough Suppressant
Guaifenesin 200 mg – Expectorant
Phenylephrine HCl 5 mg – Nasal Decongestant

## Drug Facts (continued)

Ask a doctor or pharmacist before use if the child is taking the blood thinning drug warfarin

When using this product do not use more than directed (see Overdose warning)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

## Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

## Other information
- each 10 mL contains: **sodium 6 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

## Inactive ingredients
anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

† as an OTC brand in the Children's Cough/Cold

Pediatrician Recommended†

NDC 63824-952-17

## Mucinex Children's

**MULTI-SYMPTOM**
**COLD &**
**SORE THROAT**

Acetaminophen 325 mg – Pain Reliever/Fever Reducer
Dextromethorphan HBr 10 mg – Cough Suppressant
Guaifenesin 200 mg – Expectorant
Phenylephrine HCl 5 mg – Nasal Decongestant

✓ **Relieves Sore Throat**
✓ **Relieves Stuffy Nose**
✓ **Relieves Chest Congestion and Cough**
✓ **Breaks up Mucus**



Ages 6+ yrs

**Very Berry**
Flavor Liquid



category (AlphaImpaotRxProVoIce Survey)

**PARENTS:**

Learn about teen medicine abuse

www.StopMedicineAbuse.org

**Keep carton for full information.**

Flavor Liquid

**4 FL OZ (118 mL)**

3    63824 27864    3

LOT CODE:
EXP. DATE:

**Drug Facts**

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg...Pain reliever/fever reducer | |
| Dextromethorphan HBr 10 mg.........Cough suppressant | |
| Guaifenesin 200 mg.............................Expectorant | |
| Phenylephrine HCl 5 mg...............Nasal decongestant | |

**Uses**
- temporarily relieves these common cold and flu symptoms:
- nasal congestion    ■ stuffy nose
- cough due to minor throat and bronchial irritation
- the intensity of coughing
- the impulse to cough to help your child get to sleep
- minor aches and pains
- sore throat    ■ headache

**Mucinex®**

**Children's**

**MULTI-SYMPTOM
COLD &
SORE THROAT**

**SORE THROAT**



**Each dose of Very Berry flavored Mucinex Children's Multi-Symptom Cold & Sore Throat Liquid:**

✓ **Relieves Sore Throat**
✓ **Relieves Stuffy Nose**
✓ **Relieves Chest Congestion and Cough**
✓ **Breaks up Mucus**

**Dosing Cup Included**

Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2018 RB Health
Made in Mexico
110118    3078385

**HEALTH • HYGIENE • HOME**

- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening        ■ blisters        ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

### Ask a doctor before use if the child has
- liver disease                    ■ heart disease
- high blood pressure        ■ thyroid disease
- diabetes
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)  ▶





Tamper evident: Do not use if neckband on bottle cap is broken or missing.

# Mucinex Children's

## STUFFY NOSE & CHEST CONGESTION

Guaifenesin 100 mg - Expectorant
Phenylephrine HCl 2.5 mg - Nasal Decongestant

---

## Drug Facts

| Active ingredients (in each 5 mL) | Purposes |
|---|---|
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - nasal congestion due to a cold
  - stuffy nose

### Warnings
Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

Ask a doctor before use if the child has
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

When using this product do not use more than directed

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not give more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor

| Age | Dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to under 6 years of age | 5 mL every 4 hours |
| children under 4 years of age | do not use |

### Other information
- each 5 mL contains: sodium 3 mg
- store at 20-25°C (68-77°F)
- do not refrigerate ▶

---

## Drug Facts (continued)

### Inactive ingredients
anhydrous citric acid, edetate disodium, FD&C red no. 40, flavors, glycerin (soy), propyl galiate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



*as an OTC brand in the Children's Cough/Cold category (AlphaImpactRxProVoice Survey)

Other convenient forms for Chest Congestion Relief



## Mucinex Children's
### CHEST CONGESTION

mini·melts™

On-the-go granule packets for chest congestion relief!

**Keep carton for full information**

---



Pediatrician Recommended!

