# RB Health (US) LLC

## -PE Product Labels –

**-continued**



MAXIMUM STRENGTH*    NOC 63824-536-66

3036245    060616

# MUCINEX®
## FAST-MAX

## CONGESTION & HEADACHE

**Acetaminophen** – Pain Reliever/Fever Reducer
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ **Relieves Headache & Fever**
✓ **Relieves Nasal & Chest Congestion**
✓ **Thins & Loosens Mucus**

6 FL OZ (180mL)    FOR AGES 12+



## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - nasal congestion
  - headache
  - minor aches and pains
  - sinus congestion and pressure
- temporarily reduces fever
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 6 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

## Drug Facts (continued)

- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   ■ blisters   ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease   ■ heart disease
- diabetes   ■ high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

PEEL HERE

## Drug Facts (continued)

- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)

## Drug Facts (continued)

- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: **sodium 12 mg**
- store between 20-25°C (68-77°F)
- do not refrigerate

### Inactive ingredients
anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate†, xanthan gum
†may contain this ingredient

### Questions?
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.



**HEALTH › HYGIENE › HOME**

**Please visit our website www.mucinex.com**



PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION

*Per 4-hour dose
Tamper evident: Do not use if neckband on bottle cap is broken or missing.

3   63824 01665   8

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
©2018 RB

011018

LOT:
EXP:
MADE IN:
3055005



| Dextromethorphan HBr 10 mg..........Cough suppressant |
| Phenylephrine HCl 5 mg....................Nasal decongestant |

## Uses
■ temporarily relieves these common cold and flu symptoms:
■ nasal congestion
■ cough
■ headache
■ minor aches and pains
■ sinus congestion and pressure
■ temporarily reduces fever
■ temporarily promotes nasal and/or sinus drainage

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 liquid gels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease        ■ heart disease
■ diabetes             ■ high blood pressure
■ thyroid disease
■ trouble urinating due to an enlarged prostate gland ▶

taking the ... ... ... ning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 12 liquid gels in any 24-hour period
■ adults and children 12 years of age and older: take 2 liquid gels every 4 hours
■ children under 12 years of age: do not use

## Other information
■ store at 20-25°C (68-77°F)
■ avoid excessive heat

## Inactive ingredients
FD&C red no. 40, FD&C yellow no. 6, gelatin, glycerin, lecithin (soy), mineral oil, polyethylene glycol, povidone, propylene glycol, shellac, sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

**LIFT HERE TO OPEN** ▼



3 63824 19020 4

**Tamper evident: Do not use if outer package is opened or if blister is torn or broken.**

## Drug Facts

### Active ingredients (in each caplet)   Purposes
Acetaminophen 325 mg...Pain reliever/fever reducer
Guaifenesin 200 mg................................Expectorant
Phenylephrine HCl 5 mg.............Nasal decongestant

### Uses
■ temporarily relieves these common cold and flu
  symptoms:    ■ nasal congestion    ■ fever
  ■ headache    ■ minor aches and pains
■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial
  secretions to rid the bronchial passageways of
  bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the
  maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help
right away.

**Do not use**
■ with any other drug containing acetaminophen
  (prescription or nonprescription). If you are not sure
  whether a drug contains acetaminophen, ask a
  doctor or pharmacist.
■ if you are now taking a prescription monoamine
  oxidase inhibitor (MAOI) (certain drugs for depression,
  psychiatric, or emotional conditions, or Parkinson's
  disease), or for 2 weeks after stopping the MAOI drug.
  If you do not know if your prescription drug contains
  an MAOI, ask a doctor or pharmacist before taking
  this product.

**Ask a doctor before use if you have**
■ liver disease    ■ heart disease    ■ diabetes
■ high blood pressure    ■ thyroid disease

## Drug Facts (continued)
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with
  smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
taking the blood thinning drug warfarin
**When using this product do not use more than directed**
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts
  more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or
  headache that lasts. These could be signs of a serious
  condition.

