# RB Health (US) LLC

## -PE Product Labels –

**-continued**



## Drug Facts

### Active ingredients (in each caplet) — Purposes

Acetaminophen 325 mg...........Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.................Cough suppressant
Phenylephrine HCl 5 mg...........................Nasal decongestant
Triprolidine HCl 1.25 mg.....................................Antihistamine

### Uses

- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - headache
  - runny nose
  - nasal congestion
  - sore throat
  - sinus congestion and pressure
  - sneezing
- itching of the nose or throat
- itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- diabetes
- thyroid disease
- heart disease
- high blood pressure
- glaucoma
- trouble urinating due to an enlarged prostate gland ▶

## Drug Facts (continued)

- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions

- do not take more than directed (see Overdose warning)
- do not take more than 8 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Other information

- store at 20-25°C (68-77°F)

### Inactive ingredients

croscarmellose sodium, crospovidone, ferric oxide, hydroxypropyl cellulose, mica, microcrystalline cellulose, polyvinyl alcohol, polyvinyl alcohol polyethylene glycol copolymer, povidone, silicon dioxide, stearic acid, talc, titanium dioxide

MUCINEX® NIGHTSHIFT SINUS

MAXIMUM STRENGTH

Maximum Strength per 4-hour dose
Do not take more than a total of 8 caplets in any 24-hour period.
Take only as directed.
Keep carton for full information.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org





## Drug Facts

### Active ingredients (in each liquid gel) Purposes
**Mucinex SINUS-MAX DAY**

Acetaminophen 325 mg.....................Pain reliever
Dextromethorphan HBr 10 mg...........Cough suppressant
Guaifenesin 200 mg.............................Expectorant
Phenylephrine HCl 5 mg...............Nasal decongestant

### Active ingredients (in each liquid gel) Purposes
**Mucinex SINUS-MAX NIGHT**

Acetaminophen 325 mg.....................Pain reliever
Dextromethorphan HBr 10 mg...........Cough suppressant
Doxylamine succinate 6.25 mg.................Antihistamine
Phenylephrine HCl 5 mg...............Nasal decongestant

### Uses ■ temporarily relieves:
■ nasal congestion ■ headache ■ cough
■ minor aches and pains
■ sinus congestion and pressure
■ runny nose and sneezing *(NIGHT only)*
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY only)*

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 liquid gels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ diabetes
■ high blood pressure ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ glaucoma *(NIGHT only)* ▶

## Drug Facts (continued)
■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(NIGHT only)*
**When using this product** ■ do not use more than directed
■ excitability may occur, especially in children *(NIGHT only)*
■ marked drowsiness may occur *(NIGHT only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
■ avoid alcoholic drinks *(NIGHT only)*
■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)*
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 12 liquid gels in any 24-hour period
■ adults and children 12 years of age and over: take 2 liquid gels every 4 hours
■ children under 12 years of age: do not use

### Other information
■ store at 20-25°C (68-77°F) ■ avoid excessive heat

### Inactive ingredients (DAY only) FD&C yellow no. 6,
gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

### Inactive ingredients (NIGHT only) D&C yellow no.
10, FD&C blue no. 1, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

MAXIMUM STRENGTH

DAY ● NIGHT

MUCINEX®
SINUS-MAX®

Maximum Strength per 4-hour dose

Do not take the Mucinex Sinus-Max DAY and NIGHT liquid gels at the same time. Always wait at least 4 hours before taking another dose of Mucinex Liquid gels. Do not take more than a total of 12 liquid gels in 24-hour period.

Take only as directed.

Keep carton for full information

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org





| Active ingredients (in each caplet) Mucinex SINUS-MAX Night | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Diphenhydramine HCl 12.5 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

## Uses

**Mucinex SINUS-MAX DAY** ■ temporarily relieves:
- ■ nasal congestion    ■ headache
- ■ minor aches and pains    ■ sinus congestion and pressure
- ■ temporarily promotes nasal and/or sinus drainage
- ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Mucinex SINUS-MAX NIGHT** ■ temporarily relieves:
- ■ nasal congestion    ■ headache
- ■ minor aches and pains    ■ sinus congestion and pressure
- ■ runny nose    ■ sneezing
- ■ cough
- ■ temporarily promotes nasal and/or sinus drainage ▶

3054364_092117Z _ _ _ _ _ _ _ _ _ _ _ _ _ _ **PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION** ◢



## Drug Facts (continued)

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- ■ more than 12 caplets in 24 hours, which is the maximum daily amount
- ■ with other drugs containing acetaminophen
- ■ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- ■ skin reddening    ■ blisters    ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- ■ with any other product containing diphenhydramine, even one used on the skin *(NIGHT only)*
- ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ▶

## Drug Facts (continued)

**Ask a doctor before use if you have**
- ■ liver disease    ■ heart disease    ■ diabetes
- ■ high blood pressure    ■ thyroid disease
- ■ trouble urinating due to an enlarged prostate gland
- ■ glaucoma *(NIGHT only)*
- ■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
- ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- ■ taking the blood thinning drug warfarin
- ■ taking sedatives or tranquilizers *(NIGHT only)*

**When using this product**
- ■ do not use more than directed
- ■ excitability may occur, especially in children *(NIGHT only)*
- ■ marked drowsiness may occur *(NIGHT only)*
- ■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
- ■ avoid alcoholic drinks *(NIGHT only)*
- ■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)* ▶

**HINGE**

## Drug Facts (continued)

**Stop use and ask a doctor if**
- ■ nervousness, dizziness, or sleeplessness occur
- ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
- ■ fever gets worse or lasts more than 3 days
- ■ redness or swelling is present
- ■ new symptoms occur
- ■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- ■ do not take more than directed (see Overdose warning)
- ■ do not take more than 12 caplets in any 24-hour period
- ■ adults and children 12 years of age and over: take 2 caplets every 4 hours ▶

**HINGE**

## Drug Facts (continued)

■ children under 12 years of age: do not use

### Other information
■ store between 20-25°C (68-77°F)

### Inactive ingredients (Mucinex SINUS-MAX DAY only)
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

### Inactive ingredients (Mucinex SINUS-MAX NIGHT only)
croscarmellose sodium, crospovidone, FD&C blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake, ferric oxide yellow, methacrylic acid – ethyl acrylate copolymer (1:1) type A, mica, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, sodium bicarbonate, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



**MAXIMUM STRENGTH**

**MUCINEX**
**SINUS-MAX®**
● DAY ● NIGHT

Maximum Strength per 4-hour dose

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

Keep carton for full information.

LOT
EXP.
3133887

**MAXIMUM STRENGTH**

NDC 63824-204-10

**MUCINEX®**
**SINUS-MAX®**

Actual Size

● DAY          ● NIGHT

Actual Size

**Acetaminophen** – Pain Reliever
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant
✓ **Relieves Sinus Pressure, Headache & Congestion**
✓ **Thins & Loosens Mucus**

**6 CAPLETS**

**10 TOTAL FOR AGES 12+**

**Acetaminophen** – Pain Reliever
Diphenhydramine HCl – Antihistamine/Cough Suppressant
Phenylephrine HCl – Nasal Decongestant
✓ **Relieves Nasal Congestion, Sinus Pressure & Pain**
✓ **Relieves Runny Nose, Sneezing & Cough**

**4 CAPLETS**

**HEALTH • HYGIENE • HOME**

Do not take the Mucinex SINUS-MAX DAY and NIGHT caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period.

