# Target Corporation

## -PE Product Labels –



Varnish Omit Area

SAFETY SEALED: DO NOT USE IF THE INDIVIDUAL BLISTER UNIT IS OPEN OR TORN

READ AND KEEP CARTON FOR COMPLETE WARNINGS AND INFORMATION

## Drug Facts

| Active ingredients (in each softgel) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion & pressure ■ cough due to minor throat & bronchial irritation ■ cough to help you sleep ■ minor aches & pains ■ headache ■ fever ■ sore throat runny nose & sneezing ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 8 softgels in 24 hrs, which is the maximum daily amount for this product ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ Skin reddening ■ Blisters ■ Rash If a skin reaction occurs, stop use and seek medical help right away

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ trouble urinating due to enlarged prostate gland

**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product** ■ **do not use more than directed** ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, & tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

Lot #:
Exp. Date:

Print/Varnish Omit Area

**Questions? Call 1-877-290-4008**
Dist. by Target Corp., Mpls., MN 55403
**Made in India**
TM & ©2020 Target Brands, Inc.
*This product is not manufactured or distributed by Procter & Gamble, owner of the registered trademarks Vicks® NyQuil® Severe Cold & Flu.
626T 0520

Recycle if Clean & Dry
PAPER BOX
MULTI-LAYER TRAY
how2recycle.info

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 R01 C-001227-01-055
3 49483 62624 7

**Drug Facts** (continued)

**Directions**
■ take only as directed ■ do not exceed 8 softgels per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 2 softgels with water every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Drug Facts** (continued)

**Other information** ■ do not exceed 25°C

**Inactive ingredients**
FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitol sorbitan solution, titanium dioxide

NDC 11673-983-24

**Compare to** active ingredients in **Vicks® NyQuil® Severe Cold & Flu***

# cold and flu
## nighttime severe

**acetaminophen**
phenylephrine HCl
dextromethorphan HBr
doxylamine succinate

minor aches and pains, fever
nasal congestion and sinus pressure
sneezing, runny nose
cough

nighttime relief

up&up™

ACTUAL SIZE

24 SOFTGELS

24 SOFTGELS

Print/Varnish Omit Area

Varnish Omit Area

SAFETY SEALED: DO NOT USE IF THE INDIVIDUAL BLISTER UNIT IS OPEN OR TORN

READ AND KEEP CARTON FOR COMPLETE WARNINGS AND INFORMATION

**Questions? Call 1-877-206-4008**
Distributed by Target Corporation
Minneapolis, MN 55403
**Made in India.** TM & © 2020 Target Brands, Inc.
*This product is not manufactured or distributed by Reckitt
Benckiser LLC, owner of the registered trademark
Mucinex® Fast-Max® Cold & Flu.

# Drug Facts

| Active ingredients (in each softgel) | Purpose |
|---|---|
| Acetaminophen 325 mg ......................................... | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg ............................... | Cough suppressant |
| Guaifenesin 200 mg ............................................... | Expectorant |
| Phenylephrine HCl 5 mg ........................................ | Nasal decongestant |

**Uses**
■ temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ headache ■ cough ■ minor aches & pains ■ sore throat ■ temporarily reduces fever ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 softgels in 24 hrs, which is the maximum daily amount for this product
■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ Skin reddening ■ Blisters ■ Rash. If a skin reaction occurs, stop use and seek medical help right away
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ diabetes ■ high blood pressure ■ thyroid disease ■ trouble urinating due to enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product,** do not use more than directed.

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ◆

**Drug Facts (continued)**
**Directions**
■ **do not take more than directed (see Overdose warning)**
**Directions**
■ do not exceed more than 12 softgels in any 24-hour period
■ adults and children 12 years of age and older: take 2 softgels every 4 hours
■ children under 12 years of age: do not use

**Drug Facts (continued)**
**Other information**
■ store at 20-25°C (68-77°F) ■ avoid excessive heat
**Inactive ingredients** FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitol sorbitan solution, titanium dioxide

**Lot #:**
**Exp. Date:**

Print/Varnish Omit Area

NDC 11673-978-16

Compare to active ingredients in
Mucinex® Fast-Max® Cold & Flu*

# maximum strength
# cold and flu

**acetaminophen**
**dextromethorphan HBr**
**guaifenesin**
**phenylephrine HCl**

fast dissolving softgels

relieves aches, fever and
sore throat controls cough
relieves nasal and chest
congestion thins and
loosens mucus

