# Target Corporation

## -PE Product Labels –

## -continued

NDC 11673-410-06

Compare to active ingredients in **Maximum Strength Mucinex® Fast-Max® Day Time Severe Cold***

# maximum strength
## daytime
## severe cold

### acetaminophen
(pain reliever/fever reducer)
dextromethorphan HBr (cough suppressant)
guaifenesin (expectorant)
phenylephrine HCl (nasal decongestant)

relieves aches, fever and sore throat
controls cough
relieves nasal and chest congestion
thins and loosens mucus

up&up



AGES
**12+**
YEARS

**6 FL OZ (177 mL)** PLD-B346B LB004227

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Day Time Severe Cold.



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

094 14 0185 R01
C-000274-01-049
Dist. by Target Corp.
Minneapolis, MN 55403
TM & ©2021 Target Brands, Inc.

PLD-B346B
LB004268

PEEL CORNER FOR DRUG FACTS ◢

---

# Drug Facts

## Active ingredients (in each 20 mL)    Purposes

Acetaminophen 650 mg....Pain reliever/fever reducer
Dextromethorphan HBr 20 mg......Cough suppressant
Guaifenesin 400 mg................Expectorant
Phenylephrine HCl 10 mg............Nasal decongestant

## Uses
■ temporarily relieves these common cold and flu symptoms    ■ cough    ■ nasal congestion ■ minor aches and pains
■ sore throat    ■ headache
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe ▶

---

# Drug Facts (continued)

skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ for children under 12 years of age
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
■ liver disease    ■ heart disease    ■ diabetes
■ thyroid disease    ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ▶

PEEL CORNER FOR MORE DRUG FACTS ◢

---

# Drug Facts (continued)

■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.
**When using this product, do not use more than directed.**

### Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse, or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

---

# Drug Facts (continued)

## Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product
■ mL = milliliter
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and older: 20 mL every 4 hours
■ children under 12 years of age: do not use

## Other information
■ **each 20 mL contains:** sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

## Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

*Questions or comments?*
Call **1-800-910-6874**

## Children's Mucus Multi-Symptom Cold Relief

### Drug Facts

**Active ingredients (in each 5 mL)** — **Purposes**
Dextromethorphan HBr 5 mg ................................ Cough suppressant
Guaifenesin 100 mg ........................................ Expectorant
Phenylephrine HCl 2.5 mg ................................. Nasal decongestant

**Uses** ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ temporarily relieves ■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants ■ the intensity of coughing ■ the impulse to cough to help your child get to sleep ■ nasal congestion due to a cold ■ stuffy nose

**Warnings**

**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if your child has** ■ heart disease ■ high blood pressure ■ diabetes ■ thyroid disease ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with asthma

**When using this product, do not use more than directed**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ symptoms do not get better within 7 days or occur with fever ■ cough lasts more than 7 days, comes back, or occurs with a fever, rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions** ■ do not take more than 6 doses in any 24-hour period ■ use only the enclosed dosing cup designed for use with this product. Do not use any other dosing device.
■ keep dosing cup with product ■ dose as follows or as directed by a doctor ■ mL = milliliter

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other information** ■ each 5 mL contains: sodium 5 mg ■ store between 20-25°C (68-77°F). Do not refrigerate ►

---

## Children's Mucus Multi-Symptom Cold Relief (continued)

### Drug Facts (continued)

**Inactive ingredients** citric acid, disodium EDTA, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-800-910-6874

---

## Children's Nighttime Multi-Symptom Cold Relief

### Drug Facts

**Active ingredients (in each 10 mL)** — **Purposes**
Acetaminophen 325 mg ...... Pain reliever/fever reducer
Diphenhydramine HCl 12.5 mg .......................... Antihistamine/Cough suppressant
Phenylephrine HCl 5 mg ................................. Nasal decongestant

**Uses** ■ temporarily relieves these common cold and flu symptoms ■ minor aches and pains ■ headache ■ sore throat ■ sneezing ■ runny nose ■ nasal congestion ■ cough ■ controls cough to help your child get to sleep ■ temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes ■ more than 5 doses in 24 hours, which is the maximum daily amount ■ with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist ■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product. ■ with any other drug containing diphenhydramine even one used on the skin ■ if your child is allergic to acetaminophen or any of the inactive ingredients in this product ■ to make a child sleepy

