# Target Corporation

## -PE Product Labels –

**-continued**









**up&up**

See new warnings information & directions
Compare to active ingredients in
Theraflu® Nighttime Severe Cold & Cough*

NDC 11673-113-07

# nighttime
# severe cold,
# cough and flu

## acetaminophen (pain reliever/fever reducer)
**diphenhydramine HCl** (antihistamine/cough suppressant)
**phenylephrine HCl** (nasal decongestant)

nasal congestion, cough,
runny nose, sneezing,
body ache, sore throat pain,
headache, fever

honey lemon infused
with chamomile and
white tea flavors

**up&up**

HONEY
LEMON
FLAVOR

**6**
PACKETS

6 PACKETS

# nighttime
# severe cold,
# cough and flu

## acetaminophen
(pain reliever/fever reducer)
**diphenhydramine HCl**
(antihistamine/cough suppressant)
**phenylephrine HCl**
(nasal decongestant)

**up&up**

*This product is not manufactured or
distributed by Novartis Consumer Health, Inc.
or their affiliates, owner of the registered
trademark Theraflu®

094 03 0598  R00 ID305413
Distributed by Target Corporation
Minneapolis, MN 55403
Made in Israel
©2015 Target Brands, Inc.
Shop Target.com

3  11673 77539  4



**READ ALL WARNINGS AND DIRECTIONS ON CARTON BEFORE USE.**
**KEEP CARTON FOR REFERENCE. DO NOT DISCARD.**

## Drug Facts

### Active ingredients (in each packet)                    Purposes

Acetaminophen 650 mg.........................................................Pain reliever/fever reducer
Diphenhydramine hydrochloride 25 mg.............................Antihistamine/cough suppressant
Phenylephrine hydrochloride 10 mg.............................................Nasal decongestant

### Uses
• temporarily relieves these symptoms due to a cold:
  • minor aches and pains    • minor sore throat pain    • headache    • nasal and sinus congestion
  • runny nose  • sneezing  • itchy nose or throat       • itchy, watery eyes due to hay fever
  • cough due to minor throat and bronchial irritation
• temporarily reduces fever

### Warnings
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• skin reddening    • blisters    • rash
If a skin reaction occurs, stop use and seek medical help right away.
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
• more than 4,000 mg of acetaminophen in 24 hours
• with other drugs containing acetaminophen
• 3 or more alcoholic drinks every day while using this product
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**    • in a child under 4 years of age    • if you are allergic to acetaminophen
• with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
• with any other product containing diphenhydramine, even one used on the skin
• if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
• liver disease          • heart disease        • high blood pressure
• thyroid disease        • diabetes             • glaucoma              • a sodium-restricted diet
• trouble urinating due to an enlarged prostate gland
• a breathing problem such as emphysema, asthma or chronic bronchitis
• cough that occurs with too much phlegm (mucus)
• cough that lasts or is chronic such as occurs with smoking, asthma or emphysema

**Ask a doctor or pharmacist before use if you are** taking
• sedatives or tranquilizers    • the blood thinning drug warfarin

**When using this product**
• **do not exceed recommended dosage**
• avoid alcoholic drinks
• marked drowsiness may occur
• alcohol, sedatives and tranquilizers may increase drowsiness
• be careful when driving a motor vehicle or operating machinery
• excitability may occur, especially in children

▶

**TAMPER EVIDENT INNER PACKET.**
**DO NOT USE IF SEALED PACKET IS TORN OR BROKEN**

## Drug Facts (continued)

**Stop use and ask a doctor if**
• nervousness, dizziness, or sleeplessness occurs
• fever gets worse or lasts more than 3 days
• redness or swelling is present
• new symptoms occur
• symptoms do not get better or worsen
• pain, cough or nasal congestion gets worse or lasts more than 7 days
• cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health care professional before use.

