# Walgreens

## ‑PE Product Labels –

CONVENIENT RECLOSING TAB

DAYTIME
**Wal-Flu®**
Severe Cold
& Cough

**Well** at
*Walgreens*

WALGREENS PHARMACIST RECOMMENDED*

**Well** at
*Walgreens*

NDC 0363-1100-06

**NEW**    WALGREENS PHARMACIST RECOMMENDED*

**DAYTIME**

# Wal-Flu®

## Severe Cold & Cough

**Acetaminophen /**
**Pain Reliever / Fever Reducer**
**Dextromethorphan HBr /**
**Cough Suppressant**
**Phenylephrine HCl /**
**Nasal Decongestant**

Relieves:
• **Nasal & Sinus Congestion**
• **Cough • Body Ache**
• **Sore Throat Pain**
• **Headache • Fever**

BERRY
Infused with Menthol
& Green Tea Flavors

Compare to Theraflu® Daytime Severe Cold & Cough active ingredients**

**6** PACKETS    SEE NEW WARNINGS INFORMATION

*Walgreens Pharmacist Survey Study, November 2012.
**This product is not affiliated with Novartis Consumer Health, Inc., owner
of the registered trademark Theraflu® Daytime Severe Cold & Cough.

---

*Walgreens*
*Way to Well*
Commitment

Support local preventive
wellness with Walgreens. With
each purchase of Walgreens
Brand Health & Wellness
Product, 1¢ goes to the
Walgreens Way to Well Fund®
up to $3 million annually. Visit
Walgreens.com/waytowell

---

## Drug Facts

| Active ingredients (in each packet) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/Fever reducer |
| Dextromethorphan hydrobromide 20 mg | Cough suppressant |
| Phenylephrine hydrochloride 10 mg | Nasal decongestant |

### Uses
• Temporarily relieves:
  • minor aches and pains  • headache  • minor sore throat pain
  • nasal and sinus congestion  • cough due to minor throat and
    bronchial irritation
• Temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may
occur if you take • more than 6 packets in 24 hours, which is the maximum daily
amount • with other drugs containing acetaminophen • 3 or more alcoholic
drinks every day while using this product.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is
accompanied or followed by fever, headache, rash, nausea, or vomiting, consult
a doctor promptly.

**Do not use**
• with any other drug containing acetaminophen (prescription and nonprescrip-
tion). Ask a doctor or pharmacist before using with other drugs if you are not
sure. • If you are now taking a prescription monoamine oxidase inhibitor (MAOI)
(certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's
disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your
prescription drug contains a MAOI, ask a doctor or pharmacist before taking
this product.

**Ask a doctor before use if you have**
• liver disease  • heart disease  • high blood pressure  • thyroid disease
• diabetes  • trouble urinating due to an enlarged prostate gland
• a breathing problem such as emphysema, asthma, or chronic bronchitis
• cough that occurs with too much phlegm (mucus) • cough that lasts or is
chronic such as occurs with smoking, asthma or emphysema.

**Ask a doctor or pharmacist before use if you are** taking the blood thinning
drug warfarin.

**When using this product**
• do not exceed recommended dosage

**Stop use and ask a doctor if**
• nervousness, dizziness, or sleeplessness occurs  • fever gets worse or lasts
more than 3 days  • redness or swelling is present  • new symptoms occur
• symptoms do not get better or worsen  • pain, cough or nasal congestion
gets worse or lasts more than 7 days  • cough comes back or occurs with fever,
rash or headache that lasts. These could be signs of a serious condition. ►

---

## Drug Facts (continued)

**If pregnant or breast-feeding,** ask a
health care professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or
contact a Poison Control Center right away.
Prompt medical attention is critical for
adults as well as for children even if you
do not notice any signs or symptoms.

### Directions
• **do not use more than directed**
• take every 4 hours; not to exceed
6 packets in 24 hours or as directed by
a doctor.
• adults and children 12 years of age and
over: dissolve contents of one packet into
8 oz. hot water; sip while hot. Consume
entire drink within 10-15 minutes.
• children under 12 years of age: consult
a doctor.
• if using a microwave, add contents of one
packet to 8 oz. of cool water; stir briskly
before and after heating. Do not overheat.

### Other information
• **each packet contains:** potassium 8 mg,
sodium 20 mg
• **phenylketonurics:** contains phenylalanine
14 mg per packet
• store at controlled room temperature
20-25°C (68-77°F). Protect from
excessive heat and moisture.

### Inactive ingredients:
Acesulfame K, aspartame, citric acid, FD&C
Blue No.1, FD&C red No.40, maltodextrin,
menthol, natural flavors, sodium citrate,
starch and sugar.

**DO NOT USE IF SEALED PACKET
IS TORN OR BROKEN**

---

C-3110-30508-6W
ORG0413-F

---

Questions or comments? 1-800-925-4733

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
*Walgreens*
**100%** SATISFACTION
GUARANTEED
walgreens.com ©2013 Walgreen Co.
**MADE IN CANADA**

ITEM 279236

3 11917 15938 6









**Walgreens**

**Drug Facts**

**Active ingredients (in each packet)** **Purposes**
Acetaminophen 650 mg...........................................Pain reliever/fever reducer
Diphenhydramine HCl 25 mg.............................Antihistamine/cough suppressant
Phenylephrine HCl 10 mg...........................................................Nasal decongestant

**Uses**
temporarily relieves these symptoms due to a cold:
■ minor aches and pains   ■ minor sore throat pain   ■ headache   ■ nasal and sinus congestion
■ runny nose             ■ sneezing            ■ itchy nose or throat
■ itchy, watery eyes due to hay fever          ■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or vomiting consult a doctor promptly.
**Do not use** ■ in a child under 12 years of age ■ if you are allergic to acetaminophen
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are
not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on the skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for
depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after
stopping the MAOI drug. If you do not know if your prescription drug contains a MAOI, ask a
doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problems such as emphysema or chronic bronchitis
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma or emphysema
**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers
■ taking the blood thinning drug warfarin
**When using this product**
■ do not exceed recommended dosage ■ avoid alcoholic drinks ■ marked drowsiness may occur
■ alcohol, sedatives and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occurs   ■ fever gets worse or lasts more than 3 days
■ redness or swelling is present                   ■ new symptoms occur

**Drug Facts (continued)**
■ pain, cough or nasal congestion gets worse or
lasts more than 7 days
■ cough comes back or occurs with rash or
headache that lasts. These could be signs of a
serious condition.
**If pregnant or breast-feeding,** ask a health
professional before use.
**Keep out of reach of children.** In case of overdose,
get medical help or contact a Poison Control Center
right away at 1-800-222-1222. Prompt medical
attention is critical for adults as well as for children
even if you do not notice any signs or symptoms.

**Directions**
■ **do not use more than directed**
■ take every 4 hours, while symptoms persist.
Do not take more than 6 packets in 24 hours
unless directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 6 oz. hot
water; sip while hot. Consume entire drink within
10-15 minutes.
■ if using a microwave, add contents of one packet
to 6 oz. of cool water; stir briskly before and after
heating. Do not overheat.

**Other information**
■ **each packet contains:** potassium 6 mg,
■ aspartame free, sodium free
■ store at room temperature. Protect from
heat and moisture.

**Inactive ingredients** citric acid, FD&C
Yellow No. 6, flavors, maltodextrin, potassium
chloride, silica, sucralose, sucrose

**Questions or comments?** 1-800-407-2748

TAMPER EVIDENT INNER UNIT: DO NOT USE
IF SEALED PACKET IS TORN OR BROKEN.

Our pharmacists recommend the Walgreens brand.
We invite you to compare to national brands.
†This product is not manufactured or distributed by
GSK Consumer Healthcare, distributor of Theraflu
Nighttime Severe Cold & Cough.

NDC 0363-0910-08

**Walgreens**

Compare to the active ingredients
in Theraflu Nighttime Severe
Cold & Cough†

**NIGHTTIME**

## Severe
## Cold & Cough

**COLD & COUGH**

ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
DIPHENHYDRAMINE HCl / ANTIHISTAMINE /
COUGH SUPPRESSANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Aspartame Free    Sodium Free

• Relieves nasal congestion,
cough, body ache,
sore throat pain,
runny nose, sneezing,
headache & fever

**6 PACKETS**

Honey Lemon
infused with chamomile
& white tea flavors

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.

ITEM 878390  W00000-0000-0

3  11917 20155  9

W3ORG03122-F

Lot:

Exp:



## Drug Facts

**Active ingredients (in each packet)** — **Purpose**

Acetaminophen 650 mg .............................. Pain reliever/Fever reducer
Diphenhydramine hydrochloride 25 mg ..Antihistamine/Cough suppressant
Phenylephrine hydrochloride 10 mg ............................. Nasal decongestant

### Uses
• Temporarily relieves:
  • minor aches and pains  • headache   • minor sore throat pain
  • nasal and sinus congestion  • cough due to minor throat and
  bronchial irritation  • runny nose  • sneezing  • itchy, watery eyes
  due to hay fever  • itchy nose and throat
• Temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take • more than 6 packets in 24 hours, which is the maximum daily amount • with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
• with any other drug containing acetaminophen (prescription and nonprescription).
Ask a doctor or pharmacist before using with other drugs if you are not sure.
• with any other product containing diphenhydramine, even one used on the skin
• If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains a MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
• liver disease  • heart disease  • high blood pressure  • thyroid disease
• glaucoma  • diabetes  • trouble urinating due to an enlarged prostate gland
• a breathing problem such as emphysema, asthma, or chronic bronchitis
• cough that occurs with too much phlegm (mucus) • cough that lasts or is chronic such as occurs with smoking, asthma or emphysema.

