# Walgreens

## -PE Product Labels –

### -continued







NDC 0363-0763-40

# Walgreens

Compare to the active ingredients in
Vicks® NyQuil® Severe Cold & Flu‡‡

## NIGHTTIME

# Severe Cold & Flu

**ACETAMINOPHEN /
ACHES / FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
DOXYLAMINE SUCCINATE /
SNEEZING / RUNNY NOSE
PHENYLEPHRINE HCl / NASAL & SINUS
CONGESTION / SINUS PRESSURE**

**Maximum Strength**

- Pain reliever, fever reducer,
  cough suppressant,
  antihistamine &
  nasal decongestant
- Alcohol free



Mixed Berry flavor

## 12 FL OZ (355 mL)

: 76340 94 F9

---

DISTRIBUTED BY: **WALGREEN CO.**
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com  ©2021 Walgreen Co.
ITEM 330480  W10107-0622-F
W3ORG0222-F

**PARENTS:** DO NOT USE IF PRINTED
NECKBAND IS BROKEN OR MISSING
Learn about teen medicine abuse

www.StopMedicineAbuse.org  **Gluten Free**

### Drug Facts

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ runny nose and sneezing ■ sore throat ■ cough to help you sleep ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical ◄ help right away.

**PEEL BACK AT
CORNER FOR MORE
INFORMATION**  : 76340 94 B1

---

### Drug Facts
(continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease

---

### Drug Facts
(continued)

When using this product ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup



NO COATING

■ high blood pressure   ■ thyroid
disease   ■ diabetes   ■ glaucoma
■ cough that occurs with too much
phlegm (mucus)   ■ a breathing
problem such as emphysema or
chronic bronchitis   ■ trouble
urinating due to an enlarged
prostate gland   ■ persistent or
chronic cough such as occurs with
smoking, asthma, or emphysema
■ a sodium-restricted diet

**Ask a doctor or pharmacist before
use if you are**   ■ taking sedatives
or tranquilizers
■ taking
the blood
thinning
drug
warfarin
◄

NO COAT

□ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

*Other information* ■ each 30 mL contains:
sodium 41 mg   ■ store at 20-25°C (68-77°F)

*Inactive ingredients* anhydrous citric acid,
edetate disodium, FD&C blue #1, FD&C red #40,
flavor, glycerin, propylene glycol, purified water,
saccharin sodium, sodium benzoate, sodium
chloride, sodium citrate, sorbitol solution,
sucralose, xanthan gum

*Questions?*
1-800-719-9260

†Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
††This product is not manufactured or
distributed by The Procter & Gamble
Company, owner of the registered
trademarks Vicks® and NyQuil®.



NDC 0363-1357-01

# Walgreens

Compare to the active ingredients
in Theraflu® Severe Cold & Cough††

PHARMACIST RECOMMENDED

**NIGHTTIME**

# Severe
# Cold & Flu

ACETAMINOPHEN / PAIN RELIEVER /
FEVER REDUCER
DIPHENHYDRAMINE HCl / ANTIHISTAMINE /
COUGH SUPPRESSANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

· Relieves nasal congestion, cough,
  body ache, sore throat pain,
  runny nose, sneezing,
  headache & fever

**6** **PACKETS**

Honey Lemon
infused with white tea flavors

PAPER BOX   MULTI-LAYER POUCH

†Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
††This product is not manufactured or
distributed by Novartis Consumer Health
S.A., owner of the registered trademark
Theraflu®.

W3ORG0122-F

CONVENIENT RECLOSING TAB

DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED

## Drug Facts

### Active ingredients (in each packet)                                    Purposes
Acetaminophen 650 mg.............................................................Pain reliever/fever reducer
Diphenhydramine HCl 25 mg...........................................Antihistamine/cough suppressant
Phenylephrine HCl 10 mg..................................................................Nasal decongestant

**Uses** ■ temporarily relieves these symptoms due to a cold:
■ minor aches and pains          ■ minor sore throat pain     ■ headache
■ nasal and sinus congestion     ■ runny nose                ■ sneezing
■ itchy nose or throat           ■ itchy, watery eyes due to hay fever
■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening     ■ blisters     ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**     ■ in a child under 12 years of age
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not
  sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for
  depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after
  stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a
  doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**     ■ liver disease      ■ heart disease
■ high blood pressure    ■ thyroid disease    ■ diabetes        ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**     ■ taking sedatives or tranquilizers
■ taking the blood thinning drug warfarin

**When using this product**     ■ do not exceed recommended dosage
■ avoid alcoholic drinks          ■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children

**Stop use and ask a doctor if**     ■ nervousness, dizziness, or sleeplessness occurs
■ redness or swelling is present     ■ fever gets worse or lasts more than 3 days
■ pain, cough or nasal congestion gets worse or lasts more than 7 days    ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a
  serious condition. ▶

## Drug Facts (continued)

If **pregnant or breast-feeding,** ask a health
professional before use.
**Keep out of reach of children. Overdose
warning:** In case of overdose, get medical help or
contact a Poison Control Center right away
(1-800-222-1222). Prompt medical attention is
critical for adults as well as for children even if you
do not notice any signs or symptoms.

**Directions** ■ do not use more than
directed (see overdose warning)
■ take every 4 hours, while symptoms persist. Do
  not take more than 5 packets in 24 hours unless
  directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 8 oz. hot
  water: sip while hot. Consume entire drink within
  10-15 minutes.
■ if using a microwave, add contents of one packet
  to 8 oz. of cool water: stir briskly before and
  after heating. Do not overheat.

### Other information
■ **each packet contains:** potassium 10 mg and
  sodium 25 mg
■ **phenylketonurics:** contains phenylalanine
  13 mg per packet
■ store at 20-25°C (68-77°F). Protect product from
  heat and moisture.

*Inactive ingredients* acesulfame potassium,
anhydrous citric acid, aspartame, colloidal silicon
dioxide, D&C yellow #10, FD&C blue #1, FD&C
red #40, flavors, maltodextrin, pregelatinized starch,
sodium citrate, sucrose, tribasic calcium phosphate

### Questions or comments?
1-800-719-9260

Gluten Free

## OPEN OTHER END

DISTRIBUTED BY: **WALGREEN CO.**
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com  ©2021 Walgreen Co.
**MADE IN MEXICO**

ITEM 538582  W10106-0522-L







## DAY & NIGHT PACK

NDC 0363-1597-02

**DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING**



Compare to the active ingredients in
Vicks® DayQuil® Severe Cold & Flu
& Vicks® NyQuil® Severe Cold & Flu†‡

### DAYTIME
### NON-DROWSY
# Severe
# Cold
# & Flu

**ACETAMINOPHEN / ACHES /
FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
GUAIFENESIN / CHEST CONGESTION
PHENYLEPHRINE HCl /
NASAL CONGESTION**

**Maximum Strength**

• Pain reliever, fever reducer,
  cough suppressant, expectorant
  & nasal decongestant
• Antihistamine free
• Alcohol free

### NIGHTTIME
# Severe
# Cold
# & Flu

**ACETAMINOPHEN / ACHES /
FEVER / SORE THROAT
DEXTROMETHORPHAN HBr / COUGH
DOXYLAMINE SUCCINATE /
SNEEZING / RUNNY NOSE
PHENYLEPHRINE HCl /
NASAL & SINUS CONGESTION /
SINUS PRESSURE**

**Maximum Strength**

• Pain reliever, fever reducer, cough
  suppressant, antihistamine
  & nasal decongestant
• Alcohol free

**Gluten Free**



Empty &
Replace Cap

| PAPER BOX | PLASTIC BOTTLE | PLASTIC CUP |

how2recycle.info

## PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

†Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
‡These products are not manufactured or
distributed by The Procter & Gamble
Company, owner of the registered
trademarks Vicks® NyQuil® and DayQuil®.



Mixed Berry
flavor

## 2 – 12 FL OZ (355 mL) BOTTLES / TOTAL 24 FL OZ (1.5 pt) (710 mL)

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

*Walgreens*
**100%** SATISFACTION GUARANTEED

ITEM 357037   W10106-0722-L



**Nighttime Severe Cold & Flu**

## Drug Facts

| Active Ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms:
- nasal congestion
- sinus congestion and pressure
- minor aches and pains
- headache
- fever
- sore throat
- runny nose and sneezing
- cough due to minor throat and bronchial irritation
- cough to help you sleep
- reduces swelling of nasal passages
- promotes nasal and/or sinus drainage
- temporarily restores freer breathing through the nose

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- glaucoma
- cough that occurs with too much phlegm (mucus)
- a breathing problem such as emphysema or chronic bronchitis
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

Ask a doctor or pharmacist before use if you are
- taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

When using this product
- do not use more than directed ■ excitability may occur, especially in children
- marked drowsiness may occur ■ avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery
- alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if
- you get nervous, dizzy or sleepless
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present ■ new symptoms occur
- cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- take only the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- each 30 mL contains: sodium 41 mg
- store at 20-25°C (68-77°F)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose, xanthan gum

**Questions or comments?** 1-800-719-9260

---

**Daytime Severe Cold & Flu**

## Drug Facts

| Active Ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms:
- nasal congestion
- sinus congestion and pressure
- cough due to minor throat and bronchial irritation
- minor aches and pains
- headache
- fever
- sore throat
- reduces swelling of nasal passages
- temporarily restores freer breathing through the nose
- promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if
- adult takes more than 4,000 mg of acetaminophen in 24 hours
- child takes more than 5 doses in 24 hours
- taken with other drugs containing acetaminophen
- adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
- liver disease
- heart disease
- thyroid disease
- diabetes
- high blood pressure
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- take only as directed – see Overdose warning
- only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL, every 4 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL, every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

### Other information
- each 15 mL contains: sodium 6 mg
- store at 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** butylated hydroxyanisole, edetate disodium, FD&C yellow #6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions or comments?** 1-800-719-9260

W3ORG0422-F

**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if** ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ you get nervous, dizzy or sleepless ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 30 mL contains: sodium 41 mg ■ store at 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** alcohol, anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C blue #1, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions or comments?** 1-800-719-9260    ORG0419-F

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
‡ This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® DayQuil® Severe+ VapoCOOL™.

GLUTEN FREE

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2019 Walgreen Co.

