# Walgreens

## -PE Product Labels –

## -continued




## Walgreens

*Compare to Maximum Strength Delsym® Adult Night Time Cough & Cold active ingredients††*

**NIGHTTIME**

NDC 0363-0747-06

# Cough & Cold

**ACETAMINOPHEN 650 mg /
PAIN RELIEVER, FEVER REDUCER
DIPHENHYDRAMINE HCI 25 mg /
ANTIHISTAMINE, COUGH SUPPRESSANT
PHENYLEPHRINE HCI 10 mg /
NASAL DECONGESTANT**

### MAXIMUM STRENGTH

- Relieves headaches, fever & sore throat
- Controls cough
- Relieves nasal congestion
- Ages 12 & older

MIXED BERRY FLAVOR
PLD-A525A
LB005415

**6 FL OZ (177 mL)**

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL UNDER CAP IS BROKEN OR MISSING.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com  ©2018 Walgreen Co.
ITEM 199666    W10013-0418-L



3 11917 20008 8

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey

†† This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Delsym® Adult Night Time Cough & Cold.



Discard Seals, Empty & Replace Cap

how2recycle.info

PLASTIC BOTTLE | PLASTIC CUP

ORG0418-F
PLD-A525A   LB005416

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves these common cold and flu symptoms
  - cough    ■ nasal congestion
  - minor aches and pains    ■ sore throat
  - headache    ■ runny nose    ■ sneezing
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening    ■ blisters    ■ rash    ▶

---

## Drug Facts (continued)

If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- with any other drug containing diphenhydramine, even one used on the skin
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- for children under 12 years of age

**Ask a doctor before use if you have**
- liver disease    ■ heart disease
- high blood pressure    ■ thyroid disease
- diabetes    ■ glaucoma
- trouble urinating due to an enlarged prostate gland
- a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)    ▶

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- new symptoms occur
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for    ▶

---

## Drug Facts (continued)

adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- mL = milliliter
- keep dosing cup with product
- dose as follows or as directed by a doctor
- adults and children 12 years and older: 20 mL every 4 hours while symptoms last
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call **1-877-753-3935 Monday-Friday 9AM-5PM EST**

---

**WALGREENS NightTime Cough & Cold**

## Drug Facts (continued)

**Stop use and ask a doctor if**
- ■ nervousness, dizziness, or sleeplessness occur
- ■ pain, nasal congestion or cough gets worse or lasts more than 5 days ■ redness or swelling is present ■ new symptoms occur
- ■ fever gets worse or lasts more than 3 days
- ■ cough comes back or occurs with a rash or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

### Directions
- ■ this product does not contain directions or complete warnings for adult use
- ■ do not give more than directed (see Overdose warning)
- ■ do not give more than 5 doses in any 24-hour period
- ■ if needed, repeat dose every 4 hours while symptoms last
- ■ do not give more than 5 days unless directed by a doctor
- ■ use only the enclosed dosing cup designed for use with this product. Do not use any other dosing device.
- ■ keep dosing cup with product
- ■ dose as follows, or as directed by a doctor    ■ mL = milliliter
- ■ children 6 to under 12 years of age: 10 mL in dosing cup provided
- ■ children under 6 years of age: do not use

### Other information
■ each 10 mL contains: sodium 6 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call 1-877-753-3636 Monday-Friday 9AM-5PM EST

**TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING**

## PARENTS:
Learn about how medicine abuse
www.StopMedicineAbuse.org

¹Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
††This product is not manufactured or distributed by Reckitt Benckiser, distributor of Children's Mucinex® Cold, Cough & Sore Throat.

---

NDC 0363-4050-04

# Walgreens
Compare to the active ingredients
in Children's Mucinex®
Cold, Cough & Sore Throat¹

# Children's Cold, Cough & Sore Throat

**ACETAMINOPHEN 325 mg /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg /
COUGH SUPPRESSANT
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT**

- Relief from cough, sore throat, stuffy nose & chest congestion
- Breaks up mucus



**AGES 6-11 YEARS**

**4 FL OZ (118 mL)**    Berry flavor

---

NDC 0363-4050-04

# Walgreens
Compare to the active ingredients
in Children's Mucinex®
Cold, Cough & Sore Throat¹

# Children's Cold, Cough & Sore Throat

**ACETAMINOPHEN 325 mg /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg /
COUGH SUPPRESSANT
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT**

- Relief from cough, sore throat, stuffy nose & chest congestion
- Breaks up mucus



**AGES 6-11 YEARS**

**4 FL OZ (118 mL)**    Berry flavor

---

## Drug Facts

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold and flu symptoms
- ■ cough due to minor throat and bronchial irritation
- ■ the intensity of coughing
- ■ the impulse to cough to help your child get to sleep
- ■ nasal congestion ■ stuffy nose ■ sore throat
- ■ minor aches and pains ■ headache
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes:
- ■ more than 5 doses in 24 hours, which is the maximum daily amount
- ■ with other drugs containing acetaminophen

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- ■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.
- ■ if your child is allergic to acetaminophen or any of the inactive ingredients in this product

**Ask a doctor before use if your child has**
- ■ liver disease ■ heart disease ■ high blood pressure
- ■ diabetes ■ thyroid disease
- ■ cough that occurs with too much phlegm (mucus)
- ■ a breathing problem such as chronic bronchitis
- ■ persistent or chronic cough such as occurs with asthma

**Ask a doctor or pharmacist before use if your child is** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed (see Overdose warning).**

---



DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2021 Walgreen Co.

ITEM 357419   W10024-0322-L

3  11917 16846  3

PLD-E350C   FC008008   W3ORG0222-F

Lot No.:
Exp. Date:



**COMBO PACK**    NDC 0363-9015-24

*Walgreens*

*Compare to Maximum Strength Mucinex® Fast-Max®
Day Severe Cold & Flu & Maximum Strength Mucinex®
Fast-Max® Night Cold & Flu active ingredients*[II]

DAYTIME
## Cold & Flu

**ACETAMINOPHEN** 325 mg /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg /
COUGH SUPPRESSANT
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT

NIGHTTIME
## Cold & Flu

**ACETAMINOPHEN** 325 mg /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg /
COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE 6.25 mg /
ANTIHISTAMINE
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT

**MAXIMUM STRENGTH**

- Relieves aches, fever &
  sore throat
- Controls cough
- Thins & loosens mucus
- Clears nasal & chest
  congestion
- 12 years & older

**MAXIMUM STRENGTH**

- Relieves aches, fever, sore
  throat, nasal congestion,
  runny nose & sneezing
- Controls cough
- 12 years & older

16
SOFTGELS          ACTUAL SIZE

8
SOFTGELS          ACTUAL SIZE

TOTAL 24 SOFTGELS



**Walgreens**

**DAYTIME**
## Cold & Flu

**NIGHTTIME**
## Cold & Flu

**COMBO PACK**　　NDC 0363-0775-24



**Walgreens**

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Day Severe Cold & Flu & Maximum Strength Mucinex® Fast Max® Night Cold & Flu*

**DAYTIME**
## Cold & Flu

ACETAMINOPHEN 325 mg /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg /
COUGH SUPPRESSANT
GUAIFENESIN 200 mg /
EXPECTORANT
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT

**Maximum Strength**

- Relieves aches, fever & sore throat
- Controls cough
- Thins & loosens mucus
- Clears nasal & chest congestion
- 12 years and older



ACTUAL SIZE

**NIGHTTIME**
## Cold & Flu

ACETAMINOPHEN 325 mg /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg /
COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE 6.25 mg /
ANTIHISTAMINE
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT

**Maximum Strength**

- Relieves aches, fever, sore throat, nasal congestion, runny nose & sneezing
- Controls cough
- 12 years & older

ACTUAL SIZE

**16** SOFTGELS*
(*LIQUID-FILLED CAPSULES)

**8** SOFTGELS*
(*LIQUID-FILLED CAPSULES)

**TOTAL 24 SOFTGELS**

*Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
**This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademarks Mucinex® and Fast-Max®

**KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION**

**TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING**

ITEM 428154　W000000-0000-0

3   11917 13467   3

LOT NO.:
EXP DATE:

**Drug Facts** (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 softgels in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- children under 12 years of age: do not use

**Other information**
- store at 20-25°C (68-77°F)　■ avoid excessive heat

**Inactive ingredients** FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitol sorbitan solution, titanium dioxide

**Questions or Comments?** Call 1-877-290-4008

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com　©2022 Walgreen Co.
MADE IN INDIA

W3ORG0522-F

**Drug Facts**　　Nighttime Cold & Flu

**Active ingredients** (in each softgel)　**Purposes**
Acetaminophen 325 mg................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.....................Cough suppressant
Doxylamine succinate 6.25 mg..............................Antihistamine
Phenylephrine HCl 5 mg...................................Nasal decongestant

**Uses**
- temporarily relieves these common cold and flu symptoms:
  - sinus congestion and pressure　■ cough
  - minor aches and pains　■ headache
  - nasal congestion　■ sore throat　■ runny nose
  - sneezing　■ itching of the nose or throat
  - itchy, watery eyes due to hay fever
- controls cough to help you get to sleep
- temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 12 softgels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters　■ rash

If a skin reaction occurs, stop use and seek medical help right away

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease　■ heart disease　■ diabetes
- high blood pressure　■ thyroid disease
- trouble urinating due to enlarged prostate gland
- glaucoma
- a breathing problem such as emphysema or chronic bronchitis
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Drug Facts** (continued)

Ask a doctor or pharmacist before use if you are
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- alcohol, sedatives, and tranquilizers may increase drowsiness
- avoid alcoholic drinks
- be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with fever, rash, or headache that lasts.
These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- do not take more than directed (see Overdose warning)
- do not take more than 12 softgels in any 24-hour period
- adults and children 12 years of age and older: take 2 softgels every 4 hours
- children under 12 years of age: do not use

**Other information**
- store at 20-25°C (68-77°F)　■ avoid excessive heat

**Inactive ingredients** FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitol sorbitan solution, titanium dioxide

**Questions or Comments?** Call 1-877-290-4008

**Drug Facts**　　Daytime Cold & Flu

**Active ingredients** (in each softgel)　**Purposes**
Acetaminophen 325 mg................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.....................Cough suppressant
Guaifenesin 200 mg...................................................Expectorant
Phenylephrine HCl 5 mg...................................Nasal decongestant

**Uses**
- temporarily relieves common cold and flu symptoms:
  - sinus congestion and pressure　■ cough
  - minor aches and pains　■ headache
  - nasal congestion　■ sore throat
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- controls cough to help you get to sleep
- temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 12 softgels in 24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters　■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease　■ heart disease　■ diabetes
- high blood pressure　■ thyroid disease
- trouble urinating due to enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)








**Walgreens Cold & Congestion Relief Drug Facts**

### Drug Facts (continued)

**Directions**
- do not take more than 6 doses in any 24 hour period
- do not exceed recommended dosage
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter

| Age | Dose |
|---|---|
| adults and children 12 years and over | 20 mL, every 4 hours |
| children 6 to under 12 years | 10 mL, every 4 hours |
| children under 6 years | do not use |

**Other information**
- each 10 mL contains: sodium 6 mg
- store at 20-25°C (68-77°F)
- do not refrigerate
- protect from light

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

[1]This product is not manufactured or distributed by Pfizer Consumer Healthcare, distributor of Children's Dimetapp® Cold & Cough.

