# Walmart Inc.

## -PE Product Labels –

No Coating Area

COATING FREE AREA

COATING FREE AREA

N.C.    Glue    COATING FREE AREA

## Drug Facts

**Active Ingredients** (in each 5 mL)    **Purpose**
Dextromethorphan HBr 5 mg..............Cough suppressant
Guaifenesin 100 mg...................................Expectorant
Phenylephrine HCl 2.5 mg.................. Nasal decongestant

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive
- temporarily relieves:
  - cough due to minor throat and bronchial irritation as may occur with a cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help your child get to sleep
  - nasal congestion due to a cold
  - stuffy nose

**Warnings**

Do not use in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

Ask a doctor before use if the child has
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- persistent or chronic cough such as occurs with asthma
- cough that occurs with too much phlegm (mucus)

When using this product
- do not use more than directed

Stop use and ask a doctor if
- your child gets nervous, dizzy or sleepless
- symptoms do not get better within 7 days or occur with fever
- cough lasts more than 7 days, comes back, or occurs with fever, rash or persistent headache. These could be signs of a serious illness.

Keep out of reach of children.
In case of overdose, get medical help or contact a Poison Control Center right away.

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor

## Drug Facts (continued)

| Age | Dose |
| --- | --- |
| children 6 years to under 12 years | 10 mL every 4 hours |
| children 4 years to under 6 years | 5 mL every 4 hours |
| children under 4 years | do not use |

- mL= milliliter

**Other information**
- each 5 mL contains: potassium 5 mg, sodium 5 mg
- store between 15-30°C (59-86°F)
- do not refrigerate
- dosing cup provided

**Inactive ingredients** citric acid anhydrous, D&C red #33, dextrose, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, methylparaben, potassium sorbate, propyl gallate, propylene glycol, propylparaben, purified water, saccharin sodium, sodium hydroxide, sorbitol solution, sucralose, xanthan gum

**Questions?** 1-888-287-1915

DISTRIBUTED BY: Wal-Mart Stores, Inc.,
Bentonville, AR 72716
*This product is not manufactured or distributed by Reckitt Benckiser, the distributor of Children's Mucinex® Multi-Symptom Cold.

**KEEP BOX FOR COMPLETE INFORMATION**

DO NOT USE IF SEAL UNDER CAP IMPRINTED WITH
"SEALED FOR YOUR PROTECTION" IS BROKEN OR MISSING



Satisfaction guaranteed –
Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

RECYCLED PAPER BOX    PLASTIC BOTTLE    PLASTIC CUP

*Not recycled in all communities

NDC 49035-715-05

equate™
Compare to Children's Mucinex® Multi-Symptom Cold active ingredients

**children's**
**MULTI-SYMPTOM COLD**

**Dextromethorphan HBr** 5 mg
Cough Suppressant
**Guaifenesin** 100 mg
Expectorant
**Phenylephrine HCl** 2.5 mg
Nasal Decongestant

**AGES 4 to 12 YEARS**



- ☐ Relieves stuffy nose
- ☐ Soothes cough
- ☐ Relieves chest congestion
- ☐ Thins and loosens mucus
- ● Alcohol Free

**Very Berry Flavored**
**4 FL OZ (118 mL)**    Dosage Cup Included

---

equate™
**children's**
**MULTI-SYMPTOM COLD**
AGES 4 to 12 YEARS
**Very Berry Flavored**

---

NDC 49035-715-05

equate™
Compare to Children's Mucinex® Multi-Symptom Cold active ingredients

**children's**
**MULTI-SYMPTOM COLD**

**Dextromethorphan HBr** 5 mg
Cough Suppressant
**Guaifenesin** 100 mg
Expectorant
**Phenylephrine HCl** 2.5 mg
Nasal Decongestant

**AGES 4 to 12 YEARS**



- ☐ Relieves stuffy nose
- ☐ Soothes cough
- ☐ Relieves chest congestion
- ☐ Thins and loosens mucus
- ● Alcohol Free

**Very Berry Flavored**
**4 FL OZ (118 mL)**    Dosage Cup Included

38857

6  81131  07834  4

MFR# 53041
REV 0817



**No Coating Area**

COATING FREE AREA

COATING FREE AREA

N. C. Glue

**Drug Facts** (continued)

Ask a doctor before use if the child has
■ liver disease
■ thyroid disease
■ diabetes
■ heart disease
■ high blood pressure
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if
■ your child is taking the blood thinning drug warfarin

When using this product
■ do not use more than directed

Stop use and ask a doctor if
■ nervousness, dizziness or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.

Keep out of reach of children.

Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
■ this product does not contain directions or complete warnings for adult use
■ do not give more than directed (see Overdose warning)
■ shake well before use
■ do not give more than 5 doses in any 24-hour period
■ if needed, repeat dose every 4 hours while symptoms last
■ do not give more than 5 days unless directed by a doctor
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ Children 6 to under 12 years of age: 10 mL in dosing cup provided.
■ mL = milliliter
■ Children under 6 years of age: do not use.

