# Walmart Inc.

## -PE Product Labels –

### -continued









Ask a doctor before use if you have
- liver disease ■ heart disease
- high blood pressure
- thyroid disease ■ diabetes
- cough that occurs with too much phlegm (mucus)
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- a sodium-restricted diet

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

children 4 to under 12 yrs | ask a doctor
children under 4 yrs | do not use

**Other information** ■ each 30 mL contains: sodium 41 mg ■ store at 20-25°C (68-77°F). Do not refrigerate.

**Inactive ingredients** alcohol, anhydrous citric acid, D&C yellow #10, edetate disodium, FD&C blue #1, flavor, glycerin, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium benzoate, sodium chloride, sodium citrate, sorbitol solution, sucralose

**Questions?** 1-888-287-1915

Satisfaction guaranteed – For questions or comments please call 1-888-287-1915.
DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716
*This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademarks Vicks® and DayQuil®.





## Nighttime SEVERE+ Vapor Ice™ Cold & Flu

**Drug Facts**

**Active ingredients (in each caplet)** — **Purpose**
- Acetaminophen 325 mg ......... Pain reliever/fever reducer
- Dextromethorphan HBr 10 mg ......... Cough suppressant
- Doxylamine succinate 6.25 mg ......... Antihistamine
- Phenylephrine HCl 5 mg ......... Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ liver disease ■ heart disease ■ diabetes ■ high blood pressure ■ thyroid disease ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem such as emphysema or chronic bronchitis ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ trouble urinating due to an enlarged prostate gland

Ask a doctor or pharmacist before use if you are ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

When using this product ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed - see overdose warning
■ do not exceed 8 caplets per 24 hrs

| adults & children 12 yrs & over | 2 caplets with water every 4 hrs |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ store at 20-25°C (68-77°F)

**Inactive ingredients** crospovidone, D&C yellow #10 aluminum lake, FD&C blue #1 aluminum lake, FD&C blue #2 aluminum lake, FD&C yellow #6 aluminum lake, flavor, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, propylene glycol, silicon dioxide, stearic acid, sucralose, talc, titanium dioxide

Questions or comments? 1-888-287-1915

## Daytime SEVERE+ Vapor Ice™ Cold & Flu

**Drug Facts**

**Active ingredients (in each caplet)** — **Purpose**
- Acetaminophen 325 mg ......... Pain reliever/fever reducer
- Dextromethorphan HBr 10 mg ......... Cough suppressant
- Guaifenesin 200 mg ......... Expectorant
- Phenylephrine HCl 5 mg ......... Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms: ■ fever ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ headache ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ minor aches and pains ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ promotes nasal and/or sinus drainage

**Warnings**
Liver warning: This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

Allergy alert: Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

Sore throat warning: If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

Do not use ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

Ask a doctor before use if you have ■ thyroid disease ■ diabetes ■ liver disease ■ heart disease ■ high blood pressure ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

Ask a doctor or pharmacist before use if you are taking the blood thinning drug warfarin

When using this product do not use more than directed

Stop use and ask a doctor if ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

If pregnant or breast-feeding, ask a health professional before use.
Keep out of reach of children. Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed - see overdose warning
■ do not exceed 8 caplets per 24 hrs

| adults & children 12 yrs & over | 2 caplets with water every 4 hrs |
|---|---|
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each caplet contains: sodium 3 mg ■ store at 20-25°C (68-77°F)

**Inactive ingredients** croscarmellose sodium, crospovidone, FD&C yellow #6 aluminum lake, flavor, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, propylene glycol, silicon dioxide, stearic acid, sucralose, talc, titanium dioxide

Questions or comments? 1-888-287-1915

---

52L90 2E C1

DO NOT USE IF BLISTER UNIT IS BROKEN OR TORN

PAPER BOX MULTILAYER TRAY — how2recycle.info

6 81131 37867 3    164152

**PARENTS:** Learn about teen medicine abuse
www.StopMedicineAbuse.org







Case 1:23-md-03089-BMC   Document 200-24   Filed 05/03/24   Page 11 of 17 PageID #: 3309





**PARENTS:** Learn about teen medicine abuse www.StopMedicineAbuse.org

DO NOT USE IF PRINTED NECKBAND IS BROKEN OR MISSING

Gluten-Free

# equate™

## Non-Drowsy
## DayTime

**Cold & Flu** — Pain Reliever, Fever Reducer, Cough Suppressant, Nasal Decongestant

**Multi-Symptom Relief**
- Aches, fever – **Acetaminophen**
- Cough – **Dextromethorphan HBr**
- Nasal congestion – **Phenylephrine HCl**

Alcohol Free and Antihistamine Free

**12 FL OZ (355 mL)**

## NiteTime

SEE NEW WARNINGS

NDC 49035-733-02

Compare to DayQuil® Cold & Flu & NyQuil® Cold & Flu Active Ingredients*

**Cold & Flu** — Pain Reliever, Fever Reducer, Cough Suppressant, Antihistamine

**Multi-Symptom Relief**
- Aches, fever – **Acetaminophen**
- Cough – **Dextromethorphan HBr**
- Sneezing, runny nose – **Doxylamine Succinate**

10% ALCOHOL

**12 FL OZ (355 mL)**

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments please call **1-888-287-1915**.

DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716
*These products are not manufactured or distributed by Procter & Gamble, distributor of DayQuil® Cold & Flu and NyQuil® Cold & Flu.

