# Walmart Inc.

## – PE Product Labels –

### -continued



**Drug Facts**

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg... | Pain reliever/fever reducer |
| Dextromethorphan HBr 10 mg... | Cough suppressant |
| Doxylamine succinate 6.25 mg... | Antihistamine |
| Phenylephrine HCl 5 mg... | Nasal decongestant |

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ cough to help you sleep ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ runny nose and sneezing ■ reduces swelling of nasal passages ■ temporarily restores free breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem such as emphysema or chronic bronchitis ■ persistent or chronic cough such as occurs with smoking, asthma, or emphysema ■ trouble urinating due to an enlarged prostate gland

**Ask a doctor or pharmacist before use if you are**
■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin

**When using this product** ■ do not use more than directed ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Drug Facts (continued)**

**Directions** ■ take only as directed – see overdose warning ■ do not exceed 8 caplets per 24 hrs

| | |
|---|---|
| adults & children 12 yrs. & over | 2 caplets with water every 4 hrs |
| children 6 to under 12 yrs. | ask a doctor |
| children under 6 yrs. | do not use |

**Drug Facts (continued)**

**Inactive ingredients:** crospovidone, D&C yellow #10 aluminum lake, FD&C blue #1 aluminum lake, FD&C blue #2 aluminum lake, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, propylene glycol, silicon dioxide, stearic acid, sucralose, talc, titanium dioxide

**Questions or comments?** 1-888-287-1915

---

equate™  NIGHTTIME  SEVERE+  **VAPOR ICE™** Cold & Flu

NDC 49035-708-62

equate™

NIGHTTIME  SEVERE+

Compare to Vicks® NyQuil® Severe+ VapoCOOL™ Active Ingredients*

**VAPOR ICE™**

**Cold & Flu**

**Acetaminophen** – Pain Reliever/Fever Reducer
**Phenylephrine HCl** – Nasal Decongestant
**Doxylamine Succinate** – Antihistamine
**Dextromethorphan HBr** – Cough Suppressant

**Relief of:**
• Minor aches & pains, fever
• Nasal congestion & sinus pressure
• Sneezing, runny nose
• Cough

Alcohol-Free          Actual Size

**24 CAPLETS**

**PARENTS:** Learn about teen medicine abuse.
www.StopMedicineAbuse.org

Store at 20-25°C (68-77°F).

DO NOT USE IF BLISTER UNIT IS BROKEN OR TORN

distributed by Walmart Inc., Bentonville, AR 72716
*This product is not manufactured or distributed by The Procter & Gamble Company, owner of the registered trademarks Vicks® and NyQuil®.

How to recycle this carton: RECYCLED PAPERBOARD

72V62 2E C1



**Drug Facts**

**Active ingredients (in each caplet)** — **Purpose**
Acetaminophen 325 mg .............................................. Pain reliever/fever reducer
Dextromethorphan HBr 10 mg ................................................ Cough suppressant
Guaifenesin 200 mg .................................................................... Expectorant
Phenylephrine HCl 5 mg ..................................................... Nasal decongestant

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion and pressure ■ cough due to minor throat and bronchial irritation ■ minor aches and pains ■ headache ■ fever ■ sore throat ■ reduces swelling of nasal passages ■ temporarily restores freer breathing through the nose ■ promotes nasal and/or sinus drainage ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist. ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product. ■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ trouble urinating due to an enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin

**When using this product do not use more than directed**

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ fever gets worse or lasts more than 3 days ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** Overdose warning: In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222). Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Drug Facts (continued)**

**Directions**
■ take only as directed — use on overdose warning
■ do not take more than 4 caplets in 24 hours
■ do not take more than 6 caplets per 24 hours

| adults & children 12 yrs & over | 2 caplets with water every 4 hrs |
| children 4 to under 12 yrs | ask a doctor |
| children under 4 yrs | do not use |

**Other information** ■ each caplet contains sodium 7.3 mg ■ store at 20-25°C (68-77°F)

**Inactive ingredients** croscarmellose sodium, crospovidone, FD&C yellow #6 aluminum lake, flavor, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, pregelatinized starch, propylene glycol, silicon dioxide, stearic acid, sucralose, talc, titanium dioxide

