**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Andrew Soukup**

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5066
asoukup@cov.com

**Via ECF**                                                                May 16, 2024

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  **In re: Oral Phenylephrine Marketing and Sales Practices Litigation, 1:23-md-03089-BMC**

Dear Judge Cogan:

      Defendants in the above-captioned litigation, with the consent of the Plaintiffs' Executive Committee, write to advise the Court that the parties have met-and-conferred and reached agreement, subject to the approval of the Court, on a modification of the Court's order (ECF No. 197) governing Plaintiffs' Initial Streamlined Consolidated Complaint and the motion to dismiss arguments that Defendants will raise in response to that Initial Streamlined Consolidated Complaint. The parties respectfully request that the Court enter the proposed order attached as Exhibit A, which reflects the parties' agreed-upon modifications to the Court's order.

Dated:  May 16, 2024                          Respectfully submitted,

                                                    */s/ Andrew Soukup*
                                                    Andrew Soukup (*pro hac vice*)
                                                    Laura Flahive Wu
                                                    **COVINGTON & BURLING LLP**
                                                    One CityCenter
                                                    850 Tenth Street, NW
                                                    Washington, DC 20001-4956
                                                    Telephone: (202) 662-5066
                                                    asoukup@cov.com
                                                    lflahivewu@cov.com

                                                    Cortlin H. Lannin (*pro hac vice*)
                                                    **COVINGTON & BURLING LLP**
                                                    Salesforce Tower
                                                    415 Mission Street, Suite 5400
                                                    San Francisco, CA 94105
                                                    Telephone: (415) 591-7078
                                                    clannin@cov.com
                                                    *Attorneys for Defendant The Procter & Gamble Company*

        */s/ Jay P. Lekfowitz*
        Jay P. Lefkowitz. P.C.
        Jacob M. Rae
        **KIRKLAND & ELLIS LLP**
        601 Lexington Avenue
        New York, NY 10022
        Telephone: (212) 446-4800
        lefkowitz@kirkland.com
        jacob.rae@kirkland.com

        Robyn E. Bladow (*pro hac vice*)
        **KIRKLAND & ELLIS LLP**
        555 S. Flower Street
        Los Angeles, CA 90071
        Telephone: (213) 680-8400
        robyn.bladow@kirkland.com

        *Attorneys for Defendant Haleon US Holdings LLC*


        */s/ Hannah Y. Chanoine*
        Hannah Y. Chanoine
        **O'MELVENY & MYERS LLP**
        Times Square Tower
        7 Times Square
        New York, NY 10036
        Telephone: (212) 326-2000
        hchanoine@omm.com

        Amy J. Laurendeau (*pro hac vice*)
        Emilie W. Hamilton
        **O'MELVENY & MYERS LLP**
        610 Newport Center Drive, 17th Floor
        Newport Beach, CA 92660
        Telephone: (949) 823-6900
        alaurendeau@omm.com
        ehamilton@omm.com

        *Attorneys for Defendant Johnson &*
        *Johnson Consumer Inc.*


        */s/ Robert W. Sparkes, III*
        Robert W. Sparkes, III (*pro hac vice*)
        Jennifer Janiera Nagle (*pro hac vice*)
        **K&L GATES LLP**
        1 Congress Street, Suite 2900

Boston, MA 02114
Telephone: (617) 261-3100
robert.sparkes@klgates.com
jennifer.nagle@klgates.com

Ruby A. Nagamine (*pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
ruby.nagamine@klgates.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

*/s/ E. Paige Sensenbrenner*
E. Paige Sensenbrenner (*pro hac vice*)
Diana Cole Suprenant (*pro hac vice*)
**ADAMS AND REESE, LLP**
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
paige.sensenbrenner@arlaw.com
diana.suprenant@arlaw.com

*Attorneys for Defendants Associated Wholesale Grocers, Inc. and Valu Merchandisers Co.*

*/s/ Michael Klebanov*
Michael Klebanov (*pro hac vice*)
**HUSCH BLACKWELL LLP**
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
Telephone: (202) 378-2363
michael.klebanov@huschblackwell.com

Tanner Cook (*pro hac vice*)
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Telephone: (314) 480-1500
Tanner.cook@huschblackwell.com

*Attorneys for Defendant Dierbergs Markets, Inc.*

Jonathan M. Cogan
May 16, 2024
Page 4

        */s/ Michael F. Healy*
        Michael F. Healy (*pro hac vice*)
        **SHOOK, HARDY & BACON L.L.P.**
        555 Mission Street, Suite 2300
        San Francisco, CA 94105
        Telephone: (415) 544-1900
        mfhealy@shb.com

