## AFFIDAVIT OF SERVICE

**State of New York**  **County of Eastern District**  **United States District Court**

Index Number: 1:23-MD-3089
Date Filed: 5/3/2024

Plaintiff:
**IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION**

vs.

Defendant:

For:
Amie Dileo
Douglas & London, P.C.

Received by Nicoletti & Harris to be served on **Perrigo Company Plc Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808**.

I, Remy Nicoletti, being duly sworn, depose and say that on the **15th day of May, 2024 at 12:21 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Initial Streamlined Consolidated New York Bell Whether Class Action Complaint with Supporting documents** with the date and hour of service endorsed thereon by me, to: **Jane Doe Corporation Service Company** as **Registered Agent** at the address of: **251 Little Falls Drive, Wilmington, DE 19808** on behalf of **Perrigo Company Plc**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 62, Sex: F, Race/Skin Color: White, Height: 0'0", Weight: 165, Hair: Grey, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF   New Jersey)
COUNTY OF   Monmouth   )

Subscribed and Sworn to before me on the 15th day of May, 2024 by the affiant who is personally known to me.

**Remy Nicoletti**

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
(212) 267-6448

Our Job Serial Number: NHI-2024008123

**CARA FIERRO**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 7/29/2024**

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

