**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION* | MDL No. 3089<br>Case No. 1:23-MD-03089-BMC |
| This document relates to: | **NOTICE OF APPEARANCE OF SARA K. THOMPSON** |
| *Heaghney v. Johnson & Johnson Consumer Inc., et al., No. 1:23-cv-09282-BMC (E.D.N.Y.)* | |
| *Means v. Johnson & Johnson Consumer Inc., et al., No. 1:23-cv-09276-BMC (E.D.N.Y.)* | |
| *Silva v. Reckitt Benckiser LLC et al, No. 1:23-cv-09268-BMC (E.D.N.Y.)* | |
| *Walker v. Johnson & Johnson Consumer Inc. et al, No. 1:23-cv-09284-BMC (E.D.N.Y.)* | |
| *Wright v. Johnson & Johnson Consumer Inc. et al, No. 1:23-cv-09285-BMC (E.D.N.Y.)* | |
| *Thorns et al v. Johnson & Johnson et al, No. 1:23-cv-09310-BMC (E.D.N.Y.)* | |
| *Carrigan v. Johnson & Johnson et al, No. 1:23-cv-09319-BMC (E.D.N.Y.)* | |
| *Pena-Venegas et al v. Johnson & Johnson Consumer, Inc. et al, No. 1:24-cv-00041-BMC (E.D.N.Y.)* | |
| *Bryan et al v. Johnson & Johnson Consumer, Inc. et al, No. 1:24-cv-00040-BMC (E.D.N.Y.)* | |
| *Barton et al v. RB Health (US) Llc et al, No. 1:23-cv-09063-BMC (E.D.N.Y.)* | |
| *Coppock v. Procter & Gamble Company et al, No. 1:23-cv-09062-BMC (E.D.N.Y.)* | |
| *Pack et al v. Johnson & Johnson Consumer Companies, Inc. et al, No. 1:23-cv-09057-BMC (E.D.N.Y.)* | |
| *Cohen et al v. Walgreens Boots Alliance, Inc., No. 1:24-cv-00230-BMC (E.D.N.Y.)* | |

*Kasparie et al v. Bayer Healthcare LLC et al,*
*No. 1:23-cv-09312-BMC (E.D.N.Y.)*

*Benjamin et al v. Glaxosmithkline LLC et al,*
*No. 1:23-cv-09313-BMC (E.D.N.Y.)*

*Nelson et al v. Johnson & Johnson Consumer, Inc.et al, No. 1:23-cv-09261-BMC (E.D.N.Y.)*

*Reyes v. The Procter & Gamble Company et al,*
*No. 1:23-cv-09308-BMC (E.D.N.Y.)*

*Parker v. Rite Aid Corporation et al,*
*No. 1:23-cv-09311-BMC (E.D.N.Y.)*

*De Priest et al v. Walgreen Co. et al,*
*No. 1:23-cv-09272-BMC (E.D.N.Y.)*

*Hsieh et al. v. Procter & Gamble Company et al.,*
*No. 1:23-cv-09274-BMC (E.D.N.Y.)*

*Fong v. Johnson & Johnson Consumer Inc. et al,*
*No. 1:23-cv-09278-BMC (E.D.N.Y.)*

*Emmons et al v. Mcneill Consumer Healthcare et al,*
*No. 1:23-cv-09314-BMC (E.D.N.Y.)*

*Holmes v. WalMart, Inc.,*
*No. 1:23-cv-09255-BMC (E.D.N.Y.)*

*Anderson et al v. The Procter & Gamble Company et al, No. 1:23-cv-09315-BMC (E.D.N.Y.)*

*Chavez v. Johnson & Johnson Consumer, Inc. et al,*
*No. 1:23-cv-09304-BMC (E.D.N.Y.)*

*McPhee et al v. Johnson & Johnson Consumer Companies, Inc. et al,*
*No. 1:23-cv-09262-BMC (E.D.N.Y.)*

*Rampalli v. Walgreen Co.,*
*No. 1:24-cv-00229-BMC (E.D.N.Y.)*

*Rampalli v. Target Corporation,*
*No. 1:23-cv-09281-BMC (E.D.N.Y.)*

*Flores v. Costco Wholesale Corporation,*
*No. 1:23-cv-09263-BMC (E.D.N.Y.)*

*Hansen et al v. Walmart, Inc.,*
*No. 1:23-cv-09259-BMC (E.D.N.Y.)*

2

*Derosa v. Walgreen Co.,*
*No. 1:23-cv-09275-BMC (E.D.N.Y.)*

*Isom v. Johnson & Johnson Consumer Inc. et al,*
*No. 1:23-cv-09283-BMC (E.D.N.Y.)*

*Kleiman v. CVS Health Corporation,*
*No. 1:23-cv-09318-BMC (E.D.N.Y.)*

*Enriquez v. The Procter & Gamble Company et al,*
*No. 1:23-cv-09260-BMC (E.D.N.Y.)*

*Morris et al v. Johnson & Johnson Consumer, Inc et*
*al, No. 1:24-cv-00269-BMC (E.D.N.Y.)*

*Pack et al v. Johnson & Johnson Consumer*
*Companies, Inc. et al,*
*No. 1:23-cv-09057-BMC (E.D.N.Y.)*

*Boswell v. Walgreens Boots Alliance, Inc. et al,*
*No. 1:24-cv-02272-BMC (E.D.N.Y.)*

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Sara K. Thompson, of Greenberg

Traurig, LLP, hereby enters her appearance in these cases as counsel for Defendants Albertsons

Companies, Inc., Costco Wholesale Corporation, CVS Pharmacy Inc., Rite Aid Corporation,

Target Corporation, Walgreen Co., Walmart Inc., and Wal-Mart Stores East, LP in the above-

captioned actions, and respectfully requests that copies of all papers and electronic notices in this

action be served upon her at the email address below.

Dated: May 17, 2024                                **GREENBERG TRAURIG, LLP**

                                          By:   */s/ Sara K. Thompson*
                                                Sara K. Thompson
                                                3333 Piedmont Rd. NE, Suite 2500
                                                Atlanta, GA 30305
                                                Tel.   678.553.2392
                                                Fax   678.553.2393
                                                Sara.Thompson@gtlaw.com

3

*Attorney for Defendants Albertsons Companies, Inc., Costco Wholesale Corporation, CVS Pharmacy Inc., Rite Aid Corporation, Target Corporation, Walgreen Co., Walmart Inc., and Wal-Mart Stores East, LP*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By:   */s/ Sara K. Thompson*
       Sara K. Thompson