## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL ACTIONS** | CASE No.: 1:23-md-3089-BMC |

## NOTICE OF APPEARANCE OF MELISSA S. WEINER

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Tina Tuominen, Rose Riccio, Paul Mateer, William Mitchell, Donald Krist, Mohamad Tlaib, and Pedro Urena (collectively, "Plaintiffs") in the above litigation.

Dated: May 21, 2024         By:   */s/ Melissa S. Weiner*
                                  Melissa S. Weiner
                                  **PEARSON WARSHAW, LLP**
                                  328 Barry Avenue South, Suite 200
                                  Wayzata, Minnesota 55391
                                  Telephone: (612) 389 0600
                                  Email: mweiner@pwfirm.com

                                  *Attorney for Plaintiffs*