# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>Initial Streamlined Consolidated New York Bellwether Class Action Complaint | MDL No. 3089<br><br>Case No. 1:23-md-3089<br><br>Judge Brian M. Cogan<br><br>NOTICE OF VOLUNTARY DISMISSAL OF HALEON US CAPITAL LLC WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Sandra Yousefzadeh, Anntwanette Jones, Daniel Calzado, Eli Erlick, John Sloughter, Keith Mortuiccio, Pedro Urena, Kimberly McNulty, and Tatyana Dekhtyar, hereby present notice of the following:

1. Plaintiffs filed their Initial Streamlined Consolidated New York Bellwether Class Action Complaint ("NY Bellwether Complaint")[ECF No. 200] on May 3, 2024.

2. Pursuant to Rule 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss their claims in the NY Bellwether Complaint only against Haleon US Capital LLC without prejudice to either themselves or to any proposed absent class member. This voluntary dismissal does not affect any other complaint filed against Haleon US Capital LLC other than the NY Bellwether Complaint.

3. Rule 41(a)(1)(A)(i), provides that a Plaintiffs may voluntarily dismiss their complaint without order of the court provided that they file a notice of dismissal prior to the Defendant filing an answer or motion for summary judgment. Defendants Haleon US Capital LLC has not filed an answer or a motion for summary judgment in this case.

Dated: June 3, 2024

Respectfully submitted,

| | |
|---|---|
| Bryan F. Aylstock<br>**AYLSTOCK WITKIN KREIS OVERHOLTZ PLLC**<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>Tel: 850-202-1010<br>baylstock@awkolaw.com | /s/ *Michael London*<br>Michael A. London (ML-7510)<br>**DOUGLAS & LONDON P.C.**<br>59 Maiden Lane – 6th Floor<br>New York, New York 10038<br>Tel: 212-566-7500<br>mlondon@douglasandlondon.com |
| Kiley L. Grombacher<br>**BRADLEY/GROMBACHER LLP**<br>31365 Oak Crest Drive, Suite 240<br>Westlake Village, California 91361<br>Tel: 866-881-0403<br>kgrombacher@bradleygrombacher.com | James E. Cecchi<br>**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Tel: 973-994-1700<br>jcecchi@carellabyrne.com |
| Adam J. Levitt<br>**DiCELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>Tel: 312-214-7900<br>alevitt@dicellolevitt.com | Elizabeth A. Fegan<br>**FEGAN SCOTT LLC**<br>150 South Wacker Drive, 24th Floor<br>Chicago, Illinois 60606<br>Tel: 630-273-2625<br>beth@feganscott.com |
| Jonathan D. Selbin<br>**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>250 Hudson Street, 8th Floor<br>New York, New York 10013<br>Tel: 212-355-9500<br>jselbin@lchb.com | Christopher A. Seeger<br>**SEEGER WEISS LLP**<br>55 Challenger Road<br>Ridgefield Park, New Jersey 07660<br>Tel: 888-546-8799<br>cseeger@seegerweiss.com |
| Jason P. Sultzer<br>**THE SULTZER LAW GROUP P.C.**<br>85 Civic Center Plaza Ste. 200<br>Poughkeepsie, New York 12601<br>Tel: 845-244-5595<br>sultzerj@thesultzerlawgroup.com | Lindsey N. Scarcello<br>**WAGSTAFF & CARTMELL**<br>4740 Grand Avenue, Suite 300<br>Kansas City, Missouri 64112<br>Tel: 816-701-1102<br>lscarcello@wcllp.com |

*Plaintiffs' Interim Class Counsel and Executive Committee*

Sarah N. Wescot
**BURSOR & FISHER, P.A.**
701 Brickell, Suite 1420
Miami, Florida 33131
Tel: 305-330-5512
swescot@bursor.com

Shireen M. Clarkson
**CLARKSON LAW FIRM P.C.**
590 Madison Avenue, 21st Floor New York, New York 10022
Tel: 213-788-4050
sclarkson@clarksonlawfirm.com

Kelsey L. Stokes
**FLEMING, NOLAN, and JEZ P.C.**
2800 Post Oak Blvd.
Suite 6000
Houston, Texas 77056
Tel: 713-621-7944
kstokes@fleming-law.com

Cari C. Laufenberg
**KELLER ROHRBACK, LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
claufenberg@kellerrohrback.com

Laura S. Dunning
**LEVIN PAPANTONIO RAFFERTY PROCTOR BUCHANAN O'BRIAN BARR MOUGEY, P.A.**
316 South Baylen Street
Pensacola, Florida 32502
Tel: 850-435-7000
ldunning@levinlaw.com

Michael A. Sacchet
**CIRESI CONLIN LLP**
225 South 6th Street, #4600
Minneapolis, MN 55402
Tel: 612-361-8200
MAS@CiresiConlin.com

Alexander E. Barnett
**COTCHETT, PITRE, & MCCARTHY, LLP**
40 Worth Street, Suite 602
New York, New York 10013
Tel: 212-201-6820
abarnett@cpmlegal.com

Darren T. Kaplan
**KAPLAN GORE LLP**
1359 Broadway
New York, New York 10018
Tel:404-537-3300
dkaplan@kaplangore.com

Jordan E. Jacobson
**KESSLER, TOPAZ, MELTZER & CHECK LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel: 484-270-1488
jjacobson@ktmc.com

Frederick S. Longer
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Tel: 215-592-1500
flonger@lfsblaw.com

Marlene J. Goldenberg

**NIGH, GOLDENBERG, RASO & VAUGHN PLLC**
14 Ridge Square NW Third Floor
Washington D.C. 20016
Tel: (202) 792-7927
mgoldenberg@nighgoldenberg.com

Melanie H. Muhlstock
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, New York 11050
Tel: 516-466-6500
mmuhlstock@yourlawyer.com

Stuart A. Davidson
**ROBINS GELLER RUDMAN & DOWD LLP**
225 Mizner Boulevard, Suite 720
Boca Raton, Florida 33432
Tel: 561-750-3000
SDavidson@rgrdlaw.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Michael London*
Michael A. London (ML-7510)