**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Case No. 1:23-md-3089<br>Judge Brian M. Cogan |
| THIS DOCUMENT APPLIES TO:<br>Initial Streamlined Consolidated New York Bellwether Class Action Complaint | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**OF DEFENDANTS RECKITT BENCKISER PHARMACEUTICALS INC.**
**AND RECKITT BENCKISER LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs' Interim Class Counsel and Executive Committee, on behalf of all Plaintiffs in the New York Bellwether Class Action Complaint ("NY Bellwether Complaint")[ECF No. 200], hereby give notice that all claims asserted by said Plaintiffs against Defendants Reckitt Benckiser Pharmaceuticals Inc., and Reckitt Benckiser LLC in the NY Bellwether Complaint are dismissed without prejudice.

Dated: June 3, 2024

| | |
|---|---|
| Bryan F. Aylstock<br>**AYLSTOCK WITKIN KREIS OVERHOLTZ PLLC**<br>17 East Main Street, Suite 200<br>Pensacola, Florida 32502<br>Tel: 850-202-1010<br>baylstock@awkolaw.com | /s/ *Michael London*<br>Michael A. London (ML-7510)<br>**DOUGLAS & LONDON P.C.**<br>59 Maiden Lane – 6th Floor<br>New York, New York 10038<br>Tel: 212-566-7500<br>mlondon@douglasandlondon.com |
| Kiley L. Grombacher<br>**BRADLEY/GROMBACHER LLP**<br>31365 Oak Crest Drive, Suite 240<br>Westlake Village, California 91361<br>Tel: 866-881-0403<br>kgrombacher@bradleygrombacher.com | James E. Cecchi<br>**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Tel: 973-994-1700<br>jcecchi@carellabyrne.com |
| Adam J. Levitt<br>**DiCELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>Tel: 312-214-7900<br>alevitt@dicellolevitt.com | Elizabeth A. Fegan<br>**FEGAN SCOTT LLC**<br>150 South Wacker Drive, 24th Floor<br>Chicago, Illinois 60606<br>Tel: 630-273-2625<br>beth@feganscott.com |
| Jonathan D. Selbin<br>**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>250 Hudson Street, 8th Floor<br>New York, New York 10013<br>Tel: 212-355-9500<br>jselbin@lchb.com | Christopher A. Seeger<br>**SEEGER WEISS LLP**<br>55 Challenger Road<br>Ridgefield Park, New Jersey 07660<br>Tel: 888-546-8799<br>cseeger@seegerweiss.com |
| Jason P. Sultzer<br>**THE SULTZER LAW GROUP P.C.**<br>85 Civic Center Plaza Ste. 200<br>Poughkeepsie, New York 12601<br>Tel: 845-244-5595<br>sultzerj@thesultzerlawgroup.com | Lindsey N. Scarcello<br>**WAGSTAFF & CARTMELL**<br>4740 Grand Avenue, Suite 300<br>Kansas City, Missouri 64112<br>Tel: 816-701-1102<br>lscarcello@wcllp.com |

*Plaintiffs' Interim Class Counsel and Executive Committee*