**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: Oral Phenylephrine Marketing and Sales Practice Litigation<br><br>This document relates to:<br><br>All cases. | Case No. 1:23-md-03089-BMC<br><br><br>**NOTICE OF APPEARANCE** |

        **PLEASE TAKE NOTICE** that Sara Castronuova, Esquire of Douglas & London, P.C., is

hereby entering an appearance as counsel for Plaintiffs above-captioned action and requests to be

added to the service list.


    Dated: June 6, 2024                                    Respectfully submitted,


                                                           **Douglas & London, P.C.**
                                                           Attorney for Plaintiff

                                                           */s/ Sara Castronuova*
                                                           Sara Castronuova, Esq.
                                                           (NJ: 370012021, NY: 5833793)
                                                           59 Maiden Lane, 6th Floor
                                                           New York, NY 10038
                                                           scastronuova@douglasandlondon.com
                                                           P: (212) 566-7500
                                                           F: (212) 566-7501

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2024 the within Notice of Appearance was served on all counsel of record via the Court's CM/ECF filing system, which provides electronic notice of filings to all registered users.


Dated: June 6, 2024                              By: */s/ Sara Castronuova*
                                                     Sara Castronuova