UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>*Cody Morgan v. The Procter & Gamble Co.* Case No. 1:23-cv-09266-BMC | Case No. 1:23-md-03089-BMC<br><br>District Judge Brian M. Cogan<br><br>NOTICE OF APPEARANCE<br>D. NICOLE GUNTNTER |

PLEASE TAKE NOTICE that D. NICOLE GUNTNER, of the law firm of Aylstock, Witkin, Kreis, & Overholtz, PLLC, enters his appearance as counsel for Plaintiff, Cody Morgan, in the above-entitled actions, and requests that a copy of all future notices, motions, pleadings, orders, and other communications served or filed in this action be provided via the CM/ECF system or at the following address:

    D. Nicole Guntner
    Aylstock, Witkin, Kreis, & Overholtz, PLLC
    17 East Main Street, Suite 200
    Pensacola, FL 32502
    Telephone / Fax: (850) 202-1010 / (850) 916-7449
    Email: nguntner@awkolaw.com

Dated: June 6, 2024                                            Respectfully Submitted,

                                                                                /s/ D. Nicole Guntner
                                                                                D. Nicole Guntner, NY Bar # 5421342
                                                                                Aylstock, Witkin, Kreis, & Overholtz, PLLC
                                                                                17 East Main Street, Suite 200
                                                                                Pensacola, FL 32502
                                                                                Tel: (850) 202-1010
                                                                                Email: nguntner@awkolaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                             By: /s/ D. Nicole Guntner
                                                                  D. Nicole Guntner