UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo *v. Reckitt Benckiser LLC, et al.*<br>*2:23-cv-20370*<br><br>Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers *v. Reckitt Benckiser LLC, et al.*<br>*2:23-cv-03856* | Case No.: 1:23-md-3089-BMC<br><br>NOTICE OF APPEARANCE OF JEFFREY S. GRAND |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Erin Barton, Kimberly Buscaglia, Francis W. Catanese, Samuel Gallo, Tatiana Benjamin, Christine Contreras, Natasha Freeman, Robin Glauser, and Anthony Rogers (collectively, "Plaintiffs"), in the above litigation.

DATED: June 7, 2024.

By: /s/ *Jeffrey S. Grand*
Jeffrey S. Grand
SEEGER WEISS LLP
55 Challenger Road, 6th
Floor Ridgefield Park, NJ
07660  Tel: 973-639-9100
Fax: 973-679-8656
Jgrand@seegerweiss.com

*Counsel for Plaintiffs*