UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>*Kaycie Coppock v. The Procter & Gamble Company, et al.*<br>Case No. 1:23-cv-09062-BMC | Case No. 1:23-md-03089-BMC<br><br>District Judge Brian M. Cogan<br><br>NOTICE OF APPEARANCE<br>JENNIFER M. HOEKSTRA |

PLEASE TAKE NOTICE that R. JASON RICHARDS, of the law firm of Aylstock, Witkin, Kreis, & Overholtz, PLLC, enters her appearance as counsel for Plaintiff, Kacie Coppock, in the above-entitled actions, and requests that a copy of all future notices, motions, pleadings, orders, and other communications served or filed in this action be provided via the CM/ECF system or at the following address:

    Jennifer M. Hoekstra
    Aylstock, Witkin, Kreis, & Overholtz, PLLC
    17 East Main Street, Suite 200
    Pensacola, FL 32502
    Telephone / Fax: (850) 202-1010 / (850) 916-7449
    Email: jhoekstra@awkolaw.com

Dated: June 7, 2024                              Respectfully Submitted,

                                                              /s/ JENNIFER M. HOEKSTRA
                                                              JENNIFER M. HOEKSTRA
                                                              LA Bar No. 31476
                                                              Aylstock, Witkin, Kreis, & Overholtz, PLLC
                                                              17 East Main Street, Suite 200
                                                              Pensacola, FL 32502
                                                              Tel: (850) 202-1010
                                                              Email: jhoekstra@awkolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/ JENNIFER M. HOEKSTRA  
JENNIFER M. HOEKSTRA
