**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION

**MDL No. 3089**

Case No. 1:23-md-03089-BMC

This Document Relates to:

*Valinsky v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00124

*Morris et al. v. Johnson & Johnson Consumer, Inc et al.*
Case No.: 1:24-cv-00269

*Ward et al. v. Johnson & Johnson Consumer, Inc et al.*
Case No.: 1:23-cv-09302

*Chamberlain v. Johnson & Johnson Consumer, Inc et al.*
Case No.: 1:23-cv-09316

*Chavez v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:23-cv-09304

*Joyner v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09300

*Lawrence v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09299

*McPhee et al. v. Johnson & Johnson Consumer Companies , Inc. et al.*
Case No.: 1:23-cv-09262

*Noviskis v. Johnson & Johnson Consumer Inc. et al.*
Case No.: *1:23-cv-09270*

*Wilson v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:23-cv-09296

*Carrigan v. Johnson & Johnson et al.*
Case No.: 1:23-cv-09319

*Thorns et al. v. Johnson & Johnson et al.*
Case No.: 1:23-cv-09310

*Heaghney v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09282

*Means v. Johnson & Johnson Consumer Inc.*
Case No.: 1:23-cv-09276

*Travis v. Procter & Gamble Company et al.*
Case No.: 1:23-cv-09306

*Lewis et al. v Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:23-cv-09301

*Adkin et al. v. Reckitt Benckiser Pharmaceuticals Inc. et al.*
Case No.: 1:23-cv-09291

*Isom v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09283

*Jones v. Bayer Corporation et al.*
Case No.: 1:23-cv-09297

*Fong v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09278

*Murdock et al. v. RB Health (US), LLC et al.*
Case No.: 1:23-cv-09279

*Walker v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09284

*Hsieh et al. v. Procter & Gamble Company et al.*
Case No.: 1:23-cv-09274

*Hernandez v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09257

*Nelson et al. v. Johnson & Johnson Consumer, Inc.et al.*
Case No.: 1:23-cv-09261

*Bader et al. v. Johnson & Johnson Consumer Incorporated et al.*
Case No.: 1:23-cv-09253

*Wright v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09285

*Reinkraut v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09286

*Newton's Pharmacy, Inc. v. Procter & Gamble Company et al.*
Case No.: 1:23-cv-09307

*Thomas et al. v. Kenvue, Inc,. et al.*
Case No.: 1:23-cv-09303

*Valdes v. McNeil Consumer Healthcare et al.*
Case No.: 1:23-cv-09267

*Kasparie et al. v. Bayer Healthcare LLC et al.*
Case No.: 1:23-cv-09312

*De Priest et al. v. Walgreen Co. et al.*
Case No.: 1:23-cv-09272

*Rankin v. Harris Teeter, LLC et al.*
Case No.: 1:23-cv-09280

*Silva v. Reckitt Benckiser LLC et al.*
Case No.: 1:23-cv-09268

*Benjamin et al. v. Glaxosmithkline LLC et al.*
Case No.: 1:23-cv-09313

*Page v. RB Health (US) LLC et al.*
Case No.: 1:23-cv-09290

*Emmons et al. v. McNeil Consumer HealthCare et al.*
Case No.: 1:23-cv-09314

*Bryan et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00040

*Harrison v. Johnson & Johnson Consumer Inc.*
Case No.: 1:24-cv-00044

*Jergins et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00043

*Pena-Venegas et al. v. Johnson & Johnson Consumer, Inc. et al.*
Case No.: 1:24-cv-00041

*Housman v. Johnson & Johnson Consumer Inc.*
Case No.: 1:24-cv-00123

*Coyle v. GlaxoSmithKline LLC et al.*
Case No.: 1:23-cv-07311

*Ozuzu v. Kenvue Inc. et al.*
1:23-cv-07395

*Audelo v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 1:23-cv-09059

*Cronin v. Johnson & Johnson Consumer Inc. et al.*
Case No.: 2:23-cv-06870

*McWhite v. Johnson & Johnson Consumer, Inc.*
Case No.: 1:23-cv-09065

*Yousefzadeh v. Johnson & Johnson Consumer Inc.*
Case No.: 2:23-cv-06825

*Pack et al. v. Johnson & Johnson Consumer Companies, Inc. et al.*
Case No.: 1:23-cv-09057

*Barton et al. v. RB Health (US) LLC et al.*
Case No.: 1:23-cv-09063

*Depaola v. The Procter & Gamble Company et al.*
Case No.: 1:23-cv-09058

*Butler v. Johnson & Johnson et al.*
Case No.: 2:23-cv-07497

**NOTICE OF APPEARANCE OF JEFFREY A. N. KOPCZYNSKI**

**PLEASE TAKE NOTICE** that the undersigned counsel, Jeffrey A. N. Kopczynski, of O'Melveny & Myers LLP, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters his appearance in these cases as counsel for Defendant Johnson & Johnson Consumer Inc. as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Dated: June 10, 2024

Respectfully submitted,

By:______________________________

Jeffrey A. N. Kopczynski
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
jkopczynski@omm.com

*Attorneys for Defendant Johnson & Johnson Consumer Inc.*