**COURT'S EXHIBIT 1**

**LIKELY SPEAKERS AT TODAY'S CASE MANAGEMENT CONFERENCE (06/11/24)**

1. Michael A. London, Douglas & London, P.C. (Chairperson of PEC)
2. Jonathan D. Selbin, Lieff Cabraser Heimann & Bernstein LLP
3. Jennifer Hoekstra, Aylstock Witkin Kreis Overholtz PLLC
4. Jeff Grand, Seeger Weiss LLP
5. Virginia E. Anello, Douglas & London, P.C
6. Bryan F. Aylstock, Aylstock Witkin Kreis Overholtz PLLC

**PEC MEMBERS (If Not Identified Above)**

1. Kiley Grombacher, Bradley Grombacher LLP
2. James E. Cecchi, Carella Byrne Cecchi Brody & Agnello, P.C.
3. Adam J. Levitt, DiCello Levitt LLP
4. Elizabeth Fegan, Fegan Scott LLC
5. Christopher A. Seeger, Seeger Weiss LLP
6. Jason P. Sultzer, The Sultzer Law Group P.C.
7. Lindsey Scarcello, Wagstaff & Cartmell, LLP

**PSC MEMBERS**

1. Sarah Wescot, Bursor & Fisher, P.A.
2. Michael Sacchet, Ciresi Conlin LLP
3. Shireen M. Clarkson, Clarkson Law Firm P.C.
4. Alexander E. Barnett, Cotchett, Pitre & McCarthy, LLP
5. Darren T. Kaplan, Kaplan Gore LLP
6. Cari C. Laufenberg, Keller Rohrback L.L.P.
7. Jordan E. Jacobson, Kessler, Topaz, Meltzer & Check, LLP

8. Kelsey L. Stokes, Fleming, Nolen & Jez, L.L.P.

9. Laura Dunning, Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr Mougey, P.A.

10. Frederick S. Longer, Levin Sedran & Berman LLP
11. Marlene Goldenberg, Nigh, Goldenberg, Raso & Vaughn PLLC

12. Melanie Muhlstock, Parker Waichman LLP

13. Stuart Davidson, Robbins Geller Rudman & Dowd LLP