UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*Page v. RB Health (US) LLC*,<br>No. 1:23-cv-09290-BMC (E.D.N.Y.)<br><br>*Reyes v. The Procter & Gamble Company et al.*,<br>No. 1:23-cv-09308-BMC (E.D.N.Y.) | Case No. 23-md-3089-BMC<br><br>**AFFIDAVIT OF ERIC LOMBARDO IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

1

I, Eric Lombardo, declare and state as follows:

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Eric Lombardo, am a member with the law firm Keller Rohrback L.L.P. I submit this affidavit in support of my motion for admission *Pro Hac Vice* in the above-captioned matter.

1. I have not been convicted of a felony.

2. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me in any state or federal court.

4. A current certificate of good standing for the State of Washington is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of June, 2024 at Seattle, Washington

_____
Eric Lombardo

Subscribed and sworn before me this 10th day of June, 2024.



_____
Notary Public

My Commission expires 05-27-25

2