**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE: ORAL PHENYLEPHRINE
MARKETING AND SALES PRACTICES
LITIGATION

THIS DOCUMENT APPLIES TO:

*Page v. RB Health (US) LLC*,
No. 1:23-cv-09290-BMC (E.D.N.Y.)

*Reyes v. The Procter & Gamble Company et al.*,
No. 1:23-cv-09308-BMC (E.D.N.Y.)

Case No. 23-md-3089-BMC

**ORDER FOR ADMISSION *PRO HAC VICE* OF ERIC LOMBARDO**

The motion of Eric Lombardo for admission to practice *pro hac vice* in the above

captioned action is granted. Applicant has declared that he is a member in good standing of the

State Bar of Washington (Bar No. 56998) and that his contact information is as follows:

> Eric Lombardo
> Keller Rohrback L.L.P.
> 1201 Third Avenue, Suite 3200
> Seattle, WA 98101
> Tel: (206) 623-1900
> Fax: (206) 623-3384
> elombardo@kellerrohrback.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel

for Plaintiffs Martha A. Page and Rebecca Lynn Reyes in the above-captioned actions:

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the

above-captioned case in the United States District Court for the Eastern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

DATED: _____

_____
THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE