**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*Page v. RB Health (US) LLC*, No. 1:23-cv-09290-BMC (E.D.N.Y.)<br><br>*Reyes v. The Procter & Gamble Company et al.*, No. 1:23-cv-09308-BMC (E.D.N.Y.) | Case No. 23-md-3089-BMC<br><br>**NOTICE OF APPEARANCE OF ERIC LOMBARDO** |

PLEASE TAKE NOTICE that Eric Lombardo of Keller Rohrback L.L.P. hereby appears on behalf of Plaintiffs Martha A. Page and Rebecca Lynn Reyes in the above-captioned action and respectfully requests that all pleadings, motions, orders, correspondence, and other papers in connection with this action be served upon:

> Eric Lombardo
> Keller Rohrback L.L.P.
> 1201 Third Avenue, Suite 3200
> Seattle, WA 98101
> Tel: 206-623-1900
> Fax: 206-623-3384
> Email: elombardo@kellerrohrback.com

DATED: June 12, 2024

    KELLER ROHRBACK L.L.P.

    By /s/ *Eric Lombardo*
        Eric Lombardo
        elombardo@kellerrohrback.com
        1201 Third Avenue, Suite 3200
        Seattle, WA 98101-3052
        Telephone: (206) 623-1900
        Facsimile: (206) 623-3384

        *Attorney for Plaintiffs Rebecca Lynn Reyes and Martha A. Page*

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

               By: /s/ *Sarah Skaggs*
               Sarah Skaggs