UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*Kenneth Levi Pack, et al. v. Johnson & Johnson Consumer Companies, Inc. et al.,* No. 1:23-cv-09057<br><br>*William Bryan, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00040<br><br>*Christopher McPhee, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:23-cv-09262<br><br>*Richard Chavez, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:23-cv-09304<br><br>*Izabel Pena-Venegas, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00041<br><br>*Abby Jergins, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00043<br><br>*Rethea Morris, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00269 | MDL No. 3089<br>Case No. 1:23-md-3089-BMC<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF YUQING MIN** |

TO THE CLERK OF COURT:

**PLEASE TAKE NOTICE** THAT YuQing Min hereby withdraws her appearance as an attorney for all plaintiffs including in the following matters:

Kenneth Levi Pack, et al. v. Johnson & Johnson Consumer Companies, Inc. et al.,

No. 1:23-cv-09057

1

William Bryan, et al. v. Johnson & Johnson Consumer, Inc., et al., No. 1:24-cv-00040

Christopher McPhee, et al. v. Johnson & Johnson Consumer, Inc., et al., No. 1:23-cv-09262

Richard Chavez, et al. v. Johnson & Johnson Consumer, Inc., et al., No. 1:23-cv-09304

Izabel Pena-Venegas, et al. v. Johnson & Johnson Consumer, Inc., et al., No. 1:24-cv-00041

Abby Jergins, et al. v. Johnson & Johnson Consumer, Inc., et al., No. 1:24-cv-00043

Rethea Morris, et al. v. Johnson & Johnson Consumer, Inc., et al., No. 1:24-cv-00269


Dated: July 16, 2024                    Respectfully submitted,

                                        SINGLETON SCHREIBER, LLP


                                        By:  /s/ *YuQing Min*
                                             YuQing Min
                                             1414 K Street, Suite 470
                                             Sacramento, CA 95814
                                             (916) 248-8478

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                   */s/ YuQing Min*
                   YuQing Min