## AFFIDAVIT OF SERVICE

State of New York          County of Eastern District          United States District Court

Index Number: 1:23-MD-3089
Date Filed: 5/3/2024

Plaintiff: **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION**
vs.
Defendant:

For:
DOUGLAS AND LONDON PC
59 Maiden Lane
6th Floor
New York, NY 10038

Received by Nicoletti & Harris to be served on **Haleon Plc, The Heights Building 5, First Floor The Heights Weybridge Surrey, Kt13 0ny United Kingdom**.

I, Ana Sanchez, being duly sworn, depose and say that on the **3rd day of July, 2024** at **10:00 am**, I:

Deponent completed service by mailing a true copy of the **Summons in a Civil Action and Initial Streamlined Consolidated New York Bell Whether Class Action Complaint with Supporting documents** in a postpaid envelope to the address of: **The Heights Building 5, First Floor The Heights Weybridge Surrey, Kt13 0ny United Kingdom** by International Priority Mail - CH 214862451 US on **7/3/2024** and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
International Priority Mailing

I certify that I am over the age of 18 and have no interest in the above action.

_Ana Sanchez_
Ana Sanchez
2084176

STATE OF    New York )
COUNTY OF  New York )

Subscribed and Sworn to before me on the 3rd day of July, 2024 by the affiant who is personally known to me.

_Suegeil M Mercado_
Suegeil M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2024011166



