## AFFIDAVIT OF SERVICE

State of New York       County of Eastern District       United States District Court

Index Number: 1:23-MD-3089
Date Filed: 5/3/2024

Plaintiff:
**IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION**

vs.

Defendant:

For:
Amie Dileo
Douglas & London, P.C.

Received by Nicoletti & Harris to be served on **Perrigo Company Plc The Sharp Building, Hogan Place, Dublin 2, Ireland**.

I, Ana Sanchez, being duly sworn, depose and say that on the **20th day of June, 2024 at 2:47 pm**, I:

Deponent completed service by mailing a true copy of the **Summons in a Civil Action and Initial Streamlined Consolidated New York Bell Whether Class Action Complaint with Supporting documents** in a postpaid envelope to the address of: **Hogan Place, Dublin 2,, Ireland** by International Priority Mail  # CH214193624US on **6/20/2024** and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
International Priority Mail

I certify that I am over the age of 18 and have no interest in the above action.
I affirm this _20th_ day of _June_, _2024_, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Ana Sanchez
2084176

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2024010101

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



# USPS Customs Declaration and Dispatch Note

UNITED STATES POSTAL SERVICE®

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY**

CH214193624US

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

**ADDRESSEE'S INFORMATION**

Full Last Name: Sanchez  
Full First Name: Ana  
Business Name (if applicable):  
Address-1: 10 Avenue of the Americas  
Address-2:  
City: New York   State: NY   ZIP Code: 10013  
Addressee's Telephone:  
7. Sender's Email Address:  
8. Addressee's Email Address:  
9. Exporter's Reference (if applicable and known)  
10. Exporter's Telephone (if applicable and known)  
11. Importer's Reference (if applicable and known)  
12. Importer's Telephone (if applicable and known)  
13. AES ITN (if applicable)  
14. AES Exemption – NOEEI $ (Check one if applicable)  
☐ $ 30.36  ☐ $ 30.37 (a)  ☐ $ 30.37 (h)  
☐ $ 30.37 (y)  ☐ Other  
15. License Number (if applicable) 16. Certificate Number (if applicable) 17. Invoice Number (if applicable)  
18. Length (inches)  19. Width (inches)  20. Height (inches)  
21. Restrictions (if applicable — check all that apply)  
☐ Quarantine  
☐ Sanitary/Phytosanitary Inspection  
22. Nondelivery Instructions (Check one)  
☐ Return to Sender  
☐ Treat as Abandoned  
23. Sender's Signature and Date  

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

24. HS Tariff Number    25. Country of Origin  
For Business Mailers, for items in Block 2 (if the information is known)

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply)  
☐ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods  
☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other

2. Detailed Description of Contents (Enter only one item per line)

| | 3. Quantity | 4. Net Weight (Ea) Lbs. Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|
| Disposable Globe Building | | | |
| Lisa Drawer | | | |

6. Total:

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

4 – Sender's Copy