

# Douglas & London

59 Maiden Lane, 6th Floor
New York, NY 10038

Phone: (212) 566-7500
Fax: (212) 566-7501
www.DouglasAndLondon.com

Gary J. Douglas ᴾ
Michael A. London *
Stephanie O'Connor *
Randolph D. Janis
Virginia E. Anello ^

Rebecca G. Newman *
Alicia Ellsayed
Lara J. Say *ⁿ
Tate J. Kunkle ᵗ
Anne Accettella
Sara Castronuova *

\*   Also admitted in NJ
ᴾ   Also admitted in PA
^   Also admitted in LA & MA
ⁿ   Also admitted in NC
ᵗ   Also admitted in CT

*The attorney in charge of New Jersey practice is Michael A. London.*

August 1, 2024

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

   Re: **In re: Oral Phenylephrine Marketing and Sales Practices Litigation**
      **1:23-md-03089-BMC**

Dear Judge Cogan:

  The undersigned writes on behalf of the Plaintiff Executive Committee ("PEC") to submit to the Court the proposed Protective Order, annexed hereto, that has been agreed-upon by the Parties, and which the Parties respectfully request be entered by the Court.

  As always, we thank the Court for its time and continued courtesies.

Dated: August 1, 2024         Respectfully Submitted:

                */s/ Michael A. London*
                Michael A. London (ML-7510)
                DOUGLAS & LONDON P.C.
                59 Maiden Lane – 6th Floor
                New York, New York 10038
                Tel: 212-566-7500
                mlondon@douglasandlondon.com
                *Chairperson of the Plaintiffs' Executive Committee*