## AFFIDAVIT OF SERVICE

State of New Jersey     County of District of New Jersey     United States District Court

Case Number: 3:23-CV-20478-RK-RLS

Plaintiff: **SHARON ROURK**
vs.
Defendant: **HALEON, PLC**

For:
DOUGLAS AND LONDON PC
59 Maiden Lane
6th Floor
New York, NY 10038

Received by Nicoletti & Harris to be served on **Haleon PLC, The Heights Building 5, First Floor The Heights Weybridge Surrey, Kt13 0ny United Kingdom**.

I, Ana Sanchez, being duly sworn, depose and say that on the **3rd day of July, 2024** at **10:00 am**, I:

Deponent completed service by mailing a true copy of the **Summons in a Civil Case, Class Action Complaint and Jury Trial Demanded** in a postpaid envelope to the address of: **The Heights Building 5, First Floor The Heights Weybridge Surrey, Kt13 0ny United Kingdom** by International Registered Mail Return Receipt - RE 785329814 US on **7/3/2024** and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
International Registered Mail

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF   New York )
COUNTY OF   New York )

Subscribed and Sworn to before me on the 3rd day of July, 2024 by the affiant who is personally known to me.

Suegeil M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

Ana Sanchez
2084176

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2024011155



