UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

IN RE: ORAL PHENYLEPHRINE
MARKETING AND SALES
PRACTICES LITIGATION

---------------------------------------------------------X

1:23-md-03089-BMC
_____

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel
_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Andrew R. Kaufman__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Lieff Cabraser Heimann & Bernstein, LLP__ and a member in good standing of the bar(s) of the State(s) of __New York, Tennessee, and Wisconsin__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Sandra Yousefzadeh__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 08/06/2024

Respectfully submitted,

*/s/ Andrew Kaufman*
Signature of Movant
Firm Name: Lieff Cabraser Heimann & Bernstein, LLP
Address: 222 2nd Ave. South, Suite 1640
         Nashville, TN 37201
Email: akaufman@lchb.com
Phone: 615-313-9000