UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------

IN RE: ORAL PHENYLEPHRINE

MARKETING AND SALES

PRACTICES LITIGATION

1:23-md-03089-BMC

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

--------------------------------------------------------

I, Andrew R. Kaufman, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Lieff Cabraser Heimann & Bernstein, LLP
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New York, Tennessee, and Wisconsin.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 5144944; 033864; 1131967
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-md-03089-BMC for _____ _____.

Date 8/6/2024

*Andrew Richard Kaufman*
_____
Signature of Movant
Firm Name Lieff Cabraser Heimann and Bernstein, LLP
Address 222 2nd Ave. South, Suite 1640
Nashville, TN 37201

Email akaufman@lchb.com
Phone 615-313-9000

**NOTARIZED**

# Acknowledgment

State of Utah )
        §
County of Washington )

On this __6__ day of __August__, in the year 20__24__, before me, __Tiffany Hill__ a notary public, personally appeared __Andrew Richard Kaufman__, proved on the basis of satisfactory evidence to be the person(s) whose name(s) (is/are) subscribed to this instrument, and acknowledged (he/she/they) executed the same.

Witness my hand and official seal.



TIFFANY HILL
Notary Public - State of Utah
Comm. No. 717008
My Commission Expires on
Mar 15, 2025

_____
*(notary signature)*

(*seal*)

Completed via Remote Online Notarization using 2 way Audio/Video technology.