# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Robyn E. Bladow
To Call Writer Directly:
+1 213 680 8634
robyn.bladow@kirkland.com

555 South Flower Street
Los Angeles, CA 90071
United States

+1 213 680 8400

www.kirkland.com

Facsimile:
+1 213 680 8500

August 7, 2024

**Via ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *In re Oral Phenylephrine Marketing and Sales Practices Litigation*, 1:23-md-3089-BMC

Dear Judge Cogan:

  We are counsel for Defendant Haleon US Holdings LLC in the above-captioned case. We write this letter to inform the Court of an error in the ECF system wherein our firm appears as counsel to Defendant Haleon plc. At this time, we do not represent Haleon plc in this matter. Upon learning of the incorrect association within the ECF system, we reached out to the ECF Help Desk, and were told the association came about as a result of an administrative error when the above-mentioned MDL and its member cases were transferred to the Eastern District of New York and assigned to Your Honor. We were informed that the ECF Clerk could not make the necessary correction absent an order from the presiding judge, and therefore submit this letter for your consideration.

  We request Your Honor So Order this letter so that the ECF Clerk can remove the incorrect recording of the appearances of Jay P. Lefkowitz, Jacob Rae, and Robyn E. Bladow as counsel for Defendant Haleon plc.

  We thank the Court for its consideration of and attention to this matter.

**KIRKLAND & ELLIS LLP**

The Hon. Brian M. Cogan
August 7, 2024
Page 2

                                            Respectfully Submitted,

                                            /s/*Robyn E. Bladow*
                                            Robyn E. Bladow
                                            **KIRKLAND & ELLIS LLP**
                                            555 S. Flower Street
                                            Los Angeles, CA 90071
                                            Tel: (213) 680-8400
                                            robyn.bladow@kirkland.com

                                            *Counsel for Haleon US Holdings LLC*