

# Douglas & London

59 Maiden Lane, 6th Floor
New York, NY 10038

Phone: (212) 566-7500
Fax: (212) 566-7501
www.DouglasAndLondon.com

Gary J. Douglas ᴾ
Michael A. London *
Stephanie O'Connor *
Randolph D. Janis
Virginia E. Anello ^

Rebecca G. Newman *
Alicia Ellsayed
Lara J. Say *ⁿ
Tate J. Kunkle ᵗ
Anne Accettella
Sara Castronuova *

\*   Also admitted in NJ
ᴾ   Also admitted in PA
^   Also admitted in LA & MA
ⁿ   Also admitted in NC
ᵗ   Also admitted in CT

*The attorney in charge of New Jersey practice is Michael A. London*

August 15, 2024

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re: **In re: Oral Phenylephrine Marketing and Sales Practices Litigation**
       **1:23-md-03089-BMC**

Dear Judge Cogan:

  The undersigned writes on behalf of the Plaintiff Executive Committee ("PEC") to submit to the Court the proposed Protocol for Production of Hard Copy Documents and Electronically Stored Information, annexed hereto, that has been agreed-upon by the Parties, and which the Parties respectfully request be entered by the Court.

  As always, we thank the Court for its time and continued courtesies.


Dated: August 15, 2024        Respectfully Submitted:

                 */s/ Michael A. London*
                 Michael A. London (ML-7510)
                 DOUGLAS & LONDON P.C.
                 59 Maiden Lane – 6th Floor
                 New York, New York 10038
                 Tel: 212-566-7500
                 mlondon@douglasandlondon.com
                 *Chairperson of the Plaintiffs' Executive Committee*