# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 1:23-md-3089-BMC<br><br>This Document Relates to<br>ALL CASES |

## THE PARTIES' PROPOSED AGENDA FOR THE
## AUGUST 20, 2024 STATUS CONFERENCE

Plaintiffs' Interim Class Counsel and Executive Committee, in conjunction with Plaintiffs' Steering Committee, together with Defendants, respectfully submit this proposed Agenda for the August 20, 2024 Status Conference.

**I.     PARTIES' JOINT AGENDA ITEMS**

- Status of the parties' proposed ESI order, for which an agreed to proposed order is being filed with the Court today;

- Schedule following ruling on Defendants' Motion to Dismiss the Initial Streamlined Complaint; and

- Status Conference schedule.

**II.    PLAINTIFFS' AGENDA ITEMS**

- Status of Privilege Log Order;

- Status of Rule 26(f) Conferences;

- Appointment of Defense Liaison Counsel; and

- Update on Defendants Perrigo/Haleon PLC.

**III.   DEFENDANTS' AGENDA ITEMS**

- Timing of the filing of Plaintiffs' Master Consolidated Complaint;

- Setting a deadline to submit scheduling proposals; and

- Setting a hearing date on Defendants' Motion to Dismiss the Initial Streamlined Complaint.

Dated: August 15, 2024