**COURT'S EXHIBIT 2**

**LIKELY SPEAKERS AT TODAY'S CASE MANAGEMENT CONFERENCE (08/20/24)**

1. Michael A. London, Douglas & London, P.C. (Chairperson of PEC)

2. Jonathan D. Selbin, Lieff Cabraser Heimann & Bernstein LLP

3. Bryan F. Aylstock, Aylstock Witkin Kreis Overholtz PLLC

4. Virginia E. Anello, Douglas & London, P.C

5. Adam J. Levitt, DiCello Levitt LLP

6. Jennifer Hoekstra, Aylstock Witkin Kreis Overholtz PLLC

7. Jeff Grand, Seeger Weiss LLP

**PEC MEMBERS (If Not Identified Above)**

1. Kiley Grombacher, Bradley Grombacher LLP

2. James E. Cecchi, Carella Byrne Cecchi Brody & Agnello, P.C.

3. Elizabeth Fegan, Fegan Scott LLC

4. Christopher A. Seeger, Seeger Weiss LLP

5. Jason P. Sultzer, The Sultzer Law Group P.C.

6. Lindsey Scarcello, Wagstaff & Cartmell, LLP

**PSC MEMBERS**

1. Sarah Wescot, Bursor & Fisher, P.A.

2. Michael Sacchet, Ciresi Conlin LLP

3. Shireen M. Clarkson, Clarkson Law Firm P.C.

4. Alexander E. Barnett, Cotchett, Pitre & McCarthy, LLP

5. Darren T. Kaplan, Kaplan Gore LLP

6. Cari C. Laufenberg, Keller Rohrback L.L.P.

7. Jordan E. Jacobson, Kessler, Topaz, Meltzer & Check, LLP

8. Kelsey L. Stokes, Fleming, Nolen & Jez, L.L.P.

9. Laura Dunning, Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr Mougey, P.A.

10. Frederick S. Longer, Levin Sedran & Berman LLP

11. Marlene Goldenberg, Nigh, Goldenberg, Raso & Vaughn PLLC

12. Melanie Muhlstock, Parker Waichman LLP

13. Stuart Davidson, Robbins Geller Rudman & Dowd LLP