UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>**This Document Relates to:**<br>ALL ACTIONS | Case No. 1:23-md-03089-BMC<br>District Judge Brian M. Cogan |

**APPEARANCE OF COUNSEL**

To: **The clerk of the court and all parties of record**

**PLEASE TAKE NOTICE** that Andrew R. Kaufman of Lieff Cabraser Heimann & Bernstein, LLP, 222 Second Avenue South, Suite 1640, Nashville, Tennessee 37201 hereby enters an appearance as counsel for Plaintiff Sandra Yousefzadeh in the above-captioned action.

Date:  08/26/2024

*/s/ Andrew Kaufman*

Andrew R. Kaufman
**Lieff Cabraser Heimann & Bernstein, LLP**
222 2nd Ave. South, Suite 1640
Nashville, Tennessee 37201
Telephone: 615-313-9000
Email: akaufman@lchb.com