UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

IN RE: ORAL PHENYLEPHRINE
MARKETING AND SALES
PRACTICES LITIGATION

1:23-md-03089-BMC
_____

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

----------------------------------------------------------X

TO:    Opposing Counsel
_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **Faith E. A. Lewis** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **Lieff Cabraser Heimann & Bernstein, LLP** and a member in good standing of the bar(s) of the State(s) of **California**, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **Sandra Yousefzadeh**. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 09/10/24

Respectfully submitted,

_/s/ Faith E. A. Lewis_____
Signature of Movant
Firm Name: Lieff Cabraser Heimann & Bernstein, LLP
Address: 275 Battery Street, 29th Floor
         San Francisco, CA 94117
Email: flewis@lchb.com
Phone: 415-956-1000