UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------

IN RE: ORAL PHENYLEPHRINE

MARKETING AND SALES

PRACTICES LITIGATION

1:23-md-03089-BMC

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

------------------------------------------------

I, Faith E. A. Lewis, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Leiff Cabraser Heimann & Bernstein.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 352196
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-md-03089-BMC for Sandra Yousefzadeh.

Date 09/10/24
San Francisco, CA

**NOTARIZED**

Signature of Movant
Firm Name Lieff Cabraser Heimann and Bernstein, LLP
Address 275 Battery Street, 29th Floor
San Francisco, CA 94117

Email flewis@lchb.com
Phone 415-956-1000

# CALIFORNIA CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of San Francisco )

On September 10, 2024 before me, Lanita Simms, Notary Public,
(here insert name and title of the officer)

personally appeared Faith Elizabeth Allayne Lewis ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Lanita Simms_

LANITA SIMMS
COMM. # 2387417
NOTARY PUBLIC - CALIFORNIA
CONTRA COSTA COUNTY
COMM. EXPIRES DEC. 18, 2025

(Seal)

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of Affidavit in Support of Motion to Admit Counsel Pro Hac Vice , containing 1 pages, and dated 9/10/2024 .

The signer(s) capacity or authority is/are as:
- ☐ Individual(s)
- ☐ Attorney-in-Fact
- ☐ Corporate Officer(s) _____
  Title(s)
- ☐ Guardian/Conservator
- ☐ Partner - Limited/General
- ☐ Trustee(s)
- ☐ Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

Method of Signer Identification

Proved to me on the basis of satisfactory evidence:
- ☐ form(s) of identification  ☐ credible witness(es)

Notarial event is detailed in notary journal on:
Page # ____  Entry # ____

Notary contact: _____

Other
- ☐ Additional Signer(s)  ☐ Signer(s) Thumbprint(s)
- ☐ _____

© Copyright 2007-2017 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved.    Item Number 101772. Please contact your Authorized Reseller to purchase copies of this form.