UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>**This Document Relates to:**<br>**ALL ACTIONS** | Case No. 1:23-md-03089-BMC<br>District Judge Brian M. Cogan |

**APPEARANCE OF COUNSEL**

To: **The clerk of the court and all parties of record**

**PLEASE TAKE NOTICE** that Faith E. A. Lewis of Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, California 94111 hereby enters an appearance as counsel for Plaintiff Sandra Yousefzadeh in the above-captioned action.

Date: 09/12/2024

Faith E. A. Lewis
**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: 415-956-1000
Email: flewis@lchb.com