# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 26, 2024

Re: Austin Allen Evans, State Bar Number 24138431

To Whom It May Concern:

This is to certify that Austin Allen Evans was licensed to practice law in Texas on October 26, 2023, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



**EXHIBIT A**



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida      )

County of Leon      )        In Re:  0107692
                             Austin A. Evans
                             Greenberg Traurig LLP
                             1144 15th St Ste 3300
                             Denver, CO 80202-2587

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 25, 2013**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  28th  day of **August, 2024**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-302776



**EXHIBIT A**



# Supreme Court
# State of Georgia
### NATHAN DEAL JUDICIAL CENTER
## Atlanta 30334

August 28, 2024

I hereby certify that Austin Evans, Esq., was admitted on the 3rd day of May, 2016, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk

**EXHIBIT A**

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Austin A Evans** (No. **041272005**) was constituted and appointed an Attorney at Law of New Jersey on **December 9, 2005** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **3rd** day of **September**, 20 **24**.

_Heather J. Baker_
Clerk of the Supreme Court

**EXHIBIT A**



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Austin Allen Evans, Esq.*

DATE OF ADMISSION

*December 30, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 5, 2024

Nicole Traini
Chief Clerk

**EXHIBIT A**