UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.)<br><br>*Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.)<br><br>*Silva v. Reckitt Benckiser LLC et al,* No. 1:23-cv-09268-BMC (E.D.N.Y.)<br><br>*Walker v. Johnson & Johnson Consumer Inc. et al,* No. 1:23-cv-09284-BMC (E.D.N.Y.)<br><br>*Wright v. Johnson & Johnson Consumer Inc. et al,* No. 1:23-cv-09285-BMC (E.D.N.Y.)<br><br>*Thorns et al v. Johnson & Johnson et al,* No. 1:23-cv-09310-BMC (E.D.N.Y.)<br><br>*Carrigan v. Johnson & Johnson et al,* No. 1:23-cv-09319-BMC (E.D.N.Y.)<br><br>*Pena-Venegas et al v. Johnson & Johnson Consumer, Inc. et al,* No. 1:24-cv-00041-BMC (E.D.N.Y.)<br><br>*Bryan et al v. Johnson & Johnson Consumer, Inc. et al,* No. 1:24-cv-00040-BMC (E.D.N.Y.)<br><br>*Barton et al v. RB Health (US) Llc et al,* No. 1:23-cv-09063-BMC (E.D.N.Y.)<br><br>*Coppock v. Procter & Gamble Company et al,* No. 1:23-cv-09062-BMC (E.D.N.Y.)<br><br>*Pack et al v. Johnson & Johnson Consumer Companies, Inc. et al,* No. 1:23-cv-09057-BMC (E.D.N.Y.) | Case No. 1:23-MD-03089-BMC<br><br>APPEARANCE OF COUNSEL |

*Cohen et al v. Walgreens Boots Alliance, Inc.,* No. 1:24-cv-00230-BMC (E.D.N.Y.)

*Kasparie et al v. Bayer Healthcare LLC et al,* No. 1:23-cv-09312-BMC (E.D.N.Y.)

*Benjamin et al v. Glaxosmithkline LLC et al,* No. 1:23-cv-09313-BMC (E.D.N.Y.)

*Nelson et al v. Johnson & Johnson Consumer, Inc.et al,* No. 1:23-cv-09261-BMC (E.D.N.Y.)

*Reyes v. The Procter & Gamble Company et al,* No. 1:23-cv-09308-BMC (E.D.N.Y.)

*Parker v. Rite Aid Corporation et al,* No. 1:23-cv-09311-BMC (E.D.N.Y.)

*De Priest et al v. Walgreen Co. et al,* No. 1:23-cv-09272-BMC (E.D.N.Y.)

*Hsieh et al. v. Procter & Gamble Company et al.,* No. 1:23-cv-09274-BMC (E.D.N.Y.)

*Fong v. Johnson & Johnson Consumer Inc. et al,* No. 1:23-cv-09278-BMC (E.D.N.Y.)

*Emmons et al v. Mcneill Consumer Healthcare et al,* No. 1:23-cv-09314-BMC (E.D.N.Y.)

*Holmes v. WalMart, Inc.,* No. 1:23-cv-09255-BMC (E.D.N.Y.)

*Anderson et al v. The Procter & Gamble Company et al,* No. 1:23-cv-09315-BMC (E.D.N.Y.)

*Chavez v. Johnson & Johnson Consumer, Inc. et al,* No. 1:23-cv-09304-BMC (E.D.N.Y.)

*McPhee et al v. Johnson & Johnson Consumer Companies, Inc. et al,* No. 1:23-cv-09262-BMC (E.D.N.Y.)

*Rampalli v. Walgreen Co.,* No. 1:24-cv-00229-BMC (E.D.N.Y.)

*Rampalli v. Target Corporation,* No. 1:23-cv-09281-BMC (E.D.N.Y.)

*Flores v. Costco Wholesale Corporation,* No. 1:23-cv-09263-BMC (E.D.N.Y.)

*Hansen et al v. Walmart, Inc.,* No. 1:23-cv-09259-BMC (E.D.N.Y.)

*Derosa v. Walgreen Co.,* No. 1:23-cv-09275-BMC (E.D.N.Y.)

*Isom v. Johnson & Johnson Consumer Inc. et al,* No. 1:23-cv-09283-BMC (E.D.N.Y.)

*Kleiman v. CVS Health Corporation,* No. 1:23-cv-09318-BMC (E.D.N.Y.)

*Enriquez v. The Procter & Gamble Company et al,* No. 1:23-cv-09260-BMC (E.D.N.Y.)

*Morris et al v. Johnson & Johnson Consumer, Inc et al,* No. 1:24-cv-00269-BMC (E.D.N.Y.)

*Pack et al v. Johnson & Johnson Consumer Companies, Inc. et al,* No. 1:23-cv-09057-BMC (E.D.N.Y.)

*Boswell v. Walgreens Boots Alliance, Inc. et al,* No. 1:24-cv-02272-BMC (E.D.N.Y.)

**PLEASE TAKE NOTICE** that Austin A. Evans of Greenberg Traurig, LLP, 1144 15 Street, Suite 3300, Denver, CO 80202, hereby enters an appearance as counsel for Defendants Albertsons Companies, Inc., Costco Wholesale Corporation, CVS Pharmacy Inc., Rite Aid Corporation, Target Corporation, Walgreen Co., Walmart Inc., and Wal-Mart Stores East, LP

DATED: September 30, 2024

        */s/ Austin A. Evans*
        Austin A. Evans

        **GREENBERG TRAURIG LLP**
        1144 15 Street, Suite 3300
        Denver, CO 80202
        Phone  303.685.7422
        Fax     303.572.6540
        austin.evans@gtlaw.com

        *Attorney for Defendants Albertsons Companies, Inc., Costco Wholesale Corporation, CVS Pharmacy Inc., Rite Aid Corporation, Target Corporation, Walgreen Co., Walmart Inc., and Wal-Mart Stores East, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2024, I electronically filed the foregoing documents with the Clerk of the court using the CM/ECF system which will send notifications of such filing to all attorneys of record.

By: */s/ Austin A. Evans*
Austin A. Evans