# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Jay P. Lefkowitz, P.C.<br>To Call Writer Directly:<br>+1 212 446 4970<br>lefkowitz@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br>United States<br><br>+1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

November 6, 2024

**Via ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    ***In re Oral Phenylephrine Marketing and Sales Practices Litigation*, 1:23-md-3089-BMC**

Dear Judge Cogan:

      The Defendants in the above litigation, with the consent of Plaintiffs' Executive Committee, write to advise the Court that the parties have met-and-conferred and reached agreement, subject to the approval of the Court, on a proposed order governing the disposition of the cases consolidated in this MDL pursuant to the Court's October 29 Memorandum Decision & Order (ECF No. 249). The parties also propose that the Court adjourn the Status Conference currently scheduled for November 21, 2024, in light of the parties' agreement on the disposition of all cases in this MDL. The parties, of course, remain available at the Court's convenience.

      The parties respectfully request that the Court enter the proposed order attached as Exhibit 1, which reflects the parties' agreement.

## KIRKLAND & ELLIS LLP

The Hon. Brian M. Cogan
November 6, 2024
Page 2

Dated: November 6, 2024

Respectfully Submitted:

/s/ *Jay P. Lefkowitz*
Jay P. Lefkowitz, P.C.
Jacob M. Rae
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460
lefkowitz@kirkland.com
jacob.rae@kirkland.com

Robyn E. Bladow (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 S. Flower Street Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

*Counsel for Defendant Haleon US Holdings LLC*

**KIRKLAND & ELLIS LLP**

The Hon. Brian M. Cogan
November 6, 2024
Page 3

        /s/ *Andrew Soukup*
        Andrew Soukup (*pro hac vice*)
        Laura Flahive Wu
        **COVINGTON & BURLING LLP**
        One CityCenter
        850 Tenth Street, NW
        Washington, DC 20001-4956
        Telephone: (202) 662-5066
        asoukup@cov.com
        lflahivewu@cov.com

        Cortlin H. Lannin (*pro hac vice*)
        **COVINGTON & BURLING LLP**
        Salesforce Tower
        415 Mission Street, Suite 5400
        San Francisco, CA 94105
        Telephone: (415) 591-7078
        clannin@cov.com

        *Attorneys for Defendant The Procter & Gamble Company*

KIRKLAND & ELLIS LLP

The Hon. Brian M. Cogan
November 6, 2024
Page 4

/s/ *Hannah Y. Chanoine*
Hannah Y. Chanoine
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
hchanoine@omm.com

Amy J. Laurendeau (*pro hac vice*)
Emilie W. Hamilton
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
alaurendeau@omm.com
ehamilton@omm.com

*Attorneys for Defendant Johnson & Johnson Consumer Inc.*

/s/ *Robert W. Sparkes, III*
Robert W. Sparkes, III (*pro hac vice*)
Jennifer Janiera Nagle (*pro hac vice*)
**K&L GATES LLP**
1 Congress Street, Suite 2900
Boston, MA 02114
Telephone: (617) 261-3100
robert.sparkes@klgates.com
jennifer.nagle@klgates.com

Ruby A. Nagamine (*pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
ruby.nagamine@klgates.com

*Attorneys for Defendants Amazon.com, Inc. and*

KIRKLAND & ELLIS LLP

The Hon. Brian M. Cogan
November 6, 2024
Page 5

*Amazon.com Services LLC*

/s/ *E. Paige Sensenbrenner*
E. Paige Sensenbrenner (*pro hac vice*)
Diana Cole Suprenant (*pro hac vice*)
**ADAMS AND REESE, LLP**
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
paige.sensenbrenner@arlaw.com
diana.suprenant@arlaw.com

*Attorneys for Defendants Associated Wholesale Grocers, Inc. and Valu Merchandisers Co.*

/s/ *Michael Klebanov*
Michael Klebanov (*pro hac vice*)
**HUSCH BLACKWELL LLP**
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
Telephone: (202) 378-2363
michael.klebanov@huschblackwell.com

Tanner Cook (*pro hac vice*)
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Telephone: (314) 480-1500
Tanner.cook@huschblackwell.com

*Attorneys for Defendant Dierbergs Markets, Inc.*

# KIRKLAND & ELLIS LLP

The Hon. Brian M. Cogan
November 6, 2024
Page 6

/s/ *Michael F. Healy*
Michael F. Healy (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
mfhealy@shb.com

