

**DOUGLAS & LONDON**

59 Maiden Lane, 6th Floor
New York, NY 10038

Phone: (212) 566-7500
Fax: (212) 566-7501
www.DouglasAndLondon.com

Gary J. Douglas [P]
Michael A. London [*]
Stephanie O'Connor [*]
Randolph D. Janis
Virginia E. Anello [^]

Rebecca G. Newman [*]
Philippa Ratzki [*]
Alicia Ellsayed
Lara J. Say [*n]
Tate J. Kunkle [t]
Anne Accettella
Sara Castronuova [*]
Joseph Grenner [l]

[*]  Also admitted in NJ
[P]  Also admitted in PA
[^]  Also admitted in LA & MA
[n]  Also admitted in NC
[t]  Also admitted in CT
[l]  Also admitted in LA

*The attorney in charge of New Jersey
practice is Michael A. London*

November 8, 2024

**VIA ECF**
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      **Re:**    **In re: Oral Phenylephrine Marketing and Sales Practices Litigation**
             **1:23-md-03089-BMC**

             **FDA's Proposed Administrative Order**

Dear Judge Cogan:

On November 7, the FDA initiated a notice-and-comment period regarding a proposed administrative order amending the over-the-counter monograph for cold, cough, allergy, bronchodilator, and antiasthmatic drug products.  The FDA's statement regarding its action is available here: https://tinyurl.com/mr2tbh4r. (Also attached as Ex. A.) The proposed order is available here: https://tinyurl.com/5n8pes6j.

The parties write to advise the Court of their view of the impact of the proposed order on the parties' pending joint motion requesting entry of judgment and cancellation of the November 21 hearing scheduled in this case.  (ECF No. 250.)

**Plaintiffs' Position**

In light of the FDA announcement, Plaintiffs believe that entry of judgment should be held in abeyance until the parties can better assess this development and discuss its significance to the case (including as it relates to the Court's recent grant of Defendants' motion to dismiss), both internally and with each other.

Given that a status conference is scheduled for November 21, 2024, Plaintiffs respectfully request that that entry of judgment be held in abeyance and that deadlines related to any motion to reconsider also be extended until after that conference on November 21st, so that the parties have an opportunity to address this development and our views of its significance with the Court at that conference.

As always, we thank the Court for its attention to this case and we are, of course, available at your convenience before the November 21st conference if you so desire.

**Defendants' Position**

The FDA's proposed order announcing a notice-and-comment rulemaking related to phenylephrine has no impact on this case and should not delay this Court from entering judgment as the parties jointly requested earlier this week.  *See* ECF No. 250.

The FDA's statement accompanying the proposed order made clear that "[f]or now, companies may continue to market OTC monograph drug products containing oral phenylephrine as a nasal decongestant. This is a proposed order. Only a final order will affect what products can be marketed."[1]  The Court even considered the impact of a future monograph change in its Order and held that any impact from such a change would be prospective-only. ECF No. 249. at 9 ("[U]nless and until the FDA amends the monograph in response to the NDAC's findings, it is not misleading to state that PE is an effective nasal decongestant.").  The FDA's proposed order provides no basis to delay entering judgment.

While Defendants defer to the Court on whether it would like to proceed with the status conference, they do not believe there is any need to hold a status conference in order to discuss the parties' "views" on the impact of the proposed order to the Court's ruling.  Defendants therefore respectfully request that this Court enter the proposed order entering judgment.  ECF No. 250-1.

Respectfully Submitted:

*/s/ Michael A. London*
Michael A. London (ML-7510)
DOUGLAS & LONDON P.C.
59 Maiden Lane – 6th Floor
New York, New York 10038
Tel: 212-566-7500
mlondon@douglasandlondon.com
*Chairperson of the Plaintiffs' Executive Committee*

---

[1] U.S. Food & Drug Admin., *FDA Proposes Ending Use of Oral Phenylephrine as OTC Monograph Nasal Decongestant Active Ingredient After Extensive Review*, available at: https://tinyurl.com/mr2tbh4r.

*/s/ Bryan F. Aylstock*
AYLSTOCK WITKIN KREIS
OVERHOLTZ PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
Tel: 850-202-1010
baylstock@awkolaw.com

*/s/ Kiley L. Grombacher*
BRADLEY/GROMBACHER LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Tel: 866-881-0403
kgrombacher@bradleygrombacher.com

*/s/ James E. Cecchi*
CARELLA BYRNE CECCHI BRODY &
AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: 973-994-1700
jcecchi@carellabyrne.com

*/s/ Adam J. Levitt*
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: 312-214-7900
alevitt@dicellolevitt.com

*/s/ Elizabeth A. Fegan*
FEGAN SCOTT LLC
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
Tel: 630-273-2625
beth@feganscott.com

*/s/ Jonathan D. Selbin*
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, New York 10013
Tel: 212-355-9500
jselbin@lchb.com

*/s/ Christopher A. Seeger*
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, New Jersey 07660
Tel: 888-546-8799
cseeger@seegerweiss.com

