# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Oral Phenylephrine Marketing and Sales Practices Litigation<br><br>This document relates to:<br><br>All actions. | Case No. 1:23-md-03089-BMC |

## MOTION FOR LEAVE TO WITHDRAW COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Eastern District of New York, Defendant Johnson & Johnson Consumer Inc. ("JJCI") respectfully requests leave to withdraw Emilie W. Hamilton as counsel. As of November 22, 2024, Ms. Hamilton will no longer be employed at the law firm O'Melveny & Myers LLP. JJCI will continue to be ably represented by counsel of record.

Dated: Newport Beach, CA
November 18, 2024

O'MELVENY & MYERS LLP

By: */s/ Emilie W. Hamilton*
Emilie W. Hamilton
O'Melveny & Myers LLP
610 Newport Center Drive, Floor 17
Newport Beach, CA 92660
T: 949-823-6900
F: 949-823-6994

**SO ORDERED**

_____
The Honorable Brian M. Cogan
United States District Judge