UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | No. 1:23-md-03089-BMC |
|  | Brian M. Cogan District Judge |
| THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL OF APPEARANCE OF LINDSEY H. TAYLOR** |
| *Barton v. RB Health (US) LLC*, No. 1:23-cv-09063 (E.D.N.Y.) |  |
| *De Priest v. Walgreen Co.*, No. 1:23-cv-09272 (E.D.N.Y.) |  |
| *Benjamin v. GlaxoSmithKlein LLC*, No. 1:23-cv-09313 (E.D.N.Y.) |  |

Pursuant to Local Rule 1.4, undersigned counsel respectfully moves for leave to withdraw the appearance of Lindsey H. Taylor of Robbins Geller Rudman & Dowd LLP as counsel of record for Plaintiffs Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo ("Plaintiffs") in the above-captioned action. This request is made with deep regret, as Mr. Taylor passed away on July 13, 2025. Undersigned counsel will continue to represent Plaintiffs in this matter and ensure that their interests are fully protected.

DATED: July 31, 2025      ROBBINS GELLER RUDMAN
    & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com

*Attorneys for Plaintiffs Erin Barton, Kimberly Buscaglia, Francis W. Catanese, and Samuel Gallo*