**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION** | **MDL No. 1:23-md-3089-BMC**<br><br>**This Document Relates to ALL CASES**<br><br>**~~[PROPOSED]~~ ORDER AMENDING PLAINTIFF LEADERSHIP STRUCTURE AND INTERIM CLASS COUNSEL** |

Having reviewed and considered the Motion to Amend the Leadership Structure and Interim Class Counsel filed by the Plaintiff Executive Committee, including the supporting brief and declaration from counsel,

IT IS HEREBY ORDERED THAT:

The Plaintiff Steering Committee Leadership Structure is amended as follows: (1) member, Shireen Clarkson, Esq., of the Clarkson Law Firm, is removed from the PSC on her consent; (2) the law firm information for PSC member, Darren Kaplan, Esq., is amended to reflect that he is now a member of the Clarkson Law Firm; and (3) a new member, Nick Sucio, Esq., of Bryson, Harris, Suciu & Demay PLLC, is added to the PEC.

SO ORDERED.

Dated: September 29, 2026
Brooklyn, New York

Brian M. Cogan
Hon. Brian M. Cogan, U.S.D.J.