NDC 63824-951-07

# Mucinex Children's

## STUFFY NOSE & CHEST CONGESTION

Guaifenesin 100 mg - Expectorant
Phenylephrine HCl 2.5 mg - Nasal Decongestant

✓ Relieves Stuffy Nose
✓ Relieves Chest Congestion
✓ Breaks up Mucus
✓ Alcohol-free



Ages 4+ yrs

Very Berry Flavor Liquid



4 FL OZ (118 mL)

---

# Mucinex Children's

## STUFFY NOSE & CHEST CONGESTION

Each dose of Very Berry flavored Mucinex Children's Stuffy Nose & Chest Congestion Liquid:

✓ Relieves Stuffy Nose
✓ Relieves Chest Congestion
✓ Breaks up Mucus
✓ Alcohol-free



**Dosing Cup Included**
Questions or comments?
1-866-Mucinex (1-866-682-4639)
or www.mucinex.com

Dist by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health
Made in Mexico
012221   3163776

HEALTH • HYGIENE • HOME

---

3   63824 27764   6

LOT CODE:
EXP. DATE:

---

3163776





**MAXIMUM STRENGTH** NDC 63824-792-01

# Mucinex®

## ≡FAST-MAX®▶▶

### DAY TIME
### SEVERE CONGESTION & COUGH

### NIGHT TIME
### COLD & FLU

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ Controls Cough
✓ Relieves Nasal & Chest Congestion
✓ Thins & Loosens Mucus

**Acetaminophen** - Pain Reliever/Fever Reducer
Diphenhydramine HCl - Antihistamine/Cough Suppressant
Phenylephrine HCl - Nasal Decongestant

✓ Relieves Aches, Fever & Sore Throat
✓ Controls Cough
✓ Relieves Nasal Congestion
✓ Relieves Runny Nose & Sneezing

**20** CAPLETS        **10** CAPLETS

FOR AGES 12+  **TOTAL 30 CAPLETS**  FOR AGES 12+

8341440

112818

---

## Drug Facts

**Active ingredients    Purposes**
(in each caplet)
**Mucinex® FAST-MAX® DAY TIME SEVERE CONGESTION & COUGH**
Dextromethorphan HBr 10 mg............................................Cough suppressant
Guaifenesin 200 mg.............Expectorant
Phenylephrine HCl 5 mg...Nasal decongestant

**Active ingredients    Purposes**
(in each caplet)
**Mucinex FAST-MAX NIGHT TIME COLD & FLU**
Acetaminophen 325 mg........Pain reliever/fever reducer
Diphenhydramine HCl 12.5 mg................Antihistamine/cough suppressant
Phenylephrine HCl 5 mg...Nasal decongestant

**Uses**

## Drug Facts (continued)

■ temporarily relieves these common cold and flu symptoms *(NIGHT TIME only)*:
  ■ cough      ■ minor aches and pains
  ■ headache   ■ nasal congestion
  ■ sore throat ■ runny nose
  ■ sneezing
  ■ itching of the nose or throat
  ■ itchy, watery eyes due to hay fever
  ■ temporarily reduces fever *(NIGHT TIME only)*
  ■ controls cough to help you get to sleep

### Warnings
Liver warning *(NIGHT TIME only)*: This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

## Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. *(NIGHT TIME only)*
■ with any other product containing diphenhydramine, even one used on the skin *(NIGHT TIME only)*
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have

## Drug Facts (continued)

■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin *(NIGHT TIME only)*
■ taking sedatives or tranquilizers *(NIGHT TIME only)*

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children *(NIGHT TIME only)*
■ marked drowsiness may occur *(NIGHT TIME only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT TIME only)*

**Uses**
- temporarily relieves *(DAY TIME only)*:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - nasal congestion due to a cold
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY TIME only)*

Allergy alert *(NIGHT TIME only)*: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning *(NIGHT TIME only)*: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Ask a doctor before use if you have
- liver disease *(NIGHT TIME only)*
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma *(NIGHT TIME only)*
- a breathing problem such as emphysema or chronic bronchitis *(NIGHT TIME only)*