**If pregnant or breast-feeding,** ask a health
professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended
dose (overdose) may cause liver damage. In case of
overdose, get medical help or contact a Poison Control
Center right away. Quick medical attention is critical for
adults as well as for children even if you do not notice
any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and over: take 2
  caplets every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store between 20-25°C (68-77°F)

### Inactive ingredients corn starch, crospovidone,
FD&C red no. 40 aluminum lake, FD&C yellow no. 6
aluminum lake, magnesium stearate, maltodextrin,
microcrystalline cellulose, polyethylene glycol, polyvinyl
alcohol, povidone, silicon dioxide, sodium starch
glycolate, stearic acid, talc, titanium dioxide



8335596

Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224    ©2018 RB

060718

R   O   0





## Drug Facts

| Active ingredients | Purposes |
| --- | --- |
| (in each liquid gel) | |

Acetaminophen 325 mg.....Pain reliever/fever reducer

Dextromethorphan HBr 10 mg.......Cough suppressant

Phenylephrine HCl 5 mg.................Nasal decongestant

### Uses
■ temporarily relieves these common cold and flu symptoms:
  ■ nasal congestion
  ■ cough
  ■ headache
  ■ minor aches and pains
  ■ sinus congestion and pressure
■ temporarily reduces fever
■ temporarily promotes nasal and/or sinus drainage

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 liquid gels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's Disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease          ■ heart disease
■ diabetes               ■ high blood pressure
■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus) ▶

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 liquid gels in any 24-hour period
■ adults and children 12 years of age and over: take 2 liquid gels every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store at 20-25°C (68-77°F)
■ avoid excessive heat

### Inactive ingredients
FD&C red no. 40, FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

MAXIMUM STRENGTH

MUCINEX

FAST-MAX

CONGESTION & HEADACHE

Maximum Strength per 4-hour dose

Do not take more than a total of 12 liquid gels in a 24-hour period.

Take only as directed.

Keep carton for full information.

www.StopMedicineAbuse.org

PARENTS:
Learn about teen medicine abuse



## Drug Facts

**Active ingredients    Purposes**
**(in each caplet)**
**Mucinex FAST-MAX**
**DAY TIME COLD & FLU**
Acetaminophen 325 mg
................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg
................................Cough suppressant
Guaifenesin 200 mg..........Expectorant
Phenylephrine HCl 5 mg...Nasal decongestant

**Active ingredients    Purposes**
**(in each caplet)**
**Mucinex FAST-MAX**

## Drug Facts (continued)

■ helps loosen phlegm (mucus)
and thin bronchial secretions to
rid the bronchial passageways of
bothersome mucus and make
coughs more productive
*(DAY TIME only)*
■ controls cough to help you get to
sleep
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product
contains acetaminophen. Severe
liver damage may occur if you take:
■ more than 12 caplets in 24 hours,
which is the maximum daily

## Drug Facts (continued)

**Do not use**
■ with any other drug containing
acetaminophen (prescription or
nonprescription). If you are not
sure whether a drug contains
acetaminophen, ask a doctor or
pharmacist.
■ with any other product
containing diphenhydramine,
even one used on the skin
*(NIGHT TIME only)*
■ if you are now taking a
prescription monoamine oxidase
inhibitor (MAOI) (certain drugs
for depression, psychiatric, or
emotional conditions or

## Drug Facts (continued)

■ persistent or chronic cough
such as occurs with smoking,
asthma, chronic bronchitis, or
emphysema
■ cough that occurs with too
much phlegm (mucus)

**Ask a doctor or pharmacist**
**before use if you are**
■ taking the blood thinning drug
warfarin
■ taking sedatives or tranquilizers
*(NIGHT TIME only)*

**When using this product**
■ do not use more than directed
■ excitability may occur

## NIGHT TIME COLD & FLU

**Acetaminophen 325 mg**
..............Pain reliever/fever reducer
**Diphenhydramine HCl 12.5 mg**
.........Antihistamine/cough suppressant
**Phenylephrine HCl 5 mg...Nasal decongestant**

### Uses
- temporarily relieves these common cold and flu symptoms:
  - minor aches and pains
  - nasal congestion
  - sinus congestion and pressure
  - runny nose (NIGHT TIME only)
  - sneezing (NIGHT TIME only)
  - itching of the nose or throat (NIGHT TIME only)
  - itchy, watery eyes due to hay fever (NIGHT TIME only)
  - cough
  - headache
  - sore throat

---

which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- rash
- blisters

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▶

---

emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma (NIGHT TIME only)
- a breathing problem such as emphysema or chronic bronchitis (NIGHT TIME only)
- heart disease