**Take only as directed.**    www.mucinex.com    022020    3133887
Patents: www.rb.com/patents    Dist. by: RB Health (US), Parsippany, NJ 07054-0224    ©2020 RB Health  Made in England

3  63824 12511  4

**Drug Facts**

| Active ingredients (in each caplet) Mucinex SINUS-MAX DAY | Purposes |
|---|---|
| Acetaminophen 325 mg............................................................................. | Pain reliever |
| Guaifenesin 200 mg................................................................................... | Expectorant |
| Phenylephrine HCl 5 mg............................................................................ | Nasal decongestant |

| Active ingredients (in each caplet) Mucinex SINUS-MAX NIGHT | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever |







**MAXIMUM STRENGTH**

**Mucinex**
**SINUS-MAX®**

🔆 DAY   🌙 NIGHT

**Maximum Strength per 4-hour dose**
**Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.**
**Keep Carton for Full Information.**
**Patents: www.rb.com/patents**

**MAXIMUM STRENGTH**                    NDC 63824-251-01

# Mucinex®
## SINUS-MAX®

🔆 DAY          🌙 NIGHT

**Acetaminophen** – Pain Reliever
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant
✓ Relieves Sinus Pressure, Headache & Congestion
✓ Thins & Loosens Mucus

**12 CAPLETS**

**TOTAL 20 CAPLETS FOR AGES 12+**

**Acetaminophen** – Pain Reliever
Diphenhydramine HCl – Antihistamine/Cough Suppressant
Phenylephrine HCl – Nasal Decongestant
✓ Relieves Nasal Congestion, Sinus Pressure & Pain
✓ Relieves Runny Nose, Sneezing & Cough

**8 CAPLETS**

HEALTH • HYGIENE • HOME

Do not take the Mucinex SINUS-MAX DAY and NIGHT caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. Do not take more than a total of 12 caplets in any 24-hour period. Take only as directed.
Dist. by: RB Health (US), Parsippany, NJ 07054-0224
©2019 RB Health    www.mucinex.com    030119    3094750    3

6 3824 20220 4

**Drug Facts**

Active ingredients (in each caplet) Mucinex SINUS-MAX DAY          Purposes

**Active ingredients (in each caplet) Mucinex SINUS-MAX DAY** | **Purposes**
Acetaminophen 325 mg..................................................................................................Pain reliever
Guaifenesin 200 mg......................................................................................................Expectorant
Phenylephrine HCl 5 mg.....................................................................................Nasal decongestant

**Active ingredients (in each caplet) Mucinex SINUS-MAX NIGHT** | **Purposes**
Acetaminophen 325 mg..................................................................................................Pain reliever
Diphenhydramine HCl 12.5 mg.........................................Antihistamine/cough suppressant
Phenylephrine HCl 5 mg.....................................................................................Nasal decongestant

## Uses

### Mucinex SINUS-MAX DAY ■ temporarily relieves:
■ nasal congestion    ■ headache    ■ minor aches and pains    ■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Mucinex SINUS-MAX NIGHT ■ temporarily relieves:    ■ nasal congestion    ■ headache
■ minor aches and pains    ■ sinus congestion and pressure    ■ runny nose    ■ sneezing    ■ cough
■ temporarily promotes nasal and/or sinus drainage

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 caplets in 24 hours, which is the maximum daily amount ▶

8335612  101718

**PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION** ◣

---

ADHESIVE AREA

### Drug Facts (continued)

■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on the skin *(NIGHT only)*
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease    ■ heart disease    ■ diabetes
■ high blood pressure    ■ thyroid disease ▶

### Drug Facts (continued)

■ trouble urinating due to an enlarged prostate gland
■ glaucoma *(NIGHT only)*
■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(NIGHT only)*

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children *(NIGHT only)*
■ marked drowsiness may occur *(NIGHT only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
■ avoid alcoholic drinks *(NIGHT only)*
■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)*

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or ▶

ADHESIVE AREA

---

ADHESIVE AREA

### Drug Facts (continued)

lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for

### Drug Facts (continued)

### Other information
■ store at 20-25°C (68-77°F)

### Inactive ingredients (Mucinex SINUS-MAX DAY only)
corn starch, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

### Inactive ingredients (Mucinex SINUS-MAX NIGHT only)

center right away. quick medical attention is critical for
adults as well as for children even if you do not notice any
signs or symptoms.

**Directions**
- **do not take more than directed (see Overdose warning)**
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use  ▶

corn starch, croscarmellose sodium, crospovidone, FD&C
blue no. 1 aluminum lake, FD&C blue no. 2 aluminum lake,
ferric oxide yellow, magnesium stearate, methacrylic acid-
ethyl acrylate copolymer (1:1) type A, mica, microcrystalline
cellulose, polyethylene glycol, polyvinyl alcohol, povidone,
silicon dioxide, sodium bicarbonate, stearic acid, talc,
titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

ADHESIVE AREA



**MAXIMUM STRENGTH\***

NDC 63824-261-66

# **MUCINEX**

## **SINUS**-MAX®

## **SEVERE CONGESTION RELIEF**

**Acetaminophen** – Pain Reliever
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ **Clears Sinus Congestion**
✓ **Relieves Headache**
✓ **Thins & Loosens Mucus**

**6 FL OZ (180mL)**          **FOR AGES 12+**

---

**PEEL CORNER TO READ COMPLETE
DRUG FACTS AND INFORMATION**

\*Per 4-hour dose
Tamper evident: Do not use if neckband
on bottle cap is broken or missing.



3  63824 26166  9

## **Drug Facts**

| **Active ingredients** (in each 20 mL) | **Purposes** |
|---|---|
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### **Uses**
■ temporarily relieves:
　■ nasal congestion        ■ headache
　■ minor aches and pains
　■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial
　secretions to rid the bronchial passageways
　of bothersome mucus and make coughs
　more productive

### **Warnings**



**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.    ▶

## Drug Facts (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease          ■ heart disease
■ high blood pressure    ■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days    PEEL HERE ▶

## Drug Facts (continued)

■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

## Other information
■ each 20 mL contains: **sodium 12 mg**
■ store between 20-25°C (68-77°F)
■ dosing cup provided    ▶

## Drug Facts (continued)

■ do not refrigerate

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum *may contain this ingredient

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this

071916

**See New Information**

3034605



You may also report side effects to this phone number.

**HEALTH ▸ HYGIENE ▸ HOME**

*Please visit our web site*
*www.mucinex.com*

Dist. by: Reckitt Benckiser
Parsippany, NJ 07054-0224
© 2016 RB



**VALUE PACK**

NDC 63824-287-22

**Children's**

# Mucinex®

## DAY TIME

# Multi-Symptom Cold

Cough Suppressant
Expectorant
Nasal Decongestant

Dextromethorphan HBr 5 mg
Guaifenesin 100 mg
Phenylephrine HCl 2.5 mg

✓ Stuffy Nose
✓ Cough
✓ Chest Congestion
✓ Breaks up Mucus

Age 4+

**Very Berry Flavor Liquid**

4 FL OZ (118 mL)

## NIGHT TIME

# Multi-Symptom Cold

Pain Reliever/Fever Reducer
Antihistamine/Cough Suppressant
Nasal Decongestant

Acetaminophen 325 mg
Diphenhydramine HCl 12.5 mg
Phenylephrine HCl 5 mg

✓ Stuffy Nose
✓ Cough
✓ Runny Nose & Sneezing
✓ Fever & Sore Throat

Age 6+

**Mixed Berry Flavor Liquid**

4 FL OZ (118 mL)

**8 FL OZ (236 mL) TOTAL**

PRINT SAFE AREA

KO

---

### Day Time Multi-Symptom Cold – Age 4+

## Drug Facts

| Active ingredients (in each 5 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

### Uses
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

### Warnings
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

**When using this product** do not use more than directed

**Stop use and ask a doctor if**
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious illness.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

▶

---

### Day Time Multi-Symptom Cold – Age 4+ (cont'd)

## Drug Facts (continued)

### Other information
- each 5 mL contains: **sodium 3 mg**
- tamper evident: do not use if neckband on bottle cap is broken or missing
- store between 20-25°C (68-77°F)
- do not refrigerate

### Night Time Multi-Symptom Cold – Age 6+

## Drug Facts

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 12.5 mg | Antihistamine/ cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Night Time Multi-Symptom Cold – Age 6+ (cont'd)

## Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur

■ dosing cup provided

***Inactive ingredients*** anhydrous citric acid, edetate disodium, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

***Questions?*** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

**DO NOT GIVE THE FIRST DOSE OF NIGHT TIME MULTI-SYMPTOM COLD SOONER THAN 4 HOURS AFTER THE LAST DOSE OF DAY TIME MULTI-SYMPTOM COLD UNLESS DIRECTED BY A DOCTOR.**

**DO NOT GIVE BOTH PRODUCTS AT THE SAME TIME OR GIVE MORE THAN 5 DOSES IN TOTAL IN ANY 24 HOUR PERIOD.**



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3-63824-90994-3

## Uses
■ temporarily relieves these common cold and flu symptoms:
■ headache    ■ minor aches and pains
■ nasal congestion    ■ sore throat
■ sneezing    ■ runny nose
    ■ cough
■ controls cough to help your child get to sleep
■ temporarily reduces fever

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ with any other drug containing diphenhydramine, even one used on the skin
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
**Ask a doctor before use if your child has**
■ liver disease    ■ heart disease    ■ diabetes
■ high blood pressure    ■ thyroid disease    ■ glaucoma
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if your child is**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers
**When using this product**
■ do not use more than directed **(see Overdose warning)**
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness ▶

■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
■ this product does not contain directions or complete warnings for adult use
■ do not give more than directed (see Overdose warning)
■ if needed, repeat dose every 4 hours while symptoms last
■ do not give more than 5 days unless directed by a doctor
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ mL = milliliter
■ children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours; do not give more than 5 doses in any 24-hour period
■ children under 6 years of age: do not use