**up&up**

ACTUAL SIZE

AGES
**12+**
YEARS

**16 SOFTGELS**

Varnish Omit Area

Print/Varnish Omit Area

Varnish Omit Area







**daytime cold and flu**
acetaminophen (pain reliever/fever reducer)
dextromethorphan HBr (cough suppressant)
guaifenesin (expectorant)
phenylephrine HCl (nasal decongestant)

minor aches and pains, fever, nasal congestion and sinus pressure, sore throat, cough, chest congestion

Compare to active ingredients in Maximum Strength Mucinex® Fast-Max® Cold & Flu*

MAX STRENGTH
up & up
AGES 12+ YEARS
TOTAL 12 FL OZ (355 mL)

**nighttime severe cold and flu**
acetaminophen (pain reliever/ fever reducer)
dextromethorphan HBr (cough suppressant)
phenylephrine HCl (nasal decongestant)
triprolidine HCl (antihistamine)

minor aches and pains, fever, nasal congestion, sore throat, sneezing, itchy throat, runny nose, cough

Compare to active ingredients in Maximum Strength Mucinex® Nightshift® Severe Cold & Flu*

NDC 11673-779-06

MAX STRENGTH
up & up
AGES 12+ YEARS
2 x 6 FL OZ (177 mL) EACH

## Children's Day Time Cold + Cough Drug Facts

### Drug Facts (continued)

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children.
In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter

| Age | Dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children 6 to 11 years | 10 mL every 4 hours |
| children under 6 years | do not use |

**Other information**
- each 10 mL contains: sodium 4 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients**
citric acid, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose

**Questions or comments?**
Call 1-866-390-0624

*This product is not manufactured or distributed by Pfizer Consumer Healthcare, distributor of Children's Dimetapp® Cold & Cough.*

100% satisfaction guaranteed
or your money back.

Distributed by Target Corporation
Minneapolis, MN 55403
©2017 Target Brands, Inc.

## Children's Night Time Cold + Congestion Drug Facts

### Drug Facts

**Active ingredients**
(in each 10 mL)                    **Purposes**
Diphenhydramine HCl 12.5 mg .......... Antihistamine/Cough suppressant
Phenylephrine HCl 5 mg ..................... Nasal decongestant

**Uses**
- temporarily relieves these symptoms occurring with a cold, hay fever, or other upper respiratory allergies
  ■ nasal congestion  ■ cough  ■ runny nose  ■ sneezing
  ■ itchy, watery eyes  ■ itching of the nose or throat

**Warnings**
Do not use
- to sedate a child or to make a child sleepy
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- with any other product containing diphenhydramine, even one applied to skin

**Ask a doctor before use if you have**
- heart disease   ■ high blood pressure   ■ thyroid disease
- diabetes            ■ glaucoma
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- a breathing problem or chronic cough that lasts or occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking any other over-the-counter drugs that cause drowsiness
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

**Stop use and ask a doctor if**
- you get nervous, dizzy, or sleepless
- symptoms do not get better within 7 days or occur with a fever
- cough lasts more than 7 days, comes back, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

## Children's Night Time Cold + Congestion Drug Facts

### Drug Facts (continued)

**Directions**
- do not take more than 6 doses in any 24-hour period
- do not exceed recommended dosage
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter

| Age | Dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children 6 to under 12 years | 10 mL every 4 hours |
| children under 6 years | do not use |

**Other information**
- each 10 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F)
- do not refrigerate
- protect from light

**Inactive ingredients** acesulfame potassium, anhydrous citric acid, D&C red #33, FD&C blue #1, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium benzoate, trisodium citrate dihydrate

**Questions or comments?**
Call 1-800-910-6874

*This product is not manufactured or distributed by Pfizer Consumer Healthcare, distributor of Children's Dimetapp® Nighttime Cold & Congestion.*

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF PRINTED SAFETY SEAL AROUND BOTTLE OR INNER CAP IS BROKEN OR MISSING.