---

## Children's Nighttime Multi-Symptom Cold Relief (cont.)

### Drug Facts (continued)

**Ask a doctor before use if your child has** ■ liver disease ■ heart disease ■ high blood pressure ■ diabetes ■ thyroid disease ■ glaucoma ■ a breathing problem such as chronic bronchitis ■ persistent or chronic cough such as occurs with asthma ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if your child is** ■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers

**When using this product** ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days ■ redness or swelling is present ■ new symptoms occur ■ fever gets worse or lasts more than 3 days ■ cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ this product does not contain directions or complete warnings for adult use ■ do not give more than directed (see Overdose warning) ■ do not give more than 5 doses in any 24-hour period ■ if needed, repeat dose every 4 hours while symptoms last ■ do not give more than 5 days unless directed by a doctor ■ measure only with dosing cup provided. Do not use any other dosing device.
■ mL = milliliter ■ dose as follows or as directed by a doctor ■ children 6 to under 12 years of age: 10 mL every 4 hours ■ children under 6 years of age: do not use

**Other information** ■ each 10 mL contains: sodium 6 mg ■ store between 20-25°C (68-77°F). Do not refrigerate

**Inactive ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-800-910-6874

---

NDC 11673-420-08

Compare to active ingredients in Children's Mucinex® Multi-Symptom Cold*

## children's day time multi-symptom cold relief

**dextromethorphan HBr 5 mg** (cough suppressant)
**guaifenesin 100 mg** (expectorant)
**phenylephrine HCl 2.5 mg** (nasal decongestant)

relieves stuffy nose
controls cough
chest congestion
breaks up mucus

alcohol free



BERRY FLAVOR

DOSING CUP INCLUDED

AGES **4-11** YEARS

4 FL OZ (118 mL)
8 FL OZ (236 mL) TOTAL

up&up

---

Compare to active ingredients in Children's Mucinex® Night Time Multi-Symptom Cold*

day+night value pack

## children's night time multi-symptom cold relief

**acetaminophen 325 mg** (pain reliever/fever reducer)
**diphenhydramine HCl 12.5 mg** (antihistamine/cough suppressant)
**phenylephrine HCl 5 mg** (nasal decongestant)

relieves
stuffy nose
cough
runny nose & sneezing
fever & sore throat

alcohol free

BERRY FLAVOR

DOSING CUP INCLUDED

AGES **6-11** YEARS

4 FL OZ (118 mL)

---

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Children's Mucinex® Night Time Multi-Symptom Cold and Children's Mucinex® Multi-Symptom Cold.

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING.
KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION.

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org



100% satisfaction guaranteed or your money back.

094 14 0025 R02
IDC-000021-01-193
Distributed by Target Corporation
Minneapolis, MN 55403
TM & ©2019 Target Brands, Inc.

PL0-C542A
PL0-C544A
PC003921

Lot No.:
Exp. Date:



7 15256 33607 9



NDC 11673-460-06

**Compare to** active ingredients in **Maximum Strength Mucinex® Fast-Max® Night Time Cold & Flu***

## maximum strength
## nighttime
## cold and flu

### acetaminophen
(pain reliever/fever reducer)
diphenhydramine HCl
(antihistamine/cough suppressant)
phenylephrine HCl (nasal decongestant)

relieves aches, fever and sore throat
controls cough
relieves nasal congestion
relieves runny nose and sneezing

up&up

AGES
**12+**
YEARS

6 FL OZ (177 mL)    PLD-B377D  LB004229

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Night Time Cold & Flu.

094 14 0185
C-000274-01-049
Dist. by Target Corp.
Mpls., MN 55403                          PLD-B377D
TM & ©2022 Target Brands, Inc.          LB004230

### Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

PEEL CORNER FOR MORE DRUG FACTS ◢

---

### Drug Facts (continued)

**Uses** ■ temporarily relieves these common cold and flu symptoms
■ cough  ■ nasal congestion
■ minor aches and pains  ■ sore throat
■ headache  ■ runny nose  ■ sneezing
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen ▶

---

### Drug Facts (continued)

(prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other drug containing diphenhydramine, even one used on the skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ for children under 12 years of age

**Ask a doctor before use if you have**
■ liver disease  ■ heart disease
■ high blood pressure  ■ thyroid disease
■ diabetes  ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if**
■ you are taking the blood thinning drug warfarin
■ you are taking sedatives or tranquilizers  ▶

PEEL CORNER FOR MORE DRUG FACTS ◢

---

### Drug Facts (continued)

**When using this product**
■ **do not use more than directed**
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse, or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.  ▶