**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
• **do not use more than directed**
• take every 4 hours; do not take more than 5 packets in 24 hours unless directed by a doctor

| Age | Dose |
|---|---|
| **children under 4 years of age** | **do not use** |
| children 4 to under 12 years of age | do not use unless directed by a doctor |
| adults and children 12 years of age and over | one packet |

• dissolve contents of one packet into 8 oz. hot water: sip while hot. Consume entire drink within 10-15 minutes.
• if using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

### Other information
• **each packet contains:** potassium 4 mg, sodium 27 mg
• **phenylketonurics:** contains phenylalanine 34 mg per packet
• store at controlled room temperature 20°-25°C (68°-77°F). Protect product from heat and moisture.

### *Inactive ingredients* acesulfame potassium, aspartame, citric acid anhydrous, D&C yellow no. 10, FD&C blue no. 1, FD&C red no. 40, flavors, maltodextrin, sodium citrate anhydrous, sucrose, and pregelatinized starch.

### *Questions or Comments?*
Call **1-800-910-6874**



NDC 11673-763-40

Compare to active ingredients in Vicks® NyQuil® Severe Cold & Flu*

nighttime
**severe**
**cold and flu**

MAX STRENGTH

acetaminophen
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
doxylamine succinate
(antihistamine)
phenylephrine HCl
(nasal decongestant)

headache, fever, sore throat, minor aches and pains, nasal/sinus congestion and sinus pressure, sneezing, runny nose, cough alcohol free

up & up

BERRY FLAVOR

12 FL OZ (355 mL)

: 76340 UW F4



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® NyQuil® Severe Cold & Flu.

**GLUTEN FREE**

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING
094 14 0175 R00 C-001744-01-093
Dist. by Target Corp., Mpls, MN 55403

**Drug Facts**

| Active Ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ runny nose and sneezing ■ sore throat ■ cough to help you sleep ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical
◄ help right away.

PEEL BACK AT CORNER FOR MORE INFORMATION ►

: 76340 UW B1



**Drug Facts** (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem such as emphysema or chronic bronchitis ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ a sodium-restricted diet

Ask a doctor or pharmacist before use if you are ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin



**Drug Facts** (continued)

When using this product ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 30 mL contains: sodium 41 mg ■ store at 20-25°C (68-77°F)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions? Call**
1-888-547-7400

TM & ©2022
Target Brands, Inc.

NDC 11673-789-40

# nighttime
# **severe**
**MAX** STRENGTH
# cold and flu
honey flavor

**acetaminophen**
(pain reliever/fever reducer)
**phenylephrine HCl**
(nasal decongestant)
**dextromethorphan HBr**
(cough suppressant)
**doxylamine succinate**
(antihistamine)

headache, fever, sore throat,
minor aches and pains
sneezing, runny nose
nasal/sinus congestion
and sinus pressure
cough




HONEY FLAVOR

# 12 FL OZ (355 mL)

: 86S40 UW F1

---

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING**
094 14 0003 R00 C-001744-01-067
Dist. by Target Corp., Mpls, MN 55403

## Drug Facts

**Active ingredients** **Purpose**
(in each 15 mL)
Acetaminophen  Pain reliever/
325 mg..................................fever reducer
Dextromethorphan HBr
10 mg...............................Cough suppressant
Doxylamine Succinate 6.25 mg...Antihistamine
Phenylephrine HCl 5 mg...Nasal decongestant

**Uses** temporarily relieves common cold/flu
symptoms: ■ nasal congestion ■ sinus
congestion and pressure ■ cough due to
minor throat and bronchial irritation ■ cough
to help you sleep ■ minor aches and pains ■ headache
■ sore throat ■ fever ■ runny nose and sneezing
■ reduces swelling of nasal passages ■ temporarily
restores freer breathing through the nose ■ promotes nasal
and/or sinus drainage

**Warnings**
Liver warning: This product contains acetaminophen.
Severe liver damage may occur if ■ adult takes more than
4,000 mg of acetaminophen in 24 hours ■ child takes
more than 5 doses in 24 hours ■ taken with other drugs
containing acetaminophen ■ adult has 3 or more alcoholic
drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin
reactions. Symptoms may include: ■ skin reddening
■ blisters ■ rash If a skin reaction occurs, stop use and
seek medical help right away.
Sore throat warning: If sore throat is severe, persists for
more than 2 days, is
accompanied or followed
by fever, headache, rash,
nausea, or vomiting, consult
◄ a doctor promptly.