**Ask a doctor or pharmacist before use if you are**
• taking sedatives or tranquilizers  • taking the blood thinning drug warfarin

**When using this product**
• do not exceed recommended dosage
• avoid alcoholic drinks  • marked drowsiness may occur  • alcohol, sedatives and tranquilizers may increase drowsiness  • be careful when driving a motor vehicle or operating machinery  • excitability may occur, especially in children.

**Stop use and ask a doctor if**
• nervousness, dizziness, or sleeplessness occurs  • fever gets worse or lasts more than 3 days  • redness or swelling is present  • new symptoms occur • symptoms do not get better or worsen  • pain, cough or nasal congestion gets worse or lasts more than 7 days  • cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition. ▶

190

## Drug Facts (continued)

**If pregnant or breast-feeding,** ask a health care professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
• **do not use more than directed**
• take every 4 hours; not to exceed
 6 packets in 24 hours or as directed by
 a doctor.
• adults and children 12 years of age and
 over: dissolve contents of one packet into
 8 oz. hot water; sip while hot. Consume
 entire drink within 10-15 minutes.
• children under 12 years of age: consult
 a doctor.
• if using a microwave, add contents of one
 packet to 8 oz. of cool water; stir briskly
 before and after heating. Do not overheat.

### Other information
• **each packet contains:** potassium 7 mg,
 sodium 46 mg
• **phenylketonurics:** contains phenylalanine
 13 mg per packet
• store at controlled room temperature
 20-25°C (68-77°F). Protect from
 excessive heat and moisture.

### Inactive ingredients:
Acesulfame K, aspartame, caramel color, citric acid, D&C Yellow 10, maltodextrin, natural flavors, sodium citrate, starch and sugar.

**Questions or comments?**
1-800-925-4733

CONVENIENT RECLOSING TAB

**NIGHTTIME**
**Wal-Flu®**
Severe Cold
& Cough

**Well** at **Walgreens**

WALGREENS PHARMACIST RECOMMENDED*

NDC 0363-1151-06

**WALGREENS PHARMACIST RECOMMENDED***

**NIGHTTIME**

## Wal-Flu®
### Severe Cold & Cough

Acetaminophen /
**Pain Reliever / Fever Reducer**
Diphenhydramine HCl /
**Antihistamine / Cough Suppressant**
Phenylephrine HCl /
**Nasal Decongestant**

**Relieves:**
• Nasal congestion • Cough
• Body ache • Sore throat pain
• Runny nose • Sneezing
• Headache • Fever

**HONEY LEMON FLAVOR**
Infused with Chamomile
& White Tea Flavors

Compare to Theraflu® Nighttime Severe Cold & Cough active ingredients‡‡

**6 PACKETS** | SEE NEW WARNINGS INFORMATION

‡Walgreens Pharmacist Survey Study, November 2012
‡‡This product is not affiliated with Novartis Consumer
Health, Inc., owner of the registered trademark Theraflu®.

DO NOT USE IF SEALED PACKETS ARE TORN OR BROKEN

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015 | ITEM 499403
**Walgreens**
**100%** SATISFACTION GUARANTEED
walgreens.com   © 2013 Walgreen Co.
MADE IN CANADA

3 11917 10758 5

C-3109-30508-6W-2     REV0813-RF

Walgreens
Way to Well
Commitment
Support local preventive
wellness with Walgreens. With
each purchase of Walgreens
Brand Health & Wellness
Product, 1¢ goes to the
Walgreens Way to Well Fund™
up to $3 million annually. Visit
Walgreens.com/waytowell







CONVENIENT RECLOSING TAB

SUGAR FREE
**NIGHTTIME**
**Wal-Flu®**
Severe Cold & Cough

**Well** at **Walgreens**

WALGREENS PHARMACIST RECOMMENDED*

ORG0914

NDC 0363-0612-06

**NEW**

**Well** at **Walgreens**

WALGREENS PHARMACIST RECOMMENDED*

**SUGAR FREE**
**NIGHTTIME**
**Wal-Flu®**
Severe Cold & Cough

**Acetaminophen /**
**Pain Reliever / Fever Reducer**
**Diphenhydramine HCl /**
**Antihistamine / Cough Suppressant**
**Phenylephrine HCl /**
**Nasal Decongestant**

Temporarily relieves:
• Nasal congestion • Cough
• Body ache • Sore throat pain
• Runny nose • Sneezing
• Headache
• Fever

SUGAR FREE

NATURAL
HONEY LEMON
FLAVOR

Compare to Theraflu® Sugar Free Nighttime Severe Cold & Cough‡‡

**6 PACKETS**

*Walgreens Pharmacist Survey Study, November 2012.
‡‡This product is not affiliated with Novartis Consumer Health, Inc., owner of the registered trademark Theraflu®.

---

## Drug Facts

| **Active ingredients (in each packet)** | **Purpose** |
|---|---|
| Acetaminophen 650 mg | Pain reliever/Fever reducer |
| Diphenhydramine hydrochloride 25 mg, Antihistamine/Cough suppressant | |
| Phenylephrine hydrochloride 10 mg | Nasal decongestant |

### Uses
• Temporarily relieves:
  • minor aches and pains • headache  • minor sore throat pain
  • nasal and sinus congestion • cough due to minor throat and
  bronchial irritation  • runny nose • sneezing  • itchy, watery eyes
  due to hay fever  • itchy nose and throat
• Temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take • more than 6 packets in 24 hours, which is the maximum daily amount • with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
• in a child under 4 years of age • with any other drug containing acetaminophen (prescription and nonprescription). Ask a doctor or pharmacist before using with other drugs if you are not sure • with any other product containing diphenhydramine, even one used on the skin • If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains a MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
• liver disease  • heart disease  • high blood pressure  • thyroid disease
• glaucoma  • diabetes  • trouble urinating due to an enlarged prostate gland
• a breathing problem such as emphysema, asthma, or chronic bronchitis
• cough that occurs with too much phlegm (mucus)  • cough that lasts or is chronic such as occurs with smoking, asthma or emphysema.

**Ask a doctor or pharmacist before use if you are**
• taking sedatives or tranquilizers  • taking the blood thinning drug warfarin

**When using this product**
• do not exceed recommended dosage
• avoid alcoholic drinks  • marked drowsiness may occur  • alcohol, sedatives and tranquilizers may increase drowsiness  • be careful when driving a motor vehicle or operating machinery  • excitability may occur, especially in children.

**Stop use and ask a doctor if**
• nervousness, dizziness, or sleeplessness occurs  • fever gets worse or lasts more than 3 days  • redness or swelling is present  • new symptoms occur
• symptoms do not get better or worsen  • pain, cough or nasal congestion gets worse or lasts more than 7 days  • cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

---

## Drug Facts (continued)

If pregnant or breast-feeding, ask a health care professional before use.
Keep out of reach of children.
In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
• **do not use more than directed**
• take every 4 hours; not to exceed 6 packets in 24 hours or as directed by a doctor.
• adults and children 12 years of age and over: dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
• children under 12 years of age: consult a doctor.
• if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

### Other information
• **each packet contains:** potassium 10 mg, sodium 19 mg
• **phenylketonurics:** contains phenylalanine 11 mg per packet
• store at controlled room temperature 20-25°C (68-77°F). Protect from excessive heat and moisture.

### Inactive ingredients:
Acesulfame K, aspartame, calcium phosphate dibasic, citric acid, D&C Yellow 10, maltodextrin, natural flavor, silicon dioxide, sodium citrate dihydrate.

**DO NOT USE IF SEALED PACKET IS TORN OR BROKEN.**

Questions or comments?
1-800-925-4733

---

**Way-to-Well** Commitment

Support local preventive wellness with Walgreens. With each purchase of Walgreens Brand Health & Wellness Product, 1¢ goes to the Walgreens Way to Well Fund,® up to $3 million annually. Visit Walgreens.com/waytowell

---

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**Walgreens**
**100%** SATISFACTION GUARANTEED
walgreens.com ©2014 Walgreen Co.
MADE IN CANADA

ITEM 376865

C-3111-30508-6W

3 11917 17294 1



**CONVENIENT RECLOSING TAB**

Well at **Walgreens**

WALGREENS PHARMACIST RECOMMENDED[?]

**Wal-Flu®**
Cold & Sore Throat

Well at **Walgreens**

WALGREENS PHARMACIST RECOMMENDED[?]

**Wal-Flu®**
Cold & Sore Throat

**Acetaminophen /**
**Pain Reliever / Fever Reducer**
**Pheniramine Maleate / Antihistamine**
**Phenylephrine HCI /**
**Nasal Decongestant**

**Relieves:**
• Nasal congestion
• Body ache
• Sore throat pain
• Runny nose
• Headache
• Fever

**6 PACKETS**    LEMON FLAVOR

Lot/Exp

C-2173-30508-6W-3

REV1115-RF5

ITEM: AF30817  W000000-0000-0

NDC 0363-2591-06

READ ALL WARNINGS AND DIRECTIONS ON CARTON BEFORE USE. KEEP CARTON FOR REFERENCE. DO NOT DISCARD

## Drug Facts

| Active ingredients (in each packet) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Pheniramine maleate 20 mg | Antihistamine |
| Phenylephrine hydrochloride 10 mg | Nasal Decongestant |

**Uses**
• temporarily relieves these symptoms due to a cold:
  • minor aches and pains   • headache   • minor sore throat pain   • nasal congestion
• temporarily reduces fever
• temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
  • runny nose   • sneezing   • itchy nose and throat   • itchy, watery eyes

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take  • more than 6 packets in 24 hours, which is the maximum daily amount  • with other drugs containing acetaminophen  • 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• skin reddening  • blisters  • rash. If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a physician promptly.