ITEM 542719    W10107-0719-F

**PARENTS:** Learn about teen medicine abuse.
www.StopMedicineAbuse.org




3  11917 20841  1

---

*Walgreens*

*Compare to Vicks® DayQuil® Severe+ VapoCOOL™ active ingredients‡‡*

DAYTIME • NON-DROWSY    NDC 0363-1940-40    NEW

# Severe Cold & Flu

**ACETAMINOPHEN / MINOR ACHES & PAINS / FEVER
PHENYLEPHRINE HCl / NASAL CONGESTION /
SINUS PRESSURE
DEXTROMETHORPHAN HBr / COUGH
GUAIFENESIN / CHEST CONGESTION**

**MAXIMUM STRENGTH**

• Pain reliever, fever reducer, cough suppressant, expectorant, nasal decongestant
• ALCOHOL 10%

12 FL OZ (355 mL)



VAPOR ICE™

---

**Drug Facts**    DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

| *Active ingredients (in each 30 mL)* | *Purpose* |
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ thyroid disease ■ high blood pressure ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ diabetes ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ a sodium-restricted diet

: 94M40  94 F1



CONVENIENT RECLOSING TAB

NDC 0363-1919-01

**Walgreens**

Compare to the active ingredients in Theraflu® Multi-Symptom Severe Cold*

MULTI-SYMPTOM
**Severe
Cold DM**

ACETAMINOPHEN /
PAIN RELIEVER / FEVER REDUCER /
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT /
PHENYLEPHRINE HCl / NASAL DECONGESTANT

• Relieves nasal congestion, sore throat pain, cough, headache, body ache & fever

**6** PACKETS

Green Tea & Honey Lemon flavors

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

W3ORG0122-F

---

DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED

**Drug Facts**

**Active Ingredients (in each packet)** — **Purposes**
Acetaminophen 500 mg .......... Pain reliever/fever reducer
Dextromethorphan HBr 20 mg .......... Cough suppressant
Phenylephrine HCl 10 mg .......... Nasal decongestant

**Uses**
■ temporarily relieves these symptoms due to a cold:
■ minor aches and pains   ■ minor sore throat pain
■ headache   ■ nasal and sinus congestion
■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use   ■ in a child under 12 years of age
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
■ liver disease   ■ heart disease   ■ high blood pressure   ■ thyroid disease   ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema
■ a sodium-restricted diet

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not exceed recommended dosage

Stop use and ask a doctor if   ■ nervousness, dizziness, or sleeplessness occurs
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present   ■ new symptoms occur
■ pain, cough or nasal congestion gets worse or lasts more than 7 days
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

**Drug Facts (continued)**

**Directions**   ■ do not use more than directed (see overdose warning)
■ take every 4 hours, while symptoms persist. Do not take more than 6 packets in 24 hours unless directed by a doctor.

| Age | Dose |
| --- | --- |
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 8 oz. hot water: sip while hot. Consume entire drink within 10-15 minutes.
■ if using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

**Other information**
■ each packet contains: potassium 10 mg and sodium 25 mg
■ phenylketonurics: contains phenylalanine 22 mg per packet
■ store at 20-25°C (68-77°F). Protect product from heat and moisture.

**Inactive Ingredients** acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

**Questions or comments?**
1-800-719-9260

**Gluten Free**

*Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
†This product is not manufactured or distributed by Novartis Consumer Health S.A., owner of the registered trademark Theraflu®.

---

OPEN OTHER END

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com   ©2021 Walgreen Co.
MADE IN MEXICO

ITEM 538680   W10106-0622-L

CODE AREA

8Y491 94 C3





**Do not print**

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS
OPENED OR IF BLISTER UNIT IS TORN, BROKEN
OR SHOWS ANY SIGNS OF TAMPERING.

50614  OR0403284609

**Walgreens**

Compare to active ingredients in
Maximum Strength Mucinex®
Fast-Max® Severe Congestion & Cough†¹

NDC 0363-6048-19

# Severe
# Congestion
# & Cough

DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

**Maximum Strength** **Multi-Symptom**

• Controls cough
• Relieves nasal & chest congestion
• Thins & loosens mucus

**20**
COATED
CAPLETS

ACTUAL SIZE

**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

W30RG0523-F
**REV0523**

---

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

## Drug Facts

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves:
■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants  ■ the intensity of coughing  ■ nasal congestion due to a cold
■ the impulse to cough to help you get to sleep
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ high blood pressure  ■ heart disease  ■ diabetes  ■ thyroid disease
■ difficulty in urination due to enlargement of the prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

### Directions            ■ do not take more than directed
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ children under 12 years: do not use

### Other information            ■ each caplet contains: sodium 3 mg
■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

## Drug Facts (continued)

### Inactive ingredients corn starch, FD&C blue #2 aluminum lake, FD&C red #40 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polysorbate 80, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

[ **Questions or comments?** 1-800-426-9391 ]

---

ITEM 766690  W00000-0000-0

3  11917 00879  0

DISTRIBUTED BY: WALGREEN CO.
DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com
©2023 Walgreen Co.

†Our pharmacists recommend the Walgreens brand.
We invite you to compare to national brands.
¹This product is not manufactured or distributed by RB Health (US), LLC, owner of the registered trademark Maximum Strength Mucinex®
Fast-Max® Severe Congestion & Cough.



NDC 0363-8004-45

# *Walgreens*

Compare to the active ingredients in Mucinex® FAST-MAX® Severe Congestion & Cough®

PHARMACIST RECOMMENDED WALGREENS OWN

## Severe Congestion & Cough

DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Maximum Strength

• Controls cough
• Relieves nasal & chest congestion
• Thins & loosens mucus
• 12 years & older

**6 FL OZ (177 mL)**

F-004-45 ORG



PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

PEEL BACK TAB TO READ COMPLETE DRUG FACTS AND INFORMATION

50844   ORG042300445
B-004-45 ORG

DISTRIBUTED BY:
**WALGREEN CO.
DEERFIELD, IL 60015
100% SATISFACTION
GUARANTEED**
walgreens.com
©2023 Walgreen Co.

ITEM 769446   W00000-0000-0

3   11917 03413   3

W3ORG0923-F

†Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
††This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Mucinex® FAST-MAX® Severe Congestion & Cough.

TAMPER EVIDENT: DO NOT USE IF IMPRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING

### Drug Facts

| Active ingredients (in each 20 mL) | Purpose |
|---|---|
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves:
■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
■ the intensity of coughing
■ the impulse to cough to help you get to sleep
■ nasal congestion due to a cold

No Print / No Varnish Area
Lot  # and Exp. Info

### Drug Facts (continued)

**Warnings**
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ high blood pressure    ■ thyroid disease
■ difficulty in urination due to enlargement of the prostate gland    ■ heart disease    ■ diabetes
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough persists more than 7 days, tends to recur, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. ►

### Drug Facts (continued)

**Directions**
■ do not take more than directed
■ do not take more than 6 doses in any 24-hour period
■ mL = milliliter
■ only use the dose cup provided
■ adults and children 12 years and over: 20 mL in dosing cup provided every 4 hours
■ children under 12 years: do not use

**Other information**
■ each 20 mL contains: sodium 9 mg
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ use by expiration date on package

**Inactive ingredients**
anhydrous citric acid, FD&C blue #1, FD&C red #40, flavors, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sodium metabisulfite, sorbitol, sucralose, xanthan gum

**Questions or comments?**
1-800-426-9391

Discard Seal, Empty & Replace Cap





how2recycle.info

PLASTIC BOTTLE    PLASTIC CUP

HINGE    HINGE





**Drug Facts** (continued)

**Questions or comments?** 1-800-426-9391

**Inactive ingredients** corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

---

**Other information** ■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN** ■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F) ■ see end flap for expiration date and lot number

**Directions** ■ do not take more than directed ■ adults and children 12 years and over: take 2 caplets every 4 hours ■ do not take more than 12 caplets in any 24-hour period ■ children under 12 years: do not use

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com
©2021 Walgreen Co.
WDORG1221-F

ITEM 301213    W00000-0000-0

50844    ORG111761509

3

9

**Drug Facts** (continued)

■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ difficulty in urination due to enlargement of the prostate gland

**Ask a doctor before use if you have**
■ heart disease ■ high blood pressure ■ diabetes ■ thyroid disease ■ liver disease

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin.

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur ■ fever gets worse or lasts more than 3 days ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ redness or swelling is present ■ new symptoms occur ■ a cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

---

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**If you have ever had an allergic reaction to this product or any of its ingredients.**

---

**Drug Facts** (continued)

**Uses** ■ temporarily relieves: ■ headache ■ nasal congestion ■ minor aches and pains ■ sinus congestion and pressure ■ temporarily promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

---

**Drug Facts**

| KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION |
|---|

**Active ingredients** (in each caplet) — **Purpose**

Acetaminophen 325 mg .......................... Pain reliever
Guaifenesin 200 mg ............................. Expectorant
Phenylephrine HCl 5 mg ......................... Nasal decongestant

---

Walgreens

W PHARMACIST RECOMMENDED

Compare to the active ingredient in
Maximum Strength Mucinex®
SINUS-MAX® Severe Congestion & Pain*

NDC 0363-6150-09

# Severe
# Sinus Congestion

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER
**GUAIFENESIN** 200 mg / EXPECTORANT
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

Maximum Strength
• Relieves headache & sinus congestion
• Thins & loosens mucus    • Ages 12 & over

**20**
CAPLETS

ACTUAL SIZE

*Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
*This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Maximum Strength Mucinex® SINUS-MAX® Severe Congestion & Pain.

No print/No varnish area
Lot no/Exp date



Do not print
Lot & EXP

DISTRIBUTED BY: WALGREEN CO. 200 WILMOT RD.,
DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com©2022 Walgreen Co.

TAMPER EVIDENT: DO NOT USE
IF PACKAGE IS OPENED OR IF
BLISTER UNIT IS TORN, BROKEN
OR SHOWS ANY SIGNS OF
TAMPERING

50844   ORIG09252708

**Drug Facts** (continued)

**Warnings**

Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening     ■ rash     ■ blisters
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ heart disease     ■ thyroid disease
■ high blood pressure     ■ diabetes

**Drug Facts** (continued)

■ helps loosen phlegm (mucus) and thin the bronchial secretions to make cough more productive
■ temporarily reduces fever

**Drug Facts**

**Active ingredients** (in each caplet)

Acetaminophen 325 mg ........... Pain reliever/Fever reducer
Guaifenesin 200 mg ..................... Expectorant
Phenylephrine HCl 5 mg ............. Nasal decongestant

KEEP OUTER PACKAGE FOR COMPLETE
PRODUCT INFORMATION

**Purpose**

**Drug Facts** (continued)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed
■ adults and children 12 years and over
■ take 2 caplets every 4 hours
■ swallow whole - do not crush, chew, or dissolve
■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

**Drug Facts** (continued)

**Uses**
■ temporarily relieves these symptoms associated with hay fever or other respiratory allergies and the common cold:
■ minor aches and pains     ■ headache     ■ nasal congestion
■ nasal congestion and pressure

**Drug Facts** (continued)

**Other information**     ■ each caplet contains: sodium 5 mg
■ store at 15°-25°C (59°-77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flag for expiration date and lot number

**Inactive ingredients** corn starch, crospovidone, FD&C Red #40 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

**Questions or comments?** 1-800-426-9391

W3ORG0722-F
REV1222

†Our pharmacists recommend the Walgreens brand. We invite you to
compare to national brands.
†This product is not manufactured
or distributed by Johnson &
Johnson Corporation, owner of
the registered trademark
Tylenol® Sinus Severe.