---

**Walgreens Cold & Cough Relief Drug Facts**

### Drug Facts

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Brompheniramine maleate 2 mg | Antihistamine |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves cough due to minor throat and bronchial irritation occurring with a cold, and nasal congestion due to the common cold, hay fever or other upper respiratory allergies
- temporarily relieves these symptoms due to hay fever (allergic rhinitis)
  - runny nose   ■ itchy, watery eyes
  - sneezing     ■ itching of the nose or throat
- temporarily restores finer breathing through the nose

**Warnings**

**Do not use**
- to sedate a child or to make a child sleepy
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease       ■ high blood pressure
- thyroid disease    ■ diabetes      ■ glaucoma
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- a breathing problem or persistent or chronic cough that lasts such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking any other oral nasal decongestant or stimulant
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- marked drowsiness may occur
- avoid alcoholic beverages
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

**Stop use and ask a doctor if**
- nervousness, dizziness or sleeplessness occur
- symptoms do not improve within 7 days or are accompanied by fever
- cough lasts more than 7 days, comes back, or is accompanied by fever, rash, or persistent headache. These could be signs of a serious condition.

---

**Walgreens Cold & Cough Relief Drug Facts**

### Drug Facts (continued)

If pregnant or breast-feeding, ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter

| Age | Dose |
|---|---|
| adults and children 12 years and over | 20 mL, every 4 hours |
| children 6 to 11 years | 10 mL, every 4 hours |
| children under 6 years | do not use |

**Other information**
- each 10 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients**
citric acid, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

[1]Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
[2]This product is not manufactured or distributed by Pfizer Consumer Healthcare, distributor of Children's Dimetapp® Nighttime Cold & Congestion.

**TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING**

---

**DAY & NIGHT PACK**     NDC 0363-4590-08

## Walgreens

Compare to the active ingredients in Children's Dimetapp® Cold & Cough & Nighttime Cold & Congestion®

### Children's Cold & Cough Relief
BROMPHENIRAMINE MALEATE 2 mg /
ANTIHISTAMINE
DEXTROMETHORPHAN HBr 10 mg /
COUGH SUPPRESSANT
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT

**Daytime**

**Alcohol Free**

- Relieves nasal congestion, runny nose, itchy & watery eyes, sneezing & coughing

AGES 6 YEARS & OLDER    Grape flavor

### Children's Cold & Congestion Relief
DIPHENHYDRAMINE HCl 12.5 mg /
ANTIHISTAMINE / COUGH SUPPRESSANT
PHENYLEPHRINE HCl 5 mg /
NASAL DECONGESTANT

**Nighttime**

**Alcohol Free**

- Relieves stuffy nose, runny nose, sneezing, itchy & watery eyes & coughing

AGES 6 YEARS & OLDER    Grape flavor

**2 – 4 FL OZ (118 mL) BOTTLES / TOTAL 8 FL OZ (236 mL)**

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

**Walgreens**
**100% SATISFACTION GUARANTEED**
walgreens.com



ITEM 904373    W10024-0322-L

PL2-C201D
PL5-C575A
FC006013

Lot No.:
Exp. Date:

---

**Walgreens Cold & Congestion Relief Drug Facts**

### Drug Facts

| Active ingredients (in each 10 mL) | Purposes |
|---|---|
| Diphenhydramine HCl 12.5 mg | Antihistamine/Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
- temporarily relieves these symptoms occurring with a cold, hay fever, or other upper respiratory allergies
  - nasal congestion   ■ cough   ■ runny nose   ■ sneezing
  - itchy, watery eyes   ■ itching of the nose or throat

**Warnings**

**Do not use**
- to sedate a child or to make a child sleepy
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
- with any other product containing diphenhydramine, even one used on skin

**Ask a doctor before use if you have**
- heart disease   ■ high blood pressure   ■ thyroid disease
- diabetes   ■ glaucoma
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are**
- taking any other oral nasal decongestant or stimulant
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase drowsiness
- be careful when driving a motor vehicle or operating machinery
- excitability may occur, especially in children

**Stop use and ask a doctor if**
- you get nervous, dizzy, or sleepless
- symptoms do not get better within 7 days or occur with a fever
- cough lasts more than 7 days, comes back, or is accompanied by a fever, rash, or persistent headache. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.





## Nighttime Cold & Flu (continued)

**Drug Facts**

**When using this product** ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ be careful when driving a motor vehicle or operating machinery

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 12 softgels (Daytime and Nighttime) in any 24-hour period ■ adults and children 12 years of age and older: take 2 softgels every 4 hours ■ children under 12 years of age: do not use ■ when using either Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ swallow whole; do not crush, chew, or dissolve ■ store between 15-30°C (59-86°F) ■ avoid excessive heat

**Inactive ingredients** D&C yellow #10, FD&C blue #1, gelatin, glycerin, mannitol*, polyethylene glycol, povidone, propylene glycol, purified water, shellac*, sodium hydroxide*, sorbitan, sorbitol, titanium dioxide *contains one or more of these ingredients

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

---

## Daytime Severe Cold

**Drug Facts**

**Active ingredients** (in each softgel)   **Purposes**

Acetaminophen 325 mg .......Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.........Cough suppressant
Guaifenesin 200 mg ..........................Expectorant
Phenylephrine HCl 5 mg ............ Nasal decongestant

**Uses** ■ temporarily relieves these common cold and flu symptoms ■ headache ■ nasal congestion ■ sore throat ■ cough ■ minor aches and pains ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ diabetes ■ high blood pressure ■ heart disease ■ thyroid disease ■ trouble urinating due to an enlarged prostate gland ■ a persistent or chronic ▶

---

## Daytime Severe Cold (continued)

**Drug Facts (continued)**

cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are taking** the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 12 softgels (Daytime and Nighttime) in any 24-hour period ■ adults and children 12 years of age and older: take 2 softgels every 4 hours ■ children under 12 years of age: do not use ■ when using either Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ swallow whole; do not crush, chew, or dissolve ■ store between 15-30°C (59-86°F) ■ avoid excessive heat

**Inactive ingredients** FD&C red #40, FD&C yellow #6, gelatin, glycerin, mannitol*, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide
*may contain this ingredient

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey
*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Day Severe Cold and Maximum Strength Mucinex® Fast-Max® Night Cold & Flu.

**TAMPER EVIDENT: DO NOT USE IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.**
**KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION**

**PARENTS:**
www.StopMedicineAbuse.org

---

## DAY & NIGHT PACK

### Walgreens

Compare to Maximum Strength Mucinex® Fast-Max® Day Severe Cold & Maximum Strength Mucinex® Fast-Max® Night Cold & Flu active ingredients*

**DAYTIME**

NDC 0363-0820-24

# Severe Cold

**ACETAMINOPHEN /**
**PAIN RELIEVER / FEVER REDUCER**
**DEXTROMETHORPHAN HBr /**
**COUGH SUPPRESSANT**
**GUAIFENESIN / EXPECTORANT**
**PHENYLEPHRINE HCl /**
**NASAL DECONGESTANT**

**MAXIMUM STRENGTH**
**ALCOHOL FREE**

- Relieves aches, fever & sore throat
- Controls cough
- Clears nasal & chest congestion
- Thins & loosens mucus
- Ages 12 & over

**16**
SOFTGELS*
(*LIQUID-FILLED CAPSULES)

ACTUAL SIZE

**NIGHTTIME**

# Cold & Flu

**ACETAMINOPHEN /**
**PAIN RELIEVER / FEVER REDUCER**
**DEXTROMETHORPHAN HBr /**
**COUGH SUPPRESSANT**
**DOXYLAMINE SUCCINATE / ANTIHISTAMINE**
**PHENYLEPHRINE HCl /**
**NASAL DECONGESTANT**

**MAXIMUM STRENGTH**
**ALCOHOL FREE**

- Relieves aches, fever, sore throat, nasal congestion, runny nose & sneezing
- Controls cough
- Ages 12 & over

**8**
SOFTGELS*
(*LIQUID-FILLED CAPSULES)

ACTUAL SIZE

**16 SOFTGELS* - 8 SOFTGELS* / TOTAL 24 SOFTGELS***

---

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015

ITEM 946682    W10024-1018-L

**Walgreens**
**100% SATISFACTION GUARANTEED**
walgreens.com ©2018 Walgreen Co.

PLD-0421C
FC00539B

Lot No.:
Exp. Date:

3  11917  18621  4

---

## Nighttime Cold & Flu

**Drug Facts**

**Active ingredients** (in each softgel)   **Purposes**

Acetaminophen 325 mg .......Pain reliever/fever reducer
Dextromethorphan HBr 10 mg.........Cough suppressant
Doxylamine succinate 6.25 mg................Antihistamine
Phenylephrine HCl 5 mg ............ Nasal decongestant

**Uses** ■ temporarily relieves these common cold and flu symptoms ■ cough ■ headache ■ minor aches and pains ■ sore throat ■ nasal congestion ■ runny nose and sneezing ■ controls cough to help you get to sleep ■ temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ diabetes ■ high blood pressure ■ heart disease ■ glaucoma ■ thyroid disease ■ trouble urinating due to an enlarged prostate gland ■ a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** ■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers













**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

**100% SATISFACTION GUARANTEED**
Walgreens
walgreens.com
DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
©2022 Walgreen Co.   MADE IN INDIA

---

## DAYTIME SEVERE COLD & FLU SOFTGELS

### Drug Facts (continued)

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be the signs of a serious condition.

**If pregnant or breastfeeding,** ask a health professional before use.

**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed
- do not exceed 8 softgels per 24 hours

| | |
|---|---|
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

- when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other Information**
- store at room temperature

**Inactive Ingredients** FD&C red #40, FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitan solution, titanium dioxide

**Questions or Comments?** Call 1-877-290-4098

---

## NIGHTTIME SEVERE COLD & FLU SOFTGELS

### Drug Facts (continued)

**Stop use and ask a doctor if**
- you get nervous, dizzy or sleepless
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- new symptoms occur
- redness or swelling is present
- cough comes back or occurs with rash or headache that lasts. These could be the signs of a serious condition.

**If pregnant or breastfeeding,** ask a health professional before use.

**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- take only as directed
- do not exceed 4 softgels per 24 hours

| | |
|---|---|
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

- when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other Information**
- store at room temperature

**Inactive ingredients** FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitan solution, titanium dioxide

**Questions or Comments?** Call 1-877-290-4098

## Nighttime Sinus Relief (continued)

### Drug Facts (continued)

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 12 softgels (Daytime and Nighttime) in any 24-hour period ■ adults and children 12 years of age and older: take 2 softgels every 4 hours ■ children under 12 years of age: do not use ■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ swallow whole; do not crush, chew, or dissolve ■ store between 15-30°C (59-86°F) ■ avoid excessive heat

**Inactive ingredients** D&C yellow #10, FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sodium hydroxide, sorbitan, sorbitol, titanium dioxide

**Questions or comments?** Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

[1]Walgreens Pharmacist Survey
[1]This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Sinus-Max® Day and Maximum Strength Mucinex® Sinus-Max® Night.