**Other information**
■ each 10 mL contains: sodium 10 mg
■ store between 15-30°C (59-86°F)
■ do not refrigerate
■ dosing cup provided

**Drug Facts** (continued)

**Inactive ingredients** citric acid anhydrous, edetate disodium, FD&C blue #1, FD&C red #40, flavors, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum.

**Questions or comments?**
1-888-287-1915

DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716
*This product is not manufactured or distributed by Reckitt Benckiser, the distributor of Children's Mucinex® Multi-Symptom Cold & Fever.

KEEP BOX FOR COMPLETE INFORMATION

DO NOT USE IF SEAL UNDER CAP IMPRINTED WITH "SEALED FOR YOUR PROTECTION" IS BROKEN OR MISSING

Satisfaction guaranteed –
Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

**equate™**

**children's**

**MULTI-SYMPTOM COLD & FEVER LIQUID**

**Acetaminophen** 325 mg
Pain Reliever/Fever Reducer

**Dextromethorphan HBr** 10 mg
Cough Suppressant

**Guaifenesin** 200 mg - Expectorant

**Phenylephrine HCl** 5 mg
Nasal Decongestant

**AGES 6 to 12 YEARS**

☐ Relieves nasal and chest congestion
☐ Soothes cough
☐ Reduces fever
☐ Thins and loosens mucus
● Alcohol Free

**Berry Burst Flavored**

**4 FL OZ (118 mL)**   Dosage Cup Included

NDC 49035-772-05

**Drug Facts**

| Active ingredients (in each 10 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
■ temporarily relieves these common cold and flu symptoms:
■ nasal congestion    ■ stuffy nose
■ cough due to minor throat and bronchial irritation
■ the intensity of coughing
■ the impulse to cough to help your child get to sleep
■ minor aches and pains
■ sore throat    ■ headache
■ temporarily reduces fever
■ helps loosen phlegm (mucus) and thin bronchial secretions to drain bronchial tubes and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if your child takes
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen.

**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or vomiting, consult a doctor promptly.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.

MFRM 53041
REV 0017



## Drug Facts

### Active ingredients (in each caplet)

Acetaminophen 325 mg ................................ Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ................................ Cough suppressant
Guaifenesin 200 mg ................................ Expectorant
Phenylephrine HCl 5 mg ................................ Nasal decongestant

**Purpose**

**Uses**
- temporarily relieves these common cold and flu symptoms:
  - headache
  - minor aches and pains
  - cough
  - nasal congestion
  - helps loosen phlegm (mucus) and thin bronchial secretions to make coughs more productive
  - sore throat
- temporarily reduces fever

### Drug Facts (continued)

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product.

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash.
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- thyroid disease
- diabetes
- high blood pressure
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

### Drug Facts (continued)

**Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin.**

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- pain, nasal congestion, or cough gets worse or lasts more than 7 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- cough comes back or occurs with fever, rash, or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
- Do not take more than directed
- take 2 caplets every 4 hours
- swallow whole – do not crush, chew, or dissolve
- do not take more than 10 caplets in 24 hours
- children under 12 years: ask a doctor

| adults and children 12 years and over | take 2 caplets every 4 hours |
| children under 12 years | ask a doctor |

### Other information
- each caplet contains: sodium 3 mg
- store at 25°C (77°F) excursions permitted between 15-30°C (59°-86°F)
- TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN

### Drug Facts (continued)

**Inactive ingredients** corn starch, crospovidone, D&C yellow #10 aluminum lake, flavor, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

**Questions or comments?** 1-888-287-1915

Satisfaction guaranteed – For questions or comments please call 1-888-287-1915.

DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716
*This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Tylenol® Cold + Flu Severe.
50844          REV0902C50308

729665

6 81131 18718 3

B-2203-503A-08-FLU
REV0902C50308

## Equate™

NDC 49035-057-08

**SEVERE**

# Cold & Flu

**Acetaminophen -** Pain Reliever/Fever Reducer
**Dextromethorphan HBr -** Cough Suppressant
**Guaifenesin -** Expectorant
**Phenylephrine HCl -** Nasal Decongestant

Compare to Tylenol® Cold + Flu Severe active ingredients*

**Relieves:**
- Headache & body aches
- Fever & sore throat
- Cough
- Nasal congestion
- Mucus & chest congestion

**24 CAPLETS**

Actual Size

**Equate 44-503A**













## DAY & NIGHT TWIN PACK

**equate™**

MAXIMUM STRENGTH
Daytime
**Sinus Relief**
ACETAMINOPHEN 325mg
Dextromethorphan HBr 10mg
Guaifenesin 200mg
Phenylephrine HCl 5mg

MAXIMUM STRENGTH
Nighttime
**Sinus Relief**
ACETAMINOPHEN 325mg
Dextromethorphan HBr 10mg
Doxylamine succinate 6.25mg
Phenylephrine HCl 5mg

## DAY & NIGHT TWIN PACK

**equate™**

NDC 49035-XXX-XX

Compare to Mucinex® Sinus-Max® Day and Night Maximum Strength Active Ingredients*