**Drug Facts** (continued)
**Inactive Ingredients:** butylated hydroxyanisole, edetate disodium, FD&C yellow no. 6, flavor, glycerin, menthol, monobasic sodium phosphate, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sucrose, xanthan gum

**Questions or comments?** 1-888-287-1915

**Drug Facts** (continued)
**Inactive Ingredients:** alcohol, anhydrous citric acid, FD&C blue no. 1, FD&C red no. 40, flavor, high fructose corn syrup, polyethylene glycol, propylene glycol, purified water, saccharin sodium, sodium citrate

**Questions or comments?** 1-888-287-1915

## Drug Facts — Nighttime Cold & Flu

**Active ingredients (in each 30 mL)** — **Purpose**
Acetaminophen 650 mg ............................................................................................................. Pain reliever/fever reducer
Dextromethorphan HBr 30 mg .................................................................................................. Cough suppressant
Doxylamine succinate 12.5 mg .................................................................................................. Antihistamine

**Uses** temporarily relieves common cold/flu symptoms: ■ cough due to minor throat and bronchial irritation ■ sore throat ■ headache ■ minor aches and pains ■ fever ■ runny nose and sneezing

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash  If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ glaucoma
■ cough that occurs with too much phlegm (mucus) ■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis
■ persistent or chronic cough as occurs with smoking, asthma, or emphysema ■ a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product** ■ excitability may occur, especially in children ■ marked drowsiness may occur
■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery
■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ pain or cough gets worse or lasts more than 7 days
■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed — see Overdose warning
■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 6 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

◀ **Other information** ■ each 30 mL contains: sodium 39 mg ■ store at 20-25°C (68-77°F)

---

## Drug Facts — Daytime Cold & Flu

**Active ingredients (in each 15 mL)** — **Purpose**
Acetaminophen 325 mg ............................................................................................................. Pain reliever/fever reducer
Dextromethorphan HBr 10 mg .................................................................................................. Cough suppressant
Phenylephrine HCl 5 mg ............................................................................................................. Nasal decongestant

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ cough due to minor throat and bronchial irritation ■ sore throat ■ headache ■ minor aches and pains ■ fever ■ nasal congestion

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if
■ adult takes more than 4,000 mg of acetaminophen in 24 hours
■ child takes more than 5 doses in 24 hours ■ taken with other drugs containing acetaminophen
■ adult has 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash  If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ thyroid disease ■ high blood pressure
■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus)
■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ diabetes

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless
■ pain, nasal congestion or cough gets worse or lasts more than 5 days (children) or 7 days (adults)
■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions** ■ take only as directed — see Overdose warning
■ only use the dose cup provided ■ do not exceed 4 doses per 24 hrs

| | |
|---|---|
| adults & children 12 yrs & over | 30 mL every 4 hrs |
| children 6 to under 12 yrs | 15 mL every 4 hrs |
| children 4 to under 6 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each 15 mL contains: sodium 7 mg ■ store at 20-25°C (68-77°F) ▶



CONVENIENT RECLOSING TAB

**DO NOT USE IF PRINTED PACKETS ARE TORN OR PUNCTURED**

## Drug Facts

| Active Ingredients (In each packet) | Purposes |
|---|---|
| Acetaminophen 500 mg | Pain reliever/fever reducer |
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

### Uses
- temporarily relieves these symptoms due to a cold:
  - minor aches and pains
  - minor sore throat pain
  - headache
  - nasal and sinus congestion
  - cough due to minor throat and bronchial irritation
- temporarily reduces fever

### Warnings
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- more than 4,000 mg of acetaminophen in 24 hours
- with other drugs containing acetaminophen
- 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- skin reddening
- blisters
- rash

If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use**
- in a child under 12 years of age
- if you have ever had an allergic reaction to this product or any of its ingredients
- with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- liver disease
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- cough that occurs with too much phlegm (mucus)
- cough that lasts or is chronic such as occurs with smoking, asthma, or emphysema
- a sodium-restricted diet

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product** do not exceed recommended dosage

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occurs
- fever gets worse or lasts more than 3 days
- redness or swelling is present
- new symptoms occur
- pain, cough or nasal congestion gets worse or lasts more than 7 days
- cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children. Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. ▶

## Drug Facts (continued)

**Directions** ■ do not use more than directed (see overdose warning)
- take every 4 hours, while symptoms persist. Do not take more than 6 packets in 24 hours unless directed by a doctor.

| Age | Dose |
|---|---|
| adults and children 12 years of age and over | one packet |
| children under 12 years of age | do not use |

- dissolve contents of one packet into 8 oz. hot water: sip while hot. Consume entire drink within 10-15 minutes.
- if using a microwave, add contents of one packet to 8 oz. of cool water: stir briskly before and after heating. Do not overheat.

### Other Information
- **each packet contains:** potassium 10 mg and sodium 25 mg
- **phenylketonurics:** contains phenylalanine 22 mg per packet
- store at 20-25°C (68-77°F). Protect product from heat and moisture.

**Inactive Ingredients** acesulfame potassium, anhydrous citric acid, aspartame, colloidal silicon dioxide, D&C yellow #10, FD&C blue #1, FD&C red #40, flavors, maltodextrin, pregelatinized starch, sodium citrate, sucrose, tribasic calcium phosphate

**Questions or comments?**
1-888-287-1915



Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915**.

DISTRIBUTED BY: Wal-Mart Stores, Inc., Bentonville, AR 72716
PRODUCT OF MEXICO
*This product is not manufactured or distributed by Novartis Consumer Health, Inc., distributor of Theraflu® Multi-Symptom Severe Cold.

**OPEN OTHER END**


164152