**Questions or comments?** 1-888-287-1915

equate™
DAYTIME  NON-DROWSY  SEVERE+
VAPOR ICE™  Cold & Flu

equate™
NDC 49035-815-62

DAYTIME  NON-DROWSY  SEVERE+

VAPOR ICE™
Cold & Flu

Compare to Vicks® DayQuil® Severe+ VapoCOOL™ Active Ingredients*

**Acetaminophen** – Pain Reliever/Fever Reducer
**Phenylephrine HCl** – Nasal Decongestant
**Dextromethorphan HBr** – Cough Suppressant
**Guaifenesin** – Expectorant

**Relief of:**
• Minor aches & pains, fever
• Nasal congestion & sinus pressure
• Cough
• Chest congestion

**Alcohol-Free and Antihistamine-Free**

Actual Size

**24 CAPLETS**

PARENTS:
Learn how to use medicine safely.
www.StopMedicineAbuse.org
DO NOT GIVE IF BLISTER UNIT IS BROKEN OR TORN

35C02 2E C1



**FRONT**

equate

NDC 0905-74-35

Compare to Mucinex® Fast-Max® Severe Congestion & Cough Active Ingredients*

**Maximum Strength**

## Mucus Relief

**Severe Congestion & Cough**

Dextromethorphan HBr – Cough Suppressant
Guaifenesin – Expectorant
Phenylephrine HCl – Nasal Decongestant

- Helps control cough
- Relieves nasal and chest congestion
- Thins & loosens mucus

**For Ages 12+**

**9** FL OZ (266 mL)

---

**Drug Facts**

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
- helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
- temporarily relieves
  - cough due to minor throat and bronchial irritation as may occur with a cold or inhaled irritants
  - the intensity of coughing
  - the impulse to cough to help you get to sleep
  - nasal congestion due to a cold

Tamper evident: do not use if printed seal under cap is broken or missing.

*Maximum Strength per 4 hour dose.

---

**Drug Facts** (continued)

**Warnings**

**Do not use**
- for children under 12 years of age
- if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
- heart disease
- high blood pressure
- thyroid disease
- diabetes
- trouble urinating due to an enlarged prostate gland
- persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
- cough that occurs with too much phlegm (mucus)

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
- nervousness, dizziness, or sleeplessness occur
- symptoms do not get better within 7 days or occur with fever
- cough comes back, or occurs with rash or persistent headache. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away 1-800-222-1222.

**Directions**
- do not take more than 6 doses in any 24-hour period
- measure only with dosing cup provided
- do not use dosing cup with other products
- dose as follows or as directed by a doctor
- mL = milliliter
- **Adults and children 12 years of age and older:** 20 mL as dosing cup provided every 4 hours.
- **Children under 12 years of age:** do not use

---

**Drug Facts** (continued)

**Other information**
- each 20 mL contains: **sodium 8 mg**
- store between 20–25°C (68–77°F)
- do not refrigerate
- dosing cup provided

**Inactive ingredients** anhydrous citric acid, sodium benzoate, FD&C blue #1, FD&C red #40, flavors, potassium citrate, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions or comments?** 1-888-287-1915



**FRONT**

NDC 49035-779-66

equate™

## Severe Congestion & Cough

Dextromethorphan HBr/Cough Suppressant
Guaifenesin/Expectorant
Phenylephrine HCl/Nasal Decongestant

**MAXIMUM STRENGTH**

• Controls cough
• Relieves nasal & chest congestion
• Thins & loosens mucus

**For Ages 12+**

**6 FL OZ (180mL)**

Compare to
Mucinex® Fast-Max®
Maximum Strength
Severe Congestion &
Cough active
ingredients*

---

### Drug Facts

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|
| Dextromethorphan HBr 20 mg | Cough suppressant |
| Guaifenesin 400 mg | Expectorant |
| Phenylephrine HCl 10 mg | Nasal decongestant |

**Uses**
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive
■ temporarily relieves:
 ■ cough due to minor throat and bronchial irritation as may occur with common cold or inhaled irritants
 ■ the intensity of coughing
 ■ the impulse to cough to help you get to sleep
 ■ nasal congestion due to a cold

**TAMPER EVIDENT: Do not use if printed seal under cap is broken or missing.**

402085

6  81131 27532  3

Lot:

Exp:

Made in the USA
with domestic and
imported ingredients.
Factory Certified

PLASTIC BOTTLE

PEEL CORNER TO READ COMPLETE DRUG FACTS AND INFORMATION

---

**BACK MIRROR IMAGE**

### Drug Facts (continued)

**Warnings**
**Do not use**
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ heart disease
■ high blood pressure
■ thyroid disease
■ diabetes
■ trouble urinating due to an enlarged prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

**When using this product do not use more than directed**

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ symptoms do not get better within 7 days or occur with fever
■ cough lasts more than 7 days, comes back, or occurs with fever, rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away at 1-800-222-1222.