        Daniel B. Rogers (*pro hac vice*)
        **SHOOK, HARDY & BACON L.L.P.**
        201 South Biscayne Boulevard Suite 3200
        Miami, FL 33131
        Telephone: (305) 358-5171
        drogers@shb.com

        *Attorneys for Defendant Publix Super Markets, Inc.*


        */s/ James L. Bernard*
        James L. Bernard
        **HOGAN LOVELLS US LLP**
        390 Madison Avenue
        New York, NY 10017
        Telephone: (212) 918-3121
        James.bernard@hoganlovells.com

        Lauren S. Colton (*pro hac vice*)
        **HOGAN LOVELLS US LLP**
        100 International Drive, Suite 2000
        Baltimore, MD 21202
        Telephone: (410) 659-2733
        Lauren.colton@hoganlovells.com

        *Attorneys for Defendant RB Health (US) LLC*


        */s/ Cara D. Edwards*
        Cara D. Edwards
        **DLA PIPER LLP (US)**
        1251 Avenue of the Americas, 27th Floor
        New York, NY 10020
        Telephone: (212) 335-4714
        cara.edwards@us.dlapiper.com

        Christopher G. Campbell
        **DLA PIPER LLP (US)**
        1201 West Peachtree Street, Suite 2800

Atlanta, GA 30309
Telephone: (404) 736-7800
christopher.campbell@us.dlapiper.com

Christopher Young (*pro hac vice*)
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: (619) 699-4748
christopher.young@us.dlapiper.com

*Attorneys for Defendant Bayer HealthCare, LLC*


*/s/ Mark J. Lesko*
Mark J. Lesko
**GREENBERG TAURIG, LLP**
900 Stewart Avenue, 5th Floor
Garden City, NY 11530
Telephone: (631) 994-2408
Mark.Lesko@gtlaw.com

Nilda Isidro
Dale Rose Goldstein
**GREENBERG TAURIG, LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Nilda.Isidro@gtlaw.com
GoldsteinD@gtlaw.com

*Attorneys for Defendants Albertsons Companies, Inc., Costco Wholesale Corporation, CVS Pharmacy Inc., Rite Aid Corporation, Target Corporation, Walgreen Co., Walmart Inc., and Wal-Mart Stores East, LP*


*/s/ Richard Fama*
Richard Fama
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
Telephone: (212) 509-9400
rfama@cozen.com

Karl Riley (*pro hac vice*)

**COZEN O'CONNOR**
Southeast Financial Center, Suite 3000
200 South Biscayne Blvd.
Miami, FL 33130
Telephone: (305) 704-5940
koriley@cozen.com

*Attorneys for The Kroger Co., Harris Teeter, LLC, and Harris Teeter Supermarkets, Inc.*


*/s/ Michael A. London*
Michael A. London (ML-7510)
**DOUGLAS & LONDON P.C.**
59 Maiden Lane – 6th Floor
New York, New York 10038
Tel: 212-566-7500
mlondon@douglasandlondon.com
*Chairperson of the Plaintiffs' Executive Committee*

Bryan F. Aylstock
**AYLSTOCK WITKIN KREIS OVERHOLTZ PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Tel: 850-202-1010
baylstock@awkolaw.com

Kiley L. Grombacher
**BRADLEY/GROMBACHER LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Tel: 866-881-0403
kgrombacher@bradleygrombacher.com

James E. Cecchi
**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: 973-994-1700
jcecchi@carellabyrne.com

Adam J. Levitt
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: 312-214-7900

COVINGTON
Hon. Brian M. Cogan
May 16, 2024
Page 7

alevitt@dicellolevitt.com

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
Tel: 630-273-2625
beth@feganscott.com

Jonathan D. Selbin
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
250 Hudson Street, 8th Floor
New York, New York 10013
Tel: 212-355-9500
jselbin@lchb.com

Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, New Jersey 07660
Tel: 888-546-8799
cseeger@seegerweiss.com

Jason P. Sultzer
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza Ste. 200
Poughkeepsie, New York 12601
Tel: 845-244-5595
sultzerj@thesultzerlawgroup.com

Lindsey N. Scarcello
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Tel: 816-701-1102
lscarcello@wcllp.com

*Plaintiffs' Executive Committee and Interim Class Counsel*