Daniel B. Rogers (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
201 South Biscayne Boulevard Suite 3200
Miami, FL 33131
Telephone: (305) 358-5171
drogers@shb.com

*Attorneys for Defendant Publix Super Markets, Inc.*

/s/ *James L. Bernard*
James L. Bernard
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3121
James.bernard@hoganlovells.com

Lauren S. Colton (*pro hac vice*)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

*Attorneys for Defendant RB Health (US) LLC*

**KIRKLAND & ELLIS LLP**

The Hon. Brian M. Cogan
November 6, 2024
Page 7

/s/ *Cara D. Edwards*
Cara D. Edwards
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Telephone: (212) 335-4714
cara.edwards@us.dlapiper.com

Christopher G. Campbell
**DLA PIPER LLP (US)**
1201 West Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 736-7800
christopher.campbell@us.dlapiper.com

Christopher Young (*pro hac vice*)
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: (619) 699-4748
christopher.young@us.dlapiper.com

*Attorneys for Defendant Bayer HealthCare, LLC*

# KIRKLAND & ELLIS LLP

The Hon. Brian M. Cogan
November 6, 2024
Page 8

/s/ *Richard Fama*
Richard Fama
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
Telephone: (212) 509-9400
rfama@cozen.com

Karl Riley (*pro hac vice*)
**COZEN O'CONNOR**
Southeast Financial Center, Suite 3000
200 South Biscayne Blvd.
Miami, FL 33130
Telephone: (305) 704-5940
koriley@cozen.com

*Attorneys for The Kroger Co., Harris Teeter, LLC, and Harris Teeter Supermarkets, Inc.*

# KIRKLAND & ELLIS LLP

The Hon. Brian M. Cogan
November 6, 2024
Page 9

/s/ *Mark J. Lesko*
Mark J. Lesko
**GREENBERG TRAURIG, LLP**
900 Stewart Avenue, 5th Floor
Garden City, NY 11530
Telephone: (631) 994-2408
Mark.Lesko@gtlaw.com

Nilda Isidro
Dale Rose Goldstein
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Nilda.Isidro@gtlaw.com
GoldsteinD@gtlaw.com

*Attorneys for Defendants Albertsons Companies, Inc., Costco Wholesale Corporation, CVS Pharmacy Inc., Rite Aid Corporation, Target Corporation, Walgreen Co., Walmart Inc., and Wal-Mart Stores East, LP*

/s/ *Michael A. London*
Michael A. London (ML-7510)
**DOUGLAS & LONDON P.C.**
59 Maiden Lane – 6th Floor
New York, New York 10038
Tel: 212-566-7500
mlondon@douglasandlondon.com

*Chairperson of the Plaintiffs' Executive Committee*

Bryan F. Aylstock
**AYLSTOCK WITKIN KREIS OVERHOLTZ PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Tel: 850-202-1010

**KIRKLAND & ELLIS LLP**

The Hon. Brian M. Cogan
November 6, 2024
Page 10

baylstock@awkolaw.com

Kiley L. Grombacher
**BRADLEY/GROMBACHER LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Tel: 866-881-0403
kgrombacher@bradleygrombacher.com

James E. Cecchi
**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: 973-994-1700
jcecchi@carellabyrne.com

Adam J. Levitt
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: 312-214-7900
alevitt@dicellolevitt.com

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
Tel: 630-273-2625
beth@feganscott.com

Jonathan D. Selbin
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
250 Hudson Street, 8th Floor
New York, New York 10013
Tel: 212-355-9500
jselbin@lchb.com

## KIRKLAND & ELLIS LLP

The Hon. Brian M. Cogan
November 6, 2024
Page 11

                              Christopher A. Seeger
                              **SEEGER WEISS LLP**
                              55 Challenger Road
                              Ridgefield Park, New Jersey 07660
                              Tel: 888-546-8799
                              cseeger@seegerweiss.com

                              Jason P. Sultzer
                              **THE SULTZER LAW GROUP P.C.**
                              85 Civic Center Plaza Ste. 200
                              Poughkeepsie, New York 12601
                              Tel: 845-244-5595
                              sultzerj@thesultzerlawgroup.com

                              Lindsey N. Scarcello
                              **WAGSTAFF & CARTMELL**
                              4740 Grand Avenue, Suite 300
                              Kansas City, Missouri 64112
                              Tel: 816-701-1102
                              lscarcello@wcllp.com

                              *Plaintiffs' Executive Committee and Interim Class Counsel*