*/s/ Jason P. Sultzer*
THE SULTZER LAW GROUP P.C.
85 Civic Center Plaza Ste. 200
Poughkeepsie, New York 12601
Tel: 845-244-5595
sultzerj@thesultzerlawgroup.com

*/s/ Lindsey N. Scarcello*
WAGSTAFF & CARTMELL
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Tel: 816-701-1100
lscarcello@wcllp.com

*Plaintiffs' Executive Committee
and Interim Class Counsel*

*/s/ Andrew Soukup*
Andrew Soukup (*pro hac vice*)
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5066
asoukup@cov.com
lflahivewu@cov.com

Cortlin H. Lannin (*pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-7078
clannin@cov.com

*Attorneys for Defendant The Procter &
Gamble Co.*

/s/ Jay P. Lefkowitz
Jay P. Lefkowitz, P.C.
Jacob M. Rae
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
lefkowitz@kirkland.com
jacob.rae@kirkland.com

Robyn E. Bladow (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 S. Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
robyn.bladow@kirkland.com

*Attorneys for Defendant Haleon US
Holdings LLC*

/s/ Hannah Y. Chanoine
Hannah Y. Chanoine
Jeffrey A. N. Kopczynski
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10036
Telephone: (212) 326-2000
hchanoine@omm.com
jkopczynski@omm.com

Amy J. Laurendeau (*pro hac vice*)
Emilie W. Hamilton
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
alaurendeau@omm.com
ehamilton@omm.com

*Attorneys for Defendant Johnson &
Johnson Consumer Inc.*

*/s/ Robert W. Sparkes, III*
Robert W. Sparkes, III (*pro hac vice*)
Jennifer Janiera Nagle (*pro hac vice*)
K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Telephone: (617) 261-3100
robert.sparkes@klgates.com
jennifer.nagle@klgates.com

Ruby A. Nagamine (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
ruby.nagamine@klgates.com

*Attorneys for Defendants Amazon.com, Inc.
and Amazon.com Services LLC*

*/s/ E. Paige Sensenbrenner*
E. Paige Sensenbrenner (*pro hac vice*)
Diana Cole Suprenant (*pro hac vice*)
ADAMS AND REESE, LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
paige.sensenbrenner@arlaw.com
diana.suprenant@arlaw.com

*Attorneys for Defendants Associated
Wholesale Grocers, Inc. and Valu
Merchandisers Co.*

*/s/ Michael Klebanov*
Michael Klebanov (*pro hac vice*)
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
Telephone: (202) 378-2363
michael.klebanov@huschblackwell.com

Tanner Cook (*pro hac vice*)
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Telephone: (314) 480-1500
Tanner.cook@huschblackwell.com

*Attorneys for Defendant Dierbergs Markets, Inc.*

/s/ Michael F. Healy
Michael F. Healy (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
mfhealy@shb.com

Daniel B. Rogers (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Boulevard Suite 3200
Miami, FL 33131
Telephone: (305) 358-5171
drogers@shb.com

*Attorneys for Defendant Publix Super Markets, Inc.*

/s/ James L. Bernard
James L. Bernard
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3121
James.bernard@hoganlovells.com

Lauren S. Colton (*pro hac vice*)
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2733
Lauren.colton@hoganlovells.com

*Attorneys for Defendant RB Health (US) LLC*

*/s/ Cara D. Edwards*
Cara D. Edwards
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Telephone: (212) 335-4714
cara.edwards@us.dlapiper.com

Christopher G. Campbell
DLA PIPER LLP (US)
1201 West Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 736-7800
christopher.campbell@us.dlapiper.com

Christopher Young (*pro hac vice*)
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: (619) 699-4748
christopher.young@us.dlapiper.com

*Attorneys for Defendant Bayer HealthCare,
LLC*

*/s/ Mark J. Lesko*
Mark J. Lesko
GREENBERG TRAURIG, LLP
900 Stewart Avenue, 5th Floor
Garden City, NY 11530
Telephone: (631) 994-2408
Mark.Lesko@gtlaw.com

Nilda Isidro
Dale Rose Goldstein
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Nilda.Isidro@gtlaw.com
GoldsteinD@gtlaw.com

*Attorneys for Defendants Albertsons
Companies, Inc., Costco Wholesale
Corporation, CVS Pharmacy Inc., Rite Aid
Corporation, Target Corporation, Walgreen
Co., Walmart Inc., and Wal-Mart Stores
East, LP*

/s/ Richard Fama
Richard Fama
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
Telephone: (212) 509-9400
rfama@cozen.com

Karl Riley (*pro hac vice*)
COZEN O'CONNOR
Southeast Financial Center, Suite 3000
200 South Biscayne Blvd.
Miami, FL 33130
Telephone: (305) 704-5940
koriley@cozen.com

*Attorneys for The Kroger Co., Harris
Teeter, LLC, and Harris Teeter
Supermarkets, Inc.*