- avoid alcoholic drinks *(NIGHT TIME only)*
- be careful when driving a motor vehicle or operating machinery *(NIGHT TIME only)*
Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever *(DAY TIME only)*

---

**Drug Facts** (continued)
- pain, nasal congestion, or cough gets worse or lasts more than 7 days *(NIGHT TIME only)*
- fever gets worse or lasts more than 3 days *(NIGHT TIME only)*
- redness or swelling is present *(NIGHT TIME only)*
- new symptoms occur *(NIGHT TIME only)*
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.
Overdose warning *(NIGHT TIME only)*: Taking more than the recommended dose (overdose) may cause liver damage. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period

**Drug Facts** (continued)
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

**Other information**
- store between 20-25°C (68-77°F)

**Inactive ingredients (Mucinex FAST-MAX DAY TIME SEVERE CONGESTION & COUGH)**
corn starch, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, magnesium stearate, maltodextrin, mica, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Inactive ingredients (Mucinex FAST-MAX NIGHT TIME COLD & FLU)**
corn starch, croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, magnesium stearate, methacrylic acid-ethyl acrylate copolymer (1:1)

**Drug Facts** (continued)
type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium bicarbonate, stearic acid, talc, titanium dioxide

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Do not take the Mucinex Fast-Max DAY TIME SEVERE CONGESTION & COUGH and Mucinex Fast-Max NIGHT TIME COLD & FLU caplets at the same time.

Always wait at least 4 hours before taking another dose of Mucinex caplets.

Do not take more than a total of 12 caplets in any 24-hour period.

Take only as directed.

8337090                    110718



**Maximum Strength per 4-hour dose**
*Helps to relieve these symptoms day or night

LIFT HERE TO OPEN

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3 63824 19220 8

Tamper evident: do not use if outer package is opened or if blister is torn or broken.

www.mucinex.com

## Drug Facts

### Active ingredients (in each caplet)   Purposes

| Active ingredient | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold and flu symptoms:   ■ nasal congestion   ■ headache   ■ cough   ■ minor aches and pains   ■ sore throat   ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

## Drug Facts (continued)

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ diabetes
■ high blood pressure   ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present   ■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and over: take 2 caplets every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store between 20-25°C (68-77°F)

### Inactive ingredients
corn starch, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide



8335600

Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224    ©2018 RB    060618






NDC 63824-137-66

**MAXIMUM STRENGTH**

# Mucinex
## ≡FAST-MAX ▶▶

### COLD & FLU

**Acetaminophen** – Pain reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant • **Phenylephrine HCl** – Nasal Decongestant

SORE THROAT
FEVER
HEADACHE
BODY PAIN
CHEST CONGESTION
COUGH
**ALL IN ONE***
NASAL CONGESTION
SINUS CONGESTION
SINUS PRESSURE

**MAXIMUM STRENGTH**

# Mucinex
## ≡FAST-MAX ▶▶

### COLD & FLU

**Acetaminophen** – Pain reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant • **Phenylephrine HCl** – Nasal Decongestant

SORE THROAT
FEVER
HEADACHE
BODY PAIN
CHEST CONGESTION
COUGH
**ALL IN ONE***
NASAL CONGESTION
SINUS CONGESTION
SINUS PRESSURE

# Mucinex®
# NIGHTSHIFT

### COLD & FLU

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Triprolidine HCl** – Antihistamine

**NIGHTTIME**
RELIEF FOR A BETTER
**MORNING**

✓COUGH  ✓FEVER  ✓SORE THROAT
✓RUNNY NOSE  ✓SNEEZING

**FOR AGES 12+**    **THREE – 6 FL OZ (180 mL) bottles    TOTAL – 18 FL OZ (540 mL)**    **FOR AGES 12+**

---

No coating

## Drug Facts

**Active ingredients (in each 20 mL) Purposes**
**MUCINEX FAST-MAX COLD & FLU**
Acetaminophen 650 mg ...... Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ...... Cough suppressant
Guaifenesin 400 mg ...... Expectorant
Phenylephrine HCl 10 mg ...... Nasal decongestant