---

especially in children (NIGHT TIME only)
- marked drowsiness may occur (NIGHT TIME only)
- alcohol, sedatives, and tranquilizers may increase drowsiness (NIGHT TIME only)
- avoid alcoholic drinks (NIGHT TIME only)
- be careful when driving a motor vehicle or operating machinery (NIGHT TIME only)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days ▶

---

### Drug Facts (continued)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and older: take 2 caplets every 4 hours
- children under 12 years of age: do not use ▶

---

### Drug Facts (continued)

### Other information
- store between 20-25°C (68-77°F)

### Inactive ingredients (Mucinex FAST-MAX DAY TIME COLD & FLU)
corn starch, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

### Inactive ingredients (Mucinex FAST-MAX NIGHT TIME COLD & FLU)
corn starch, croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, magnesium stearate, methacrylic acid-ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium bicarbonate, stearic acid, talc, titanium dioxide

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Do not take the Mucinex Fast-Max DAY TIME COLD & FLU and Mucinex Fast-Max NIGHT TIME COLD & FLU caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period.

Take only as directed.

102318    8351779



# Drug Facts

## Active ingredients (in each 20 mL)          Purposes

Acetaminophen 650 mg ...Pain reliever/fever reducer
Dextromethorphan HBr 20 mg..........Cough suppressant
Guaifenesin 400 mg.....................................Expectorant
Phenylephrine HCl 10 mg.................Nasal decongestant

## Uses
■ temporarily relieves these common cold and flu symptoms:
- ■ cough                           ■ nasal congestion
- ■ minor aches and pains           ■ sore throat
- ■ headache                        ■ stuffy nose
- ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial
  secretions to rid the bronchial passageways of
  bothersome mucus and make coughs more productive

## Warnings
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the
  maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include:
- ■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help
right away.
**Sore throat warning:** If sore throat is severe, persists for
more than 2 days, is accompanied or followed by fever,
headache, rash, nausea, or vomiting, consult a doctor
promptly.                                    ▶

## *Drug Facts* (continued)

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
- liver disease
- diabetes
- thyroid disease
- heart disease
- high blood pressure
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

### Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

### When using this product do not use more than directed

### Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur

PEEL HERE

## *Drug Facts* (continued)

■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## *Directions*

■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

## *Other information*

■ each 20 mL contains: **sodium 12 mg**
■ store at 20-25°C (68-77°F)
■ do not refrigerate

▶



**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Maximum Strength per 4-hour dose
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.
*Helps to relieve these symptoms day or night

**PARENTS:**
Learn about teen medicine abuse

www.StopMedicineAbuse.org

3    6 3 8 2 4 9 9 6 9 6    7

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2023 RB Health
022423

LOT:

EXP:

MADE IN:

3259830

**MAXIMUM STRENGTH**

Tamper evident: Do not use if carton is damaged
or if printed seal on blister is broken or missing.

**Mucinex**

**≡FAST-MAX**

**SEVERE CONGESTION
& COUGH**

**MAXIMUM STRENGTH**

NDC 63824-193-21



# SEVERE CONGESTION
# & COUGH

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ **Controls Cough**
✓ **Relieves Nasal & Chest Congestion**
✓ **Thins & Loosens Mucus**

**Actual Size**

**20 CAPLETS**    **FOR AGES 12+**

LOT:

EXP:



HEALTH + HYGIENE + HOME

www.mucinex.com
Patents: www.rb.com/patents

Dist by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health

041320    314I649

5



3    63824 19320

MADE IN:
3141649



## Drug Facts

### Active ingredients (in each caplet) — Purposes

Dextromethorphan HBr 10 mg ......... Cough suppressant
Guaifenesin 200 mg .............................. Expectorant
Phenylephrine HCl 5 mg ............. Nasal decongestant

### Uses

■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves:
  ■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  ■ the intensity of coughing
  ■ the impulse to cough to help you get to sleep
  ■ nasal congestion due to a cold

### Warnings

**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease        ■ diabetes
■ high blood pressure    ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus) ▶

## Drug Facts (continued)

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and over: take 2 caplets every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store at 20-25°C (68-77°F)

### Inactive ingredients croscarmellose sodium, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, methacrylic acid-ethyl acrylate copolymer, mica, microcrystalline cellulose, polyethylene glycol 3350, polysorbate 80, polyvinyl alcohol, povidone K29/32, sodium bicarbonate, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

MAXIMUM STRENGTH

MUCINEX® FAST-MAX™

SEVERE CONGESTION & COUGH

Maximum Strength per 4 hour dose
Do not take more than a total of 12 caplets in any 24-hour period.
Take only as directed.
Keep carton for full information



PARENTS
www.StopMedicineAbuse.