## Other information
■ each 10 mL contains: **sodium 6 mg**
■ store between 20-25°C (68-77°F)
■ dosing cup provided    ■ do not refrigerate

***Inactive ingredients*** anhydrous citric acid, edetate disodium, FD&C Blue #1, FD&C Red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum    *may contain this ingredient

***Questions?*** 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

**Keep cartons for full directions for use.**


Reckitt
Benckiser

Dist. by: Reckitt Benckiser, Parsippany, NJ 07054-0224
Made in England    ©2014 RB    020614    8140737

PRINT SAFE AREA

KO



**Drug Facts** (continued)

**Inactive ingredients**
MUCINEX NIGHTSHIFT SEVERE COLD & FLU) ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

**Maximum Strength per 4-hour dose**

**Tamper evident: Do not use if neckband on bottle cap is broken or missing.**

\*FAST-MAX COLD & FLU helps to relieve these symptoms day or night; NIGHTSHIFT SEVERE COLD & FLU helps to relieve these symptoms at night

Do not take Mucinex Fast-Max Cold & Flu and Mucinex Nightshift Severe Cold & Flu at the same time. Always wait at least 4 hours before taking another dose of Mucinex liquid. TAKE ONLY AS DIRECTED.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



NDC 63824-505-26

## DAY & NIGHT COLD & FLU PACK

**MAXIMUM STRENGTH**

## Mucinex

**FAST-MAX**

**COLD & FLU**

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant • Phenylephrine HCl – Nasal Decongestant

SORE THROAT
FEVER
CHEST CONGESTION
COUGH
NASAL CONGESTION
SINUS PRESSURE
SINUS CONGESTION
HEADACHE
BODY PAIN

**ALL IN ONE\***

**MAXIMUM STRENGTH**

## Mucinex

## NIGHTSHIFT

☾ SEVERE COLD & FLU

Acetaminophen – Pain Reliever/Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Phenylephrine HCl – Nasal Decongestant • Triprolidine HCl – Antihistamine

SORE THROAT
FEVER
ITCHY THROAT
COUGH
RUNNY NOSE
NASAL CONGESTION
SNEEZING
HEADACHE
BODY PAIN

**ALL IN ONE\***

FOR AGES 12+     **TWO – 6 FL OZ (180 mL) bottles     TOTAL – 12 FL OZ (360 mL)**     FOR AGES 12+



## No coating

Made in England    Dist. by: RB Health (US), Parsippany, NJ 07054-0224    ©2020 RB Health



**Drug Facts**

**Active ingredients (in each 20 mL)    Purposes**
MUCINEX FAST-MAX COLD & FLU

Acetaminophen 650 mg........................ Pain reliever/fever reducer
Dextromethorphan HBr 20 mg......................... Cough suppressant
Guaifenesin 400 mg............................................... Expectorant
Phenylephrine HCl 10 mg............................... Nasal decongestant

**Drug Facts** (continued)

**Active ingredients (in each 20 mL)    Purposes**
MUCINEX NIGHTSHIFT SEVERE COLD & FLU

Acetaminophen 650 mg........................ Pain reliever/fever reducer
Dextromethorphan HBr 20 mg......................... Cough suppressant
Phenylephrine HCl 10 mg............................... Nasal decongestant
Triprolidine HCl 2.5 mg..................................... Antihistamine

**Drug Facts** (continued)

**Uses** MUCINEX FAST-MAX COLD & FLU
■ temporarily relieves these common cold and flu symptoms:
■ cough           ■ nasal congestion      ■ minor aches and pains
■ sore throat     ■ headache              ■ stuffy nose
■ sinus congestion and pressure
■ temporarily reduces fever
■ help loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

MUCINEX NIGHTSHIFT SEVERE COLD & FLU
■ temporarily relieves these common cold and flu symptoms:
■ cough           ■ nasal congestion      ■ minor aches and pains
■ sore throat     ■ headache              ■ sneezing
■ sinus congestion and pressure          ■ runny nose
■ runny nose, itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4400 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening  ■ blisters  ■ rash If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease        ■ diabetes           ■ high blood pressure
■ thyroid disease      ■ glaucoma (Nightshift Severe Cold & Flu only)
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis (Nightshift Severe Cold & Flu only)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers (Nightshift Severe Cold & Flu only)

**When using this product** ■ do not use more than directed
■ excitability may occur, especially in children (Nightshift Severe Cold & Flu only)

**Drug Facts** (continued)

**When using this product** (Nightshift Severe Cold & Flu only)
■ alcohol, sedatives and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ may cause drowsiness
■ be careful when driving a motor vehicle or operating machinery (Nightshift Severe Cold & Flu only)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children.

**Overdose warning** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**

MUCINEX FAST-MAX COLD & FLU
■ do not take more than 6 doses in any 24-hour period (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose is follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

MUCINEX NIGHTSHIFT SEVERE COLD & FLU
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: sodium 12 mg (Fast-Max Cold & Flu only) and sodium 14 mg (Nightshift Severe Cold & Flu only)
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** (MUCINEX FAST-MAX COLD & FLU) anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate, xanthan gum

\*may contain this ingredient





HEALTH ▸ HYGIENE ▸ HOME

3    63824 99515    1

**Questions?**
1-866-MUCINEX
(1-866-682-4639)
You may also report
side effects to this
phone number.

Please visit our website www.mucinex.com
Patents: www.rb.com/patents

3134374    030220



## DAY & NIGHT
## SINUS CONGESTION & PAIN RELIEF

**MAXIMUM STRENGTH***    NDC 63824-115-66

# Mucinex®
## SINUS-MAX®

### SEVERE CONGESTION & PAIN

**Acetaminophen** – Pain Reliever
**Guaifenesin** – Expectorant
**Phenylephrine HCl** – Nasal Decongestant

✓ Clears Sinus Congestion
✓ Relieves Headache
✓ Thins & Loosens Mucus

# Mucinex®
## NIGHTSHIFT

### SINUS

**Acetaminophen** – Pain Reliever/Fever Reducer
**Dextromethorphan HBr** – Cough Suppressant
**Phenylephrine HCl** – Nasal Decongestant
**Triprolidine HCl** – Antihistamine

## NIGHTTIME
RELIEF FOR A BETTER
## MORNING

✓COUGH ✓FEVER ✓SORE THROAT
✓RUNNY NOSE ✓SNEEZING ✓NASAL CONGESTION

FOR AGES 12+    **TWO – 6 FL OZ (180 mL) bottles    TOTAL – 12 FL OZ (360 mL)**    FOR AGES 12+

---

**Drug Facts (continued)**
**Inactive ingredients (Mucinex Sinus-Max Severe Congestion & Pain)** anhydrous citric acid, edetate disodium, FD&C blue no.1, FD&C red no. 40, flavors, glycerin (soy), propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Inactive ingredients (Mucinex Nightshift Sinus)** ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no.1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

**Do not take Mucinex Sinus-Max Severe Congestion & Pain and Mucinex Nightshift Sinus at the same time. Always wait at least 4 hours before taking another dose of Mucinex liquid. TAKE ONLY AS DIRECTED.**

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

---

No coating

Dist. By: RB Health (US), Parsippany, NJ 07054-0224    Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**Drug Facts**
**Active ingredients (in each 20 mL)    Purposes**
**Mucinex Sinus-Max**
**Severe Congestion & Pain**
Acetaminophen 650 mg............................Pain reliever
Guaifenesin 400 mg................................Expectorant
Phenylephrine HCl 10 mg................Nasal decongestant

**Drug Facts (continued)**
**Active ingredients (in each 20 mL)    Purposes**
**Mucinex Nightshift Sinus**
Acetaminophen 650 mg.............Pain reliever/fever reducer
Dextromethorphan HBr 20 mg.........Cough suppressant
Phenylephrine HCl 10 mg................Nasal decongestant
Triprolidine HCl 2.5 mg..........................Antihistamine

**Drug Facts (continued)**

**Uses Mucinex Sinus-Max Severe Congestion & Pain**
■ temporarily relieves:
■ nasal congestion ■ headache
■ minor aches and pains ■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Mucinex Nightshift Sinus**
■ temporarily relieves these common cold and flu symptoms:
■ cough ■ nasal congestion ■ minor aches and pains
■ sore throat ■ headache
■ sneezing ■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions.
Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** Severe or persistent sore throat or sore throat that is accompanied by high fever, headache, nausea, and vomiting may be serious. Consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ high blood pressure
■ thyroid disease ■ diabetes
■ glaucoma (Nightshift Sinus only)
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers (Nightshift Sinus only)

**When using this product** ■ do not use more than directed
■ excitability may occur, especially in children (Nightshift Sinus only)
■ marked drowsiness may occur (Nightshift Sinus only)
■ alcohol, sedatives, and tranquilizers may increase drowsiness (Nightshift Sinus only)
■ be careful when driving a motor vehicle or operating machinery (Nightshift Sinus only)
■ avoid alcoholic drinks (Nightshift Sinus only)
■ use caution when driving a motor vehicle or operating machinery (Nightshift Sinus only)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with fever, rash, or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breast-feeding, ask** a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
**Mucinex Sinus-Max Severe Congestion & Pain**
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ use as described in the chart below
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

**Mucinex Nightshift Sinus**
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ use as described in the chart below
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

**Other Information**
■ each 20 mL contains: sodium 12 mg (Sinus-Max Severe Congestion & Pain only) and sodium 16 mg (Nightshift Sinus only)
■ store at 20-25°C (68-77°F)    ■ do not refrigerate



HEALTH • HYGIENE • HOME

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects
to this phone number.