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION



PAPER   PLASTIC  PLASTIC
 BOX      BOTTLE    SEAL



Compare to active ingredients in Children's Dimetapp® Cold & Cough*

# children's day time cold + cough

**brompheniramine maleate 2 mg**
(antihistamine)
**dextromethorphan HBr 10 mg**
(cough suppressant)
**phenylephrine HCl 5 mg**
(nasal decongestant)

cough
itchy, watery eyes
runny nose
sneezing
stuffy nose
itching of the nose or throat
alcohol free



up&up

GRAPE FLAVOR

DOSING CUP INCLUDED

AGES 6+ YEARS

4 FL OZ (118 mL)
8 FL OZ (236 mL) TOTAL

NDC 11673-069-08

Compare to active ingredients in Children's Dimetapp® Nighttime Cold & Congestion**

day + night value pack

# children's night time cold + congestion

**diphenhydramine HCl 12.5 mg**
(antihistamine/cough suppressant)
**phenylephrine HCl 5 mg**
(nasal decongestant)

stuffy nose
runny nose
sneezing
itchy, watery eyes
cough

GRAPE FLAVOR

DOSING CUP INCLUDED

AGES 6+ YEARS

4 FL OZ (118 mL)

094 14 0026  R01
IDC 000321-01-110



7  15256 33608  6

RLD 62813   FC82470
RLD 6375A

Lot No.:

## Children's Day Time Cold + Cough Drug Facts

### Drug Facts

**Active ingredients**
(in each 10 mL)                    **Purposes**
Brompheniramine maleate 2 mg .......... Antihistamine
Dextromethorphan HBr 10 mg ........... Cough suppressant
Phenylephrine HCl 5 mg .................. Nasal decongestant

**Uses**
- temporarily relieves cough due to minor throat and bronchial irritation occurring with a cold, and nasal congestion due to the common cold, hay fever or other upper respiratory allergies
- temporarily relieves these symptoms due to hay fever allergic rhinitis:
  ■ runny nose   ■ itchy, watery eyes
  ■ sneezing      ■ itching of the nose or throat
- temporarily restores free breathing through the nose

**Warnings**
Do not use
- to sedate a child or to make a child sleepy
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease      ■ high blood pressure
- thyroid disease    ■ diabetes      ■ glaucoma
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- a breathing problem or persistent or chronic cough that lasts such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking any other oral nasal decongestant or stimulant
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- marked drowsiness may occur
- avoid alcoholic beverages
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

**Stop use and ask a doctor if**
- nervousness, dizziness or sleeplessness occur
- symptoms do not improve within 7 days or are accompanied by fever
- cough lasts more than 7 days, comes back, or is accompanied by fever, rash, or persistent headache. These could be signs of a serious condition.

## nighttime cold and flu (continued)

**Drug Facts** (continued)

occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ excitability may occur, especially in children
■ marked drowsiness may occur ■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 softgels (daytime and nighttime) in any 24-hour period
■ adults and children 12 years of age and older: take 2 softgels every 4 hours
■ children under 12 years of age: do not use
■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information**
■ sensitive whole; do not crush, chew, or dissolve
■ store between 15-30°C (59-86°F)    ■ avoid excessive heat

**Inactive ingredients** D&C yellow #10, FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sodium hydroxide, sorbitan, sorbitol, titanium dioxide

## daytime severe cold

**Drug Facts**

**Active ingredients** **Purposes**
(in each softgel)
Acetaminophen 325 mg .......... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg .......... Cough suppressant
Guaifenesin 200 mg .......... Expectorant
Phenylephrine HCl 5 mg .......... Nasal decongestant

**Uses**
■ temporarily relieves these common cold and flu symptoms:
   ■ headache   ■ nasal congestion   ■ sore throat
   ■ cough   ■ minor aches and pains
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease   ■ diabetes   ■ high blood pressure
■ heart disease   ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ a persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

## daytime severe cold (continued)

**Drug Facts** (continued)

When using this product, do not use more than directed.

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 softgels (daytime and nighttime) in any 24-hour period
■ adults and children 12 years of age and older: take 2 softgels every 4 hours
■ children under 12 years of age: do not use
■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information**
■ swallow whole; do not crush, chew, or dissolve
■ store between 15-30°C (59-86°F)
■ avoid excessive heat

**Inactive ingredients** FD&C red #40, FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide

**Questions?**
Call 1-888-880-5874

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Day Severe Cold and Maximum Strength Mucinex® Fast-Max® Night Cold & Flu.