---

### Drug Facts (continued)

### Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ mL = milliliter  ■ keep dosing cup with product
■ dose as follows or as directed by a doctor
■ adults and children 12 years and older: 20 mL every 4 hours while symptoms last
■ children under 12 years of age: do not use

### Other information
■ **each 20 mL contains:** sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call **1-800-910-6874**



**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

## Drug Facts

**Active ingredient (in each tablet)**       **Purpose**

Phenylephrine HCl 10 mg ............................. Nasal decongestant

**Uses**
- temporarily relieves sinus congestion and pressure
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

**Warnings**

**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- thyroid disease
- diabetes
- high blood pressure
- difficulty in urination due to enlargement of the prostate gland

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- symptoms do not improve within 7 days or occur with fever
- nervousness, dizziness or sleeplessness occur

**Questions?** Call **1-800-910-6874**

## Drug Facts (continued)

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
- children under 12 years: ask a doctor

**Other information**
- TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
- see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, dextrose monohydrate, dibasic calcium phosphate dihydrate, FD&C red #40, lecithin, magnesium stearate, maltodextrin, microcrystalline cellulose, silicon dioxide, sodium carboxymethylcellulose, sodium citrate dihydrate, titanium dioxide

B-1920-453-07
ORG082045307

congestion, non-drowsy
**sinus PE**

---

**up&up**

congestion, non-drowsy
**sinus PE**

**Compare to** active ingredient in **Sudafed PE® Sinus Congestion\***

NDC 11673-453-07

# congestion, non-drowsy
## sinus PE

phenylephrine HCl tablets, nasal decongestant

sinus pressure and congestion
maximum strength
pseudoephedrine free

**up&up**

ACTUAL SIZE

**36** TABLETS

**36 TABLETS (10 mg EACH)**

No Print / No Varnish
Lot no. & Exp. date

3 11673 45307 0

094 03 0434 R00 C-001472-01-109
Distributed by Target Corporation
Minneapolis, MN 55403
TM & ©2021 Target Brands, Inc.

*This product is not manufactured or distributed by Johnson & Johnson Consumer Inc., owner of the registered trademark Sudafed PE® Sinus Congestion.
58044 ORG082045307

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING



**Distributed by Target Corporation**
Minneapolis, MN 55403
TM & ©2021 Target Brands, Inc.

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

**PARENTS:**
Learn about non-medicine abuse
www.StopMedicineAbuse.org

**Drug Facts (continued)**

■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)

**Inactive ingredients** corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Questions?** Call 1-800-910-6874

**Compare to** active ingredients in Maximum Strength Mucinex® SINUS-MAX® Pressure, Pain & Cough*

NDC 11673-961-09

# maximum strength
# sinus pressure,
# pain + cough

**acetaminophen** (pain reliever)
**dextromethorphan HBr** (cough suppressant)
**guaifenesin** (expectorant)
**phenylephrine HCl** (nasal decongestant)

relieves headache,
sinus pressure and congestion

controls cough

thins and loosens mucus

**up&up**

ACTUAL SIZE

**20**
CAPLETS

*This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Maximum Strength Mucinex® SINUS-MAX® Pressure, Pain & Cough. REV02|9A61730

No print/No varnish
Lot & Exp date

094 140128 R01 C-001472-01-109

3  11673 71609  0

B-1920-617-09-5
REV02|9A61709

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

**Drug Facts**

**Active ingredients (in each caplet)** | **Purpose**
Acetaminophen 325 mg .................................. Pain reliever
Dextromethorphan HBr 10 mg ......................... Cough suppressant
Guaifenesin 200 mg ........................................ Expectorant
Phenylephrine HCl 5 mg .................................. Nasal decongestant

**Uses** ■ temporarily relieves: ■ sinus congestion and pressure ■ cough ■ headache ■ minor aches and pains ■ nasal congestion ■ cough due to the common cold ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ temporarily promotes nasal and/or sinus drainage

**Drug Facts (continued)**

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ blisters ■ rash ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ heart disease ■ diabetes ■ thyroid disease
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ liver disease ■ high blood pressure
■ cough that occurs with too much phlegm (mucus)
■ difficulty in urination due to enlargement of the prostate gland

**Drug Facts (continued)**

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ children under 12 years: do not use

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ see end flap for expiration date and lot number