**PEEL BACK AT
CORNER FOR MORE
INFORMATION**     : 86S40 UW B1

---

## Drug Facts
(continued)

Do not use ■ with any other
drug containing acetaminophen
(prescription or nonprescription). If you
are not sure whether a drug contains
acetaminophen, ask a doctor or
pharmacist. ■ if you are now taking a
prescription monoamine oxidase inhibitor
(MAOI) (certain drugs for depression,
psychiatric, or emotional conditions, or
Parkinson's disease), or for 2 weeks
after stopping the MAOI drug. If you do
not know if your prescription drug
contains an MAOI, ask a doctor or
pharmacist before taking this product.
■ if you have ever had an allergic
reaction to this product or any of its
ingredients ■ to make a child sleepy
Ask a doctor before use if you have
■ liver disease ■ heart disease
■ high blood pressure ■ glaucoma
■ thyroid disease ■ diabetes
■ cough that occurs with too much
phlegm (mucus) ■ trouble urinating

---

## Drug Facts
(continued)

■ avoid alcoholic drinks ■ be careful when
driving a motor vehicle or operating machinery
■ alcohol, sedatives, and tranquilizers may increase
drowsiness
Stop use and ask a doctor if ■ you get nervous, dizzy
or sleepless ■ pain, nasal congestion, or cough gets
worse or lasts more than 5 days (children) or 7 days
(adults) ■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms
occur ■ cough comes back or occurs with rash or
headache that lasts. These could be signs of a serious
condition.
If pregnant or breast-feeding, ask a health
professional before use.
Keep out of reach of children. Overdose warning:
In case of overdose, get medical help or contact a
Poison Control Center right away (1-800-222-1222).
Quick medical attention is critical for adults as well
as for children even if you do not notice any signs or
symptoms.
**Directions** ■ take only as directed – see
Overdose warning ■ only use the dose cup
provided ■ do not exceed 4 doses per 24 hrs



daytime
**severe**
**cold and flu**

nighttime
**severe**
**cold and flu**

NDC 11673-597-02

**Compare** to active
ingredients in **Vicks®**
**DayQuil® Severe Cold & Flu®**

**Compare** to active
ingredients in **Vicks®**
**NyQuil® Severe Cold & Flu®**

**value pack**

nighttime
**severe**
**cold and flu**

daytime
**severe**
**cold and flu**

**acetaminophen**
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
guaifenesin (expectorant)
phenylephrine HCl
(nasal decongestant)

headache, fever, sore throat,
minor aches and pains,
nasal/sinus congestion
and sinus pressure, cough,
chest congestion
non-drowsy
alcohol free

nighttime
**severe**
**cold and flu**

**acetaminophen**
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
doxylamine succinate
(antihistamine)
phenylephrine HCl
(nasal decongestant)

headache, fever, sore throat,
minor aches and pains,
nasal/sinus congestion and
sinus pressure, sneezing,
runny nose, cough
alcohol free



**MAX**
STRENGTH

ORIGINAL
FLAVOR



**MAX**
STRENGTH

BERRY
FLAVOR



12 FL OZ (355 mL)

12 FL OZ (355 mL)

DO NOT USE IF PRINTED NECKBAND IS
BROKEN OR MISSING

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



094 14 0070 R00
C-001744-01-093

100% satisfaction guaranteed or your money back.

Distributed by Target Corporation
Minneapolis, MN 55403
TM & ©2022 Target Brands, Inc.

®These products are not manufactured or
distributed by Procter & Gamble, distributor of
Vicks® DayQuil® Severe Cold & Flu and Vicks®



## Nighttime Severe Cold & Flu

### Drug Facts

**Active ingredients (in each 30 mL)** — **Purpose**

Acetaminophen 650 mg................................................Pain reliever/fever reducer
Dextromethorphan HBr 20 mg........................................................Cough suppressant
Doxylamine succinate 12.5 mg.........................................................Antihistamine
Phenylephrine HCl 10 mg...............................................................Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms:
- nasal congestion
- sinus congestion and pressure
- minor aches and pains
- headache
- fever
- sore throat
- runny nose and sneezing
- cough due to minor throat and bronchial irritation
- cough to help you sleep
- reduces swelling of nasal passages
- promotes nasal and/or sinus drainage
- temporarily restores freer breathing through the nose