**Do not use**  • in a child under 4 years of age  • if you are allergic to acetaminophen  • with any other drug containing acetaminophen (prescription or non prescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.  • if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains a MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
• liver disease   • heart disease   • high blood pressure   • thyroid disease   • diabetes
• glaucoma   • trouble urinating due to an enlarged prostate gland   • cough that occurs with too much phlegm (mucus)   • cough that lasts or is chronic such as occurs with smoking, asthma or emphysema   • a sodium-restricted diet.

**Ask a doctor or pharmacist before use if you are taking**
• sedatives or tranquilizers • the blood thinning drug warfarin

**When using this product • do not exceed recommended dosage** • avoid alcoholic drinks • may cause drowsiness • alcohol, sedatives, and tranquilizers may increase drowsiness • be careful when driving a motor vehicle or operating machinery • excitability may occur, especially in children.

**Stop use and ask a doctor if**
• nervousness, dizziness, or sleeplessness occurs • pain or nasal congestion gets worse or lasts more than 7 days • fever gets worse or lasts more than 3 days. (continued)

## Drug Facts (continued)

• redness or swelling is present • new symptoms occur • These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health care professional before use. Keep out of reach of children.

In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults and even for children even if you do not notice any signs or symptoms.

**Directions**
• **do not use more than directed**
• Take every 4 hours; not to exceed 6 packets in 24 hours or as directed by a doctor.

| Age | Dose |
| --- | --- |
| children under 4 years of age | do not use |
| children 4 to under 12 years of age | do not use unless directed by a doctor |
| adults and children 12 years of age and over | one packet |

• dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
• If using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

**Other information**
• **each packet contains:** sodium 66 mg
• store at controlled room temperature 20-25°C (68-77°F). Protect from heat and moisture.

**Inactive ingredients**
Citric acid, D&C Yellow 10, Ethylcellulose, FD&C Red 40, Flavor, Microcrystalline cellulose, Povidone, Silicon dioxide, Sodium citrate, Starch, Sugar and Vitamin E.

**Questions or comments?    1-800-925-4733**

DO NOT USE IF SEALED PACKETS ARE TORN OR BROKEN

[?]Walgreens Pharmacist Survey Study, November 2014.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD. DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2015 Walgreen Co.
MADE IN CANADA

EV Code

COMBO PACK

**Well at Walgreens**

WALGREENS PHARMACIST RECOMMENDED

NEW

**MULTI-SYMPTOM**

## Wal-Flu®
### Severe Cold

Acetaminophen /
Pain Reliever / Fever Reducer
Dextromethorphan HBr /
Cough Suppressant
Phenylephrine HCl /
Nasal Decongestant

**Relieves:**
- Nasal congestion
- Cough · Body ache
- Sore throat pain
- Headache · Fever

6 PACKETS

GREEN TEA & HONEY LEMON FLAVORS

**NIGHTTIME**

## Wal-Flu®
### Severe Cold & Cough

Acetaminophen /
Pain Reliever / Fever Reducer
Diphenhydramine HCl /
Antihistamine / Cough Suppressant
Phenylephrine HCl /
Nasal Decongestant

**Relieves:**
- Nasal congestion · Cough
- Runny nose · Sneezing
- Body ache · Sore throat pain
- Headache · Fever

6 PACKETS

HONEY LEMON

**12 TOTAL PACKETS**

Compare to Theraflu® Multi-Symptom Severe Cold & Theraflu® Nighttime Severe Cold & Cough active ingredients*

COMBO PACK

READ ALL WARNINGS AND DIRECTIONS ON CARTON BEFORE USE. KEEP CARTON FOR REFERENCE. DO NOT DISCARD.

**Nighttime Severe Cold & Cough**

## Drug Facts

**Multi-Symptom Cold**

## Drug Facts

**Multi-Symptom**

DO NOT USE IF SEALED PACKET IS TORN OR BROKEN

Questions or comments? 1-800-925-4733

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
walgreens.com ©2016 Walgreen Co.

100% SATISFACTION GUARANTEED

MADE IN CANADA

Lot code area – keep text/graphics free

CONVENIENT RECLOSING TAB

# Drug Facts

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

| Active ingredients (in each caplet) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever |
| Diphenhydramine HCl 25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves these symptoms of hay fever or other upper respiratory allergies:
■ runny nose ■ nasal congestion ■ sneezing ■ itchy, watery eyes ■ itching of the nose or throat ■ minor aches and pains

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients.

**Drug Facts (continued)**

**Ask a doctor before use if you have**
■ diabetes ■ thyroid disease ■ liver disease ■ glaucoma ■ high blood pressure ■ heart disease ■ difficulty in urination due to enlargement of the prostate gland ■ a breathing problem such as emphysema or chronic bronchitis

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers

**When using this product**
■ do not exceed recommended dosage ■ marked drowsiness may occur ■ avoid alcoholic beverages ■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ use caution when driving a motor vehicle or operating machinery ■ avoid alcoholic beverages

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur ■ pain or nasal congestion gets worse or lasts more than 5 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur

If pregnant or breast-feeding, ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed
■ adults and children 12 years and over: Take 2 caplets every 4 hours
■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

**Other information**
■ see end flap for expiration date and lot number

**Drug Facts (continued)**

**TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
* store at 20° to 25°C (68°-77°F); excursions permitted between 15-30°C (59°-86°F).

**Inactive ingredients** corn starch, crospovidone, D&C red #27 & FD&C blue #1 aluminum lake, sodium croscarmellose, hypromellose, magnesium stearate, microcrystalline cellulose, polydextrose, polyethylene glycol, povidone, silicon dioxide, stearic acid, titanium dioxide, triacetin

**Questions or comments?** 1-800-426-9391

**TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING**

how2recycle.info
MULTI-LAYER TRAY
PAPER BOX
NO PRINT/VARNISH
LOT & EXP DATE ONLY

Our pharmacists recommend the Walgreens brand.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD, DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.
ORG091854309
50844

ITEM 555466    W000000-0000-0
3 11917 08636 1

B-2201-543-09-HR
ORG091854309










**Walgreens**

**Allergy Relief**

NDC 0363-5430-09

**Walgreens**

# Allergy Relief

**SEVERE ALLERGY & SINUS HEADACHE**

**ACETAMINOPHEN** / PAIN RELIEVER
**DIPHENHYDRAMINE HCl** / ANTIHISTAMINE
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT

Maximum Strength

- Relief of headache, sinus congestion, sinus pain & pressure, runny nose, sneezing, itchy throat & itchy, watery eyes

**20** CAPLETS

ACTUAL SIZE

W3ORG0821-F2
REV1122

Do not print area
Lot and
Exp Date Only

ITEM 603348   W00000-0000-0

B-2201-485-08-HR
REV1220A48506

**Questions or comments?**
1-800-426-9391

**Drug Facts** (continued)

microcrystalline cellulose, polydextrose, polyethylene glycol, silicon dioxide, stearic acid, titanium dioxide, triacetin

†This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Benadryl® Allergy Plus Congestion.

†Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.

**Inactive ingredients** croscarmellose sodium, dibasic calcium phosphate dihydrate, FD&C blue #1 aluminum lake, hypromellose, magnesium stearate,

**Other information**
■ each tablet contains: calcium 25 mg
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15-30°C (59-86°F)
■ see end flap for expiration date and lot number

**Directions**
■ do not take more than directed
■ adults and children 12 years and over: take 1 tablet every 4 hours
■ do no take more than 6 tablets in 24 hours
■ children under 12 years: do not use

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

Stop use and ask a doctor if
■ symptoms do not improve within 7 days or are accompanied by fever
■ nervousness, dizziness, or sleeplessness occur

If pregnant or breast-feeding, ask a health professional before use.

■ drowsiness may occur
■ use caution when driving a motor vehicle or operating machinery
■ avoid alcoholic beverages
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ excitability may occur, especially in children
■ marked drowsiness may occur

**When using this product**
■ do not exceed recommended dosage

**Drug Facts** (continued)

---

**Ask a doctor or pharmacist before use if you are taking** sedatives or tranquilizers.

**Ask a doctor before use if you have**
■ glaucoma   ■ a breathing problem such as emphysema or chronic bronchitis
■ heart disease   ■ high blood pressure
■ diabetes   ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ difficulty in urination due to enlargement of the prostate gland

**Ask a doctor before use if you have**
■ with any other product containing diphenhydramine, even one used on skin

**When using this product**
NOW, ask a doctor or pharmacist before taking this product. If you do not know if your prescription drug contains an MAOI, or for 2 weeks after stopping the MAOI drug.

Do not use
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug.