PAPER
BOX

MULTI-LAYER
TRAY

Please recycle.info

ITEM 510073   W00000-0000-0

3   11917 10372   3

NDC 0363-5027-08

**walgreens**

Compare to the active ingredients
in Tylenol® Sinus Severe††

WALGREENS
PHARMACIST
RECOMMENDED

**DAYTIME • NON-DROWSY**

# Severe Sinus

**ACETAMINOPHEN** / PAIN RELIEVER / FEVER REDUCER
**GUAIFENESIN** / EXPECTORANT
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT

Severe

• Relieves sinus headache, nasal congestion,
sinus pressure, chest congestion & mucus

**24**
CAPLETS

ACTUAL SIZE

B-2201-527C-08SSVR
ORG09Z252708

COUGH, COLD & FLU
MULTI-SYMPTOM
CF Max
Wal-Tussin®
Severe
ADULT · NON-DROWSY
*Walgreens*



*Walgreens*

Compare to Robitussin® Maximum
Strength Severe Multi-Symptom
Cough Cold + Flu active ingredients††

NDC 0363-1234-26

## ADULT · NON-DROWSY

# Severe
# Wal-Tussin®
# CF Max

## MULTI-SYMPTOM
## COUGH, COLD & FLU

**ACETAMINOPHEN / PAIN RELIEVER /
FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH
SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT**

### MAXIMUM STRENGTH

- Relieves cough, sore
  throat, body aches, fever,
  nasal congestion &
  chest congestion
- Ages 12 & older

4 FL OZ (118 mL)

---

## Drug Facts

**Active ingredients        Purposes
(in each 20 mL)**

Acetaminophen,
USP 650 mg............Pain reliever/fever reducer
Dextromethorphan HBr,
USP 20 mg......................Cough suppressant
Guaifenesin, USP 400 mg..............Expectorant
Phenylephrine HCl,
USP 10 mg......................Nasal decongestant

### Uses

- temporarily relieves these symptoms
  occurring with a cold or flu:
  - cough due to minor throat and
    bronchial irritation
  - nasal congestion        ■ sore throat
  - sinus congestion and pressure
  - minor aches and pains    ■ headache
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin
  bronchial secretions to drain bronchial
  tubes and make coughs more productive

### Warnings

**Liver warning:** This product contains
acetaminophen. Severe liver damage may
occur if you take
■ more than 4,000 mg of acetaminophen in
  24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while
  using this product
**Allergy alert:** Acetaminophen may cause
severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek
medical help right away.
**Sore throat warning:** If sore throat is severe,
persists for more than 2 days, is accompanied
or followed by fever, headache, rash, nausea,
or vomiting, consult a doctor promptly.

**Do not use**
■ if you are now taking a prescription
  monoamine oxidase inhibitor (MAOI)
  (certain drugs for depression, psychiatric,
  or emotional conditions, or Parkinson's
  disease), or for 2 weeks after stopping the
  MAOI drug. If you do not know if your
  prescription drug contains an MAOI, ask
  a doctor or pharmacist before taking
  this product.

►

---

## Drug Facts (continued)

■ with any other drug containing
  acetaminophen (prescription or
  nonprescription). If you are not sure
  whether a drug contains acetaminophen,
  ask a doctor or pharmacist.
■ if you have ever had an allergic reaction to
  this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease        ■ heart disease
■ thyroid disease      ■ diabetes
■ high blood pressure
■ trouble urinating due to an enlarged
  prostate gland
■ cough that occurs with too much
  phlegm (mucus)
■ persistent or chronic cough such as occurs
  with smoking, asthma, chronic bronchitis,
  or emphysema

**Ask a doctor or pharmacist before use if you
are**
■ taking the blood thinning drug warfarin

When using this product do not use more
than directed

**Stop use and ask a doctor if**
■ you get nervous, dizzy or sleepless
■ pain, cough, or nasal congestion gets worse
  or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or
  headache that lasts. These could be signs
  of a serious condition.

If pregnant or breast-feeding, ask a health
professional before use.
Keep out of reach of children.
**Overdose warning:** In case of overdose, get
medical help or contact a Poison Control
Center right away (1-800-222-1222). Prompt
medical attention is critical for adults as well
as for children even if you do not notice any
signs or symptoms.

### Directions

■ do not take more than 5 doses in any
  24-hour period
■ do not exceed recommended dosage. Taking
  more than the recommended dose (overdose)
  may cause serious liver damage.

►

---

## Drug Facts (continued)

■ measure only with dosing cup provided
■ keep dosing cup with product
■ mL = milliliter
■ this adult product is not intended for use
  in children under 12 years of age

| age | dose |
|---|---|
| adults and children
12 years and over | 20 mL
every 4 hours |
| children under 12 years | do not use |

### Other information

■ each 20 mL contains: sodium 15 mg
■ store at 20-25°C (68-77°F).
  Do not refrigerate.

**Inactive ingredients** anhydrous citric
acid, benzyl alcohol, edetate disodium, FD&C
red #40, flavor, glycerin, polyethylene glycol,
propylene glycol, purified water, sodium
benzoate, sodium citrate, sorbitol solution,
sucralose, triacetin, xanthan gum

### Questions or comments?
1-800-719-9260

**DO NOT USE IF PRINTED NECKBAND
IS BROKEN OR MISSING**

Gluten Free

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey

††This product is not manufactured or distributed by
Pfizer, distributor of Robitussin® Maximum
Strength Severe Multi-Symptom Cough Cold + Flu.

### PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org



DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

*Walgreens*
**100%** SATISFACTION
GUARANTEED
walgreens.com    ©2017 Walgreen Co.

---

ITEM 946679   W10106-1217-L



3  11917 18618  4

ORG0817-F_R01

LOT NO.

EXP.

: 7C12L 9L C2



**Do not print**
Lot & EXP

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

*Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.

†This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Tylenol® SINUS + HEADACHE.

**Drug Facts (continued)**

**Inactive Ingredients** corn starch, crospovidone, D&C yellow #10 aluminum lake, FD&C blue #1 aluminum lake, FD&C red #40 aluminum lake, hypromellose, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

**Questions or comments?** 1-800-925-8931

**Drug Facts**

**Active ingredients (in each caplet)** ... **Purpose**

Acetaminophen 325 mg ... Pain reliever/fever reducer

Phenylephrine HCl 5 mg ... Nasal decongestant

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

**Uses**
- temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold:
- minor aches and pains ■ headache
- sinus congestion and pressure
- nasal congestion

**Drug Facts (continued)**

**Warnings**

**Liver warning:** This product contains acetaminophen.

Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- diabetes
- thyroid disease
- difficulty in urination due to enlargement of the prostate gland
- high blood pressure

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- new symptoms occur
- redness or swelling is present

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- **do not take more than directed**
- adults and children 12 years and over:
- take 2 caplets every 4 hours
- swallow whole; do not crush, chew, or dissolve
- do not take more than 12 caplets in 24 hours
- children under 12 years: ask a doctor

**Other information**
- **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
- store at 25°C (77°F) excursions permitted between 15°-30°C (59°-86°F)
- see end flap for expiration date and lot number

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2022 Walgreen Co.
50844  ORG072146608

W3ORG0722-F

ITEM 885143   WO0000-0000-0

B-2201-466C-08SHVR
ORG072146608

3  11917 20000  2

NDC 0363-4066-08

## Walgreens

Compare to the active ingredients in Tylenol® SINUS + HEADACHE†*

WALGREENS PHARMACIST RECOMMENDED

**DAYTIME • NON-DROWSY**

# Sinus & Headache

**ACETAMINOPHEN** / PAIN RELIEVER / FEVER REDUCER
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT

- Relieves hay fever symptoms, minor aches & pains, headache, nasal congestion, sinus congestion & pressure
- Pseudoephedrine free

**24 CAPLETS**

ACTUAL SIZE

ORG0917-F

**Drug Facts** (continued)
microcrystalline cellulose, polyethylene glycol, povidone, pregelatinized starch, propylene glycol, shellac glaze, silica gel, stearic acid, titanium dioxide

**Questions or comments?** 1-800-925-9391

**Inactive ingredients** croscarmellose sodium, FD&C blue #1, FD&C blue #10, FD&C yellow #6, gelatin, hydroxypropyl cellulose, hypromellose, iron oxide black, iron oxide red, iron oxide yellow, magnesium stearate,

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

No Print Area
Lot no. and expiration date

**Other information**
■ store at 25°C (77°F); excursions permitted between 15-30°C (59-86°F)
■ see end flap for expiration date and lot number

**Directions**
■ do not take more than directed
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

Keep out of reach of children. In case of accidental overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Ask a doctor before use if you have**
■ thyroid disease ■ heart disease ■ diabetes ■ liver disease

**Drug Facts** (continued)

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin

When using this product do not exceed recommended dosage.

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain or nasal congestion gets worse or lasts more than 7 days
■ a new symptom occurs
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present

These could be signs of a serious condition.

**If pregnant or breast-feeding**, ask a health professional before use.

**Uses** temporarily relieves these symptoms associated with hay fever or other upper respiratory allergies and the common cold:
■ headache ■ minor aches and pains ■ nasal congestion ■ sinus congestion and pressure

**Drug Facts**
KEEP OUTER BOX AND PACKAGE FOR COMPLETE PRODUCT INFORMATION

**Active ingredients** (in each caplet)     **Purpose**
Acetaminophen 325 mg .... Pain reliever/fever reducer
Phenylephrine HCl 5 mg .... Nasal decongestant

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

**100% SATISFACTION GUARANTEED**

*Walgreens* ©2017 Walgreen Co.
walgreens.com

†This product is not manufactured or distributed by McNeil Consumer Healthcare, owner of the registered trademark Tylenol® Sinus + Headache Daytime.

Walgreens Pharmacist: Recommended
Walgreens Pharmacist Survey

ORG021655808
50844

B-2201-5580-08-H
ORG021655808

*Walgreens*

Compare to Tylenol® Sinus + Headache Daytime active ingredients†

NDC 0363-5580-08

**DAYTIME • NON-DROWSY**

# Sinus & Headache

**ACETAMINOPHEN /
PAIN RELIEVER / FEVER REDUCER
PHENYLEPHRINE HCl / NASAL DECONGESTANT**

• Relieves headache, nasal congestion & sinus pressure





W3ORG1221-F
REV0122

†Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.