**PHARMACIST RECOMMENDED**

Health expertise you rely on, quality you trust.

---

## Daytime Sinus Relief

### Drug Facts

### Active ingredients
(in each softgel)

| | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves ■ nasal congestion ■ headache ■ cough due to inhaled irritants ■ sinus congestion and pressure ■ minor aches and pains ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin the bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product **Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

---

## Daytime Sinus Relief (continued)

### Drug Facts (continued)

**Ask a doctor before use if you have** ■ liver disease ■ high blood pressure ■ diabetes ■ heart disease ■ thyroid disease ■ trouble urinating due to an enlarged prostate gland ■ a persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product,** do not use more than directed.

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ do not take more than directed (see Overdose warning) ■ do not take more than 12 softgels (Daytime and Nighttime) in any 24-hour period ■ adults and children 12 years of age and older: take 2 softgels every 4 hours ■ children under 12 years of age: do not use ■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ swallow whole; do not crush, chew, or dissolve ■ store between 15-30°C (59-86°F) ■ avoid excessive heat

**Inactive ingredients** FD&C red #40, FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide

**Questions or comments?** Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

---

## DAY & NIGHT PACK

NDC 0363-0723-24

**Walgreens**

Compare to Maximum Strength Mucinex® Sinus-Max® Day & Mucinex® Sinus-Max® Night active ingredients[1]

### DAYTIME

# Sinus Relief

**ACETAMINOPHEN /
PAIN RELIEVER
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT**

**MAXIMUM STRENGTH**

**ALCOHOL FREE**

- Relieves sinus pressure, headache & congestion
- Controls cough
- Thins & loosens mucus
- Ages 12 & over

**16** SOFTGELS*

ACTUAL SIZE

### NIGHTTIME

# Sinus Relief

**ACETAMINOPHEN /
PAIN RELIEVER
DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE /
ANTIHISTAMINE
PHENYLEPHRINE HCl /
NASAL DECONGESTANT**

**MAXIMUM STRENGTH**

**ALCOHOL FREE**

- Relieves nasal congestion, sinus pressure & pain, runny nose & sneezing
- Controls cough
- Ages 12 & over

**8** SOFTGELS*

ACTUAL SIZE

**TOTAL 24 SOFTGELS***

*(LIQUID-FILLED CAPSULES)

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD, DEERFIELD, IL 60015
ITEM 946681   W10024-0118-L
100% SATISFACTION GUARANTEED
walgreens.com
©2017 Walgreen Co.

3 11917 18620 7

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING**

PLD-C425B
FC004407

**KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION**

Lot No.:

Exp. Date:

---

## Nighttime Sinus Relief

### Drug Facts

### Active ingredients
(in each softgel)

| | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Doxylamine succinate 6.25 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

### Uses
■ temporarily relieves ■ nasal congestion ■ cough due to inhaled irritants ■ headache ■ sinus congestion and pressure ■ minor aches and pains ■ runny nose and sneezing ■ promotes nasal and/or sinus drainage

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product **Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** ■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers

**When using this product** ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ be careful when driving a motor vehicle or operating machinery ►





**DAY & NIGHT PACK**   NDC 0363-0862-12

## Walgreens

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max® Severe Congestion & Cough & Nighttime Cold & Flu*

### DAYTIME
## Severe Congestion & Cough

DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

**Maximum Strength**
• Controls cough   • Clears nasal & chest congestion
• Thins & loosens mucus   • 12 years & older

### NIGHTTIME
## Cold & Flu

ACETAMINOPHEN /
PAIN RELIEVER & FEVER REDUCER
DIPHENHYDRAMINE HCl /
ANTIHISTAMINE / COUGH SUPPRESSANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

**Maximum Strength**
• Relieves aches, fever, sore throat,
nasal congestion, runny nose & sneezing
• Controls cough   • 12 years & older

**2 – 6 FL OZ (177 mL) BOTTLES / TOTAL 12 FL OZ (354 mL)**

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

*Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
**This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademarks Mucinex® and Fast-Max®.



## Walgreens

*Compare to Maximum Strength*
*Mucinex® Fast-Max® Cold & Flu*
*ALL IN ONE active ingredients††*

NDC 0363-9017-16

# Cold & Flu

**NEW**

**ACETAMINOPHEN / PAIN RELIEVER & FEVER REDUCER**
**DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT**
**GUAIFENESIN / EXPECTORANT**
**PHENYLEPHRINE HCl / NASAL DECONGESTANT**

**MULTI-SYMPTOM**    **MAXIMUM STRENGTH**

**DISSOLVES QUICKLY**

- **Relieves:** Headache, body pain, fever, sore throat, chest congestion, cough, nasal congestion, sinus congestion & sinus pressure
- 12 years & older

# 16 SOFTGELS



ACTUAL SIZE



*Compare to Maximum Strength Mucinex® FAST-MAX®*
*Congestion & Headache Liquid Gels active ingredients††*

NDC 0363-9019-16

**NEW**

# Congestion & Headache

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** 10 mg / COUGH SUPPRESSANT
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

**MAXIMUM STRENGTH**

- Relieves headache & fever
- Controls cough
- Relieves nasal congestion
- 12 years & older

**16** SOFTGELS*
(*LIQUID-FILLED CAPSULES)



**ACTUAL SIZE**

## Drug Facts

**Active Ingredients (in each 5 mL)** — **Purposes**
Dextromethorphan HBr 5 mg ............................................ Cough suppressant
Guaifenesin 100 mg .................................................................. Expectorant
Phenylephrine HCl 2.5 mg ....................................................... Nasal decongestant

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves
  - cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold ■ stuffy nose

**Warnings**
**Do not use** in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

**Ask a doctor before use if your child has**
- heart disease ■ high blood pressure ■ thyroid disease ■ diabetes
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with asthma

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
- your child gets nervous, dizzy, or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with a fever, rash, or headache that lasts. These could be signs of a serious condition.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

**Directions**
- do not take more than 6 doses in any 24-hour period
- use only the enclosed dosing cup designed for use with this product. Do not use any other dosing device.
- keep dosing cup with product
- dose as follows or as directed by a doctor ■ mL = milliliter

| Age | Dose |
|---|---|
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other information**
- each 5 mL contains: sodium 5 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, disodium EDTA, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call **1-877-753-3936** Monday-Friday 9AM-5PM EST

†Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
††This product is not manufactured or distributed by Reckitt Benckiser, distributor of Children's Mucinex® Congestion & Cough.

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION

PAPER BOX — PLASTIC BOTTLE — PLASTIC CUP
*Not recycled in all communities

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**Walgreens**
**100%** SATISFACTION GUARANTEED
walgreens.com
©2021 Walgreen Co.

NDC 0363-0512-06



**Walgreens**
PHARMACIST RECOMMENDED

Compare to the active ingredients in Children's Mucinex® Congestion & Cough†

# Children's
# Mucus
# Congestion
# & Cough
# Relief

**DEXTROMETHORPHAN HBr 5 mg / COUGH SUPPRESSANT**
**GUAIFENESIN 100 mg / EXPECTORANT**
**PHENYLEPHRINE HCl 2.5 mg / NASAL DECONGESTANT**

**Alcohol Free**

- Relief from chest congestion, cough & stuffy nose
- Breaks up mucus



AGES
**4-11**
YEARS

6.8 FL OZ (201 mL)



Berry flavor



DOSAGE CUP PROVIDED

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



ITEM 593323   W10024-0322-L

3 11917 21284 5

PLD-8545A   FC008012

Lot No.:

Exp. Date:





**DAY & NIGHT PACK**

NDC 0363-9140-12

# Walgreens

Compare to the active ingredients in Maximum
Strength Mucinex® Fast-Max® All-In-One
Cold & Flu & Nighttime Cold & Flu

### DAYTIME
# Cold & Flu

**ACETAMINOPHEN** 650 mg /
PAIN RELIEVER /FEVER REDUCER
**DEXTROMETHORPHAN HBr** 20 mg / COUGH SUPPRESSANT
**GUAIFENESIN** 400 mg / EXPECTORANT
**PHENYLEPHRINE HCl** 10 mg / NASAL DECONGESTANT

**Maximum Strength**

• Relieves aches, fever, sore throat,
  nasal & chest congestion,
  sinus congestion & pressure
• Controls cough
• Thins & loosens mucus
• 12 years & older

### NIGHTTIME
# Cold & Flu

**ACETAMINOPHEN** 650 mg /
PAIN RELIEVER / FEVER REDUCER
**DIPHENHYDRAMINE HCl** 25 mg /
ANTIHISTAMINE / COUGH SUPPRESSANT
**PHENYLEPHRINE HCl** 10 mg / NASAL DECONGESTANT

**Maximum Strength**

• Relieves cough, fever, sore throat,
  body pain, sneezing, itchy throat,
  headache, nasal congestion
  & runny nose
• 12 years & older

**2 – 6 FL OZ (177 mL) BOTTLES / TOTAL 12 FL OZ (354 mL)**

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING

*Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
**This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademarks Mucinex® and Fast-Max®

## Walgreens

Compare to Maximum Strength
Mucinex® Fast-Max® All-In-One
Cold & Flu active ingredients††

**DAYTIME**    NDC 0363-0886-06

# Cold & Flu

**ACETAMINOPHEN** 650 mg /
**PAIN RELIEVER / FEVER REDUCER**
**DEXTROMETHORPHAN** HBr 20 mg /
**COUGH SUPPRESSANT**
**GUAIFENESIN** 400 mg / **EXPECTORANT**
**PHENYLEPHRINE HCI** 10 mg /
**NASAL DECONGESTANT**

**MAXIMUM STRENGTH**

- Relieves aches, fever, sore throat, nasal & chest congestion, sinus congestion & pressure
- Controls cough
- Thins & loosens mucus
- 12 years & older

**6 FL OZ (177 mL) LIQUID**

††This product is not manufactured or distributed by Reckitt Benckiser, distributor of Mucinex® Maximum Strength Mucinex® Fast-Max® All-In-One Cold & Flu.

PL3-A574A LB00856
ITEM 907517 W10369-1O/15-F
ORG1O19-F

---

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.**

*This product is not manufactured or distributed by Reckitt Benckiser, distributor of Mucinex® Fast-Max® Maximum Strength All-In-One Cold & Flu.