**Maximum Strength**

**Fast Dissolving Softgels**

# Sinus Relief

### Day
**ACETAMINOPHEN**
Pain Reliever

**Dextromethorphan HBr**
Cough Suppressant

**Guaifenesin**
Expectorant

**Phenylephrine HCl**
Nasal Decongestant

• Relieves sinus pressure, headache & congestion
• Controls cough
• Thins & loosens mucus

### Night
**ACETAMINOPHEN**
Pain Reliever

**Dextromethorphan HBr**
Cough Suppressant

**Doxylamine succinate**
Antihistamine

**Phenylephrine HCl**
Nasal Decongestant

• Relieves nasal congestion, sinus pressure & pain
• Controls cough
• Relieves runny nose & sneezing

**16 SOFTGELS** (Liquid Filled Capsules)   **24 TOTAL** AGES 12+   **8 SOFTGELS** (Liquid Filled Capsules)

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

**Per 4-hour dose**

Do not take the Daytime and Nighttime softgels at the same time. Do not take more than a total of 12 softgels in a 24-hour period.

Do not take the first dose of the Nighttime softgels sooner than 4 hours after the last dose of the Daytime softgels unless directed by a doctor.

Take only as directed.

Keep carton for complete product information

LOT NO:
EXP DATE:   COATING FREE AREA

6 8111 31 27526 2

---

**Drug Facts**

**Active ingredients (in each Softgel)   Purposes**
**Sinus Daytime**
Acetaminophen 325 mg..........................Pain reliever
Dextromethorphan HBr 10 mg..........Cough suppressant
Guaifenesin 200 mg.................................Expectorant
Phenylephrine HCl 5 mg.....................Nasal decongestant

**Active ingredients (in each Softgel)   Purposes**
**Sinus Nighttime**
Acetaminophen 325 mg..........................Pain reliever
Dextromethorphan HBr 10 mg..........Cough suppressant
Doxylamine succinate 6.25 mg..............Antihistamine
Phenylephrine HCl 5 mg.....................Nasal decongestant

**Uses** ■ temporarily relieves:
■ nasal congestion   ■ headache   ■ cough
■ minor aches and pains   ■ sinus congestion and pressure
■ runny nose and sneezing (Nighttime only)
■ temporarily promotes nasal and/or sinus drainage
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive (Daytime only)

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 softgels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash If a skin reaction occurs, stop use and seek medical help right away.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

Ask a doctor before use if you have
■ liver disease   ■ heart disease   ■ diabetes
■ high blood pressure   ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ glaucoma (Nighttime only)
■ breathing problems such as emphysema or chronic bronchitis (Nighttime only)

**Drug Facts** (continued)
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
Ask a doctor or pharmacist before use if you are
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers (Nighttime only)

When using this product
■ do not use more than directed
■ excitability may occur, especially in children (Nighttime only)
■ marked drowsiness may occur (Nighttime only)
■ alcohol, sedatives, and tranquilizers may increase drowsiness (Nighttime only)
■ avoid alcoholic drinks (Nighttime only)
■ be careful when driving a motor vehicle or operating machinery (Nighttime only)

Stop use and ask a doctor if
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.
If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children.
Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms

**Directions**
■ do not take more than directed (see Overdose warning)
■ do not take more than 12 softgels in any 24-hour period
■ adults and children 12 years of age and older: take 2 softgels every 4 hours
■ children under 12 years of age: do not use

**Other information**
■ store at room temperature 15°-30°C (59°-86°F) and avoid excessive heat

**Inactive ingredients** (Daytime only) FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution, and white ink (Nighttime only) D&C yellow #10, FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution, and white ink

**Questions or comments?** 1-866-947-9915

DISTRIBUTED BY: Walmart Inc. Bentonville, AR 72716
PRODUCT OF CHINA
*This product is not manufactured or distributed by Reckitt Benckiser LLC, owner of the registered trademarks Mucinex® Sinus-Max® Day and Night Maximum Strength.
Satisfaction guaranteed—For questions or comments call 1-800-MINERAL

NP822-99

## DAY & NIGHT TWIN PACK



**MAXIMUM STRENGTH**
Daytime
**Severe Cold & Flu**
ACETAMINOPHEN 325mg
Dextromethorphan HBr 10mg
Guaifenesin 200mg
Phenylephrine HCl 5mg

**MAXIMUM STRENGTH**
Nighttime
**Severe Cold & Flu**
ACETAMINOPHEN 325mg
Dextromethorphen HBr 10mg
Doxylamine succinate 6.25mg
Phenylephrine HCl 5mg

## DAY & NIGHT TWIN PACK



NDC 49035-586-04

**Compare to Mucinex® Fast-Max® Day Severe Cold and Night Cold & Flu Active Ingredients***

**\*\*Per 4-hour dose**

Do not take the Day Severe Cold and Night Cold & Flu softgels at the same time. Do not take more than a total of 12 softgels in a 24-hour period.