**Directions**
■ do not take more than 6 doses in any 24-hour period
■ measure only with dosing cup provided
■ do not use dosing cup with other products
■ dose as follows or as directed by a doctor ▶

---

**BASE**

### Drug Facts (continued)

■ mL = milliliter
■ **adults and children 12 years of age and older:** 20 mL in dosing cup provided every 4 hours
■ **children under 12 years of age:** Do not use

**Other information**
■ **each 20 mL contains:** sodium 8 mg
■ low sodium
■ store at room temperature
■ do not refrigerate
■ dosing cup provided

**Inactive ingredients** anhydrous citric acid, edetate disodium, FD&C Blue No. 1, FD&C Red No. 40, flavors, potassium citrate, propylene glycol, propyl gallate, purified water, sodium benzoate, sorbitol, sucralose, xanthan gum

**Questions or comments?** 1-888-287-1915

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call **1-888-287-1915.**

**DISTRIBUTED BY:** Walmart Inc., Bentonville, AR 72716
*This product is not manufactured or distributed by Reckitt Benckiser, the distributor of Mucinex® Fast-Max® Maximum Strength Severe Congestion & Cough.

**equate**

**Severe Congestion & Cough**

Dextromethorphan HBr/Cough Suppressant
Guaifenesin/Expectorant
Phenylephrine HCl/Nasal Decongestant

MAXIMUM STRENGTH

• Controls cough
• Relieves nasal & chest congestion
• Thins & loosens mucus

Cooling menthol flavor
Naturally and Artificially Flavored
For Ages 12+

**6 FL OZ (180mL)**

---

**FRONT**

**Drug Facts**

| Active Ingredients (in each 20 mL) | Purposes |
|---|---|

**Uses**

**FRONT**

---

**BACK MIDDLE PANEL**

**Drug Facts** (continued)

**Warnings**

**Directions**

---

**BACK**

**Drug Facts** (continued)

**Other Information**

**Inactive Ingredients**

**Questions or comments?** 1-888-287-1915

DISTRIBUTED BY: Walmart Inc.,
Bentonville, AR 72716

2.0"
3.5"
3.0"
3.5"
3.5"
2.0"
2.0"









## Cold & Flu
### MAXIMUM STRENGTH
DAYTIME • SEVERE • NON-DROWSY

equate™

**NON-DROWSY**
**DAYTIME** · **SEVERE**

# Cold & Flu

**Acetaminophen** - Pain Reliever/Fever Reducer
**Dextromethorphan HBr** - Cough Suppressant
**Guaifenesin** - Expectorant
**Phenylephrine HCl** - Nasal Decongestant

**MAXIMUM STRENGTH**

**Relief of:**
• Headache, fever, sore throat, minor aches and pains
• Nasal/sinus congestion and sinus pressure
• Chest congestion
• Cough

Actual Size

**24 SOFTGELS**

NDC 79595-062-24

Compare to Vicks® DayQuil™ Severe Cold & Flu active ingredients*

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

DISTRIBUTED BY:
Walmart Inc.,
Bentonville, AR 72716
PRODUCT OF INDIA
*This product is not manufactured or distributed by Procter & Gamble, owner of the registered trademarks Vicks® DayQuil® Severe Cold & Flu.

### Drug Facts

**Active ingredients** (in each softgel)        **Purpose**

Acetaminophen 325 mg .. Pain reliever/Fever reducer
Dextromethorphan HBr 10 mg .... Cough suppressant
Guaifenesin 200 mg ................................ Expectorant
Phenylephrine HCl 5 mg ............... Nasal decongestant

**Uses** ■ temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion & pressure ■ cough due to minor throat & bronchial irritation ■ minor aches & pains ■ headache ■ fever ■ sore throat ■ reduces fever ■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive.

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 8 softgels in 24 hours, which is the maximum daily amount for this product ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product

### Drug Facts (continued)

Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ trouble urinating due to enlarged prostate gland ■ cough that occurs with too much phlegm (mucus) ■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product, do not use more than directed.**

**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

### Directions
| | |
|---|---|
| ■ take only as directed | |
| ■ do not exceed 8 softgels per 24 hours | |
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

**Other information** ■ do not exceed 25°C (77°F)

**Inactive ingredients** FD&C Yellow # 6, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitol sorbitan solution, titanium dioxide







**Drug Facts** (continued)

Inactive ingredients crospovidone, FD&C red #3, FD&C red #40, FD&C yellow #6, gelatin, hydroxypropyl cellulose, hypromellose, iron oxide black, iron oxide red, iron oxide yellow, magnesium stearate, microcrystalline cellulose, polyethylene glycol, povidone, pregelatinized starch, propylene glycol.