**Active ingredients (in each 20 mL) Purposes**
**MUCINEX NIGHTSHIFT COLD & FLU**
Acetaminophen 650 mg ...... Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ...... Cough suppressant
Triprolidine HCl 2.5 mg ...... Antihistamine

**Uses    MUCINEX FAST-MAX COLD & FLU**
temporarily relieves these common cold and flu symptoms:
■ cough
■ nasal congestion
■ minor aches and pains
■ sore throat
■ headache
■ stuffy nose
■ sinus congestion and pressure
■ temporarily reduces fever
helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**MUCINEX NIGHTSHIFT COLD & FLU**
temporarily relieves these common cold and flu symptoms:
■ minor aches and pains
■ sore throat
■ headache
■ runny nose
■ sneezing
■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ cough
■ controls cough to help you get to sleep

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease (Fast-Max Cold & Flu only)
■ heart disease (Fast-Max Cold & Flu only)
■ diabetes (Fast-Max Cold & Flu only)
■ thyroid disease (Fast-Max Cold & Flu only)
■ high blood pressure (Fast-Max Cold & Flu only)
■ trouble urinating due to an enlarged prostate gland (Fast-Max Cold & Flu only)
■ a breathing problem such as emphysema or chronic bronchitis
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin (Nightshift Cold & Flu only)
■ taking sedatives or tranquilizers (Nightshift Cold & Flu only)

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children (Nightshift Cold & Flu only)
■ marked drowsiness may occur (Nightshift Cold & Flu only)
■ alcohol, sedatives, and tranquilizers may increase drowsiness (Nightshift Cold & Flu only)
■ avoid alcoholic drinks (Nightshift Cold & Flu only)
■ use caution when driving a motor vehicle or operating machinery (Nightshift Cold & Flu only)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur (Fast-Max Cold & Flu only)
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days (Fast-Max Cold & Flu only)
■ pain or cough gets worse or lasts more than 7 days (Nightshift Cold & Flu only)
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions

**MUCINEX FAST-MAX COLD & FLU**
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ keep dosing cup with product
■ adults and children 12 years of age and over: 20 mL as dosing cup provided every 4 hours
■ children under 12 years of age: do not use

**MUCINEX NIGHTSHIFT COLD & FLU**
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ keep dosing cup with product
■ dose at bedtime or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL as dosing cup provided every 4 hours
■ children under 12 years of age: do not use

## Other Information
■ each 20 mL contains: sodium 12 mg (Fast-Max Cold & Flu only)
■ each 20 mL contains: sodium 6 mg (Nightshift Cold & Flu only)
■ store at 25°C (68-77°F)

**Inactive ingredients (MUCINEX FAST-MAX COLD & FLU)** anhydrous citric acid, acetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (veg), propyl gallate, propylene glycol, purified water, saccharin sodium, sodium benzoate, sorbitol solution, sucralose, titanium dioxide, xanthan gum

**Inactive ingredients (MUCINEX NIGHTSHIFT COLD & FLU)** ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (veg), propyl gallate, propylene glycol, purified water, saccharin sodium, sorbitol solution, sucralose, xanthan gum

**Questions? 1-866-MUCINEX (1-866-682-4639).** You may also report side effects to this phone number.

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health

3 63824 07262 3
3115452                102519



NDC 72854-133-66

3186229

022221

### MAXIMUM STRENGTH

# MUCINEX®

## FAST-MAX®

## COLD & FLU
## ARCTIC BURST™

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

SORE THROAT
FEVER
HEADACHE
BODY PAIN
CHEST CONGESTION
COUGH
SINUS CONGESTION
NASAL CONGESTION
SINUS PRESSURE

**ALL IN ONE***

## 6 FL OZ (180 mL)          FOR AGES 12+

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Maximum Strength per 4-hour dose
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.
*Helps to relieve these symptoms day or night

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



---

## Drug Facts

| **Active ingredients** (in each 20 mL) | **Purposes** |
| --- | --- |
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

---

## Drug Facts (continued)

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen

3  6382499543  4

LOT:
EXP:

N21021

3186230

## Uses

- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

▶

may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription).