**MAXIMUM STRENGTH**

**Mucinex**

**≡FAST-MAX**

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

**SEVERE CONGESTION & COUGH**

**MAXIMUM STRENGTH**

NDC 63824-515-20

**Mucinex**

**≡FAST-MAX®**

**SEVERE CONGESTION & COUGH**

Dextromethorphan HBr - Cough Suppressant
Guaifenesin - Expectorant
Phenylephrine HCl - Nasal Decongestant

✓ **Controls Cough**
✓ **Relieves Nasal & Chest Congestion**
✓ **Thins & Loosens Mucus**

**Actual Size**

**20 CAPLETS**

**FOR AGES 12+**

reckitt

www.mucinex.com
Patents: www.reckitt.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2023 RB Health
100323    3284431

Maximum Strength per 4-hour dose

Do not take more than a total of 12 caplets in any 24-hour period.

Take only as directed.

Keep carton for full information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

B-1715-697-09
ORG

## Drug Facts

### Active ingredients                          Purposes
(in each caplet)
Dextromethorphan HBr 10 mg.........Cough suppressant
Guaifenesin 200 mg..............................Expectorant
Phenylephrine HCl 5 mg..............Nasal decongestant

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help you get to sleep
  - nasal congestion due to a cold

### Warnings
**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease                  ■ diabetes
- high blood pressure        ■ thyroid disease
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus) ▶

## Drug Facts (continued)

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)

### Inactive ingredients colloidal silicon dioxide,
FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, magnesium stearate, maltodextrin, mica, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, pregelatinized starch, sodium starch glycolate, stearic acid, talc, titanium dioxide

### Questions? 1-866-MUCINEX (1-866-682-4639)









NDC 63824-541-66

**MAXIMUM STRENGTH**

# Mucinex

## ⧦FAST-MAX⧦ ▶▶

## SEVERE CONGESTION & COUGH

## CLEAR & COOL™

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

✓ **Controls Cough**
✓ **Relieves Nasal & Chest Congestion**
✓ **Thins & Loosens Mucus**

HEALTH • HYGIENE • HOME

3027551     6 FL OZ (180mL)     FOR AGES 12+     012216

---

## Drug Facts

### Active ingredients (in each 20 mL)        Purposes

Dextromethorphan HBr 20 mg
.........................Cough suppressant
Guaifenesin 400 mg.......Expectorant
Phenylephrine HCl 10 mg
.....................Nasal decongestant

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - nasal congestion due to a cold
  - temporarily helps you cough less

### Warnings
**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or ▶

---

## Drug Facts (continued)

emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough comes back, or occurs with rash or headache that ▶

---

## Drug Facts (continued)

lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 9 mg
- store between 20-25°C (68-77°F)
- dosing cup provided
- do not refrigerate ▶

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



3   63824 54166   2

LOT:      EXP:

3027786

---

## Drug Facts (continued)

### Inactive ingredients
anhydrous citric acid, D&C yellow no.10, edetate disodium,



FD&C blue ... lors, glycerin,
propyl gallate, propylene glycol,
sodium benzoate, sodium citrate,
sorbitol, sucralose, water,
xanthan gum

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects
to this phone number.

HEALTH ▸ HYGIENE ▸ HOME

*Please visit our web site*
*www.mucinex.com*

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
Made in England         ©2016 RB





NDC 72854-134-66

3186247
031221

**MAXIMUM STRENGTH**

# Mucinex®

## FAST-MAX®▶▶

## SEVERE CONGESTION & COUGH

# ARCTIC BURST™

**Dextromethorphan HBr – Cough Suppressant**
**Guaifenesin – Expectorant**
**Phenylephrine HCl – Nasal Decongestant**

✓ **Controls Cough**
✓ **Relieves Nasal & Chest Congestion**
✓ **Thins & Loosens Mucus**

**6 FL OZ (180 mL)**        **FOR AGES 12+**

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**
Maximum Strength per 4-hour dose
**Tamper evident: Do not use if neckband on bottle cap is broken or missing.**

## Drug Facts

**Active ingredients**
(in each 20 mL)            **Purposes**

Dextromethorphan HBr 20 mg
Cough suppressant

## PARENTS:
Learn about teen medicine abuse

www.StopMedicineAbuse.org



3  63824 54166  2

LOT:

EXP:

050119

3087260

....................Cough suppressant
Guaifenesin 400 mg........Expectorant
Phenylephrine HCl 10 mg
......................Nasal decongestant

## Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - nasal congestion due to a cold
  - temporarily helps you cough less

## Warnings
**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or ▶

## Drug Facts (continued)

emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur

## Drug Facts (continued)

lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

## Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

## Other information
- each 20 mL contains:
  **sodium 9 mg**
- store at 20-25°C

with fever
■ cough comes back, or occurs
  with rash or headache that ▶

(68-77°F)
■ dosing cup provided
■ do not refrigerate ▶



## *Drug Facts* (continued)

### *Inactive ingredients*

anhydrous citric acid, D&C yellow no.10, edetate disodium, FD&C blue no.1, flavors, glycerin, propyl gallate, propylene glycol, sodium benzoate, sodium citrate, sorbitol, sucralose, water, xanthan gum

### *Questions?*

**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.

**HEALTH ▸ HYGIENE ▸ HOME**

*Please visit our website*
*www.mucinex.com*
**Patents: www.rb.com/patents**

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in England    ©2019 RB Health



**Mucinex·**

NDC 63824-938-66

3132377

010320

# FREEFROM

## COLD & FLU
### ☾˙NIGHTTIME

ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT
TRIPROLIDINE HCl – ANTIHISTAMINE

**FREEFROM**
ARTIFICIAL FLAVORS, COLORS, & DYES • ALCOHOL & SUGAR

### ELDERBERRY
& CHERRY NATURAL FLAVOR

6 FL OZ (180 mL)                    FOR AGES 12+

---

## Drug Facts

### Active ingredients        Purposes
### (in each 20 mL)

Acetaminophen 650 mg...Pain reliever/fever reducer
Dextromethorphan HBr 20 mg.........Cough suppressant
Phenylephrine HCl 10 mg...............Nasal decongestant
Triprolidine HCl 2.5 mg...............................Antihistamine

### Uses
■ temporarily relieves these common cold and
  flu symptoms:
  ■ cough                    ■ nasal congestion
  ■ minor aches and pains    ■ sore throat
  ■ headache                 ■ runny nose
  ■ sinus congestion and pressure
  ■ sneezing
  ■ itching of the nose or throat

---

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe
skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical
help right away.
**Sore throat warning:** If sore throat is severe,
persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or
vomiting, consult a doctor promptly.

### Do not use
■ with any other drug containing acetaminophen
  (prescription or nonprescription). If you are not
  sure whether a drug contains acetaminophen,
  ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine
  oxidase inhibitor (MAOI) (certain drugs for
  depression, psychiatric, or emotional conditions,
  or Parkinson's disease), or for 2 weeks after
  stopping the MAOI drug. If you do not know if
  your prescription drug contains an MAOI, ask a

■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

▶

your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
■ liver disease          ■ heart disease
■ diabetes               ■ high blood pressure
■ thyroid disease        ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus)

PEEL HERE ▶

## Drug Facts (continued)

### Ask a doctor or pharmacist before use if you are
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

### When using this product
■ **do not use more than directed**
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ use caution when driving a motor vehicle or operating machinery

### Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

## Drug Facts (continued)

### Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

### Other information
■ each 20 mL contains: **sodium 12 mg**
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium, flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.



**HEALTH ▸ HYGIENE ▸ HOME**

**Patents:**
www.rb.com/patents

**Please visit our website**
www.mucinex.com

---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION** ▸

**Maximum Strength per 4-hour dose**
**Tamper evident: Do not use if neckband on bottle cap is broken or missing.**

121219

**FREE FROM**

B-1715-719-09 ORG
DATA MATRIX

## Drug Facts

**Active ingredients** (in each caplet) — **Purposes**

Acetaminophen 162.5 mg...Pain reliever/Fever reducer
Dextromethorphan HBr 5 mg.....Cough suppressant
Guaifenesin 100 mg.......................Expectorant
Phenylephrine HCl 2.5 mg......Nasal decongestant

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - headache
  - sore throat
  - minor aches and pains
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- liver disease
- heart disease
- high blood pressure
- thyroid disease ▶

## Drug Facts (continued)
- diabetes
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is taking the blood thinning drug warfarin**

**When using this product do not use more than directed (see Overdose warning)**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

### Directions
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: give 2 caplets every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

### Other information
- Store at 20-25°C (68-77°F)

### Inactive ingredients
corn starch, crospovidone, FD&C blue no. 1, aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

---

**PARENTS:** Learn about teen medicine abuse.
www.StopMedicineAbuse.org

*as a OTC brand in the Children's Cough/Cold category*
(AlphaImpactRxProVoice Survey)
*as compared to Mucinex caplets*

**Helps to relieve these symptoms day or night** if your child has difficulty swallowing solid dosage forms, try our Mucinex Children's liquids or mini-melts products.