*Per 4-hour dose

3    63824 51067    5

**Please visit our website www.mucinex.com**
**Patents: www.rb.com/patents**
3148432        041720    ©2020 RB Health



A KICKSTART FOR YOUR DAY          MAXIMUM STRENGTH          POWERFUL RELIEF FOR YOUR NIGHT

ALL IN ONE

**Mucinex**
*FAST-MAX*
**KICKSTART**

**Mucinex**
*FAST-MAX*
**NIGHT TIME**

ALL IN ONE

NDC 72054-139-26

# POWERFUL MULTI-SYMPTOM COLD & FLU RELIEF

# ALL IN ONE SEVERE COLD & FLU RELIEF » DAY OR NIGHT

## KICKSTART SEVERE COLD & FLU (cont'd)

**Drug Facts** (continued)

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours.
■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: **sodium** 12 mg
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)

*FAST-MAX KICKSTART SEVERE COLD & FLU helps to relieve these symptoms day or night; FAST-MAX NIGHT TIME SEVERE COLD & FLU helps to relieve these symptoms at night.

Do not take Mucinex Fast-Max Kickstart Severe Cold & Flu and Mucinex Fast-Max Night Time Severe Cold & Flu at the same time. Always wait at least 4 hours before taking another dose of Mucinex Liquid.

**TAKE ONLY AS DIRECTED**

Maximum Strength per 4-hour dose

## NIGHT TIME SEVERE COLD & FLU (cont'd)

**Drug Facts** (continued)

■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

**Other information**
■ each 20 mL contains: **sodium** 16 mg
■ store at 20-25°C (68-77°F)
■ do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, ascorbic acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, triacetin, triethyl citrate, water, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)

POWERFUL RELIEF
FOR YOUR NIGHT
+
A KICKSTART
FOR YOUR DAY

**reckitt**

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
© 2023 RB Health
3259828   D4II523

MENTHOL FLAVORED LIQUID          RELIEF FOR YOUR NIGHT

FOR AGES 12+

TWO - 6 FL OZ (180 mL) bottles          TOTAL - 12 FL OZ (360 mL)          FOR AGES 12+

3 63824 99697 4

## NIGHT TIME SEVERE COLD & FLU

### Drug Facts

#### Active Ingredients (in each 20 mL)                    Purposes
Acetaminophen 650 mg..................................Pain reliever/fever reducer
Dextromethorphan HBr 20 mg...............................Cough suppressant
Phenylephrine HCl 10 mg.......................................Nasal decongestant
Triprolidine HCl 2.5 mg...................................................Antihistamine

#### Uses
■ temporarily relieves these common cold and flu symptoms:
■ cough    ■ nasal congestion    ■ minor aches and pains    ■ sore throat
■ headache    ■ sinus congestion and pressure    ■ runny nose    ■ sneezing
■ itching of the nose or throat    ■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

#### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**    ■ liver disease    ■ heart disease
■ diabetes    ■ high blood pressure    ■ thyroid disease    ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product    ■ do not use more than directed**
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days

◄

---

**Tamper evident: Do not use if neckband on bottle cap is broken or missing.**

## KICKSTART SEVERE COLD & FLU

### Drug Facts

#### Active Ingredients (in each 20 mL)                    Purposes
Acetaminophen 650 mg..................................Pain reliever/fever reducer
Dextromethorphan HBr 20 mg...............................Cough suppressant
Guaifenesin 400 mg..................................................Expectorant
Phenylephrine HCl 10 mg.......................................Nasal decongestant

#### Uses
■ temporarily relieves these common cold and flu symptoms:
■ cough    ■ nasal congestion    ■ minor aches and pains    ■ sore throat
■ headache    ■ stuffy nose    ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

#### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 6 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**    ■ liver disease    ■ heart disease
■ diabetes    ■ high blood pressure    ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**

►







## Drug Facts

### Active ingredients (in each liquid gel)          Purposes
#### Mucinex FAST-MAX DAY Cold & Flu

| | |
|---|---|
| Acetaminophen 325 mg............Pain reliever/fever reducer | |
| Dextromethorphan HBr 10 mg...................Cough suppressant | |
| Guaifenesin 200 mg......................................Expectorant | |
| Phenylephrine HCl 5 mg............................Nasal decongestant | |

### Active ingredients (in each liquid gel)          Purposes
#### Mucinex FAST-MAX NIGHT Cold & Flu

| | |
|---|---|
| Acetaminophen 325 mg............Pain reliever/fever reducer | |
| Dextromethorphan HBr 10 mg...................Cough suppressant | |
| Doxylamine succinate 6.25 mg........................Antihistamine | |
| Phenylephrine HCl 5 mg............................Nasal decongestant | |

### Uses
- temporarily relieves these common cold and flu symptoms:
  - sinus congestion and pressure
  - cough
  - minor aches and pains
  - headache
  - nasal congestion
  - sore throat
  - runny nose (NIGHT only)
  - sneezing (NIGHT only)
  - itching of the nose or throat (NIGHT only)
  - itchy, watery eyes due to hay fever (NIGHT only)
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive (DAY only)
- controls cough to help you get to sleep
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 liquid gels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, ▶

## Drug Facts (continued)

or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- high blood pressure
- thyroid disease
- trouble urinating due to an enlarged prostate gland
- glaucoma (NIGHT only)
- a breathing problem such as emphysema or chronic bronchitis (NIGHT only)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers (NIGHT only)

**When using this product**
- do not use more than directed
- excitability may occur, especially in children (NIGHT only)
- marked drowsiness may occur (NIGHT only)
- alcohol, sedatives, and tranquilizers may increase drowsiness (NIGHT only)
- avoid alcoholic drinks (NIGHT only)
- be careful when driving a motor vehicle or operating machinery (NIGHT only)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 12 liquid gels in any 24-hour period
- adults and children 12 years of age and over: take 2 liquid gels every 4 hours
- children under 12 years of age: do not use

### Other information
- store at 20-25°C (68-77°F)
- avoid excessive heat ▶

## Drug Facts (continued)

### Inactive ingredients (DAY only)
FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

### Inactive ingredients (NIGHT only)
D&C yellow no. 10, FD&C blue no. 1, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

### Questions?
**1-866-MUCINEX (1-866-682-4639)**
You may also report side effects to this phone number.

*DAY COLD & FLU helps to relieve these symptoms day or night; NIGHT COLD & FLU helps to relieve these symptoms at night

**Maximum Strength per 4-hour dose**

**Do not take the Mucinex Fast-Max DAY COLD & FLU and Mucinex Fast-Max NIGHT COLD & FLU liquid gels at the same time. Always wait at least 4 hours before taking another dose of Mucinex liquid gels. Do not take more than a total of 12 liquid gels in any 24-hour period.**

**Take only as directed.**

**Keep carton for full information.**

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



## Drug Facts

| Active ingredients (in each liquid gel) Mucinex FAST-MAX DAY Cold & Flu | Purposes |
|---|---|
| Acetaminophen 325 mg.............Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg.....................Cough suppressant |
| Guaifenesin 200 mg......................................................Expectorant |
| Phenylephrine HCl 5 mg.............................Nasal decongestant |

| Active ingredients (in each liquid gel) Mucinex FAST-MAX NIGHT Cold & Flu | Purposes |
|---|---|
| Acetaminophen 325 mg.............Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg.......................Cough suppressant |
| Doxylamine succinate 6.25 mg............................Antihistamine |
| Phenylephrine HCl 5 mg.............................Nasal decongestant |