NDC 11673-519-24



Compare to active ingredients in Maximum Strength Mucinex® Fast-Max® Day Severe Cold*

**maximum strength**
**daytime**
**severe cold**

**acetaminophen**
(pain reliever/fever reducer)
**dextromethorphan HBr**
(cough suppressant)
**guaifenesin** (expectorant)
**phenylephrine HCl**
(nasal decongestant)

relieves aches, fever and sore throat
controls cough
relieves nasal and chest congestion
thins and loosens mucus

ACTUAL SIZE
AGES 12+ YEARS

16 SOFTGELS** (**LIQUID-FILLED CAPSULES)
24 TOTAL SOFTGELS

Compare to active ingredients in Maximum Strength Mucinex® Fast-Max® Night Cold & Flu*

**maximum strength**
**nighttime**
**cold and flu**

**acetaminophen**
(pain reliever/fever reducer)
**dextromethorphan HBr**
(cough suppressant)
**doxylamine succinate**
(antihistamine)
**phenylephrine HCl**
(nasal decongestant)

relieves aches, fever and sore throat
controls cough
relieves nasal congestion
relieves runny nose and sneezing

ACTUAL SIZE
AGES 12+ YEARS

8 SOFTGELS** (**LIQUID-FILLED CAPSULES)





## nighttime cold and flu

**Drug Facts**

**Active ingredients** **Purposes**
(in each softgel)
Acetaminophen 325 mg .......... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg .......... Cough suppressant
Doxylamine succinate 6.25 mg .......... Antihistamine
Phenylephrine HCl 5 mg .......... Nasal decongestant

**Uses**
■ temporarily relieves these common cold and flu symptoms:
   ■ headache   ■ nasal congestion
   ■ sore throat   ■ minor aches and pains
   ■ runny nose and sneezing
■ controls cough to help you get to sleep
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease   ■ high blood pressure   ■ diabetes
■ heart disease   ■ thyroid disease   ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem or chronic cough that lasts or as

Distributed by Target Corporation
Minneapolis, MN 55403
TM & ©2018 Target Brands, Inc.

094 14 0126  R00  C-000703-01-089

PARENTS: www.StopMedicineAbuse.org

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.

Lot / Exp.:
Product of:

PU-A018   FC00621

## nighttime cold and flu (continued)

**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- **do not use more than directed**
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present  ■ new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 softgels (Daytime and Nighttime) in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- children under 12 years of age: do not use
- when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information**
- store between 15-30°C (59-86°F)  ■ avoid excessive heat

**Inactive ingredients** D&C yellow #10, FD&C blue #1, gelatin, glycerin, mannitol*, polyethylene glycol, povidone, propylene glycol, purified water, shellac*, sodium hydroxide*, sorbitan, sorbitol, titanium dioxide
*contains one or more of these ingredients

**Questions or comments?**
Call **1-800-910-6874**

---

## daytime severe cold

**Drug Facts**

| **Active ingredients** (in each softgel) | **Purposes** |
|---|---|
| Acetaminophen 325 mg........ | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg........ | Cough suppressant |
| Guaifenesin 200 mg........ | Expectorant |
| Phenylephrine HCl 5 mg........ | Nasal decongestant |

**Uses**
- temporarily relieves these common cold and flu symptoms
- headache  ■ nasal congestion  ■ sore throat
- cough  ■ minor aches and pains
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

**Ask a doctor before use if you have**
- liver disease  ■ high blood pressure
- heart disease  ■ thyroid disease
- trouble urinating due to an enlarged prostate gland
- a persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Questions or comments?**

---

## daytime severe cold (continued)

**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 softgels (Daytime and Nighttime) in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- children under 12 years of age: do not use
- when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information**
- swallow whole; do not crush, chew, or dissolve
- store between 15-30°C (59-86°F)
- avoid excessive heat

**Inactive ingredients** FD&C red #40, FD&C yellow #6, gelatin, glycerin, mannitol*, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide
*may contain this ingredient

**Questions or comments?**
Call **1-800-910-6874**

---



**NDC 11673-920-24**

Compare to active ingredients in **Maximum Strength Mucinex® Fast-Max® Day Severe Cold***

**maximum strength**
# daytime severe cold
**acetaminophen**
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
guaifenesin (expectorant)
phenylephrine HCl
(nasal decongestant)

relieves aches, fever and sore throat
controls cough
relieves nasal and chest congestion
thins and loosens mucus

**up&up**
ACTUAL SIZE
AGES **12+** YEARS

**16 SOFTGELS*** (**LIQUID-FILLED CAPSULES)
24 TOTAL SOFTGELS

Compare to active ingredients in **Maximum Strength Mucinex® Fast-Max® Night Cold & Flu***

**maximum strength**
# nighttime cold and flu
**acetaminophen**
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
doxylamine succinate
(antihistamine)
phenylephrine HCl
(nasal decongestant)

relieves aches, fever and sore throat
controls cough
relieves nasal congestion
relieves runny nose and sneezing

**up&up**
ACTUAL SIZE
AGES **12+** YEARS

**8 SOFTGELS*** (**LIQUID-FILLED CAPSULES)

Distributed by Target Corporation
Minneapolis, MN 55403
TM & ©2019 Target Brands, Inc.