**Other information** ■ each caplet contains: sodium 2 mg

**Directions** ■ **do not take more than directed**

- adults and children 12 years and over ■ take 2 caplets every 4 hours
- do not take more than 10 caplets in 24 hours ■ swallow whole - do not crush, chew, or dissolve
- children under 12 years: ask a doctor

**Drug Facts (continued)**

■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present ■ new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be the signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

**Drug Facts (continued)**

**Ask a doctor before use if you have** ■ heart disease ■ liver disease ■ high blood pressure ■ diabetes ■ thyroid disease ■ difficulty in urination due to enlargement of the prostate gland ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**If you have ever had an allergic reaction to this product or any of its ingredients**

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Drug Facts (continued)**

■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive

---

**Drug Facts (continued)**

**Uses** ■ temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold:
- headache ■ nasal congestion ■ minor aches and pains
- sinus congestion and pressure ■ temporarily reduces fever

**Drug Facts**

**COMPLETE PRODUCT INFORMATION**
**KEEP OUTER PACKAGE FOR**

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

---

B-1920-527C-08-SS
REV092852708

**Compare to** active ingredients in **Tylenol® SINUS SEVERE*** NDC 11673-927-08

# daytime
# sinus severe
**acetaminophen,** guaifenesin, phenylephrine HCl
pain reliever/fever reducer, expectorant, nasal decongestant

relieves sinus headache, sinus pressure, nasal congestion, chest congestion, mucus

non-drowsy

up&up

**24 CAPLETS**

ACTUAL SIZE

**24** CAPLETS

Dist. by Target Corporation, Minneapolis, MN 55403
TM & © 2023 Target Brands, Inc.
50844    REV092852708
*This product is not manufactured or distributed by Johnson & Johnson Consumer Inc., owner of the registered trademark Tylenol® SINUS SEVERE.

PAPER
BOX
TRAY
HOW2RECYCLE.info

094 03 1134  R02  C-000074-01-053

3 11673 92708 3

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT SHOWS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

No Print/No Varnish
Lot and Expiration No.

---

**Drug Facts (continued)**

■ see end flap for expiration date and lot number
■ store at 25°C (77°F); excursions permitted between 15-30°C (59-86°F)
■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTERS IS TORN OR BROKEN**

**Inactive ingredients** corn starch, crospovidone, flavor, magnesium

---

**Drug Facts (continued)**

stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

**Questions?** Call 1-800-910-6874





**hinge**

**hinge**



DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

Distributed by Target Corporation
Minneapolis, MN 55403
©2014 Target Brands, Inc.
Shop Target.com
*These products are not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Cold & Flu and Vicks® NyQuil® Cold & Flu.

**Compare to active ingredients in Vicks® DayQuil® Cold & Flu\***

# cold/flu relief
## multi-symptom day/non-drowsy

pain reliever/fever reducer, cough suppressant, nasal decongestant

**acetaminophen** – aches/fever
dextromethorphan HBr – cough
phenylephrine HCl – nasal congestion
alcohol free, antihistamine free



up&up®

DAY

original flavor

NDC 11673-733-02

**Compare to active ingredients in Vicks® NyQuil® Cold & Flu\***

# cold/flu relief
## multi-symptom night

antihistamine, cough suppressant, fever reducer/pain reliever

**acetaminophen** – aches/fever/sore throat
dextromethorphan HBr – cough
doxylamine succinate – sneezing/runny nose
does not contain pseudoephedrine
**ALCOHOL 10%**



up&up®

NIGHT

cherry flavor



PARENTS: Learn about teen medicine abuse www.StopMedicineAbuse.org

TWO – 12 FL OZ (355 mL), TOTAL – 24 FL OZ (1.5 pt)(710 mL)

## Drug Facts

### Nighttime Cold & Flu

**Active ingredients** (in each 30 mL dose cup) ......... **Purpose**

Acetaminophen 650 mg ............................ Pain reliever/fever reducer
Dextromethorphan HBr 30 mg ............................ Cough suppressant
Doxylamine succinate 12.5 mg ............................ Antihistamine

**Uses** temporarily relieves common cold/flu symptoms: ■ headache
■ cough due to minor throat and bronchial irritation ■ sore throat
■ minor aches and pains ■ runny nose and sneezing ■ fever