### Warnings

Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

Ask a doctor or pharmacist before use if you are
- taking sedatives or tranquilizers
- taking the blood thinning drug warfarin

When using this product
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- each 30 mL contains: sodium 41 mg
- store at 20-25°C (68-77°F)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions?** Call 1-888-547-7400

## Daytime Severe Cold & Flu

### Drug Facts

**Active ingredients (in each 15 mL)** — **Purpose**

Acetaminophen 325 mg................................................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg........................................................Cough suppressant
Guaifenesin 200 mg..........................................................................Expectorant
Phenylephrine HCl 5 mg...............................................................Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms:
- nasal congestion
- sinus congestion and pressure
- cough due to minor throat and bronchial irritation
- minor aches and pains
- headache
- fever
- sore throat
- reduces swelling of nasal passages
- temporarily restores freer breathing through the nose
- promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings

Liver warning: This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver disease
- heart disease
- thyroid disease
- diabetes
- high blood pressure
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| | | | |
|---|---|---|---|
| adults & children 12 yrs & over | | 30 mL every 4 hrs | |
| children 6 to under 12 yrs | | 15 mL every 4 hrs | |
| children 4 to under 6 yrs | | ask a doctor | |
| children under 4 yrs | | do not use | |

### Other information
- each 15 mL contains: sodium 6 mg
- store at 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** butylated hydroxyanisole, edetate disodium, FD&C yellow #6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions?** Call 1-888-547-7400

daytime
**severe
cold and flu**

up&up

## Left Panel

**Drug Facts** (continued)

■ taking the blood thinning drug warfarin

**When using this product** ■ **do not use more than directed** ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 30 mL contains: sodium 44 mg ■ store at 20-25°C (68-77°F)

**Inactive ingredients** alcohol, anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C green #3, FD&C yellow #6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions?** Call 1-888-547-7400

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® NyQuil® Severe Cold & Flu.*

Dist. by Target Corp.
Mpls., MN 55403
©2016 Target Brands, Inc.

**GLUTEN FREE**

094 14 0019  R02
IDC-000021-01-193



**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  70030 62793  6

## Center Panel

NDC 11673-012-40

**Compare to** active ingredients in
Vicks® NyQuil® Severe Cold & Flu*


**MAX STRENGTH**

nighttime
**severe
cold and flu**

**acetaminophen** (pain reliever/fever reducer)
**dextromethorphan HBr** (cough suppressant)
**doxylamine succinate** (antihistamine)
**phenylephrine HCl** (nasal decongestant)


up&up

headache, fever, sore throat,
minor aches and pains
nasal/sinus congestion
and sinus pressure
sneezing and runny nose
cough

**ALCOHOL 10%**

**12 FL OZ (355 mL)**

## Right Panel

**Drug Facts**    DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

**Active ingredients (in each 30 mL)**                **Purpose**
Acetaminophen 650 mg........................................Pain reliever/fever reducer
Dextromethorphan HBr 20 mg...............................................Cough suppressant
Doxylamine succinate 12.5 mg..............................................................Antihistamine
Phenylephrine HCl 10 mg........................................................Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms:
■ nasal congestion ■ sinus congestion and pressure ■ headache ■ fever ■ minor aches and pains ■ sore throat ■ runny nose and sneezing ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores free breathing through the nose

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients
**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ a sodium-restricted diet ■ a breathing problem such as emphysema or chronic bronchitis ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough as occurs with smoking, asthma, or emphysema ■ diabetes
**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers

: 84940  UW  F2



Important: Read all product information before using. Keep this box for important information.