**Warnings**

**Uses**
■ temporarily relieves these symptoms due to hay fever or other upper respiratory allergies:
■ runny nose   ■ sneezing
■ itching of the nose or throat   ■ itchy, watery eyes
■ temporarily relieves these symptoms due to the common cold:   ■ nasal congestion
■ runny nose   ■ sneezing
■ temporarily relieves nasal congestion and pressure

**Purpose**
Antihistamine .............. Nasal decongestant

**Active ingredients** (in each tablet)
Diphenhydramine HCl 25 mg
Phenylephrine HCl 10 mg

**Drug Facts**

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION




how2recycle.info

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.
REV1220A48506
50844

---



*Walgreens*

**Allergy Relief**

NDC 0363-4851-08

*Walgreens*

Compare to the active ingredients in Benadryl® Allergy Plus Congestion†

**Allergy Relief**

**PLUS CONGESTION**
DIPHENHYDRAMINE HCl 25 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

**Congestion Relief**

• Relief of sinus congestion & pressure, runny nose, sneezing, itchy throat & itchy, watery eyes

24

COATED
MINI
TABS

ACTUAL SIZE



**Walgreens**

**Children's Mucus Cough & Congestion Relief**

---

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING

**Drug Facts**

**Active ingredients (in each 5 mL)** — **Purpose**
Dextromethorphan HBr 5 mg — Cough suppressant
Guaifenesin 100 mg — Expectorant
Phenylephrine HCl 2.5 mg — Nasal decongestant

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - stuffy nose
  - nasal congestion due to a cold
  - the intensity of coughing
  - the impulse to cough to help the child get to sleep

**Warnings**
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
- diabetes
- heart disease
- thyroid disease
- high blood pressure
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- do not take more than directed
- do not take more than 6 doses in any 24-hour period
- mL = milliliter
- only use the dose cup provided
- dose as follows or as directed by a doctor

| Age | Dose |
|---|---|
| children 6 under 12 years | 10 mL, every 4 hours |
| children 4 to under 6 years | 5 mL, every 4 hours |
| children under 4 years | do not use |

**Other information**
- each 5 mL contains: sodium 3 mg
- store at 25°C (77°F); excursions permitted between 15°–30°C (59°–86°F)
- see end flap for expiration date and lot number

**Inactive ingredients** anhydrous citric acid, FD&C red 440, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sorbitol, sucralose, xanthan gum

**Questions or comments?** 1-800-426-9391

DOSAGE CUP PROVIDED      50844      DRG022305688

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

PACKAGE CONTAINS ONE BOTTLE
ACTUAL SIZE

D-2201-056-00-HR
ORG022305688

PAPER BOX   PLASTIC BOTTLE   PLASTIC CUP

---

**Walgreens**

NDC 0363-1056-88

Compare to the active ingredients in Children's Mucinex® Cough & Congestion®

**Children's Mucus Cough & Congestion Relief**

DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT
ORAL SOLUTION

- Relieves chest congestion, cough & stuffy nose
- Breaks up mucus

**AGES 4-11 YEARS**

6.8 FL OZ (201 mL)   Berry flavor

¹Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
²This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Children's Mucinex® Cough & Congestion.

DISTRIBUTED BY: **WALGREEN CO.**
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com   ©2023 Walgreen Co.
ITEM 634862   W00000-0000-0

3   11917 00669   7

No Print/No Varnish
Lot and Expiration No.

---

**Walgreens**

NDC 0363-1056-88

Compare to the active ingredients in Children's Mucinex® Cough & Congestion®

**Children's Mucus Cough & Congestion Relief**

DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT
ORAL SOLUTION

- Relieves chest congestion, cough & stuffy nose
- Breaks up mucus

**AGES 4-11 YEARS**

6.8 FL OZ (201 mL)   Berry flavor

W3ORG0423-F



**DEXTROMETHORPHAN HBr /**
**COUGH SUPPRESSANT**
**GUAIFENESIN / EXPECTORANT**
**PHENYLEPHRINE HCl /**
**NASAL DECONGESTANT**

## Cold
MULTI-SYMPTOM
**children's**

*Walgreens*

*Walgreens*

*Compare to Children's Mucinex® Multi-Symptom Cold active ingredients‖*

NDC 0363-9839-26

**children's**
MULTI-SYMPTOM
# Cold

DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

**ALCOHOL FREE**

• Relief from: stuffy nose, cough & chest congestion
• Breaks up mucus

AGES
4-12
YEARS

BERRY FLAVOR

4 FL OZ (118 mL)

*Walgreens*

*Compare to Children's Mucinex® Multi-Symptom Cold active ingredients‖*

NDC 0363-9838-26

**children's**
MULTI-SYMPTOM
# Cold

DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

**ALCOHOL FREE**

• Relief from: stuffy nose, cough & chest congestion
• Breaks up mucus

AGES
4-12
YEARS

BERRY FLAVOR

4 FL OZ (118 mL)

ORG0717-F

## Drug Facts

| Active Ingredients (in each 5 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Guaifenesin 100 mg | Expectorant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses**
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves:
■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
■ the intensity of coughing
■ the impulse to cough to help your child get to sleep
■ nasal congestion due to a cold
■ stuffy nose

**Warnings**
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if the child has**
■ heart disease          ■ high blood pressure
■ thyroid disease       ■ diabetes
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with asthma

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ your child gets nervous, dizzy or sleepless
■ symptoms do not get better within 7 days or occur with fever
■ cough lasts more than 7 days, comes back, or occurs with fever, rash, or persistent headache. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222).

**Directions**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ mL = milliliter

▶

ITEM 374549    W10106-1217-L



3  11917 17279  8

### Drug Facts (continued)

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other Information**
■ **each 5 mL contains:** sodium 3 mg
■ do not use if printed neckband is broken or missing
■ store at 20-25°C (68-77°F)
■ do not refrigerate
■ dosing cup provided

**Inactive Ingredients** anhydrous citric acid, edetate disodium, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions or comments?**
1-800-719-9260

Gluten Free

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
‖ This product is not manufactured or distributed by Reckitt Benckiser, the distributor of Children's Mucinex® Multi-Symptom Cold.

DOSAGE CUP
PROVIDED

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
*Walgreens*
**100%** SATISFACTION GUARANTEED
walgreens.com  ©2017 Walgreen Co.

LOT NO.

EXP.





**Walgreens**

Compare to Children's Dimetapp® Cold & Cough active ingredients†‡

NDC 0363-0708-26

**children's**
COUGH & COLD
**Wal-Tap®**
**DM**

BROMPHENIRAMINE MALEATE /
ANTIHISTAMINE
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
PHENYLEPHRINE HCI /
NASAL DECONGESTANT

**ALCOHOL FREE**

• Relieves nasal congestion; runny nose; itchy, watery eyes; sneezing & coughing

6 YEARS & OLDER

4 FL OZ (118 mL)    GRAPE FLAVOR

ORG0717-F

## Drug Facts

**Active Ingredients** (in each 10 mL)    **Purposes**
Brompheniramine maleate, USP 2 mg.........Antihistamine
Dextromethorphan HBr, USP 10 mg...Cough suppressant
Phenylephrine HCl, USP 5 mg............Nasal decongestant

**Uses**
■ temporarily relieves cough due to minor throat and bronchial irritation occurring with a cold, and nasal congestion due to the common cold, hay fever or other upper respiratory allergies
■ temporarily relieves these symptoms due to hay fever (allergic rhinitis):
 ■ runny nose
 ■ sneezing
 ■ itchy, watery eyes
 ■ itching of the nose or throat
■ temporarily restores freer breathing through the nose

**Warnings**
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ to make a child sleepy

**Ask a doctor before use if you have**
■ heart disease    ■ high blood pressure
■ thyroid disease    ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem such as emphysema or chronic bronchitis
■ cough that lasts or is chronic such as occurs with smoking, asthma or emphysema

**Ask a doctor or pharmacist before use if you are** taking sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ may cause marked drowsiness
■ avoid alcoholic beverages
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children    ▶

## Drug Facts (continued)

**Stop use and ask a doctor if**
■ you get nervous, dizzy, or sleepless
■ symptoms do not get better within 7 days or are accompanied by fever
■ cough lasts for more than 7 days, comes back, or is accompanied by fever, rash, or persistent headache. A persistent cough may be a sign of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222).

**Directions**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosage cup provided
■ keep dosage cup with product
■ mL = milliliter

| age | dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children 6 to under 12 years | 10 mL every 4 hours |
| children under 6 years | do not use |

**Other Information**
■ each 10 mL contains: sodium 4 mg
■ store at 20°-25°C (68°-77°F)

**Inactive Ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sorbitol solution

**Questions or comments?**
1-800-719-9260

**Gluten Free**
Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
†‡ This product is not manufactured or distributed by Pfizer, distributor of Children's Dimetapp® Cold & Cough.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD, DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2017 Walgreen Co.

**DOSAGE CUP PROVIDED**

ITEM 126858  W10106-1217-L

3  11917 10249  8

LOT NO.

EXP.

: 96726  94 C8

NDC 0363-0666-40

# Walgreens

**Compare to the active ingredients in Vicks® DayQuil®††**

## DAYTIME • NON-DROWSY
# Cold & Flu

**ACETAMINOPHEN /
ACHES / FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
PHENYLEPHRINE HCl /
NASAL CONGESTION**

### Multi-Symptom

- Pain reliever, fever reducer, cough suppressant & nasal decongestant
- Antihistamine free
- Alcohol free

## 12 FL OZ (355 mL)

: 65640 94 F7

---

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2021 Walgreen Co.

ITEM 163066  W10107-0522-F

DO NOT USE IF PRINTED NECKBAND
IS BROKEN OR MISSING

Gluten Free
W3ORG0222-F

## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ cough due to minor throat and bronchial irritation ■ nasal congestion ■ minor aches and pains ■ sore throat ■ headache ■ fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
◄

**PEEL BACK AT
CORNER FOR MORE
INFORMATION**  : 65640 94 81

---

### Drug Facts
(continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have

---

### Drug Facts
(continued)

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |



AL

NO COATING

Ask a doctor before use if you have
■ liver disease  ■ heart disease
■ high blood pressure
■ thyroid disease  ■ diabetes
■ trouble urinating due to an
enlarged prostate gland  ■ cough
that occurs with too much phlegm
(mucus)  ■ persistent or chronic
cough such as occurs with smoking,
asthma, or emphysema

Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin

When using
this
product
do not use
more than
directed
◄

children under 4 yrs | do not use

**Other information** ■ each 15 mL contains:
sodium 7 mg  ■ store at 20-25°C (68-77°F)

*Inactive ingredients* butylated hydroxyanisole,
edetate disodium, FD&C yellow no. 6, flavor,
glycerin, menthol, monobasic sodium phosphate,
polyethylene glycol, propylene glycol, purified
water, saccharin sodium, sucrose, xanthan gum

*Questions?* 1-800-719-9260

†Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
††This product is not
manufactured or
distributed by The
Procter & Gamble
Company, owner of
the registered
trademarks Vicks®
and DayQuil®.