ITEM 603347 W00000-0000-0

3 11917 06813 8

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

## Drug Facts

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

| **Active ingredients (in each tablet)** | **Purpose** |
|---|---|
| Chlorpheniramine maleate 4 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
- temporarily relieves these symptoms due to hay fever (allergic rhinitis) or other upper respiratory allergies:
  - itchy, watery eyes
  - runny nose
  - itching of the nose or throat
  - nasal congestion
  - sneezing
  - sinus congestion and pressure

**Warnings**

**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- high blood pressure
- heart disease
- thyroid disease
- diabetes
- glaucoma
- difficulty in urination due to enlargement of the prostate gland
- a breathing problem such as emphysema or chronic bronchitis

**Ask a doctor or pharmacist before use if you are** taking sedatives or tranquilizers.

**When using this product**
- do not exceed recommended dosage
- excitability may occur, especially in children
- drowsiness may occur

## Drug Facts (continued)

- avoid alcoholic beverages
- alcohol, sedatives and tranquilizers may increase drowsiness
- use caution when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with a fever

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
- children under 12 years: do not use

**Other information**
- **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
- see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, lactose anhydrous, magnesium stearate, microcrystalline cellulose, silicon dioxide, stearic acid

**Questions or comments?** 1-800-426-9391

how2recycle.info
PAPER BOX
MULTI-LAYER TRAY
50844 ORG031946208

OMIT M

B-2201-462-08-HR
ORG031946208

Walgreens
WALGREENS PHARMACIST RECOMMENDED†

NDC 0363-4621-08

Walgreens
WALGREENS PHARMACIST RECOMMENDED†

# Sinus PE + Allergy

CHLORPHENIRAMINE MALEATE 4 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

Maximum Strength

- Relieves sneezing, itchy eyes, runny nose, sinus pressure & congestion
- Pseudoephedrine free

24 TABLETS

ACTUAL SIZE

B9811R2

WOORGI221-F

## Drug Facts (continued)

**Inactive ingredients** corn starch, crospovidone, flavor, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

**Questions or comments?** 1-800-426-9391

## Drug Facts (continued)

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F) excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

DISTRIBUTED BY: **WALGREEN CO.**
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.

ITEM 531245    WD0000-0000-0

3  11917 20820 9

B-2201-527C-08HORR
OR8082052708

OFG082052708

50844

OFG082052708

*Our pharmacists recommend the Walgreens brand.
We do not sell J&J brands of this product.
This product is not manufactured or distributed
by Johnson & Johnson Corporation, owner of the
registered trademark Sudafed PE® Head
Congestion + Mucus.

No Print/No Varnish
Lot and Expiration N

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS
OPENED OR IF BLISTER UNIT IS TORN, BROKEN
OR SHOWS ANY SIGNS OF TAMPERING

## Drug Facts (continued)

**Directions**
■ do not take more than directed
■ adults and children 12 years and over
■ take 2 caplets every 4 hours
■ swallow whole - do not crush, chew, or dissolve
■ do not take more than 12 caplets in 24 hours
■ children under 12 years: ask a doctor

## Drug Facts (continued)

Ask a doctor before use **if you have**
■ heart disease   ■ liver disease
■ high blood pressure   ■ thyroid disease
■ diabetes
■ difficulty in urination due to enlargement of the prostate gland

Ask a doctor or pharmacist before use if you are taking the sedative drug
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

When using this product do not exceed recommended dosage.

Ask a doctor before use if you are taking the blood thinning drug warfarin.

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present   ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

■ If you ever had an allergic reaction to this product or any of its ingredients
■ If you have ever had an allergic reaction to this product.
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:   ■ skin reddening
■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

## Drug Facts (continued)

■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema
■ cough that occurs with too much phlegm (mucus)

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive

## Drug Facts (continued)

**Uses**
■ temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold:
■ headache   ■ nasal congestion   ■ minor aches and pains
■ sinus congestion and pressure
■ temporarily reduces fever

## Drug Facts

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

NDC 0363-5279-08

# walgreens

Compare to the active ingredients in
Sudafed PE® Head Congestion + Mucus*

*WALGREENS PHARMACIST RECOMMENDED*

## NON-DROWSY

# Sinus PE Pressure, Pain & Mucus

**ACETAMINOPHEN** / PAIN RELIEVER / FEVER REDUCER
**GUAIFENESIN** / EXPECTORANT / **PHENYLEPHRINE HCl** / NASAL DECONGESTANT

Multi-symptom
• Relieves sinus pressure/congestion, sinus headache & chest congestion
• Pseudoephedrine free

**24 CAPLETS**

ACTUAL SIZE

**Walgreens**

PHARMACIST RECOMMENDED

NDC 0363-6028-09

Compare to the active ingredients
in Maximum Strength Mucinex®
SINUS-MAX® Pressure & Pain*

# Sinus Pressure & Pain

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER
**GUAIFENESIN** 200 mg / EXPECTORANT
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

Maximum Strength   • Relieves sinus pressure & congestion, headache
and thins & loosens mucus

**20** CAPLETS

ACTUAL SIZE

---

## Drug Facts

KEEP OUTER PACKAGE FOR COMPLETE
PRODUCT INFORMATION

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves: ■ nasal congestion ■ headache
■ sinus congestion and pressure ■ minor aches and pains
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the
bronchial passageways of bothersome mucus and make coughs more
productive

---

## Drug Facts (continued)

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage
may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms
may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or
nonprescription). If you are not sure whether a drug contains
acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI)
(certain drugs for depression, psychiatric or emotional conditions, or
Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you
do not know if your prescription drug contains an MAOI, ask a doctor or
pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease ■ diabetes ■ thyroid disease
■ high blood pressure ■ liver disease ■ trouble urinating due to
an enlarged prostate gland ■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic
bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus)

---

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you** are taking the blood thinning
drug warfarin.

**When using this product** do not exceed recommended dosage.

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ fever gets worse or lasts more than 3 days
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ new symptoms occur
■ redness or swelling is present
■ cough comes back or occurs with rash or headache that lasts. These
could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical
help or contact a Poison Control Center right away. Prompt medical
attention is critical for adults as well as for children even if you do not notice
any signs or symptoms.

## Directions
■ do not take more than directed
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ do not take more than 12 caplets in any 24-hour period
■ children under 12 years: do not use

## Other information ■ TAMPER EVIDENT: DO NOT USE IF OUTER
PACKAGE IS OPEN OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

---

## Drug Facts (continued)

**Inactive ingredients** corn starch, crospovidone, D&C yellow #10
aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate,
maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl
alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc,
titanium dioxide

---

*Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.

TAMPER EVIDENT: DO NOT USE IF PACKAGE
IS OPENED OR BLISTER UNIT IS TORN,
BROKEN OR SHOWS ANY SIGNS OF TAMPERING

No Print / No Varnish
Lot no. & Exp. date

---

*This product is not manufactured or distributed by RB
Health (US) LLC, owner of the registered trademark
Maximum Strength Mucinex® SINUS-MAX® Pressure & Pain.

**Questions or comments?** 1-800-426-9391

50844   ORG04196280Q

---

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
©2021 Walgreen Co.
walgreens.com

ITEM 357646   V00000-0000-0

B-2011-628-09-HR
ORG04196280R9

WXORG1231-F
REV0122





## Drug Facts

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg.............................. | Pain reliever |
| Dextromethorphan HBr 10 mg..................... | Cough suppressant |
| Guaifenesin 200 mg.................................. | Expectorant |
| Phenylephrine HCl 5 mg............................ | Nasal decongestant |

## Drug Facts (continued)

**Uses** ■ temporarily relieves: ■ nasal congestion ■ headache ■ sinus congestion and pressure ■ minor aches and pains ■ cough due to the common cold ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ temporarily promotes nasal and/or sinus drainage

## Drug Facts (continued)

### Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ blisters ■ rash ■ skin reddening
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ heart disease ■ diabetes ■ thyroid disease
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ liver disease ■ high blood pressure
■ cough that occurs with too much phlegm (mucus)
■ difficulty in urination due to enlargement of the prostate gland

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ children under 12 years: do not use

### Other information
■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
■ see end flap for expiration date and lot number

## Drug Facts (continued)

■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)

**Inactive ingredients** corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl

## Drug Facts (continued)

alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

**Questions or comments?** 1-800-426-9391

how2recycle.info

PAPER BOX | MULTI-LAYER TRAY

**PARENTS:** Learn about opioid safety. www.ShopWithSelfCare.org

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.

DISTRIBUTED BY WALGREEN CO. 200 WILMOT RD., DEERFIELD, IL 60015 100% SATISFACTION GUARANTEED walgreens.com ©2022 Walgreen Co.

"This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Maximum Strength Mucinex® SINUS-MAX® Pressure, Pain & Cough.

No print/No varnish Lot & Exp date

ITEM 164110  W00000-0000-0

REV:02219417709

50844

8-2201-817-09-HR REV:02219417700

W3DRG0422-F REV:02022

NDC 0363-6171-09

# Walgreens

WALGREENS.COM PHARMACIST RECOMMENDED

Compare to the active ingredients in Maximum Strength Mucinex® SINUS-MAX® Pressure, Pain & Cough"

# Sinus Pressure, Pain & Cough

**ACETAMINOPHEN** / PAIN RELIEVER
**DEXTROMETHORPHAN HBr** / COUGH SUPPRESSANT
**GUAIFENESIN** / EXPECTORANT
**PHENYLEPHRINE HCl** / NASAL DECONGESTANT

**Maximum Strength**

• Relieves headache, sinus pressure & congestion
• Thins & loosens mucus
• Controls cough

## 20 CAPLETS

ACTUAL SIZE



**Walgreens**

Compare to the active ingredients in Robitussin® Maximum Strength Severe Multi-Symptom Cough Cold + Flu®

ADULT
NON-DROWSY

# Tussin
# CF Max

MULTI-SYMPTOM
COUGH, COLD & FLU

ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

**Maximum Strength**

- Relieves cough, sore throat, body aches, fever, nasal congestion & chest congestion
- Ages 12 & older

8 FL OZ (237 mL)

NDC 0363-1723-34

---

Discard food.
Empty &
Replace Cap

Check
Locally*

PAPER BOX   PLASTIC BOTTLE   PLASTIC CUP

*Not recycled in all communities

how2recycle.info

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

**Walgreens**
**100%** SATISFACTION GUARANTEED

walgreens.com
©2021 Walgreen Co.