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

PLD-A574A  LB006719

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg............Pain reliever/fever reducer | |
| Dextromethorphan HBr 20 mg...............Cough suppressant | |
| Guaifenesin 400 mg...............................Expectorant | |
| Phenylephrine HCI 10 mg.....................Nasal decongestant | |
| ▶ | |

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

## Drug Facts (continued)

### Uses
- temporarily relieves these common cold and flu symptoms
  - cough  ■ nasal congestion
  - minor aches and pains  ■ sore throat
  - headache  ■ stuffy nose
  - sinus congestion and pressure
- temporarily reduces fever
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
▶

---

## Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- for children under 12 years of age
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
- liver disease  ■ heart disease  ■ diabetes
- thyroid disease  ■ high blood pressure
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.
▶

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

## Drug Facts (continued)

**When using this product, do not use more than directed.**

### Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period
▶

---

## Drug Facts (continued)

- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years of age and over: 20 mL in dosing cup provided every 4 hours
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

## Walgreens

Compare to Maximum Strength
Mucinex® Fast-Max® All-In-One Night
Time Cold & Flu active ingredients††

**NIGHTTIME**    NDC 0363-9130-06

# Cold & Flu

**ACETAMINOPHEN 650 mg /
PAIN RELIEVER / FEVER REDUCER
DIPHENHYDRAMINE HCl 25 mg /
ANTIHISTAMINE / COUGH SUPPRESSANT
PHENYLEPHRINE HCl 10 mg /
NASAL DECONGESTANT**

### MAXIMUM STRENGTH

- Relieves cough, fever, sore throat,
  body pain, sneezing, itchy throat,
  headache, nasal congestion
  & runny nose
- 12 years & older

## 6 FL OZ (177 mL) LIQUID

*(vertical text)* ††This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® All-In-One Night Time Cold & Flu.

PLD-A603A  LB006358    ITEM 907517  W10369-10/15-F    ORG10119-F

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY
SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.

†This product is not manufactured or distributed by Reckitt
Benckiser, distributor of Maximum Strength Mucinex®
Fast-Max® Night Time All In One Cold & Flu.



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

PLD-A603A  LB006360

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/ cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

▶

PEEL CORNER FOR MORE DRUG FACTS ◣

---

## Drug Facts (continued)

### Uses
- temporarily relieves these common cold and flu symptoms
  - cough  ■ nasal congestion
  - minor aches and pains  ■ sore throat
  - headache  ■ runny nose  ■ sneezing
- sinus congestion and pressure
- itching of the nose or throat
- itchy, watery eyes due to hay fever
- temporarily reduces fever
- controls cough to help you get to sleep

### Warnings
**Liver warning:** This product contains
acetaminophen. Severe liver damage may occur if
you take:
- more than 4,000 mg of acetaminophen in
  24 hours, which is the maximum daily amount
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using
  this product
**Allergy alert:** Acetaminophen may cause severe
skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical
help right away.

▶

---

## Drug Facts (continued)

**Sore throat warning:** If sore throat is severe,
persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or
vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen
  (prescription or nonprescription). If you are not
  sure whether a drug contains acetaminophen, ask
  a doctor or pharmacist.
- with any other drug containing diphenhydramine,
  even one used on the skin
- if you are now taking a prescription monoamine
  oxidase inhibitor (MAOI) (certain drugs for
  depression, psychiatric, or emotional conditions,
  or Parkinson's disease), or for 2 weeks after
  stopping the MAOI drug. If you do not know if your
  prescription drug contains an MAOI, ask a doctor
  or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease  ■ heart disease  ■ diabetes
- thyroid disease  ■ high blood pressure
- glaucoma
- trouble urinating due to an enlarged prostate
  gland
- a breathing problem or chronic cough that lasts or
  as occurs with smoking, asthma, chronic
  bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

▶

PEEL CORNER FOR MORE DRUG FACTS ◣

---

## Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are**
- taking the blood thinning drug warfarin
- taking sedatives or tranquilizers

**When using this product**
- do not use more than directed
- excitability may occur, especially in children
- marked drowsiness may occur
- avoid alcoholic drinks
- alcohol, sedatives, and tranquilizers may increase
  drowsiness
- be careful when driving a motor vehicle or
  operating machinery

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or
  lasts more than 7 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with fever, rash or
  headache that lasts. These could be signs of a
  serious condition.

**If pregnant or breast-feeding,** ask a health
professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the
recommended dose (overdose) may cause liver
damage. In case of overdose, get medical help or ▶

---

## Drug Facts (continued)

contact a Poison Control Center (1-800-222-1222)
right away. Quick medical attention is critical for
adults as well as for children even if you do not
notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose
  warning)
- do not take more than 6 doses in any 24-hour
  period
- measure only with dosing cup provided. Do not
  use any other dosing device.
- keep dosing cup with product  ■ mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years and older:
  20 mL every 4 hours while symptoms last
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not
  refrigerate.

### Inactive ingredients
citric acid, disodium
EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin,
propyl gallate, propylene glycol, purified water,
sodium benzoate, sodium citrate, sorbitol, sucralose,
xanthan gum

NDC 0363-3361-06

**Walgreens**

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max™ Cold, Flu & Sore Throat*

**MUCUS RELIEF**

# Cold, Flu & Sore Throat

**ACETAMINOPHEN** 650 mg /
**PAIN RELIEVER & FEVER REDUCER**
**DEXTROMETHORPHAN HBr** 20 mg /
**COUGH SUPPRESSANT / GUAIFENESIN** 400 mg /
**EXPECTORANT / PHENYLEPHRINE HCl** 10 mg /
**NASAL DECONGESTANT**

**Maximum Strength**

- Relieves headache & fever
- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus
- For ages 12 & over

**6 FL OZ (177 mL)**

PLD-B282C
LB008816

---

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING.**



**PARENTS:** Learn about non-medicine abuse. www.StopMedicineAbuse.org

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com
©2022 Walgreen Co.
*Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
††This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademarks Mucinex® and Fast-Max®.



PLASTIC BOTTLE    PLASTIC CUP

ITEM 273615    W10139-0322-F

3  11917 21866  3

W3ORG0322-F    PLD-B282C  LB008817

---

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg..............Pain reliever/fever reducer | |
| Dextromethorphan HBr 20 mg..............Cough suppressant | |
| Guaifenesin 400 mg..............Expectorant | |
| Phenylephrine HCl 10 mg..............Nasal decongestant | |

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

## Drug Facts (continued)

### Uses
- temporarily relieves these common cold and flu symptoms  ■ sinus congestion and pressure  ■ minor aches and pains  ■ nasal congestion  ■ cough due to minor throat and bronchial irritation  ■ sore throat  ■ headache
- temporarily reduces fever
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away. ▶

---

## Drug Facts (continued)

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

### Do not use
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- for children under 12 years of age
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

### Ask a doctor before use if you have
■ liver disease  ■ heart disease  ■ diabetes
■ thyroid disease  ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin. ▶

**PEEL CORNER FOR MORE DRUG FACTS ◢**

---

## Drug Facts (continued)

**When using this product, do not use more than directed.**

### Stop use and ask a doctor if
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse, or lasts more than 7 days
- fever gets worse, or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- do not take more than directed (see Overdose warning)
- do not take more than 6 doses in any 24-hour period ▶

---

## Drug Facts (continued)

- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product
- mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years of age and older: 20 mL every 4 hours while symptoms last
- children under 12 years of age: do not use

### Other information
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST



**Walgreens**

Compare to Maximum Strength Mucinex® Fast-Max® Clear & Cool® Cold, Flu & Sore Throat active ingredients††

NDC 0363-0782-06

# Cold, Flu & Sore Throat

ACETAMINOPHEN 650 mg / PAIN RELIEVER & FEVER REDUCER
DEXTROMETHORPHAN HBr 20 mg / COUGH SUPPRESSANT
GUAIFENESIN 400 mg / EXPECTORANT
PHENYLEPHRINE HCl 10 mg / NASAL DECONGESTANT

## MAXIMUM STRENGTH

• Relieves headache & fever
• Controls cough
• Relieves nasal & chest congestion
• Thins & loosens mucus
• 12 hours & older    MINT FLAVOR

6 FL OZ (177 mL)

PLD-C452B
LB006897

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com    ©2019 Walgreen Co.
ITEM 984979    W10139-0719-F



3   1 1917  19241   3

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey

††This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Fast-Max® Clear & Cool® Cold, Flu & Sore Throat.

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

ORG0719-F
PLD-C452B    LB006896

**PEEL CORNER FOR DRUG FACTS ◄**

---



## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
■ temporarily relieves these common cold and flu symptoms
   ■ sinus congestion and pressure
   ■ minor aches and pains    ■ nasal congestion
   ■ headache    ■ cough    ■ sore throat
■ temporarily reduces fever
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take: ►

---

## Drug Facts (continued)

■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease    ■ heart disease    ■ diabetes
■ thyroid disease    ■ high blood pressure    ►

**PEEL CORNER FOR MORE DRUG FACTS ◄**

---

## Drug Facts (continued)

■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for ►

---

## Drug Facts (continued)

adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not take more than directed (see Overdose warning)
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product
■ mL = milliliter
■ dose as follows or as directed by a doctor
■ adults and children 12 years of age and older: 20 mL every 4 hours
■ children under 12 years of age: do not use

### Other information
■ each 20 mL contains: sodium 12 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1, FD&C yellow #10, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

### Questions or comments?
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST



NDC 0363-0337-06

**Walgreens**

Compare to the active ingredients in
Maximum Strength Mucinex® Fast-Max®
Severe Congestion & Cough®

# Severe Congestion & Cough

DEXTROMETHORPHAN HBr /
COUGH SUPPRESSANT
GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT

**Maximum Strength**

- Controls cough
- Clears nasal & chest congestion
- Thins & loosens mucus
- 12 years & older

6 FL OZ (177 mL)

PLD-E283D
LB008701

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY
SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING

DISTRIBUTED BY: **WALGREEN CO.**
**200 WILMOT RD., DEERFIELD, IL 60015**
**100% SATISFACTION GUARANTEED**
walgreens.com  ©2021 Walgreen Co.
ITEM 280506  W10139-0122-F



3  11917 15949  2

Walgreens Pharmacist Recommended.
Our pharmacists recommend the
Walgreens brand. We invite you to
compare to national brands.
††This product is not manufactured or
distributed by RB Health (US) LLC, owner of
the registered trademarks Mucinex® and
Fast-Max®.



Discard Seals,
Empty &
Replace Cap

PLASTIC  PLASTIC
BOTTLE  CUP

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



W3ORG0122-F

PLD-E283D  LB008703

PEEL CORNER FOR DRUG FACTS ◢

---

## Drug Facts

### Active ingredients   Purposes
### (in each 20 mL)

Dextromethorphan HBr  20 mg................
..................................Cough suppressant
Guaifenesin 400 mg..............Expectorant
Phenylephrine HCl 10 mg.......................
..................................Nasal decongestant

### Uses
- ■ helps loosen phlegm (mucus) and thin
  bronchial secretions to rid the bronchial
  passageways of bothersome mucus
  and make coughs more productive
- ■ temporarily relieves
  - ■ cough due to minor throat and
    bronchial irritation as may occur
    with the common cold or inhaled
    irritants
  - ■ the intensity of coughing
  - ■ the impulse to cough to help you
    get to sleep
  - ■ nasal congestion due to a cold ▶

---

## Drug Facts (continued)

### Warnings
**Do not use**
- ■ if you are now taking a prescription
  monoamine oxidase inhibitor (MAOI)
  (certain drugs for depression,
  psychiatric or emotional conditions, or
  Parkinson's disease), or for 2 weeks
  after stopping the MAOI drug. If you do
  not know if your prescription drug
  contains an MAOI, ask a doctor or
  pharmacist before taking this product.
- ■ for children under 12 years of age

**Ask a doctor before use if you have**
- ■ heart disease      ■ high blood pressure
- ■ thyroid disease    ■ diabetes
- ■ trouble urinating due to an enlarged
  prostate gland
- ■ persistent or chronic cough such as
  occurs with smoking, asthma, chronic
  bronchitis, or emphysema
- ■ cough that occurs with too much
  phlegm (mucus)

**When using this product, do not use
more than directed.** ▶

PEEL CORNER FOR MORE DRUG FACTS ◢

---

## Drug Facts (continued)

**Stop use and ask a doctor if**
- ■ nervousness, dizziness, or
  sleeplessness occur
- ■ symptoms do not get better within
  7 days or occur with fever
- ■ cough comes back, or occurs with
  fever, rash, or headache that lasts.
  These could be signs of a serious
  condition.