Do not take the first dose of the Night Cold & Flu softgels sooner than 4 hours after the last dose of the Day Severe Cold softgels unless directed by a doctor.

Take only as directed.

Keep carton for complete product information

`Maximum Strength**`

**Fast Dissolving Softgels**
# Severe Cold & Flu

## Day Severe Cold

**ACETAMINOPHEN**
Pain Reliever / Fever Reducer
**Dextromethorphan HBr**
Cough Suppressant
**Guaifenesin**
Expectorant
**Phenylephrine HCl**
Nasal Decongestant

- Relieves aches, fever & sore throat
- Controls cough
- Relieves nasal & chest congestion
- Thins & loosens mucus

Actual Size

**16 SOFTGELS**
(Liquid Filled Capsules)

## Night Cold & Flu

**ACETAMINOPHEN**
Pain Reliever / Fever Reducer
**Dextromethorphan HBr**
Cough Suppressant
**Doxylamine succinate**
Antihistamine
**Phenylephrine HCl**
Nasal Decongestant

- Relieves aches, fever & sore throat
- Controls cough
- Relieves nasal congestion
- Relieves runny nose & sneezing

Actual Size

**8 SOFTGELS**
(Liquid Filled Capsules)

**24 TOTAL**
**AGES 12+**



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Check Locally
how2recycle.info

COATED PAPER | MULTI-LAYER
**BOX** | **TRAY**
*Not recycled in all communities

Tamper evident: Do not use if carton is damaged or if printed seal on blister is broken or missing.

DISTRIBUTED BY: Walmart Inc.,
Bentonville, AR 72716
PRODUCT OF CHINA
*This product is not manufactured or distributed by Reckitt Benckiser LLC, owner of the registered trademarks Mucinex® Fast-Max® Day Severe Cold and Night Cold & Flu.

Satisfaction guaranteed – For questions or comments please call 1-888-287-1915.

WM23-00

## Drug Facts

### Active ingredients (in each Softgel)    Purposes
**Daytime Severe Cold**

| | |
|---|---|
| **Acetaminophen 325 mg................Pain reliever/fever reducer** | |
| Dextromethorphan HBr 10 mg.................Cough suppressant | |
| Guaifenesin 200 mg.........................................Expectorant | |
| Phenylephrine HCl 5 mg.....................Nasal decongestant | |

### Active ingredients (in each Softgel)    Purposes
**Nighttime Cold & Flu**

| | |
|---|---|
| **Acetaminophen 325 mg................Pain reliever/fever reducer** | |
| Dextromethorphan HBr 10 mg.................Cough suppressant | |
| Doxylamine succinate 6.25 mg...........................Antihistamine | |
| Phenylephrine HCl 5 mg.....................Nasal decongestant | |

**Uses** ■ temporarily relieves these common cold and flu symptoms:
■ cough    ■ minor aches and pains
■ headache    ■ nasal congestion    ■ sore throat
■ runny nose and sneezing **(Nighttime only)**
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive. **(Daytime only)**
■ controls cough to help you get to sleep **(Nighttime only)**
■ temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take:
■ more than 12 softgels in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks daily while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
**Ask a doctor before use if you have**
■ liver disease    ■ heart disease    ■ diabetes
■ high blood pressure    ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ glaucoma **(Nighttime only)**

## Drug Facts (continued)

■ breathing problems such as emphysema or chronic bronchitis **(Nighttime only)**
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)
**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers **(Nighttime only)**
**When using this product**
■ **do not use more than directed**
■ excitability may occur, especially in children **(Nighttime only)**
■ marked drowsiness may occur **(Nighttime only)**
■ alcohol, sedatives, and tranquilizers may increase drowsiness **(Nighttime only)**
■ avoid alcoholic drinks **(Nighttime only)**
■ be careful when driving a motor vehicle or operating machinery **(Nighttime only)**
**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with rash or headache that lasts. These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
**Overdose warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ **do not take more than directed (see Overdose warning)**
■ do not take more than 12 softgels in any 24-hour period
■ adults and children 12 years of age and older: take 2 softgels every 4 hours
■ children under 12 years of age: do not use

**Other information** ■ store at room temperature 15°-30°C (59°-86°F) and avoid excessive heat.

**Inactive ingredients** (Daytime only) FD&C yellow #6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution, and white ink
(Nighttime only) D&C yellow #10, FD&C blue #1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution, and white ink

**Questions or comments?** 1-888-287-1915



**equate™**

☀ DAYTIME  NON-DROWSY  SEVERE

# Cold & Flu

**Acetaminophen** - Pain Reliever/Fever Reducer
**Dextromethorphan HBr** - Cough Suppressant
**Guaifenesin** - Expectorant
**Phenylephrine HCl** - Nasal Decongestant

**MAXIMUM STRENGTH**

Relief of:
• Headache, fever, sore throat, minor aches and pains
• Nasal/sinus congestion and sinus pressure
• Chest congestion
• Cough