**Drug Facts** (continued)

Inactive ingredients croscarmellose sodium.
additive
■ contains FD&C Yellow #5 (tartrazine) as a color additive
■ store at 25°C (77°F); excursions permitted between 15–30°C (59–86°F).

**Other information**
■ see end flap for expiration date and lot number

**Directions** ■ do not take more than directed (see overdose warning)
■ adults and children 12 years and over take 2 gelcaps every 4 hours
■ do not take more than 12 gelcaps in 24 hours
■ children under 12 years: do not use this adult product in children under 12 years of age; this overdose provide more than the recommended dose (overdose) and may cause liver damage

**Warning:** Taking more than the recommended dose (overdose) may cause liver damage. In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

These could be signs of a serious condition.

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ pain or nasal congestion gets worse or lasts more than 7 days
■ new symptoms occur
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present

**When using this product**
■ do not exceed recommended dosage
■ excitability may occur, especially in children
■ alcohol, sedatives, and tranquilizers may increase drowsiness
■ avoid alcoholic drinks
■ be careful when driving a motor vehicle or operating machinery

**If pregnant or breast-feeding,** ask a health professional before use. **Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center (1-800-222-1222) right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Ask a doctor before use if you have**
■ heart disease ■ diabetes ■ liver disease
■ high blood pressure ■ thyroid disease
■ trouble urinating due to an enlarged prostate gland
■ a breathing problem such as emphysema or chronic bronchitis ■ glaucoma

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 12 gelcaps in 24 hours, which is the maximum daily amount
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product

**Drug Facts** (continued)

**Uses** temporarily relieves these additional symptoms:
■ itching of the nose or throat
■ itchy, watery eyes
■ hay fever
■ helps clear nasal passages
■ helps decongest sinus openings and passages

**Drug Facts** (continued)

| Active ingredients (in each gelcap) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever |
| Chlorpheniramine maleate 2 mg | Antihistamine |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** ■ temporarily relieves these symptoms of hay fever or other upper respiratory allergies:
■ sinus congestion and pressure
■ runny nose ■ nasal congestion
■ sneezing ■ runny nose and sneezing
■ headache

RETAIN CARTON FOR COMPLETE PRODUCT INFORMATION

NDC 49035-559-08



## equate®

Compare to Tylenol® Allergy Multi-Symptom Active Ingredients*

**Rapid Release**

# Multi-Symptom
# Allergy Relief

Pain reliever, Nasal decongestant, Antihistamine

Distributed by: Wal-Mart Stores, Inc., Bentonville, AR 72716
© Wal-Mart Stores, Inc.
*This product is not manufactured or distributed by McNeil Consumer Healthcare, owner of the registered trademark Tylenol® Allergy Multi-Symptom.

Satisfaction guaranteed – for questions or comments please call 1-888-287-1915

6N 2KW.W095
50844  REV0815A55908

**TAMPER EVIDENT: DO NOT USE IF CARTON IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING**

**Questions?** 1-888-287-1915

**Drug Facts** (continued)

shellac glaze, silica gel, stearic acid, titanium dioxide

B-2203-559-08
REV0815A55908

Contains 3 medicines

- Headache - **Acetaminophen**
- Sinus pressure/Nasal congestion - Phenylephrine HCl
- Runny nose/Sneezing
  Itchy, Watery eyes - Chlorpheniramine maleate

**24** GELCAPS    Pseudoephedrine Free

Actual Size

**Equate 44-559**

## Drug Facts (continued)

**Inactive ingredients** corn starch, croscarmellose sodium, crospovidone, FD&C blue #1 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polydextrose, polyethylene glycol, povidone, silicon dioxide, stearic acid, titanium dioxide, triacetin

■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
■ store at 25°C (77°F); excursions permitted between 15°–30°C (59°–86°F)

## Drug Facts (continued)

**Other information** ■ see end flap for expiration date and lot number

**Directions**
■ do not take more than directed
■ adults and children 12 years and over
■ take 2 caplets every 4 hours
■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**If pregnant or breast-feeding,** ask a health professional before use.