▶

## Drug Facts (continued)

If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

▶

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are taking the** blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

## Drug Facts (continued)

### Directions
- **do not take more than directed (see Overdose warning)**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: **sodium 9 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

### Inactive ingredients
anhydrous citric acid, D&C yellow no.10, edetate disodium, FD&C blue no.1, flavors, glycerin, propyl gallate, propylene glycol, sodium benzoate, sodium citrate, sorbitol, sucralose, water, xanthan gum

▶

## Drug Facts (continued)

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.


COOLING MENTHOL FLAVOR



## Drug Facts

| Active ingredients (in each liquid gel) | Purposes |
|---|---|
| **Acetaminophen 325 mg.....Pain reliever/fever reducer** | |
| Dextromethorphan HBr 10 mg........Cough suppressant | |
| Guaifenesin 200 mg....................................Expectorant | |
| Phenylephrine HCl 5 mg.................Nasal decongestant | |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - nasal congestion
  - headache
  - cough
  - stuffy nose
  - minor aches and pains
  - sore throat
- sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure ▶

## Drug Facts (continued)
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- **do not take more than directed (see Overdose warning)**
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)
- avoid excessive heat

### Inactive ingredients
FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

MAXIMUM STRENGTH

Mucinex FAST-MAX

COLD & FLU

Helps to relieve these symptoms day or night
Maximum Strength per 4-hour dose
Do not take more than a total of 12 liquid gels in any 24-hour period.
Take only as directed.
Keep carton for full information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org





**MAXIMUM STRENGTH***

NDC 63824-015-66

# MUCINEX®

## ≡FAST-MAX®▶▶

## COLD, FLU & SORE THROAT

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant • **Phenylephrine HCl** – Nasal Decongestant

✓ **Controls Cough, Thins & Loosens Mucus**
✓ **Nasal & Chest Congestion**
✓ **Sinus Pressure & Congestion**
✓ **Body Pain, Headache, Fever & Sore Throat**

**6 FL OZ (180 mL)**         **FOR AGES 12+**

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

*Per 4-hour dose

**Tamper evident: Do not use if neckband on bottle cap is broken or missing.**

## PARENTS:
Learn about teen medicine abuse

**www.StopMedicineAbuse.org**



3   63824 01565   1

---

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg...Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg..........Cough suppressant |
| Guaifenesin 400 mg.................................Expectorant |
| Phenylephrine HCl 10 mg..............Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
  - stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive



Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
©2017 RB
082317

LOT:
EXP:
MADE IN:
3051679

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away. ▶

## *Drug Facts* (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease        ■ heart disease
■ diabetes             ■ high blood pressure
■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed** ▶

PEEL HERE

## *Drug Facts* (continued)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## *Directions*

■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
  ■ adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
    ■ children under 12 years of age: do not use ▶

## *Drug Facts* (continued)

## *Other information*

■ each 20 mL contains: **sodium 8 mg**
■ store between 20-25°C (68-77°F)
■ do not refrigerate



do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum *may contain this ingredient

**Questions?**
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.

**rb**

HEALTH ▸ HYGIENE ▸ HOME

*Please visit our website*
*www.mucinex.com*

RELIEF
3045695







PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  "65824" 19120"  1

**Tamper evident: Do not use if outer package is opened or if blister is torn or broken.**

## Drug Facts

### Active Ingredients (in each caplet)    Purposes
Acetaminophen 325 mg ......Pain reliever/fever reducer
Dextromethorphan HBr 10 mg............Cough suppressant
Guaifenesin 200 mg................................Expectorant
Phenylephrine HCl 5 mg................Nasal decongestant

### Uses temporarily relieves these common cold and flu symptoms:
■ nasal congestion
■ cough    ■ minor aches and pains
■ sore throat    ■ headache
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

## Drug Facts (continued)

**Ask a doctor before use if you have**
■ liver disease    ■ heart disease
■ diabetes    ■ high blood pressure    ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and older: take 2 caplets every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store at 20-25°C (68-77°F)