**Keep carton for full information.**

---

Mucinex Junior
COLD & FLU

**Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.**

*Pediatrician Recommended*

NDC 63824-076-20

NEW

# Mucinex®
## Junior
# COLD & FLU

**Acetaminophen 162.5 mg** – Pain Reliever/Fever Reducer
Dextromethorphan HBr 5 mg – Cough Suppressant
Guaifenesin 100 mg – Expectorant
Phenylephrine HCl 2.5 mg – Nasal Decongestant

Ages **6+** yrs

### ALL IN ONE*
SORE THROAT
FEVER
CHEST CONGESTION
COUGH
SINUS PRESSURE
NASAL CONGESTION
SINUS CONGESTION
BODY PAIN
HEADACHE

Junior Caplet
Actual Size

**20 CAPLETS**

**DO NOT CHEW**

---

www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
031619  3069705

HEALTH · HYGIENE · HOME

US Patents: www.rb.com/patents

3  63824  60067  3

---

17.0000

B-1715-719-09
ORG

LOT & EXP. DATE



## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg...Pain reliever/fever reducer | |
| Dextromethorphan HBr 20 mg..........Cough suppressant | |
| Phenylephrine HCl 10 mg.................Nasal decongestant | |
| Triprolidine HCl 2.5 mg...............................Antihistamine | |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - sinus congestion and pressure
  - runny nose
  - sneezing
  - itching of the nose or throat
  - itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

►

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

►

PEEL HERE

## *Drug Facts* (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## *Drug Facts* (continued)

### *Directions*
- **do not take more than directed (see Overdose warning)**
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### *Other information*
- each 20 mL contains: **sodium 16 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

### *Inactive ingredients* ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

### *Questions?*
1-866-MUCINEX (1-866-682-4639)

Scan for FAQs and instructions on proper disposal of medicines





Please visit our website
www.mucinex.com
Patents:
www.reckitt.com/patents

reckitt



NDC 63824-501-66

# Mucinex®
## NIGHTSHIFT
### COLD & FLU
### CLEAR & COOL

Acetaminophen — Pain Reliever/Fever Reducer
Dextromethorphan HBr — Cough Suppressant
Phenylephrine HCl — Nasal Decongestant
Triprolidine HCl — Antihistamine

**NIGHT TIME**
RELIEF FOR A BETTER
**MORNING**

✔ COUGH ✔ FEVER ✔ SORE THROAT
✔ RUNNY NOSE ✔ SNEEZING ✔ NASAL CONGESTION

3094779    6 FL OZ (180 mL)    FOR AGES 12+    030619

---

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
| --- | --- |
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |
| Triprolidine HCl 2.5 mg | Antihistamine |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - runny nose
  - sneezing
  - sinus congestion and pressure
  - itching of the nose or throat
  - itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

►

---

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

PEEL HERE

►

---

## Drug Facts (continued)

### Ask a doctor or pharmacist before use if you are
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

### When using this product
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

### Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal decongestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

## Drug Facts (continued)

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over:



---

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

Maximum Strength per 4-hour dose



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

---



031419

**NEW**
**POWERFUL NIGHTTIME RELIEF**



20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: **sodium 16 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, water, xanthan gum

**Questions?**
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.

HEALTH • HYGIENE • HOME

Patents: www.rb.com/patents

*Please visit our website*
*www.mucinex.com*

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
031119

LOT:
EXP:
MADE IN:
3094781

3  63824 01473  9

RELIEF
3094780





Dextromethorphan Hbr – Cough Suppressant
Phenylephrine HCl – Nasal Decongestant
Triprolidine HCl – Antihistamine

**ALL IN ONE***

SORE THROAT · FEVER · ITCHY THROAT · COUGH · RUNNY NOSE · NASAL CONGESTION · SNEEZING · BODY PAIN · HEADACHE

3139486    **6 FL OZ (180 mL)**    **FOR AGES 12+**    012920



## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |
| Triprolidine HCl 2.5 mg | Antihistamine |

### Uses
■ temporarily relieves these common cold and flu symptoms:
  ■ cough ■ nasal congestion
  ■ minor aches and pains ■ sore throat
  ■ headache
  ■ sinus congestion and pressure
  ■ runny nose
  ■ sneezing
  ■ itching of the nose or throat
  ■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product ▶

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease ■ heart disease
■ diabetes ■ high blood pressure
■ thyroid disease ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus) ▶

PEEL HERE

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
Keep out of reach of children.