## Uses
■ temporarily relieves these common cold and flu symptoms:
- ■ sinus congestion and pressure
- ■ cough
- ■ headache
- ■ sore throat
- ■ minor aches and pains
- ■ nasal congestion
- ■ runny nose *(NIGHT only)*
- ■ sneezing *(NIGHT only)*
- ■ itching of the nose or throat *(NIGHT only)*
- ■ itchy, watery eyes due to hay fever *(NIGHT only)*
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive *(DAY only)*
■ controls cough to help you get to sleep
■ temporarily reduces fever

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 liquid gels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- ■ skin reddening
- ■ blisters
- ■ rash

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric,▶

## Drug Facts (continued)

or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**
- ■ liver disease
- ■ diabetes
- ■ thyroid disease
- ■ heart disease
- ■ high blood pressure

■ trouble urinating due to an enlarged prostate gland
■ glaucoma *(NIGHT only)*
■ a breathing problem such as emphysema or chronic bronchitis *(NIGHT only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(NIGHT only)*
**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children *(NIGHT only)*
■ marked drowsiness may occur *(NIGHT only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(NIGHT only)*
■ avoid alcoholic drinks *(NIGHT only)*
■ be careful when driving a motor vehicle or operating machinery *(NIGHT only)*
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 12 liquid gels in any 24-hour period
■ adults and children 12 years of age and over: take 2 liquid gels every 4 hours
■ children under 12 years of age: do not use

## Other information
■ store at 20-25°C (68-77°F)
■ avoid excessive heat ▶

**PARENTS:** Learn about teen medicine abuse    www.StopMedicineAbuse.org

**Drug Facts** (continued)

*Inactive ingredients (NIGHT only)*
D&C yellow no. 10, FD&C blue no. 1, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

**Drug Facts** (continued)

*Inactive ingredients (DAY only)*
FD&C yellow no. 6, gelatin, glycerin, hypromellose, isopropyl alcohol, lecithin, light mineral oil, polyethylene glycol, povidone, propylene glycol, sorbitol sorbitan solution, titanium dioxide, water

NDC 63824-940-26

## Mucinex

# FREEFROM

## COLD & FLU
### ☀ DAYTIME

ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
GUAIFENESIN – EXPECTORANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT

## COLD & FLU
### ☾ NIGHTTIME

ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT
TRIPROLIDINE HCl – ANTIHISTAMINE

FREEFROM–
ARTIFICIAL FLAVORS, COLORS, & DYES · ALCOHOL & SUGAR

### ELDERBERRY
& CHERRY NATURAL FLAVOR

FOR AGES 12+  TWO – 6 FL OZ (180 mL) BOTTLES  TOTAL – 12 FL OZ (360 mL)  FOR AGES 12+

---

**Drug Facts** (continued)
**Inactive ingredients**
**(Mucinex FREEFROM Cold & Flu Daytime)** ammonium glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium, flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Inactive ingredients**
**(Mucinex FREEFROM Cold & Flu Nighttime)** ammonium glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium, flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

Made in Mexico
Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
**Do not take Mucinex FREEFROM COLD & FLU DAYTIME and Mucinex FREEFROM COLD & FLU NIGHTTIME at the same time. Always wait at least 4 hours before taking another dose of Mucinex liquid. TAKE ONLY AS DIRECTED.**

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

---

No coating

---

Tamper evident: Do not use if neckband on bottle cap is broken or missing.

**Drug Facts**
**Active ingredients (in each 20 mL)** ... **Purposes**
**Mucinex FREEFROM Cold & Flu Daytime**
Acetaminophen 650 mg .... Pain reliever/fever reducer
Dextromethorphan HBr 20 mg .... Cough suppressant
Guaifenesin 400 mg .... Expectorant
Phenylephrine HCl 10 mg .... Nasal decongestant

**Drug Facts** (continued)
**Active ingredients (in each 20 mL)** .... **Purposes**
**Mucinex FREEFROM Cold & Flu Nighttime**
Acetaminophen 650 mg .... Pain reliever/fever reducer
Dextromethorphan HBr 20 mg .... Cough suppressant
Phenylephrine HCl 10 mg .... Nasal decongestant
Triprolidine HCl 2.5 mg .... Antihistamine

**Drug Facts** (continued)
**Uses**  **MUCINEX FREEFROM COLD & FLU DAYTIME**
■ temporarily relieves these common cold and flu symptoms:
■ cough  ■ nasal congestion  ■ minor aches and pains
■ sore throat  ■ headache  ■ stuffy nose
■ reduces nasal congestion and restore nasal pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
**MUCINEX FREEFROM COLD & FLU NIGHTTIME**
■ temporarily relieves these common cold and flu symptoms:
■ cough  ■ nasal congestion  ■ minor aches and pains
■ sore throat  ■ headache  ■ stuffy nose
■ runny nose  ■ sneezing  ■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

**Drug Facts** (continued)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers **(Nighttime only)**
**When using this product**  ■ do not use more than directed
■ excitability may occur, especially in children **(Nighttime only)**
■ marked drowsiness may occur **(Nighttime only)**
■ alcohol, sedatives, and tranquilizers may increase drowsiness
**(Nighttime only)**
■ be careful when driving a motor vehicle or operating machinery **(Nighttime only)**
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash or headache that lasts.
These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Drug Facts** (continued)
**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening  ■ blisters  ■ rash. If a skin reaction occurs, stop use and seek medical help right away. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**
■ liver disease         ■ heart disease         ■ diabetes
■ high blood pressure   ■ thyroid disease
■ glaucoma **(Nighttime only)**
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis **(Nighttime only)**
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Directions**
**MUCINEX FREEFROM COLD & FLU DAYTIME**
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL, in dosing cup provided every 4 hours
■ children under 12 years of age: do not use
**MUCINEX FREEFROM COLD & FLU NIGHTTIME**
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL, in dosing cup provided every 4 hours
■ children under 12 years of age: do not use
**Other Information**
■ each 20 mL contains: sodium 12 mg (Daytime only) and sodium 12 mg (Nighttime only)
■ store at 20-25°C (68-77°F)
■ do not refrigerate



HEALTH • HYGIENE • HOME
Questions?





Dextromethorphan HBr 10 mg.............................................Cough suppressant
Guaifenesin 200 mg...............................................................Expectorant
Phenylephrine HCl 5 mg..............................................Nasal decongestant

**Active ingredients** (in each caplet)                          **Purposes**
**Mucinex Nightshift Night Sinus**
Acetaminophen 325 mg.....................................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg........................................Cough suppressant
Phenylephrine HCl 5 mg..............................................Nasal decongestant
Triprolidine HCl 1.25 mg.....................................................Antihistamine

**Uses**
**Mucinex Sinus-Max Day Pressure, Pain & Cough**
■ temporarily relieves:
■ nasal congestion          ■ headache
■ minor aches and pains     ■ cough
■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Mucinex Nightshift Night Sinus**
■ temporarily relieves these common cold and flu symptoms:
■ cough        ■ nasal congestion      ■ minor aches and pains
■ sore throat  ■ headache               ■ sneezing
■ sinus congestion and pressure         ■ runny nose
■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 4,000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning** *(Nightshift Night Sinus only):* If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▼

## Reseal Area

**Drug Facts** (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**
■ liver disease       ■ heart disease       ■ diabetes
■ high blood pressure  ■ thyroid disease
■ glaucoma *(Nightshift Night Sinus only)*
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis *(Nightshift Night Sinus only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(Nightshift Night Sinus only)*
**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children *(Nightshift Night Sinus only)*
■ marked drowsiness may occur *(Nightshift Night Sinus only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(Nightshift Night Sinus only)*
■ avoid alcoholic drinks *(Nightshift Night Sinus only)*
■ use caution when driving a motor vehicle or operating machinery *(Nightshift Night Sinus only)*
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days

■ fever gets worse or lasts more than 3

Hinge

Hinge

## Drug Facts (continued)

■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions
### Mucinex Sinus-Max Day Pressure, Pain & Cough
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years of age and over: take 2 caplets every 4 hours
■ children under 12 years of age: do not use

### Mucinex Nightshift Night Sinus
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 8 caplets in any 24-hour period
■ adults and children 12 years of age and over: take 2 caplets every 4 hours
■ children under 12 years of age: do not use

## Other information ■ store at 20-25°C (68-77°F)

## Inactive ingredients
### Mucinex Sinus-Max Day Pressure, Pain & Cough
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

## Inactive ingredients
### Mucinex Nightshift Night Sinus
croscarmellose sodium, crospovidone, ferric oxide, hydroxypropyl cellulose, mica, microcrystalline cellulose, polyvinyl alcohol, polyvinyl alcohol polyethylene glycol copolymer, povidone, silicon dioxide, stearic acid, talc, titanium dioxide