094 14 0126  R01  C-000703-01-089

3 59726 51824 5

PL0-B421C    FO305486

**TAMPER EVIDENT: DO NOT USE IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.**

**KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.**

**PARENTS:**
Learn about new medicine dosing
www.StopMedicineAbuse.org

Lot / Exp.:
Product of:

---

## nighttime cold and flu

**Drug Facts**

| **Active ingredients** (in each softgel) | **Purposes** |
|---|---|
| Acetaminophen 325 mg........ | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg........ | Cough suppressant |
| Doxylamine succinate 6.25 mg........ | Antihistamine |
| Phenylephrine HCl 5 mg........ | Nasal decongestant |

**Uses**
- temporarily relieves these common cold and flu symptoms
- cough  ■ headache  ■ minor aches and pains
- sore throat  ■ nasal congestion
- runny nose and sneezing
- controls cough to help you get to sleep
- temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease  ■ high blood pressure
- heart disease  ■ glaucoma  ■ thyroid disease
- trouble urinating due to an enlarged prostate gland
- a breathing problem or chronic cough that lasts or occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)





No print/No varnish area
Adhesive Flap

up&up
maximum strength
daytime sinus

up&up
maximum strength
nighttime sinus

**Drug Facts**

**Active ingredients (in each caplet)**
Acetaminophen 325 mg (Sinus Day)
Guaifenesin 200 mg
Phenylephrine HCl 5 mg

**Active ingredients (in each caplet)**
Acetaminophen 325 mg (Sinus Night)
Diphenhydramine HCl 12.5 mg
Phenylephrine HCl 5 mg

**Purpose**

Pain reliever (Sinus Day)
Expectorant
Nasal decongestant

Pain reliever
Antihistamine/cough suppressant (Nightime only)
Nasal decongestant

**Uses**

■ temporarily relieves:
■ nasal congestion ■ headache
■ sinus congestion and pressure
■ runny nose and sneezing (Nighttime only)
■ itchy, watery eyes due to hay fever
■ sore throat ■ minor aches and pains
■ cough due to minor throat and bronchial irritation (Daytime only)
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive (Daytime only)

**Warnings**

Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Drug Facts (continued)**

**Ask a doctor before use if you have**
■ heart disease ■ liver disease ■ diabetes
■ thyroid disease ■ high blood pressure
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem such as emphysema or chronic bronchitis (Nighttime only) ■ glaucoma (Nighttime only)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers (Nighttime only)

**When using this product**
■ do not exceed recommended dosage
■ excitability may occur, especially in children (Nighttime only)
■ marked drowsiness may occur (Nighttime only)
■ alcohol, sedatives, and tranquilizers may increase drowsiness (Nighttime only)
■ avoid alcoholic beverages (Nighttime only)

■ be careful when driving a motor vehicle or operating machinery (Nighttime only)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

If taking NIGHTTIME and DAYTIME products, carefully read each section to ensure correct dosing. Do not take DAY & NIGHT at the same time.

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

PEEL HERE FOR MORE DRUG FACTS

B-1920-615694-09SM REV0517B61569409

No print/No varnish area
Adhesive

Compare to active ingredients in Maximum Strength Mucinex® SINUS-MAX® Day*

maximum strength
**daytime sinus**

**acetaminophen**
guaifenesin, phenylephrine HCl
pain reliever, expectorant, nasal decongestant

ACTUAL SIZE

up&up

AGES 12+ YEARS
12 CAPLETS

NDC 11673-694-09

Compare to active ingredients in Maximum Strength Mucinex® SINUS-MAX® Night*

maximum strength
**nighttime sinus**

**acetaminophen**
diphenhydramine HCl, phenylephrine HCl
pain reliever, antihistamine/cough suppressant, nasal decongestant

ACTUAL SIZE

up&up

AGES 12+ YEARS
8 CAPLETS

12 DAY AND 8 NIGHT

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

*This product is not manufactured or distributed by Reckitt Benckiser LLC, owner of the registered trademark Maximum Strength Mucinex® SINUS-MAX® Day & Night.