▶

---

### Drug Facts (continued)

**Other information** ■ each 30 mL dose cup contains: sodium 39 mg
■ store at 20-25°C (68-77°F)

**Inactive ingredients** alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

**Questions?** Call 1-800-910-6874

---

## Drug Facts (continued)

### Warnings

**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 4 doses (2,600 mg acetaminophen) in 24 hours. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Sore throat warning:** If sore throat is severe, lasts for more than 2 days, occurs with or is followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ to make a child sleepy ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough as occurs with smoking, asthma, or emphysema ■ a breathing problem such as emphysema or chronic bronchitis ■ glaucoma ■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product** ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ pain or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

**Directions** ■ take only as directed - see Liver warning
■ use dose cup ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL (2 TBSP) every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to insure correct dosing

◀

## Drug Facts

### Daytime Cold & Flu

**Active Ingredients (in each 15 mL tablespoon)**     **Purpose**

Acetaminophen 325 mg.................................. Pain reliever/fever reducer

Dextromethorphan HBr 10 mg............................... Cough suppressant

Phenylephrine HCl 5 mg........................................... Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms:
- cough due to minor throat and bronchial irritation
- headache
- minor aches and pains
- sore throat
- fever
- nasal congestion ◄

---

## Drug Facts (continued)

### Warnings

**Liver warning:** This product contains acetaminophen. The maximum daily dose of this product is 4 doses (adult: 2,600 mg acetaminophen; child: 1,300 mg acetaminophen) in 24 hours. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours, which is the maximum daily amount ■ taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product

**Sore throat warning:** If sore throat is severe, lasts for more than 2 days, occurs with or is followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ high blood pressure ■ heart disease ■ thyroid disease ■ diabetes ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if** ■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ you get nervous, dizzy or sleepless ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ take only as directed - see Liver warning
■ use dose cup ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL (2 TBSP) every 4 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL (1 TBSP) every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to insure correct dosing ►

---

## Drug Facts (continued)

**Other information** ■ each tablespoon contains: sodium 7 mg ■ store at 20-25°C (68-77°F)

**Inactive ingredients** butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions?** Call 1-800-910-6874



NDC 11673-301-40

Compare to active ingredients
in Vicks® DayQuil® Cold & Flu*

# daytime
# cold and flu

## multi-symptom relief

**acetaminophen**
(pain reliever / fever reducer)
**dextromethorphan HBr**
(cough suppressant)
**phenylephrine HCl**
(nasal decongestant)

aches, fever, sore throat, nasal
congestion, cough
non-drowsy
alcohol free/antihistamine free

up&up™

12 FL OZ (355 mL)

: 65640 UW FL



## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

*This product is not manufactured
or distributed by Procter & Gamble,
distributor of Vicks® DayQuil® Cold
& Flu.

**GLUTEN FREE**
**DO NOT USE IF PRINTED NECKBAND
IS BROKEN OR MISSING**

094 14 0140 R00 C-001744-01-093
Dist. by Target Corp., Mpls, MN 55403

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms:
■ cough due to minor throat and bronchial irritation
■ nasal congestion ■ minor aches and pains
■ sore throat ■ headache ■ fever

**Warnings**
**Liver warning:** This product contains acetaminophen.
Severe liver damage may occur if ■ adult takes more
than 4,000 mg of acetaminophen in 24 hours ■ child
takes more than 5 doses in 24 hours ■ taken with other
drugs containing acetaminophen ■ adult has 3 or more
alcoholic drinks every day while using this product.
**Allergy alert:** Acetaminophen may cause severe skin
reactions. Symptoms may include: ■ skin reddening
■ blisters ■ rash
If a skin reaction occurs,
stop use and seek
medical help right away.

**PEEL BACK AT
CORNER FOR MORE
INFORMATION**

: 65640 UW B1



### Drug Facts
(continued)

Sore throat warning: If sore throat
is severe, persists for more than 2 days,
is accompanied or followed by fever,
headache, rash, nausea, or vomiting,
consult a doctor promptly.