## Drug Facts

**Active ingredient (in each tablet)**      **Purpose**

Phenylephrine HCl 10 mg................................................Nasal decongestant

**Uses**
- temporarily relieves sinus congestion and pressure
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies

**Warnings**

**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease    high blood pressure    thyroid disease    diabetes
- trouble urinating due to an enlarged prostate gland

**When using this product do not exceed recommended dosage**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222).

**Directions**

| | |
|---|---|
| adults and children 12 years and over | take 1 tablet every 4 hours<br> do not take more than 6 tablets in 24 hours |
| children under 12 years | ask a doctor |

**Other information**
- store at 20-25°C (68-77°F)
- do not use if blister unit is broken or torn

**Inactive ingredients** anhydrous dibasic calcium phosphate, carnauba wax, FD&C red no. 40 aluminum lake, lecithin, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, silicon dioxide, talc, titanium dioxide

**Questions?** Call 1-888-547-7400

*This product is not manufactured or distributed by McNeil Consumer Healthcare, distributor of Sudafed PE® Congestion.

094 03 0434 R00 C-00X472-01-109
Distributed by Target Corporation
Minneapolis, MN 55403
TM & ©2021 Target Brands, Inc.

NDC 11673-204-68

**Compare to** active ingredient in **Sudafed PE® Congestion***

# congestion, non-drowsy
# sinus PE

phenylephrine HCl tablets, nasal decongestant

sinus pressure and congestion

maximum strength

pseudoephedrine free

up&up™

ACTUAL SIZE

36 TABLETS

36 TABLETS (10 mg EACH)

09469 UW C6

congestion, non-drowsy
sinus PE

up&up



NDC 11673-877-55

**Compare to active ingredients in Theraflu® Severe Cold***

**value pack**

# daytime
# multi-symptom
# severe cold

**acetaminophen**
(pain reliever/fever reducer)

**dextromethorphan HBr**
(cough suppressant)

**phenylephrine HCl**
(nasal decongestant)

nasal congestion, cough, body ache, sore throat pain, headache, fever

serve hot

**green tea and honey lemon** flavors

up&up

**6** PACKETS

**6 MULTI-SYMPTOM PACKETS**

**Compare to active ingredients in Theraflu® Nighttime Severe Cold & Cough***

# nighttime
# severe cold
# and cough

**acetaminophen**
(pain reliever/fever reducer)

**diphenhydramine HCl**
(antihistamine/cough suppressant)

**phenylephrine HCl**
(nasal decongestant)

nasal congestion, cough, runny nose, sneezing, body ache, sore throat pain, headache, fever

serve hot

**honey lemon** infused with white tea flavors

up&up

**6** PACKETS

**6 NIGHTTIME PACKETS**

---

**DO NOT TAKE BOTH PRODUCTS AT THE SAME TIME OR TAKE MORE THAN 5 DOSES IN TOTAL IN ANY 24 HOUR PERIOD.**

**DO NOT TAKE A DOSE OF THE NIGHTTIME PRODUCT SOONER THAN 4 HOURS AFTER THE LAST DOSE OF MULTI-SYMPTOM PRODUCT UNLESS DIRECTED BY YOUR DOCTOR.**

Daytime Multi-Symptom Severe Cold

## Drug Facts

| Active ingredients (in each packet) | Purposes |
|---|---|
| Acetaminophen 500 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ■ temporarily relieves these symptoms due to a cold:
■ minor aches and pains    ■ minor sore throat pain    ■ headache
■ nasal and sinus congestion    ■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use    ■ in a child under 12 years of age
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have    ■ liver disease
■ heart disease    ■ high blood pressure    ■ thyroid disease    ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema
■ a sodium-restricted diet

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not exceed recommended dosage    ▶





**nighttime severe cold and cough**

**daytime multi-symptom severe cold**

## Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occurs
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- pain, cough or nasal congestion gets worse or lasts more than 7 days
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**

**Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.**

## Directions
- do not use more than directed (see overdose warning)
- take every 4 hours, while symptoms persist. Do not take more than 6 packets in 24 hours unless directed by a doctor. ▶

---

## Drug Facts

### Active ingredients (in each packet)            Purposes
Acetaminophen 650 mg....................Pain reliever/fever reducer
Diphenhydramine HCl 25 mg......Antihistamine/cough suppressant
Phenylephrine HCl 10 mg..........................Nasal decongestant

**Uses** ■ temporarily relieves these symptoms due to a cold:
- minor aches and pains
- minor sore throat pain
- nasal and sinus congestion
- headache
- itchy nose or throat
- runny nose
- sneezing
- itchy, watery eyes due to hay fever
- cough due to minor throat and bronchial irritation
- temporarily reduces fever

### Warnings
**Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take**
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:**
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away. ▶

---

## Drug Facts (continued)

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

- dissolve contents of one packet into 8 oz. hot water: sip while hot. Consume entire drink within 10-15 minutes.
- if using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

**Other information**
- each packet contains: potassium 10 mg and sodium 25 mg
- phenylketonurics: contains phenylalanine 22 mg per packet
- store at 20-25°C (68-77°F). Protect product from heat and moisture.