NO COAT



NDC 0363-9042-45

# Walgreens

Compare to the active ingredients in Maximum Strength Mucinex® FAST-MAX® Cold & Flu™

PHARMACIST RECOMMENDED WALGREENS

## DAYTIME
# Cold & Flu

**ACETAMINOPHEN** / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** / COUGH SUPPRESSANT
**GUAIFENESIN** / EXPECTORANT
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT

Maximum Strength

• Relieves headache, body pain, sore throat, fever, chest congestion, cough, nasal congestion, sinus congestion & pressure
• 12 years & older

**6 FL OZ (177 mL)**

F-042-45 ORG



• Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
‡This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Maximum Strength Mucinex® FAST-MAX® Cold & Flu.

DISTRIBUTED BY: WALGREEN CO.
DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com   ©2023 Walgreen Co.

**PARENTS:** PEEL BACK TAB TO READ COMPLETE DRUG FACTS AND INFORMATION
www.StopJuiceAbuse.org
8-042-45 ORG
50844 09G022304245
ITEM 875753   W00000-0000-0

3 11917 03987

W3ORG0923-F

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING

## Drug Facts

**Active ingredients (in each 20 mL)** — **Purpose**
Acetaminophen 650 mg ............... Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ....................... Cough suppressant
Guaifenesin 400 mg ................................................... Expectorant
Phenylephrine HCl 10 mg .......................... Nasal decongestant

**Uses** ■ temporarily relieves these common cold and flu symptoms: ■ nasal congestion  ■ stuffy nose  ■ minor aches and pains  ■ headache  ■ cough  ■ sore throat  ■ sinus congestion and pressure  ■ temporarily reduces fever  ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product ▶

No Print / No Varnish Area
Lot # and Exp. Info

### Drug Facts (continued)

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ hives  ■ rash  ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ diabetes  ■ cough that occurs with too much phlegm (mucus)  ■ liver disease  ■ thyroid disease  ■ heart disease  ■ difficulty in urination due to enlargement of the prostate gland  ■ high blood pressure  ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product do not exceed** recommended dosage. ▶

### Drug Facts (continued)

**Stop use and ask a doctor if** ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days  ■ new symptoms occur  ■ nervousness, dizziness, or sleeplessness occur  ■ fever gets worse or lasts more than 3 days  ■ redness or swelling is present  ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed
■ do not take more than 6 doses in any 24-hour period
■ mL = milliliter
■ only use the dose cup provided
■ adults and children 12 years and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years: do not use

**Other information**
■ each 20 mL contains: sodium 10 mg
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ use by expiration date on package

**Inactive ingredients**
anhydrous citric acid, disodium edetate, FD&C blue #1, FD&C red #40, flavors, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sodium metabisulfite, sorbitol, sucralose, xanthan gum

**Questions or comments?** Call 1-800-426-9391

HINGE   HINGE

## Drug Facts (continued)

- persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ heart disease ■ diabetes ■ thyroid disease ■ liver disease ■ high blood pressure

**Ask a doctor or pharmacist before use if** the user is taking the blood thinning drug warfarin.

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- fever gets worse or lasts more than 3 days
- redness or swelling is present ■ new symptoms occur
- pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

'Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands. 'This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademark Vicks® DayQuil® Cold & Flu.

DISTRIBUTED BY: **WALGREEN CO.**
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2022 Walgreen Co.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

ITEM 852225   W00000-0000-0

Do Not Take Daytime and Nighttime Products at the Same Time.

3 11917 12596 4

W3ORG0922-F
50844   REV0323A01202   REV0423

*No Print / No Varnish Area*
*Lot # and Exp. Info*

PLASTIC BOTTLE

◄ **PEEL HERE FOR MORE DRUG FACTS**

---

NDC 0363-9912-02



# Walgreens

Compare to the active ingredients in Vicks® DayQuil® Cold & Flu¹¹

**DAY**

# Cold & Flu

ACETAMINOPHEN /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

- Relieves headaches, fever, sore throat, minor aches & pains, cough
- Nasal congestion

**Ages 6 Years and Over**

**12 FL OZ (355 mL)**

Menthol flavor

---

## Drug Facts

TAMPER EVIDENT: DO NOT USE IF PRINTED NECK WRAP IS BROKEN OR MISSING

### Active ingredients
(in each 15 mL)

| | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
- temporarily relieves common cold and flu symptoms:
- sore throat ■ nasal congestion ■ minor aches and pains
- cough due to minor throat and bronchial irritation ■ headache
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if the user has**
- difficulty in urination due to enlargement of the prostate gland
- cough that occurs with too much phlegm (mucus)

---

## Drug Facts (continued)

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed
- do not exceed 4 doses per 24 hours
- mL = milliliter
- only use the dose cup provided

| | |
|---|---|
| adults and children 12 years and over | 30 mL every 4 hours |
| children 6 to under 12 years | 15 mL every 4 hours |
| children under 6 years | do not use |

### Other information
- each 15 mL contains: sodium 13 mg
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
- use by expiration date on package

### Inactive ingredients
anhydrous citric acid, FD&C yellow #6, flavors, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sodium metabisulfite, sodium saccharin, sorbitol, sucralose

**〈 Questions or comments? 〉** 1-800-426-9391







**DAY & NIGHT PACK**

NDC 0363-6406-08

**Walgreens**

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu and Vicks® NyQuil® Severe Cold & Flu

**DAYTIME**

# Severe Cold & Flu

ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Maximum Strength

**16** CAPLETS     ACTUAL SIZE

**NIGHTTIME**

# Severe Cold & Flu

ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE / ANTIHISTAMINE
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Maximum Strength

**8** CAPLETS     ACTUAL SIZE

**24 TOTAL CAPLETS**



**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

## Drug Facts

**Active ingredients (in each caplet)** — **Purpose**

Acetaminophen 325 mg .... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg .... Cough suppressant
Guaifenesin 200 mg .... Expectorant
Phenylephrine HCl 5 mg .... Nasal decongestant

## Drug Facts (continued)

**Uses** ■ temporarily relieves common cold and flu symptoms:
■ minor aches and pains  ■ sinus congestion and pressure  ■ nasal congestion
■ sore throat  ■ fever  ■ headache
■ cough due to minor throat and bronchial irritation

## Drug Facts (continued)

■ temporarily restores freer breathing through the nose  ■ promotes nasal and/or sinus drainage  ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive  ■ reduces swelling of nasal passages

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ blisters   ■ rash   ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease   ■ thyroid disease   ■ diabetes
■ heart disease   ■ high blood pressure
■ difficulty in urination due to enlargement of the prostate gland

## Drug Facts (continued)

■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use** if you are taking the blood thinning drug warfarin.

When using this product do not exceed recommended dosage.

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days   ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**   ■ do not take more than directed
■ do not take more than 8 caplets in 24 hours
■ adults and children 12 years and over: take 2 caplets with water every 4 hours
■ children under 12 years: ask a doctor

**Other information**   ■ each caplet contains: sodium 3 mg   ■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN   ■ store at 25°C (77°F); excursions permitted between 15°–30°C (59°–86°F)   ■ see end flap for expiration date and lot number

**Inactive ingredients**   corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING**

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

PAPER BOX
MULTI-LAYER TRAY

## Drug Facts (continued)

**Questions or comments?**
1-800-426-9391

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD, DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.

ITEM 333615   W000000-00000-0

3  19177  16389   5

Do our pharmacists recommend this product? Yes, in fact our pharmacists recommend it more than any leading national brand. We're proud to have earned the trust of the Pharmacist Recommended Company, owner of the registered trademark Vicks® DayQuil® Severe Cold & Flu.

W3ORG1121-F
REV1122

**No Print/No Varnish**
Lot # & Exp. Area

59864   REV0722A64008

---

### Walgreens

NDC 0363-0640-08

WALGREENS PHARMACIST RECOMMEND

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu®

**DAY**

# Severe Cold & Flu

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** 10 mg / COUGH SUPPRESSANT
**GUAIFENESIN** 200 mg / EXPECTORANT
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

**Maximum Strength**

• Relieves headache, fever, sore throat, minor aches & pains, chest congestion, thins & loosens mucus, nasal congestion, sinus pressure & cough

**24 CAPLETS**

ACTUAL SIZE

B-2201-640-08-HRR
REV0722A64008



NDC 0363-8078-45

**Walgreens**

Compare to the active ingredients in Maximum Strength Mucinex® NIGHTSHIFT® Severe Cold & Flu™

NIGHTTIME

# Severe Cold & Flu

**ACETAMINOPHEN** / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** / COUGH SUPPRESSANT
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT
**TRIPROLIDINE HCl** / ANTIHISTAMINE

Maximum Strength

• Relieves headache, body pain, sore throat, fever, itchy throat, cough, nasal congestion, runny nose & sneezing
• 12 years & older

**6 FL OZ (177 mL)**

F-078-45 ORG

---



Your pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
†This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Maximum Strength Mucinex® NIGHTSHIFT® Severe Cold & Flu.
DISTRIBUTED BY WALGREEN CO., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com ©2023 Walgreen Co.