ITEM 542712  W10106-0722-L

3 11917 20840 4

W3ORG1221-F
REV-0422

---

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen, USP 650 mg...Pain reliever/fever reducer | |
| Dextromethorphan HBr, USP 20 mg...Cough suppressant | |
| Guaifenesin, USP 400 mg...Expectorant | |
| Phenylephrine HCl, USP 10 mg...Nasal decongestant | |

### Uses
■ temporarily relieves these symptoms occurring with a cold or flu:
■ cough due to minor throat and bronchial irritation
■ nasal congestion
■ sinus congestion and pressure
■ minor aches and pains
■ sore throat  ■ headache
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease   ■ heart disease   ■ diabetes
■ high blood pressure   ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin

When using this product do not use more than directed ▶

---

## Drug Facts (continued)

**Stop use and ask a doctor if**
■ you get nervous, dizzy or sleepless
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than 5 doses in any 24-hour period
■ do not exceed recommended dosage. Taking more than the recommended dose (overdose) may cause serious liver damage.
■ measure only with dosing cup provided
■ keep dosing cup with product   ■ mL = milliliter
■ this adult product is not intended for use in children under 12 years of age

| age | dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children under 12 years | do not use |

### Other information
■ each 20 mL contains: sodium 15 mg
■ store at 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C red #40, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, triacetin, xanthan gum

**Questions or comments?** 1-800-719-9260

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

**Gluten Free**

*Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
**This product is not manufactured or distributed by PF Consumer Healthcare 1 LLC, owner of the registered trademark Robitussin®.

**PARENTS:**
Learn about teen medicine abuse.
www.StopMedicineAbuse.org

---

COUGH, COLD & FLU
MULTI-SYMPTOM
CF Max
Tussin
ADULT · NON-DROWSY

**Walgreens**

7C134 94 C2



## Walgreens

**ADULT • NON-DROWSY**
**Tussin CF Max**
MULTI-SYMPTOM COUGH, COLD & FLU

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

NDC 0363-2901-34

## Walgreens

Compare to the active ingredients in Robitussin® Severe Multi-Symptom Cough Cold • Flu*

**ADULT NON-DROWSY**
**Tussin CF Max**
MULTI-SYMPTOM COUGH, COLD & FLU

ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

Maximum Strength

- Relieves cough, sore throat, body aches, fever, nasal congestion & chest congestion
- Ages 12 & older

8 FL OZ (237 mL)        Raspberry flavor

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2022 Walgreen Co.

ITEM 938110   W10106-0323-L

3 11917 12194

---

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen, USP 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr, USP 20 mg | Cough suppressant |
| Guaifenesin, USP 400 mg | Expectorant |
| Phenylephrine HCl, USP 10 mg | Nasal decongestant |

### Uses
temporarily relieves these symptoms occurring with a cold or flu:
- cough due to minor throat and bronchial irritation
- nasal congestion
- sinus congestion and pressure
- minor aches and pains   ■ sore throat   ■ headache
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you have ever had an allergic reaction to this product or any of its ingredients.

**Ask a doctor before use if you have**
- liver disease   ■ heart disease
- high blood pressure
- thyroid disease   ■ diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

**When using this product do not use more than directed**
**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, cough, or nasal congestion gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition. ▶

W9ORG1222-F

---

## Drug Facts (continued)

### Directions
- do not take more than 5 doses in any 24-hour period
- do not exceed recommended dosage. Taking more than the recommended dose (overdose) may cause serious liver damage.
- measure only with dosing cup provided
- keep dosing cup with product   ■ mL = milliliter
- this adult product is not intended for use in children under 12 years of age

| age | dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children under 12 years | do not use |

### Other information
- each 20 mL contains: sodium 14 mg
- store at 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** anhydrous citric acid, benzyl alcohol, edetate disodium, FD&C red #40, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol solution, sucralose, xanthan gum

### Questions or comments? 1-800-719-9260

'Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
*This product is not manufactured or distributed by GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, owner of the registered trademark Robitussin®.

PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

28534 94 C1







**Walgreens**

Compare to Theraflu® Nighttime Severe Cold & Cough active ingredients*

NDC 0363-0864-01

NIGHTTIME

# Wal-Flu® Severe

COLD & COUGH

ACETAMINOPHEN /
PAIN RELIEVER / FEVER REDUCER
DIPHENHYDRAMINE HCl /
ANTIHISTAMINE / COUGH SUPPRESSANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

- Relieves nasal congestion, cough, body ache, sore throat pain, runny nose, sneezing, headache & fever

6 PACKETS

HONEY LEMON
INFUSED WITH WHITE TEA FLAVORS

*Walgreens Pharmacist Survey
†This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Theraflu® Nighttime Severa Cold & Cough.

ORG0817-F
REV-1019

PHARMACIST
**Walgreens**
RECOMMENDED

Health expertise you rely on, quality you trust.

CONVENIENT RECLOSING TAB

**Walgreens**

DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED

### Drug Facts

**Active ingredients (in each packet)** | **Purposes**

Acetaminophen 650 mg................................................Pain reliever/fever reducer
Diphenhydramine HCl 25 mg.........................................Antihistamine/cough suppressant
Phenylephrine HCl 10 mg..............................................Nasal decongestant

**Uses** ■ temporarily relieves these symptoms due to a cold:
■ minor aches and pains     ■ minor sore throat pain   ■ headache
■ nasal and sinus congestion  ■ runny nose            ■ sneezing
■ itchy nose or throat         ■ itchy, watery eyes due to hay fever
■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening     ■ blisters     ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** if sore throat is severe, persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ in a child under 12 years of age
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not
sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for
depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after
stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a
doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**
■ high blood pressure          ■ liver disease        ■ heart disease
■ thyroid disease             ■ diabetes           ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema
**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers
■ taking the blood thinning drug warfarin
**When using this product** ■ do not exceed recommended dosage
■ avoid alcoholic drinks       ■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children
**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occurs
■ redness or swelling is present     ■ fever gets worse or lasts more than 3 days
■ pain, cough or nasal congestion gets worse or lasts more than 7 days   ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a
serious condition.

### Drug Facts (continued)
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not use more than directed (see overdose warning)
■ take every 4 hours, while symptoms persist. Do not take more than 5 packets in 24 hours unless directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
■ if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

**Other information**
■ each packet contains: potassium 10 mg and sodium 25 mg
■ phenylketonurics: contains phenylalanine 13 mg per packet
■ store at 20-25°C (68-77°F). Protect product from heat and moisture.

**Inactive ingredients** acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

**Questions or comments?**
1-800-719-9260

Gluten Free

OPEN OTHER END

DISTRIBUTED BY: WALGREEN CO.     ITEM 538582   W10106-1219-L
200 WILMOT RD., DEERFIELD, IL 60015
**Walgreens**
100% SATISFACTION GUARANTEED
walgreens.com   ©2017 Walgreen Co.
MADE IN MEXICO

3  11917 21200  5

05491 04 C4

CONVENIENT RECLOSING TAB



**Wal-Flu®**
Severe Cold
& Cough
NIGHTTIME

DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED

## Drug Facts

### Active ingredients (in each packet)     Purposes
Acetaminophen 650 mg.............................................Pain reliever/fever reducer
Diphenhydramine HCl 25 mg........................................Antihistamine/cough suppressant
Phenylephrine HCl 10 mg.................................................Nasal decongestant

### Uses ■ temporarily relieves these symptoms due to a cold:
■ minor aches and pains      ■ minor sore throat pain    ■ headache
■ nasal and sinus congestion   ■ runny nose         ■ sneezing
■ itchy nose or throat       ■ itchy, watery eyes due to hay fever
■ cough due to minor throat and bronchial irritation
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening   ■ blisters   ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ in a child under 12 years of age
■ if you have ever had an allergic reaction to this product or any of its ingredients
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**  ■ liver disease   ■ heart disease
■ high blood pressure  ■ thyroid disease  ■ diabetes    ■ glaucoma
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema

**Ask a doctor or pharmacist before use if you are**  ■ taking sedatives or tranquilizers
■ taking the blood thinning drug warfarin

**When using this product**  ■ do not exceed recommended dosage
■ avoid alcoholic drinks    ■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children

**Stop use and ask a doctor if**  ■ nervousness, dizziness, or sleeplessness occurs
■ redness or swelling is present  ■ fever gets worse or lasts more than 3 days
■ pain, cough or nasal congestion gets worse or lasts more than 7 days  ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.  ▶

## Drug Facts (continued)

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions ■ do not use more than directed (see overdose warning)
■ take every 4 hours, while symptoms persist. Do not take more than 5 packets in 24 hours unless directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

■ dissolve contents of one packet into 8 oz. hot water: sip while hot. Consume entire drink within 10-15 minutes.
■ if using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

### Other information
■ **each packet contains:** potassium 10 mg and sodium 25 mg
■ **phenylketonurics:** contains phenylalanine 13 mg per packet
■ store at 20-25°C (68-77°F). Protect product from heat and moisture.

### Inactive ingredients acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

### Questions or comments?
1-800-719-9260

Gluten Free

## OPEN OTHER END

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
ITEM 912518  W10106-0217-L













ORG0818-F
REV1118

**Drug Facts** (continued)

■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
■ store at 25˚C (77˚F); excursions permitted between 15˚-30˚C (59˚-86˚F)

***Inactive ingredients*** corn starch, croscarmellose

**Drug Facts** (continued)

sodium, crospovidone, FD&C blue #1 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polydextrose, polyethylene glycol, povidone, silicon dioxide, stearic acid, titanium dioxide, triacetin

***Questions or comments?*** 1-800-426-9391

**TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING**

ITEM 555466 W00000-0000-0
3 11917 08636 1

**Drug Facts**

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

| ***Active ingredients (in each caplet)*** | ***Purpose*** |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever |
| Diphenhydramine HCl 25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

***Uses*** ■ temporarily relieves these symptoms of hay fever or other upper respiratory allergies: ■ headache ■ nasal congestion ■ sneezing ■ runny nose ■ sinus congestion and pressure ■ itchy, watery eyes ■ itching of the nose or throat ■ minor aches and pains

***Warnings***

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on skin
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Drug Facts** (continued)

**Ask a doctor before use if you have**
■ glaucoma ■ heart disease ■ high blood pressure
■ difficulty in urination due to enlargement of the prostate gland
■ a breathing problem such as emphysema or chronic bronchitis ■ liver disease ■ thyroid disease ■ diabetes

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ **do not exceed recommended dosage**
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ use caution when driving a motor vehicle or operating machinery ■ avoid alcoholic beverages

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present ■ new symptoms occur

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

***Directions*** ■ **do not take more than directed**
■ adults and children 12 years and over
■ take 2 caplets every 4 hours
■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

***Other information***
■ see end flap for expiration date and lot number

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com
©2018 Walgreen Co.