**If pregnant or breast-feeding,** ask a
health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or
contact a Poison Control Center
(1-800-222-1222) right away.

### Directions    ■ do not take more
- than  6 doses in any 24-hour period
- ■ measure only with dosing cup provided.
  Do not use any other dosing device.
- ■ keep dosing cup with product
- ■ mL = milliliter
- ■ shake well before using
- ■ adults and children 12 years of age and
  older: 20 mL in dosing cup provided
  every 4 hours
- ■ children under 12 years of age:
  do not use ▶

---

## Drug Facts (continued)

### Other information
- ■ each 20 mL contains: sodium 17 mg
- ■ store between 20-25°C (68-77°F). Do
  not refrigerate.

### Inactive ingredients
citric acid, disodium EDTA, FD&C blue #1,
FD&C red #40, flavor, glycerin, propyl
gallate, propylene glycol, purified water,
sodium benzoate, sodium citrate, sorbitol,
sucralose, xanthan gum

### Questions or comments?
Call **1-877-753-3935** Monday-Friday
9AM-5PM EST



**NDC 0363-0681-06**

# Walgreens

Compare to the active ingredients in Maximum Strength Mucinex® Fast-Max®, Clear & Cool® Severe Congestion & Cough*

## Severe Congestion & Cough

DEXTROMETHORPHAN HBr 20 mg /
**COUGH SUPPRESSANT**
GUAIFENESIN 400 mg / EXPECTORANT
PHENYLEPHRINE HCl 10 mg /
**NASAL DECONGESTANT**

**Maximum Strength**

• Thins & loosens mucus
• Relieves nasal & chest congestion
• Controls cough
• 12 years & older

6 FL OZ (177 mL)    Mint flavor

PLD-D493A
LB005711

---

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING**

DISTRIBUTED BY: **WALGREEN CO.**
**200 WILMOT RD., DEERFIELD, IL 60015**
**100% SATISFACTION GUARANTEED**
walgreens.com  ©2021 Walgreen Co.
ITEM 984978  W10139-0222-F



3  11917 19240  6

Walgreens Pharmacist Recommended.
Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
††This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademarks Mucinex®, Fast-Max® and Clear & Cool®.

Discard Seal, Empty & Replace Cap



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org



**Check Locally***

**PLASTIC BOTTLE**  **PLASTIC CUP**
*Not recycled in all communities

**W3ORG0122-F**

PLD-D453A   LB008710

**PEEL CORNER FOR DRUG FACTS ◢**

---

# Drug Facts

| **Active ingredients** | **Purposes** |
|---|---|
| (in each 20 mL) | |
| Dextromethorphan HBr 20 mg.....Cough suppressant | |
| Guaifenesin 400 mg................................Expectorant | |
| Phenylephrine HCl 10 mg............Nasal decongestant | |

## Uses
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves
  ■ cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants
    ■ the intensity of coughing
    ■ nasal congestion due to a cold
    ■ temporarily helps you cough less  ▶

---

## Drug Facts (continued)

### Warnings

**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease  ■ high blood pressure
■ thyroid disease  ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**When using this product, do not use more than directed.**  ▶

---

## Drug Facts (continued)

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough comes back, or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.

### Directions
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided. Do not use any other dosing device.
■ keep dosing cup with product
■ mL = milliliter
■ adults and children 12 years of age and older: 20 mL in dosing cup provided every 4 hours
■ children under 12 years of age: do not use  ▶

---

## Drug Facts (continued)

### Other information
■ **each 20 mL contains:** sodium 18 mg
■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, disodium EDTA, FD&C blue #1, FD&C yellow #10, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST

**PEEL CORNER FOR DRUG FACTS ◢**

---

**PEEL CORNER FOR MORE DRUG FACTS ◢**



Compare to the active ingredients in
Maximum Strength Mucinex®
Fast-Max® Nighttime Cold & Flu†

**NIGHTTIME**

# Cold & Flu

**ACETAMINOPHEN /**
PAIN RELIEVER / FEVER REDUCER
DIPHENHYDRAMINE HCl /
ANTIHISTAMINE / COUGH SUPPRESSANT
PHENYLEPHRINE HCl /
NASAL DECONGESTANT

**Maximum Strength**

• Relieves aches, fever,
  sore throat, nasal congestion,
  runny nose & sneezing
• Controls cough
• 12 years & older

**6 FL OZ (177 mL)**

PLD-C377D
LB008714

PLASTIC BOTTLE   PLASTIC CUP

---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY
SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com   ©2021 Walgreen Co.

ITEM 907515   W10139-0222-F



3  11917 17776  2

W3ORG0122-F       PLD-E377D   LB008715

Walgreens Pharmacist Recommended.
Our pharmacists recommend the Walgreens brand. We
invite you to compare to national brands.
†This product is not manufactured or distributed by RB
Health (US) LLC, owner of the registered trademarks
Mucinex® and Fast-Max®.

## Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Diphenhydramine HCl 25 mg | Antihistamine/cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

PEEL CORNER FOR MORE DRUG FACTS ◢

---

## Drug Facts (continued)

**Uses** ■ temporarily relieves these common
cold and flu symptoms
■ cough          ■ nasal congestion
■ minor aches and pains    ■ sore throat
■ headache    ■ runny nose    ■ sneezing
■ temporarily reduces fever
■ controls cough to help you get to sleep

### Warnings

**Liver warning:** This product contains
acetaminophen. Severe liver damage may occur
if you take:
■ more than 4,000 mg of acetaminophen in
24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using
this product
**Allergy alert:** Acetaminophen may cause severe
skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical
help right away.
**Sore throat warning:** If sore throat is severe,
persists for more than 2 days, is accompanied or
followed by fever, headache, rash, nausea, or
vomiting, consult a doctor promptly.
**Do not use**
■ with any other drug containing acetaminophen ▶

---

## Drug Facts (continued)

(prescription or nonprescription). If you are not
sure whether a drug contains acetaminophen,
ask a doctor or pharmacist.
■ with any other drug containing diphenhydramine,
even one used on the skin
■ if you are now taking a prescription monoamine
oxidase inhibitor (MAOI) (certain drugs for
depression, psychiatric, or emotional conditions,
or Parkinson's disease), or for 2 weeks after
stopping the MAOI drug. If you do not know if your
prescription drug contains an MAOI, ask a doctor
or pharmacist before taking this product.
■ for children under 12 years of age

**Ask a doctor before use if you have**
■ liver disease          ■ heart disease
■ high blood pressure    ■ thyroid disease
■ diabetes              ■ glaucoma
■ trouble urinating due to an enlarged prostate
gland
■ a breathing problem such as emphysema or
chronic bronchitis
■ persistent or chronic cough such as occurs with
smoking, asthma, chronic bronchitis, or
emphysema
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if**
■ you are taking the blood thinning drug warfarin
■ you are taking sedatives or tranquilizers    ▶

PEEL CORNER FOR MORE DRUG FACTS ◢

---

## Drug Facts (continued)

**When using this product**
■ **do not use more than directed**
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ avoid alcoholic drinks
■ alcohol, sedatives, and tranquilizers may increase
drowsiness
■ be careful when driving a motor vehicle or
operating machinery

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse, or
lasts more than 7 days
■ fever gets worse, or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or
headache that lasts. These could be signs of a
serious condition.

**If pregnant or breast-feeding,** ask a health
professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the
recommended dose (overdose) may cause liver
damage. In case of overdose, get medical help or
contact a Poison Control Center (1-800-222-1222)
right away. Quick medical attention is critical for
adults as well as for children even if you do not
notice any signs or symptoms.        ▶

---

## Drug Facts (continued)

### Directions
■ **do not take more than directed (see Overdose
warning)**
■ do not take more than 6 doses in any 24-hour
period
■ measure only with dosing cup provided. Do not
use any other dosing device.
■ mL = milliliter    ■ keep dosing cup with product
■ dose as follows or as directed by a doctor
■ adults and children 12 years and older:
20 mL every 4 hours while symptoms last
■ children under 12 years of age: do not use

### Other information
■ **each 20 mL contains:** sodium 12 mg
■ store between 20-25°C (68-77°F). Do not
refrigerate.

### Inactive ingredients citric acid, disodium
EDTA, FD&C blue #1, FD&C red #40, flavor, glycerin,
propyl gallate, propylene glycol, purified water,
sodium benzoate, sodium citrate, sorbitol, sucralose,
xanthan gum

### Questions or comments?
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST



## Drug Facts

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION

**Active ingredients** (in each softgel) — **Purpose**
Acetaminophen 325 mg ....... Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ....... Cough suppressant
Doxylamine succinate 6.25 mg ....... Antihistamine
Phenylephrine HCl 5 mg ....... Nasal decongestant

### Drug Facts (continued)

**Uses** temporarily relieves common cold/flu symptoms:
■ nasal congestion ■ sinus congestion & pressure
■ cough due to minor throat & bronchial irritation
■ cough to help you sleep ■ minor aches & pains
■ headache ■ fever ■ sore throat
■ runny nose & sneezing
■ reduces swelling of nasal passages
■ temporarily restores freer breathing through the nose
■ promotes nasal and/or sinus drainage

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 8 softgels in 24 hours, which is the maximum daily amount for this product
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ Skin reddening ■ Blisters ■ Rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ high blood pressure
■ thyroid disease ■ diabetes ■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ trouble urinating due to enlarged prostate gland

### Drug Facts (continued)

**Ask a doctor or pharmacist before use** if you are
■ taking sedatives or tranquilizers
■ taking the blood thinning drug warfarin
**When using this product** ■ **do not use more than directed** ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness
**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
**If pregnant or breastfeeding,** ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ take only as directed
■ do not exceed 8 softgels per 24 hours

| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

■ When using other Nighttime or Daytime products, carefully read each label to ensure correct dosing.

**Other information** ■ do not exceed 25°C

**Inactive ingredients**
FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac, sorbitol sorbitan solution, titanium dioxide

**Questions or Comments?**
■ Call 1-877-760-4008

THIS PRODUCT IS PACKAGED IN A CHILD-RESISTANT AND TAMPER-EVIDENT PACKAGE. USE ONLY IF BLISTERS ARE INTACT.