Actual Size

**24 SOFTGELS**

## Drug Facts

**Active ingredients** (in each softgel)  —  **Purpose**
Acetaminophen 325 mg....Pain reliever/fever reducer
Dextromethorphan HBr 13 mg....Cough suppressant
Guaifenesin 200 mg....Expectorant
Phenylephrine HCl 5 mg.........Nasal decongestant

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion & pressure ■ cough due to minor throat & bronchial irritation ■ minor aches & pains ■ headache ■ fever ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

### Warnings

**Liver warning** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 3 softgels in 24 hours, which is the maximum daily amount for this product ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

## Drug Facts (continued)

■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ trouble urinating due to enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are** ■ taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
■ do not exceed 8 softgels per 24 hours

| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

NDC 49035-697-24

**Compare to** Vicks® DayQuil Severe Cold & Flu active ingredients*

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

**DISTRIBUTED BY:** Walmart Inc., Bentonville, AR 72716 PRODUCT OF INDIA *This product is not manufactured or distributed by Procter & Gamble, owner of the registered trademark Vicks® DayQuil® Severe Cold & Flu.

PAPER BOX    MULTILAYER TRAY

0 49035-69511 6

**Drug Facts** (continued)
Questions or comments? 1-888-287-1915

**Other information** ■ do not exceed 25°C (77°F)

**Inactive ingredients** FD&C Yellow # 6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution, titanium dioxide

EXP DATE:
LOT NO

Grape Flavored

6 YEARS AND OLDER
COLD & COUGH
children's
equate™

NDC 49035-082-54

## equate™

### children's
### COLD & COUGH

**Brompheniramine Maleate**
Antihistamine
**Dextromethorphan HBr**
Cough Suppressant
**Phenylephrine HCl**
Nasal Decongestant

**6 YEARS AND OLDER**

**Relief of:**
- ☐ Nasal congestion
- ☐ Runny nose
- ☐ Itchy, watery eyes
- ☐ Coughing, sneezing

■ Alcohol Free

**Grape Flavored**

8 FL OZ (237 mL)

Dosage Cup Included

*Compare to Children's Dimetapp® Cold & Cough active ingredients*

---

NDC 49035-082-54

## equate™

### children's
### COLD & COUGH

**Brompheniramine Maleate**
Antihistamine
**Dextromethorphan HBr**
Cough Suppressant
**Phenylephrine HCl**
Nasal Decongestant

**6 YEARS AND OLDER**

**Relief of:**
- ☐ Nasal congestion
- ☐ Runny nose
- ☐ Itchy, watery eyes
- ☐ Coughing, sneezing

■ Alcohol Free

**Grape Flavored**

8 FL OZ (237 mL)

Dosage Cup Included

*Compare to Children's Dimetapp® Cold & Cough active ingredients*



---

## Drug Facts

**Active ingredients (in each 10 mL)**  **Purposes**
Brompheniramine maleate, USP 2 mg..................Antihistamine
Dextromethorphan HBr, USP 10 mg.............Cough suppressant
Phenylephrine HCl, USP 5 mg..................Nasal decongestant

**Uses**
■ temporarily relieves cough due to minor throat and bronchial irritation occurring with a cold, and nasal congestion due to the common cold, hay fever or other upper respiratory allergies
■ temporarily relieves these symptoms due to hay fever palargic rhinitis:
   ■ runny nose
   ■ sneezing
   ■ itchy, watery eyes
   ■ itching of the nose or throat
■ temporarily restores freer breathing through the nose

**Warnings**
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ to make a child sleepy

**Ask a doctor before use if you have**
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem such as emphysema or chronic bronchitis
■ cough that lasts or is chronic such as occurs with smoking, asthma or emphysema

**Ask a doctor or pharmacist before use if you are taking**
sedatives or tranquilizers

**When using this product**
■ do not use more than directed
■ may cause marked drowsiness
■ avoid alcoholic beverages
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ be careful when driving a motor vehicle or operating machinery
■ excitability may occur, especially in children

**Stop use and ask a doctor if**
■ you get nervous, dizzy, or sleepless
■ symptoms do not get better within 7 days or are accompanied by fever
■ cough lasts for more than 7 days, comes back, or is accompanied by fever, rash, or persistent headache. A persistent cough may be a sign of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222).

---

## Drug Facts (continued)

**Directions**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosage cup provided
■ keep dosage cup with product
■ mL = milliliter

| age | dose |
|---|---|
| adults and children 12 years and over | 20 mL every 4 hours |
| children 6 to under 12 years | 10 mL every 4 hours |
| children under 6 years | do not use |

**Other information**
■ each 10 mL contains: sodium 4 mg
■ store at 20°-25°C (68°-77°F)

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C blue no. 1, FD&C red no. 40, flavor, glycerin, propylene glycol, purified water, saccharin sodium, sodium benzoate, sorbitol solution

**Questions or comments?** 1-888-287-1915

**DISTRIBUTED BY: Wal-Mart Stores, Inc.,**
**Bentonville, AR 72716**
*This product is not manufactured or distributed by Wyeth LLC, owner of the registered trademark Dimetapp®.

**DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING**

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or concerns or to report an undesired reaction or side effect, please call 1-888-287-1915.

**Gluten-Free**



**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

Discard Seal & Cap

PAPER BOX | PLASTIC BOTTLE | PLASTIC CUP

how2recycle.info

---

6  81131 18402  1

LOT NO.

EXP.





COATING FREE AREA

No Coating Area

**Drug Facts** (continued)

Ask a doctor before use if the child has
■ liver disease
■ thyroid disease
■ diabetes
■ heart disease
■ high blood pressure
■ glaucoma
■ a breathing problem such as chronic bronchitis
■ persistent or chronic cough such as occurs with asthma
■ cough that occurs with too much phlegm (mucus)

Ask a doctor or pharmacist before use if your child
is taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

When using this product
■ do not use more than directed (see Overdose warning)
■ excitability may occur, especially in children
■ marked drowsiness may occur
■ sedatives and tranquilizers may increase drowsiness

Stop use and ask a doctor if
■ nervousness, dizziness or sleeplessness occur
■ pain, nasal congestion or cough gets worse or lasts more than 5 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back, or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

Keep out of reach of children.

Overdose warning: Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical even if you do not notice any signs or symptoms.

**Directions**
■ this product does not contain directions or complete warnings for adult use
■ do not give more than directed (see Overdose warning)
■ shake well before use
■ do not give more than 5 doses in any 24-hour period
■ if needed, repeat dose every 4 hours while symptoms last
■ do not give more than 5 days unless directed by a doctor
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor
■ mL = milliliter
■ Children 6 to under 12 years of age: 10 mL in dosing cup provided.
■ Children under 6 years of age: do not use.

COATING FREE AREA

No Coating Area

N.C.    Glue

**Drug Facts** (continued)

**Other information**
■ each 10 mL contains: sodium 10 mg
■ store between 15-30°C (59-86°F)
■ do not refrigerate
■ dosing cup provided

**Inactive ingredients** citric acid anhydrous, edetate disodium, FD&C blue #1, FD&C red #40, flavor, glycerin, propylene glycol, propyl gallate, purified water, sodium benzoate, sodium citrate, sorbitol, sucralose, xanthan gum.

**( Questions or comments?**
1-888-287-1915

DISTRIBUTED BY: Wal-Mart Stores, Inc.,
Bentonville, AR 72716
*This product is not manufactured or distributed by Reckitt Benckiser, the distributor of Children's Mucinex® Nighttime Multi-Symptom Cold.

Do not give both products (daytime & nighttime) at the same time or give more than 5 doses in total in any 24-hour period.

KEEP BOX FOR
COMPLETE INFORMATION

DO NOT USE IF SEAL UNDER CAP IMPRINTED WITH
"SEALED FOR YOUR PROTECTION" IS BROKEN OR MISSING

Satisfaction guaranteed –
Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

PLASTIC BOTTLE    PLASTIC CUP

NDC 49035-623-05

equate™

children's

**MULTI-SYMPTOM COLD**
NIGHTTIME

**Acetaminophen** 325 mg
Pain Reliever/Fever Reducer
**Diphenhydramine HCl** 12.5 mg
Antihistamine/Cough Suppressant
**Phenylephrine HCl** 5 mg
Nasal Decongestant

**AGES 6 to 12 YEARS**

□ Relieves headache and fever
□ Soothes cough
□ Relieves nasal congestion
□ Relieves runny nose and sneezing

**Mixed Berry Flavored**

4 FL OZ (118 mL)    Dosage Cup Included

38157

Not For Individual Retail Sale.

MFRM 53041
REV 0817

equate™

children's

**MULTI-SYMPTOM COLD** NIGHTTIME
AGES 6 to 12 YEARS
Mixed Berry Flavored

**Drug Facts**

| Active ingredients (in each 10 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Diphenhydramine HCl 12.5 mg | Antihistamine/ cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses**
■ temporarily relieves these common cold and flu symptoms:
• cough  • sore throat    • nasal congestion
• runny nose           • minor aches and pains
• headache    • sinus congestion and pressure
• sneezing
■ temporarily reduces fever
■ controls cough to help your child get to sleep

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if your child takes
■ more than 5 doses in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen

Allergy alert: acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening  ■ blisters  ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea or vomiting, consult a doctor promptly.

Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ to make a child sleepy
■ with any other product containing diphenhydramine, even one used on the skin
■ in a child who is taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your child's prescription drug contains an MAOI, ask a doctor or pharmacist before giving this product.