**Stop use and ask a doctor if** ■ new symptoms occur ■ redness or swelling is present ■ pain or nasal congestion gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ nervousness, dizziness, or sleeplessness occur

**When using this product** ■ do not exceed recommended dosage ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic beverages ■ alcohol, sedatives, and tranquilizers may increase drowsiness ■ use caution when driving a motor vehicle or operating machinery ■ taking sedatives or tranquilizers

**Ask a doctor or pharmacist before use if you are** ■ taking the blood thinning drug warfarin ■ taking sedatives or tranquilizers

**Ask a doctor before use if you have** ■ glaucoma ■ heart disease ■ high blood pressure ■ difficulty in urination due to enlargement of the prostate gland ■ a breathing problem such as emphysema or chronic bronchitis ■ liver disease ■ thyroid disease ■ diabetes

## Drug Facts (continued)

■ If you have ever had an allergic reaction to this product or any of its ingredients
■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ If you are taking the blood thinning drug warfarin

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ with any other product containing diphenhydramine, even one used on skin

If a skin reaction occurs, stop use and seek medical help right away.

Symptoms may include: ■ skin reddening ■ blisters ■ rash
**Allergy alert:** Acetaminophen may cause severe skin reactions.
■ 3 or more alcoholic drinks every day while using this product
■ with other drugs containing acetaminophen
■ more than 4,000 mg of acetaminophen in 24 hours
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take

## Warnings

**Uses** ■ temporarily relieves these symptoms of hay fever or other upper respiratory allergies: ■ headache ■ runny nose ■ nasal congestion ■ sneezing ■ itchy, watery eyes ■ sinus congestion and pressure ■ minor aches and pains ■ itching of the nose or throat

| Active ingredients (in each caplet) | Purpose |
|---|---|
| Acetaminophen 325 mg. | Pain reliever |
| Diphenhydramine HCl 25 mg. | Antihistamine |
| Phenylephrine HCl 5 mg. | Nasal decongestant |

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

TAMPER EVIDENT DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

**No print/No varnish Lot & Exp date**

**DISTRIBUTED BY:**
Walmart Inc.,
Bentonville, AR 72716

REW916854809
53844

**Satisfaction guaranteed** Or we'll replace it or give you your money back. For questions or comments please call **1-888-287-1915.**

Questions or comments? 1-888-287-1915

**PAPER BOX    MULTI-LAYER TRAY**
how2recycle.info



**equate™ Severe Allergy Plus Sinus Headache**
**Acetaminophen,** Diphenhydramine HCl, Phenylephrine HCl

B-0280-543-09
REW916854809

NDC 49035-543-09

**equate™**

**Quality Guaranteed**

**Maximum Strength**

# Severe Allergy Plus Sinus Headache
**Acetaminophen,** Diphenhydramine HCl, Phenylephrine HCl

**Phenylephrine HCl**
**Pain Reliever/Antihistamine/Nasal Decongestant**
Relieves:
- Sinus headache
- Sinus congestion
- Sinus pressure
- Sneezing
- Runny nose
- Itchy throat
- Itchy, watery eyes

**20 CAPLETS**

Actual Size

**Equate 44-543**



**Drug Facts** (continued)

Questions or comments? 1-888-287-1915

**Drug Facts** (continued)

**Inactive ingredients** corn starch, crospovidone, FD&C red #40 aluminum lake, FD&C yellow #6 aluminum lake, magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, talc, titanium dioxide

DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716
‡This product is not manufactured or distributed by RB Health (US) LLC, owner of the registered trademark Maximum Strength Mucinex® SINUS-MAX® Severe Congestion & Pain.
55064
RE706326H509

6 811311 07825 2

**Drug Facts** (continued)

**Other information** ■ each caplet contains sodium 3 mg
■ **TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN**
■ store at 25°C (77°F); excursions permitted between 15°–30°C (59°–86°F)
■ see end flap for expiration date and lot number

**Directions** ■ do not take more than directed
■ do not take more than 12 caplets in any 24-hour period
■ adults and children 12 years and over: take 2 caplets every 4 hours
■ children under 12 years: do not use

■ If pregnant or breast-feeding, ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Stop use and ask a doctor if**
■ nervousness, dizziness, or sleeplessness occur
■ fever gets worse or lasts more than 3 days
■ pain, nasal congestion, or cough gets worse or lasts more than 7 days
■ new symptoms occur
■ redness or swelling is present
■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**Drug Facts** (continued)