### Inactive ingredients corn starch, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

8357048                Dist. by: RB Health (US), Parsippany, NJ 07054-0224  ©2019 RB Health                041219





## Drug Facts

### Active ingredients (in each liquid gel) — Purposes

Acetaminophen 325 mg ......Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.........Cough suppressant
Guaifenesin 200 mg....................................Expectorant
Phenylephrine HCl 5 mg ...................Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms:
  - headache
  - minor aches and pains
  - nasal congestion
  - cough
  - sore throat
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- thyroid disease
- heart disease
- high blood pressure
▶

## Drug Facts (continued)
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- **do not take more than directed (see Overdose warning)**
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and older: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)
- avoid excessive heat

### Inactive ingredients
FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, shellac, sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

3 63824 58616 8



**MAXIMUM STRENGTH***

# Mucinex®
## FAST-MAX® ▶▶

### COLD, FLU & SORE THROAT

## CLEAR & COOL™

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ **Relieves Headache & Fever**
✓ **Controls Cough**
✓ **Relieves Nasal & Chest Congestion**
✓ **Thins & Loosens Mucus**

HEALTH▸HYGIENE▸HOME

3027553    6 FL OZ (180mL)    FOR AGES 12+    012216

NDC 63824-542-06

---

## Drug Facts

**Active ingredients** (in each 20 mL) — **Purposes**

**Acetaminophen 650 mg** ..........**Pain reliever/fever reducer**

Dextromethorphan HBr 20 mg .........................Cough suppressant

Guaifenesin 400 mg.........Expectorant

Phenylephrine HCl 10 mg .........................Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - sinus congestion and pressure
  - minor aches and pains
  - headache
  - sore throat
- temporarily reduces fever
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

▶

---

## Drug Facts (continued)

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription

▶

---

## Drug Facts (continued)

or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

▶

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children ▶

## Drug Facts (continued)

even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: **sodium 9 mg**
- store between 20-25°C (68-77°F)
- dosing cup provided
- do not refrigerate

### Inactive ingredients
anhydrous citric acid, D&C yellow no.10, edetate disodium, FD&C blue no.1, flavors, ▶



PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION

*Per 4-hour dose
Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  63824 54266  9

LOT:
EXP:
3027764

021116

## Drug Facts (continued)

glycerin, propyl gallate, propylene glycol, sodium benzoate, sodium citrate, sorbitol, sucralose, water, xanthan gum

### Questions?
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.



HEALTH ▸ HYGIENE ▸ HOME

*Please visit our web site www.mucinex.com*

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
Made in England          ©2016 RB



## Drug Facts

### Active ingredients (in each liquid gel)    Purposes

Acetaminophen 325 mg............Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.....................Cough suppressant
Guaifenesin 200 mg.........................................Expectorant
Phenylephrine HCl 5 mg.............................Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms:
  - headache
  - minor aches and pains
  - nasal congestion
  - cough
  - sore throat
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- thyroid disease
- heart disease
- high blood pressure
- trouble urinating due to an enlarged prostate gland ▶

## Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- **do not take more than directed (see Overdose warning)**
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)
- avoid excessive heat

### Inactive ingredients
FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

### Questions? 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.





www.mucinex.com
Patents: www.rb.com/patents

**Maximum Strength Per 4-hour dose**
Keep outer package for full information.

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

LIFT HERE TO OPEN

3  63824 19020  4

Tamper evident: Do not use if outer package is opened or if blister is torn or broken.

**Drug Facts**

Active ingredients (in each caplet) Purposes

**Drug Facts** (continued)
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with

3090470                012919

| Acetaminophen 325 mg…Pain reliever/fever reducer |
| Guaifenesin 200 mg…………………………Expectorant |
| Phenylephrine HCl 5 mg…………Nasal decongestant |

## Uses
- temporarily relieves these common cold and flu symptoms:
  - nasal congestion
  - fever
  - headache
  - minor aches and pains
  - sinus congestion and pressure
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 caplets in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

## Other information
- store at 20-25°C (68-77°F)

## Inactive ingredients
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

3090854        Dist. by: RB Health (US), Parsippany, NJ 07054-0224   Made in England   ©2019 RB Health   013019