## Drug Facts (continued)

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

### Other information
■ each 20 mL contains: **sodium 16 mg**
■ store at 20-25°C (68-77°F)
■ do not refrigerate

### Inactive ingredients ammonium
glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

### Questions?
1-866-MUCINEX (1-866-682-4639)



Keep out of reach of children.
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

P-888-MUCINEX (P-888-882-4635)
You may also report side effects to this phone number.

Patents:
www.rb.com/patents
Please visit our website
www.mucinex.com
HEALTH • HYGIENE • HOME



**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Maximum Strength per 4-hour dose
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.
*Helps to relieve these symptoms at night

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  63824 99514  4

LOT:
EXP:  3139485
MADE IN:

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2020 RB Health
020520



COOLING
MENTHOL
FLAVOR
3186232



NDC 72854-250-66

3186242

022221

# Mucinex®
## NIGHTSHIFT™
### SEVERE COLD & FLU
### ARCTIC BURST™

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Phenylephrine HCl** – Nasal Decongestant
**Triprolidine HCl** – Antihistamine

**NIGHTTIME** RELIEF FOR A BETTER **MORNING**

✔ COUGH ✔ FEVER
✔ SORE THROAT ✔ RUNNY NOSE ✔ SNEEZING ✔ NASAL CONGESTION

**6 FL OZ (180 mL)**          FOR AGES 12+



**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

Maximum Strength per 4-hour dose

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



## Drug Facts

**Active ingredients**          **Purposes**
(in each 20 mL)

Acetaminophen 650 mg...Pain reliever/fever reducer
Dextromethorphan HBr 20 mg.........Cough suppressant
Phenylephrine HCl 10 mg...............Nasal decongestant
Triprolidine HCl 2.5 mg...............................Antihistamine

**Uses**
■ temporarily relieves these common cold and



3 63824 01473 9

**Please visit our website**
**www.mucinex.com**

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
031119

LOT:
EXP:
MADE IN:
3094781

temporarily relieves these common cold and flu symptoms:
- cough
- nasal congestion
- minor aches and pains
- sore throat
- headache
- runny nose
- sneezing
- sinus congestion and pressure
- itching of the nose or throat
- itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

►

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

► PEEL HERE

## Drug Facts (continued)

### Ask a doctor or pharmacist before use if you are
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

### When using this product
- **do not use more than directed**
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

### Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal decongestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

►

## Drug Facts (continued)

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: **sodium 16 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

### Inactive ingredients
ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, water, xanthan gum

### Questions?
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.



HEALTH ▾ HYGIENE ▾ HOME

Patents: www.rb.com/patents

**MAXIMUM STRENGTH**

**Mucinex®**

**NIGHTSHIFT**

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

**SEVERE COLD & FLU**

*FAST RELEASE. POWERFUL SYMPTOM RELIEF!*

**MAXIMUM STRENGTH**

NDC 72854-234-20

**Mucinex®**

**NIGHTSHIFT**

🌙 **SEVERE COLD & FLU**

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Phenylephrine HCl** – Nasal Decongestant
**Triprolidine HCl** – Antihistamine

**ALL IN ONE***

SORE THROAT
FEVER
ITCHY THROAT
COUGH
RUNNY NOSE
NASAL CONGESTION
SNEEZING
BODY PAIN
HEADACHE

**ACTUAL SIZE**

**20 CAPLETS**

FOR AGES 12+

**FAST RELEASE**

*Questions?*
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

HEALTH • HYGIENE • HOME

www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2021 RB Health

3176311    011921

3 63824 99527 4

LOT:
EXP.:
MADE IN:
3176311

## Drug Facts

### Active ingredients (in each caplet) — Purposes

| Active ingredients (in each caplet) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |
| Triprolidine HCl 1.25 mg | Antihistamine |