## Questions? 1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.



**Pediatrician Recommended**

# VALUE PACK

DAYTIME            NIGHTTIME

## Mucinex Children's
## FREEFROM

**MULTI-SYMPTOM**
### COLD, FLU & SORE THROAT
ACETAMINOPHEN PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
GUAIFENESIN – EXPECTORANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT

**MULTI-SYMPTOM**
### COLD & FLU NIGHTTIME
ACETAMINOPHEN PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT
TRIPROLIDINE HCl – ANTIHISTAMINE

**FREEFROM ARTIFICIAL FLAVORS, COLORS, & DYES • ALCOHOL & SUGAR**

**ELDERBERRY** & CHERRY NATURAL FLAVOR

**AGES 6+ YRS.**

4 FL OZ (118 mL)    8 FL OZ (236 mL) TOTAL    4 FL OZ (118 mL)

---

**MULTI-SYMPTOM COLD & FLU NIGHTTIME – Ages 6+ YRS. (cont'd)**

## Drug Facts

### Active ingredients (in each 10 mL)    Purposes
Acetaminophen 320 mg ............ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ......... Cough suppressant
Phenylephrine HCl 5 mg .......... Nasal decongestant
Triprolidine HCl 1.25 mg ............. Antihistamine

### Uses
temporarily relieves these common cold and flu symptoms:
- minor aches and pains
- headache
- nasal congestion
- sneezing
- cough
- sore throat
- temporarily reduces fever (and relieves runny nose and sneezing)

### Warnings
**Liver warning:** This product contains acetaminophen.

### Directions

### Other information

### Inactive ingredients

---

**DAYTIME MULTI-SYMPTOM COLD, FLU & SORE THROAT – Ages 6+ YRS.**

## Drug Facts

### Active ingredients (in each 10 mL)    Purposes
Acetaminophen 320 mg .............. Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ...... Cough suppressant
Guaifenesin 100 mg ................ Expectorant
Phenylephrine HCl 5 mg ............ Nasal decongestant

### Uses

### Warnings
**Liver warning:** This product contains acetaminophen.

### Directions

### Other information

---

**SEE/READ COMPLETE COLD, FLU & SORE THROAT – Ages 6+ YRS. (cont'd)**

## Drug Facts

### Stop use and ask a doctor if

### Keep out of reach of children.

### Directions

### Other information

### Inactive ingredients

**Keep cartons for full information.**

**Questions? 1-866-MUCINEX (1-866-682-4639)**

Please refer to dosing directions in the individual Drug Facts boxes.

Please visit our website www.mucinex.com

---

**MULTI-SYMPTOM COLD & FLU NIGHTTIME – Ages 6+ YRS. (cont'd)**

### When using this product

### Stop use and ask a doctor if

### Directions

### Other information

### Inactive ingredients

**Questions? 1-866-MUCINEX (1-866-682-4639)**

**PARENTS:**
www.StopMedicineAbuse.org

**Questions? 1-866-MUCINEX (1-866-682-4639)**



Pediatrician Recommended†

## TRIPLE PACK INCLUDES:

2X ☀ DAYTIME        1X 🌙 NIGHTTIME

**Mucinex Children's**

## FREEFROM

MULTI-SYMPTOM
### COLD, FLU
& SORE THROAT
ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
GUAIFENESIN – EXPECTORANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT

MULTI-SYMPTOM
### COLD & FLU
NIGHTTIME
ACETAMINOPHEN – PAIN RELIEVER/FEVER REDUCER
DEXTROMETHORPHAN HBr – COUGH SUPPRESSANT
PHENYLEPHRINE HCl – NASAL DECONGESTANT
TRIPROLIDINE HCl – ANTIHISTAMINE

FREEFROM
ARTIFICIAL FLAVORS, COLORS & DYES • ALCOHOL & SUGAR

ELDERBERRY
& CHERRY NATURAL FLAVOR
AGES 6+ YRS.

THREE – 4 FL. OZ (118 mL) bottles        TOTAL – 12 FL OZ (354 mL)

NDC 63824-145-34

---

### MULTI-SYMPTOM COLD & FLU NIGHTTIME – Ages 6+ YRS.

**Drug Facts**

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |
| Triprolidine HCl 1.25 mg | Antihistamine |

**Uses**
- temporarily relieves these common cold and flu symptoms:
  - minor aches and pains
  - sore throat
  - runny nose
  - cough
  - headache
  - nasal congestion
  - sneezing
  - stuffy nose
- temporarily reduces fever
- controls cough to help your child get to sleep

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if your child takes:
- more than 1625 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- to make a child sleep
- in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

Ask a doctor before use if the child has
- liver disease
- high blood pressure
- a breathing problem such as chronic bronchitis
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)
- heart disease
- thyroid disease
- diabetes
- glaucoma

Ask a doctor or pharmacist before use if the child is
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers ▶

---

### MULTI-SYMPTOM COLD & FLU NIGHTTIME – Ages 6+ YRS. (cont'd)

**Drug Facts** (continued)

When using this product
- do not use more than directed (see Overdose warning)
- excitability may occur, especially in children
- may cause marked drowsiness
- sedatives and tranquilizers may increase drowsiness

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

Keep out of reach of children.
Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 4 doses in any 24-hour period
- children under 6 years of age: do not use

**Other information**
- each 10 mL contains: sodium 6 mg

---

### DAYTIME MULTI-SYMPTOM COLD, FLU & SORE THROAT – Ages 6+ YRS.

**Drug Facts**

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves these common cold and flu symptoms:
  - cough
  - minor aches and pains
  - sinus congestion and pressure
  - nasal congestion
  - sore throat
  - headache
  - stuffy nose
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if your child takes:
- more than 5 doses in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use

---

### DAYTIME MULTI-SYMPTOM COLD, FLU & SORE THROAT – Ages 6+ YRS. (cont'd)

**Drug Facts** (continued)

Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

Keep out of reach of children.
Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
- this product does not contain directions or complete warnings for adult use
- do not give more than directed (see Overdose warning)
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- children 6 to under 12 years of age: 10 mL in dosing cup provided every 4 hours while symptoms last; do not give more than 5 doses in any 24-hour period
- children under 6 years of age: do not use

**Other information**
- each 10 mL contains: sodium 6 mg
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium,

---

**Mucinex Children's**

## FREEFROM

🫘 NO ARTIFICIAL COLOR OR DYES

🫘 NO ARTIFICIAL FLAVORS

🫘 ALCOHOL & SUGAR FREE

## TRIPLE



■ store at 20-25°C (68-77°F)    ■ do not refrigerate

**Inactive ingredients** ammonium glycyrrhizate, anhydrous citric acid, cochineal carmine, edetate disodium, flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

US Patents: www.rb.com/patients
Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
Made in Mexico ©2020 RB Health    HEALTH • HYGIENE • HOME

with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ liver disease    ■ heart disease    ■ diabetes
■ high blood pressure    ■ thyroid disease
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if the child is** taking the blood thinning drug warfarin

**When using this product do not use more than directed** (see Overdose warning) ▶

flavors, glycerin (soy), maltodextrin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions?** 1-866-MUCINEX (1-866-682-4639)

**Keep cartons for full information.**
¹as an OTC brand in the Children's Cough/Cold category (AlphaImpactRxProVoice Survey)

DO NOT GIVE THE MUCINEX CHILDREN'S DAYTIME MULTI-SYMPTOM COLD, FLU & SORE THROAT AND MUCINEX CHILDREN'S MULTI-SYMPTOM COLD & FLU NIGHTTIME LIQUIDS AT THE SAME TIME. ALWAYS WAIT AT LEAST 4 HOURS BEFORE GIVING ANOTHER DOSE OF MUCINEX CHILDREN'S LIQUID. DO NOT GIVE MORE THAN A TOTAL OF 5 DOSES IN ANY 24-HOUR PERIOD.

Please refer to dosing directions in the individual Drug Facts labels.

Please visit our website www.mucinex.com

**PACK INCLUDES:**
☀ 2 DAYTIME
2 x 4 fl oz Bottles
🌙 1 NIGHTTIME
1 x 4 fl oz Bottle

3 63824 97337 1

061820  3155876





Do not take the Mucinex Fast-Max Day Severe Congestion & Cough and Mucinex Nightshift Night Cold & Flu caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. TAKE ONLY AS DIRECTED.