Distributed by Target Corp., Minneapolis, MN 55403
TM & © 2021 Target Brands, Inc.
Questions?Call 1-800-910-6874

094 03 0452  R00  C-001472-01-I-109

No print/No varnish area
Lot no/Exp date

**Drug Facts (continued)**

**Directions**
■ do not use more than directed
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ children under 12 years: do not use

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Inactive ingredients (Daytime only)**
corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Drug Facts (continued)**

**Inactive ingredients (Nighttime only)**
corn starch, croscarmellose sodium, crospovidone, FD&C blue #1 aluminum lake, FD&C blue #2 aluminum lake, iron oxide yellow, magnesium stearate, methacrylic acid and ethyl acrylate copolymer, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium bicarbonate, stearic acid, talc, titanium dioxide

**Questions?** Call 1-800-910-6874

094 03 0452  R00  C-001472-01-109
Distributed by Target Corporation
Minneapolis, MN 55403
©2021 Target Brands, Inc.

50844
REV0517B61569409
R-1920-615694-09SM-DF

ADHESIVE AREA



TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Day Time Severe Cold.®

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Night Time Cold & Flu.

NDC 11673-336-06

**Compare to** the active ingredients in **Maximum Strength Mucinex® Fast-Max® Cold, Flu & Sore Throat\***

## maximum strength multi-symptom

## fast mucus relief cold, flu and sore throat

### acetaminophen
(pain reliever/fever reducer)
**dextromethorphan HBr** (cough suppressant)
**guaifenesin** (expectorant)
**phenylephrine HCl** (nasal decongestant)

relieves headache and fever
controls cough
relieves nasal and chest congestion
thins and loosens mucus


up&up

6 FL OZ (177 mL)

AGES
**12+**
YEARS

PLD-B282C
LB002840

---

094 14 0042 R01 ID305418
Dist. by Target Corp., Mpls., MN 55403
**Product of U.S.A.**
©2017 Target Brands, Inc.
*Questions?* Call 1-800-910-6874


7  15256 33606  2

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.**

\*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Cold, Flu & Sore Throat.

PLD-C282C  LB003439

**PARENTS:**
Learn about how medicine abuse
www.StopMedicineAbuse.org

### Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

▶

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

### Drug Facts (continued)

#### Uses
- temporarily relieves these common cold and flu symptoms ■ sinus congestion and pressure ■ minor aches and pains ■ nasal congestion ■ cough due to minor throat and bronchial irritation ■ sore throat ■ headache
- temporarily reduces fever
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

#### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away. ▶

---

### Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- for children under 12 years of age
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease ■ heart disease ■ diabetes
- thyroid disease ■ high blood pressure
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

▶

---

### Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

---

### Drug Facts (continued)

#### Directions
- **do not take more than directed (see Overdose warning)**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL every 4 hours while symptoms last
- children under 12 years of age: do not use

#### Other information
- **each 20 mL contains:** sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call **1-800-910-6874**

NDC 11673-337-06

Compare to active ingredients in **Maximum Strength Mucinex® Fast-Max® Severe Congestion & Cough***

maximum strength
# fast mucus relief severe congestion and cough

dextromethorphan HBr 20 mg
(cough suppressant)
guaifenesin 400 mg (expectorant)
phenylephrine HCl 10 mg
(nasal decongestant)

controls cough
relieves nasal and chest congestion
thins and loosens mucus



up&up

AGES
**12+**
YEARS

6 FL OZ (177 mL)    PLD-B283D   LB004222

---

## **Drug Facts** (continued)

Ask a doctor before use if you have
■ heart disease      ■ high blood pressure
■ thyroid disease   ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding**, ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. ▶

PEEL CORNER FOR MORE DRUG FACTS ◢

---

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.**

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Severe Congestion & Cough.



3  49580 33706  0

094 14 0290 R01
C-000274-01-049
Dist. by Target Corp.
Minneapolis, MN 55403
TM & ©2021 Target Brands, Inc.  PLD-B283D  LB004223

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

---

## **Drug Facts**

| **Active ingredients** (in each 20 mL) | **Purposes** |
|---|---|
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

▶

**PEEL CORNER FOR MORE DRUG FACTS** ◢

---

## **Drug Facts** (continued)

### **Directions**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product
■ mL = milliliter
■ shake well before using
■ adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use

### **Other information**
■ **each 20 mL contains:** sodium 17 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

### **Inactive ingredients**
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum ▶

---

## **Drug Facts** (continued)

### **Uses**
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves
  ■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
    ■ the intensity of coughing
    ■ the impulse to cough to help you get to sleep
    ■ nasal congestion due to a cold

### **Warnings**
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ for children under 12 years of age ▶

---

## **Drug Facts** (continued)

**Questions or comments?**
Call **1-800-910-6874**