**Do not use** ■ ■ with any other drug
containing acetaminophen (prescription
or nonprescription). If you are not sure
whether a drug contains acetaminophen,
ask a doctor or pharmacist.
■ if you are now taking a prescription
monoamine oxidase inhibitor (MAOI)
(certain drugs for depression,
psychiatric, or emotional conditions, or
Parkinson's disease), or for 2 weeks
after stopping the MAOI drug. If you do
not know if your prescription drug
contains an MAOI, ask a doctor or
pharmacist before taking this product.
■ if you have ever had an allergic
reaction to this product or any of its
ingredients

**Ask a doctor before use if you have**
■ liver disease ■ heart disease
■ high blood pressure
■ thyroid disease ■ diabetes
■ trouble urinating due to an
enlarged prostate gland ■ cough
that occurs with too much phlegm
(mucus) ■ persistent or chronic
cough such as occurs with smoking,
asthma, or emphysema

**Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin**

When using
this
product
do not use
more than
directed

### Drug Facts
(continued)

■ Stop use and ask a doctor if ■ if you get
nervous, dizzy or sleepless ■ pain, nasal
congestion or cough gets worse or lasts more than
5 days (children) or 7 days (adults) ■ fever gets
worse or lasts more than 3 days ■ redness or
swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache
that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health
professional before use.

**Keep out of reach of children. Overdose warning:**
In case of overdose, get medical help or contact a
Poison Control Center right away (1-800-222-1222).
Quick medical attention is critical for adults as well as
for children even if you do not notice any signs
or symptoms.

**Directions** ■ take only as directed – see
Overdose warning ■ only use the dose cup
provided ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 15 mL contains:
sodium 7 mg ■ store at 20-25°C (68-77°F)

**Inactive ingredients** butylated hydroxyanisole,
edetate disodium, FD&C yellow no. 6, flavor,
glycerin, menthol, monobasic sodium phosphate,
polyethylene glycol, propylene glycol, purified
water, saccharin sodium, sucrose, xanthan gum

**Questions? Call 1-888-547-7400**

TM & ©2022
Target Brands, Inc.



**daytime cold and flu**
multi-symptom relief

**nighttime cold and flu**
nighttime relief

**daytime cold and flu**
multi-symptom relief

**nighttime cold and flu**
nighttime relief

NDC 11673-021-02

Compare to active ingredients in Vicks® DayQuil® Cold & Flu*

Compare to active ingredients in Vicks® NyQuil® Cold & Flu*

value pack

**daytime cold and flu**
multi-symptom relief

acetaminophen
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
phenylephrine HCl
(nasal decongestant)

aches, fever, sore throat,
nasal congestion, cough
non-drowsy
alcohol free/antihistamine free

**nighttime cold and flu**
nighttime relief

acetaminophen
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
doxylamine succinate
(antihistamine)

aches, fever, sore throat,
sneezing, runny nose, cough
ALCOHOL 10%

**daytime cold and flu**
multi-symptom relief

**nighttime cold and flu**
nighttime relief

up&up™

ORIGINAL FLAVOR

12 FL OZ (355 mL)

up&up™

CHERRY FLAVOR

12 FL OZ (355 mL)

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

094 14 0195 R00
C-001744-01-093

3 70030 62728 8

**100% satisfaction guaranteed or your money back.**

Distributed by Target Corporation
Minneapolis, MN 55403
TM & ©2022 Target Brands, Inc.

*These products are not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Cold & Flu and Vicks® NyQuil® Cold & Flu.

73302 UW CS



## Nighttime Cold & Flu

### Drug Facts

**Active ingredients (in each 30 mL)** — **Purpose**
Acetaminophen 650 mg................................Pain reliever/fever reducer
Dextromethorphan HBr 30 mg..........................................Cough suppressant
Doxylamine succinate 12.5 mg...........................................Antihistamine

**Uses** temporarily relieves common cold/flu symptoms:
- cough due to minor throat and bronchial irritation
- sore throat  ■ headache  ■ minor aches and pains
- fever  ■ runny nose and sneezing

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease  ■ glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
- taking sedatives or tranquilizers  ■ taking the blood thinning drug warfarin

**When using this product**
- excitability may occur, especially in children
- marked drowsiness may occur  ■ avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- pain or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed – see Overdose warning
- only use the dose cup provided  ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
- each 30 mL contains: sodium 39 mg
- store at 20-25°C (68-77°F)

Inactive ingredients ...

### Daytime Cold & Flu

### Drug Facts

**Active ingredients (in each 15 mL)** — **Purpose**
Acetaminophen 325 mg................................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg..........................................Cough suppressant
Phenylephrine HCl 5 mg...........................................Nasal decongestant

**Uses**
- temporarily relieves common cold/flu symptoms:
- nasal congestion  ■ cough's due to minor throat and bronchial irritation
- sore throat  ■ headache  ■ minor aches and pains  ■ fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease  ■ heart disease  ■ high blood pressure
- thyroid disease  ■ diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

When using this product do not use more than directed

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed – see Overdose warning
- only use the dose cup provided  ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
- each 15 mL contains: sodium 7 mg  ■ store at 20-25°C (68-77°F)

Inactive ingredients ...