**Inactive ingredients** acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

**Questions?** Call 1-888-547-7400

### Nighttime Severe Cold And Cough

---

## Drug Facts (continued)

**Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.**

**Do not use** ■ in a child under 12 years of age
- if you have ever had an allergic reaction to this product or any of its ingredients
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other product containing diphenhydramine, even one used on skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- high blood pressure
- thyroid disease
- liver disease
- heart disease
- diabetes
- glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis
- cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema ▶

---

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking sedatives or tranquilizers
- taking the blood thinning drug warfarin

**When using this product** ■ do not exceed recommended dosage
- avoid alcoholic drinks
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occurs
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- pain, cough or nasal congestion gets worse or lasts more than 7 days
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.**

**Directions** ■ do not use more than directed (see overdose warning)
- take every 4 hours, while symptoms persist. Do not take more than 5 packets in 24 hours unless directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

- dissolve contents of one packet into 8 oz. hot water: sip while hot. Consume entire drink within 10-15 minutes.
- if using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

**Other information**
- each packet contains: potassium 10 mg and sodium 25 mg
- phenylketonurics: contains phenylalanine 13 mg per packet
- store at 20-25°C (68-77°F). Protect product from heat and moisture.

**Inactive ingredients** acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

**Questions?** Call 1-888-547-7400

*These products are not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® Severe Cold and Theraflu® Nighttime Severe Cold & Cough.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Do not use if printed packets are torn or punctured




094 14 0001 R00
C-001472-01-106

3   70030 14720   5

Distributed by Target Corporation
Minneapolis, MN 55403
Made in Mexico
TM & ©2021 Target Brands, Inc.





**Drug Facts**

Daytime Vapor Chill Cold & Flu

Compare to active ingredients in DayQuil® SEVERE+ VICKS® VapoCOOL™ Cold and Flu*

**daytime**
**vapor chill**
**cold and flu**

**acetaminophen**
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
guaifenesin (expectorant)
phenylephrine HCl
(nasal decongestant)

minor aches and pains, fever
nasal congestion and sinus pressure
cough, chest congestion

ALCOHOL FREE

12 FL OZ (355 mL)

NDC 11673-661-02

value pack

Compare to active ingredients in NyQuil® SEVERE+ VICKS® VapoCOOL™ Cold and Flu*

**nighttime**
**vapor chill**
**cold and flu**

**acetaminophen**
(pain reliever/fever reducer)
dextromethorphan HBr
(cough suppressant)
doxylamine succinate (antihistamine)
phenylephrine HCl
(nasal decongestant)

minor aches and pains, fever
nasal congestion and sinus pressure
sneezing, runny nose, cough

ALCOHOL FREE

12 FL OZ (355 mL)

**Drug Facts**

Nighttime Vapor Chill Cold & Flu

*These products are not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademark DayQuil® SEVERE+ VICKS® VapoCOOL™ Cold and Flu and NyQuil® SEVERE+ VICKS® VapoCOOL™ Cold and Flu.

Distributed by Target Corporation
Minneapolis, MN 55403
TM & ©2021 Target Brands, Inc.

PARENTS:

Do Not Take Daytime and Nighttime Products at the Same Time. Do Not Take More Than 4 Doses of Daytime and Nighttime Products in Any 24-Hour Period.

www.StopMedicineAbuse.org

C-001472-01-066

TAMPER EVIDENT: DO NOT USE IF PRINTED NECK BAND IS MISSING OR BROKEN

No Print / No Varnish Area
Lot # and Exp. Info