**PARENTS:** PEEL BACK TAB TO READ COMPLETE DRUG FACTS AND INFORMATION ►

50614
ORG100307845
B-078-45 ORG
ITEM 872975    W00000-0000-0

W3ORG0923-F

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING.

## Drug Facts

**Active ingredients (in each 20 mL)    Purpose**

Acetaminophen 650 mg.................Pain reliever/fever reducer
Dextromethorphan HBr 20 mg ................... Cough suppressant
Phenylephrine HCl 10 mg ...................... Nasal decongestant
Triprolidine HCl 2.5 mg...................................... Antihistamine

**Uses** ■ temporarily relieves these common cold and flu symptoms: ■ nasal congestion ■ sore throat
■ minor aches and pains ■ cough
■ sinus congestion and pressure ■ sneezing
■ itching of the nose or throat ■ runny nose
■ itchy, watery eyes due to hay fever ■ headache
■ temporarily reduces fever
■ controls cough to help you get to sleep

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ rash ■ blisters
■ skin reddening. If a skin reaction occurs, stop use and ►

**No Print / No Varnish Area**
**Lot # and Exp. Info**

---

## Drug Facts (continued)

seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ diabetes
■ cough that occurs with too much phlegm (mucus)
■ heart disease ■ liver disease
■ difficulty in urination due to enlargement of the prostate gland ■ high blood pressure
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ glaucoma
■ a breathing problem such as emphysema or chronic bronchitis ■ thyroid disease

**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers
■ taking the blood thinning drug warfarin

**When using this product**
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ avoid alcoholic beverages

HINGE

HINGE

---

## Drug Facts (continued)

■ use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ new symptoms occur
■ nervousness, dizziness, or sleeplessness occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed
■ do not take more than 4 doses in a 24-hour period
■ mL = milliliter
■ only use the dose cup provided
■ adults and children 12 years and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years: do not use

**Other information**
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ use by expiration date on package

**Inactive ingredients** anhydrous citric acid, FD&C blue #1, FD&C red #40, FD&C yellow #6, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions or comments?** 1-800-426-9391



**Drug Facts**

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

**Active ingredients (in each caplet)** — **Purpose**

Acetaminophen 325 mg .... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg .... Cough suppressant
Doxylamine succinate 6.25 mg ........ Antihistamine
Phenylephrine HCl 5 mg .......... Nasal decongestant

**Drug Facts (continued)**

**Uses** ■ temporarily relieves common cold and flu symptoms:
■ sinus congestion and pressure
■ sore throat          ■ headache
■ nasal congestion  ■ minor aches and pains
■ cough due to minor throat and bronchial irritation   ■ runny nose and sneezing

**Drug Facts (continued)**

■ promotes nasal and/or sinus drainage
■ temporarily restores freer breathing through the nose   ■ reduces swelling of nasal passages

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ blisters      ■ rash      ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease        ■ diabetes        ■ thyroid disease
■ heart disease       ■ glaucoma
■ difficulty in urination due to enlargement of the prostate gland   ■ high blood pressure
■ a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Drug Facts (continued)**

**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers
■ taking the blood thinning drug warfarin

**When using this product**
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ avoid alcoholic beverages
■ be careful when driving a motor vehicle or operating machinery
■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed
■ do not take more than 8 caplets in 24 hours
■ adults and children 12 years and over: take 2 caplets with water every 4 hours
■ children under 12 years: ask a doctor

**Other information** ■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Drug Facts (continued)**

**Inactive ingredients** ■ black iron oxide, corn starch, crospovidone, D&C yellow #10 aluminum lake, FD&C blue #1 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Do not print Lot and Exp Only**

**Questions or comments?**
1-888-476-9391

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD. DEERFIELD, IL 60015
walgreens.com ©2019 Walgreen Co.

**100% SATISFACTION GUARANTEED**

50844    REV0519867708

ITEM 9076683    WO0.000-0000-0

**TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING**

This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademark Vicks® NyQuil® Severe Cold & Flu.

ORG0219-F

B-2201-677-08-HR
REV0519867708

---



*Walgreens*

*Compare to Vicks® NyQuil® Severe Cold & Flu active ingredients††*

**NIGHTTIME**

# Severe Cold & Flu

NDC 0363-6770-08

**ACETAMINOPHEN** / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** / COUGH SUPPRESSANT
**DOXYLAMINE SUCCINATE** / ANTIHISTAMINE
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT

**MAXIMUM STRENGTH**

• Relieves headache, fever, sore throat, minor aches & pains, nasal/sinus congestion & sinus pressure, sneezing, runny nose & cough

**24 CAPLETS**

ACTUAL SIZE

**PHARMACIST RECOMMENDED**

*Walgreens Trusted since 1901™*

Health expertise you rely on™

# Walgreens

Compare to Mucinex® Fast-Max® Cold, Flu & Sore Throat active ingredients††

**MUCUS RELIEF**   NDC 0363-1209-30

# Cold, Flu & Sore Throat

**ACETAMINOPHEN /**
**PAIN RELIEVER & FEVER REDUCER**
**DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT**
**GUAIFENESIN / EXPECTORANT**
**PHENYLEPHRINE HCl / NASAL DECONGESTANT**

## MAXIMUM STRENGTH

- Relieves headache, fever, sore throat, nasal & chest congestion
- Thins & loosens mucus
- Controls cough
- 12 years & older

## 6 FL OZ (180 mL)

: 16930 94 F1

---

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING**
Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2017 Walgreen Co.
ORG0118-F



ITEM 629979 W10107-081-8-F

11917419787 6

### Drug Facts

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ■ temporarily relieves these common cold and flu symptoms: ■ cough ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ temporarily reduces fever ■ temporarily promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash  If a skin reaction occurs, stop ■ use and seek medical help right away.

**PEEL CORNER TO READ COMPLETE**
◄ **DRUG FACTS AND INFORMATION**

: 16930 94 B1

---

### Drug Facts (continued)

If pregnant or breast-feeding, ask a health professional before use.
Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 5 doses in any 24-hour period ■ measure only with dosing cup provided ■ do not use dosing cup with other products ■ dose as follows or as directed by a doctor ■ adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours ■ children under 12 years of age: do not use

**Other Information**
■ each 20 mL contains: sodium 7 mg
■ dosing cup provided  ■ store at 20-25°C (68-77°F) ■ do not refrigerate

**Inactive Ingredients** anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, triethyl citrate, xanthan gum

**Questions or comments?**
1-800-719-9260

††This product is not manufactured or distributed by Reckitt Benckiser, distributor of Mucinex® Fast-Max® Cold, Flu & Sore Throat.

---

### Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied by or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ diabetes ■ high blood pressure ■ thyroid disease ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if ■ nervousness, dizziness or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition. ►



NDC 0363-8005-45

# Walgreens

Compare to the active ingredients in Maximum Strength Mucinex® FAST-MAX® Cold, Flu & Sore Throat††

WALGREENS PHARMACIST RECOMMENDED

# Cold, Flu & Sore Throat

**ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER**
**DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT**
**GUAIFENESIN / EXPECTORANT**
**PHENYLEPHRINE HCl / NASAL DECONGESTANT**

Maximum Strength

- Relieves body pain, headache, fever & sore throat
- Controls cough
- Relieve nasal & chest congestion
- Thins & loosens mucus
- Ages 12 years & over

6 FL OZ (177 mL)

F-005-45 ORG



**PARENTS:**
Learn about your medicine abuse.
www.StopMedicineAbuse.org

DISTRIBUTED BY:
WALGREEN CO.
DEERFIELD, IL 60015
100% SATISFACTION
GUARANTEED
walgreens.com
©2023 Walgreen Co.

50844   ORG052300545
B-005-45 ORG
ITEM 769447   W00000-0000-0

3  11917 03411  9

W3ORG0923-F

†Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
††This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Maximum Strength Mucinex® FAST-MAX® Cold, Flu & Sore Throat.

## Drug Facts

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING

**Active ingredients (in each 20 mL)** | **Purpose**
Acetaminophen 650 mg .................... Pain reliever/fever reducer
Dextromethorphan HBr 20 mg .................... Cough suppressant
Guaifenesin 400 mg .................... Expectorant
Phenylephrine HCl 10 mg .................... Nasal decongestant

**Uses** ■ temporarily relieves these common cold and flu symptoms:
- ■ minor aches and pains
- ■ sinus congestion and pressure
- ■ stuffy nose  ■ nasal congestion
- ■ sore throat  ■ cough  ■ headache
- ■ temporarily promotes nasal and/or sinus drainage
- ■ temporarily reduces fever
- ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ►

*No Print / No Varnish Area*
*Lot  # and Exp. Info*

## Drug Facts (continued)

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- ■ more than 4,000 mg of acetaminophen in 24 hours
- ■ with other drugs containing acetaminophen
- ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- ■ rash  ■ blisters  ■ skin reddening. If a skin reaction occurs, stop use and seek medical help right away.  **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.  ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.  ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- ■ cough that occurs with too much phlegm (mucus)
- ■ liver disease  ■ heart disease  ■ diabetes
- ■ difficulty in urination due to enlargement of the prostate gland  ■ high blood pressure  ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema  ■ thyroid disease

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

HINGE

## Drug Facts (continued)

When using this product do not exceed recommended dosage.