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
50844
ORG091854309

NO PRINT/VARNISH
LOT & EXP DATE ONLY

B-2201-543-09-H
ORG091854309

Walgreens

Wal-Dryl®

SEVERE ALLERGY & SINUS HEADACHE

Walgreens

NDC 0363-0543-09

Wal-Dryl®

SEVERE ALLERGY & SINUS HEADACHE

**ACETAMINOPHEN / PAIN RELIEVER**
**DIPHENHYDRAMINE HCl / ANTIHISTAMINE**
**PHENYLEPHRINE HCl / NASAL DECONGESTANT**

**MAXIMUM STRENGTH** **CAPLETS**

• Relief of headache, sinus congestion, sinus pain & pressure, runny nose, sneezing, itchy throat & itchy, watery eyes
• Upper respiratory allergies only

ORG00319-F
REV02221

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD, DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
©2019 Walgreen Co.
walgreens.com

ITEM 531245   W00000-0000-0

3 11917 20829 9

B-2201-527C-08HCXHH
ORG082052708

**Drug Facts** (continued)

**Inactive ingredients** corn starch, crospovidone, flavor, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

**Other information**
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

*Questions or comments?* 1-800-426-9391

**Drug Facts** (continued)

**Directions**
■ do not take more than directed
■ adults and children 12 years and over
   ■ take 2 caplets every 4 hours
   ■ swallow whole - do not crush, chew, or dissolve
■ children under 12 years: ask a doctor
■ do not take more than 10 caplets in 24 hours

**Drug Facts** (continued)

**Ask a doctor before use if you have**
■ heart disease     ■ liver disease
■ high blood pressure     ■ thyroid disease
■ diabetes     ■ difficulty in urination due to enlargement of the prostate gland

**Ask a doctor or pharmacist before use if you are taking the MAOI drug.** If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

■ If you have ever had an allergic reaction to this product or any of its ingredients

**When using this product do not exceed recommended dosage.**
■ cough that occurs with too much phlegm (mucus)
■ cough that lasts more than 7 days, comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present     ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Drug Facts** (continued)

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:     ■ skin reddening
■ blisters     ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Drug Facts** (continued)
■ helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive

**Drug Facts** (continued)

**Uses**
■ temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold:
   ■ headache     ■ minor aches and pains
   ■ nasal congestion     ■ sinus congestion and pressure
■ temporarily reduces fever

**KEEP OUTER PACKAGE FOR COMPLETE OUTER PRODUCT INFORMATION**

**Drug Facts**

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Sudafed PE® Head Congestion + Mucus.

50844     ORG082052708

TAMPER EVIDENT - DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

No Print/No Varnish
Lot and Expiration

**walgreens**

*Compare to Sudafed PE® Head Congestion + Mucus active ingredients††*

NDC 0363-4121-08

NON-DROWSY

# Wal-Phed® PE
### HEAD CONGESTION + MUCUS

**ACETAMINOPHEN / PAIN RELIEVER / FEVER REDUCER**
**GUAIFENESIN / EXPECTORANT / PHENYLEPHRINE HCl / NASAL DECONGESTANT**

**MULTI-SYMPTOM**

• Relieves sinus pressure/congestion, sinus headache & chest congestion
• Pseudoephedrine free

**24 CAPLETS**

ACTUAL SIZE

ORG09918-F

50844    ORG011845372

If this product is not manufactured or
distributed by Johnson & Johnson
Corporation, owner of the registered
trademark Sudafed PE® Congestion.
Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey

©2018 Walgreens Co.    walgreens.com

ITEM 805112    W 00000-0000-0
DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

*Walgreens*

**100%** SATISFACTION GUARANTEED

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

DOES NOT CONTAIN GLUTEN

B-9201-453-72-H
ORG011845372

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

**Drug Facts**

| Active ingredient (in each tablet) | Purpose |
|---|---|
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
- temporarily relieves sinus congestion and pressure

**Warnings**
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- diabetes
- thyroid disease
- high blood pressure
- difficulty in urination due to enlargement of the prostate gland

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not improve within 7 days or occur with fever

**Drug Facts** (continued)

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
- adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
- children under 12 years: ask a doctor

**Other information**
- TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
- store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
- see end flap for expiration date and lot number

**Inactive ingredients** croscarmellose sodium, dextrose monohydrate, dibasic calcium phosphate dihydrate, FD&C red #40, lecithin, magnesium stearate, maltodextrin, microcrystalline cellulose, silicon dioxide, sodium carboxymethylcellulose, sodium citrate dihydrate, titanium dioxide

**Questions or comments?** 1-800-426-9391

NON-DROWSY
# Wal-Phed® PE
NASAL DECONGESTANT

*Walgreens*

**BONUS SIZE** BUY 18 & GET 9 FREE

NDC 0363-0453-90

NON-DROWSY
# Wal-Phed® PE
NASAL DECONGESTANT
**PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT**

*Walgreens*

*Compare to Sudafed PE®
Congestion active ingredient*

**MAXIMUM STRENGTH**

- Relieves sinus pressure & congestion
- Pseudoephedrine free

**27** TABLETS
(18 + 9 FREE)



ACTUAL SIZE

No print area
Lot no/Exp date



ORG03318-F
REV05618

6

6868911 71919 1 3

©2018 Walgreens Co.    walgreens.com

100% SATISFACTION GUARANTEED
*Walgreens*

ITEM 885140
W00000-0000-0

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

If this product is not manufactured or
distributed by Johnson & Johnson
Corporation, owner of the registered
trademark Sudafed PE® Day + Night Sinus
Congestion.

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER
UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

50844
REV01118A45434850

No print area
Lot no/Exp date

**PEEL HERE FOR MORE DRUG FACTS**

*Walgreens*
PHARMACIST
RECOMMENDED
Health expertise
you rely on.™

**Drug Facts** (continued)

**Warnings**

**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor
(MAOI) (certain drugs for depression, psychiatric or emotional
conditions, or Parkinson's disease), or for 2 weeks after stopping
the MAOI drug. If you do not know if your prescription drug
contains an MAOI, ask a doctor or pharmacist before taking this
product.
■ with any other product containing diphenhydramine, even one used
on skin *(Nighttime only)*

**Ask a doctor before use if you have**
■ diabetes
■ heart disease
■ thyroid disease
■ high blood pressure
■ difficulty in urination due to enlargement of the prostate gland
*(Nighttime only)*
■ a breathing problem such as emphysema or chronic bronchitis
*(Nighttime only)*
■ glaucoma *(Nighttime only)*

**Ask a doctor or pharmacist before use if you are taking sedatives or
tranquilizers.** *(Nighttime only)*

**KEEP OUTER PACKAGE FOR
COMPLETE PRODUCT INFORMATION**

**Drug Facts**

| Active ingredient (in each tablet) | Purpose |
| --- | --- |
| *(Sinus Day)* | |
| Phenylephrine HCl 10 mg | Nasal decongestant |

| Active ingredient (in each tablet) | Purpose |
| --- | --- |
| *(Sinus Night)* | |
| Diphenhydramine HCl 25 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
■ temporarily relieves these symptoms due to hay fever or other upper
respiratory allergies:
  ■ nasal congestion
  ■ sneezing *(Nighttime only)*
  ■ runny nose *(Nighttime only)*
  ■ itchy, watery eyes *(Nighttime only)*
  ■ itching of the nose or throat *(Nighttime only)*
■ temporarily relieves these symptoms due to the common cold:
  ■ nasal congestion
  ■ sneezing *(Nighttime only)*
  ■ runny nose *(Nighttime only)*
■ temporarily relieves sinus congestion and pressure

B-2201-45348-09-H
REV01118A45434850

*Walgreens*

**DAY & NIGHT PACK**    NDC 0363-4385-09

*Walgreens*

DAYTIME • NON DROWSY
## Wal-Phed® PE
SINUS CONGESTION
PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT

*Compare to Sudafed PE® Day + Night
Sinus Congestion active ingredients††*

NIGHTTIME
## Wal-Phed® PE
SINUS CONGESTION
DIPHENHYDRAMINE HCl 25 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

**MAXIMUM STRENGTH**

• Relieves sinus pressure
& congestion
• Pseudoephedrine free

ACTUAL SIZE

• Relieves itchy, watery eyes,
runny nose & itchy throat
• Pseudoephedrine free

ACTUAL SIZE

**12** TABLETS    **TOTAL 20 TABLETS**    **8** TABLETS

---

**Drug Facts** (continued)

**When using this product**
■ do not exceed recommended dosage
■ excitability may occur, especially in children *(Nighttime only)*
■ marked drowsiness may occur *(Nighttime only)*
■ alcohol, sedatives, and tranquilizers may increase drowsiness
*(Nighttime only)*
■ avoid alcoholic beverages *(Nighttime only)*
■ use caution when driving a motor vehicle or operating
machinery *(Nighttime only)*

**Stop use and ask a doctor if**
■ symptoms do not improve within 7 days or occur with fever

**Drug Facts** (continued)

**Directions**
■ adults and children 12 years and over
  ■ take 1 tablet every 4 hours
  ■ do not take more than 8 tablets in 24 hours
■ children under 12 years: ask a doctor

**Other information**
■ each tablet contains: calcium 25 mg *(Nighttime only)*
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS
OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°

**Drug Facts** (continued)

**Inactive ingredients** *(Nighttime only)*
croscarmellose sodium, dibasic calcium phosphate dihydrate,
FD&C blue #1 aluminum lake, hypromellose, magnesium
stearate, microcrystalline cellulose, polydextrose, polyethylene
glycol, silicon dioxide, stearic acid, titanium dioxide, triacetin

✆ **Questions or comments?** 1-800-426-9391

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey

ORG0918-F
REV0419

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

DOES NOT CONTAIN GLUTEN

walgreens.com · ©2018 Walgreen Co.

ITEM 603347   W000000-0000-0
0-0000-00000-0

**100%** SATISFACTION GUARANTEED
Walgreens

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

REV0319P0462208

50844

B-2201-1462-06-H
REV0319P0462208

## Drug Facts (continued)

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
If this product is not manufactured or
distributed by McNeil Consumer
Healthcare, owner of the registered
trademark Sudafed PE® Sinus + Allergy.