NDC 0363-1011-24

**Walgreens**
Compare to the active ingredients in Vicks® NyQuil® Severe Cold & Flu††

WALGREENS PHARMACIST RECOMMENDED

NIGHTTIME
# Severe Cold & Flu

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER / FEVER REDUCER
**DEXTROMETHORPHAN HBr** 10 mg / COUGH SUPPRESSANT
**DOXYLAMINE SUCCINATE** 6.25 mg / ANTIHISTAMINE
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

**Maximum Strength**

• Relieves headache, fever, sore throat, minor aches & pains, nasal congestion & sinus pressure, sneezing, runny nose & cough

**24 SOFTGELS**

ACTUAL SIZE

†Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.

††This product is not manufactured or distributed by the Procter & Gamble Company, owner of the registered trademarks Vicks® and NyQuil®.

626T 0422

W3ORG0622-F

DISTRIBUTED BY WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
MADE IN INDIA
walgreens.com ©2022 Walgreen Co.
ITEM 06707054
100% SATISFACTION GUARANTEED
11917 13080 4

Varnish Omit Area

Print/Varnish Omit Area

Varnish Omit Area

Lot #:
Exp. Date:

Print/Varnish Omit Area



# DAY & NIGHT PACK

NDC 0363-8994-48

*Walgreens*

Compare to Vicks® DayQuil™ & NyQuil™
Severe Cold & Flu Relief LiquiCaps™
active ingredients††

DAYTIME • NON-DROWSY

NIGHTTIME

**NEW**

## Severe
## Cold & Flu

## Severe
## Cold & Flu

**ACETAMINOPHEN** 325 mg /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

**ACETAMINOPHEN** 325 mg /
PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE 6.25 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

( MAXIMUM STRENGTH )

( MAXIMUM STRENGTH )

ACTUAL
SIZE

ACTUAL
SIZE

32 SOFTGELS*
(*LIQUID–FILLED CAPSULES)

**48 TOTAL** SOFTGELS

16 SOFTGELS*
(*LIQUID–FILLED CAPSULES)



## Drug Facts

**Active ingredients (in each 15 mL)** — **Purposes**

Acetaminophen 325 mg................................Pain reliever/fever reducer
Dextromethorphan HBr 10 mg..................................Cough suppressant
Guaifenesin 200 mg.....................................................Expectorant
Phenylephrine HCl 5 mg.......................................Nasal decongestant

### Uses
■ temporarily relieves common cold/flu symptoms  ■ nasal congestion ■ sinus congestion and pressure  ■ minor aches and pains  ■ headache  ■ fever  ■ sore throat  ■ reduces swelling of nasal passages  ■ cough due to minor throat and bronchial irritation  ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage  ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if: ■ adult takes more than 4 doses (30 mL each) of acetaminophen in 24 hours, which is the maximum daily amount ■ child takes more than 4 doses (15 mL each) in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product. **Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening  ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away. **Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

← **PEEL HERE** *Drug Facts* (continued under label)

---

NDC 0363-4150-08

# Walgreens

PHARMACIST RECOMMENDED

Compare to the active ingredients in Vicks® DayQuil® Severe Cold & Flu††

## DAYTIME • NON-DROWSY

# Severe
# Cold & Flu

**ACETAMINOPHEN 325 mg / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT**

Maximum Strength

- Relieves headache, fever, sore throat, minor aches & pains; nasal/sinus congestion & sinus pressure; cough & chest congestion
- For ages 6 years & over
- Alcohol free

**8 FL OZ (237 mL)**




---

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND DOSAGE CUP OR UNDER CAP IS BROKEN OR MISSING.



**PARENTS:**
Learn about local medicine abuse
www.StopMedicineAbuse.org

PLASTIC BOTTLE    PLASTIC CUP

Dispose Seal, lift cap or Recycled Cap

†Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
††This product is not manufactured or distributed by The Procter & Gamble Company. Vicks® and DayQuil® are registered trademarks of The Procter & Gamble Company.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2022 Walgreen Co.
ITEM 271599  W10064-0922-F



3  11917 21865  6

PLD-8340B  LB008969    **W3ORG0922-F**

---

### Drug Facts (continued)

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if the user has** ■ liver disease ■ heart disease  ■ high blood pressure  ■ thyroid disease ■ diabetes  ■ trouble urinating due to enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough as occurs with smoking, asthma, chronic bronchitis, or emphysema  ■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if user is** taking the blood thinning drug warfarin.

**When using this product, do not take more than directed.**

**Stop use and ask a doctor if** ■ nervousness, dizziness, or sleeplessness occur  ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ new symptoms occur  ■ fever gets worse or lasts more than 3 days  ■ redness or swelling is present  ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

---

### Drug Facts (continued)

**Keep out of reach of children.**

**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed (see Overdose warning)  ■ do not take more than 4 doses in any 24-hour period  ■ measure only with dosing cup provided. Do not use any other dosing device.  ■ mL = milliliter  ■ keep dosing cup with product

| | |
|---|---|
| adults and children 12 years and over | 30 mL every 4 hours |
| children 6 to under 12 years | 15 mL every 4 hours |
| children 4 to under 6 years | ask a doctor |
| children under 4 years | do not use |

■ when using other Daytime or Nighttime products, carefully read each label to ensure correct dosing

**Other information** ■ each 15 mL contains: sodium 12 mg ■ store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, FD&C yellow #6, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call **1-877-753-3935** Monday-Friday 9AM-5PM EST



*Walgreens*

*Compare to Maximum Strength Mucinex® SINUS-MAX®
Severe Congestion Relief active ingredients†*

NDC 0363-9018-16

**NEW**

# Severe Congestion Relief

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER
**DEXTROMETHORPHAN HBr** 10 mg / COUGH SUPPRESSANT
**GUAIFENESIN** 200 mg / EXPECTORANT
**PHENYLEPHRINE HCl** 5 mg / NASAL DECONGESTANT

**MAXIMUM STRENGTH**

- Relieves headache, sinus pressure & congestion
- Thins & loosens mucus
- Controls cough
- 12 years & older

16 SOFTGELS*
(*LIQUID-FILLED CAPSULES)



ACTUAL SIZE



**DAYTIME
NON-DROWSY**

*Compare to Vicks®
DayQuil® Severe Cold & Flu
active ingredients††*

NDC 0363-8996-24

# Severe
# Cold & Flu

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
GUAIFENESIN 200 mg / EXPECTORANT
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

 *DISSOLVES QUICKLY*

**MAXIMUM STRENGTH**

• Relieves headache, fever, sore
  throat, minor aches & pains,
  cough, chest congestion,
  nasal/sinus congestion &
  sinus pressure

**24** SOFTGELS

*Walgreens*

# NIGHTTIME

# Severe
# Cold & Flu

Compare to Vicks®
NyQuil® Severe Cold & Flu
active ingredients††

NDC 0363-8997-24

**ACETAMINOPHEN** 325 mg / PAIN RELIEVER / FEVER REDUCER
DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT
DOXYLAMINE SUCCINATE 6.25 mg / ANTIHISTAMINE
PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT

## ✔ DISSOLVES QUICKLY

### MAXIMUM STRENGTH

• Relieves headache, fever, sore
  throat, minor aches & pains,
  nasal/sinus congestion &
  sinus pressure, sneezing,
  runny nose & cough

24 SOFTGELS





SEVERE SINUS CONGESTION & COUGH NIGHTTIME SOFTGELS
Drug Facts (continued)
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children
Stop use and ask a doctor if
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
■ nervousness, dizziness, or sleeplessness occurs
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.
Directions
■ do not take more than the recommended dose
■ adults and children 12 years and over: take 2 softgels with water every 4 hours.
Do not exceed 10 softgels in 24 hours or as directed by a doctor.
■ children under 12 years: do not use
Other information
■ store at room temperature. Avoid excessive heat.
Inactive ingredients
D&C Yellow #10, FD&C Blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, shellac,
SEVERE SINUS CONGESTION & COUGH DAYTIME SOFTGELS
Drug Facts (continued)
When using this product do not exceed recommended dosage
Stop use and ask a doctor if
■ pain, cough, or nasal congestion gets worse or lasts more than 7 days
■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
■ nervousness, dizziness, or sleeplessness occurs
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.
Directions
■ take only as recommended (see overdose warning)
■ do not take more than recommended dose
■ adults and children 12 years and over: take 2 softgels with water every 4 hours.
Do not exceed 10 softgels in 24 hours or as directed by a doctor.
■ children under 12 years: do not use
Other Information
■ store at room temperature. Avoid excessive heat.
Inactive ingredients FD&C blue #1, FD&C red #40, gelatin,
C311917178042R4
A9543

**Drug Facts**

| Active ingredients (in each softgel) | Purposes |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves
■ cough due to inhaled irritants      ■ nasal congestion
■ sinus congestion and pressure       ■ headache
■ minor aches and pains
■ promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening    ■ blisters
■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease        ■ diabetes        ■ high blood pressure
■ heart disease        ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ a persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

†Walgreens Pharmacist Survey
††This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Sinus-Max® Severe Congestion Relief.

TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Drug Facts** (continued)
■ cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product,** do not use more than directed.

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 softgels in any 24-hour period
■ adults and children 12 years of age and older: take 2 softgels every 4 hours
■ children under 12 years of age: do not use

**Other information**
■ swallow whole; do not crush, chew, or dissolve
■ store between 15-30°C (59-86°F)
■ avoid excessive heat

**Inactive ingredients** FD&C red #40, FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol, titanium dioxide

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

---

# Walgreens

PHARMACIST RECOMMENDED

**Walgreens**

Health expertise you rely on, quality you trust.

Compare to Maximum Strength Mucinex® Sinus-Max® Severe Congestion Relief active ingredients††

NDC 0363-0524-16

# Severe Sinus Congestion

**ACETAMINOPHEN 325 mg / PAIN RELIEVER**
**DEXTROMETHORPHAN HBr 10 mg / COUGH SUPPRESSANT**
**GUAIFENESIN 200 mg / EXPECTORANT**
**PHENYLEPHRINE HCl 5 mg / NASAL DECONGESTANT**

**MAXIMUM STRENGTH**

• Relieves sinus congestion & headache
• Thins & loosens mucus
• Controls cough
• Ages 12 & older
• Alcohol free

**16** SOFTGELS*
(*LIQUID-FILLED CAPSULES)

ACTUAL SIZE

**DISTRIBUTED BY: WALGREEN CO.**
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com
©2017 Walgreen Co.

ITEM 984982    W10024-0118-L

3 11917 19242 0

RLD-84269
F038409

Lot No.:
Exp. Date:



## Walgreens

**Compare to Maximum Strength Mucinex® Sinus-Max® Severe Congestion Relief active ingredients††**

**SINUS RELIEF**     NDC 0363-0478-06

# Severe Congestion

**ACETAMINOPHEN 650 mg / PAIN RELIEVER**
**GUAIFENESIN 400 mg / EXPECTORANT**
**PHENYLEPHRINE HCl 10 mg /**
**NASAL DECONGESTANT**

### MAXIMUM STRENGTH

- Relieves headache & sinus congestion
- Thins & loosens mucus
- 12 years & older

PLD-B388A
LB004975

**6 FL OZ (177 mL) LIQUID**

---

**TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL AROUND OR UNDER CAP IS BROKEN OR MISSING**

Walgreens Pharmacist Recommended
Walgreens Pharmacist Survey

††This product is not manufactured or distributed by Reckitt Benckiser, distributor of Maximum Strength Mucinex® Sinus-Max® Severe Congestion Relief.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com   ©2017 Walgreen Co.