NDC 49035-076-40

## equate™

*Compare to Vicks® DayQuil® Severe active ingredients*

**NON-DROWSY**
**DAYTIME**  **SEVERE**

# Cold & Flu

Pain Reliever, Fever Reducer,
Cough Suppressant, Expectorant,
Nasal Decongestant

## MAXIMUM STRENGTH

### Daytime Relief

- **Acetaminophen** – Headache, fever, sore throat, minor aches & pains
- **Dextromethorphan HBr** – Cough
- **Guaifenesin** – Chest congestion
- **Phenylephrine HCl** – Nasal/sinus congestion & sinus pressure

Alcohol Free

## 12 FL OZ (355mL)

: L0340 2E F4

---

**PARENTS:** Learn about teen medicine abuse

**DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING**

www.StopMedicineAbuse.org

164152 ✱d

### Drug Facts

| Active ingredients (in each 15 mL) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves common cold/flu symptoms: ■ sinus congestion and pressure ■ nasal congestion ■ minor aches and pains ■ headache ■ sore throat ■ fever ■ cough due to minor throat and bronchial irritation ■ reduces swelling of nasal passages ■ promotes nasal and/or sinus drainage ■ temporarily restores freer breathing through the nose ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if ■ adult takes more than 4,000 mg of acetaminophen in 24 hours ■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen ■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

◀

**PEEL BACK AT CORNER FOR MORE INFORMATION**

: L0340 2E B1

---

### Drug Facts
(continued)

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**ADHESIVE AREA**
**NO VARNISH • NO TYPE**

---

### Drug Facts
(continued)

When using this product do not use more than directed

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 5 days (children) or 7 days (adults) ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed – see Overdose warning ■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| adults & children | 30 mL every 4 hrs |

**ADHESIVE AREA**
**NO VARNISH • NO TYPE**



**ADH**

**NO COATING •**

Ask a doctor before use if you have
■ liver disease  ■ heart disease
■ high blood pressure
■ thyroid disease  ■ diabetes
■ cough that occurs with too much
phlegm (mucus)
■ trouble urinating due to an
enlarged prostate gland
■ persistent or chronic cough such
as occurs with smoking, asthma,
chronic bronchitis, or emphysema

Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug
warfarin

◄

**NO COATIN**

| | |
|---|---|
| 12 yrs & over | |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 15 mL contains:
sodium 6 mg  ■ store at 20-25°C (68-77°F).
Do not refrigerate.

**Inactive ingredients**
butylated hydroxyanisole, edetate disodium,
FD&C yellow #6, flavor, glycerin, menthol,
monobasic sodium phosphate, polyethylene
glycol, propylene glycol, purified water,
saccharin sodium, sucrose, xanthan gum

**Questions?**
1-888-287-1915

DISTRIBUTED BY: Walmart Inc.,
Bentonville, AR 72716
*This product is not manufactured or
distributed by The Procter & Gamble
Company, owner of the registered
trademark Vicks® DayQuil®.



**equate™**

Compare to
Vicks® DayQuil®
Cold & Flu active
ingredients*

NDC 49035-726-40

☀ **DAYTIME**  **NON-DROWSY**  **ALCOHOL FREE**

# Cold & Flu

Pain Reliever, Fever Reducer, Cough
Suppressant, Nasal Decongestant

**Multi-Symptom Relief**

• **Acetaminophen** –
  Aches, fever

• **Dextromethorphan HBr** –
  Cough

• **Phenylephrine HCl** –
  **Nasal congestion**

Antihistamine-Free

## 12 FL OZ (355mL)

: 65640 2E FS

---

DO NOT USE IF PRINTED NECKBAND IS
BROKEN OR MISSING

164152

**PARENTS:**
Learn about teen medicine abuse
www.StopMedicineAbuse.org

### Drug Facts

| **Active ingredients** (in each 15 mL) | **Purpose** |
|---|---|
| Acetaminophen 325 mg | Pain reliever/ fever reducer |
| Dextromethorphan HBr 10 mg | Cough suppressant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms:
■ cough due to minor throat and bronchial irritation
■ nasal congestion   ■ minor aches and pains
■ sore throat   ■ headache   ■ fever

**Warnings**
Liver warning: This product contains acetaminophen.
Severe liver damage may occur if   ■ adult takes more
than 4,000 mg of acetaminophen in 24 hours   ■ child
takes more than 5 doses in 24 hours   ■ taken with other
drugs containing acetaminophen   ■ adult has 3 or more
alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin
reactions. Symptoms may include:   ■ skin reddening
■ blisters   ■ rash
If a skin reaction occurs,
stop use and seek
medical help right away.

◄

PEEL BACK AT
CORNER FOR MORE
INFORMATION       : 65640 2E B1

---

### Drug Facts
(continued)

Sore throat warning: If sore throat
is severe, persists for more than 2 days,
is accompanied or followed by fever,
headache, rash, nausea, or vomiting,
consult a doctor promptly.