**Ask a doctor or pharmacist** before use if you are taking the blood thinning drug warfarin.

When using this product **do not exceed recommended dosage.**

**Drug Facts** (continued)

**Uses** ■ temporarily relieves: ■ headache ■ nasal congestion ■ minor aches and pains ■ sinus congestion and pressure
■ helps loosen phlegm (mucus) and thin bronchial secretions to rid the bronchial passageways of bothersome mucus and make coughs more productive ■ temporarily promotes nasal and/or sinus drainage

**Drug Facts**

| Active ingredients (in each caplet) | Purpose |
| --- | --- |
| Acetaminophen 325 mg | Pain reliever |
| Guaifenesin 200 mg | Expectorant |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION**

**Drug Facts** (continued)

**Warnings**
**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 4,000 mg of acetaminophen in 24 hours ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric, or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease ■ thyroid disease
■ heart disease ■ diabetes
■ high blood pressure
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema
■ cough that occurs with too much phlegm (mucus)

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNITS IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

No print/No varnish area
Lot no/Exp date

B-2200-615-06-SM
RE706326H509

NDC 49035-165-09

# equate™

Compare to Maximum Strength Mucinex® SINUS-MAX® Severe Congestion & Pain Active Ingredients‡

**Maximum Strength Sinus**

# Severe Congestion Relief

**Acetaminophen** - Pain Reliever
**Guaifenesin** – Expectorant
**Phenylephrine HCl** - Nasal Decongestant

• Relieves headache
• Thins & loosens mucus
• Relieves sinus congestion

**For Ages 12+**

**20 CAPLETS**



Actual Size



**equate™**

MAXIMUM STRENGTH
SEVERE
NIGHTTIME
**Cold & Flu**

NIGHTTIME  SEVERE
**Cold & Flu**

**Acetaminophen** - Pain Reliever/Fever Reducer
Dextromethorphan HBr - Cough Suppressant
Doxylamine Succinate - Antihistamine
Phenylephrine HCl - Nasal Decongestant

MAXIMUM STRENGTH

**Relief of:**
• Headache, fever, sore throat, minor aches and pains
• Nasal/sinus congestion and sinus pressure
• Sneezing, runny nose
• Cough

Actual Size

24 SOFTGELS

NDC 49035-669-24

Compare to
Vicks® NyQuil®
Severe Cold &
Flu active
ingredients◊

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

Satisfaction guaranteed – Or we'll replace it or give you your money back. For questions or comments or to report an undesired reaction or side effect, please call 1-888-287-1915.

DISTRIBUTED BY:
Walmart Inc.,
Bentonville, AR 72716
PRODUCT OF INDIA

◊This product is not manufactured or distributed by Procter & Gamble, owner of the registered trademark Vicks® NyQuil® Severe Cold & Flu.

PAPER BOX    MULTI-LAYER TRAY

**Drug Facts**

**Active ingredients** (in each softgel)    **Purpose**
Acetaminophen 325 mg......Pain reliever/fever reducer
Dextromethorphan HBr 10 mg......Cough suppressant
Doxylamine succinate 6.25 mg............Antihistamine
Phenylephrine HCl 5 mg..............Nasal decongestant

**Uses** temporarily relieves common cold/flu symptoms: ■ nasal congestion ■ sinus congestion & pressure ■ cough due to minor throat & bronchial irritation ■ cough to help you sleep ■ minor aches & pains ■ headache ■ fever ■ sore throat ■ runny nose & sneezing ■ reduces swelling of nasal passages ■ temporarily restores free breathing through the nose ■ promotes nasal and/or sinus drainage

**Warnings**
**Liver warning** This product contains acetaminophen. Severe liver damage may occur if you take ■ more than 8 softgels in 24 hours, which is the maximum daily amount for this product ■ with other drugs containing acetaminophen ■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash
If a skin reaction occurs, stop use and seek medical help right away.
**Sore throat warning:** If sore throat is severe, persists for more than 2 days, is accompanied or followed by fever, headache, rash, nausea, or vomiting, consult a doctor promptly.
**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen ask a doctor or pharmacist, ■ if you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Drug Facts** (continued)
**Ask a doctor before use if you have** ■ liver disease ■ heart disease ■ high blood pressure ■ thyroid disease ■ diabetes ■ glaucoma ■ cough that occurs with too much phlegm (mucus) ■ a breathing problem or chronic cough that lasts or as occurs with smoking, asthma, chronic bronchitis, or emphysema ■ trouble urinating due to enlarged prostate gland
**Ask a doctor or pharmacist before use if you are** ■ taking sedatives or tranquilizers ■ taking the blood thinning drug warfarin
**When using this product** ■ **do not use more than directed** ■ excitability may occur, especially in children ■ marked drowsiness may occur ■ avoid alcoholic drinks ■ be careful when driving a motor vehicle or operating machinery ■ alcohol, sedatives, and tranquilizers may increase drowsiness
**Stop use and ask a doctor if** ■ you get nervous, dizzy or sleepless ■ pain, nasal congestion, or cough gets worse or lasts more than 7 days ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ new symptoms occur ■ cough comes back or occurs with rash or headache that lasts
These could be signs of a serious condition.
**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.**
In case of overdose, get medical help or contact a Poison Control Center right away. Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ take only as directed
■ do not exceed 8 softgels per 24 hours