### Uses

- temporarily relieves these common cold and flu symptoms:
  - cough
  - nasal congestion
  - minor aches and pains
  - sore throat
  - headache
  - sinus congestion and pressure
  - runny nose
  - sneezing
  - itching of the nose or throat
  - itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- trouble urinating due to an enlarged prostate gland ▶

## Drug Facts (continued)

- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions

- do not take more than directed (see Overdose warning)
- do not take more than 8 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Other information

- store at 20-25°C (68-77°F)

### Inactive ingredients

croscarmellose sodium, crospovidone, ferric oxide, hydroxypropyl cellulose, mica, microcrystalline cellulose, polyvinyl alcohol, polyvinyl alcohol polyethylene glycol copolymer, povidone, silicon dioxide, stearic acid, talc, titanium dioxide

**MAXIMUM STRENGTH**

# Mucinex® NIGHTSHIFT

## SEVERE COLD & FLU

Maximum Strength per 4-hour dose

"Helps to relieve these symptoms at night

Do not take more than a total of 8 caplets in any 24-hour period.

Take only as directed.

Keep carton for full information.

## PARENTS:

Learn about teen medicine abuse

www.StopMedicineAbuse.org



NDC 63824-269-66

# Mucinex®

## NIGHTSHIFT

### SINUS

Acetaminophen — Pain Reliever/Fever Reducer
Dextromethorphan HBr — Cough Suppressant
Phenylephrine HCl — Nasal Decongestant
Triprolidine HCl — Antihistamine

**NIGHTTIME** RELIEF FOR A BETTER **MORNING**

✓COUGH ✓FEVER ✓SORE THROAT
✓RUNNY NOSE ✓SNEEZING
✓NASAL CONGESTION

3094751        6 FL OZ (180 mL)    FOR AGES 12+        021519



PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION

Maximum Strength per 4-hour dose
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  63824 26268  0

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
© 2019 RB Health
021519

LOT:
EXP.
MADE IN:
3094842



### Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg...Pain reliever/fever reducer | |
| Dextromethorphan HBr 20 mg...........Cough suppressant | |
| Phenylephrine HCl 10 mg.................Nasal decongestant | |
| Triprolidine HCl 2.5 mg...............................Antihistamine | |

### Uses
■ temporarily relieves these common cold and flu symptoms:
   ■ cough                    ■ nasal congestion
   ■ minor aches and pains    ■ sore throat
   ■ headache
   ■ sinus congestion and pressure
   ■ runny nose
   ■ sneezing
   ■ itching of the nose or throat
   ■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 4000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product ▶

### Drug Facts (continued)        ### Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

PEEL HERE ▶

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## Drug Facts (continued)

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 4 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: **sodium 16 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

### Inactive ingredients
ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

### Questions?
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.



**Patents:** www.rb.com/patents
**Please visit our website** www.mucinex.com

HEALTH • HYGIENE • HOME

NEW POWERFUL NIGHT TIME RELIEF
3094942





## Drug Facts

**Active ingredients** **Purposes**
(in each 20 mL)

Acetaminophen 650 mg...Pain reliever/fever reducer
Dextromethorphan HBr 20 mg.........Cough suppressant
Phenylephrine HCl 10 mg.............Nasal decongestant
Triprolidine HCl 2.5 mg.......................Antihistamine

### Uses

■ temporarily relieves these common cold and flu symptoms:

■ cough ■ nasal congestion
■ minor aches and pains ■ sore throat
■ headache
■ sinus congestion and pressure
■ runny nose
■ sneezing
■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

►

## Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease ■ heart disease
■ diabetes ■ high blood pressure
■ thyroid disease ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus) ►

PEEL HERE

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ **do not use more than directed**
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ►

## Drug Facts (continued)

### Directions

■ **do not take more than directed (see Overdose warning)**
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION**

Maximum Strength per 4-hour dose
Tamper evident: Do not use if neckband on bottle cap is broken or missing.

## PARENTS:





- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: **sodium 16 mg**
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, water, xanthan gum

**Questions?**
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.

HEALTH • HYGIENE • HOME          Patents:
                                 www.rb.com/patents

Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  63824 26267  3

Please visit our website
www.mucinex.com

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2019 RB Health
I031519

LOT:

EXP:

MADE IN:

3094738

POWERFUL
NIGHT TIME
RELIEF
3094739