## Drug Facts

| Active ingredients (in each caplet) | Purposes |
|---|---|
| **Mucinex Fast-Max Day Severe Congestion & Cough** | |
| Dextromethorphan HBr 10 mg..................................................... | Cough suppressant |
| Guaifenesin 200 mg..................................................................... | Expectorant |
| Phenylephrine HCl 5 mg.............................................................. | Nasal decongestant |
| **Active ingredients (in each caplet)** | **Purposes** |



PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION

**Mucinex Nightshift Night Cold & Flu**

| Acetaminophen 325 mg................................................................................Pain reliever/fever reducer |
|---|
| Dextromethorphan HBr 10 mg....................................................................Cough suppressant |
| Triprolidine HCl 1.25 mg..............................................................................Antihistamine |

## Uses
### Mucinex Fast-Max Day Severe Congestion & Cough
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the impulse to cough to help you get to sleep    ■ the intensity of coughing
  - nasal congestion due to a cold

### Mucinex Nightshift Night Cold & Flu
- temporarily relieves these common cold and flu symptoms:
  - cough    ■ minor aches and pains    ■ sore throat
  - headache    ■ runny nose    ■ sneezing
  - itching of the nose or throat    ■ itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

## Warnings
**Liver warning (Nightshift Night Cold & Flu only):** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert (Nightshift Night Cold & Flu only):** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning (Nightshift Night Cold & Flu only):** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly. ▼

---

Reseal Area

## Drug Facts (continued)

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. **(Nightshift Night Cold & Flu only)**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease **(Nightshift Night Cold & Flu only)**
- heart disease **(Fast-Max Day Severe Congestion & Cough only)**
- high blood pressure **(Fast-Max Day Severe Congestion & Cough only)**
- thyroid disease **(Fast-Max Day Severe Congestion & Cough only)**
- diabetes **(Fast-Max Day Severe Congestion & Cough only)**
- glaucoma **(Nightshift Night Cold & Flu only)**
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis **(Nightshift Night Cold & Flu only)**
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin **(Nightshift Night Cold & Flu only)**
- taking sedatives or tranquilizers **(Nightshift Night Cold & Flu only)**

**When using this product**
- do not use more than directed
- excitability may occur, especially in children **(Nightshift Night Cold & Flu only)**
- marked drowsiness may occur **(Nightshift Night Cold & Flu only)**
- alcohol, sedatives, and tranquilizers may increase drowsiness **(Nightshift Night Cold & Flu only)**
- avoid alcoholic drinks **(Nightshift Night Cold & Flu only)**
- use caution when driving a motor vehicle or operating machinery **(Nightshift Night Cold & Flu only)**

**Stop use and ask a doctor if**
- pain or cough gets worse or lasts more than 7 days **(Nightshift Night Cold & Flu only)**
- fever gets worse or lasts more than 3 days **(Nightshift Night Cold & Flu only)** ▼





## Drug Facts (continued)

- redness or swelling is present **(Nightshift Night Cold & Flu only)**
- new symptoms occur **(Nightshift Night Cold & Flu only)**
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition. **(Nightshift Night Cold & Flu only)**
- nervousness, dizziness, or sleeplessness occur **(Fast-Max Day Severe Congestion & Cough only)**
- symptoms do not get better within 7 days or occur with fever **(Fast-Max Day Severe Congestion & Cough only)**
- cough lasts more than 7 days, comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition. **(Fast-Max Day Severe Congestion & Cough only)**

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Overdose warning (Nightshift Night Cold & Flu only):** Taking more than the recommended dose (overdose) may cause liver damage. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions

### Mucinex Fast-Max Day Severe Congestion & Cough
- do not take more than directed
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Mucinex Nightshift Night Cold & Flu
- do not take more than directed (see Overdose warning)
- do not take more than 8 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

## Other information
- store at 20-25°C (68-77°F)

## Inactive ingredients Mucinex Fast-Max Day Severe Congestion & Cough
croscarmellose sodium, FD&C blue no. 2 aluminum lake, FD&C red no. 40 aluminum lake, methacrylic acid-ethyl acrylate copolymer, mica, microcrystalline cellulose, polyethylene glycol 3350, polysorbate 80, polyvinyl alcohol, povidone K29/32, sodium bicarbonate, talc, titanium dioxide

## Inactive ingredients Mucinex Nightshift Night Cold & Flu
croscarmellose sodium, crospovidone, hypromellose, microcrystalline cellulose, polyethylene glycol, polysorbate 80, povidone, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.



**Drug Facts** (continued)

**Other information**
- each 20 mL contains: sodium 9 mg (Severe Congestion & Pain Clear & Cool only) and sodium 16 mg (Nightshift Sinus Clear & Cool only)
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients**
**(Mucinex Sinus-Max Severe Congestion & Pain Clear & Cool)** anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, trisodium citrate dihydrate*, xanthan gum
*may contain this ingredient

**Inactive ingredients**
**(Mucinex Nightshift Sinus Clear & Cool)** ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, water, xanthan gum

Do not take Mucinex Sinus-Max Severe Congestion & Pain Clear & Cool and Mucinex Nightshift Sinus Clear & Cool at the same time. Always wait at least 4 hours before taking another dose of Mucinex liquid. **TAKE ONLY AS DIRECTED.**





## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| **Mucinex Sinus-Max** | |
| **SEVERE CONGESTION & PAIN CLEAR & COOL** | |
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

## Drug Facts (continued)

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| **Mucinex Nightshift** | |
| **Sinus Clear & Cool** | |
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |
| Triprolidine HCl 2.5 mg | Antihistamine |

## **Drug Facts** (continued)

**Uses    Mucinex Sinus-Max SEVERE CONGESTION & PAIN**
**CLEAR & COOL**
■ temporarily relieves:
■ nasal congestion    ■ headache    ■ minor aches and pains
■ sinus congestion and pressure
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to
rid the bronchial passageways of bothersome mucus and
make coughs more productive

**Mucinex Nightshift Sinus Clear & Cool**
■ temporarily relieves these common cold and flu symptoms:
■ cough       ■ nasal congestion    ■ minor aches and pains
■ sore throat    ■ headache
■ sinus congestion and pressure       ■ runny nose
■ sneezing    ■ itching of the nose or throat
■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

## **Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver
damage may occur if you take:
■ more than 4000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions.
Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning (Nightshift Sinus Clear & Cool only):** If sore
throat is severe, persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or vomiting, consult a
doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or
nonprescription). If you are not sure whether a drug contains
acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor
(MAOI) (certain drugs for depression, psychiatric, or emotional
conditions, or Parkinson's disease), or for 2 weeks after stopping
the MAOI drug. If you do not know if your prescription drug contains
an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease    ■ heart disease    ■ diabetes
■ high blood pressure
■ thyroid disease
■ glaucoma **(Nightshift Sinus Clear & Cool only)**
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
**(Nightshift Sinus Clear & Cool only)**
■ persistent or chronic cough such as occurs with smoking,
asthma, chronic bronchitis, or emphysema    ▶

## **Drug Facts** (continued)

■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers **(Nightshift Sinus Clear & Cool only)**

**When using this product    ■ do not use more than directed**
■ excitability may occur, especially in children **(Nightshift Sinus
Clear & Cool only)**
■ marked drowsiness may occur **(Nightshift Sinus Clear & Cool
only)**
■ alcohol, sedatives, and tranquilizers may increase drowsiness
**(Nightshift Sinus Clear & Cool only)**
■ avoid alcoholic drinks **(Nightshift Sinus Clear & Cool only)**
■ use caution when driving a motor vehicle or operating machinery
**(Nightshift Sinus Clear & Cool only)**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than
7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose
(overdose) may cause liver damage. In case of overdose, get
medical help or contact a Poison Control Center right away. Quick
medical attention is critical for adults as well as for children even if
you do not notice any signs or symptoms.