**Inactive ingredients** alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

*Questions?* Call 1-888-547-7400

**Inactive ingredients** butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

*Questions?* Call 1-888-547-7400

see new warnings

maximum
strength**
## daytime
## severe
## cold

**acetaminophen**
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
guaifenesin (expectorant)
phenylephrine HCl
(nasal decongestant)

relieves headache,
fever and sore throat

relieves nasal and
chest congestion

controls cough

thins and
loosens mucus





ACTUAL SIZE

AGES
**12+**

see new warnings

maximum
strength**
## nighttime
## cold
## and flu

**acetaminophen**
(pain reliever/fever reducer)
diphenhydramine HCl
(antihistamine)
phenylephrine HCl
(nasal decongestant)

relieves headache,
fever and sore throat

relieves nasal
congestion

relieves sneezing
and runny nose





ACTUAL SIZE

AGES
**12+**





## Nighttime Vaporice™ Cold & Flu

### Drug Facts

**Active ingredients (in each caplet)** | **Purpose**
Acetaminophen 325 mg ............................ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ............................ Cough suppressant
Doxylamine succinate 6.25 mg ............................ Antihistamine
Phenylephrine HCl 5 mg ............................ Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough ■ to help you sleep ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores free breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ▼ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs ▼

### Drug Facts (continued)

contains acetaminophen ■ 3 or more alcoholic drinks every day while using this product
Allergy alert Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ diabetes ■ high blood pressure ■ thyroid disease ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem such as emphysema or chronic bronchitis ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product** ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions

■ take only as directed – see overdose warning
■ do not exceed 8 caplets per 24 hrs.

| adults & children 12 yrs & over | 2 caplets with water every 4 hrs. |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ store at 20-25°C (68-77°F)

**Inactive ingredients** croscarmellose, D&C yellow #10 aluminum lake, FD&C blue #1 aluminum lake, FD&C blue #2 aluminum lake, FD&C yellow #6 aluminum lake, flavor, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, propylene glycol, silicon dioxide, stearic acid, sucralose, talc, titanium dioxide

**Questions?** Call 1-888-547-7400

---

## Daytime Vaporice™ Cold & Flu

### Drug Facts

**Active ingredients (in each caplet)** | **Purpose**
Acetaminophen 325 mg ............................ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ............................ Cough suppressant
Guaifenesin 200 mg ............................ Expectorant
Phenylephrine HCl 5 mg ............................ Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms: ■ fever ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ headache ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores free breathing through the nose ■ minor aches and pains ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageway of bothersome mucus and make cough more productive ■ promotes nasal and/or sinus drainage

### Drug Facts (continued)

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

Allergy alert Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: if sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ thyroid disease ■ diabetes ■ liver disease ■ heart disease ■ high blood pressure ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are** ■ taking the blood thinning drug warfarin

**When using this product** do not use more than directed

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition. ▼

### Drug Facts (continued)

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions

■ take only as directed – see overdose warning
■ do not exceed 8 caplets per 24 hrs.

| adults & children 12 yrs & over | 2 caplets with water every 4 hrs |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each caplet contains: sodium 3 mg
■ store at 20-25°C (68-77°F)

**GLUTEN FREE**

52L90 UW C1

0944 0179 800 1DC-000974-01-00
Distributed by Target Corporation
Minneapolis, MN 55403
©2019 Target Brands, Inc.
All rights reserved.
Shop Target.com

3 70030 27574 8

**PARENTS:**
Learn about acetaminophen dosing
www.StopMedicineAbuse.org

DO NOT USE IF BLISTER UNIT IS BROKEN OR TORN

These products are not manufactured or distributed by Pfizer's Consumer Healthcare of Johnson & Johnson — VapoCOL™ and Vicks®VapoCool™ Severe — VapoCOL™

**Drug Facts** (continued)

**Inactive ingredients** croscarmellose sodium, crospovidone, FD&C yellow #6 aluminum lake, flavor, maltodextrin, microcrystalline cellulose, polyethylene glycol, silicon dioxide, povidone, pregelatinized starch, propylene glycol, stearic acid, sucralose, talc, titanium dioxide

**Questions?** Call 1-888-547-7400