**Stop use and ask a doctor if**
- ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days  ■ new symptoms occur
- ■ nervousness, dizziness, or sleeplessness occur
- ■ fever gets worse or lasts more than 3 days
- ■ redness or swelling is present
- ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed
- ■ do not take more than 6 doses in any 24-hour period
- ■ mL = milliliter  ■ only use the dose cup provided
- ■ dose as follows or as directed by a doctor
- ■ adults and children 12 years and over: 20 mL in dosing cup provided every 4 hours
- ■ children under 12 years: do not use

**Other information** ■ **each 20 mL contains:** sodium 10 mg  ■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)  ■ use by expiration date on package

**Inactive ingredients** anhydrous citric acid, FD&C blue #1, FD&C red #40, flavors, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sodium metabisulfite, sorbitol, sucralose

**Questions or comments?** 1-800-426-9391

 

## DAYTIME • NON-DROWSY
# Cold & Flu

## NIGHTTIME
# Cold & Flu

## DAY & NIGHT PACK

NDC 0363-0567-02

 

Compare to the active ingredients in
Vicks® DayQuil® & Vicks® NyQuil®††

## DAYTIME
## NON-DROWSY
# Cold
# & Flu

**ACETAMINOPHEN / ACHES /
FEVER / SORE THROAT
DEXTROMETHORPHAN HBr /
COUGH
PHENYLEPHRINE HCl /
NASAL CONGESTION**

### Multi-Symptom

- Pain reliever, fever reducer,
  cough suppressant
  & nasal decongestant
- Antihistamine free
- Alcohol free

## NIGHTTIME
# Cold
# & Flu

**ACETAMINOPHEN / ACHES /
FEVER / SORE THROAT
DEXTROMETHORPHAN HBr /
COUGH
DOXYLAMINE SUCCINATE /
SNEEZING / RUNNY NOSE**

### Multi-Symptom

- Pain reliever, fever reducer,
  cough suppressant
  & antihistamine
- ALCOHOL 10%

Gluten Free



PAPER BOX    PLASTIC BOTTLE    PLASTIC CUP

## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

†Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
††These products are not manufactured or
distributed by The Procter & Gamble
Company, owner of the registered
trademarks Vicks® NyQuil® and DayQuil®.

DO NOT USE IF PRINTED NECKBAND IS
BROKEN OR MISSING

# 2 – 12 FL OZ (355 mL) BOTTLES / TOTAL 24 FL OZ (1.5 pt) (710 mL)

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

100% SATISFACTION GUARANTEED



ITEM 165449   W10108-0722-L



## Nighttime Cold & Flu

### Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 30 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |

**Uses** temporarily relieves common cold/flu symptoms:
- cough due to minor throat and bronchial irritation
- sore throat
- headache
- minor aches and pains
- fever
- runny nose and sneezing

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
- taking sedatives or tranquilizers
- taking the blood thinning drug warfarin

**When using this product**
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- pain or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- each 30 mL contains: sodium 3.6 mg
- store at 20-25°C (68-77°F)

**Inactive ingredients** alcohol, anhydrous citric acid, D&C yellow no. 10, FD&C green no. 3, FD&C yellow no. 6, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

**Questions or comments?** 1-800-719-9260

## Daytime Cold & Flu

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms:
- nasal congestion
- cough due to minor throat and bronchial irritation
- sore throat
- headache
- minor aches and pains
- fever

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- only use the dose cup provided
- do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- each 15 mL contains: sodium 7 mg
- store at 20-25°C (68-77°F)

**Inactive ingredients** butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions or comments?** 1-800-719-9260

W3ORG0422-F



**Walgreens**

**DAYTIME • NON-DROWSY**
# Cold & Flu

**NIGHTTIME**
# Cold & Flu

## DAY & NIGHT PACK

NDC 0363-1733-02

DO NOT USE IF PRINTED NECKBAND IS
BROKEN OR MISSING



**Walgreens**

Compare to the active ingredients in
Vicks® DayQuil® & Vicks® NyQuil®††



**DAYTIME**
**NON-DROWSY**
# Cold
# & Flu

**ACETAMINOPHEN / ACHES /
FEVER / SORE THROAT
DEXTROMETHORPHAN HBr /
COUGH
PHENYLEPHRINE HCl /
NASAL CONGESTION**

**NIGHTTIME**
# Cold
# & Flu

**ACETAMINOPHEN / ACHES /
FEVER / SORE THROAT
DEXTROMETHORPHAN HBr /
COUGH
DOXYLAMINE SUCCINATE /
SNEEZING / RUNNY NOSE**

Gluten Free

Multi-Symptom

- Pain reliever, fever reducer,
  cough suppressant
  & nasal decongestant
- Antihistamine free
- Alcohol free

Multi-Symptom

- Pain reliever, fever reducer,
  cough suppressant
  & antihistamine
- ALCOHOL 10%



PARENTS:
Learn about teen medicine abuse

www.StopMedicineAbuse.org

†Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
††These products are not manufactured or
distributed by The Procter & Gamble
Company, owner of the registered
trademarks Vicks® NyQuil® and DayQuil®.



Cherry
flavor

2 – 12 FL OZ (355 mL) BOTTLES / TOTAL 24 FL OZ (1.5 pt) (710 mL)

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

**Walgreens**
**100%** SATISFACTION
GUARANTEED

ITEM 984360 W10106-0722-L



**Nighttime Cold & Flu**

## Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 30 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |

### Uses
temporarily relieves common cold/flu symptoms:
- cough due to minor throat and bronchial irritation
- sore throat ■ headache ■ minor aches and pains
- fever ■ runny nose and sneezing

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease ■ glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
- taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product**
- excitability may occur, especially in children
- marked drowsiness may occur ■ avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
- pain or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 6 hrs |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- each 30 mL contains: sodium 39 mg
- store at 20-25°C (68-77°F)

**Inactive ingredients** alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

**Questions or comments?** 1-800-719-9260

---

**Daytime Cold & Flu**

## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
temporarily relieves common cold/flu symptoms:
- nasal congestion ■ cough due to minor throat and bronchial irritation
- sore throat ■ headache ■ minor aches and pains ■ fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
- liver disease ■ heart disease ■ high blood pressure
- thyroid disease ■ diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin**

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- each 15 mL contains: sodium 7 mg ■ store at 20-25°C (68-77°F)

**Inactive ingredients** butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, microbasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions or comments?** 1-800-719-9260

W3ORG0422-F



**DAY & NIGHT PACK**

NDC 0363-0577-02

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING



Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu & Vicks® NyQuil® Severe Cold & Flu‡‡

**DAYTIME**
**NON-DROWSY**

# Severe
# Cold
# & Flu

**ACETAMINOPHEN / ACHES /
FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
GUAIFENESIN / CHEST CONGESTION
PHENYLEPHRINE HCl /
NASAL CONGESTION**

Maximum Strength

• Pain reliever, fever reducer,
  cough suppressant, expectorant
  & nasal decongestant
• Antihistamine free
• Alcohol free

**NIGHTTIME**

# Severe
# Cold
# & Flu

**ACETAMINOPHEN / ACHES / FEVER /
SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
DOXYLAMINE SUCCINATE /
SNEEZING / RUNNY NOSE
PHENYLEPHRINE HCl /
NASAL & SINUS CONGESTION /
SINUS PRESSURE**

Maximum Strength

• Pain reliever, fever reducer,
  cough suppressant,
  antihistamine &
  nasal decongestant
• ALCOHOL 10%

Gluten Free



www.StopMedicineAbuse.org

‡Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
‡‡These products are not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademarks Vicks® NyQuil® and DayQuil®.

2 – 12 FL OZ (355 mL) BOTTLES / TOTAL 24 FL OZ (1.5 pt) (710 mL)

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

**100%** SATISFACTION GUARANTEED

walgreens.com
©2022 Walgreen Co.



ITEM 908629  W10106-0722-L

3  11917 17820  2



NDC 0363-5001-40

**Walgreens**

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu††

## DAYTIME · NON-DROWSY
# Severe
# Cold & Flu

ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
PHENYLEPHRINE HCl / NASAL DECONGESTANT
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT

**Maximum Strength**

- Headache, fever, sore throat, minor aches & pains
- Chest congestion, thins & loosens mucus
- Nasal/sinus congestion, sinus pressure
- Cough

Honey flavor

## 12 FL OZ (355 mL)

: 51U40  94  F1

---

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2022 Walgreen Co.

ITEM 714466
W10107-0623-F
REV-0323

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

◄ **PEEL BACK AT CORNER FOR MORE INFORMATION**

: 51U40  94  B2

---

### Drug Facts
(continued)

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| --- | --- |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |

---

### Drug Facts
(continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients



**AD.** **NO COATING**

Ask a doctor before use if you have
■ liver disease    ■ heart disease
■ high blood pressure    ■ diabetes
■ thyroid disease    ■ cough that
occurs with too much phlegm (mucus)
■ trouble urinating due to an
enlarged prostate gland
■ persistent or chronic cough such
as occurs with smoking, asthma,
chronic bronchitis, or emphysema

Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin

When using
this product
do not use
more than
directed
◄

children under 4 yrs    |    do not use

**Other information** ■ each 15 mL contains:
sodium 15 mg    ■ store at 20-25°C (68-77°F).
Do not refrigerate.

**Inactive ingredients** anhydrous citric acid,
D&C yellow #10, edetate disodium, FD&C
green #3, FD&C red #40, FD&C yellow #6,
flavor, glycerin, polyethylene glycol, propylene
glycol, purified water, saccharin sodium, sodium
benzoate, sodium chloride, sodium citrate,
sorbitol solution, sucralose, xanthan gum

**Questions?** 1-800-719-9260

†Our pharmacists recommend the
Walgreens brand. We invite you
to compare to national brands.
▪This product is not manufactured
or distributed by The Procter &
Gamble Company, owner of the
registered trademarks Vicks® and
DayQuil®.