**Questions or comments?** 1-800-426-9391

**Inactive ingredients** croscarmellose sodium, lactose anhydrous, magnesium stearate, microcrystalline cellulose, silicon dioxide, stearic acid

### Other information
■ **TAMPER EVIDENT:** DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
■ store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F)
■ see end flap for expiration date and lot number

### Directions
■ adults and children 12 years and over: take 1 tablet every 4 hours. Do not take more than 6 tablets in 24 hours.
■ children under 12 years: do not use

■ If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

symptoms do not improve within 7 days or occur with a fever

### Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ use caution when driving a motor vehicle or operating machinery
■ alcohol, sedatives and tranquilizers may increase drowsiness
■ avoid alcoholic beverages

■ drowsiness may occur
■ excitability may occur, especially in children
■ do not exceed recommended dosage

**When using this product**

**Ask a doctor or pharmacist before use if you are taking sedatives or** tranquilizers.

a breathing problem such as emphysema or chronic bronchitis

■ difficulty in urination due to enlargement of the prostate gland

### Ask a doctor before use if you have
■ heart disease ■ thyroid disease ■ diabetes
■ high blood pressure ■ glaucoma

**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Warnings
■ nasal congestion
■ itchy, watery eyes ■ runny nose ■ Itching of the nose or throat
rhinitis) or other upper respiratory allergies:
■ sneezing
■ sinus congestion and pressure

### Uses
■ temporarily relieves these symptoms due to hay fever (allergic

| **Active ingredients** (in each tablet) | **Purpose** |
|---|---|
| Chlorpheniramine maleate 4 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Drug Facts

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

---

*Walgreens*

# Wal-Phed® PE
## SINUS & ALLERGY

*Walgreens*

Compare to Sudafed PE®
Sinus + Allergy active ingredients††

NDC 0363-0462-08

# Wal-Phed® PE
## SINUS & ALLERGY

**CHLORPHENIRAMINE MALEATE 4 mg / ANTIHISTAMINE**
**PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT**

**MAXIMUM STRENGTH**

• Relieves sneezing, itchy eyes, runny nose, sinus pressure & congestion
• Pseudoephedrine free

**24** TABLETS


ACTUAL SIZE

**Drug Facts** (continued)

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
■ do not give more than 6 doses in 24 hours unless directed by a doctor ■ mL = milliliter ■ measure only with dosing cup provided. Do not use any other dosing device. ■ keep dosing cup with product

| Age | Dose |
|---|---|
| children 6 to under 12 years | 10 mL every 4 hours |
| children 4 to under 6 years | do not use unless directed by a doctor |
| children under 4 years of age | do not use |

**Other information** ■ each 5 mL contains: sodium 3 mg ■ store between 20-25°C (68-77°F). Do not refrigerate. ■ protect from light **Inactive ingredients** acesulfame potassium, citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium benzoate, sodium citrate
**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING

DISTRIBUTED BY: WALGREEN CO., 200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED walgreens.com ©2018 Walgreen Co.

ITEM 357367    W10023-0218-F
PLD-H320D  LB004646        ORG0617-F-R1

---

## Walgreens

### children's
# Cold & Cough

NDC 0363-3790-04

**DIPHENHYDRAMINE HCl / ANTIHISTAMINE / COUGH SUPPRESSANT PHENYLEPHRINE HCl / NASAL DECONGESTANT**



*Compare to Children's Triaminic® Night Time Cold & Cough active ingredients[††]*

• Nighttime
• Ages 6 to 11 years

4 FL OZ (118 mL)

GRAPE FLAVOR

---

## Drug Facts

| Active ingredients (in each 5 mL) | Purposes |
|---|---|
| Diphenhydramine HCl 6.25 mg | Antihistamine/Cough suppressant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves
■ sneezing ■ runny nose ■ itchy nose or throat ■ itchy, watery eyes due to hay fever ■ nasal and sinus congestion ■ cough due to minor throat and bronchial irritations as may occur with a cold

**Warnings**
**Do not use** ■ in a child under 4 years of age ■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product. ■ with any other product containing diphenhydramine, even one used on skin ■ for the purpose of making your child sleepy
**Ask a doctor before use if the child has** ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ chronic cough that lasts, or as occurs with asthma ■ a breathing problem such as chronic bronchitis
**Ask a doctor or pharmacist before use if the child is** taking sedatives or tranquilizers.
**When using this product** ■ do not exceed recommended dosage
■ marked drowsiness may occur ■ excitability may occur, especially in children ■ sedatives and tranquilizers may increase drowsiness
**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ symptoms do not improve within 7 days or occur with a fever ■ cough persists for more than 7 days, comes back, or occurs with a fever, rash, or persistent headache. These could be signs of a serious condition.

[††] This product is not manufactured or distributed by GSK Consumer Healthcare, distributor of Children's Triaminic® Night Time Cold & Cough.



**Drug Facts (continued)**

- nervousness, dizziness or sleeplessness occurs
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as children even if you do not notice any signs or symptoms.

**Directions**

- **this product does not contain directions or complete warnings for adult use** ■ mL = milliliter ■ shake well before using
- do not give more than 5 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device. ■ keep dosing cup with product
- if needed, repeat dose every 4 hours while symptoms last
- find the right dose on chart below. If possible, use weight to dose; otherwise, use age.

| Weight (lb) | Age (yr) | Dose (mL) |
|---|---|---|
| 48-95 | 6-11 | 10 mL |
| 36-47 | 4-5 | do not use unless directed by a doctor |
| under 36 | under 4 | do not use |

**Other information**

- store between 20-25ºC (68-77ºF). Do not refrigerate.

**Inactive ingredients** carboxymethylcellulose sodium, citric acid, D&C red #33, FD&C blue #1, FD&C red #40, flavor, glycerin, microcrystalline cellulose, purified water, sodium benzoate, sorbitol, sucrose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

**TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING**

**KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION**

**PARENTS:**
 **DOSAGE CUP PROVIDED**

We invite you to compare to national brands.
www.StopMedicineAbuse.org

*Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
*This product is not manufactured or distributed by McNeil Consumer Healthcare, distributor of Children's Tylenol® Plus Multi-Symptom Cold.
PLD-JZ53C  FC008009

---

NDC 0363-0034-04

 Walgreens

Compare to the active ingredients in Children's Tylenol® Plus Multi-Symptom Cold*

 WALGREENS PHARMACIST RECOMMENDED

**MULTI-SYMPTOM**

# Children's
# Cold + Flu

**ACETAMINOPHEN /
PAIN RELIEVER / FEVER REDUCER
CHLORPHENIRAMINE MALEATE /
ANTIHISTAMINE
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT**

- **Relieves aches, fever, sore throat, sneezing, cough, runny & stuffy nose**
- **Oral suspension**



**AGES 6-11 YEARS**



4 FL OZ (118 mL)      Grape flavor

---

NDC 0363-0034-04

Walgreens

Compare to the active ingredients in Children's Tylenol® Plus Multi-Symptom Cold*

**MULTI-SYMPTOM**

# Children's
# Cold + Flu

**ACETAMINOPHEN /
PAIN RELIEVER / FEVER REDUCER
CHLORPHENIRAMINE MALEATE /
ANTIHISTAMINE
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT**

- **Relieves aches, fever, sore throat, sneezing, cough, runny & stuffy nose**
- **Oral suspension**

**AGES 6-11 YEARS**



4 FL OZ (118 mL)      Grape flavor

---

**Drug Facts**

| Active ingredients (in each 5 mL) | Purposes |
|---|---|
| Acetaminophen 160 mg | Pain reliever/fever reducer |
| Chlorpheniramine maleate 1 mg | Antihistamine |
| Dextromethorphan HBr 5 mg | Cough suppressant |
| Phenylephrine HCl 2.5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves the following cold/flu symptoms
■ minor aches and pains   ■ sore throat   ■ cough
■ sneezing and runny nose   ■ headache
■ nasal congestion   ■ stuffy nose
■ temporarily reduces fever

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
■ more than 5 doses (10 mL) in 24 hours, which is the maximum daily amount   ■ with other drugs containing acetaminophen
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening   ■ blisters   ■ rash If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ to make a child sleepy
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
■ If your child is allergic to acetaminophen or any of the inactive ingredients in this product

**Ask a doctor before use if your child has**
■ liver disease   ■ glaucoma   ■ thyroid disease   ■ diabetes
■ heart disease   ■ high blood pressure
■ a breathing problem such as chronic bronchitis
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with asthma

**Ask a doctor or pharmacist before use if your child is taking**
■ the blood thinning drug warfarin   ■ sedatives or tranquilizers

**When using this product**
■ do not exceed recommended dose (see Overdose warning)
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness

**Stop use and ask a doctor if**
■ new symptoms occur   ■ redness or swelling is present
■ pain, nasal congestion or cough gets worse or lasts more than 5 days   ■ fever gets worse or lasts more than 3 days  ▶

---



DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2021 Walgreen Co.

ITEM 510122  W10024-0322-L

3  11917 10357  0

Lot No.:

Exp. Date:



**Drug Facts** (continued)

| Age | Dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children 6 to 11 years | 10 mL every 4 hours |
| children under 6 years | do not use |

**Other information**
- each 10 mL contains: sodium 6 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate dihydrate, sorbitol, sucralose

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING

DOSAGE CUP PROVIDED

PAPER BOX    PLASTIC BOTTLE    PLASTIC CUP

'Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands. '¹This product is not manufactured or distributed by Pfizer Consumer Healthcare, distributor of Children's Dimetapp® Cold & Allergy.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

*Walgreens*

**100%** SATISFACTION GUARANTEED

walgreens.com
©2021 Walgreen Co.

---

NDC 0363-0312-06

*Walgreens*

Compare to the active ingredients in Children's Dimetapp® Cold & Allergy*

# Children's Cold & Allergy Relief

**BROMPHENIRAMINE MALEATE 2 mg / ANTIHISTAMINE PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT**

**Alcohol Free**

- Relieves itchy, watery eyes, runny nose, sneezing, stuffy nose & itching of the nose or throat



AGES 6 YEARS & OLDER

8 FL OZ (237 mL)

Grape flavor

---

NDC 0363-0312-06

*Walgreens*

Compare to the active ingredients in Children's Dimetapp® Cold & Allergy*

# Children's Cold & Allergy Relief

**BROMPHENIRAMINE MALEATE 2 mg / ANTIHISTAMINE PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT**

**Alcohol Free**

- Relieves itchy, watery eyes, runny nose, sneezing, stuffy nose & itching of the nose or throat




AGES 6 YEARS & OLDER

8 FL OZ (237 mL)

Grape flavor



---

**Drug Facts**

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Brompheniramine maleate 2 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves nasal congestion due to the common cold, hay fever or other upper respiratory allergies
- temporarily relieves these symptoms due to hay fever (allergic rhinitis)
  - runny nose   ■ itchy, watery eyes
  - sneezing     ■ itching of the nose or throat
- temporarily restores freer breathing through the nose

**Warnings**
**Do not use**
- to sedate a child or to make a child sleepy
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease       ■ high blood pressure
- thyroid disease     ■ diabetes    ■ glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem such as emphysema or chronic bronchitis

**Ask a doctor or pharmacist before use if you are**
- taking any other oral nasal decongestant or stimulant
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- drowsiness may occur
- avoid alcoholic beverages
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

**Stop use and ask a doctor if**
- nervousness, dizziness or sleeplessness occur
- symptoms do not get better within 7 days or are accompanied by fever

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter

---

ITEM 904372   W10024-0722-L

3 11917 17678 9

PL0-F2600   FC000257

Lot No.:
Exp. Date:

## Drug Facts (continued)

**Directions** ■ do not take more than 6 doses in any 24 hour period ■ do not exceed recommended dosage ■ measure only with dosing cup provided. Do not use any other dosing device. ■ keep dosing cup with product ■ mL = milliliter

| Age | Dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children 6 to under 12 years | 10 mL every 4 hours |
| children under 6 years | do not use |

**Other information** ■ each 10 mL contains: sodium 6 mg ■ store at 20-25°C (68-77°F) ■ do not refrigerate ■ protect from light
**Inactive ingredients** acesulfame potassium, anhydrous citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium benzoate, trisodium citrate dihydrate
**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

**TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING**

†† This product is not manufactured or distributed by Pfizer Consumer Healthcare, distributor of Children's Dimetapp® Nighttime Cold & Congestion.