ITEM 923791   W10013-0917-L



3   11917  18102   8

PLD-B388A
LB004976     ORG0817-F

### Drug Facts

| Active ingredients (in each 20 mL) | Purposes |
|---|---|
| Acetaminophen 650 mg | Pain reliever |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

▶

**PEEL CORNER FOR MORE DRUG FACTS** ◢

---

### Drug Facts (continued)

**Uses**
- temporarily relieves
  - headache  ■ nasal congestion
  - minor aches and pains
  - sinus congestion and pressure
- temporarily promotes nasal and/or sinus drainage
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks daily while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

▶

---

### Drug Facts (continued)

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- for children under 12 years of age
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease  ■ heart disease  ■ diabetes
- thyroid disease  ■ high blood pressure
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

▶

---

### Drug Facts (continued)

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

▶

---

### Drug Facts (continued)

**Directions**
- **do not take more than directed (see Overdose warning)**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product  ■ mL = milliliter
- dose as follows or as directed by a doctor
- adults and children 12 years and older: 20 mL every 4 hours
- children under 12 years of age: do not use

**Other information**
- each 20 mL contains: sodium 12 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** citric acid, EDTA disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

---

**PEEL CORNER FOR MORE DRUG FACTS** ◢

**Drug Facts** (continued)

| age | dose |
|---|---|
| children 6 to under 12 years of age | 10 mL every 4 hours |
| children 4 to 5 years | 5 mL every 4 hours |
| children under 4 years | do not use |

**Other information**
- each 5 mL contains: sodium 2 mg
- store between 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** acesulfame potassium, alcohol, benzoic acid, citric acid, disodium EDTA, FD&C red #40, flavor, maltitol, propylene glycol, purified water, sodium citrate

**Questions or comments?**
Call 1-877-753-3935 Monday-Friday 9AM-5PM EST

TAMPER EVIDENT: DO NOT USE IF PRINTED SAFETY SEAL
AROUND BOTTLE OR UNDER CAP IS BROKEN OR MISSING.

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
**100% SATISFACTION GUARANTEED**
walgreens.com   ©2015 Walgreen Co.

W10040-XXXX-F
ITEM 448737
PLD-F319C   LB003474
REV1013-RF_R01



Well at
Walgreens

NDC 0363-3780-04

**children's**
**DAYTIME**

# Cold & Cough

**Dextromethorphan HBr /**
**Cough Suppressant**
**Phenylephrine HCl /**
**Nasal Decongestant**
• **ALCOHOL 0.14%**

4 FL OZ (118 mL)

**CHERRY**
**FLAVOR**

## Drug Facts

**Active ingredients (in each 5 mL)** ............................ **Purposes**
Dextromethorphan HBr 5 mg.............................................Cough suppressant
Phenylephrine HCl 2.5 mg.................................................Nasal decongestant

**Uses**
- temporarily relieves ■ nasal and sinus congestion ■ cough due to minor throat and bronchial irritation as may occur with a cold

**Warnings**
**Do not use** ■ in a child under 4 years of age ■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product. **Ask a doctor before use if the child has** ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ a breathing problem such as chronic bronchitis ■ cough that occurs with too much phlegm (mucus) ■ chronic cough that lasts, or as occurs with asthma. **When using this product, do not use more than directed. Stop use and ask a doctor if** ■ nervousness, dizziness or sleeplessness occur
■ symptoms do not improve within 7 days or occur with fever ■ cough persists more than 7 days, comes back or occurs with a fever, rash or persistent headache. These could be signs of a serious condition.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away.
**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided. Do not use any other dosing device.
- keep dosing cup with product ■ mL = milliliter ■ shake well before using







## Drug Facts (continued)

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless • pain, nasal congestion, or cough gets worse or lasts more than 7 days • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed

| • only use the dose cup provided | • do not exceed 4 doses per 24 hrs |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** • each 30 mL contains: sodium 81 mg • store at room temperature. Do not refrigerate.

**Inactive ingredients** citric acid, D&C Yellow No.10, disodium edetate, FD&C Blue No. 1, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose

**Questions or comments?** 1-866-467-2748

"Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
"This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks®
DayQuil™ Severe® VapoCOOL™.

W3ORG1221-F

LOT: 72712WAGLR

DIST. BY: WALGREEN CO, 200 WILMOT RD.
DEERFIELD, IL 60015  100% SATISFACTION
GUARANTEED  walgreens.com  ©2021 Walgreen Co.
ITEM 355983  W00000-0000•0

3  11917 03128  6

EXP:

---



**Walgreens**

Compare to the active ingredients in
Vicks® DayQuil™ Severe® VapoCOOL™

NDC 0363-7270-12

## DAYTIME

# Severe
# Cold & Flu

ACETAMINOPHEN / MINOR ACHES & PAINS / FEVER
PHENYLEPHRINE HCl / NASAL CONGESTION /
SINUS PRESSURE
DEXTROMETHORPHAN HBr / COUGH
GUAIFENESIN / CHEST CONGESTION

Severe Cooling

• Pain reliever, fever reducer,
cough suppressant, expectorant,
nasal decongestant

12 FL OZ (354 mL)

---

## Drug Facts

Tamper Evident: Do not use if imprinted shrink band is missing or broken

**Active ingredients (in each 30 mL)** — **Purpose**

| Acetaminophen 650 mg | Pain reliever/fever reducer |
|---|---|
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: • nasal congestion • sinus congestion & pressure • cough due to minor throat & bronchial irritation • minor aches & pains • headache • fever • sore throat • reduces swelling of nasal passages • temporarily restores free breathing through the nose • promotes nasal and/or sinus drainage • helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take • more than 4 doses in 24 hrs, which is the maximum daily amount for this product • taken with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: • Skin reddening • Blisters • Rash
If a skin reaction occurs, stop use and seek medical help right away

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. • If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema • a sodium-restricted diet

## Drug Facts (continued)

**When using this product • do not use more than directed** • excitability may occur, especially in children • marked drowsiness may occur • avoid alcoholic drinks • be careful when driving a motor vehicle or operating machinery • alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if •** you get nervous, dizzy or sleepless • pain, nasal congestion, or cough gets worse or lasts more than 7 days • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed
• only use the dose cup provided  • do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information •** each **30 mL contains:** sodium 81 mg • store at room temperature. Do not refrigerate.

**Inactive ingredients** citric acid, D&C Yellow No.10, disodium edetate, FD&C Blue No.1, flavors, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium chloride, sodium citrate, sorbitol, sucralose.

**Questions or comments?** 1-866-467-3748

Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® NyQuil™ Severe· VapoCOOL™.

LOT: **6141ZWAGLR**

EXP:

DIST. BY: WALGREEN CO. 200 WILMOT RD.,
DEERFIELD, IL 60015. **100% SATISFACTION
GUARANTEED** · walgreens.com ©2021 Walgreen Co.
ITEM **355983**  W00000-0000-0



3 11917 03128 6

W3ORG1221-F

---

NDC 0363-6140-12



## Walgreens

Compare to the active ingredients in
Vicks® NyQuil™ Severe· VapoCOOL™*



**NIGHTTIME**

# Severe
# Cold & Flu

**ACETAMINOPHEN / MINOR ACHES & PAINS / FEVER
PHENYLEPHRINE HCl / NASAL CONGESTION /
SINUS PRESSURE
DOXYLAMINE SUCCINATE / SNEEZING / RUNNY NOSE
DEXTROMETHORPHAN HBr / COUGH**

**Severe Cooling**

• Pain reliever, fever reducer, nasal decongestant, antihistamine, cough suppressant

**12 FL OZ (354 mL)**

---

## Drug Facts

DO NOT USE IF IMPRINTED SHRINK BAND IS MISSING OR BROKEN.

| Active ingredients (in each 30 mL) | Purpose |
|---|---|
| Acetaminophen 650 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Doxylamine succinate 12.5 mg | Antihistamine |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: • nasal congestion • sinus congestion & pressure • cough due to minor throat & bronchial irritation • cough to help you sleep • minor aches & pains • headache • fever • sore throat • runny nose & sneezing • reduces swelling of nasal passages • temporarily restores freer breathing through the nose • promotes nasal and/or sinus drainage

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take • more than 4 doses in 24 hours, which is the maximum daily amount for this product • with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
• Skin reddening • Blisters • Rash
If a skin reaction occurs, stop use and seek medical help right away

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

• If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • glaucoma • cough that occurs with too much phlegm (mucus) • a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema • trouble urinating due to enlarged prostate gland • a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** • taking sedatives or tranquilizers • taking the blood thinning drug warfarin.



**Drug Facts (continued)**

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.

When using this product, do not use more than directed.

**Stop use and ask a doctor if** • you get nervous, dizzy or sleepless • pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) • fever gets worse or lasts more than 3 days • redness or swelling is present • new symptoms occur • cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** • take only as directed

| • only use the dose cup provided • do not exceed 4 doses per 24 hrs | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** • **each 15 mL contains:** sodium 9 mg • store at room temperature. Do not refrigerate.

**Inactive ingredients** citric acid, D&C Yellow No.10, edetate disodium, FD&C Green No. 3, FD&C Red No. 40, flavors, glycerin, menthol, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum.

**Questions or comments?** 1-866-467-2748

*This product is not manufactured or distributed by Procter & Gamble, distributor of Vicks® Dayquil™ Severe Cold & Flu Honey Flavor.