**Do not use**   ■ with any other drug
containing acetaminophen (prescription
or nonprescription). If you are not sure
whether a drug contains acetaminophen,
ask a doctor or pharmacist.
■ if you are now taking a prescription
monoamine oxidase inhibitor (MAOI)
(certain drugs for depression,
psychiatric, or emotional conditions, or
Parkinson's disease), or for 2 weeks
after stopping the MAOI drug. If you do
not know if your prescription drug
contains an MAOI, ask a doctor or
pharmacist before taking this product.
■ if you have ever had an allergic
reaction to this product or any of its
ingredients

---

### Drug Facts
(continued)

**Stop use and ask a doctor if**   ■ you get
nervous, dizzy or sleepless   ■ pain, nasal
congestion or cough gets worse or lasts more than
5 days (children) or 7 days (adults)   ■ fever gets
worse or lasts more than 3 days   ■ redness or
swelling is present   ■ new symptoms occur
■ cough comes back or occurs with rash or headache
that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health
professional before use.
Keep out of reach of children. Overdose warning:
In case of overdose, get medical help or contact a
Poison Control Center right away (1-800-222-1222).
Quick medical attention is critical for adults as well as
for children even if you do not notice any signs
or symptoms.

**Directions**   ■ take only as directed – see
Overdose warning   ■ only use the dose cup
provided   ■ do not exceed 4 doses per 24 hrs

| adults & children 12 yrs & over | 30 mL every 6 hrs |
|---|---|
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |

ADHESIVE AREA • NO VARNISH • NO TYPE



**ADI NO COATING •**

**NO COAT.**

Ask a doctor before use if you have
■ liver disease    ■ heart disease
■ high blood pressure
■ thyroid disease    ■ diabetes
■ trouble urinating due to an
enlarged prostate gland    ■ cough
that occurs with too much phlegm
(mucus)    ■ persistent or chronic
cough such as occurs with smoking,
asthma, or emphysema

Ask a doctor or pharmacist before
use if you are taking the blood
thinning drug warfarin

**When using
this
product
do not use
more than
directed**
◄

| children 2 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 15 mL contains:
sodium 7 mg   ■ store at 20-25°C (68-77°F)

**Inactive ingredients** butylated hydroxyanisole,
edetate disodium, FD&C yellow no. 6, flavor,
glycerin, menthol, monobasic sodium phosphate,
polyethylene glycol, propylene glycol, purified
water, saccharin sodium, sucrose, xanthan gum

**Questions?** 1-888-287-1915

Satisfaction guaranteed – For questions
or comments please call 1-888-287-1915.

**DISTRIBUTED BY:**
Walmart Inc.,
Bentonville, AR 72716
*This product is not
manufactured or
distributed by The
Procter & Gamble
Company, owner of the
registered trademarks
Vicks® and DayQuil®.





**Nighttime Cold & Flu**

## Drug Facts

**Active ingredients (in each 30 mL)** — **Purpose**
Acetaminophen 650 mg .................................................. Pain reliever/fever reducer
Dextromethorphan HBr 30 mg ........................................ Cough suppressant
Doxylamine succinate 12.5 mg ........................................ Antihistamine

**Uses** temporarily relieves common cold/flu symptoms:
■ cough due to minor throat and bronchial irritation
■ sore throat    ■ headache    ■ minor aches and pains
■ fever    ■ runny nose and sneezing

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
■ liver disease    ■ glaucoma
■ cough that occurs with too much phlegm (mucus)
■ a breathing problem such as emphysema or chronic bronchitis
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema
■ a sodium-restricted diet

Ask a doctor or pharmacist before use if you are
■ taking sedatives or tranquilizers    ■ taking the blood thinning drug warfarin

When using this product
■ excitability may occur, especially in children
■ marked drowsiness may occur    ■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery
■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if
■ pain or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ take only as directed – see Overdose warning
■ only use the dose cup provided    ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
■ each 30 mL contains: sodium 39 mg
■ store at 20-25°C (68-77°F)

**Inactive ingredients** alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

**Questions or comments?** 1-888-287-1915

---

**Daytime Cold & Flu**

## Drug Facts

**Active ingredients (in each 15 mL)** — **Purpose**
Acetaminophen 325 mg .................................................. Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ........................................ Cough suppressant
Phenylephrine HCl 5 mg ................................................ Nasal decongestant

**Uses**
■ temporarily relieves common cold/flu symptoms:
■ nasal congestion    ■ cough due to minor throat and bronchial irritation
■ sore throat    ■ headache    ■ minor aches and pains    ■ fever

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if
■ adult takes more than 4,000 mg of acetaminophen in 24 hours
■ child takes more than 5 doses in 24 hours
■ taken with other drugs containing acetaminophen
■ adult has 3 or more alcoholic drinks every day while using this product
Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening    ■ blisters    ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have
■ liver disease    ■ heart disease    ■ high blood pressure
■ thyroid disease    ■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if
■ you get nervous, dizzy or sleepless
■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts.
These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ take only as directed – see Overdose warning
■ only use the dose cup provided    ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL, every 4 hrs |
| children 6 to under 12 yrs | 15 mL, every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information**
■ each 15 mL contains: sodium 7 mg    ■ store at 20-25°C (68-77°F)

**Inactive ingredients** butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions or comments?** 1-888-287-1915

---

equate™

**DAYTIME**    **NON-DROWSY**
**ALCOHOL FREE**

# Cold & Flu

Pain Reliever, Fever Reducer, Cough Suppressant, Nasal Decongestant

Multi-Symptom Relief