| | | |
|---|---|---|
| adults & children 12 years & over | 2 softgels with water every 4 hours |
| children 4 to under 12 years | ask a doctor |
| children under 4 years | do not use |

Drug Facts (continued)

Questions or comments? 1-888-287-1915

**Other information** (do not exceed 25°C (77°F))
**Inactive ingredients** D&C Yellow No. 10, FD&C Blue No. 1, gelatin, glycerin, polyethylene glycol, povidone, propylene glycol, purified water, sorbitan, sorbitol solution, sodium hydroxide, titanium dioxide

EXP DATE:
LOT NO



**Lot/Exp area at minimum size**
1.25 x .5″

KEEP OUTER PACKAGE FOR COMPLETE PRODUCT INFORMATION

## Drug Facts

| Active ingredients (in each gelcap) | Purpose |
|---|---|
| Acetaminophen 325 mg | Pain reliever/fever reducer |
| Phenylephrine HCl 5 mg | Nasal decongestant |

**Uses** temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold:
- ■ nasal congestion ■ headache ■ nasal congestion
- ■ sinus congestion and pressure
- ■ minor aches and pains
- ■ helps decongest sinus openings and passages
- ■ promotes sinus drainage
- ■ helps clear nasal passages
- ■ temporarily reduces fever

## Warnings

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
- ■ more than 4,000 mg of acetaminophen in 24 hours
- ■ with other drugs containing acetaminophen
- ■ 3 or more alcoholic drinks every day while using this product

**Allergy alert:** Acetaminophen may cause severe skin reactions. Symptoms may include:
- ■ skin reddening ■ blisters ■ rash

If a skin reaction occurs, stop use and seek medical help right away.

**Do not use**
- ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.

**Ask a doctor before use if you have**
- ■ liver disease
- ■ heart disease ■ diabetes
- ■ thyroid disease
- ■ difficulty in urination due to enlargement of the prostate gland
- ■ high blood pressure

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if**
- ■ nervousness, dizziness, or sleeplessness occur
- ■ pain or nasal congestion gets worse or lasts more than 7 days
- ■ fever gets worse or lasts more than 3 days
- ■ redness or swelling is present
- ■ new symptoms occur

These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.

**Keep out of reach of children.** In case of accidental overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

## Drug Facts (continued)

## Directions
- ■ do not take more than directed
- ■ adults and children 12 years and over
- ■ take 2 gelcaps every 4 hours
- ■ do not take more than 10 gelcaps in 24 hours
- ■ children under 12 years: ask a doctor

## Other information
- ■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN
- ■ store at 25°C (77°F); excursions permitted between 15-30°C (59-86°F)

## Drug Facts (continued)

## Inactive ingredients
corn starch, croscarmellose sodium, crospovidone, D&C yellow #10, FD&C blue #1, FD&C red #40, FD&C yellow #6, gelatin, hydroxypropyl cellulose, hypromellose, iron oxide black, iron oxide red, iron oxide yellow, magnesium stearate, microcrystalline cellulose, polyethylene glycol, povidone, propylene glycol, shellac glaze, silicon dioxide, stearic acid, titanium dioxide

**Questions or comments?** 1-888-287-1915

TAMPER EVIDENT. DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING

Satisfaction guaranteed –
Or we'll replace it or give you your money back.
For questions or comments, please call 1-888-287-1915.