## **Directions**
**MUCINEX SINUS-MAX SEVERE CONGESTION & PAIN
CLEAR & COOL**
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in
dosing cup provided every 4 hours
■ children under 12 years of age: do not use

**MUCINEX NIGHTSHIFT SINUS CLEAR & COOL**
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in
dosing cup provided every 4 hours
■ children under 12 years of age: do not use    ▼





**Drug Facts** (continued)

**Other information**

- each 20 mL contains: **sodium 9 mg (Fast-Max Cold & Flu Arctic Burst only) and sodium 16 mg (Nightshift Severe Cold & Flu Arctic Burst only)**
- store at 20-25°C (68-77°F)
- do not refrigerate

**Inactive ingredients**
*(MUCINEX FAST-MAX COLD & FLU ARCTIC BURST)*
anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin, propyl gallate, propylene glycol, sodium benzoate, sodium citrate, sorbitol, sucralose, water, xanthan gum

**Inactive ingredients**
*(MUCINEX NIGHTSHIFT SEVERE COLD & FLU ARCTIC BURST)*
ammonium glycyrrhizate, anhydrous citric acid, D&C yellow no. 10, edetate disodium, FD&C blue no. 1, flavors, glycerin (soy), propylene glycol, sodium benzoate, sorbitol, sucralose, water, xanthan gum

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Made in England

## Drug Facts

**Active ingredients (in each 20 mL)   Purposes**
**MUCINEX FAST-MAX COLD & FLU ARCTIC BURST**

| | |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant ▶ |

## Drug Facts (continued)

**Active ingredients (in each 20 mL)   Purposes**
**MUCINEX NIGHTSHIFT SEVERE COLD & FLU ARCTIC BURST**

| | |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |
| Triprolidine HCl 2.5 mg | Antihistamine ▼ |

## Drug Facts (continued)

**Uses   MUCINEX FAST-MAX COLD & FLU ARCTIC BURST**
■ temporarily relieves these common cold and flu symptoms:
   ■ cough   ■ nasal congestion   ■ minor aches and pains
   ■ sore throat   ■ headache   ■ stuffy nose
   ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**MUCINEX NIGHTSHIFT SEVERE COLD & FLU ARCTIC BURST**
■ temporarily relieves these common cold and flu symptoms:
   ■ cough   ■ nasal congestion   ■ minor aches and pains
   ■ sore throat   ■ headache   ■ sneezing
   ■ sinus congestion and pressure   ■ runny nose
   ■ itching of the nose or throat
   ■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease
■ heart disease   ■ diabetes   ■ high blood pressure
■ thyroid disease
■ glaucoma **(Nightshift Severe Cold & Flu Arctic Burst only)**
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis **(Nightshift Severe Cold & Flu Arctic Burst only)**
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus) ▶

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers
   **(Nightshift Severe Cold & Flu Arctic Burst only)**
**When using this product** ■ do not use more than directed
■ excitability may occur, especially in children
   **(Nightshift Severe Cold & Flu Arctic Burst only)**
■ marked drowsiness may occur
   **(Nightshift Severe Cold & Flu Arctic Burst only)**
■ alcohol, sedatives, and tranquilizers may increase drowsiness
   **(Nightshift Severe Cold & Flu Arctic Burst only)**
■ avoid alcoholic drinks
   **(Nightshift Severe Cold & Flu Arctic Burst only)**
■ use caution when driving a motor vehicle or operating machinery
   **(Nightshift Severe Cold & Flu Arctic Burst only)**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions

**MUCINEX FAST-MAX COLD & FLU ARCTIC BURST**
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use
**MUCINEX NIGHTSHIFT SEVERE COLD & FLU ARCTIC BURST**
■ do not take more than directed (see Overdose warning)
■ do not take more than 4 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use ▼





Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

**MAXIMUM STRENGTH**

**Mucinex®**
**FAST-MAX** **NIGHTSHIFT**

**DAY COLD & FLU**    **NIGHT SEVERE COLD & FLU**

**FAST RELEASE. POWERFUL SYMPTOM RELIEF!**

**MAXIMUM STRENGTH**    NDC 72854-241-20

**Mucinex®**
**FAST-MAX** **NIGHTSHIFT**

**DAY**
**COLD & FLU**
Acetaminophen – Pain Reliever/ Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

**NIGHT**
**SEVERE COLD & FLU**
Acetaminophen – Pain Reliever/ Fever Reducer
Dextromethorphan HBr – Cough Suppressant
Phenylephrine HCl – Nasal Decongestant
Triprolidine HCl – Antihistamine

**ALL IN ONE***
SORE THROAT · FEVER · HEADACHE · BODY PAIN · CHEST CONGESTION · COUGH · SINUS CONGESTION · NASAL CONGESTION · SINUS PRESSURE

**ALL IN ONE***
SORE THROAT · FEVER · HEADACHE · BODY PAIN · ITCHY THROAT · COUGH · SNEEZING · NASAL CONGESTION · RUNNY NOSE

**ACTUAL SIZE**
**FOR AGES 12+**

**FAST RELEASE**

**ACTUAL SIZE**
**FOR AGES 12+**

**12 CAPLETS**    **TOTAL 20 CAPLETS**    **8 CAPLETS**

LOT:
EXP.:
MADE IN:
3176344

Do not take the Mucinex Fast-Max Day Cold & Flu and Mucinex Nightshift Night Severe Cold & Flu caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets. TAKE ONLY AS DIRECTED.

**Drug Facts**

| Active ingredients (in each caplet) | Purposes |
| --- | --- |

*Side panel (left):*

**Mucinex®**
**FAST-MAX** **NIGHTSHIFT**
**MAXIMUM STRENGTH**

**DAY COLD & FLU**    **NIGHT SEVERE COLD & FLU**

Maximum Strength per 4-hour dose
Keep carton for full information.

"Fast-Max Day Cold & Flu helps to relieve these symptoms day or night; Nightshift Night Severe Cold & Flu helps to relieve these symptoms at night.
Take the Mucinex Fast-Max Day Cold & Flu and Mucinex Nightshift Night Severe Cold & Flu caplets at the same time. Do not take the Mucinex Fast-Max Day Cold & Flu and Mucinex Nightshift Night Severe Cold & Flu caplets at the same time. Always wait at least 4 hours before taking another dose of Mucinex caplets.
TAKE ONLY AS DIRECTED.

**PARENTS:** Learn about teen medicine abuse.
www.StopMedicineAbuse.org

*Side panel (right):*

**Questions?**
1-866-MUCINEX (1-866-682-4639)
You may also report side effects to this phone number.

HEALTH · HYGIENE · HOME
www.mucinex.com
Patents: www.rb.com/patents

Dist. by: RB Health (US)
Parsippany, NJ 07054-0224
©2021 RB Health

3176344   012721

3 63824 99531 1



**Mucinex Fast-Max Day Cold & Flu**

| | |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Active ingredients (in each caplet)**    **Purposes**
**Mucinex Nightshift Night Severe Cold & Flu**

| | |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |
| Triprolidine HCl 1.25 mg | Antihistamine |

**Uses**

**Mucinex Fast-Max Day Cold & Flu**
■ temporarily relieves these common cold and flu symptoms:
- ■ cough
- ■ nasal congestion
- ■ minor aches and pains
- ■ sore throat
- ■ headache
- ■ stuffy nose
- ■ sinus congestion and pressure
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Mucinex Nightshift Night Severe Cold & Flu**
■ temporarily relieves these common cold and flu symptoms:
- ■ cough
- ■ nasal congestion
- ■ minor aches and pains
- ■ sore throat
- ■ headache
- ■ sneezing
- ■ sinus congestion and pressure
- ■ runny nose
- ■ itching of the nose or throat
- ■ itchy, watery eyes due to hay fever
■ temporarily reduces fever
■ controls cough to help you get to sleep

**Warnings**
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if you take:
■ more than 4,000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions.
Symptoms may include:    ■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away. ▼

PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION

010621

---

Reseal Area

**Drug Facts** (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- ■ liver disease
- ■ heart disease
- ■ diabetes
- ■ high blood pressure
- ■ thyroid disease
■ glaucoma *(Nightshift Night Severe Cold & Flu only)*
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis *(Nightshift Night Severe Cold & Flu only)*
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers *(Nightshift Night Severe Cold & Flu only)*

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children *(Nightshift Night Severe Cold & Flu only)*
■ marked drowsiness may occur *(Nightshift Night Severe Cold & Flu only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness *(Nightshift Night Severe Cold & Flu only)*
■ avoid alcoholic drinks *(Nightshift Night Severe Cold & Flu only)*
■ use caution when driving a motor vehicle or operating machinery *(Nightshift Night Severe Cold & Flu only)* ▼



Hinge

Hinge

## Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Directions

### Mucinex Fast-Max Day Cold & Flu
- **do not take more than directed (see Overdose warning)**
- do not take more than 12 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

### Mucinex Nightshift Night Severe Cold & Flu
- **do not take more than directed (see Overdose warning)**
- do not take more than 8 caplets in any 24-hour period
- adults and children 12 years of age and over: take 2 caplets every 4 hours
- children under 12 years of age: do not use

## Other information
- store at 20-25°C (68-77°F)

## Inactive ingredients Mucinex Fast-Max Day Cold & Flu
croscarmellose sodium, crospovidone, FD&C red no. 40 aluminum lake, FD&C yellow no. 6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, talc, titanium dioxide

## Inactive ingredients Mucinex Nightshift Night Severe Cold & Flu
croscarmellose sodium, crospovidone, ferric oxide, hydroxypropyl cellulose, mica, microcrystalline cellulose, polyvinyl alcohol, polyvinyl alcohol polyethylene glycol copolymer, povidone, silicon dioxide, stearic acid, talc, titanium dioxide

**Questions?** 1-866-MUCINEX (1-866-682-4639) You may also report side effects to this phone number.