**NO COA.**



**Walgreens**

**Immediate Release**

SINUS CONGESTION

# Mucus Relief PE

GUAIFENESIN 400 mg / EXPECTORANT
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

- Clears nasal & sinus congestion
- Thins & loosens mucus

**30 TABLETS**

ACTUAL SIZE

NDC 0363-0542-01

B-2201-542-01-HR
ORG011854201

---

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

## Drug Facts

**Active ingredients (in each immediate-release tablet)**     **Purpose**
Guaifenesin 400 mg ........................................................................... Expectorant
Phenylephrine HCl 10 mg .......................................................... Nasal decongestant

**Uses** ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of
bothersome mucus and make coughs more productive
■ temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
■ promotes nasal and/or sinus drainage ■ temporarily relieves sinus congestion and pressure

**Warnings**
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression,
psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not
know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes
■ difficulty in urination due to enlargement of the prostate gland ■ cough accompanied by too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or are accompanied by fever
■ cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These
could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions** ■ take with a full glass of water
■ adults and children 12 years and over: 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
■ children under 12 years: do not use

**Other information**
■ store at 20°C (77°F), excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Drug Facts (continued)**
**Inactive ingredients** hypromellose,
magnesium stearate, maltodextrin, microcrystalline
cellulose, polyethylene glycol, povidone, silicon
dioxide, sodium starch glycolate, stearic acid

**Questions or comments?**
1-800-426-9391

TAMPER EVIDENT: DO NOT USE IF IMPRINTED
SAFETY SEAL UNDER CAP IS BROKEN OR MISSING.
*Our pharmacists recommend the Walgreens brand.
50844    ORG011854201

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2021 Walgreen Co.
ITEM 511704   W00000-0000-0

3  11917 10268  5

W3ORG1221-F

**Walgreens**

NDC 0363-0542-01

**Immediate Release**

SINUS CONGESTION

**Mucus Relief PE**

GUAIFENESIN 400 mg / EXPECTORANT
PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT

**30 TABLETS**

ACTUAL SIZE - CONTAINS ONE BOTTLE

**Mucus Relief PE**

SINUS CONGESTION

**Immediate Release**

**Walgreens**

PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT
GUAIFENESIN 400 mg / EXPECTORANT

Do not print: Lot & Exp ONLY



Drug Facts (continued)
■ temporarily relieves these additional symptoms of hay fever: ■ itchy, watery eyes ■ itching of the nose or throat
■ helps clear nasal passages
■ helps decongest sinus openings and passages
Warnings
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients
Ask a doctor before use if you have
■ a breathing problem such as emphysema or chronic bronchitis ■ high blood pressure
■ heart disease ■ diabetes ■ liver disease
■ difficulty in urination due to enlargement of the
Drug Facts (continued)
prostate gland ■ glaucoma ■ thyroid disease
Ask a doctor or pharmacist before use if you are
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers
When using this product
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ drowsiness may occur
■ use caution when driving a motor vehicle or operating machinery ■ avoid alcoholic beverages
Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain or nasal congestion gets worse or lasts more than 7 days ■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.
Directions ■ do not take more than directed
■ adults and children 12 years and over
■ take 2 gelcaps every 4 hours
■ do not take more than 10 gelcaps in 24 hours
■ children under 12 years: ask a doctor
Other information
■ contains FD&C Yellow #5 (tartrazine) as a color additive
Drug Facts (continued)
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN ■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ avoid high humidity
■ see end flap for expiration date and lot number
Drug Facts (continued)
Inactive ingredients corn starch, croscarmellose sodium, crospovidone, FD&C red #3, FD&C red #40, FD&C yellow #5, FD&C yellow #6, gelatin, hydroxypropyl cellulose, hypromellose, iron oxide black, iron oxide red, iron oxide yellow,
Drug Facts (continued)
magnesium stearate, microcrystalline cellulose, polyethylene glycol, povidone, propylene glycol, shellac glaze, silicon dioxide, stearic acid, titanium dioxide
Questions or comments? 1-800-426-9391
TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING
DO NOT PRINT
Lot and Exp ONLY
508444
REV0422A55908
ITEM 510071 W00000-0000-0
3 11917 10374 7
DISTRIBUTED BY:
WALGREEN CO.
200 WILMOT RD.,
DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.
†Our pharmacists recommend the Walgreens brand.
PAPER BOX
MULTI-LAYER TRAY
how2recycle.info
W3ORG0821-F2
REV0622

B-2201-559-08-HR
REV0422A55908
NDC 0363-0559-08
Walgreens
WALGREENS PHARMACIST RECOMMENDED
MULTI-SYMPTOM
Allergy
ACETAMINOPHEN 325 mg / PAIN RELIEVER
CHLORPHENIRAMINE MALEATE 2 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT
• Relief of runny nose, sneezing, itchy, watery eyes & itchy throat or nose
24 GELCAPS
ACTUAL SIZE

WD0RG1221-F
REV01122

"Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
"This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Sinus Congestion.

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF OUTER PACKAGE IS OPENED OR SHOWS ANY SIGNS OF TAMPERING

©2021 Walgreen Co.
walgreens.com
100% SATISFACTION GUARANTEED
DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

ITEM 501565  W000000-0000-0

B-2201-4534-07-HR
OR608204S307

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

**Drug Facts** (continued)

**Active ingredients** croscarmellose sodium, dextrose monohydrate, dibasic calcium phosphate dihydrate, FD&C red 440, lecithin, magnesium stearate, maltodextrin, microcrystalline cellulose, silicon dioxide, sodium carboxymethylcellulose, sodium citrate dihydrate, titanium dioxide

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

**Questions or comments?** 1-800-426-9391

**Directions**
■ adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
■ children under 12 years: ask a doctor

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**Drug Facts**

**Active ingredient (in each tablet)** ............ **Purpose**
Phenylephrine HCl 10 mg ............ Nasal decongestant

**Uses**
■ temporarily relieves nasal congestion and pressure
■ temporarily relieves sinus congestion due to the common cold, hay fever or other upper respiratory allergies

**Warnings**
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease ■ diabetes
■ thyroid disease ■ high blood pressure
■ difficulty in urination due to enlargement of the prostate gland

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not improve within 7 days or occur with fever


how2recycle.info
PAPER  MIXED
BOX  MULTI-LAYER TRAY
50844   OR608204S307



*Walgreens*

NDC 0363-4531-07

*Walgreens*

**Compare to the active ingredient in Sudafed PE® Sinus Congestion"**



**NON-DROWSY**

# Nasal Decongestant PE

PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

Maximum Strength

• Relieves sinus pressure & congestion   • Pseudoephedrine free

**36** TABLETS

ACTUAL SIZE





NDC 0363-2029-40

# Walgreens

Compare to the active ingredients in Vicks® NyQuil® Severe Cold & Flu††

## NIGHTTIME
# Severe Cold & Flu

ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
PHENYLEPHRINE HCl / NASAL DECONGESTANT
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE / ANTIHISTAMINE

**Maximum Strength**

- Headache, fever, sore throat, minor aches & pains
- Nasal/sinus congestion, sinus pressure
- Sneezing & runny nose
- Cough • Cold & flu



Honey flavor

## 12 FL OZ (355 mL)

: 86540  94  F1

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com  ©2022 Walgreen Co.

ITEM 714663
W10107-0623-F
REV-0323

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine Succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash  If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult ◀ a doctor promptly.

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: 86540  94  B2

### Drug Facts (continued)

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients ■ to make a child sleepy

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ glaucoma ■ thyroid disease ■ diabetes ■ cough that occurs with too much

### Drug Facts (continued)

■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**

**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs



ADH • NO COATING

phlegm (mucus)  ■ trouble urinating due to an enlarged prostate gland  ■ a breathing problem such as emphysema or chronic bronchitis  ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**  ■ taking the blood thinning drug warfarin  ■ taking sedatives or tranquilizers

**When using this product**  ■ do not use more than directed  ■ excitability may occur, especially in children  ■ marked drowsiness may occur

◄

NO COATING

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**  ■ each 15 mL contains: sodium 15 mg  ■ store at 20-25°C (68-77°F)

**Inactive ingredients** anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C green #3, FD&C red #40, FD&C yellow #6, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions?**
1-800-719-9260

¹Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
²This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademarks Vicks® and NyQuil®.









NDC 0363-0603-40

# Walgreens

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu*†

## DAYTIME • NON-DROWSY

# Severe Cold & Flu

**ACETAMINOPHEN /**
**ACHES / FEVER / SORE THROAT**
**DEXTROMETHORPHAN HBr / COUGH**
**GUAIFENESIN / CHEST CONGESTION**
**PHENYLEPHRINE HCl /**
**NASAL CONGESTION**

### Maximum Strength

- Pain reliever, fever reducer, cough suppressant, expectorant & nasal decongestant
- Antihistamine free
- Alcohol free

## 12 FL OZ (355 mL)

: L0340 94 F7

---

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com 42021 Walgreen Co.

**PARENTS:** Learn about teen medicine abuse www.StopMedicineAbuse.org

ITEM 330479
W10107-0622-F
Gluten Free
W3ORGO222-F

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

## Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

## Warnings

Liver warning: This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

◄

PEEL BACK AT CORNER FOR MORE INFORMATION

: L0340 94 81

---

## Drug Facts (continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ cough that occurs with too much phlegm (mucus)

---

## Drug Facts (continued)

When using this product do not use more than directed

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

| Directions ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

Other information ■ each 15 mL contains:

ADHESIVE AREA • NO COATING • NO VARNISH • NO TYPE