ITEM 904373   W10023-0717-F
PLD-C375A  LB004650        ORG0617-F

---

Walgreens

children's
**COLD & CONGESTION**
**Wal-Tap®**

DIPHENHYDRAMINE HCl 12.5 mg /
ANTIHISTAMINE / COUGH SUPPRESSANT
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT

*Compare-to Children's Dimetapp® Nighttime Cold & Congestion active ingredients††*

• Nighttime
• Alcohol free
• 6 years & older

4 FL OZ (118 mL)        **GRAPE FLAVOR**

NDC 0363-0058-04

DISTRIBUTED BY: WALGREEN CO., 200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED walgreens.com ©2017 Walgreen Co.

---

## Drug Facts

**Active Ingredients (in each 10 mL)**                **Purposes**
Diphenhydramine HCl 12.5 mg..................................Antihistamine/Cough suppressant
Phenylephrine HCl 5 mg.......................................................Nasal decongestant
**Uses** ■ temporarily relieves these symptoms occurring with a cold, hay fever, or other upper respiratory allergies ■ nasal congestion ■ cough ■ runny nose ■ sneezing ■ itchy, watery eyes ■ itching of the nose or throat
**Warnings**
**Do not use** ■ to sedate a child or to make a child sleepy ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ with any other product containing diphenhydramine, even one used on skin. **Ask a doctor before use if you have** ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema. **Ask a doctor or pharmacist before use if you are** ■ taking any other oral nasal decongestant or stimulant ■ taking sedatives or tranquilizers. **When using this product** ■ do not use more than directed ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ be careful when driving a motor vehicle or operating machinery ■ excitability may occur, especially in children. **Stop use and ask a doctor if** ■ you get nervous, dizzy, or sleepless ■ symptoms do not get better within 7 days or occur with a fever ■ cough lasts more than 7 days, comes back, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition. **If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

▶





**Drug Facts** (continued)

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse, or lasts more than 5 days (children) or 7 days (adult) ■ fever gets worse, or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children. Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ **do not take more than directed (see Overdose warning)** ■ do not take more than 4 doses in any 24-hour period ■ measure only with dosing cup provided. Do not use any other dosing device. ■ mL = milliliter ■ keep dosing cup with product

| | |
|---|---|
| adults and children 12 years and over | 30 mL every 4 hours |
| children 6 to under 12 years | 15 mL every 4 hours |
| children 4 to under 6 years | ask a doctor |
| children under 4 years | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ each 15 mL contains: sodium 12 mg ■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, FD&C yellow #6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?** Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

¹Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
¹¹This product is not manufactured or distributed by The Procter & Gamble Company. Vicks® and DayQuil® are registered trademarks of The Procter & Gamble Company.

DISTRIBUTED BY: **WALGREEN CO. 200 WILMOT RD., DEERFIELD, IL 60015**
**100% SATISFACTION GUARANTEED** walgreens.com ©2022 Walgreen Co.

ITEM 271558  W10369-0922-F




PARENTS:
Learn about teen medicine abuse
www.StopMedicineAbuse.org

3  11917 21864  9

W10R03802-F
REV.0922

---

NDC 0363-4661-12



Compare to the active ingredients in Vicks® DayQuil® Cold & Flu¹¹

## DAYTIME · NON-DROWSY
# Cold & Flu

**ACETAMINOPHEN 325 mg / PAIN RELIEVER / FEVER REDUCER**
**DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT**
**PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT**

**Multi-Symptom**

• Relieves aches, fever & sore throat, cough & nasal congestion
• For ages 6 years & over
• Alcohol free
• Antihistamine free

**12 FL OZ (355 mL)**

PLD 83800  LB008067

---

**Drug Facts**

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND DOSAGE CUP OR UNDER CAP IS BROKEN OR MISSING.

**Active ingredients (in each 15 mL)** | **Purposes**
---|---
Acetaminophen 325 mg................................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg...........................Cough suppressant
Phenylephrine HCl 5 mg...................................Nasal decongestant

**Uses** ■ temporarily relieves common cold and flu symptoms ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ nasal congestion ■ cough due to minor throat and bronchial irritation

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if: ■ adult takes more than 4 doses (30 mL each) of acetaminophen in 24 hours, which is the maximum daily amount ■ child takes more than 4 doses (15 mL each) in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product. **Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ a sodium-restricted diet ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you** are taking the blood thinning drug warfarin.

**When using this product, do not exceed recommended dosage.** ▶

## Drug Facts

**Active ingredients (in each 15 mL)** — **Purposes**

Dextromethorphan HBr 10 mg ...................... Cough suppressant
Phenylephrine HCl 5 mg ......................... Nasal decongestant

**Uses** ■ temporarily relieves common cold and flu symptoms ■ minor aches and pains ■ headache ■ sore throat ■ nasal congestion ■ fever ■ cough due to minor throat and bronchial irritation

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if: ■ adult takes more than 4 doses (30 mL each) of acetaminophen in 24 hours, which is the maximum daily amount ■ child takes more than 4 doses (15 mL each) in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

← PEEL HERE **Drug Facts** (continued under label)

---

NDC 0363-9974-08



**Compare to the active ingredients in Vicks® DayQuil® Cold & Flu˄**

## DAYTIME • NON-DROWSY
# Cold & Flu

**ACETAMINOPHEN 325 mg** / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr 10 mg** / COUGH SUPPRESSANT
**PHENYLEPHRINE HCl 5 mg** / NASAL DECONGESTANT

**Multi-Symptom**

- Relieves aches, fever, sore throat, cough & nasal congestion
- For ages 6 years & over
- Antihistamine free
- Alcohol free

## 8 FL OZ (237 mL)

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND DOSAGE CUP OR UNDER CAP IS BROKEN OR MISSING

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

˄Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
˄˄This product is not manufactured or distributed by The Procter & Gamble Company. Vicks® and DayQuil® are registered trademarks of The Procter & Gamble Company.

DISTRIBUTED BY:
WALGREEN CO.
200 WILMOT RD.,
DEERFIELD, IL 60015
100% SATISFACTION
GUARANTEED
walgreens.com
©2022 Walgreen Co.
PLD-B380D    LB009015



Discard Septa,
Empty if
Reusable Cup

PLASTIC BOTTLE    PLASTIC CUP

W3ORG1022-F
REV-0323

ITEM 816520  W11042-0423-F

3 11917 12396 7

---

## Drug Facts (continued)

■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ a sodium-restricted diet ■ trouble urinating due to an enlarged prostate gland ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin.

**When using this product, do not exceed recommended dosage.**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse, or lasts more than 5 days (children) or 7 days (adult) ■ fever gets worse, or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** Taking more than the recommended ►

---

## Drug Facts (continued)

dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 4 doses in any 24-hour period ■ measure only with dosing cup provided. Do not use any other dosing device. ■ keep dosing cup with product ■ mL = milliliter

| | |
|---|---|
| adults and children 12 years and over | 30 mL every 4 hours |
| children 6 to under 12 years | 15 mL every 4 hours |
| children 4 to under 6 years | ask a doctor |
| children under 4 years | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ each 15 mL contains: sodium 12 mg ■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients:** citric acid, FD&C yellow #6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST



**Walgreens**

## Cold, Flu & Sore Throat

**Walgreens**

Compare to Maximum Strength
Mucinex® Fast-Max® Cold, Flu &
Sore Throat active ingredients®

NDC 0363-1171-16

## Cold, Flu & Sore Throat

**ACETAMINOPHEN 325 mg / PAIN RELIEVER / FEVER REDUCER**
**DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT**
**GUAIFENESIN 200 mg / EXPECTORANT**
**PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT**

**MAXIMUM STRENGTH**

**ALCOHOL FREE**

- Relieves fever, sore throat, chest congestion & nasal congestion
- Controls cough
- Thins & loosens mucus
- 12 years & older

**16** SOFTGELS*
(*LIQUID-FILLED CAPSULES)

ACTUAL SIZE

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION

THIS PRODUCT IS PACKAGED IN A CHILD-RESISTANT AND TAMPER-EVIDENT PACKAGE. USE ONLY IF BLISTERS ARE INTACT.

ITEM 513230   W00000-0000-0

LOT NO:
EXP DATE:

3 11917 20954 8

---

### Drug Facts

**Active ingredients** **Purposes**
(in each softgel)
Acetaminophen 325 mg....Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.............Cough suppressant
Guaifenesin 200 mg ..............................Expectorant
Phenylephrine HCl 5 mg..............Nasal decongestant

**Uses**
- temporarily relieves these common cold and flu symptoms:
  - headache   - nasal congestion   - sore throat
  - cough   - minor aches and pains
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 softgels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening   - blisters   - rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease   - heart disease   - diabetes
- high blood pressure   - thyroid disease

### Drug Facts (continued)

- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- nervousness, dizziness or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see **OVERDOSE WARNING**)
- do not take more than 12 softgels in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- children under 12 years of age: do not use

**Other information**
- store between 20-25°C (68-77°F)
- avoid excessive heat

**Inactive ingredients** FD&C Yellow # 6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution, titanium dioxide

**Questions or comments?**
Call 1-888-333-9792

---

†Walgreens Pharmacist Survey
®This product is not manufactured or distributed by Reckitt Benckiser, owner of the registered trademarks Maximum Strength Mucinex® Fast-Max® Cold, Flu & Sore Throat.

**DISTRIBUTED BY:**
WALGREEN CO.
200 WILMOT ROAD
DEERFIELD, IL 60015

**Walgreens**
**100%**
SATISFACTION
GUARANTEED

walgreens.com
©2019 Walgreen Co.
MADE IN INDIA.

ORG0819-F

**PHARMACIST RECOMMENDED**
**Walgreens**
Trusted since 1901™
Health expertise you rely on.®



*Compare to Maximum Strength Mucinex® Fast-Max® Cold, Flu & Sore Throat active ingredients!†*

NDC 0363-9016-16

# Cold, Flu & Sore Throat

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** 10 mg / COUGH SUPPRESSANT
**GUAIFENESIN** 200 mg / EXPECTORANT
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

**MAXIMUM STRENGTH**

**ALCOHOL FREE**

- Relieves fever, sore throat, chest congestion & nasal congestion
- Controls cough
- Thins & loosens mucus
- 12 years & older

**16** SOFTGELS*
(*LIQUID-FILLED CAPSULES)



ACTUAL SIZE