LOT:  61012XXXLR  **Distributed by:**



UNVARNISHED AREA

EXP:

0  00000 00000  0

---

*Compare to the active ingredients in Vicks® Dayquil™ Severe Cold & Flu Honey Flavor

NDC 0363-6110-12

# DayTime Cold & Flu Relief

**Acetaminophen** - Pain reliever/Fever reducer
Guaifenesin - Expectorant
Phenylephrine HCl - Nasal decongestant
Dextromethorphan HBr - Cough suppressant

• Headache, Fever, Sore Throat, Minor Aches & Pains
• Chest Congestion, Thins & Loosens Mucus
• Nasal Congestion, Sinus Pressure
• Cough

## Honey Flavor
Naturally and Artificially Flavored

**12 FL OZ (354 ml)**

---

**Drug Facts**    DO NOT USE IF IMPRINTED SHRINK BAND IS MISSING OR BROKEN

| **Active ingredients (in each 15 mL)** | **Purpose** |
|---|---|
| Acetaminophen 325 mg......................................................Pain reliever/fever reducer | |
| Dextromethorphan HBr 10 mg............................................Cough suppressant | |
| Guaifenesin 200 mg.........................................................Expectorant | |
| Phenylephrine HCl 5 mg...................................................Nasal decongestant | |

**Uses** temporarily relieves common cold/flu symptoms: • nasal congestion • sinus congestion & pressure • cough due to minor throat & bronchial irritation • minor aches & pains • headache • fever • sore throat • reduces swelling of nasal passages • temporarily restores freer breathing through the nose • promotes nasal and/or sinus drainage • helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if • adult takes more than 4 doses (30 mL each) in 24 hrs, which is the maximum daily amount for this product • child takes more than 4 doses (15 mL each) in 24 hrs, which is the maximum daily amount for this product • taken with other drugs containing acetaminophen • adult has 3 or more alcoholic drinks every day while using this product

**Allergy Alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: • Skin reddening • Blisters • Rash
If a skin reaction occurs, stop use and seek medical help right away

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** • with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. • If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** • liver disease • heart disease • high blood pressure • thyroid disease • diabetes • trouble urinating due to enlarged prostate gland • cough that occurs with too much phlegm (mucus) • persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema ▶



TAMPER EVIDENT: Do not use if printed shrink band is missing or broken

## Drug Facts

**Active ingredients** (in each 15 mL) — **Purpose**

Dextromethorphan HBr 10 mg ............................ Cough suppressant
Guaifenesin 100 mg ............................................ Expectorant
Phenylephrine HCl 5 mg .................................. Nasal decongestant

**Uses**
■ temporarily relieves common cold symptoms:
■ nasal congestion  ■ sinus congestion & pressure
■ cough due to minor throat & bronchial irritation
■ cough to help you sleep  ■ reduces swelling of nasal passages
■ temporarily restores freer breathing through the nose
■ promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
**Do not use** if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease  ■ high blood pressure  ■ thyroid disease

This product is not manufactured or distributed by Procter & Gamble, the distributor of Vicks® DayQuil™ Kids Honey Cold & Cough + Mucus.

**Walgreens**
Compare to the active ingredients in Vicks® DayQuil™ Kids Honey Cold & Cough + Mucus*

**DAYTIME**
## Children's Cold, Cough & Mucus

GUAIFENESIN / EXPECTORANT
PHENYLEPHRINE HCl / NASAL DECONGESTANT
DEXTROMETHORPHAN HBr / COUGH SUPPRESSANT

Acetaminophen Free
+ Honey
• Chest congestion, nasal congestion & cough

Honey naturally & artificially flavored

8 FL OZ (236 mL)

NDC 0363-0235-08

CORNER 0.35"

### Drug Facts (continued)
■ diabetes ■ trouble urinating due to enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis or emphysema

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if**
■ you get nervous, dizzy or sleepless ■ symptoms do not improve within 7 days or occur with a fever ■ cough persists for more than 7 days, comes back or occurs with a fever, rash or persistent headache. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222.

Walgreens Pharmacist Recommended. Our pharmacists recommend the Walgreens brand. We invite you to compare to national brands.
DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD., DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
walgreens.com ©2023 Walgreen Co.
62308WAGLR

PLASTIC BOTTLE   PLASTIC CUP

W3OHG0423-F
ITEM 206909   W00000-0000-0

LOT:

UNVARNISHED AREA

EXP:

3 11917 00697 0

**PEEL BACK HERE·FOR DRUG FACTS ►**



### Drug Facts (continued)
**Directions**
■ take only as directed ■ only use the dose cup provided
■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
■ each 15 mL contains: sodium 12 mg
■ store at room temperature

**Inactive ingredients** anhydrous citric acid, carboxymethyl cellulose sodium, D&C Yellow No. 10, disodium edetate, FD&C Green No. 3, FD&C Red No. 40, FD&C Yellow No. 6, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum.

**Questions or comments?** 1-866-467-2748







**FRONT**
6.75" Width





**Drug Facts**

**Active Ingredients** — **Purpose**
(in each 15 mL)
Dextromethorphan HBr 15 mg .................... Cough suppressant
Doxylamine succinate 6.25 mg .................... Antihistamine
Phenylephrine HCl 5 mg .................... Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms:
■ nasal congestion
■ runny nose, sneezing & pressure
■ cough due to minor throat & bronchial irritation
■ cough to help you sleep
■ runny nose & sneezing
■ reduces swelling of nasal passages
■ temporarily relieves nasal congestion due to the common cold
■ promotes nasal and sinus drainage

**Warnings**
Do not use
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ to make a child sleepy

**Drug Facts (continued)**

Ask a doctor before use if you have ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem or chronic cough that lasts or occurs with asthma, emphysema or chronic bronchitis ■ trouble urinating due to an enlarged prostate gland

Ask a doctor or pharmacist before use if you are taking sedatives or tranquilizers

When using this product ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ alcohol, sedatives and tranquilizers may increase drowsiness ■ be careful when driving a motor vehicle or operating machinery

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ symptoms do not improve within 7 days or occur with a fever ■ cough persists for more than 7 days, comes back or occurs with a fever, rash, or persistent headache. These could be signs of a serious condition.

**Back**

Store between 20-25°C (68-77°F)

PEEL BACK HERE FOR DRUG FACTS ►

---

**BACK**
6.75" Width

**Drug Facts (continued)**

If pregnant or breast-feeding, ask a health professional before use. Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222.

**Directions**
■ Take only as directed ■ Use a dosing device ■ Do not exceed 4 doses in 24 hrs.

| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | consult your physician |
| children under 4 yrs | do not use |

**Other information**
■ each 15 mL contains: sodium 12 mg
■ store at room temperature

**Inactive ingredients** anhydrous citric acid, carboxymethyl cellulose sodium, D&C Yellow No. 10, D&C Yellow No. 6, FD&C Yellow No. 6, flavor, glycerin, propyl gallate, propylene glycol, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum

**Questions or comments?** 1-866-467-2748

## READ ALL WARNINGS AND DIRECTIONS ON CARTON BEFORE USE. KEEP CARTON FOR REFERENCE. DO NOT DISCARD.

### Drug Facts

**Active ingredients (in each packet)** | **Purpose**

Acetaminophen 500 mg ............................ Pain reliever/Fever reducer
Dextromethorphan hydrobromide 20 mg ......... Cough suppressant
Phenylephrine hydrochloride 10 mg .............. Nasal decongestant

**Uses**
- Temporarily relieves these symptoms due to a cold:
  - minor aches and pains • headache • minor sore throat pain • nasal and sinus congestion • cough due to minor throat and bronchial irritation
- Temporarily reduces fever

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 6 packets in 24 hours, which is the maximum daily amount • with other drugs containing acetaminophen • 3 or more alcoholic drinks every day while using this product.
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include • skin reddening • blisters • rash. If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** Severe or persistent sore throat or sore throat accompanied by high fever, headache, nausea, and vomiting may be serious. Consult physician promptly.

**Do not use**
- in a child under 4 years of age • if you are allergic to acetaminophen • with any other drug containing acetaminophen (prescription and nonprescription). Ask a doctor or pharmacist before using with other drugs if you are not sure. • if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains a MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease • heart disease • high blood pressure • thyroid disease
- diabetes • trouble urinating due to an enlarged prostate gland • cough that occurs with too much phlegm (mucus) • cough that lasts or is chronic such as occurs with smoking, asthma or emphysema.

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product**
- do not exceed recommended dosage

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occurs • fever gets worse or lasts more than 3 days
- redness or swelling is present • new symptoms occur
- symptoms do not get better or worsen • pain, cough or nasal congestion gets worse or lasts more than 7 days • cough comes back or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

►

ORG0515-F2

---

### Drug Facts (continued)

**If pregnant or breast-feeding,** ask a health care professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
- **do not use more than directed**
- take every 4 hours; not to exceed 6 packets in 24 hours or as directed by a doctor

| Age | Dose |
|---|---|
| children under 4 years of age | do not use |
| children 4 to under 12 years of age | do not use unless directed by a doctor |
| adults and children 12 years of age and over | one packet |

- dissolve contents of one packet into 8 oz. hot water; sip while hot. Consume entire drink within 10-15 minutes.
- if using a microwave, add contents of one packet to 8 oz. of cool water; stir briskly before and after heating. Do not overheat.

**Other information**
- **each packet contains:** potassium 8 mg, sodium 15 mg, calcium 120 mg.
- **phenylketonurics:** contains phenylalanine 13 mg per packet
- store at controlled room temperature 20-25°C (68-77°F). Protect from excessive heat and moisture.

**Inactive ingredients:**
Acesulfame potassium, anhydrous citric acid, aspartame, calcium phosphate dibasic, caramel, D&C Yellow #10, flavors, maltodextrin, silicon dioxide, sodium citrate, starch, sucrose.

## DO NOT USE IF SEALED PACKET IS TORN OR BROKEN

---

MULTI-SYMPTOM
**Wal-Flu®**
Severe Cold

**Well** at **Walgreens**

WALGREENS PHARMACIST RECOMMENDED®

**NEW**

**Well** at **Walgreens**

WALGREENS PHARMACIST RECOMMENDED®

MULTI-SYMPTOM
# Wal-Flu®
## Severe Cold
### Acetaminophen /
### Pain Reliever / Fever Reducer
### Dextromethorphan HBr /
### Cough Suppressant
### Phenylephrine HCl /
### Nasal Decongestant

**Relieves:**
- Nasal congestion
- Cough
- Body ache
- Sore throat pain
- Headache
- Fever

**GREEN TEA & HONEY LEMON FLAVORS**

Compare to Theraflu® Multi-Symptom Severe Cold active ingredients[a]

**6 PACKETS**

[*] Walgreens Pharmacist Survey Study, November 2014.
[a] This product is not manufactured or distributed by Novartis, owner of the registered trademark Theraflu®.

**Questions or comments?**
1-800-925-4733

**DISTRIBUTED BY: WALGREEN CO.**
200 WILMOT RD., DEERFIELD, IL 60015
*Walgreens*
**100% SATISFACTION GUARANTEED**
walgreens.com  ©2016 Walgreen Co.
MADE IN CANADA

C-3192-30508-6W-1

CONVENIENT RECLOSING TAB



*Walgreens*

DAYTIME · NON-DROWSY

# Cold & Flu

*Walgreens*

Compare to Vicks® DayQuil®
LiquiCaps® active ingredients†

NDC 0363-1167-24

DAYTIME · NON-DROWSY

# Cold & Flu

**ACETAMINOPHEN 325 mg / ACHES / FEVER / SORE THROAT**
**DEXTROMETHORPHAN HBr 10 mg / COUGH**
**PHENYLEPHRINE HCl 5 mg / NASAL CONGESTION**

**MULTI-SYMPTOM**   **LIQUID CAPS**

- Relieves aches, fever, sore throat,
  nasal congestion & cough

24
LIQUID CAPS

ACTUAL SIZE

KEEP OUTER CARTON FOR COMPLETE WARNINGS AND PRODUCT INFORMATION
THIS PRODUCT IS PACKAGED IN A CHILD-RESISTANT AND TAMPER EVIDENT
PACKAGE. USE ONLY IF BLISTERS ARE INTACT.

LOT NO:
EXP DATE

DISTRIBUTED BY: WALGREEN CO.
200 WILMOT RD. DEERFIELD, IL 60015
100% SATISFACTION GUARANTEED
*Walgreens*
walgreens.com   ©2019 Walgreen Co.
MADE IN INDIA

ITEM 5019927   WXX000-0000-0