DISTRIBUTED BY: Walmart Inc.
Bentonville, AR 72716

"This product as manufactured or delivered by Johnson & Johnson Corporation, owner of the registered trademark Tylenol®

SINUS + HEADACHE Day,   50844
Phenylephrine HCl   REV0418G5822





NDC 49035-527-08

## equate™

Compare to Tylenol® Sinus Severe active ingredients*

**DAYTIME** | **NON-DROWSY** | **SEVERE**

# Sinus Congestion & Pain

**Acetaminophen** - Pain Reliever/Fever Reducer
Guaifenesin - Expectorant
Phenylephrine HCl - Nasal Decongestant

Relieves:
• Sinus headache
• Sinus pressure
• Nasal congestion
• Mucus & chest congestion

Actual Size

**24** CAPLETS

B-2203-527C-08-SC
REV0922M52708

---

**Drug Facts**

**Active ingredients** (in each caplet)

Acetaminophen 325 mg ... Pain reliever/fever reducer
Guaifenesin 200 mg ... Expectorant
Phenylephrine HCl 5 mg ... Nasal decongestant

**Uses**
■ temporarily relieves these symptoms associated with hay fever or other respiratory allergies, and the common cold:
■ headache ■ minor aches and pains ■ nasal congestion ■ sinus congestion and pressure
■ cough that occurs with too much phlegm (mucus)
■ helps loosens phlegm (mucus) and thin bronchial secretions to make coughs more productive

**Warnings**

**Liver warning:** This product contains acetaminophen. Severe liver damage may occur if you take
■ more than 4,000 mg of acetaminophen in 24 hours
■ with other drugs containing acetaminophen
■ 3 or more alcoholic drinks every day while using this product
**Allergy alert:** acetaminophen may cause severe skin reactions. Symptoms may include: ■ skin reddening ■ blisters ■ rash. If a skin reaction occurs, stop use and seek medical help right away.

**Do not use** ■ with any other drug containing acetaminophen (prescription or nonprescription). If you are not sure whether a drug contains acetaminophen, ask a doctor or pharmacist.
■ If you are now taking a prescription monoamine oxidase inhibitor (MAOI) (certain drugs for depression, psychiatric or emotional conditions, or Parkinson's disease), or for 2 weeks after stopping the MAOI drug. If you do not know if your prescription drug contains an MAOI, ask a doctor or pharmacist before taking this product.

**Ask a doctor before use if you have**
■ liver disease
■ heart disease ■ thyroid disease
■ diabetes ■ high blood pressure
■ difficulty in urination due to enlargement of the prostate gland
■ persistent or chronic cough such as occurs with smoking, asthma, chronic bronchitis, or emphysema

**Ask a doctor or pharmacist before use if you are** taking the blood thinning drug warfarin.

**When using this product do not exceed recommended dosage.**

**Stop use and ask a doctor if** ■ nervousness or sleeplessness occur
■ redness or swelling is present ■ pain, nasal congestion, or cough lasts worse or lasts more than 3 days ■ new symptoms occur ■ fever gets worse or lasts more than 3 days ■ redness or swelling is present ■ symptoms do not get better or worsen ■ cough comes back or occurs with rash or headache that lasts. These could be signs of a serious condition.

**If pregnant or breast-feeding,** ask a health professional before use.
**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

**Directions**
■ do not take more than directed
■ adults and children 12 years and over
■ take 2 caplets every 4 hours
■ swallow whole - do not crush, chew, or dissolve
■ do not take more than 10 caplets in 24 hours
■ children under 12 years: ask a doctor

**Other information** ■ each caplet contains: sodium 3 mg
■ store at 25°C (77°F); excursions permitted between 15-30°C (59°-86°F)
■ TAMPER EVIDENT: DO NOT USE IF OUTER PACKAGE IS OPENED OR BLISTER IS TORN OR BROKEN

**Inactive ingredients** corn starch, crospovidone, fd&c magnesium stearate, maltodextrin, microcrystalline cellulose, polyethylene glycol, polyvinyl alcohol, povidone, silicon dioxide, sodium starch glycolate, stearic acid, sucralose, talc, titanium dioxide

**Questions or comments?** 1-888-287-1915

---

TAMPER EVIDENT: DO NOT USE IF PACKAGE IS OPENED OR IF BLISTER UNIT IS TORN, BROKEN OR SHOWS ANY SIGNS OF TAMPERING.

This product is not manufactured or distributed by Johnson & Johnson Corporation, owner of the registered trademark Tylenol® Sinus Severe.

DISTRIBUTED BY: Walmart Inc., Bentonville, AR 72716

REV0922M52708

725665

6 81131 18720 6

Satisfaction guaranteed - For questions or comments please call 1-888-287-1915.

PAPER BOX / MULTI-LAYER TRAY

No Print/No Varnish Lot and Expiration No.

howsibrecycle.info